# Exhibit 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| WILLIAM A. LINK, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>RICHARD CORCORAN, in his official capacity as the Florida Commissioner of Education, et al.,<br><br>   Defendants. | Case No. 4:21-cv-00271-MW-MAF |

**DECLARATION OF ANDREW GOTHARD IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER OR IN THE ALTERNATIVE FOR PRELIMINARY INJUNCTION**

I, Andrew Gothard, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of 18. I am fully competent to make this declaration. The following statements are based on my personal knowledge.

2. I am the President of Plaintiff United Faculty of Florida ("UFF").

3. Beginning on Thursday afternoon and continuing over the course of Friday, UFF has heard from multiple members, across multiple public post-secondary institutions, that the Survey required under Fla. Stat. §§ 1001.03(19)(b), 1001.706(13)(b) will be implemented in accordance with the following timeline:

| Pre-notification | March 31, 2022 – Each institution sends pre-survey notifications to students and employees, respectively. |
|---|---|
| Survey | April 4, 2022 – Each institution sends survey |

1

| | |
|---|---|
| Reminders | invitations to students and employees, respectively. April 7, 2022 – Each institution sends survey reminders to students and employees, respectively. |
| Closing | April 8, 2022 – Survey collectors close at 11:59 p.m. ET. |
| Certification | No later than April 15, 2022 – College/University presidents submit requested information on dissemination method and campus population size. |

4. UFF has serious concerns that the survey's imminent administration will cause serious, irreparable harm to UFF's members in several different ways.

5. First, the context in which HB 233 was adopted made clear to us and our members that the intention behind the surveys was to use them as a weapon to facilitate retaliation by the government based on its disagreement with what it views as left-leaning communications within public post-secondary institutions and the "threat" that left-leaning faculty are "indoctrinating" students. The myth of Florida faculty and staff indoctrinating students with radical ideologies is as baseless as it is harmful to the academy in general and UFF's members more specifically.

6. Second, although I understand Defendants have still not provided a final version of the survey that they intend to implement within the coming week and a half, the content of every iteration of the survey that I have seen asks respondents, including but not limited to UFF's members, to report and register their personal beliefs, associations, and political views. For example, the documents that are labeled as the "final" surveys from FSU pose the following questions, which

2

explicitly ask respondents to report and register their political beliefs, associations, and views: "Generally speaking, you would say that you think of yourself as a . . . [a] Republican [b] Independent [c] Democrat;" and "On a scale from 1 to 7, where 1 is extremely liberal, 7 is extremely conservative, and 4 is exactly in the middle, where would you place yourself? 1. Extremely liberal[,] 2. Somewhat liberal[,] 3. Moderate leaning liberal[,] 4. Moderate[,] 5. Moderate leaning conservative[,] 6. Somewhat conservative[,] 7. Extremely conservative." While I understand that Defendants have disclaimed that these are actually the "final" versions, every iteration of the survey that has been produced by FSU that I have seen contains questions that explicitly ask respondents about their political leanings and ideologies.

7. UFF is extremely concerned about its membership being asked to provide information about their political beliefs and ideology, particularly to a government that has made it clear it is hostile toward certain of those political beliefs and ideology, even within an anonymous format. And if the final surveys include requests for demographic information as is the case in several iterations of the surveys that FSU has provided, for many of UFF's members, identifying which member provided which response would be easily reverse engineered: for example, in several iterations, faculty respondents are asked to register and report the specific college at the institution to which they are assigned, "sex or gender," "sexual

orientation," "religious affiliation," and the nature of their "faculty appointment." In each of the various iteration of the surveys I have seen, faculty respondents are asked some version of whether they are "tenured," along with their race, ethnicity, their gender, and their present academic rank. And it is inevitable that – because the data comes from specific schools – that information will also be provided, even if not specifically requested by the survey. Identifying specific faculty members from even a handful of these responses would be incredibly easy for some, and disproportionately so for non-white faculty and staff, LBGTQ+ faculty and staff, faculty and staff at smaller institutions, and faculty and staff within smaller colleges at those institutions.

8.      Every iteration of the student and faculty surveys that I have seen also asks respondents to police faculty, staff, and students and report how often the respondents believe, for example, that: "*instructors* present social and political issues in an unfair and one-side manner;" "*instructors* create an environment that is hostile to certain social or political views;" and "*staff* create an environment that is hostile to certain political or social views." (emphasis in original). This call for reporting and policing of fellow faculty, staff, and students directly harms UFF's members by pitting the participants in each campus's learning communities against one another. Similarly, the various iterations of the surveys ask respondents to also classify their perception of—and effectively report upon—the political affiliations

of others by asking such questions as: "Thinking about *faculty* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?" (emphasis in original).

9. Third, regardless of the specific array of questions that the final surveys ask, the collection and ultimate aggregation of and reporting on the "data" obtained by implementation of any version of these surveys threatens UFF's members with retributory harm, both from the government and in the form of public harassment. The Survey Provisions of House Bill 233 (2021) appear designed to create "evidence" to support the baseless but increasingly dangerous narrative that faculty are maliciously indoctrinating students with "radical leftist" ideas. This is a myth, but it is one that has been aggressively peddled by the Florida Legislature and the Governor, as well as right wing "press" organizations, including among the most notable, Campus Reform, which trades in sensational and often entirely false reports (or reports that are so a textual to be effectively false) "news" articles that fuel this false narrative of "left-wing indoctrination" of students. The professors who are attacked in this way often receive threats of harm, harassment, and sometimes face personal and professional consequences. There is no legitimate basis for the survey that UFF can conceive of; both in idea and every iteration of its design that has been provided, the only logical explanation for it is that it is meant to manufacture "evidence" to continue to justify these types of false attacks.

10. If any of the versions of these surveys that have been provided by FSU are implemented beginning on April 4 and concluding on April 8, Defendants will have irrevocably obtained data that Defendants and others have explicitly stated *are intended to* be used for retaliatory budget cuts against UFF's members' institutions. Moreover, their implementation—and on such a fast timeline—leaves UFF's members with little time to consider how to respond to, and whether to participate in the Survey.

11. Because of the context in which the Survey was passed and the repeated and deeply concerning statements that it was intended to and will be used to retaliate against faculty and institutions that are deemed to be "too liberal," some faculty members may feel effectively compelled to respond in order to try to ensure that whatever "data" the state obtains through the surveys is not completely skewed by the self-selection of respondents. It seems quite likely that the response rate to the surveys will be incredibly low, and that the responses of a few individuals will then be pointed to as the state as "evidence" to support whatever action the state wants to take. UFF is also deeply concerned that the data might be obtained for bad faith use, not only by members of Florida's government itself, but other actors, and similarly used to cause harm to UFF and its membership.

12. The threats posed by the surveys are extremely imminent given that Defendants intend to implement the surveys in a matter of days. UFF's concerns are

exacerbated by the fact that Defendants appear to have purposefully avoided producing drafts or plans for the survey's implementation to Plaintiffs to allow them time to timely assess them before they are rolled out to the schools, and send to students, faculty, and staff.

13. I have read the Amended Complaint for Declaratory and Injunctive Relief (ECF No. 35) and hereby verify that, with the exception of the allegations therein that are unique to other Plaintiffs (*id.* ¶¶ 21-38), the allegations of fact contained therein are true and correct to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 26th day of March 2022.

_____
Andrew Gothard, President
United Faculty of Florida