# Exhibit 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM A. LINK, *et al.*

    Plaintiffs,

     v.

RICHARD CORCORAN, *et al.*,

    Defendants.

Case No. 4:21-cv-00271-MW-MAF

## DECLARATION OF DR. SYLVIA HURTADO IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER OR IN THE ALTERNATIVE FOR PRELIMINARY INJUNCTION

I, Sylvia Hurtado, hereby declare as follows:

1.    I am a Professor of Education in the School of Education and Information Studies at the University of California, Los Angeles (UCLA), and I was director of UCLA's Higher Education Research Institute (HERI) for over a decade (2004-2015). HERI is the home of the longest running survey of college students and faculty, with over 50 years of data collection in higher education. This work involved survey administration and longitudinal research to assist campuses in evaluating their students' outcomes, faculty work, and campus programs.

2.    In my scholarship, I have written on diverse students' college experiences, improving STEM pathways for underrepresented groups, and equity and inclusion in higher education. During the course of my career, I have developed

12 new surveys of higher education and, as director of HERI, was responsible for overseeing the administration, revision, and research emerging from three annual student surveys and a triennial Faculty Survey administered to institutions across the country. My areas of teaching include courses on the Foundations of U.S. Higher Education, Intergroup Dialogue: Building Facilitation Skills, and Research Design. I also study STEM undergraduate education, using survey data, case studies, and mixed quantitative and qualitative methods.

3.     In recognition of my research, I was elected to the National Academy of Education in 2019, and I will receive the 2022 Association for Institutional research Sidney Suslow Award, which is a career award for advancing institutional research in higher education. In 2015, I received the Exemplary Research Achievement award from American Educational Research Association (AERA), Division J Postsecondary Education, and I was elected to be an AERA Fellow in 2011. I also served on the Executive Board and Council of the American Educational Research Association from 2019-2022. Additionally, I have received several multi-million dollar awards from the National Institutes of Health (R01-funded projects) to study the long term effects of undergraduate STEM education and diversification of the scientific training workforce.

4.     I have been retained by Plaintiffs in this litigation as an expert in survey design, drafting, and administration, including as it specifically relates to the

use of surveys in the higher education context. I am being compensated at a rate of $400 per hour. My compensation is in no way connected with my opinions or the resolution of this matter.

5.      In connection with the preparation of this declaration, I examined multiple drafts of the surveys that the survey drafters had prepared for possible use by the Florida Board of Governors to, in compliance with its obligations under § 1001.706(13)(b), Fla. Stat. (2021), cause to be administered to faculty and students at post-secondary institutions in Florida's University System. Those draft surveys are attached and identified with letters from A-II.

6.      What follows is my expert opinion on the quality of the surveys' purposes, design, and administration, as well as the potential utility of the results should they become available. My opinions as set forth in this declaration are based on my extensive experience in survey design, drafting, and implementation, including specifically as it relates to the survey of students and faculty in higher education.

7.      Foremost among my concerns is that the surveys lack a clear educational purpose or connection to learning outcomes. Normal safeguards and research ethics for studies that require the participation of human subjects include that participants honestly informed of (a) a survey's purpose, and (b) how its results will be used so that they can weigh the relative harms and benefits of participation.

If the purpose or use of the information will be withheld from participants, the institutional review board requires the researcher provide a statement at the time of consent about information that is being withheld and that subjects will receive additional information, or debriefing at the end of their participation. *See* Ex. R to Velez Decl. at FSU001975. Because the educational purpose of these surveys, and thus the potential benefit of participation, remain unarticulated, subjects will have no clear benefit to weigh against the potential harms that could result from revealing their viewpoints. This is likely to result in the surveys' responses comprising a sample that will lack representativeness as a basis for projections regarding the total population. This issue is likely to worsen in subsequent years that the surveys are administered as the novelty of the surveys and the accompanying boost to participation lessens with time, with respondents mostly new entrants or employees. There is limited faculty turnover and for this reason HERI offers those surveys on a triennial basis; the same respondents are unlikely to respond to the same survey every year. Students today receive multiple surveys in the same academic year. This survey could also interfere with and affect the response rate to other student surveys or assessments central to educational goals.

8.     The highly charged political context surrounding these surveys will compound this issue. Faculty and staff who believe that the surveys are a form of harassment, aimed at bringing to light viewpoints that differ from those the State

government believes acceptable so that they may be punished, are likely to abstain because they view the potential harms of participation as far outweighing its benefits. Those who do choose to participate may do so because they see a benefit in influencing the data one way or the other for political reasons. This inevitable self-selection will further ensure that the responses are not representative of views found in the total population. The few who do participate may skew the aggregated data, undermining the integrity of the survey results.

9.     Further, the lack of nationally comparative information suggests that interpretations of the survey result may lead to erroneous conclusions. Florida institutions may actually reflect national norms, and participation in several national surveys would be a better approach to put its own higher education institutions in context. These national instruments have been in use for several years and also offer greater assurances of institutional use for educational improvement *See infra*, ¶16.

10.     These fundamental flaws ensure that, regardless of the form and methodology involved, the data that results from these surveys will not be useful for any meaningful purpose. However, based on my review of the drafts that have been created and produced thus far of these surveys, I also have many serious concerns regarding their specific design and implementation.

11.     Some of these concerns reflect basic violations of best practices of survey drafting. For example, to clarify the information that is being sought from

participants and to avoid their confusing requests for their opinion with factual questions about the state of the world, best practices for these types of surveys is that the survey stems begin with "In your opinion . . . " None of the surveys I reviewed included this clarification. Question references about a context in general invites hypothetical responses rather than actual in or out-of-class experiences. *See, e.g.*, Survey U at FSU001756 ("[T]hink about being at your school in a class that was discussing a controversial issue about *Sexual Orientation*. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?"). Students may be uncomfortable with and/or lack knowledge on the topic in general, whether or not the topic ever actually came up in a class they took.

12.     The design of the student surveys I reviewed also differed from that of the staff and faculty surveys I reviewed. While some variation across surveys is to be expected based in the different roles that participants fill, several of the questions for students seem to assume that faculty are the source of bias. *See, e.g.*, Survey U at FSU001756-57 (inquiring how concerned students are that "[t]he instructor will give [them] a lower grade because of [their] views"). While there is a question about repression of views in home units for staff, there is no similar question about repression or bias against faculty within their home departments. *Compare, e.g.*, Survey R at FSU001786-87 *with* Survey Q at FSU001778-79. These differences could indicate that the faculty are being targeted, which would be consistent with

the view that the surveys are designed to produce data to justify the state government's belief that faculty are "indoctrinating" students and limiting academic freedom. However, I cannot conclude that with certainty because it is unclear if any of the surveys I reviewed are in its final form. Nevertheless, the differentiation in the drafts is itself concerning.

13.     Another major issue is that—across the draft surveys—the questions are so limited in scope that they fail to rule out alternative explanations for student discomfort in speaking out in the classroom or outside of the classroom. This hinders interpretation because there are multiple possible explanations for students' discomfort or inability to speak out, and many of them do not bear on intellectual freedom or viewpoint diversity (e.g., introverted personality type, conflict avoidance, size of classroom, lack of knowledge, etc.). The notion of ruling out alternative explanations is basic to rigorous social science evidence and research. Further, most evidence-based theories indicate that learning can be an uncomfortable experience, especially when students learn to distinguish between different forms of authority and are presented with science-based evidence that counter their embedded worldviews. The survey drafts fail to ask any questions about how faculty create spaces where diverse viewpoints are shared, students develop a sense of their personal voice, and students learn deliberative processes

that arise out of conflict. These are part of pedagogies for engaging differences, encouraging students to test their assumptions, and revise their thinking.

14.    The surveys' very design and implementation also seem to be based on erroneous assumptions. The lead researcher intends to associate social/demographic characteristics with viewpoints and the study is predicated on the hypothesis that certain faculty are unduly influencing students in terms of political view. The survey questions appear to be aimed at confirming this supposition, but the design will not support this conclusion and it is not reflected in the evidence on the subject. First, students have choices in terms of their instructor, major, and courses that fulfill degree requirements, as well as their out-of-classroom activities. Requirements for degrees do require students to take courses outside of their comfort zone, but again there are many choices for students to fulfill general education requirements. Students are often in environments of their own choosing, and studies show that college peers are more influential than faculty in influencing a wide range of views and outcomes, especially at large public institutions where student contact with faculty is minimal.

15.    Aside from the methodological shortcomings of the surveys, which will render their results questionable and useless for any academic purpose, I have grave concerns about the motivations underlying their administration. Higher education institutions in the U.S. are not and should not become instruments of the

state, subject to the whims of politicians. American higher education is distinct from that of other countries that control knowledge, student choice, and appoint new leadership of flagship institutions when political parties change in office. That is, post-secondary institutions in the U.S. not only have academic freedom (the freedom to teach and freedom to learn for individuals) but also freedom of the academy--institutions with independence that stand apart from the state and can offer a critique of governmental authority, and also pursue areas of research that break boundaries in social and scientific areas. It is why we have the most outstanding graduate education in the world and lead in innovation. The quality of institutions is called into question when states and governing boards assert political leanings and disrupt administrative shared governance or faculty decision-making around the curriculum, instruction, and educational goals that ensure a prepared workforce and global citizens. To question our faculty is to question graduate education in the U.S., long-standing norms for shared governance supported by the American Association of University Professors, and numerous educational associations that establish quality standards for degrees.

16.     For these and other reasons, my expert opinion is that these surveys should not be administered to students, faculty or staff at Florida's post-secondary institutions, and, if used, these surveys will not result in reliable, meaningful, or valid results. Finally, as any social scientist knows, even reliable data collected from

a thoughtfully drafted and properly administered survey can be misused, misconstrued, and mischaracterized to manufacture support for conclusions that are not actually scientifically supported. This is all the more true of surveys that inquire into sensitive and personal subjects, including political and ideological viewpoints. For this reason, it is critical that social scientists take extreme care in not only ensuring that the surveys they prepare, use, or interpret are drafted and administered in compliance with the utmost standards in the consideration of participants, but also that access to and use of the data is strictly limited. For surveys administered by HERI (and most research institutes offering surveys in higher education), reports and data are shared with institutional research offices that report directly to the President or Provost for the use of educational purposes. No other entity receives the information without institutional approval of release, and findings are shared with campuses prior to public release. Because this survey data goes directly to a lead researcher and his students (to benefit their own research), it appears that the data and reports will bypass institutional involvement and will not be used for post-secondary improvement.  In this way, too, I have grave concerns about the use of these surveys.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of March, 2022, in Los Angeles, California.

Sylvia Hurtado _____

Dr. Sylvia Hurtado

# EXHIBIT A

| **Date:** | Fri, 10 Sep 2021 1:10:02 PM -0400 |
|---|---|
| **Sent:** | Fri, 10 Sep 2021 1:09:52 PM -0400 |
| **Subject:** | FLBOG Survey Project: Update Memorandum #3 and Final Working Drafts of the Surveys |
| **From:** | Timothy Chapin <tchapin@fsu.edu> |
| **To:** | Jones, Tim <Tim.Jones@flbog.edu>; Rogers, Jon <Jon.Rogers@flbog.edu>; |
| **CC:** | Clark, Kyle <Kyle.Clark@fsu.edu>; Sally McRorie <smcrorie@admin.fsu.edu>; Pamela Ray <pray2@fsu.edu>; L Kateri Kitchens <lkitchens@fsu.edu>; Jessica Lambdin <jlambdin@fsu.edu>; Jane Terrell <jterrell@fsu.edu>; |
| **Attachments:** | FLBOG Intellectual Freedom Assessment Project Update Memorandum #3 (September 10 2021).pdf; FLBOG Faculty Survey (9-10-21).pdf; FLBOG Student Survey (9-10-21).pdf; FLBOG Staff Survey (9-10-21).pdf |

Vice Chancellor Jones and Assistant Vice Chancellor Rogers:

Please find attached the **Update Memorandum #3** for the *Intellectual Freedom and Viewpoint Diversity Assessment Project* for which I am serving as the Principal Investigator of the FSU team. I have also attached final working draft versions of three surveys (student survey, faculty survey, staff survey).

Over the last month, the research team has worked through many drafts of these surveys. This has been a challenging project on such a tight timeline, but we feel generally good with where the surveys currently stand. I would note that the FSU team believes that a deliberate, measured approach to the survey administration is best, which would allow time for any required further refinements to the survey instruments.

We also lay out in this Final Memorandum an important set of survey administration and analysis issues that require further discussion and consideration. Members of the FSU team have expressed a willingness to continue to assist with the larger initiative, even in an unfunded capacity.

As ever, any questions or concerns, please let me know.

Tim

Dr. Tim Chapin
Dean, College of Social Sciences and Public Policy
Florida State University
http://coss.fsu.edu/   @TimChapin  @FSUCOSS

**College of Social Sciences and Public Policy**
*Engaging Today's World, Producing Tomorrow's Leaders*

Defendants_002281

**Florida Board of Governors**
**Intellectual Freedom and Viewpoint Diversity Assessment Project**
Staff Survey

## Opening Message for Survey

In Spring 2021, the Florida Legislature passed HB233 to promote Intellectual Freedom and Viewpoint Diversity within the State of Florida's State University System. The Florida Board of Governors (FLBOG) was asked to create "an objective, nonpartisan, and statistically valid survey to be used by each institution which considers the extent to which competing ideas and perspectives are presented and members of the college community, including students, faculty, and staff, feel free to express their beliefs and viewpoints on campus and in the classroom."

The goal of this anonymous survey is to obtain opinions on intellectual freedom and viewpoint diversity at *[university name],* drawing on your experiences as a staff member there. You will be asked a number of questions about these topics and about yourself. Your participation is voluntary. You are free not to answer any question or to withdraw from the study at any time. This survey should take approximately 10 minutes to complete.

Responses will be analyzed for the entire institution and findings will be reported by the FLBOG to the State Legislature as required. Only grouped responses will be reported; any data or results that might compromise a respondent's identity will not be published.

## Intellectual Freedom and Viewpoint Diversity

On my campus, how often are students encouraged to consider a wider variety of viewpoints and perspectives on social and political issues?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

Defendants_002300

On my campus, how often do university events and presentations on social and political issues present only one side of the issue?

- All of the Time
- Most of the Time
- About Half the Time
- Only Some of the Time
- Never
- Don't Know

On my campus, how often do *instructors* present social and political issues in an unfair and one-sided manner?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

On my campus, how often do *instructors* create an environment that is hostile to certain social or political views?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

On my campus, how often do *students* create an environment that is hostile to certain social or political views?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely

2

- Never
- Don't Know

On my campus, how often do *staff* create an environment that is hostile to certain social or political views?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

## Freedom of Expression on Campus

Think about a time within your home unit in which a *non-controversial* issue was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about a time within your home unit in which a controversial issue on *Race* was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about a time within your home unit in which a controversial issue on *Politics* was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion

3

- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about a time within your home unit in which a controversial issue on *Religion* was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about a time within your home unit in which a controversial issue on *Gender* was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about a time within your home unit in which a controversial issue on *Sexual Orientation* was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

**Your Political Views**

Generally speaking, you would say that you think of yourself as a…

- Republican

4

- Independent
- Democrat

On a scale from 1 to 7, where 1 is extremely liberal, 7 is extremely conservative, and 4 is exactly in the middle, where would you place yourself?

1. Extremely liberal
2. Somewhat liberal
3. Moderate leaning liberal
4. Moderate
5. Moderate leaning conservative
6. Somewhat conservative
7. Extremely conservative

Thinking about *students* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?

- Most are to the left of me
- Most are to the right of me
- Most have positions close to mine
- About as many are to the left of me as to the right of me
- Don't know

Thinking about *faculty* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?
- Most are to the left of me
- Most are to the right of me
- Most have positions close to mine
- About as many are to the left of me as to the right of me
- Don't know

Thinking about *staff* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?
- Most are to the left of me
- Most are to the right of me
- Most have positions close to mine
- About as many are to the left of me as to the right of me
- Don't know

Defendants_002304

**Demographic Information**

Which of the following describes your race? You can select as many as apply.

- American Indian or Alaska Native
- Asian or Asian-American
- Black or African American
- Caucasian or White
- Pacific Islander
- Mixed
- Other
- Prefer Not to Answer

Are you of Hispanic, Latino/a/x, or Spanish origin?

- Yes
- No
- Prefer Not to Answer

With which sex or gender identity do you most identify?

- Female/Woman
- Male/Man
- Transgender Female/Woman
- Transgender Male/Man
- Gender Variant/Non-conforming
- Prefer Not to Answer

What is your sexual orientation?

- Heterosexual/Straight
- Asexual
- Bisexual
- Gay
- Lesbian
- Pansexual
- Queer
- Not Listed Above
- Prefer Not to Answer

What is your primary religious affiliation, if any?

Defendants_002305

- Evangelical Protestant
- Mainline Protestant
- Historically Black Protestant
- Catholic
- Latter Day Saints / Mormon
- Orthodox Christian
- Jehovah's Witness
- Other Christian
- Unitarian / Universalist
- Jewish
- Muslim
- Buddhist
- Hindu
- Other religion
- Atheist
- Agnostic
- No religious affiliation / None
- Prefer Not to Answer

Defendants_002306

**Florida Board of Governors**
**Intellectual Freedom and Viewpoint Diversity Assessment Project**
Student Survey

**Opening Message for Survey**

In Spring 2021, the Florida Legislature passed HB233 to promote Intellectual Freedom and Viewpoint Diversity within the State of Florida's State University System. The Florida Board of Governors (FLBOG) was asked to create "an objective, nonpartisan, and statistically valid survey to be used by each institution which considers the extent to which competing ideas and perspectives are presented and members of the college community, including students, faculty, and staff, feel free to express their beliefs and viewpoints on campus and in the classroom."

The goal of this anonymous survey is to obtain opinions on intellectual freedom and viewpoint diversity at *[university name],* drawing on your experiences as a student there. You will be asked a number of questions about these topics and about yourself. Your participation is voluntary. You are free not to answer any question or to withdraw from the study at any time. This survey should take approximately 10 minutes to complete.

Responses will be analyzed for the entire institution and findings will be reported by the FLBOG to the State Legislature as required. Only grouped responses will be reported; any data or results that might compromise a respondent's identity will not be published.

**Intellectual Freedom and Viewpoint Diversity on My Campus**

On my campus, how often are students encouraged to consider a wider variety of viewpoints and perspectives on social and political issues?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

Defendants_002292

On my campus, how often do university events and presentations on social and political issues present only one side of the issue?

- All of the Time
- Most of the Time
- About Half the Time
- Only Some of the Time
- Never
- Don't Know

On my campus, how often do *instructors* present social and political issues in an unfair and one-sided manner?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

On my campus, how often do *instructors* create an environment that is hostile to certain social or political views?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

On my campus, how often do *students* create an environment that is hostile to certain social or political views?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely

Defendants_002293

- Never
- Don't Know

On my campus, how often do *staff* create an environment that is hostile to certain social or political views?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

**Freedom of Expression on My Campus**

Think about being at your school in a class that was discussing a *Non-Controversial* issue. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial issue about *Race*. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial *Political* issue. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views

Defendants_002294

- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial issue about *Religion*. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial issue about *Gender*. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial issue about *Sexual Orientation*. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

If you were to speak up and give your views on one of these CONTROVERSIAL issues during a class discussion, how concerned would you be that the following would occur?

The instructor would criticize my views as offensive.

4

- Not at all concerned
- Slightly concerned
- Somewhat concerned
- Very concerned
- Extremely concerned

The instructor would give me a lower grade because of my views.

- Not at all concerned
- Slightly concerned
- Somewhat concerned
- Very concerned
- Extremely concerned

Other students would criticize my views as offensive.
- Not at all concerned
- Slightly concerned
- Somewhat concerned
- Very concerned
- Extremely concerned

Someone would post critical comments about my views on social media.
- Not at all concerned
- Slightly concerned
- Somewhat concerned
- Very concerned
- Extremely concerned

**Your Political Views**

Generally speaking, you would say that you think of yourself as a...

- Democrat
- Independent
- Republican

On a scale from 1 to 7, where 1 is extremely liberal, 7 is extremely conservative, and 4 is exactly in the middle, where would you place yourself?

5

1. Extremely liberal
2. Somewhat liberal
3. Moderate leaning liberal
4. Moderate
5. Moderate leaning conservative
6. Somewhat conservative
7. Extremely conservative

Thinking about *students* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?

- Most are to the left of me
- Most are to the right of me
- Most have positions close to mine
- About as many are to the left of me as to the right of me
- Don't know

Thinking about *faculty* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?
- Most are to the left of me
- Most are to the right of me
- Most have positions close to mine
- About as many are to the left of me as to the right of me
- Don't know

Thinking about *staff* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?
- Most are to the left of me
- Most are to the right of me
- Most have positions close to mine
- About as many are to the left of me as to the right of me
- Don't know

**Information About You**

What college is home to your primary major or program of study?

- Get list of colleges from each institution

6

At what level are you in your studies?

- Freshman
- Sophomore
- Junior
- Senior
- Graduate Student
- Prefer Not to Answer

Which of the following describes your race? You can select as many as apply.

- American Indian or Alaska Native
- Asian or Asian-American
- Black or African American
- Caucasian or White
- Pacific Islander
- Mixed
- Other
- Prefer Not to Answer

Are you of Hispanic, Latino/a/x, or Spanish origin?

- Yes
- No
- Prefer Not to Answer

With which sex or gender identity do you most identify?

- Female/Woman
- Male/Man
- Transgender Female/Woman
- Transgender Male/Man
- Gender Variant/Non-conforming
- Prefer Not to Answer

What is your sexual orientation?

- Heterosexual/Straight
- Asexual
- Bisexual

Defendants_002298

- Gay
- Lesbian
- Pansexual
- Queer
- Not Listed Above
- Prefer Not to Answer

What is your primary religious affiliation, if any?

- Evangelical Protestant
- Mainline Protestant
- Historically Black Protestant
- Catholic
- Latter Day Saints / Mormon
- Orthodox Christian
- Jehovah's Witness
- Other Christian
- Unitarian / Universalist
- Jewish
- Muslim
- Buddhist
- Hindu
- Other religion
- Atheist
- Agnostic
- No religious affiliation / None
- Prefer Not to Answer

8

**Florida Board of Governors**
**Intellectual Freedom and Viewpoint Diversity Assessment Project**
Faculty Survey

## Opening Message for Survey

In Spring 2021, the Florida Legislature passed HB233 to promote Intellectual Freedom and Viewpoint Diversity within the State of Florida's State University System. The Florida Board of Governors (FLBOG) was asked to create "an objective, nonpartisan, and statistically valid survey to be used by each institution which considers the extent to which competing ideas and perspectives are presented and members of the college community, including students, faculty, and staff, feel free to express their beliefs and viewpoints on campus and in the classroom."

The goal of this anonymous survey is to obtain opinions on intellectual freedom and viewpoint diversity at *[university name]*, drawing on your experiences as a faculty member there. You will be asked a number of questions about these topics and about yourself. Your participation is voluntary. You are free not to answer any question or to withdraw from the study at any time. This survey should take approximately 10 minutes to complete.

Responses will be analyzed for the entire institution and findings will be reported by the FLBOG to the State Legislature as required. Only grouped responses will be reported; any data or results that might compromise a respondent's identity will not be published.

## Intellectual Freedom and Viewpoint Diversity

On my campus, how often are students encouraged to consider a wider variety of viewpoints and perspectives on social and political issues?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

1

On my campus, how often do university events and presentations on social and political issues present only one side of the issue?

- All of the Time
- Most of the Time
- About Half the Time
- Only Some of the Time
- Never
- Don't Know

On my campus, how often do *instructors* present social and political issues in an unfair and one-sided manner?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

On my campus, how often do *instructors* create an environment that is hostile to certain social or political views?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

On my campus, how often do *students* create an environment that is hostile to certain social or political views?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely

2

Defendants_002285

- Never
- Don't Know

On my campus, how often do *staff* create an environment that is hostile to certain social or political views?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

**Freedom of Expression on Campus**

Think about teaching a class session that centered upon a discussion of a *Non-Controversial* issue. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about teaching a class session that centered upon a discussion of a controversial issue on *Race*. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about teaching a class session that centered upon a discussion of a controversial *Political* issue. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion

3

Defendants_002286

- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about teaching a class session that centered upon a discussion of a controversial issue on *Religion*. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about teaching a class session that centered upon a discussion of a controversial issue on *Gender*. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about teaching a class session that centered upon a discussion of a controversial issue on *Sexual Orientation*. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

As you think about leading the discussion on one of these *controversial* issues during a class, how concerned would you be that the following would occur?

Students would criticize my views as offensive.
- Not at all concerned
- Slightly concerned

4

- Somewhat concerned
- Very concerned
- Extremely concerned

Someone would post critical comments about my views on social media.
- Not at all concerned
- Slightly concerned
- Somewhat concerned
- Very concerned
- Extremely concerned

### Your Political Views

Generally speaking, you would say that you think of yourself as a...

- Republican
- Independent
- Democrat

On a scale from 1 to 7, where 1 is extremely liberal, 7 is extremely conservative, and 4 is exactly in the middle, where would you place yourself?

1. Extremely liberal
2. Somewhat liberal
3. Moderate leaning liberal
4. Moderate
5. Moderate leaning conservative
6. Somewhat conservative
7. Extremely conservative

Thinking about *students* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?

- Most are to the left of me
- Most are to the right of me
- Most have positions close to mine
- About as many are to the left of me as to the right of me
- Don't know

5

Defendants_002288

Thinking about *faculty* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?

- Most are to the left of me
- Most are to the right of me
- Most have positions close to mine
- About as many are to the left of me as to the right of me
- Don't know

Thinking about *staff* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?

- Most are to the left of me
- Most are to the right of me
- Most have positions close to mine
- About as many are to the left of me as to the right of me
- Don't know

## Demographic Information

In which college is your primary appointment?

- Get list of colleges from each institution

What is your present academic rank?

- Full Professor
- Associate Professor
- Assistant Professor
- Instructor/Lecturer/Specialized Faculty (non-tenure track)
- Prefer Not to Answer

Are you tenured?

- Yes
- No
- Not Applicable
- Prefer Not to Answer

Which of the following describes your race? You can select as many as apply.

Defendants_002289

- American Indian or Alaska Native
- Asian or Asian-American
- Black or African American
- Caucasian or White
- Pacific Islander
- Mixed
- Other
- Prefer Not to Answer

Are you of Hispanic, Latino/a/x, or Spanish origin?

- Yes
- No
- Prefer Not to Answer

With which sex or gender identity do you most identify?

- Female/Woman
- Male/Man
- Transgender Female/Woman
- Transgender Male/Man
- Gender Variant/Non-conforming
- Prefer Not to Answer

What is your sexual orientation?

- Heterosexual/Straight
- Asexual
- Bisexual
- Gay
- Lesbian
- Pansexual
- Queer
- Not Listed Above
- Prefer Not to Answer

What is your primary religious affiliation, if any?

- Evangelical Protestant
- Mainline Protestant

7

- Historically Black Protestant
- Catholic
- Latter Day Saints / Mormon
- Orthodox Christian
- Jehovah's Witness
- Other Christian
- Unitarian / Universalist
- Jewish
- Muslim
- Buddhist
- Hindu
- Other religion
- Atheist
- Agnostic
- No religious affiliation / None
- Prefer Not to Answer

Which of the following describes your faculty appointment?

- Tenure track, untenured faculty member
- Tenured faculty member
- Specialized/Non-tenure track

8

# EXHIBIT B

| | |
|---|---|
| Date: | Mon, 15 Nov 2021 10:22:33 AM -0500 |
| Sent: | Mon, 15 Nov 2021 10:22:29 AM -0500 |
| Subject: | Intellectual diversity survey |
| From: | Rogers, Jon |
| To: | Criser III, Marshall <Marshall.Criser@flbog.edu>; Jones, Tim <Tim.Jones@flbog.edu>; England, Christy <Christy.England@flbog.edu>; Shirley, Vikki <Vikki.Shirley@flbog.edu>; Jones, Jason <Jason.Jones@flbog.edu>; |
| Attachments: | FLBOG Student Survey (Nov 15 2021).docx; image001.jpg |

F.Y.I.

In preparation for tomorrow's ZOOM call, Tim Chapin has provided an updated draft survey with a few final edits that are highlighted (see attached).

*Jon*

**Jon Rogers, PhD**
**Assistant Vice Chancellor**
**Special Projects**

Board of Governors
State University System of Florida
325 W. Gaines St. Suite 1614
Tallahassee, Florida 32399
850-245-0609
www.flbog.edu



Defendants_007101

**Florida Board of Governors**
**Intellectual Freedom and Viewpoint Diversity Assessment Project**
Student Survey

## Opening Message for Survey

In Spring 2021, the Florida Legislature passed HB233 to promote Intellectual Freedom and Viewpoint Diversity within the State of Florida's State University System. The Florida Board of Governors (FLBOG) was asked to create "an objective, nonpartisan, and statistically valid survey to be used by each institution which considers the extent to which competing ideas and perspectives are presented and members of the college community, including students, faculty, and staff, feel free to express their beliefs and viewpoints on campus and in the classroom."

The goal of this anonymous survey is to obtain opinions on intellectual freedom and viewpoint diversity at *[university name],* drawing on your experiences as a student there. You will be asked a number of questions about these topics and about yourself. Your participation is voluntary. You are free not to answer any question or to withdraw from the study at any time. This survey should take approximately 10 minutes to complete.

Responses will be analyzed for the entire institution and findings will be reported by the FLBOG to the State Legislature as required. Only grouped responses will be reported; any data or results that might compromise a respondent's identity will not be published.

## Intellectual Freedom and Viewpoint Diversity on My Campus

On my campus, how often are students encouraged to consider a wider variety of viewpoints and perspectives on social and political issues?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

1

On my campus, how often do university events and presentations on social and political issues present only one side of the issue?

- All of the Time
- Most of the Time
- About Half the Time
- Only Some of the Time
- Never
- Don't Know

On my campus, how often do *instructors* present social and political issues in an unfair and one-sided manner?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

On my campus, how often do *instructors* create an environment that is hostile to certain social or political views?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

On my campus, how often do *students* create an environment that is hostile to certain social or political views?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely

2

- Never
- Don't Know

On my campus, how often do *staff* create an environment that is hostile to certain social or political views?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

**Freedom of Expression on My Campus**

Think about being at your school in a class that was discussing a *Non-Controversial* issue. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial issue about *Race*. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial *Political* issue. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views

3

- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial issue about *Religion*. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial issue about *Gender*. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial issue about *Sexual Orientation*. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

If you were to speak up and give your views on one of these CONTROVERSIAL issues during a class discussion, how concerned would you be that the following would occur?

The instructor would criticize my views as offensive.

4

Defendants_007338

- Not at all concerned
- Slightly concerned
- Somewhat concerned
- Very concerned
- Extremely concerned

The instructor would give me a lower grade because of my views.

- Not at all concerned
- Slightly concerned
- Somewhat concerned
- Very concerned
- Extremely concerned

Other students would criticize my views as offensive.
- Not at all concerned
- Slightly concerned
- Somewhat concerned
- Very concerned
- Extremely concerned

Someone would post critical comments about my views on social media.
- Not at all concerned
- Slightly concerned
- Somewhat concerned
- Very concerned
- Extremely concerned

**Your Political Views**

Generally speaking, you would say that you think of yourself as a...

- Democrat
- Independent
- Republican

On a scale from 1 to 7, where 1 is extremely liberal, 7 is extremely conservative, and 4 is exactly in the middle, where would you place yourself?

5

Defendants_007339

1. Extremely liberal
2. Somewhat liberal
3. Moderate leaning liberal
4. Moderate
5. Moderate leaning conservative
6. Somewhat conservative
7. Extremely conservative

Thinking about *students* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?

- Most are to the left of me
- Most are to the right of me
- Most have positions close to mine
- About as many are to the left of me as to the right of me
- Don't know

Thinking about *faculty* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?
- Most are to the left of me
- Most are to the right of me
- Most have positions close to mine
- About as many are to the left of me as to the right of me
- Don't know

Thinking about *staff* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?
- Most are to the left of me
- Most are to the right of me
- Most have positions close to mine
- About as many are to the left of me as to the right of me
- Don't know

**Information About You**

What college is home to your primary major or program of study?

- Get list of colleges from each institution

6

At what level are you in your studies?

- Freshman
- Sophomore
- Junior
- Senior
- Graduate Student
- Prefer Not to Answer

Which of the following describes your race? You can select as many as apply.

- American Indian or Alaska Native
- Asian or Asian-American
- Black or African American
- Caucasian or White
- Pacific Islander
- Mixed
- Other
- Prefer Not to Answer

Are you of Hispanic, Latino/a/x, or Spanish origin?

- Yes
- No
- Prefer Not to Answer

With which sex or gender identity do you most identify?

- Female/Woman
- Male/Man
- Transgender Female/Woman
- Transgender Male/Man
- Gender Variant/Non-conforming
- Prefer Not to Answer

What is your sexual orientation?

- Heterosexual/Straight
- Asexual
- Bisexual

7

- Gay
- Lesbian
- Pansexual
- Queer
- Not Listed Above
- Prefer Not to Answer

What is your primary religious affiliation, if any?

- Evangelical Protestant
- Mainline Protestant
- Historically Black Protestant
- Catholic
- Latter Day Saints / Mormon
- Orthodox Christian
- Jehovah's Witness
- Other Christian
- Unitarian / Universalist
- Jewish
- Muslim
- Buddhist
- Hindu
- Other religion
- Atheist
- Agnostic
- No religious affiliation / None
- Prefer Not to Answer

8

Defendants_007342

# EXHIBIT C

**Florida Board of Governors**
**Intellectual Freedom and Viewpoint Diversity Assessment Project**
Student Survey

## Opening Message for Survey

In spring 2021, the Florida Legislature passed HB233 to promote Intellectual Freedom and Viewpoint Diversity and directed the state's Board of Education to create "an objective, nonpartisan, and statistically valid survey to be used by each institution which considers the extent to which competing ideas and perspectives are presented and members of the college community, including students, faculty, and staff, feel free to express their beliefs and viewpoints on campus and in the classroom."

This anonymous survey is intended to obtain opinions on intellectual freedom and viewpoint diversity at *[university name]*, drawing on your experiences as a student there. You will be asked questions about these topics and about yourself. Your participation is voluntary. You are free not to answer any question or to withdraw from the study at any time. This survey should take approximately 5 minutes to complete.

Responses will be analyzed for the institution and only grouped responses will be reported. Any data or results that might compromise a respondent's identity will not be published.

## Intellectual Freedom and Viewpoint Diversity on My Campus

On my campus, how often are students encouraged to consider a wide variety of viewpoints and perspectives in the classroom?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

Defendants_007102

On my campus, how often are there opportunities to consider a wide variety of viewpoints and perspectives *outside of the classroom* (such as in clubs, student organizations, and at campus events)?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

On my campus, how often do *instructors* create an environment that is supportive of a range of viewpoints?

- Always
- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

On my campus, how often do *students* create an environment that is supportive of a range of viewpoints?

- Always
- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

2

Defendants_007103

**Freedom of Expression on My Campus**

Think about being in a class that was discussing a *Non-Controversial* issue. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being in a class that was discussing a controversial or difficult issue in your primary area of study. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being in a class that was discussing a controversial or difficult *political* issue. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

3

If you were to speak up and give your views on one of these controversial or difficult issues during a class discussion, how concerned would you be that the following would occur?

The instructor would criticize my views.

- Not at all concerned
- Slightly concerned
- Somewhat concerned
- Very concerned
- Extremely concerned

Other students would criticize my views.
- Not at all concerned
- Slightly concerned
- Somewhat concerned
- Very concerned
- Extremely concerned

Someone would post critical comments about my views on social media.
- Not at all concerned
- Slightly concerned
- Somewhat concerned
- Very concerned
- Extremely concerned

4

When compared to the classroom, are you more likely or less likely to share your views on a controversial issue in the following settings?

| Setting | Much More Likely | Somewhat More Likely | About the Same | Somewhat Less Likely | Much Less Likely |
|---|---|---|---|---|---|
| At a meal with friends | | | | | |
| At a family gathering | | | | | |
| At a workplace with colleagues | | | | | |
| On social media (e.g. Twitter, Instagram, or Facebook) | | | | | |

5

**Information About You**

What is your primary major or program of study?

- Option 1: Self-reported
- Option 2: Get list of majors from each institution

At what level are you in your studies?

- Freshman
- Sophomore
- Junior
- Senior
- Graduate Student
- Prefer Not to Answer

Which of the following describes your race? You can select as many as apply.

- American Indian or Alaska Native
- Asian or Asian-American
- Black or African American
- Caucasian or White
- Pacific Islander
- Mixed
- Other
- Prefer Not to Answer

Are you of Hispanic, Latino/a/x, or Spanish origin?

- Yes
- No
- Prefer Not to Answer

With which sex or gender identity do you most identify?

- Female
- Male
- Neither best describes me
- Prefer Not to Answer

6

Where would you place yourself on the following scale?

- Extremely liberal
- Somewhat liberal
- Moderate leaning liberal
- Moderate
- Moderate leaning conservative
- Somewhat conservative
- Extremely conservative
- Other
- Prefer Not to Answer

7

Defendants_007108

# EXHIBIT D

**Florida Board of Governors**
**Intellectual Freedom and Viewpoint Diversity Assessment Project**
Faculty Survey

## Opening Message for Survey

In Spring 2021, the Florida Legislature passed HB233 to promote Intellectual Freedom and Viewpoint Diversity within the State of Florida's State University System. The Florida Board of Governors (FLBOG) was asked to create "an objective, nonpartisan, and statistically valid survey to be used by each institution which considers the extent to which competing ideas and perspectives are presented and members of the college community, including students, faculty, and staff, feel free to express their beliefs and viewpoints on campus and in the classroom."

The goal of this anonymous survey is to obtain opinions on intellectual freedom and viewpoint diversity at *[university name]*, drawing on your experiences as a faculty member there. You will be asked a number of questions about these topics and about yourself. Your participation is voluntary. You are free not to answer any question or to withdraw from the study at any time. This survey should take approximately 10 minutes to complete.

Responses will be analyzed for the entire institution and findings will be reported by the FLBOG to the State Legislature as required. Only grouped responses will be reported; any data or results that might compromise a respondent's identity will not be published.

## Intellectual Freedom and Viewpoint Diversity

On my campus, how often are students encouraged to consider a wider variety of viewpoints and perspectives on social and political issues?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

Defendants_007247

On my campus, how often do university events and presentations on social and political issues present only one side of the issue?

- All of the Time
- Most of the Time
- About Half the Time
- Only Some of the Time
- Never
- Don't Know

On my campus, how often do *instructors* present social and political issues in an unfair and one-sided manner?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

On my campus, how often do *instructors* create an environment that is hostile to certain social or political views?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

On my campus, how often do *students* create an environment that is hostile to certain social or political views?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely

2

- Never
- Don't Know

On my campus, how often do *staff* create an environment that is hostile to certain social or political views?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

## Freedom of Expression on Campus

Think about teaching a class session that centered upon a discussion of a *Non-Controversial* issue. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about teaching a class session that centered upon a discussion of a controversial issue on *Race*. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about teaching a class session that centered upon a discussion of a controversial *Political* issue. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion

3

Defendants_007249

- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about teaching a class session that centered upon a discussion of a controversial issue on *Religion*. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about teaching a class session that centered upon a discussion of a controversial issue on *Gender*. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about teaching a class session that centered upon a discussion of a controversial issue on *Sexual Orientation*. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

As you think about leading the discussion on one of these *controversial* issues during a class, how concerned would you be that the following would occur?

Students would criticize my views as offensive.
- Not at all concerned
- Slightly concerned

4

Defendants_007250

- Somewhat concerned
- Very concerned
- Extremely concerned

Someone would post critical comments about my views on social media.
- Not at all concerned
- Slightly concerned
- Somewhat concerned
- Very concerned
- Extremely concerned

### Your Political Views

Generally speaking, you would say that you think of yourself as a...

- Republican
- Independent
- Democrat

On a scale from 1 to 7, where 1 is extremely liberal, 7 is extremely conservative, and 4 is exactly in the middle, where would you place yourself?

1. Extremely liberal
2. Somewhat liberal
3. Moderate leaning liberal
4. Moderate
5. Moderate leaning conservative
6. Somewhat conservative
7. Extremely conservative

Thinking about *students* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?

- Most are to the left of me
- Most are to the right of me
- Most have positions close to mine
- About as many are to the left of me as to the right of me
- Don't know

5

Defendants_007251

Thinking about *faculty* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?

- Most are to the left of me
- Most are to the right of me
- Most have positions close to mine
- About as many are to the left of me as to the right of me
- Don't know

Thinking about *staff* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?

- Most are to the left of me
- Most are to the right of me
- Most have positions close to mine
- About as many are to the left of me as to the right of me
- Don't know

## Demographic Information

In which college is your primary appointment?

- Get list of colleges from each institution

What is your present academic rank?

- Full Professor
- Associate Professor
- Assistant Professor
- Instructor/Lecturer/Specialized Faculty (non-tenure track)
- Prefer Not to Answer

Are you tenured?

- Yes
- No
- Not Applicable
- Prefer Not to Answer

Which of the following describes your race? You can select as many as apply.

Defendants_007252

- American Indian or Alaska Native
- Asian or Asian-American
- Black or African American
- Caucasian or White
- Pacific Islander
- Mixed
- Other
- Prefer Not to Answer

Are you of Hispanic, Latino/a/x, or Spanish origin?

- Yes
- No
- Prefer Not to Answer

With which sex or gender identity do you most identify?

- Female/Woman
- Male/Man
- Transgender Female/Woman
- Transgender Male/Man
- Gender Variant/Non-conforming
- Prefer Not to Answer

What is your sexual orientation?

- Heterosexual/Straight
- Asexual
- Bisexual
- Gay
- Lesbian
- Pansexual
- Queer
- Not Listed Above
- Prefer Not to Answer

What is your primary religious affiliation, if any?

- Evangelical Protestant
- Mainline Protestant

7

- Historically Black Protestant
- Catholic
- Latter Day Saints / Mormon
- Orthodox Christian
- Jehovah's Witness
- Other Christian
- Unitarian / Universalist
- Jewish
- Muslim
- Buddhist
- Hindu
- Other religion
- Atheist
- Agnostic
- No religious affiliation / None
- Prefer Not to Answer

Which of the following describes your faculty appointment?

- Tenure track, untenured faculty member
- Tenured faculty member
- Specialized/Non-tenure track

8

# EXHIBIT E

**Florida Board of Governors**
**Intellectual Freedom and Viewpoint Diversity Assessment Project**
<span style="color:red">**Student Survey**</span>

**Opening Message for Survey**

In spring 2021, the Florida Legislature passed HB233 to promote Intellectual Freedom and Viewpoint Diversity within the State of Florida's State University System. The Florida Board of Governors (FLBOG) was asked to create "an objective, nonpartisan, and statistically valid survey to be used by each institution which considers the extent to which competing ideas and perspectives are presented and members of the college community, including students, faculty, and staff, feel free to express their beliefs and viewpoints on campus and in the classroom."

This anonymous survey is intended to obtain opinions on intellectual freedom and viewpoint diversity at *[university name]*, drawing on your experiences as a student there. You will be asked questions about these topics and about yourself. Your participation is voluntary. You are free not to answer any question or to withdraw from the study at any time. This survey should take approximately 5 minutes to complete.

*Note: You must be 18 years of age or older may participate in this survey.*

Responses will be analyzed for the institution and only grouped responses will be reported. Any data or results that might compromise a respondent's identity will not be published.

By completing this survey, you are consenting to participate in this study.

**Intellectual Freedom and Viewpoint Diversity on My Campus**

In your experience, how often are students encouraged to consider a wide variety of viewpoints and perspectives in the classroom?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely

1

**Commented [THS1]:** Add here the suggested consent-type language, while preserving your language above:

We will not record your name or any information that shows your identity. We will securely store your information. Your email addresses used to contact you are not ever linked to any response, and the email address file is kept separate from response data. All data will be securely collected, transmitted and stored using password, encryption and other authentication protection.

If you plan to obtain the Certificate of Confidentiality, then add the following: this research is covered by a Certificate of Confidentiality from the National Institutes of Health, which protects against any compelled disclosure of information about you in any legal or court action. Go here to learn more.

If you have any questions, please contact [*list investigator's name, FSU e-mail, and telephone number*]. [*If the researcher is a student, include the faculty advisor's name, FSU e-mail and phone number as well*].

The FSU Institutional Review Board has approved of this study. If you have any questions about your rights as a research participant, you may contact the IRB at (850) 644-7900 or humansubjects@fsu.edu.

- Never
- Don't Know
- Prefer Not to Answer

In your experience, how often are there opportunities to consider a wide variety of viewpoints and perspectives *outside of the campus classroom* (such as in clubs, student organizations, and at campus events)?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know
- Prefer Not to Answer

In your experience how often do *instructors* create an environment that is supportive of a range of viewpoints?

- Always
- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know
- Prefer Not to Answer

In your experience, how often do *students* create an environment that is supportive of a range of viewpoints?

- Always
- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely

2

FSU002004

- Never
- Don't Know
- Prefer Not to Answer

**Freedom of Expression on My Campus**

Think about being in a class that was discussing a *Non-Controversial* issue. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views
- Prefer Not to Answer

Think about being in a class that was discussing a controversial or difficult issue in your primary area of study. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views
- Prefer Not to Answer

Think about being in a class that was discussing a controversial or difficult *political* issue. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views
- Prefer Not to Answer

3

FSU002005

If you were to speak up and give your views on one of these controversial or difficult issues during a class discussion, how concerned would you be that the following would occur?

The instructor would criticize my views.

- Not at all concerned
- Somewhat concerned
- Very concerned
- Extremely concerned
- Prefer Not to Answer

Other students would criticize my views.
- Not at all concerned
- Somewhat concerned
- Very concerned
- Extremely concerned
- Prefer Not to Answer

Someone would post critical comments about my views on social media.
- Not at all concerned
- Somewhat concerned
- Very concerned
- Extremely concerned
- Prefer Not to Answer

4

Are you more likely or less likely to share your views on a controversial issue in the following settings?

| Setting | Much More Likely | Somewhat More Likely | Somewhat Less Likely | Much Less Likely | Prefer Not to Answer |
|---|---|---|---|---|---|
| The college classroom | | | | | |
| At a meal with friends | | | | | |
| At a family gathering | | | | | |
| At a workplace with colleagues | | | | | |
| On social media (e.g. Twitter, Instagram, or Facebook) | | | | | |

5

FSU002007

**Information About You**

At what level are you in your studies?

- Freshman
- Sophomore
- Junior
- Senior
- Graduate Student
- Prefer Not to Answer

Where would you place yourself on the following scale?

- Conservative
- Moderate
- Liberal
- None of the Above
- Prefer Not to Answer

Which of the following describes your race? You can select as many as apply.

- American Indian or Alaskan Native
- Asian or Asian-American
- Black or African American
- Caucasian or White
- Pacific Islander
- Mixed
- Other
- Prefer Not to Answer

Are you of Hispanic, Latino/a/x, or Spanish origin?

- Yes
- No
- Prefer Not to Answer

With which sex or gender identity do you most identify?

- Female
- Male
- Neither best describes me

6

FSU002008

- Prefer Not to Answer



7

FSU002009

# EXHIBIT F

**Florida Board of Governors**
**Intellectual Freedom and Viewpoint Diversity Assessment Project**
**Student Survey**

## Opening Message for Survey

In spring 2021, the Florida Legislature passed HB233 to promote Intellectual Freedom and Viewpoint Diversity within the State of Florida's State University System. The Florida Board of Governors (FLBOG) was asked to create "an objective, nonpartisan, and statistically valid survey to be used by each institution which considers the extent to which competing ideas and perspectives are presented and members of the college community, including students, faculty, and staff, feel free to express their beliefs and viewpoints on campus and in the classroom."

This anonymous survey is intended to obtain opinions on intellectual freedom and viewpoint diversity at *[university name]*, drawing on your experiences as a student there. You will be asked questions about these topics and about yourself. Your participation is voluntary. You are free not to answer any question or to withdraw from the study at any time. This survey should take approximately 5 minutes to complete.

*Note: You must be 18 years of age or older may participate in this survey.*

Responses will be analyzed for the institution and only grouped responses will be reported. Any data or results that might compromise a respondent's identity will not be published.

By completing this survey, you are consenting to participate in this study.

## Intellectual Freedom and Viewpoint Diversity on My Campus

In your experience, how often are students encouraged to consider a wide variety of viewpoints and perspectives in the classroom?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely

FSU001960

- Never
- Don't Know
- Prefer Not to Answer

In your experience, how often are there opportunities to consider a wide variety of viewpoints and perspectives *outside of the campus classroom* (such as in clubs, student organizations, and at campus events)?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know
- Prefer Not to Answer

In your experience how often do *instructors* create an environment that is supportive of a range of viewpoints?

- Always
- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know
- Prefer Not to Answer

In your experience, how often do *students* create an environment that is supportive of a range of viewpoints?

- Always
- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely

2

FSU001961

- Never
- Don't Know
- Prefer Not to Answer

## Freedom of Expression on My Campus

Think about being in a class that was discussing a *Non-Controversial* issue. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views
- Prefer Not to Answer

Think about being in a class that was discussing a controversial or difficult issue in your primary area of study. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views
- Prefer Not to Answer

Think about being in a class that was discussing a controversial or difficult *political* issue. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views
- Prefer Not to Answer

3

FSU001962

If you were to speak up and give your views on one of these controversial or difficult issues during a class discussion, how concerned would you be that the following would occur?

The instructor would criticize my views.

- Not at all concerned
- Somewhat concerned
- Very concerned
- Extremely concerned
- Prefer Not to Answer

Other students would criticize my views.
- Not at all concerned
- Somewhat concerned
- Very concerned
- Extremely concerned
- Prefer Not to Answer

Someone would post critical comments about my views on social media.
- Not at all concerned
- Somewhat concerned
- Very concerned
- Extremely concerned
- Prefer Not to Answer

4

Are you more likely or less likely to share your views on a controversial issue in the following settings?

| Setting | Much More Likely | Somewhat More Likely | Somewhat Less Likely | Much Less Likely | Prefer Not to Answer |
|---|---|---|---|---|---|
| The college classroom | | | | | |
| At a meal with friends | | | | | |
| At a family gathering | | | | | |
| At a workplace with colleagues | | | | | |
| On social media (e.g. Twitter, Instagram, or Facebook) | | | | | |

5

**Information About You**

At what level are you in your studies?

- Freshman
- Sophomore
- Junior
- Senior
- Graduate Student
- Prefer Not to Answer

Where would you place yourself on the following scale?

- Conservative
- Moderate
- Liberal
- None of the Above
- Prefer Not to Answer

Which of the following describes your race? You can select as many as apply.

- American Indian or Alaskan Native
- Asian or Asian-American
- Black or African American
- Caucasian or White
- Pacific Islander
- Mixed
- Other
- Prefer Not to Answer

Are you of Hispanic, Latino/a/x, or Spanish origin?

- Yes
- No
- Prefer Not to Answer

With which sex or gender identity do you most identify?

- Female
- Male
- Neither best describes me

6

FSU001965

- Prefer Not to Answer



FSU001966

# EXHIBIT G

**Florida Board of Governors**
**Intellectual Freedom and Viewpoint Diversity Assessment Project**
<span style="color:red">**Student Survey**</span>

## Opening Message for Survey

In spring 2021, the Florida Legislature passed HB233 to promote Intellectual Freedom and Viewpoint Diversity within the State of Florida's State University System. The Florida Board of Governors (FLBOG) was asked to create "an objective, nonpartisan, and statistically valid survey to be used by each institution which considers the extent to which competing ideas and perspectives are presented and members of the college community, including students, faculty, and staff, feel free to express their beliefs and viewpoints on campus and in the classroom."

This anonymous survey is intended to obtain opinions on intellectual freedom and viewpoint diversity at *[university name]*, drawing on your experiences as a student there. You will be asked questions about these topics and about yourself. Your participation is voluntary. You are free not to answer any question or to withdraw from the study at any time. This survey should take approximately 5 minutes to complete.

Responses will be analyzed for the institution and only grouped responses will be reported. Any data or results that might compromise a respondent's identity will not be published.

## Intellectual Freedom and Viewpoint Diversity on My Campus

In your experience, how often are students encouraged to consider a wide variety of viewpoints and perspectives in the classroom?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know
- Prefer Not to Answer

1

In your experience, how often are there opportunities to consider a wide variety of viewpoints and perspectives *outside of the campus classroom* (such as in clubs, student organizations, and at campus events)?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know
- Prefer Not to Answer

In your experience how often do *instructors* create an environment that is supportive of a range of viewpoints?

- Always
- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know
- Prefer Not to Answer

In your experience, how often do *students* create an environment that is supportive of a range of viewpoints?

- Always
- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know
- Prefer Not to Answer

2

FSU001933

**Freedom of Expression on My Campus**

Think about being in a class that was discussing a *Non-Controversial* issue. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views
- Prefer Not to Answer

Think about being in a class that was discussing a controversial or difficult issue in your primary area of study. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views
- Prefer Not to Answer

Think about being in a class that was discussing a controversial or difficult *political* issue. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views
- Prefer Not to Answer

3

If you were to speak up and give your views on one of these controversial or difficult issues during a class discussion, how concerned would you be that the following would occur?

The instructor would criticize my views.

- Not at all concerned
- Somewhat concerned
- Very concerned
- Extremely concerned
- Prefer Not to Answer

Other students would criticize my views.
- Not at all concerned
- Somewhat concerned
- Very concerned
- Extremely concerned
- Prefer Not to Answer

Someone would post critical comments about my views on social media.
- Not at all concerned
- Somewhat concerned
- Very concerned
- Extremely concerned
- Prefer Not to Answer

4

FSU001935

Are you more likely or less likely to share your views on a controversial issue in the following settings?

| Setting | Much More Likely | Somewhat More Likely | Somewhat Less Likely | Much Less Likely | Prefer Not to Answer |
|---|---|---|---|---|---|
| The college classroom | | | | | |
| At a meal with friends | | | | | |
| At a family gathering | | | | | |
| At a workplace with colleagues | | | | | |
| On social media (e.g. Twitter, Instagram, or Facebook) | | | | | |

5

FSU001936

**Information About You**

At what level are you in your studies?

- Freshman
- Sophomore
- Junior
- Senior
- Graduate Student
- Prefer Not to Answer

Where would you place yourself on the following scale?

- Conservative
- Moderate
- Liberal
- None of the Above
- Prefer Not to Answer

Which of the following describes your race? You can select as many as apply.

- American Indian or Alaskan Native
- Asian or Asian-American
- Black or African American
- Caucasian or White
- Pacific Islander
- Mixed
- Other
- Prefer Not to Answer

Are you of Hispanic, Latino/a/x, or Spanish origin?

- Yes
- No
- Prefer Not to Answer

With which sex or gender identity do you most identify?

- Female
- Male
- Neither best describes me

6

- Prefer Not to Answer



FSU001938

# EXHIBIT H

**Florida Board of Governors**
**Intellectual Freedom and Viewpoint Diversity Assessment Project**
<span style="color:red">**Staff Survey**</span>

## Opening Message for Survey

In spring 2021, the Florida Legislature passed HB233 to promote Intellectual Freedom and Viewpoint Diversity within the State of Florida's State University System. The Florida Board of Governors (FLBOG) was asked to create "an objective, nonpartisan, and statistically valid survey to be used by each institution which considers the extent to which competing ideas and perspectives are presented and members of the college community, including students, faculty, and staff, feel free to express their beliefs and viewpoints on campus and in the classroom."

This anonymous survey is intended to obtain opinions on intellectual freedom and viewpoint diversity at *[university name]*, drawing on your experiences as a staff member there. You will be asked questions about these topics and about yourself. Your participation is voluntary. You are free not to answer any question or to withdraw from the study at any time. This survey should take approximately 5 minutes to complete.

Responses will be analyzed for the institution and only grouped responses will be reported. Any data or results that might compromise a respondent's identity will not be published.

## Intellectual Freedom and Viewpoint Diversity on My Campus

In your experience, how often are students encouraged to consider a wide variety of viewpoints and perspectives in the classroom?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Never
- Don't Know
- Prefer Not to Answer

1

FSU001926

In your experience, how often are there opportunities for students to consider a wide variety of viewpoints and perspectives *outside of the campus classroom* (such as in clubs, student organizations, and at campus events)?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Prefer Not to Answer

In your experience how often do *instructors* create an environment that is supportive of a range of viewpoints?

- Always
- Very Frequently
- Frequently
- Occasionally
- Rarely
- Never
- Don't Know
- Prefer Not to Answer

In your experience, how often do *students* create an environment that is supportive of a range of viewpoints?

- Always
- Very Frequently
- Frequently
- Occasionally
- Rarely
- Never
- Don't Know
- Prefer Not to Answer

2

FSU001927

**Freedom of Expression on Campus**

Think about a time within your workplace in which a *non-controversial* issue was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable contributing to this discussion
- I would be somewhat comfortable contributing to this discussion
- Neutral
- I would be somewhat reluctant contributing to this discussion
- I would be very reluctant contribute to this discussion
- Prefer Not to Answer

Think about a time within your workplace in which a *controversial* issue was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable contributing to this discussion
- I would be somewhat comfortable contributing to this discussion
- Neutral
- I would be somewhat reluctant contributing to this discussion
- I would be very reluctant contribute to this discussion
- Prefer Not to Answer

As you think about contributing to a discussion on one of these *controversial* issues, how concerned would you be that the following would occur?

Colleagues would criticize my views as offensive.
- Not at all concerned
- Slightly concerned
- Somewhat concerned
- Very concerned
- Extremely concerned
- Prefer Not to Answer

Someone would post critical comments about my views on social media.
- Not at all concerned
- Slightly concerned
- Somewhat concerned

3

FSU001928

- Very concerned
- Extremely concerned
- Prefer Not to Answer



FSU001929

Are you more likely or less likely to share your views on a controversial issue in the following settings?

| Setting | Much More Likely | Somewhat More Likely | Somewhat Less Likely | Much Less Likely | Prefer Not to Answer |
|---|---|---|---|---|---|
| In the workplace with colleagues | | | | | |
| At a meal with friends | | | | | |
| At a family gathering | | | | | |
| On social media (e.g. Twitter, Instagram, or Facebook) | | | | | |

5

FSU001930

**Information About You**

Where would you place yourself on the following scale?

- Conservative
- Moderate
- Liberal
- None of the Above
- Prefer Not to Answer

Which of the following describes your race? You can select as many as apply.

- American Indian or Alaskan Native
- Asian or Asian-American
- Black or African American
- Caucasian or White
- Pacific Islander
- Mixed
- Other
- Prefer Not to Answer

Are you of Hispanic, Latino/a/x, or Spanish origin?

- Yes
- No
- Prefer Not to Answer

With which sex or gender identity do you most identify?

- Female
- Male
- Neither best describes me
- Prefer Not to Answer

6

FSU001931

# EXHIBIT I

**Florida Board of Governors**
**Intellectual Freedom and Viewpoint Diversity Assessment Project**
**Faculty Survey**

## Opening Message for Survey

In spring 2021, the Florida Legislature passed HB233 to promote Intellectual Freedom and Viewpoint Diversity within the State of Florida's State University System. The Florida Board of Governors (FLBOG) was asked to create "an objective, nonpartisan, and statistically valid survey to be used by each institution which considers the extent to which competing ideas and perspectives are presented and members of the college community, including students, faculty, and staff, feel free to express their beliefs and viewpoints on campus and in the classroom."

This anonymous survey is intended to obtain opinions on intellectual freedom and viewpoint diversity at *[university name]*, drawing on your experiences as a faculty member there. You will be asked questions about these topics and about yourself. Your participation is voluntary. You are free not to answer any question or to withdraw from the study at any time. This survey should take approximately 5 minutes to complete.

Responses will be analyzed for the institution and only grouped responses will be reported. Any data or results that might compromise a respondent's identity will not be published.

## Intellectual Freedom and Viewpoint Diversity on My Campus

In your experience, how often are students encouraged to consider a wide variety of viewpoints and perspectives in the classroom?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Prefer Not to Answer

1

In your experience, how often are there opportunities for students to consider a wide variety of viewpoints and perspectives *outside of the campus classroom* (such as in clubs, student organizations, and at campus events)?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Prefer Not to Answer

In your experience, how often do *instructors* create an environment that is supportive of a range of viewpoints?

- Always
- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Prefer Not to Answer

In your experience, how often do *students* create an environment that is supportive of a range of viewpoints?

- Always
- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Prefer Not to Answer

2

FSU001920

**Freedom of Expression on Campus**

Think about teaching a class session that centered upon a discussion of a *non-controversial* issue. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion
- Prefer Not to Answer

Think about teaching a class session that centered upon discussion of a *controversial or difficult issue in your primary area of instruction*. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion
- Prefer Not to Answer

Think about teaching a class session that centered upon a controversial or difficult *political* issue. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion
- Prefer Not to Answer

As you think about leading the discussion on one of these *controversial* issues during a class, how concerned would you be that the following would occur?

Students would criticize my views as offensive.
- Not at all concerned

3

FSU001921

- Slightly concerned
- Somewhat concerned
- Very concerned
- Extremely concerned
- Prefer Not to Answer

Someone would post critical comments about my views on social media.
- Not at all concerned
- Slightly concerned
- Somewhat concerned
- Very concerned
- Extremely concerned
- Prefer Not to Answer

FSU001922



Are you more likely or less likely to share your views on a controversial issue in the following settings?

| Setting | Much More Likely | Somewhat More Likely | Somewhat Less Likely | Much Less Likely | Prefer Not to Answer |
|---|---|---|---|---|---|
| The college classroom | | | | | |
| At a meal with friends | | | | | |
| At a family gathering | | | | | |
| At a workplace with colleagues | | | | | |
| On social media (e.g. Twitter, Instagram, or Facebook) | | | | | |

5

FSU001923

**Information About You**

What is your present academic rank?

- Full Professor
- Associate Professor
- Assistant Professor
- Instructor/Lecturer/Specialized Faculty (non-tenure track)
- Prefer Not to Answer

Are you tenured?

- Yes
- No
- Not Applicable
- Prefer Not to Answer

Where would you place yourself on the following scale?

- Conservative
- Moderate
- Liberal
- None of the Above
- Prefer Not to Answer

Which of the following describes your race? You can select as many as apply.

- American Indian or Alaskan Native
- Asian or Asian-American
- Black or African American
- Caucasian or White
- Pacific Islander
- Mixed
- Other
- Prefer Not to Answer

Are you of Hispanic, Latino/a/x, or Spanish origin?

- Yes
- No
- Prefer Not to Answer

6

FSU001924

With which sex or gender identity do you most identify?

- Female
- Male
- Neither best describes me
- Prefer Not to Answer



FSU001925

# EXHIBIT J

**Florida Board of Governors**
**Intellectual Freedom and Viewpoint Diversity Assessment Project**
**<span style="color:red">Student Survey</span>**

## Opening Message for Survey

In spring 2021, the Florida Legislature passed HB233 to promote Intellectual Freedom and Viewpoint Diversity within the State of Florida's State University System. The Florida Board of Governors (FLBOG) was asked to create "an objective, nonpartisan, and statistically valid survey to be used by each institution which considers the extent to which competing ideas and perspectives are presented and members of the college community, including students, faculty, and staff, feel free to express their beliefs and viewpoints on campus and in the classroom."

This anonymous survey is intended to obtain opinions on intellectual freedom and viewpoint diversity at *[university name]*, drawing on your experiences as a student there. You will be asked questions about these topics and about yourself. Your participation is voluntary. You are free not to answer any question or to withdraw from the study at any time. This survey should take approximately 5 minutes to complete.

Responses will be analyzed for the institution and only grouped responses will be reported. Any data or results that might compromise a respondent's identity will not be published.

## Intellectual Freedom and Viewpoint Diversity on My Campus

In your experience, how often are students encouraged to consider a wide variety of viewpoints and perspectives in the classroom?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Prefer Not to Answer

1

FSU001912

In your experience, how often are there opportunities to consider a wide variety of viewpoints and perspectives *outside of the campus classroom* (such as in clubs, student organizations, and at campus events)?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Prefer Not to Answer

In your experience how often do *instructors* create an environment that is supportive of a range of viewpoints?

- Always
- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Prefer Not to Answer

In your experience, how often do *students* create an environment that is supportive of a range of viewpoints?

- Always
- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Prefer Not to Answer

2

FSU001913

**Freedom of Expression on My Campus**

Think about being in a class that was discussing a *Non-Controversial* issue. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views
- Prefer Not to Answer

Think about being in a class that was discussing a controversial or difficult issue in your primary area of study. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views
- Prefer Not to Answer

Think about being in a class that was discussing a controversial or difficult *political* issue. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views
- Prefer Not to Answer

3

FSU001914

If you were to speak up and give your views on one of these controversial or difficult issues during a class discussion, how concerned would you be that the following would occur?

The instructor would criticize my views.

- Not at all concerned
- Somewhat concerned
- Very concerned
- Extremely concerned
- Prefer Not to Answer

Other students would criticize my views.
- Not at all concerned
- Somewhat concerned
- Very concerned
- Extremely concerned
- Prefer Not to Answer

Someone would post critical comments about my views on social media.
- Not at all concerned
- Somewhat concerned
- Very concerned
- Extremely concerned
- Prefer Not to Answer

4

FSU001915

Are you more likely or less likely to share your views on a controversial issue in the following settings?

| Setting | Much More Likely | Somewhat More Likely | Somewhat Less Likely | Much Less Likely | Prefer Not to Answer |
|---|---|---|---|---|---|
| The college classroom | | | | | |
| At a meal with friends | | | | | |
| At a family gathering | | | | | |
| At a workplace with colleagues | | | | | |
| On social media (e.g. Twitter, Instagram, or Facebook) | | | | | |

5

FSU001916

**Information About You**

At what level are you in your studies?

- Freshman
- Sophomore
- Junior
- Senior
- Graduate Student
- Prefer Not to Answer

Where would you place yourself on the following scale?

- Conservative
- Moderate
- Liberal
- None of the Above
- Prefer Not to Answer

Which of the following describes your race? You can select as many as apply.

- American Indian or Alaskan Native
- Asian or Asian-American
- Black or African American
- Caucasian or White
- Pacific Islander
- Mixed
- Other
- Prefer Not to Answer

Are you of Hispanic, Latino/a/x, or Spanish origin?

- Yes
- No
- Prefer Not to Answer

With which sex or gender identity do you most identify?

- Female
- Male
- Neither best describes me

6

FSU001917

- Prefer Not to Answer



FSU001918

# EXHIBIT K

**Florida Board of Governors**
**Intellectual Freedom and Viewpoint Diversity Assessment Project**
<span style="color:red">**Student Survey**</span>

## Opening Message for Survey

In spring 2021, the Florida Legislature passed HB233 to promote Intellectual Freedom and Viewpoint Diversity within the State of Florida's State University System. The Florida Board of Governors (FLBOG) was asked to create "an objective, nonpartisan, and statistically valid survey to be used by each institution which considers the extent to which competing ideas and perspectives are presented and members of the college community, including students, faculty, and staff, feel free to express their beliefs and viewpoints on campus and in the classroom."

This anonymous survey is intended to obtain opinions on intellectual freedom and viewpoint diversity at *[university name]*, drawing on your experiences as a student there. You will be asked questions about these topics and about yourself. Your participation is voluntary. You are free not to answer any question or to withdraw from the study at any time. This survey should take approximately 5 minutes to complete.

Responses will be analyzed for the institution and only grouped responses will be reported. Any data or results that might compromise a respondent's identity will not be published.

## Intellectual Freedom and Viewpoint Diversity on My Campus

On my campus, how often are students encouraged to consider a wide variety of viewpoints and perspectives in the classroom?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

1

On my campus, how often are there opportunities to consider a wide variety of viewpoints and perspectives *outside of the classroom* (such as in clubs, student organizations, and at campus events)?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

On my campus, how often do *instructors* create an environment that is supportive of a range of viewpoints?

- Always
- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

On my campus, how often do *students* create an environment that is supportive of a range of viewpoints?

- Always
- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

FSU001906

**Freedom of Expression on My Campus**

Think about being in a class that was discussing a *Non-Controversial* issue. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views
- Prefer Not to Answer

Think about being in a class that was discussing a controversial or difficult issue in your primary area of study. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views
- Prefer Not to Answer

Think about being in a class that was discussing a controversial or difficult *political* issue. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views
- Prefer Not to Answer

3

If you were to speak up and give your views on one of these controversial or difficult issues during a class discussion, how concerned would you be that the following would occur?

The instructor would criticize my views.

- Not at all concerned
- Somewhat concerned
- Very concerned
- Extremely concerned
- Prefer Not to Answer

Other students would criticize my views.
- Not at all concerned
- Somewhat concerned
- Very concerned
- Extremely concerned
- Prefer Not to Answer

Someone would post critical comments about my views on social media.
- Not at all concerned
- Somewhat concerned
- Very concerned
- Extremely concerned
- Prefer Not to Answer

4

When compared to classroom, are you more likely or less likely to share your views on a controversial issue in the following settings?

| Setting | Much More Likely | Somewhat More Likely | About the Same | Somewhat Less Likely | Much Less Likely | Prefer Not To Answer |
|---|---|---|---|---|---|---|
| ????? – Didn't quite follow the feedback received on this new item… HELP! | | | | | | |
| At a meal with friends | | | | | | |
| At a family gathering | | | | | | |
| At a workplace with colleagues | | | | | | |
| On social media (e.g. Twitter, Instagram, or Facebook) | | | | | | |

5

FSU001909

**Information About You**

At what level are you in your studies?

- Freshman
- Sophomore
- Junior
- Senior
- Graduate Student
- Prefer Not to Answer

Which of the following describes your race? You can select as many as apply.

- American Indian or Alaska Native
- Asian or Asian-American
- Black or African American
- Caucasian or White
- Pacific Islander
- Mixed
- Other
- Prefer Not to Answer

Are you of Hispanic, Latino/a/x, or Spanish origin?

- Yes
- No
- Prefer Not to Answer

With which sex or gender identity do you most identify?

- Female
- Male
- Neither best describes me
- Prefer Not to Answer

6

FSU001910

Where would you place yourself on the following scale?

- Conservative
- Moderate
- Liberal
- Prefer Not to Answer

***BRANCHING Question depending upon response to above question:***

Do you consider yourself to be:

- Extremely conservative
- Moderately conservative
- Slightly conservative
- Prefer Not to Answer

Do you consider yourself to be:

- Moderate, leaning conservative
- Moderate
- Moderate, leaning liberal
- Prefer Not to Answer

Do you consider yourself to be:

- Extremely liberal
- Moderately liberal
- Slightly liberal
- Prefer Not to Answer

7

FSU001911

# EXHIBIT L

**Florida Board of Governors**
**Intellectual Freedom and Viewpoint Diversity Assessment Project**
<span style="color:red">**Student Survey**</span>

**<u>Opening Message for Survey</u>**

In spring 2021, the Florida Legislature passed HB233 to promote Intellectual Freedom and Viewpoint Diversity and directed the state's Board of Education to create "an objective, nonpartisan, and statistically valid survey to be used by each institution which considers the extent to which competing ideas and perspectives are presented and members of the college community, including students, faculty, and staff, feel free to express their beliefs and viewpoints on campus and in the classroom."

This anonymous survey is intended to obtain opinions on intellectual freedom and viewpoint diversity at *[university name]*, drawing on your experiences as a student there. You will be asked questions about these topics and about yourself. Your participation is voluntary. You are free not to answer any question or to withdraw from the study at any time. This survey should take approximately 5 minutes to complete.

Responses will be analyzed for the institution and only grouped responses will be reported. Any data or results that might compromise a respondent's identity will not be published.

**<u>Intellectual Freedom and Viewpoint Diversity on My Campus</u>**

On my campus, how often are students encouraged to consider a wide variety of viewpoints and perspectives in the classroom?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

1

FSU001891

On my campus, how often are there opportunities to consider a wide variety of viewpoints and perspectives *outside of the classroom* (such as in clubs, student organizations, and at campus events)?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

On my campus, how often do *instructors* create an environment that is supportive of a range of viewpoints?

- Always
- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

On my campus, how often do *students* create an environment that is supportive of a range of viewpoints?

- Always
- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

2

FSU001892

**<u>Freedom of Expression on My Campus</u>**

Think about being in a class that was discussing a *Non-Controversial* issue. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being in a class that was discussing a controversial or difficult issue in your primary area of study. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being in a class that was discussing a controversial or difficult *political* issue. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

3

FSU001893

If you were to speak up and give your views on one of these controversial or difficult issues during a class discussion, how concerned would you be that the following would occur?

The instructor would criticize my views.

- Not at all concerned
- Slightly concerned
- Somewhat concerned
- Very concerned
- Extremely concerned

Other students would criticize my views.
- Not at all concerned
- Slightly concerned
- Somewhat concerned
- Very concerned
- Extremely concerned

Someone would post critical comments about my views on social media.
- Not at all concerned
- Slightly concerned
- Somewhat concerned
- Very concerned
- Extremely concerned

4

When compared to the classroom, are you more likely or less likely to share your views on a controversial issue in the following settings?

| Setting | Much More Likely | Somewhat More Likely | About the Same | Somewhat Less Likely | Much Less Likely |
|---|---|---|---|---|---|
| At a meal with friends | | | | | |
| At a family gathering | | | | | |
| At a workplace with colleagues | | | | | |
| On social media (e.g. Twitter, Instagram, or Facebook) | | | | | |

FSU001895

**Information About You**

What is your primary major or program of study?

- Option 1: Self-reported
- Option 2: Get list of majors from each institution

At what level are you in your studies?

- Freshman
- Sophomore
- Junior
- Senior
- Graduate Student
- Prefer Not to Answer

Which of the following describes your race? You can select as many as apply.

- American Indian or Alaska Native
- Asian or Asian-American
- Black or African American
- Caucasian or White
- Pacific Islander
- Mixed
- Other
- Prefer Not to Answer

Are you of Hispanic, Latino/a/x, or Spanish origin?

- Yes
- No
- Prefer Not to Answer

With which sex or gender identity do you most identify?

- Female
- Male
- Neither best describes me
- Prefer Not to Answer

6

Where would you place yourself on the following scale?

- Extremely liberal
- Somewhat liberal
- Moderate leaning liberal
- Moderate
- Moderate leaning conservative
- Somewhat conservative
- Extremely conservative
- Other
- Prefer Not to Answer

7

FSU001897


# EXHIBIT M

**Florida Board of Governors**
**Intellectual Freedom and Viewpoint Diversity Assessment Project**
**Student Survey**

## Opening Message for Survey

In spring 2021, the Florida Legislature passed HB233 to promote Intellectual Freedom and Viewpoint Diversity within the State of Florida's State University System. The Florida Board of Governors (FLBOG) was asked to create "an objective, nonpartisan, and statistically valid survey to be used by each institution which considers the extent to which competing ideas and perspectives are presented and members of the college community, including students, faculty, and staff, feel free to express their beliefs and viewpoints on campus and in the classroom."

This anonymous survey is intended to obtain opinions on intellectual freedom and viewpoint diversity at *[university name]*, drawing on your experiences as a student there. You will be asked questions about these topics and about yourself. Your participation is voluntary. You are free not to answer any question or to withdraw from the study at any time. This survey should take approximately 5 minutes to complete.

Responses will be analyzed for the institution and only grouped responses will be reported. Any data or results that might compromise a respondent's identity will not be published.

## Intellectual Freedom and Viewpoint Diversity on My Campus

In your experience, how often are students encouraged to consider a wide variety of viewpoints and perspectives in the classroom?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never

1

FSU001898

In your experience, how often are there opportunities to consider a wide variety of viewpoints and perspectives *outside of the campus classroom* (such as in clubs, student organizations, and at campus events)?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never

In your experience how often do *instructors* create an environment that is supportive of a range of viewpoints?

- Always
- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never

In your experience, how often do *students* create an environment that is supportive of a range of viewpoints?

- Always
- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never

2

FSU001899

**Freedom of Expression on My Campus**

Think about being in a class that was discussing a *Non-Controversial* issue. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being in a class that was discussing a controversial or difficult issue in your primary area of study. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being in a class that was discussing a controversial or difficult *political* issue. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

FSU001900

If you were to speak up and give your views on one of these controversial or difficult issues during a class discussion, how concerned would you be that the following would occur?

The instructor would criticize my views.

- Not at all concerned
- Somewhat concerned
- Very concerned
- Extremely concerned

Other students would criticize my views.
- Not at all concerned
- Somewhat concerned
- Very concerned
- Extremely concerned

Someone would post critical comments about my views on social media.
- Not at all concerned
- Somewhat concerned
- Very concerned
- Extremely concerned

4

Are you more likely or less likely to share your views on a controversial issue in the following settings?

| Setting | Much More Likely | Somewhat More Likely | Somewhat Less Likely | Much Less Likely |
|---|---|---|---|---|
| The college classroom | | | | |
| At a meal with friends | | | | |
| At a family gathering | | | | |
| At a workplace with colleagues | | | | |
| On social media (e.g. Twitter, Instagram, or Facebook) | | | | |

5

FSU001902

**Information About You**

At what level are you in your studies?

- Freshman
- Sophomore
- Junior
- Senior
- Graduate Student

Which of the following describes your race? You can select as many as apply.

- American Indian or Alaskan Native
- Asian or Asian-American
- Black or African American
- Caucasian or White
- Pacific Islander
- Mixed
- Other

Are you of Hispanic, Latino/a/x, or Spanish origin?

- Yes
- No

With which sex or gender identity do you most identify?

- Female
- Male
- Neither best describes me

6

FSU001903

Where would you place yourself on the following scale?

- Conservative
- Moderate
- Liberal
- Haven't thought much about it *[no branch]*


***BRANCHING Question depending upon response to above question:***

Do you consider yourself to be:

- Extremely conservative
- Moderately conservative
- Slightly conservative


Do you consider yourself to be:

- Moderate, leaning conservative
- Moderate
- Moderate, leaning liberal


Do you consider yourself to be:

- Extremely liberal
- Moderately liberal
- Slightly liberal

7

# EXHIBIT N

**Florida Board of Governors**
**Intellectual Freedom and Viewpoint Diversity Assessment Project**
<span style="color:red">**Student Survey**</span>

## Opening Message for Survey

In spring 2021, the Florida Legislature passed HB233 to promote Intellectual Freedom and Viewpoint Diversity within the State of Florida's State University System. The Florida Board of Governors (FLBOG) was asked to create "an objective, nonpartisan, and statistically valid survey to be used by each institution which considers the extent to which competing ideas and perspectives are presented and members of the college community, including students, faculty, and staff, feel free to express their beliefs and viewpoints on campus and in the classroom."

This anonymous survey is intended to obtain opinions on intellectual freedom and viewpoint diversity at *[university name]*, drawing on your experiences as a student there. You will be asked a number of questions about these topics and about yourself. Your participation is voluntary. You are free not to answer any question or to withdraw from the study at any time. This survey should take approximately 5 minutes to complete.

Responses will be analyzed for the institution and findings will be reported by the FLBOG to the State Legislature as required. Only grouped responses will be reported; any data or results that might compromise a respondent's identity will not be published.

## Intellectual Freedom and Viewpoint Diversity on My Campus

On my campus, how often are students encouraged to consider a wide variety of viewpoints and perspectives in the classroom?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

1

On my campus, how often are there opportunities to consider a wide variety of viewpoints and perspectives *outside of the classroom* (such as in clubs, student organizations, and at campus events)?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

On my campus, how often do *instructors* create an environment that is unwelcoming to a range of viewpoints?

- Never
- Very Rarely
- Rarely
- Occasionally
- Frequently
- Very Frequently
- Always
- Don't Know

On my campus, how often do *students* create an environment that is unwelcoming to a range of viewpoints?

- Never
- Very Rarely
- Rarely
- Occasionally
- Frequently
- Very Frequently
- Always
- Don't Know

2

FSU001805

**Freedom of Expression on My Campus**

Think about being in a class that was discussing a *Non-Controversial* issue. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being in a class that was discussing a controversial or difficult issue in your primary area of study. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being in a class that was discussing a controversial or difficult *political* issue. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

If you were to speak up and give your views on one of these controversial or difficult issues during a class discussion, how concerned would you be that the following would occur?

The instructor would criticize my views.

- Not at all concerned
- Slightly concerned
- Somewhat concerned

3

FSU001806

- Very concerned
- Extremely concerned

Other students would criticize my views.
- Not at all concerned
- Slightly concerned
- Somewhat concerned
- Very concerned
- Extremely concerned

Someone would post critical comments about my views on social media.
- Not at all concerned
- Slightly concerned
- Somewhat concerned
- Very concerned
- Extremely concerned

**Information About You**

What college is home to your primary major or program of study?

- Get list of colleges from each institution

At what level are you in your studies?

- Freshman
- Sophomore
- Junior
- Senior
- Graduate Student
- Prefer Not to Answer

Which of the following describes your race? You can select as many as apply.

- American Indian or Alaska Native
- Asian or Asian-American
- Black or African American
- Caucasian or White

4

- Pacific Islander
- Mixed
- Other
- Prefer Not to Answer

Are you of Hispanic, Latino/a/x, or Spanish origin?

- Yes
- No
- Prefer Not to Answer

With which sex or gender identity do you most identify?

- Female
- Male
- Neither best describes me
- Prefer Not to Answer

Where would you place yourself on the following scale?

- Extremely liberal
- Somewhat liberal
- Moderate leaning liberal
- Moderate
- Moderate leaning conservative
- Somewhat conservative
- Extremely conservative
- Other
- Prefer Not to Answer

5

FSU001808

**DRAFT NEW QUESTION FOR FEEDBACK**

When compared to the classroom, are you more or less likely to share your views on a controversial issue in the following settings?

| Setting | Much More Likely | Somewhat More Likely | About the Same | Somewhat Less Likely | Much Less Likely |
|---|---|---|---|---|---|
| -At a meal with friends | | | | | |
| -At a family gathering | | | | | |
| -At a workplace with colleagues | | | | | |
| -On social media (e.g. Twitter or Facebook) | | | | | |

6

FSU001809

# EXHIBIT O

**STUDENT SURVEY**  <10 question max>

1. Which description best describes your student level:
   • Degree-seeking, First-year
   • Degree-seeking, Sophomore
   • Degree-seeking, Junior
   • Degree-seeking, Senior
   • Graduate student
   • Not Seeking a Degree
   • Prefer Not to Answer

2. Which description best describes your race:
   • American Indian or Alaska Native
   • Asian or Asian-American
   • Black or African American
   • Caucasian or White
   • Hawaiian/Pacific Islander
   • Multiple Races
   • Other
   • Prefer Not to Answer

3. Which description best describes your gender:
   • Female/Woman
   • Male/Man
   • Non-binary identity
   • Prefer Not to Answer

4. Which description best describes your political views:
   • Very liberal
   • Somewhat liberal
   • Moderate leaning liberal
   • Moderate
   • Moderate leaning conservative
   • Somewhat conservative
   • Very conservative
   • Prefer Not to Answer

5. When you are off-campus, how comfortable do you generally feel about discussing controversial topics with others?
   • I am very comfortable sharing my views and considering other people's views.
   • I am somewhat comfortable sharing my views and considering other people's views.
   • Neutral
   • I am somewhat reluctant to share my views and consider other people's views.
   • I am very reluctant to share my views and consider other people's views.
   • Prefer Not to Answer

FSU001794

6. When you are attending a class (in person or remotely), how comfortable do you generally feel about discussing controversial topics with others?
   • I am very comfortable sharing my views and considering other people's views.
   • I am somewhat comfortable sharing my views and considering other people's views.
   • Neutral
   • I am somewhat reluctant to share my views and consider other people's views.
   • I am very reluctant to share my views and consider other people's views.
   • Prefer Not to Answer

7. When you are on-campus and not in class, how comfortable do you generally feel about discussing controversial topics with others?
   • I am very comfortable sharing my views and considering other people's views.
   • I am somewhat comfortable sharing my views and considering other people's views.
   • Neutral
   • I am somewhat reluctant to share my views and consider other people's views.
   • I am very reluctant to share my views and consider other people's views.
   • Prefer Not to Answer

8. Which statement best describes your instructional experience (<span style="color:red">this semester/year?</span>):
   • None of my classes included any political and/or social issues in the curriculum.
   • One or more of my classes included political and/or social issues in the curriculum and ALL instructors welcomed competing political and/or social ideas to be expressed during class discussion.
   • One or more of my classes included political and/or social issues in the curriculum and AT LEAST ONE instructor did <u>not</u> welcome competing political and/or social ideas to be expressed during class discussion.
   • Prefer Not To Answer

9. Which statements best describe your experience with instructors (excluding graduate assistants)? Select all that apply.
   • None of my instructors made statements that suggested a political or religious bias.
   • At least one of my instructors made statements that suggested a political bias.
   • At least one of my instructors made statements that suggested a religious bias.
   • Prefer Not To Answer

10. Which statements best describe your experience with graduate assistants? Select all that apply.
    • None of my graduate assistant instructors made statements that suggested a political or religious bias.
    • At least one of my graduate assistant instructors made statements that suggested a political bias.
    • At least one of my graduate assistant instructors made statements that suggested a religious bias.
    • Prefer Not To Answer

FSU001795

# EXHIBIT P

**Florida Board of Governors**
**Intellectual Freedom and Viewpoint Diversity Assessment Project**
<span style="color:red">**Student Survey**</span>

## Opening Message for Survey

In Spring 2021, the Florida Legislature passed HB233 to promote Intellectual Freedom and Viewpoint Diversity within the State of Florida's State University System. The Florida Board of Governors (FLBOG) was asked to create "an objective, nonpartisan, and statistically valid survey to be used by each institution which considers the extent to which competing ideas and perspectives are presented and members of the college community, including students, faculty, and staff, feel free to express their beliefs and viewpoints on campus and in the classroom."

The goal of this anonymous survey is to obtain opinions on intellectual freedom and viewpoint diversity at *[university name]*, drawing on your experiences as a student there. You will be asked a number of questions about these topics and about yourself. Your participation is voluntary. You are free not to answer any question or to withdraw from the study at any time. This survey should take approximately 10 minutes to complete.

Responses will be analyzed for the entire institution and findings will be reported by the FLBOG to the State Legislature as required. Only grouped responses will be reported; any data or results that might compromise a respondent's identity will not be published.

## Intellectual Freedom and Viewpoint Diversity on My Campus

On my campus, how often are students encouraged to consider a wider variety of viewpoints and perspectives on social and political issues?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

1

FSU001796

On my campus, how often do university events and presentations on social and political issues present only one side of the issue?

- All of the Time
- Most of the Time
- About Half the Time
- Only Some of the Time
- Never
- Don't Know

On my campus, how often do *instructors* present social and political issues in an unfair and one-sided manner?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

On my campus, how often do *instructors* create an environment that is hostile to certain social or political views?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

On my campus, how often do *students* create an environment that is hostile to certain social or political views?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely

2

FSU001797

- Never
- Don't Know

On my campus, how often do *staff* create an environment that is hostile to certain social or political views?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

## **Freedom of Expression on My Campus**

Think about being at your school in a class that was discussing a *Non-Controversial* issue. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial issue about *Race*. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial *Political* issue. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views

3

- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial issue about *Religion*. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial issue about *Gender*. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial issue about *Sexual Orientation*. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

If you were to speak up and give your views on one of these CONTROVERSIAL issues during a class discussion, how concerned would you be that the following would occur?

The instructor would criticize my views as offensive.

4

FSU001799

- Not at all concerned
- Slightly concerned
- Somewhat concerned
- Very concerned
- Extremely concerned

The instructor would give me a lower grade because of my views.

- Not at all concerned
- Slightly concerned
- Somewhat concerned
- Very concerned
- Extremely concerned

Other students would criticize my views as offensive.
- Not at all concerned
- Slightly concerned
- Somewhat concerned
- Very concerned
- Extremely concerned

Someone would post critical comments about my views on social media.
- Not at all concerned
- Slightly concerned
- Somewhat concerned
- Very concerned
- Extremely concerned

**Your Political Views**

Generally speaking, you would say that you think of yourself as a…

- Democrat
- Independent
- Republican

On a scale from 1 to 7, where 1 is extremely liberal, 7 is extremely conservative, and 4 is exactly in the middle, where would you place yourself?

5

FSU001800

1. Extremely liberal
2. Somewhat liberal
3. Moderate leaning liberal
4. Moderate
5. Moderate leaning conservative
6. Somewhat conservative
7. Extremely conservative

Thinking about *students* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?

- Most are to the left of me
- Most are to the right of me
- Most have positions close to mine
- About as many are to the left of me as to the right of me
- Don't know

Thinking about *faculty* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?
- Most are to the left of me
- Most are to the right of me
- Most have positions close to mine
- About as many are to the left of me as to the right of me
- Don't know

Thinking about *staff* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?
- Most are to the left of me
- Most are to the right of me
- Most have positions close to mine
- About as many are to the left of me as to the right of me
- Don't know

**Information About You**

What college is home to your primary major or program of study?

- Get list of colleges from each institution

6

At what level are you in your studies?

- Freshman
- Sophomore
- Junior
- Senior
- Graduate Student
- Prefer Not to Answer

Which of the following describes your race? You can select as many as apply.

- American Indian or Alaska Native
- Asian or Asian-American
- Black or African American
- Caucasian or White
- Pacific Islander
- Mixed
- Other
- Prefer Not to Answer

Are you of Hispanic, Latino/a/x, or Spanish origin?

- Yes
- No
- Prefer Not to Answer

With which sex or gender identity do you most identify?

- Female/Woman
- Male/Man
- Transgender Female/Woman
- Transgender Male/Man
- Gender Variant/Non-conforming
- Prefer Not to Answer

What is your sexual orientation?

- Heterosexual/Straight
- Asexual
- Bisexual

7

- Gay
- Lesbian
- Pansexual
- Queer
- Not Listed Above
- Prefer Not to Answer

What is your primary religious affiliation, if any?

- Evangelical Protestant
- Mainline Protestant
- Historically Black Protestant
- Catholic
- Latter Day Saints / Mormon
- Orthodox Christian
- Jehovah's Witness
- Other Christian
- Unitarian / Universalist
- Jewish
- Muslim
- Buddhist
- Hindu
- Other religion
- Atheist
- Agnostic
- No religious affiliation / None
- Prefer Not to Answer

8

# EXHIBIT Q

**Florida Board of Governors**
**Intellectual Freedom and Viewpoint Diversity Assessment Project**
**<span style="color:red">Faculty Survey</span>**

## Opening Message for Survey

In Spring 2021, the Florida Legislature passed HB233 to promote Intellectual Freedom and Viewpoint Diversity within the State of Florida's State University System. The Florida Board of Governors (FLBOG) was asked to create "an objective, nonpartisan, and statistically valid survey to be used by each institution which considers the extent to which competing ideas and perspectives are presented and members of the college community, including students, faculty, and staff, feel free to express their beliefs and viewpoints on campus and in the classroom."

The goal of this anonymous survey is to obtain opinions on intellectual freedom and viewpoint diversity at *[university name]*, drawing on your experiences as a faculty member there. You will be asked a number of questions about these topics and about yourself. Your participation is voluntary. You are free not to answer any question or to withdraw from the study at any time. This survey should take approximately 10 minutes to complete.

Responses will be analyzed for the entire institution and findings will be reported by the FLBOG to the State Legislature as required. Only grouped responses will be reported; any data or results that might compromise a respondent's identity will not be published.

## Intellectual Freedom and Viewpoint Diversity

On my campus, how often are students encouraged to consider a wider variety of viewpoints and perspectives on social and political issues?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

1

FSU001776

On my campus, how often do university events and presentations on social and political issues present only one side of the issue?

- All of the Time
- Most of the Time
- About Half the Time
- Only Some of the Time
- Never
- Don't Know

On my campus, how often do *instructors* present social and political issues in an unfair and one-sided manner?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

On my campus, how often do *instructors* create an environment that is hostile to certain social or political views?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

On my campus, how often do *students* create an environment that is hostile to certain social or political views?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely

2

FSU001777

- Never
- Don't Know

On my campus, how often do *staff* create an environment that is hostile to certain social or political views?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

**Freedom of Expression on Campus**

Think about teaching a class session that centered upon a discussion of a *Non-Controversial* issue. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about teaching a class session that centered upon a discussion of a controversial issue on *Race*. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about teaching a class session that centered upon a discussion of a controversial *Political* issue. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion

3

FSU001778

- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about teaching a class session that centered upon a discussion of a controversial issue on *Religion*. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about teaching a class session that centered upon a discussion of a controversial issue on *Gender*. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about teaching a class session that centered upon a discussion of a controversial issue on *Sexual Orientation*. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

As you think about leading the discussion on one of these *controversial* issues during a class, how concerned would you be that the following would occur?

Students would criticize my views as offensive.
- Not at all concerned
- Slightly concerned

4

FSU001779

- Somewhat concerned
- Very concerned
- Extremely concerned

Someone would post critical comments about my views on social media.
- Not at all concerned
- Slightly concerned
- Somewhat concerned
- Very concerned
- Extremely concerned

**Your Political Views**

Generally speaking, you would say that you think of yourself as a…

- Republican
- Independent
- Democrat

On a scale from 1 to 7, where 1 is extremely liberal, 7 is extremely conservative, and 4 is exactly in the middle, where would you place yourself?

1. Extremely liberal
2. Somewhat liberal
3. Moderate leaning liberal
4. Moderate
5. Moderate leaning conservative
6. Somewhat conservative
7. Extremely conservative

Thinking about *students* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?

- Most are to the left of me
- Most are to the right of me
- Most have positions close to mine
- About as many are to the left of me as to the right of me
- Don't know

5

FSU001780

Thinking about *faculty* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?

- Most are to the left of me
- Most are to the right of me
- Most have positions close to mine
- About as many are to the left of me as to the right of me
- Don't know

Thinking about *staff* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?

- Most are to the left of me
- Most are to the right of me
- Most have positions close to mine
- About as many are to the left of me as to the right of me
- Don't know

## Demographic Information

In which college is your primary appointment?

- Get list of colleges from each institution

What is your present academic rank?

- Full Professor
- Associate Professor
- Assistant Professor
- Instructor/Lecturer/Specialized Faculty (non-tenure track)
- Prefer Not to Answer

Are you tenured?

- Yes
- No
- Not Applicable
- Prefer Not to Answer

Which of the following describes your race? You can select as many as apply.

6

- American Indian or Alaska Native
- Asian or Asian-American
- Black or African American
- Caucasian or White
- Pacific Islander
- Mixed
- Other
- Prefer Not to Answer

Are you of Hispanic, Latino/a/x, or Spanish origin?

- Yes
- No
- Prefer Not to Answer

With which sex or gender identity do you most identify?

- Female/Woman
- Male/Man
- Transgender Female/Woman
- Transgender Male/Man
- Gender Variant/Non-conforming
- Prefer Not to Answer

What is your sexual orientation?

- Heterosexual/Straight
- Asexual
- Bisexual
- Gay
- Lesbian
- Pansexual
- Queer
- Not Listed Above
- Prefer Not to Answer

What is your primary religious affiliation, if any?

- Evangelical Protestant
- Mainline Protestant

7

FSU001782

- Historically Black Protestant
- Catholic
- Latter Day Saints / Mormon
- Orthodox Christian
- Jehovah's Witness
- Other Christian
- Unitarian / Universalist
- Jewish
- Muslim
- Buddhist
- Hindu
- Other religion
- Atheist
- Agnostic
- No religious affiliation / None
- Prefer Not to Answer

Which of the following describes your faculty appointment?

- Tenure track, untenured faculty member
- Tenured faculty member
- Specialized/Non-tenure track

8

# EXHIBIT R

**Florida Board of Governors**
**Intellectual Freedom and Viewpoint Diversity Assessment Project**
**<span style="color:red">Staff Survey</span>**

## Opening Message for Survey

In Spring 2021, the Florida Legislature passed HB233 to promote Intellectual Freedom and Viewpoint Diversity within the State of Florida's State University System. The Florida Board of Governors (FLBOG) was asked to create "an objective, nonpartisan, and statistically valid survey to be used by each institution which considers the extent to which competing ideas and perspectives are presented and members of the college community, including students, faculty, and staff, feel free to express their beliefs and viewpoints on campus and in the classroom."

The goal of this anonymous survey is to obtain opinions on intellectual freedom and viewpoint diversity at *[university name]*, drawing on your experiences as a staff member there. You will be asked a number of questions about these topics and about yourself. Your participation is voluntary. You are free not to answer any question or to withdraw from the study at any time. This survey should take approximately 10 minutes to complete.

Responses will be analyzed for the entire institution and findings will be reported by the FLBOG to the State Legislature as required. Only grouped responses will be reported; any data or results that might compromise a respondent's identity will not be published.

## Intellectual Freedom and Viewpoint Diversity

On my campus, how often are students encouraged to consider a wider variety of viewpoints and perspectives on social and political issues?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

1

On my campus, how often do university events and presentations on social and political issues present only one side of the issue?

- All of the Time
- Most of the Time
- About Half the Time
- Only Some of the Time
- Never
- Don't Know

On my campus, how often do *instructors* present social and political issues in an unfair and one-sided manner?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

On my campus, how often do *instructors* create an environment that is hostile to certain social or political views?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

On my campus, how often do *students* create an environment that is hostile to certain social or political views?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely

FSU001785

- Never
- Don't Know

On my campus, how often do *staff* create an environment that is hostile to certain social or political views?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

**Freedom of Expression on Campus**

Think about a time within your home unit in which a *non-controversial* issue was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about a time within your home unit in which a controversial issue on *Race* was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about a time within your home unit in which a controversial issue on *Politics* was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion

3

FSU001786

- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about a time within your home unit in which a controversial issue on *Religion* was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about a time within your home unit in which a controversial issue on *Gender* was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about a time within your home unit in which a controversial issue on *Sexual Orientation* was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion


**Your Political Views**

Generally speaking, you would say that you think of yourself as a…

- Republican

4

- Independent
- Democrat

On a scale from 1 to 7, where 1 is extremely liberal, 7 is extremely conservative, and 4 is exactly in the middle, where would you place yourself?

1. Extremely liberal
2. Somewhat liberal
3. Moderate leaning liberal
4. Moderate
5. Moderate leaning conservative
6. Somewhat conservative
7. Extremely conservative

Thinking about *students* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?

- Most are to the left of me
- Most are to the right of me
- Most have positions close to mine
- About as many are to the left of me as to the right of me
- Don't know

Thinking about *faculty* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?
- Most are to the left of me
- Most are to the right of me
- Most have positions close to mine
- About as many are to the left of me as to the right of me
- Don't know

Thinking about *staff* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?
- Most are to the left of me
- Most are to the right of me
- Most have positions close to mine
- About as many are to the left of me as to the right of me
- Don't know

5

FSU001788

**Demographic Information**

Which of the following describes your race? You can select as many as apply.

- American Indian or Alaska Native
- Asian or Asian-American
- Black or African American
- Caucasian or White
- Pacific Islander
- Mixed
- Other
- Prefer Not to Answer

Are you of Hispanic, Latino/a/x, or Spanish origin?

- Yes
- No
- Prefer Not to Answer

With which sex or gender identity do you most identify?

- Female/Woman
- Male/Man
- Transgender Female/Woman
- Transgender Male/Man
- Gender Variant/Non-conforming
- Prefer Not to Answer

What is your sexual orientation?

- Heterosexual/Straight
- Asexual
- Bisexual
- Gay
- Lesbian
- Pansexual
- Queer
- Not Listed Above
- Prefer Not to Answer

What is your primary religious affiliation, if any?

6

FSU001789

- Evangelical Protestant
- Mainline Protestant
- Historically Black Protestant
- Catholic
- Latter Day Saints / Mormon
- Orthodox Christian
- Jehovah's Witness
- Other Christian
- Unitarian / Universalist
- Jewish
- Muslim
- Buddhist
- Hindu
- Other religion
- Atheist
- Agnostic
- No religious affiliation / None
- Prefer Not to Answer

7

FSU001790

# EXHIBIT S

**Florida Board of Governors**
**Intellectual Freedom and Viewpoint Diversity Assessment Project**
**Staff Survey**

## Opening Message for Survey

In Spring 2021, the Florida Legislature passed HB233 to promote Intellectual Freedom and Viewpoint Diversity within the State of Florida's State University System. The Florida Board of Governors (FLBOG) was asked to create "an objective, nonpartisan, and statistically valid survey to be used by each institution which considers the extent to which competing ideas and perspectives are presented and members of the college community, including students, faculty, and staff, feel free to express their beliefs and viewpoints on campus and in the classroom."

The goal of this anonymous survey is to obtain opinions on intellectual freedom and viewpoint diversity at *[university name]*, drawing on your experiences as a staff member there. You will be asked a number of questions about these topics and about yourself. Your participation is voluntary. You are free not to answer any question or to withdraw from the study at any time. This survey should take approximately 10 minutes to complete.

Responses will be analyzed for the entire institution and findings will be reported by the FLBOG to the State Legislature as required. Only grouped responses will be reported; any data or results that might compromise a respondent's identity will not be published.

## Intellectual Freedom and Viewpoint Diversity

On my campus, how often are students encouraged to consider a wider variety of viewpoints and perspectives on social and political issues?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

1

On my campus, how often do university events and presentations on social and political issues present only one side of the issue?

- All of the Time
- Most of the Time
- About Half the Time
- Only Some of the Time
- Never
- Don't Know

On my campus, how often do *instructors* present social and political issues in an unfair and one-sided manner?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

On my campus, how often do *instructors* create an environment that is hostile to certain social or political views?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

On my campus, how often do *students* create an environment that is hostile to certain social or political views?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely

2

FSU001770

- Never
- Don't Know

On my campus, how often do *staff* create an environment that is hostile to certain social or political views?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

**<u>Freedom of Expression on Campus</u>**

Think about a time within your home unit in which a *non-controversial* issue was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about a time within your home unit in which a controversial issue on *Race* was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about a time within your home unit in which a controversial issue on *Politics* was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion

3

- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about a time within your home unit in which a controversial issue on *Religion* was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about a time within your home unit in which a controversial issue on *Gender* was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about a time within your home unit in which a controversial issue on *Sexual Orientation* was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

**<u>Your Political Views</u>**

Generally speaking, you would say that you think of yourself as a…

- Republican

4

- Independent
- Democrat

On a scale from 1 to 7, where 1 is extremely liberal, 7 is extremely conservative, and 4 is exactly in the middle, where would you place yourself?

1. Extremely liberal
2. Somewhat liberal
3. Moderate leaning liberal
4. Moderate
5. Moderate leaning conservative
6. Somewhat conservative
7. Extremely conservative

Thinking about *students* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?

- Most are to the left of me
- Most are to the right of me
- Most have positions close to mine
- About as many are to the left of me as to the right of me
- Don't know

Thinking about *faculty* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?
- Most are to the left of me
- Most are to the right of me
- Most have positions close to mine
- About as many are to the left of me as to the right of me
- Don't know

Thinking about *staff* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?
- Most are to the left of me
- Most are to the right of me
- Most have positions close to mine
- About as many are to the left of me as to the right of me
- Don't know

5

FSU001773

## Demographic Information

Which of the following describes your race? You can select as many as apply.

- American Indian or Alaska Native
- Asian or Asian-American
- Black or African American
- Caucasian or White
- Pacific Islander
- Mixed
- Other
- Prefer Not to Answer

Are you of Hispanic, Latino/a/x, or Spanish origin?

- Yes
- No
- Prefer Not to Answer

With which sex or gender identity do you most identify?

- Female/Woman
- Male/Man
- Transgender Female/Woman
- Transgender Male/Man
- Gender Variant/Non-conforming
- Prefer Not to Answer

What is your sexual orientation?

- Heterosexual/Straight
- Asexual
- Bisexual
- Gay
- Lesbian
- Pansexual
- Queer
- Not Listed Above
- Prefer Not to Answer

What is your primary religious affiliation, if any?

6

- Evangelical Protestant
- Mainline Protestant
- Historically Black Protestant
- Catholic
- Latter Day Saints / Mormon
- Orthodox Christian
- Jehovah's Witness
- Other Christian
- Unitarian / Universalist
- Jewish
- Muslim
- Buddhist
- Hindu
- Other religion
- Atheist
- Agnostic
- No religious affiliation / None
- Prefer Not to Answer

FSU001775

# EXHIBIT T

**Florida Board of Governors**
**Intellectual Freedom and Viewpoint Diversity Assessment Project**
**Faculty Survey**

## Opening Message for Survey

In Spring 2021, the Florida Legislature passed HB233 to promote Intellectual Freedom and Viewpoint Diversity within the State of Florida's State University System. The Florida Board of Governors (FLBOG) was asked to create "an objective, nonpartisan, and statistically valid survey to be used by each institution which considers the extent to which competing ideas and perspectives are presented and members of the college community, including students, faculty, and staff, feel free to express their beliefs and viewpoints on campus and in the classroom."

The goal of this anonymous survey is to obtain opinions on intellectual freedom and viewpoint diversity at *[university name]*, drawing on your experiences as a faculty member there. You will be asked a number of questions about these topics and about yourself. Your participation is voluntary. You are free not to answer any question or to withdraw from the study at any time. This survey should take approximately 10 minutes to complete.

Responses will be analyzed for the entire institution and findings will be reported by the FLBOG to the State Legislature as required. Only grouped responses will be reported; any data or results that might compromise a respondent's identity will not be published.

## Intellectual Freedom and Viewpoint Diversity

On my campus, how often are students encouraged to consider a wider variety of viewpoints and perspectives on social and political issues?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

1

On my campus, how often do university events and presentations on social and political issues present only one side of the issue?

- All of the Time
- Most of the Time
- About Half the Time
- Only Some of the Time
- Never
- Don't Know

On my campus, how often do *instructors* present social and political issues in an unfair and one-sided manner?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

On my campus, how often do *instructors* create an environment that is hostile to certain social or political views?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

On my campus, how often do *students* create an environment that is hostile to certain social or political views?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely

FSU001762

- Never
- Don't Know

On my campus, how often do *staff* create an environment that is hostile to certain social or political views?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

**<u>Freedom of Expression on Campus</u>**

Think about teaching a class session that centered upon a discussion of a *Non-Controversial* issue. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about teaching a class session that centered upon a discussion of a controversial issue on *Race*. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about teaching a class session that centered upon a discussion of a controversial *Political* issue. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion

3

- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about teaching a class session that centered upon a discussion of a controversial issue on *Religion*. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about teaching a class session that centered upon a discussion of a controversial issue on *Gender*. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about teaching a class session that centered upon a discussion of a controversial issue on *Sexual Orientation*. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

As you think about leading the discussion on one of these *controversial* issues during a class, how concerned would you be that the following would occur?

Students would criticize my views as offensive.
- Not at all concerned
- Slightly concerned

4

FSU001764

- Somewhat concerned
- Very concerned
- Extremely concerned

Someone would post critical comments about my views on social media.
- Not at all concerned
- Slightly concerned
- Somewhat concerned
- Very concerned
- Extremely concerned

**Your Political Views**

Generally speaking, you would say that you think of yourself as a…

- Republican
- Independent
- Democrat

On a scale from 1 to 7, where 1 is extremely liberal, 7 is extremely conservative, and 4 is exactly in the middle, where would you place yourself?

1. Extremely liberal
2. Somewhat liberal
3. Moderate leaning liberal
4. Moderate
5. Moderate leaning conservative
6. Somewhat conservative
7. Extremely conservative

Thinking about *students* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?

- Most are to the left of me
- Most are to the right of me
- Most have positions close to mine
- About as many are to the left of me as to the right of me
- Don't know

5

FSU001765

Thinking about *faculty* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?
- Most are to the left of me
- Most are to the right of me
- Most have positions close to mine
- About as many are to the left of me as to the right of me
- Don't know

Thinking about *staff* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?
- Most are to the left of me
- Most are to the right of me
- Most have positions close to mine
- About as many are to the left of me as to the right of me
- Don't know

**Demographic Information**

In which college is your primary appointment?

- Get list of colleges from each institution

What is your present academic rank?

- Full Professor
- Associate Professor
- Assistant Professor
- Instructor/Lecturer/Specialized Faculty (non-tenure track)
- Prefer Not to Answer

Are you tenured?

- Yes
- No
- Not Applicable
- Prefer Not to Answer

Which of the following describes your race? You can select as many as apply.

FSU001766

- American Indian or Alaska Native
- Asian or Asian-American
- Black or African American
- Caucasian or White
- Pacific Islander
- Mixed
- Other
- Prefer Not to Answer

Are you of Hispanic, Latino/a/x, or Spanish origin?

- Yes
- No
- Prefer Not to Answer

With which sex or gender identity do you most identify?

- Female/Woman
- Male/Man
- Transgender Female/Woman
- Transgender Male/Man
- Gender Variant/Non-conforming
- Prefer Not to Answer

What is your sexual orientation?

- Heterosexual/Straight
- Asexual
- Bisexual
- Gay
- Lesbian
- Pansexual
- Queer
- Not Listed Above
- Prefer Not to Answer

What is your primary religious affiliation, if any?

- Evangelical Protestant
- Mainline Protestant

7

FSU001767

- Historically Black Protestant
- Catholic
- Latter Day Saints / Mormon
- Orthodox Christian
- Jehovah's Witness
- Other Christian
- Unitarian / Universalist
- Jewish
- Muslim
- Buddhist
- Hindu
- Other religion
- Atheist
- Agnostic
- No religious affiliation / None
- Prefer Not to Answer

Which of the following describes your faculty appointment?

- Tenure track, untenured faculty member
- Tenured faculty member
- Specialized/Non-tenure track

8

# EXHIBIT U

**Florida Board of Governors**
**Intellectual Freedom and Viewpoint Diversity Assessment Project**
**Student Survey**

**Opening Message for Survey**

In Spring 2021, the Florida Legislature passed HB233 to promote Intellectual Freedom and Viewpoint Diversity within the State of Florida's State University System. The Florida Board of Governors (FLBOG) was asked to create "an objective, nonpartisan, and statistically valid survey to be used by each institution which considers the extent to which competing ideas and perspectives are presented and members of the college community, including students, faculty, and staff, feel free to express their beliefs and viewpoints on campus and in the classroom."

The goal of this anonymous survey is to obtain opinions on intellectual freedom and viewpoint diversity at *[university name]*, drawing on your experiences as a student there. You will be asked a number of questions about these topics and about yourself. Your participation is voluntary. You are free not to answer any question or to withdraw from the study at any time. This survey should take approximately 10 minutes to complete.

Responses will be analyzed for the entire institution and findings will be reported by the FLBOG to the State Legislature as required. Only grouped responses will be reported; any data or results that might compromise a respondent's identity will not be published.

**Intellectual Freedom and Viewpoint Diversity on My Campus**

On my campus, how often are students encouraged to consider a wider variety of viewpoints and perspectives on social and political issues?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

1

FSU001753

On my campus, how often do university events and presentations on social and political issues present only one side of the issue?

- All of the Time
- Most of the Time
- About Half the Time
- Only Some of the Time
- Never
- Don't Know

On my campus, how often do *instructors* present social and political issues in an unfair and one-sided manner?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

On my campus, how often do *instructors* create an environment that is hostile to certain social or political views?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

On my campus, how often do *students* create an environment that is hostile to certain social or political views?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely

2

FSU001754

- Never
- Don't Know

On my campus, how often do *staff* create an environment that is hostile to certain social or political views?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

**<u>Freedom of Expression on My Campus</u>**

Think about being at your school in a class that was discussing a *Non-Controversial* issue. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial issue about *Race*. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial *Political* issue. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views

3

FSU001755

- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial issue about *Religion*. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial issue about *Gender*. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial issue about *Sexual Orientation*. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

If you were to speak up and give your views on one of these CONTROVERSIAL issues during a class discussion, how concerned would you be that the following would occur?

The instructor would criticize my views as offensive.

4

- Not at all concerned
- Slightly concerned
- Somewhat concerned
- Very concerned
- Extremely concerned

The instructor would give me a lower grade because of my views.

- Not at all concerned
- Slightly concerned
- Somewhat concerned
- Very concerned
- Extremely concerned

Other students would criticize my views as offensive.
- Not at all concerned
- Slightly concerned
- Somewhat concerned
- Very concerned
- Extremely concerned

Someone would post critical comments about my views on social media.
- Not at all concerned
- Slightly concerned
- Somewhat concerned
- Very concerned
- Extremely concerned

## **Your Political Views**

Generally speaking, you would say that you think of yourself as a…

- Democrat
- Independent
- Republican

On a scale from 1 to 7, where 1 is extremely liberal, 7 is extremely conservative, and 4 is exactly in the middle, where would you place yourself?

FSU001757

1. Extremely liberal
2. Somewhat liberal
3. Moderate leaning liberal
4. Moderate
5. Moderate leaning conservative
6. Somewhat conservative
7. Extremely conservative

Thinking about *students* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?

- Most are to the left of me
- Most are to the right of me
- Most have positions close to mine
- About as many are to the left of me as to the right of me
- Don't know

Thinking about *faculty* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?
- Most are to the left of me
- Most are to the right of me
- Most have positions close to mine
- About as many are to the left of me as to the right of me
- Don't know

Thinking about *staff* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?
- Most are to the left of me
- Most are to the right of me
- Most have positions close to mine
- About as many are to the left of me as to the right of me
- Don't know

## Information About You

What college is home to your primary major or program of study?

- Get list of colleges from each institution

6

At what level are you in your studies?

- Freshman
- Sophomore
- Junior
- Senior
- Graduate Student
- Prefer Not to Answer

Which of the following describes your race? You can select as many as apply.

- American Indian or Alaska Native
- Asian or Asian-American
- Black or African American
- Caucasian or White
- Pacific Islander
- Mixed
- Other
- Prefer Not to Answer

Are you of Hispanic, Latino/a/x, or Spanish origin?

- Yes
- No
- Prefer Not to Answer

With which sex or gender identity do you most identify?

- Female/Woman
- Male/Man
- Transgender Female/Woman
- Transgender Male/Man
- Gender Variant/Non-conforming
- Prefer Not to Answer

What is your sexual orientation?

- Heterosexual/Straight
- Asexual
- Bisexual

FSU001759

- Gay
- Lesbian
- Pansexual
- Queer
- Not Listed Above
- Prefer Not to Answer

What is your primary religious affiliation, if any?

- Evangelical Protestant
- Mainline Protestant
- Historically Black Protestant
- Catholic
- Latter Day Saints / Mormon
- Orthodox Christian
- Jehovah's Witness
- Other Christian
- Unitarian / Universalist
- Jewish
- Muslim
- Buddhist
- Hindu
- Other religion
- Atheist
- Agnostic
- No religious affiliation / None
- Prefer Not to Answer

8

# EXHIBIT V

**Florida Board of Governors**
**Intellectual Freedom and Viewpoint Diversity Assessment Project**
**Student Survey**

**Opening Message for Survey**

In Spring 2021, the Florida Legislature passed HB233 to promote Intellectual Freedom and Viewpoint Diversity within the State of Florida's State University System. The Florida Board of Governors (FLBOG) was asked to create "an objective, nonpartisan, and statistically valid survey to be used by each institution which considers the extent to which competing ideas and perspectives are presented and members of the college community, including students, faculty, and staff, feel free to express their beliefs and viewpoints on campus and in the classroom."

The goal of this anonymous survey is to obtain opinions on intellectual freedom and viewpoint diversity at *[university name]*, drawing on your experiences as a student there. You will be asked a number of questions about these topics and about yourself. Your participation is voluntary. You are free not to answer any question or to withdraw from the study at any time. This survey should take approximately 10 minutes to complete.

Responses will be analyzed for the entire institution and findings will be reported by the FLBOG to the State Legislature as required. Only grouped responses will be reported; any data or results that might compromise a respondent's identity will not be published.

**Commented [LA1]:** This suggests that individual data will not be released.

**Intellectual Freedom and Viewpoint Diversity on My Campus**

On my campus, panel discussions and presentations on social and political issues typically seem one-sided.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

**Commented [LA2]:** Do undergrads have panel discussions, what's a panel discussion. –where are these presentations and discussions not sure what undergrads will be thinking of here

**Commented [LA3]:** What does neutral mean. Lickert scales are icky.  How about something like

All of the time
Most of the time
About ½ the time
Only some of the time
Never
Don't Know

FSU001740

On my campus, some or there are courses have readings which present only one side of a socially or politically controversial issue.

Commented [LA4]: There are suggests 1, do we want a low of 1?  Some is more than 1, but not many.....also could do a how many question here.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

Commented [LA5]: Ditto.....maybe we just get rid of the lickert scale

On my campus, courses present social and political issues in an unfair and one-sided manner.

Commented [LA6]: Do we mean instructors and teachers?

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

On my campus, [there are] or some  professors [who] are intolerant of certain political and social viewpoints.

Commented [LA7]: Same as above there are suggests 1, some is more than 1

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

On my campus, there are courses in which the professor creates an environment that is hostile to certain political or social views.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

FSU001741

On your campus, how often are students  encouraged to consider a wider variety of viewpoints and perspectives?
_____ Very frequently
_____ Frequently
_____ Occasionally
_____ Rarely
_____ Very rarely
_____ Never
15

**Freedom of Expression on My Campus**

Think about being at your school in a class that was discussing a NON-CONTROVERSIAL issue. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial issue about RACE. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial POLITICAL issue. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

FSU001742

Think about being at your school in a class that was discussing a controversial issue about RELIGION. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial issue about GENDER. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial issue about SEXUAL ORIENTATION. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

**Your Political Views**

Generally speaking, you would say that you think of yourself as a…

- Democrat
- Independent
- Republican

On a scale from 1 to 7, where 1 is extremely liberal, 7 is extremely conservative, and 4 is exactly in the middle, where would you place yourself?

1. Extremely liberal

FSU001743

2. Somewhat liberal
3. Moderate leaning liberal
4. Moderate
5. Moderate leaning conservative
6. Somewhat conservative
7. Extremely conservative

Do we want any of the consequences –I also find what the report does that students are very worried about each other?

7.

I believe that through hard work, everybody can succeed in American society.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

> **Commented [LA8]:** Not sure about keeping

I believe that racial discrimination is no longer a major problem in America.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

> **Commented [LA9]:** Consider cutting

I believe that undocumented immigrants should be denied access to public education.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

> **Commented [LA10]:** Consider cutting

I believe that that universities have the right to ban extreme speakers from campus.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

I believe that dissent is a critical component of the political process.

> **Commented [LA11]:** Dissent....debate?

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

I believe that colleges should prohibit racist/sexist speech on campus.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

> **Commented [LA12]:** Cut?

**Demographic Information**

Which of the following describes your race? You can select as many as apply.

- American Indian or Alaska Native
- Asian or Asian-American
- Black or African American
- Caucasian or White
- Pacific Islander
- Mixed
- Other

Are you of Hispanic, Latino/a/x, or Spanish origin?

- Yes
- No
- Prefer Not to Answer

With which sex or gender identity do you most identify?

- Female/Woman
- Male/Man
- Transgender Female/Woman
- Transgender Male/Man
- Gender Variant/Non-conforming
- Prefer Not to Answer

What is your sexual orientation?

- Heterosexual/Straight
- Asexual
- Bisexual
- Gay
- Lesbian
- Pansexual
- Queer
- Not Listed Above
- Prefer Not to Answer

What is your primary religious affiliation, if any?

- Evangelical Protestant
- Mainline Protestant
- Historically Black Protestant
- Catholic
- Latter Day Saints / Mormon
- Orthodox Christian
- Jehovah's Witness
- Other Christian
- Unitarian / Universalist
- Jewish
- Muslim
- Buddhist

FSU001746

- Hindu
- Other religion
- Atheist
- Agnostic
- No religious affiliation / None
- Prefer Not to Answer

Class rank

Freshman

Sophomore

Junior

Senior

Graduate

Major (pull down) –Heterodox has the following:

Business Health Profession Social Science Engineering Biological Science Arts Education Humanities Physical Science Mathematics/ Statistics Religion/ Theology Something else Prefer not to say Total

Should we consider these:

Thinking about STUDENTS at your college/university, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?
_____ Most are to the left of me
_____ Most are to the right of me
_____ Most have positions close to mine
_____ About as many are to the left of me as to the right of me
_____ Don't know
Thinking about FACULTY at your college/university, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?
_____ Most are to the left of me

____Most are to the right of me
____Most have positions close to mine
____About as many are to the left of me as to the right of me
**____Don't know**
Thinking about ADMINISTRATORS at your college/university, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?
____Most are to the left of me
____Most are to the right of me
____Most have positions close to mine
____About as many are to the left of me as to the right of me
**____Don't know**

## Appendix C: Viewpoint Diversity Module. –Considers implications
14

Not sure about these.

Consequence Items If you were to speak up and give your views on one of these CONTROVERSIAL issues during a class discussion, how concerned would you be that the following would occur :

The professor would criticize my views as offensive.

____Not at all concerned

____Slightly concerned

____Somewhat concerned

____Very concerned

____Extremely concerned

The professor would give me a lower grade because of my views.

____Not at all concerned

____Slightly concerned

____Somewhat concerned

____Very concerned _

____Extremely concerned

The professor would say my views are wrong.
____Not at all concerned
____Slightly concerned
____Somewhat concerned
____Very concerned

_____ Extremely concerned

Other students would criticize my views as offensive.
_____ Not at all concerned
_____ Slightly concerned
_____ Somewhat concerned
_____ Very concerned
_____ Extremely concerned
Someone would post critical comments about my views on social media.
_____ Not at all concerned
_____ Slightly concerned
_____ Somewhat concerned
_____ Very concerned
_____ Extremely concerned

Someone would file a complaint claiming that my views violated a campus harassment policy or code of conduct.
_____ Not at all concerned
_____ Slightly concerned
_____ Somewhat concerned
_____ Very concerned
_____ Extremely concerned

**Commented [LA13]:** Not sure this applies here or not.

Think about being at your school in a class that was discussing a NON-CONTROVERSIAL issue.
How comfortable or reluctant would you feel about speaking up and giving your views on this topic?
_____ I would be very comfortable giving my views.
_____ I would be somewhat comfortable giving my views.
_____ I would be somewhat reluctant giving my views.
_____ I would be very reluctant giving my views. I
f you were to speak up and give your views about a NON-CONTROVERSIAL issue during a class discussion, how concerned would you be that the following would occur:
The professor would criticize my views as offensive.
_____ Not at all concerned
_____ Slightly concerned
_____ Somewhat concerned
_____ Very concerned
_____ Extremely concerned
The professor would give me a lower grade because of my views.
_____ Not at all concerned
_____ Slightly concerned
_____ Somewhat concerned
_____ Very concerned
_____ Extremely concerned
The professor would say my views are wrong.

FSU001749



_____ Not at all concerned
_____ Slightly concerned
_____ Somewhat concerned
_____ Very concerned
_____ Extremely concerned
Other students would criticize my views as offensive.
_____ Not at all concerned
_____ Slightly concerned
_____ Somewhat concerned
_____ Very concerned
_____ Extremely concerned
Someone would post critical comments about my views on social media.
_____ Not at all concerned
_____ Slightly concerned
_____ Somewhat concerned
_____ Very concerned
_____ Extremely concerned
•

FSU001750

# EXHIBIT W

**Florida Board of Governors**
**Intellectual Freedom and Viewpoint Diversity Assessment Project**
**Student Survey**

**Opening Message for Survey**

In Spring 2021, the Florida Legislature passed HB233 to promote Intellectual Freedom and Viewpoint Diversity within the State of Florida's State University System. The Florida Board of Governors (FLBOG) was asked to create "an objective, nonpartisan, and statistically valid survey to be used by each institution which considers the extent to which competing ideas and perspectives are presented and members of the college community, including students, faculty, and staff, feel free to express their beliefs and viewpoints on campus and in the classroom."

The goal of this anonymous survey is to obtain opinions on intellectual freedom and viewpoint diversity at *[university name]*, drawing on your experiences as a student there. You will be asked a number of questions about these topics and about yourself. Your participation is voluntary. You are free not to answer any question or to withdraw from the study at any time. This survey should take approximately 10 minutes to complete.

Responses will be analyzed for the entire institution and findings will be reported by the FLBOG to the State Legislature as required. Only grouped responses will be reported; any data or results that might compromise a respondent's identity will not be published.

**Intellectual Freedom and Viewpoint Diversity on My Campus**

On my campus, panel discussions and presentations on social and political issues typically seem one-sided.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

**Commented [DR1]:** Hi Tim, Let me reiterate the concerns that I have already articulated about this survey. As decades of survey research have shown, good surveys have the potential to illuminate critical issues regarding a workplace or community. The COACHE survey is a great example in this regard. A bad survey can create confusion, problems and sow discord. While I do not know what the implications of this survey will be, I do know that this is not a good survey. The dependent variable (intellectual freedom and viewpoint diversity) is not defined at all and several relevant independent variables are missing.

The problems that I outlined previously:

The Terminology used is overly political and will likely prime political responses. Terms such as "intolerant" and "hostile" should not be included in a survey that is intended to explore what the SUS does well and where it needs to improve. It is particularly concerning that these loaded terms were not defined for respondents.

The survey lacks specificity in ways that are confusing and make the survey read as a political tool rather than a legitimate effort to improve the SUS system. For example, I'm not sure why we would ask faculty if readings only present one side of a controversial issue when disciplines

**Commented [DR2]:** Both phrases "intellectual freedom and viewpoint diversity" require definition. I recommend dropping the phrase since it is political and can only be defined in political ways. Specifically, this phraseology suggests that faculty and students should evaluate a college/university according to the "air time" progressive and conservative talking points get on campus. It assumes that the equal exposure to the ideas associated with the two dominant political parties is the sine qua non of educational quality.

The use of the phrase "intellectual diversity" is better since it can be defined and contextualized. We know, for example, that intellectual diversity is not about evaluating the theoretical debates and developments associated with a particular discipline. Intellectual diversity exists when campuses provide a place where faculty and students ask questions and have the ability to approach a problem, whatever its nature, from a variety of perspectives.  Debra

**Commented [DR3]:** This is a political question, not a survey question. What kind of panel discussion and presentations? Those sponsored by RSO's? What is the temporal context here? It seems like we would have respondents tell us the extent to which they pay attention to what's happening on campus, where they get information regarding panels/presentations from and provide a clear sense of what kinds of panels/discussions are the reference point. What is meant by "one-sided?" If they survey is asking respondents to think about presentations inside a department or center, how care respondents supposed to evaluate this?

On my campus, courses have readings which present only one side of a controversial issue.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

**Commented [DR4]:** Again, this is a political question. An appropriate survey question would ask about the mix of readings (academic to non-academic) read in class, and, MORE IMPORTANTLY, are learners given guidance disciplinary frameworks – meaning they are told how someone from "X" discipline would read the material or what they would focus on to understand, in this case, a controversial issue.

On my campus, courses present social and political issues in an unfair and one-sided manner.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

**Commented [DR5]:** Same comment. What is meant by unfair and one-sided when it comes to course material? A legitimate survey would probe to assess whether students are learning disciplinary appropriate perspectives and the makeup of their coursework, which is also key to fostering intellectual diversity and students ready to succeed in the workforce.

On my campus, professors are intolerant of certain political and social viewpoints.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

**Commented [DR6]:** What is meant by intolerant? As noted above, one assumption undergirding this survey is that higher education is about political parties and their viewpoints. Certainly, there are students who get politically involved, something that isn't asked about on the survey, but this not a useful question. Useful questions, in this case, would ask about respective disagreement in the classroom and the extent to which they are happening – not to mention ask students about their own participation in practices that foster intellectual diversity.

On my campus, there are courses in which the professor creates an environment that is hostile to certain political or social views.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

**Commented [DR7]:** This is a confusing question. What is meant by "hostile/" Is something hostile because a student finds it personally or intellectually challenging? If their politics doesn't neatly map onto the course material? If so, that seems extraordinarily problematic since secondary education is supposed to be challenging and our students need to be challenged so that they can be competitive in the rapidly changing global economy.

FSU001734

**Freedom of Expression on My Campus**

Think about being at your school in a class that was discussing a NON-CONTROVERSIAL issue. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial issue about RACE. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial POLITICAL issue. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial issue about RELIGION. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

**Commented [DR8]:** This entire section baffles me since it is unclear what "freedom of expression" on campus has to do with a random class that a respondent is being asked to think about. Classrooms and campus are not the same spaces. Classrooms are places where students learn more about a topic from a specific disciplinary perspective. Campus provides the environment where students get involved in groups and clubs, explore internship and research opportunities, and attend talks and panels sponsored by RSOs as well as other entities on campus. If the goal of the survey is to grind a political axe, it will likely be a success on this front. If the survey is a legitimate assessment of the SUS, it should make these distinctions and ask questions about campus life and, in this case, student involvement in it.

Think about being at your school in a class that was discussing a controversial issue about GENDER. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial issue about SEXUAL ORIENTATION. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

**Your Political Views**

Generally speaking, you would say that you think of yourself as a...

- Democrat
- Independent
- Republican

On a scale from 1 to 7, where 1 is extremely liberal, 7 is extremely conservative, and 4 is exactly in the middle, where would you place yourself?

1. Extremely liberal
2. Somewhat liberal
3. Moderate leaning liberal
4. Moderate
5. Moderate leaning conservative
6. Somewhat conservative
7. Extremely conservative

I believe that through hard work, everybody can succeed in American society.

- Strongly Agree

**Commented [DR9]:** What purpose do these questions serve beyond probing the relative conservativeness or progressiveness of a student? Does it contribute the exploration of the dependent variable?

- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

I believe that racial discrimination is no longer a major problem in America.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

I believe that undocumented immigrants should be denied access to public education.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

I believe that that universities have the right to ban extreme speakers from campus.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

I believe that dissent is a critical component of the political process.

- Strongly Agree
- Somewhat Agree
- Neutral

- Somewhat Disagree
- Strongly Disagree
- Don't Know

I believe that colleges should prohibit racist/sexist speech on campus.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

## **Demographic Information**

Which of the following describes your race? You can select as many as apply.

- American Indian or Alaska Native
- Asian or Asian-American
- Black or African American
- Caucasian or White
- Pacific Islander
- Mixed
- Other

Are you of Hispanic, Latino/a/x, or Spanish origin?

- Yes
- No
- Prefer Not to Answer

With which sex or gender identity do you most identify?

- Female/Woman
- Male/Man
- Transgender Female/Woman
- Transgender Male/Man
- Gender Variant/Non-conforming
- Prefer Not to Answer

What is your sexual orientation?

**Commented [DR10]:** So much relevant information missing such as year in school, number of courses taken, major, level of involvement on campus (e.g., number of RSOs to which they belong) and so on.

FSU001738

- Heterosexual/Straight
- Asexual
- Bisexual
- Gay
- Lesbian
- Pansexual
- Queer
- Not Listed Above
- Prefer Not to Answer

What is your primary religious affiliation, if any?

- Evangelical Protestant
- Mainline Protestant
- Historically Black Protestant
- Catholic
- Latter Day Saints / Mormon
- Orthodox Christian
- Jehovah's Witness
- Other Christian
- Unitarian / Universalist
- Jewish
- Muslim
- Buddhist
- Hindu
- Other religion
- Atheist
- Agnostic
- No religious affiliation / None
- Prefer Not to Answer

# EXHIBIT X

**Florida Board of Governors**
**Intellectual Freedom and Viewpoint Diversity Assessment Project**
**Student Survey**

**Opening Message for Survey**

In Spring 2021, the Florida Legislature passed HB233 which is intended to promote Intellectual Freedom and Viewpoint Diversity within the State of Florida's State University System. The Florida Board of Governors (FLBOG) was asked to create "an objective, nonpartisan, and statistically valid survey to be used by each institution which considers the extent to which competing ideas and perspectives are presented and members of the college community, including students, faculty, and staff, feel free to express their beliefs and viewpoints on campus and in the classroom."

The goal of this survey is to obtain opinions on intellectual freedom and viewpoint diversity at *[your university]*, drawing on your experiences as a student there. You will be asked a number of questions about these topics and about yourself. Your participation is voluntary. You are free to not answer any question or to withdraw from the study at any time. This survey should take approximately 10 minutes to complete. Survey data will be stored at a secured location and retained indefinitely.

Responses will be analyzed and categorical and statistical trends will be reported by the FLBOG to the State Legislature as required by Florida Statute. Only grouped responses will be reported; any data or results that might compromise a respondent's identity will not be shared.

**Intellectual Freedom and Viewpoint Diversity on My Campus**

On my campus, panel discussions and presentations on social and political issues typically seem one-sided.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree

- Strongly Disagree
- Don't Know

On my campus, many courses have readings which present only one side of a controversial issue.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

On my campus, many courses present social and political issues in an unfair and one-sided manner.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

On my campus, many professors are intolerant of certain political and social viewpoints.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

On my campus, there are courses in which the professor creates an environment that is hostile to certain political or social views.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree

- Don't Know

FSU001727

**Your Political Views**

Generally speaking, you would say that you think of yourself as a…

- Democrat
- Independent
- Republican

On a scale from 1 to 7, where 1 is extremely liberal, 7 is extremely conservative, and 4 is exactly in the middle, where would you place yourself?

1. Extremely liberal
2. Somewhat liberal
3. Moderate leaning liberal
4. Moderate
5. Moderate leaning conservative
6. Somewhat conservative
7. Extremely conservative

Through hard work, everybody can succeed in American society

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

Racial discrimination is no longer a major problem in America

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

Undocumented immigrants should be denied access to public education

- Strongly Agree
- Somewhat Agree
- Neutral

- Somewhat Disagree
- Strongly Disagree
- Don't Know

Colleges have the right to ban extreme speakers from campus

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

Dissent is a critical component of the political process

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

Colleges should prohibit racist/sexist speech on campus

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

**Freedom of Expression on My Campus**

Think about being at your school in a class that was discussing a NON-CONTROVERSIAL issue. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral

- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial issue about RACE. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial POLITICAL issue. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial issue about RELIGION. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial issue about GENDER. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views

- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial issue about SEXUAL ORIENTATION. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views


**Demographic Information**

With which sex or gender identity do you most identify?

- Female/Woman
- Male/Man
- Transgender Female/Woman
- Transgender Male/Man
- Gender Variant/Non-conforming
- Prefer Not to Answer

Which of the following describes your race? You can select as many as apply

- American Indian or Alaska Native
- Asian or Asian-American
- Black or African American
- Caucasian or White
- Pacific Islander
- Mixed
- Other
- Prefer Not to Answer

Are you of Hispanic, Latino/a/x, or Spanish origin?

- Yes
- No
- Prefer Not to Answer

What is your primary religious affiliation, if any?

- Evangelical Protestant
- Mainline Protestant
- Historically Black Protestant
- Catholic
- Latter Day Saints / Mormon
- Orthodox Christian
- Jehovah's Witness
- Other Christian
- Unitarian / Universalist
- Jewish
- Muslim
- Buddhist
- Hindu
- Other religion
- Atheist
- Agnostic
- No religious affiliation / None
- Prefer Not to Answer

What is your sexual orientation?

- Heterosexual/Straight
- Asexual
- Bisexual
- Gay
- Lesbian
- Pansexual
- Queer
- Not Listed Above
- Prefer Not to Answer

# EXHIBIT Y

**Florida Board of Governors**
**Intellectual Freedom and Viewpoint Diversity Assessment Project**
**Staff Survey**

**Opening Message for Survey**

In Spring 2021, the Florida Legislature passed HB233 which is intended to promote Intellectual Freedom and Viewpoint Diversity within the State of Florida's State University System. The Florida Board of Governors (FLBOG) was asked to create "an objective, nonpartisan, and statistically valid survey to be used by each institution which considers the extent to which competing ideas and perspectives are presented and members of the college community, including students, faculty, and staff, feel free to express their beliefs and viewpoints on campus and in the classroom."

The goal of this survey is to obtain opinions on intellectual freedom and viewpoint diversity at *[your university]*, drawing on your experiences as a student there. You will be asked a number of questions about these topics and about yourself. Your participation is voluntary. You are free to not answer any question or to withdraw from the study at any time. This survey should take approximately 10 minutes to complete. Survey data will be stored at a secured location and retained indefinitely.

Responses will be analyzed and categorical and statistical trends will be reported by the FLBOG to the State Legislature as required by Florida Statute. Only grouped responses will be reported; any data or results that might compromise a respondent's identity will not be shared.

**Intellectual Freedom and Viewpoint Diversity on My Campus**

On my campus, panel discussions and presentations on social and political issues typically seem one-sided.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

On my campus, many academic programs are intolerant of certain political and social viewpoints.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

On my campus, there are academic programs that create an environment that is hostile to certain political or social views.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

**Your Political Views**

Generally speaking, you would say that you think of yourself as a…

- Republican
- Independent
- Democrat

On a scale from 1 to 7, where 1 is extremely liberal, 7 is extremely conservative, and 4 is exactly in the middle, where would you place yourself?

1. Extremely liberal
2. Somewhat liberal
3. Moderate leaning liberal
4. Moderate
5. Moderate leaning conservative
6. Somewhat conservative
7. Extremely conservative

Through hard work, everybody can succeed in American society

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

Racial discrimination is no longer a major problem in America

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

Undocumented immigrants should be denied access to public education

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

Colleges have the right to ban extreme speakers from campus

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

Dissent is a critical component of the political process

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree

FSU001720

- Strongly Disagree
- Don't Know

Colleges should prohibit racist/sexist speech on campus

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

**<u>Freedom of Expression on Campus</u>**

Think about a time within your home unit in which a *non-controversial* issue was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about a time within your home unit in which a controversial issue on *Race* was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about a time within your home unit in which a controversial issue on *Politics* was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about a time within your home unit in which a controversial issue on *Religion* was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about a time within your home unit in which a controversial issue on *Gender* was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about a time within your home unit in which a controversial issue on *Sexual Orientation* was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion


**Demographic Information**

With which sex or gender identity do you most identify?

- Female/Woman
- Male/Man
- Transgender Female/Woman
- Transgender Male/Man
- Gender Variant/Non-conforming
- Prefer Not to Answer

Which of the following describes your race? You can select as many as apply

- American Indian or Alaska Native
- Asian or Asian-American
- Black or African American
- Caucasian or White
- Pacific Islander
- Mixed
- Other
- Prefer Not to Answer

Are you of Hispanic, Latino/a/x, or Spanish origin?

- Yes
- No
- Prefer Not to Answer

What is your primary religious affiliation, if any?

- Evangelical Protestant
- Mainline Protestant
- Historically Black Protestant
- Catholic
- Latter Day Saints / Mormon
- Orthodox Christian
- Jehovah's Witness
- Other Christian
- Unitarian / Universalist
- Jewish
- Muslim
- Buddhist
- Hindu

- Other religion
- Atheist
- Agnostic
- No religious affiliation / None
- Prefer Not to Answer

What is your sexual orientation?

- Heterosexual/Straight
- Asexual
- Bisexual
- Gay
- Lesbian
- Pansexual
- Queer
- Not Listed Above
- Prefer Not to Answer

FSU001724

# EXHIBIT Z

**Florida Board of Governors**
**Intellectual Freedom and Viewpoint Diversity Assessment Project**
<span style="color:red">**Faculty Survey**</span>

**Opening Message for Survey**

In Spring 2021, the Florida Legislature passed HB233 which is intended to promote Intellectual Freedom and Viewpoint Diversity within the State of Florida's State University System. The Florida Board of Governors (FLBOG) was asked to create "an objective, nonpartisan, and statistically valid survey to be used by each institution which considers the extent to which competing ideas and perspectives are presented and members of the college community, including students, faculty, and staff, feel free to express their beliefs and viewpoints on campus and in the classroom."

The goal of this survey is to obtain opinions on intellectual freedom and viewpoint diversity at *[your university]*, drawing on your experiences as a student there. You will be asked a number of questions about these topics and about yourself. Your participation is voluntary. You are free to not answer any question or to withdraw from the study at any time. This survey should take approximately 10 minutes to complete. Survey data will be stored at a secured location and retained indefinitely.

Responses will be analyzed and categorical and statistical trends will be reported by the FLBOG to the State Legislature as required by Florida Statute. Only grouped responses will be reported; any data or results that might compromise a respondent's identity will not be shared.

**Intellectual Freedom and Viewpoint Diversity on My Campus**

On my campus, panel discussions and presentations on social and political issues typically seem one-sided.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

On my campus, many courses have readings which present only one side of a controversial issue.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

On my campus, many courses present social and political issues in an unfair and one-sided manner.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

On my campus, many professors are intolerant of certain political and social viewpoints.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

On my campus, there are many courses in which the professor creates an environment that is hostile to certain political or social views.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

FSU001712

**Your Political Views**

Generally speaking, you would say that you think of yourself as a…

- Republican
- Independent
- Democrat

On a scale from 1 to 7, where 1 is extremely liberal, 7 is extremely conservative, and 4 is exactly in the middle, where would you place yourself?

1. Extremely liberal
2. Somewhat liberal
3. Moderate leaning liberal
4. Moderate
5. Moderate leaning conservative
6. Somewhat conservative
7. Extremely conservative

Through hard work, everybody can succeed in American society

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

Racial discrimination is no longer a major problem in America

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

Undocumented immigrants should be denied access to public education

- Strongly Agree
- Somewhat Agree
- Neutral

- Somewhat Disagree
- Strongly Disagree
- Don't Know

Colleges have the right to ban extreme speakers from campus

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

Dissent is a critical component of the political process

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

Colleges should prohibit racist/sexist speech on campus

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

## **Freedom of Expression on Campus**

Think about teaching a class session that centered upon a discussion of a *non-controversial* issue. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral

- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about teaching a class session that centered upon a discussion of a controversial issue on *Race*. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about teaching a class session that centered upon a discussion of a controversial *Political* issue. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about teaching a class session that centered upon a discussion of a controversial issue on *Religion*. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about teaching a class session that centered upon a discussion of a controversial issue on *Gender*. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion

- I would be very reluctant leading this discussion

Think about teaching a class session that centered upon a discussion of a controversial issue on *Sexual Orientation*. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion


**<u>Demographic Information</u>**

With which sex or gender identity do you most identify?

- Female/Woman
- Male/Man
- Transgender Female/Woman
- Transgender Male/Man
- Gender Variant/Non-conforming
- Prefer Not to Answer

Which of the following describes your race? You can select as many as apply

- American Indian or Alaska Native
- Asian or Asian-American
- Black or African American
- Caucasian or White
- Pacific Islander
- Mixed
- Other
- Prefer Not to Answer

Are you of Hispanic, Latino/a/x, or Spanish origin?

- Yes
- No
- Prefer Not to Answer

FSU001716

What is your primary religious affiliation, if any?

- Evangelical Protestant
- Mainline Protestant
- Historically Black Protestant
- Catholic
- Latter Day Saints / Mormon
- Orthodox Christian
- Jehovah's Witness
- Other Christian
- Unitarian / Universalist
- Jewish
- Muslim
- Buddhist
- Hindu
- Other religion
- Atheist
- Agnostic
- No religious affiliation / None
- Prefer Not to Answer

What is your sexual orientation?

- Heterosexual/Straight
- Asexual
- Bisexual
- Gay
- Lesbian
- Pansexual
- Queer
- Not Listed Above
- Prefer Not to Answer

FSU001717

# EXHIBIT AA

**Florida Board of Governors**
**Intellectual Freedom and Viewpoint Diversity Assessment Project**
**Student Survey**

**Opening Message for Survey**

In spring 2021, the Florida Legislature passed HB233 to promote Intellectual Freedom and Viewpoint Diversity within the State of Florida's State University System. The Florida Board of Governors (FLBOG) was asked to create "an objective, nonpartisan, and statistically valid survey to be used by each institution which considers the extent to which competing ideas and perspectives are presented and members of the college community, including students, faculty, and staff, feel free to express their beliefs and viewpoints on campus and in the classroom."

This anonymous survey is intended to obtain opinions on intellectual freedom and viewpoint diversity at *[university name]*, drawing on your experiences as a student there. You will be asked questions about these topics and about yourself. Your participation is voluntary. You are free not to answer any question or to withdraw from the study at any time. This survey should take approximately 5 minutes to complete.

*Note: You must be 18 years of age or older may participate in this survey.*

Responses will be analyzed for the institution and only grouped responses will be reported. Any data or results that might compromise a respondent's identity will not be published.

By completing this survey, you are consenting to participate in this study.

**Intellectual Freedom and Viewpoint Diversity on My Campus**

In your experience, how often are students encouraged to consider a wide variety of viewpoints and perspectives in the classroom?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely

**Commented [THS1]:** Add here the suggested consent-type language, while preserving your language above:

We will not record your name or any information that shows your identity. We will securely store your information. Your email addresses used to contact you are not ever linked to any response, and the email address file is kept separate from response data. All data will be securely collected, transmitted and stored using password, encryption and other authentication protection.

If you plan to obtain the Certificate of Confidentiality, then add the following: this research is covered by a Certificate of Confidentiality from the National Institutes of Health, which protects against any compelled disclosure of information about you in any legal or court action. Go here to learn more.

If you have any questions, please contact [*list investigator's name, FSU e-mail, and telephone number*]. [*If the researcher is a student, include the faculty advisor's name, FSU e-mail and phone number as well*].

The FSU Institutional Review Board has approved of this study. If you have any questions about your rights as a research participant, you may contact the IRB at (850) 644-7900 or humansubjects@fsu.edu.

1

- Never
- Don't Know
- Prefer Not to Answer

In your experience, how often are there opportunities to consider a wide variety of viewpoints and perspectives *outside of the campus classroom* (such as in clubs, student organizations, and at campus events)?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know
- Prefer Not to Answer

In your experience how often do *instructors* create an environment that is supportive of a range of viewpoints?

- Always
- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know
- Prefer Not to Answer

In your experience, how often do *students* create an environment that is supportive of a range of viewpoints?

- Always
- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely

2

FSU000938

- Never
- Don't Know
- Prefer Not to Answer

**Freedom of Expression on My Campus**

Think about being in a class that was discussing a *Non-Controversial* issue. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views
- Prefer Not to Answer

Think about being in a class that was discussing a controversial or difficult issue in your primary area of study. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views
- Prefer Not to Answer

Think about being in a class that was discussing a controversial or difficult *political* issue. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views
- Prefer Not to Answer

3

FSU000939

If you were to speak up and give your views on one of these controversial or difficult issues during a class discussion, how concerned would you be that the following would occur?

The instructor would criticize my views.

- Not at all concerned
- Somewhat concerned
- Very concerned
- Extremely concerned
- Prefer Not to Answer

Other students would criticize my views.
- Not at all concerned
- Somewhat concerned
- Very concerned
- Extremely concerned
- Prefer Not to Answer

Someone would post critical comments about my views on social media.
- Not at all concerned
- Somewhat concerned
- Very concerned
- Extremely concerned
- Prefer Not to Answer

4

FSU000940

Are you more likely or less likely to share your views on a controversial issue in the following settings?

| Setting | Much More Likely | Somewhat More Likely | Somewhat Less Likely | Much Less Likely | Prefer Not to Answer |
|---|---|---|---|---|---|
| The college classroom | | | | | |
| At a meal with friends | | | | | |
| At a family gathering | | | | | |
| At a workplace with colleagues | | | | | |
| On social media (e.g. Twitter, Instagram, or Facebook) | | | | | |

5

FSU000941

**Information About You**

At what level are you in your studies?

- Freshman
- Sophomore
- Junior
- Senior
- Graduate Student
- Prefer Not to Answer

Where would you place yourself on the following scale?

- Conservative
- Moderate
- Liberal
- None of the Above
- Prefer Not to Answer

Which of the following describes your race? You can select as many as apply.

- American Indian or Alaskan Native
- Asian or Asian-American
- Black or African American
- Caucasian or White
- Pacific Islander
- Mixed
- Other
- Prefer Not to Answer

Are you of Hispanic, Latino/a/x, or Spanish origin?

- Yes
- No
- Prefer Not to Answer

With which sex or gender identity do you most identify?

- Female
- Male
- Neither best describes me

6

FSU000942

- Prefer Not to Answer



7

FSU000943

# EXHIBIT BB

**Florida Board of Governors**
**Intellectual Freedom and Viewpoint Diversity Assessment Project**
<span style="color:red">**Student Survey**</span>

## Opening Message for Survey

In spring 2021, the Florida Legislature passed HB233 to promote Intellectual Freedom and Viewpoint Diversity within the State of Florida's State University System. The Florida Board of Governors (FLBOG) was asked to create "an objective, nonpartisan, and statistically valid survey to be used by each institution which considers the extent to which competing ideas and perspectives are presented and members of the college community, including students, faculty, and staff, feel free to express their beliefs and viewpoints on campus and in the classroom."

This anonymous survey is intended to obtain opinions on intellectual freedom and viewpoint diversity at *[university name]*, drawing on your experiences as a student there. You will be asked questions about these topics and about yourself. Your participation is voluntary. You are free not to answer any question or to withdraw from the study at any time. This survey should take approximately 5 minutes to complete.

Responses will be analyzed for the institution and only grouped responses will be reported. Any data or results that might compromise a respondent's identity will not be published.

## Intellectual Freedom and Viewpoint Diversity on My Campus

In your experience, how often are students encouraged to consider a wide variety of viewpoints and perspectives in the classroom?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never

1

In your experience, how often are there opportunities to consider a wide variety of viewpoints and perspectives *outside of the campus classroom* (such as in clubs, student organizations, and at campus events)?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never

In your experience how often do *instructors* create an environment that is supportive of a range of viewpoints?

- Always
- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never

In your experience, how often do *students* create an environment that is supportive of a range of viewpoints?

- Always
- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never

2

FSU001476

**Freedom of Expression on My Campus**

Think about being in a class that was discussing a *Non-Controversial* issue. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being in a class that was discussing a controversial or difficult issue in your primary area of study. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being in a class that was discussing a controversial or difficult *political* issue. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

FSU001477

If you were to speak up and give your views on one of these controversial or difficult issues during a class discussion, how concerned would you be that the following would occur?

The instructor would criticize my views.

- Not at all concerned
- Somewhat concerned
- Very concerned
- Extremely concerned

Other students would criticize my views.
- Not at all concerned
- Somewhat concerned
- Very concerned
- Extremely concerned

Someone would post critical comments about my views on social media.
- Not at all concerned
- Somewhat concerned
- Very concerned
- Extremely concerned

4

Are you more likely or less likely to share your views on a controversial issue in the following settings?

| Setting | Much More Likely | Somewhat More Likely | Somewhat Less Likely | Much Less Likely |
|---|---|---|---|---|
| The college classroom | | | | |
| At a meal with friends | | | | |
| At a family gathering | | | | |
| At a workplace with colleagues | | | | |
| On social media (e.g. Twitter, Instagram, or Facebook) | | | | |

5

FSU001479

**Information About You**

At what level are you in your studies?

- Freshman
- Sophomore
- Junior
- Senior
- Graduate Student

Which of the following describes your race? You can select as many as apply.

- American Indian or Alaskan Native
- Asian or Asian-American
- Black or African American
- Caucasian or White
- Pacific Islander
- Mixed
- Other

Are you of Hispanic, Latino/a/x, or Spanish origin?

- Yes
- No

With which sex or gender identity do you most identify?

- Female
- Male
- Neither best describes me

6

FSU001480

Where would you place yourself on the following scale?

- Conservative
- Moderate
- Liberal
- Haven't thought much about it ***[no branch]***

***BRANCHING Question depending upon response to above question:***

Do you consider yourself to be:

- Extremely conservative
- Moderately conservative
- Slightly conservative

Do you consider yourself to be:

- Moderate, leaning conservative
- Moderate
- Moderate, leaning liberal

Do you consider yourself to be:

- Extremely liberal
- Moderately liberal
- Slightly liberal

7

FSU001481

# EXHIBIT CC

**Florida Board of Governors**
**Intellectual Freedom and Viewpoint Diversity Assessment Project**
Student Survey

**Opening Message for Survey**

In spring 2021, the Florida Legislature passed HB233 to promote Intellectual Freedom and Viewpoint Diversity within the State of Florida's State University System. The Florida Board of Governors (FLBOG) was asked to create "an objective, nonpartisan, and statistically valid survey to be used by each institution which considers the extent to which competing ideas and perspectives are presented and members of the college community, including students, faculty, and staff, feel free to express their beliefs and viewpoints on campus and in the classroom."

This anonymous survey is intended to obtain opinions on intellectual freedom and viewpoint diversity at *[university name]*, drawing on your experiences as a student there. You will be asked questions about these topics and about yourself. Your participation is voluntary. You are free not to answer any question or to withdraw from the study at any time. This survey should take approximately 5 minutes to complete.

Responses will be analyzed for the institution and only grouped responses will be reported. Any data or results that might compromise a respondent's identity will not be published.

**Intellectual Freedom and Viewpoint Diversity on My Campus**

On my campus, how often are students encouraged to consider a wide variety of viewpoints and perspectives in the classroom?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

**Commented [LA1]:** I'm going to suggest a wording change here....but I know we've worked on these and so I understand if it's not a good time for changes.

In your classroom experience, how often are students encouraged to consider a wide variety of viewpoints and perspectives?

**Commented [LA2]:** I would not put DK in most questions, we say in the instructions that they are free not to answer any questions....encourage response though by excluding dk

1

FSU001375

In your experience, ho~~On my campus, ho~~w often are there opportunities to consider a wide variety of viewpoints and perspectives *outside of the campus classroom* ~~(~~such as in clubs, student organizations, and at campus events)?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

In your experience~~On my campus,~~ how often do *instructors* create an environment that is supportive of a range of viewpoints?

- Always
- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

~~On my campus~~In your experience, how often do *students* create an environment that is supportive of a range of viewpoints?

- Always
- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

2

FSU001376

**Freedom of Expression on My Campus**

Think about being in a class that was discussing a *Non-Controversial* issue. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views
- Prefer Not to Answer

Think about being in a class that was discussing a controversial or difficult issue in your primary area of study. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views
- Prefer Not to Answer

Think about being in a class that was discussing a controversial or difficult *political* issue. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views
- Prefer Not to Answer

**Commented [LA3]:** Again, I would just let them na as opposed to observe the option, I didn't think anyone advocated for this, I must have been mistaken.

3

FSU001377

If you were to speak up and give your views on one of these controversial or difficult issues during a class discussion, how concerned would you be that the following would occur?

The instructor would criticize my views.

- Not at all concerned
- Somewhat concerned
- Very concerned
- Extremely concerned
- Prefer Not to Answer

Other students would criticize my views.
- Not at all concerned
- Somewhat concerned
- Very concerned
- Extremely concerned
- Prefer Not to Answer

Someone would post critical comments about my views on social media.
- Not at all concerned
- Somewhat concerned
- Very concerned
- Extremely concerned
- Prefer Not to Answer

4

FSU001378

Are you more likely or less likely to share your views on a controversial issue in the following settings?

| Setting | Much More Likely | Somewhat More Likely | About the Same | Somewhat Less Likely | Much Less Likely | Prefer Not To Answer |
|---|---|---|---|---|---|---|
| The College Classroom | | | | | | |
| At a meal with friends | | | | | | |
| At a family gathering | | | | | | |
| At a workplace with colleagues | | | | | | |
| On social media (e.g. Twitter, Instagram, or Facebook) | | | | | | |

Commented [LA4]: I didn't recall this change.

Commented [LA5]: We can rotate these five items so the item placement is random across respondents.

5

FSU001379

**Information About You**

At what level are you in your studies?

- Freshman
- Sophomore
- Junior
- Senior
- Graduate Student
- Prefer Not to Answer

Which of the following describes your race? You can select as many as apply.

- American Indian or Alaskan Native
- Asian or Asian-American
- Black or African American
- Caucasian or White
- Pacific Islander
- Mixed
- Other
- Prefer Not to Answer

Are you of Hispanic, Latino/a/x, or Spanish origin?

- Yes
- No
- Prefer Not to Answer

With which sex or gender identity do you most identify?

- Female
- Male
- Neither best describes me
- Prefer Not to Answer

**Commented [LA6]:** I didn't know that we decided to put in DK everywhere.  The only place I'd put dk would be in ideology because a lot of people don't know or as they say, "haven't thought much about it."

6

FSU001380

Where would you place yourself on the following scale?
- Conservative
- Moderate
- Liberal
- ~~Prefer Not to Answe~~haven't thought much about it [no branch]~~r~~

***BRANCHING Question depending upon response to above question:***

Do you consider yourself to be:
- Extremely conservative
- Moderately conservative
- Slightly conservative
- ~~Prefer Not to Answer~~

Do you consider yourself to be:
- Moderate, leaning conservative
- Moderate
- Moderate, leaning liberal
- ~~Prefer Not to Answer~~

Do you consider yourself to be:
- Extremely liberal
- Moderately liberal
- Slightly liberal
- ~~Prefer Not to Answer~~

7

FSU001381

# EXHIBIT DD

**Florida Board of Governors**
**Intellectual Freedom and Viewpoint Diversity Assessment Project**
<span style="color:red">**Student Survey**</span>

## Opening Message for Survey

In spring 2021, the Florida Legislature passed HB233 to promote Intellectual Freedom and Viewpoint Diversity within the State of Florida's State University System. The Florida Board of Governors (FLBOG) was asked to create "an objective, nonpartisan, and statistically valid survey to be used by each institution which considers the extent to which competing ideas and perspectives are presented and members of the college community, including students, faculty, and staff, feel free to express their beliefs and viewpoints on campus and in the classroom."

This anonymous survey is intended to obtain opinions on intellectual freedom and viewpoint diversity at *[university name]*, drawing on your experiences as a student there. You will be asked questions about these topics and about yourself. Your participation is voluntary. You are free not to answer any question or to withdraw from the study at any time. This survey should take approximately 5 minutes to complete.

Responses will be analyzed for the institution and only grouped responses will be reported. Any data or results that might compromise a respondent's identity will not be published.

## Intellectual Freedom and Viewpoint Diversity on My Campus

On my campus, how often are students encouraged to consider a wide variety of viewpoints and perspectives in the classroom?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

1

On my campus, how often are there opportunities to consider a wide variety of viewpoints and perspectives *outside of the classroom* (such as in clubs, student organizations, and at campus events)?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

On my campus, how often do *instructors* create an environment that is supportive of a range of viewpoints?

- Always
- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

On my campus, how often do *students* create an environment that is supportive of a range of viewpoints?

- Always
- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

FSU001137

**Freedom of Expression on My Campus**

Think about being in a class that was discussing a *Non-Controversial* issue. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views
- Prefer Not to Answer

Think about being in a class that was discussing a controversial or difficult issue in your primary area of study. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views
- Prefer Not to Answer

Think about being in a class that was discussing a controversial or difficult *political* issue. How comfortable would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views
- Prefer Not to Answer

3

FSU001138

If you were to speak up and give your views on one of these controversial or difficult issues during a class discussion, how concerned would you be that the following would occur?

The instructor would criticize my views.

- Not at all concerned
- Somewhat concerned
- Very concerned
- Extremely concerned
- Prefer Not to Answer

Other students would criticize my views.
- Not at all concerned
- Somewhat concerned
- Very concerned
- Extremely concerned
- Prefer Not to Answer

Someone would post critical comments about my views on social media.
- Not at all concerned
- Somewhat concerned
- Very concerned
- Extremely concerned
- Prefer Not to Answer

4

When compared to classroom, are you more likely or less likely to share your views on a controversial issue in the following settings?

| Setting | Much More Likely | Somewhat More Likely | About the Same | Somewhat Less Likely | Much Less Likely | Prefer Not To Answer |
|---|---|---|---|---|---|---|
| ????? – Didn't quite follow the feedback received on this new item… HELP! | | | | | | |
| At a meal with friends | | | | | | |
| At a family gathering | | | | | | |
| At a workplace with colleagues | | | | | | |
| On social media (e.g. Twitter, Instagram, or Facebook) | | | | | | |

5

**Information About You**

At what level are you in your studies?

- Freshman
- Sophomore
- Junior
- Senior
- Graduate Student
- Prefer Not to Answer

Which of the following describes your race? You can select as many as apply.

- American Indian or Alaska Native
- Asian or Asian-American
- Black or African American
- Caucasian or White
- Pacific Islander
- Mixed
- Other
- Prefer Not to Answer

Are you of Hispanic, Latino/a/x, or Spanish origin?

- Yes
- No
- Prefer Not to Answer

With which sex or gender identity do you most identify?

- Female
- Male
- Neither best describes me
- Prefer Not to Answer

6

FSU001141

Where would you place yourself on the following scale?

- Conservative
- Moderate
- Liberal
- Prefer Not to Answer

***BRANCHING Question depending upon response to above question:***

Do you consider yourself to be:

- Extremely conservative
- Moderately conservative
- Slightly conservative
- Prefer Not to Answer

Do you consider yourself to be:

- Moderate, leaning conservative
- Moderate
- Moderate, leaning liberal
- Prefer Not to Answer

Do you consider yourself to be:

- Extremely liberal
- Moderately liberal
- Slightly liberal
- Prefer Not to Answer

FSU001142

# EXHIBIT EE

**Florida Board of Governors**
**Intellectual Freedom and Viewpoint Diversity Assessment Project**
<span style="color:red">**Staff Survey**</span>

## Opening Message for Survey

In Spring 2021, the Florida Legislature passed HB233 to promote Intellectual Freedom and Viewpoint Diversity within the State of Florida's State University System. The Florida Board of Governors (FLBOG) was asked to create "an objective, nonpartisan, and statistically valid survey to be used by each institution which considers the extent to which competing ideas and perspectives are presented and members of the college community, including students, faculty, and staff, feel free to express their beliefs and viewpoints on campus and in the classroom."

The goal of this anonymous survey is to obtain opinions on intellectual freedom and viewpoint diversity at *[university name]*, drawing on your experiences as a staff member there. You will be asked a number of questions about these topics and about yourself. Your participation is voluntary. You are free not to answer any question or to withdraw from the study at any time. This survey should take approximately 10 minutes to complete.

Responses will be analyzed for the entire institution and findings will be reported by the FLBOG to the State Legislature as required. Only grouped responses will be reported; any data or results that might compromise a respondent's identity will not be published.

## Intellectual Freedom and Viewpoint Diversity

On my campus, how often are students encouraged to consider a wider variety of viewpoints and perspectives on social and political issues?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

1

FSU000977

On my campus, how often do university events and presentations on social and political issues present only one side of the issue?

- All of the Time
- Most of the Time
- About Half the Time
- Only Some of the Time
- Never
- Don't Know

On my campus, how often do *instructors* present social and political issues in an unfair and one-sided manner?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

On my campus, how often do *instructors* create an environment that is hostile to certain social or political views?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

On my campus, how often do *students* create an environment that is hostile to certain social or political views?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely

FSU000978

- Never
- Don't Know

On my campus, how often do *staff* create an environment that is hostile to certain social or political views?

- Very Frequently
- Frequently
- Occasionally
- Rarely
- Very Rarely
- Never
- Don't Know

## Freedom of Expression on Campus

Think about a time within your home unit in which a *non-controversial* issue was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about a time within your home unit in which a controversial issue on *Race* was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about a time within your home unit in which a controversial issue on *Politics* was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion

3

FSU000979

- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about a time within your home unit in which a controversial issue on *Religion* was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about a time within your home unit in which a controversial issue on *Gender* was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about a time within your home unit in which a controversial issue on *Sexual Orientation* was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

**Your Political Views**

Generally speaking, you would say that you think of yourself as a…

- Republican

4

- Independent
- Democrat

On a scale from 1 to 7, where 1 is extremely liberal, 7 is extremely conservative, and 4 is exactly in the middle, where would you place yourself?

1. Extremely liberal
2. Somewhat liberal
3. Moderate leaning liberal
4. Moderate
5. Moderate leaning conservative
6. Somewhat conservative
7. Extremely conservative

Thinking about *students* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?

- Most are to the left of me
- Most are to the right of me
- Most have positions close to mine
- About as many are to the left of me as to the right of me
- Don't know

Thinking about *faculty* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?
- Most are to the left of me
- Most are to the right of me
- Most have positions close to mine
- About as many are to the left of me as to the right of me
- Don't know

Thinking about *staff* at your institution, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?
- Most are to the left of me
- Most are to the right of me
- Most have positions close to mine
- About as many are to the left of me as to the right of me
- Don't know

5

FSU000981

**Demographic Information**

Which of the following describes your race? You can select as many as apply.

- American Indian or Alaska Native
- Asian or Asian-American
- Black or African American
- Caucasian or White
- Pacific Islander
- Mixed
- Other
- Prefer Not to Answer

Are you of Hispanic, Latino/a/x, or Spanish origin?

- Yes
- No
- Prefer Not to Answer

With which sex or gender identity do you most identify?

- Female/Woman
- Male/Man
- Transgender Female/Woman
- Transgender Male/Man
- Gender Variant/Non-conforming
- Prefer Not to Answer

What is your sexual orientation?

- Heterosexual/Straight
- Asexual
- Bisexual
- Gay
- Lesbian
- Pansexual
- Queer
- Not Listed Above
- Prefer Not to Answer

What is your primary religious affiliation, if any?

6

- Evangelical Protestant
- Mainline Protestant
- Historically Black Protestant
- Catholic
- Latter Day Saints / Mormon
- Orthodox Christian
- Jehovah's Witness
- Other Christian
- Unitarian / Universalist
- Jewish
- Muslim
- Buddhist
- Hindu
- Other religion
- Atheist
- Agnostic
- No religious affiliation / None
- Prefer Not to Answer

7

FSU000983

# EXHIBIT FF

**Florida Board of Governors**
**Intellectual Freedom and Viewpoint Diversity Assessment Project**
<span style="color:red">**Student Survey**</span>

**Opening Message for Survey**

In Spring 2021, the Florida Legislature passed HB233 to promote Intellectual
Freedom and Viewpoint Diversity within the State of Florida's State University
System. The Florida Board of Governors (FLBOG) was asked to create "an
objective, nonpartisan, and statistically valid survey to be used by each institution
which considers the extent to which competing ideas and perspectives are
presented and members of the college community, including students, faculty,
and staff, feel free to express their beliefs and viewpoints on campus and in the
classroom."

The goal of this anonymous survey is to obtain opinions on intellectual freedom
and viewpoint diversity at *[university name]*, drawing on your experiences as a
student there. You will be asked a number of questions about these topics and
about yourself. Your participation is voluntary. You are free not to answer any
question or to withdraw from the study at any time. This survey should take
approximately 10 minutes to complete.

Responses will be analyzed for the entire institution and findings will be reported
by the FLBOG to the State Legislature as required. Only grouped responses will be
reported; any data or results that might compromise a respondent's identity will
not be published.

> **Commented [LA1]:** This suggests that individual data will not be released.

**Intellectual Freedom and Viewpoint Diversity on My Campus**

On my campus, panel discussions and presentations on social and political issues
typically seem one-sided.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

> **Commented [LA2]:** Do undergrads have panel discussions, what's a panel discussion. —where are these presentations and discussions not sure what undergrads will be thinking of here

> **Commented [LA3]:** What does neutral mean. Lickert scales are icky. How about something like
>
> All of the time
> Most of the time
> About ½ the time
> Only some of the time
> Never
> Don't Know

On my campus, some or there are courses have readings which present only one side of a socially or politically controversial issue.

> **Commented [LA4]:** There are suggests 1, do we want a low of 1? Some is more than 1, but not many……also could do a how many question here.

- Strongly Agree

> **Commented [LA5]:** Ditto….maybe we just get rid of the lickert scale

- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

On my campus, courses present social and political issues in an unfair and one-sided manner.

> **Commented [LA6]:** Do we mean instructors and teachers?

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

On my campus, [there are] or some  professors [who] are intolerant of certain political and social viewpoints.

> **Commented [LA7]:** Same as above there are suggests 1, some is more than 1

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

On my campus, there are courses in which the professor creates an environment that is hostile to certain political or social views.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

On your campus, how often are students  encouraged to consider a wider variety of viewpoints and perspectives?
_____ Very frequently
_____ Frequently
_____ Occasionally
_____ Rarely
_____ Very rarely
_____ Never
15

**<u>Freedom of Expression on My Campus</u>**

Think about being at your school in a class that was discussing a NON-CONTROVERSIAL issue. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial issue about RACE. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial POLITICAL issue. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

FSU000926

Think about being at your school in a class that was discussing a controversial issue about RELIGION. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial issue about GENDER. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

Think about being at your school in a class that was discussing a controversial issue about SEXUAL ORIENTATION. How comfortable or reluctant would you feel about speaking up and giving your views on this topic?

- I would be very comfortable giving my views
- I would be somewhat comfortable giving my views
- Neutral
- I would be somewhat reluctant giving my views
- I would be very reluctant giving my views

**Your Political Views**

Generally speaking, you would say that you think of yourself as a…

- Democrat
- Independent
- Republican

On a scale from 1 to 7, where 1 is extremely liberal, 7 is extremely conservative, and 4 is exactly in the middle, where would you place yourself?

1. Extremely liberal

2. Somewhat liberal
3. Moderate leaning liberal
4. Moderate
5. Moderate leaning conservative
6. Somewhat conservative
7. Extremely conservative

Do we want any of the consequences –I also find what the report does that students are very worried about each other?

7.

I believe that through hard work, everybody can succeed in American society.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

**Commented [LA8]:** Not sure about keeping

I believe that racial discrimination is no longer a major problem in America.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

**Commented [LA9]:** Consider cutting

I believe that undocumented immigrants should be denied access to public education.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

**Commented [LA10]:** Consider cutting

I believe that that universities have the right to ban extreme speakers from campus.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

I believe that dissent is a critical component of the political process.

**Commented [LA11]:** Dissent…..debate?

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

I believe that colleges should prohibit racist/sexist speech on campus.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

**Commented [LA12]:** Cut?

**Demographic Information**

Which of the following describes your race? You can select as many as apply.

- American Indian or Alaska Native
- Asian or Asian-American
- Black or African American
- Caucasian or White
- Pacific Islander
- Mixed
- Other

Are you of Hispanic, Latino/a/x, or Spanish origin?

FSU000929

- Yes
- No
- Prefer Not to Answer

With which sex or gender identity do you most identify?

- Female/Woman
- Male/Man
- Transgender Female/Woman
- Transgender Male/Man
- Gender Variant/Non-conforming
- Prefer Not to Answer

What is your sexual orientation?

- Heterosexual/Straight
- Asexual
- Bisexual
- Gay
- Lesbian
- Pansexual
- Queer
- Not Listed Above
- Prefer Not to Answer

What is your primary religious affiliation, if any?

- Evangelical Protestant
- Mainline Protestant
- Historically Black Protestant
- Catholic
- Latter Day Saints / Mormon
- Orthodox Christian
- Jehovah's Witness
- Other Christian
- Unitarian / Universalist
- Jewish
- Muslim
- Buddhist

- Hindu
- Other religion
- Atheist
- Agnostic
- No religious affiliation / None
- Prefer Not to Answer

Class rank

Freshman

Sophomore

Junior

Senior

Graduate

Major (pull down) –Heterodox has the following:

Business Health Profession Social Science Engineering Biological Science Arts Education Humanities Physical Science Mathematics/ Statistics Religion/ Theology Something else Prefer not to say Total

Should we consider these:

Thinking about STUDENTS at your college/university, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?
_____ Most are to the left of me
_____ Most are to the right of me
_____ Most have positions close to mine
_____ About as many are to the left of me as to the right of me
_____ Don't know
Thinking about FACULTY at your college/university, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?
_____ Most are to the left of me

FSU000931

_____ Most are to the right of me
_____ Most have positions close to mine
_____ About as many are to the left of me as to the right of me
_____ Don't know

Thinking about ADMINISTRATORS at your college/university, would you say most are politically to the left of you (more liberal) or politically to the right of you (more conservative)?

_____ Most are to the left of me
_____ Most are to the right of me
_____ Most have positions close to mine
_____ About as many are to the left of me as to the right of me
_____ Don't know

## Appendix C: Viewpoint Diversity Module. –Considers implications
14

Not sure about these.

Consequence Items If you were to speak up and give your views on one of these CONTROVERSIAL issues during a class discussion, how concerned would you be that the following would occur :

The professor would criticize my views as offensive.

_____ Not at all concerned

_____ Slightly concerned

_____ Somewhat concerned

_____ Very concerned

_____ Extremely concerned

The professor would give me a lower grade because of my views.

_____ Not at all concerned

_____ Slightly concerned

_____ Somewhat concerned

_____ Very concerned

_____ Extremely concerned

The professor would say my views are wrong.
_____ Not at all concerned
_____ Slightly concerned
_____ Somewhat concerned
_____ Very concerned

_____ Extremely concerned

Other students would criticize my views as offensive.
_____ Not at all concerned
_____ Slightly concerned
_____ Somewhat concerned
_____ Very concerned
_____ Extremely concerned
Someone would post critical comments about my views on social media.
_____ Not at all concerned
_____ Slightly concerned
_____ Somewhat concerned _
_____ Very concerned
_____ Extremely concerned

Someone would file a complaint claiming that my views violated a campus harassment policy or code of conduct.
_____ Not at all concerned
_____ Slightly concerned
_____ Somewhat concerned
_____ Very concerned
_____ Extremely concerned

Think about being at your school in a class that was discussing a NON-CONTROVERSIAL issue.
How comfortable or reluctant would you feel about speaking up and giving your views on this topic?
_____ I would be very comfortable giving my views. _
_____ I would be somewhat comfortable giving my views.
_____ I would be somewhat reluctant giving my views.
_____ I would be very reluctant giving my views. I
f you were to speak up and give your views about a NON-CONTROVERSIAL issue during a class discussion, how concerned would you be that the following would occur:
The professor would criticize my views as offensive.
_____ Not at all concerned _
_____ Slightly concerned
_____ Somewhat concerned
_____ Very concerned
_____ Extremely concerned
The professor would give me a lower grade because of my views.
_____ Not at all concerned
_____ Slightly concerned _
_____ Somewhat concerned
_____ Very concerned
_____ Extremely concerned
The professor would say my views are wrong.

**Commented [LA13]:** Not sure this applies here or not.

_____ Not at all concerned
_____ Slightly concerned
_____ Somewhat concerned
_____ Very concerned
_____ Extremely concerned
Other students would criticize my views as offensive.
_____ Not at all concerned
_____ Slightly concerned
_____ Somewhat concerned
_____ Very concerned
_____ Extremely concerned
Someone would post critical comments about my views on social media.
_____ Not at all concerned
_____ Slightly concerned
_____ Somewhat concerned
_____ Very concerned
_____ Extremely concerned
• 

FSU000934

# EXHIBIT GG

**Florida Board of Governors**
**Intellectual Freedom and Viewpoint Diversity Assessment Project**
**<span style="color:red">Staff Survey</span>**

**Opening Message for Survey**

In Spring 2021, the Florida Legislature passed HB233 to promote Intellectual Freedom and Viewpoint Diversity within the State of Florida's State University System. The Florida Board of Governors (FLBOG) was asked to create "an objective, nonpartisan, and statistically valid survey to be used by each institution which considers the extent to which competing ideas and perspectives are presented and members of the college community, including students, faculty, and staff, feel free to express their beliefs and viewpoints on campus and in the classroom."

The goal of this anonymous survey is to obtain opinions on intellectual freedom and viewpoint diversity at *[university name]*, drawing on your experiences as a staff member there. You will be asked a number of questions about these topics and about yourself. Your participation is voluntary. You are free not to answer any question or to withdraw from the study at any time. This survey should take approximately 10 minutes to complete.

Responses will be analyzed for the entire institution and findings will be reported by the FLBOG to the State Legislature as required. Only grouped responses will be reported; any data or results that might compromise a respondent's identity will not be published.

**Intellectual Freedom and Viewpoint Diversity**

On my campus, panel discussions and presentations on social and political issues typically seem one-sided.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

On my campus, academic programs are intolerant of certain political and social viewpoints.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

On my campus, there are academic programs that create an environment that is hostile to certain political or social views.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

**Freedom of Expression on Campus**

Think about a time within your home unit in which a *non-controversial* issue was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about a time within your home unit in which a controversial issue on *Race* was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about a time within your home unit in which a controversial issue on *Politics* was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about a time within your home unit in which a controversial issue on *Religion* was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about a time within your home unit in which a controversial issue on *Gender* was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about a time within your home unit in which a controversial issue on *Sexual Orientation* was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

**Your Political Views**

Generally speaking, you would say that you think of yourself as a…

- Republican
- Independent
- Democrat

On a scale from 1 to 7, where 1 is extremely liberal, 7 is extremely conservative, and 4 is exactly in the middle, where would you place yourself?

1. Extremely liberal
2. Somewhat liberal
3. Moderate leaning liberal
4. Moderate
5. Moderate leaning conservative
6. Somewhat conservative
7. Extremely conservative

I believe that through hard work, everybody can succeed in American society.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

I believe that racial discrimination is no longer a major problem in America.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

I believe that undocumented immigrants should be denied access to public education.

- Strongly Agree
- Somewhat Agree

- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

I believe that colleges have the right to ban extreme speakers from campus.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

I believe that dissent is a critical component of the political process.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

I believe that colleges should prohibit racist/sexist speech on campus.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

**<u>Demographic Information</u>**

Which of the following describes your race? You can select as many as apply.

- American Indian or Alaska Native
- Asian or Asian-American
- Black or African American
- Caucasian or White
- Pacific Islander

- Mixed
- Other

Are you of Hispanic, Latino/a/x, or Spanish origin?

- Yes
- No
- Prefer Not to Answer

With which sex or gender identity do you most identify?

- Female/Woman
- Male/Man
- Transgender Female/Woman
- Transgender Male/Man
- Gender Variant/Non-conforming
- Prefer Not to Answer

What is your sexual orientation?

- Heterosexual/Straight
- Asexual
- Bisexual
- Gay
- Lesbian
- Pansexual
- Queer
- Not Listed Above
- Prefer Not to Answer

What is your primary religious affiliation, if any?

- Evangelical Protestant
- Mainline Protestant
- Historically Black Protestant
- Catholic
- Latter Day Saints / Mormon
- Orthodox Christian
- Jehovah's Witness
- Other Christian

FSU001295

- Unitarian / Universalist
- Jewish
- Muslim
- Buddhist
- Hindu
- Other religion
- Atheist
- Agnostic
- No religious affiliation / None
- Prefer Not to Answer

FSU001296

# EXHIBIT HH

**Florida Board of Governors**
**Intellectual Freedom and Viewpoint Diversity Assessment Project**
<span style="color:red">**Staff Survey**</span>

## Opening Message for Survey

In Spring 2021, the Florida Legislature passed HB233 which is intended to promote Intellectual Freedom and Viewpoint Diversity within the State of Florida's State University System. The Florida Board of Governors (FLBOG) was asked to create "an objective, nonpartisan, and statistically valid survey to be used by each institution which considers the extent to which competing ideas and perspectives are presented and members of the college community, including students, faculty, and staff, feel free to express their beliefs and viewpoints on campus and in the classroom."

The goal of this survey is to obtain opinions on intellectual freedom and viewpoint diversity at *[your university]*, drawing on your experiences as a student there. You will be asked a number of questions about these topics and about yourself. Your participation is voluntary. You are free to not answer any question or to withdraw from the study at any time. This survey should take approximately 10 minutes to complete. Survey data will be stored at a secured location and retained indefinitely.

Responses will be analyzed and categorical and statistical trends will be reported by the FLBOG to the State Legislature as required by Florida Statute. Only grouped responses will be reported; any data or results that might compromise a respondent's identity will not be shared.

## Intellectual Freedom and Viewpoint Diversity on My Campus

On my campus, panel discussions and presentations on social and political issues typically seem one-sided.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

FSU001544

On my campus, many academic programs are intolerant of certain political and social viewpoints.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

On my campus, there are academic programs that create an environment that is hostile to certain political or social views.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

**Your Political Views**

Generally speaking, you would say that you think of yourself as a…

- Republican
- Independent
- Democrat

On a scale from 1 to 7, where 1 is extremely liberal, 7 is extremely conservative, and 4 is exactly in the middle, where would you place yourself?

1. Extremely liberal
2. Somewhat liberal
3. Moderate leaning liberal
4. Moderate
5. Moderate leaning conservative
6. Somewhat conservative
7. Extremely conservative

Through hard work, everybody can succeed in American society

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

Racial discrimination is no longer a major problem in America

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

Undocumented immigrants should be denied access to public education

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

Colleges have the right to ban extreme speakers from campus

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

Dissent is a critical component of the political process

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree

- Strongly Disagree
- Don't Know

Colleges should prohibit racist/sexist speech on campus

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

## **Freedom of Expression on Campus**

Think about a time within your home unit in which a *non-controversial* issue was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about a time within your home unit in which a controversial issue on *Race* was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about a time within your home unit in which a controversial issue on *Politics* was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about a time within your home unit in which a controversial issue on *Religion* was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about a time within your home unit in which a controversial issue on *Gender* was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about a time within your home unit in which a controversial issue on *Sexual Orientation* was being discussed. How comfortable or reluctant would you feel about contributing to the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

**Demographic Information**

With which sex or gender identity do you most identify?

- Female/Woman
- Male/Man
- Transgender Female/Woman
- Transgender Male/Man
- Gender Variant/Non-conforming
- Prefer Not to Answer

Which of the following describes your race? You can select as many as apply

- American Indian or Alaska Native
- Asian or Asian-American
- Black or African American
- Caucasian or White
- Pacific Islander
- Mixed
- Other
- Prefer Not to Answer

Are you of Hispanic, Latino/a/x, or Spanish origin?

- Yes
- No
- Prefer Not to Answer

What is your primary religious affiliation, if any?

- Evangelical Protestant
- Mainline Protestant
- Historically Black Protestant
- Catholic
- Latter Day Saints / Mormon
- Orthodox Christian
- Jehovah's Witness
- Other Christian
- Unitarian / Universalist
- Jewish
- Muslim
- Buddhist
- Hindu

FSU001549

- Other religion
- Atheist
- Agnostic
- No religious affiliation / None
- Prefer Not to Answer

What is your sexual orientation?

- Heterosexual/Straight
- Asexual
- Bisexual
- Gay
- Lesbian
- Pansexual
- Queer
- Not Listed Above
- Prefer Not to Answer

FSU001550

# EXHIBIT II

**Florida Board of Governors**
**Intellectual Freedom and Viewpoint Diversity Assessment Project**
**Faculty Survey**

## Opening Message for Survey

In Spring 2021, the Florida Legislature passed HB233 which is intended to promote Intellectual Freedom and Viewpoint Diversity within the State of Florida's State University System. The Florida Board of Governors (FLBOG) was asked to create "an objective, nonpartisan, and statistically valid survey to be used by each institution which considers the extent to which competing ideas and perspectives are presented and members of the college community, including students, faculty, and staff, feel free to express their beliefs and viewpoints on campus and in the classroom."

The goal of this survey is to obtain opinions on intellectual freedom and viewpoint diversity at *[your university]*, drawing on your experiences as a student there. You will be asked a number of questions about these topics and about yourself. Your participation is voluntary. You are free to not answer any question or to withdraw from the study at any time. This survey should take approximately 10 minutes to complete. Survey data will be stored at a secured location and retained indefinitely.

Responses will be analyzed and categorical and statistical trends will be reported by the FLBOG to the State Legislature as required by Florida Statute. Only grouped responses will be reported; any data or results that might compromise a respondent's identity will not be shared.

## Intellectual Freedom and Viewpoint Diversity on My Campus

On my campus, panel discussions and presentations on social and political issues typically seem one-sided.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

On my campus, many courses have readings which present only one side of a controversial issue.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

On my campus, many courses present social and political issues in an unfair and one-sided manner.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

On my campus, many professors are intolerant of certain political and social viewpoints.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

On my campus, there are many courses in which the professor creates an environment that is hostile to certain political or social views.

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

FSU001402

**Your Political Views**

Generally speaking, you would say that you think of yourself as a…

- Republican
- Independent
- Democrat

On a scale from 1 to 7, where 1 is extremely liberal, 7 is extremely conservative, and 4 is exactly in the middle, where would you place yourself?

1. Extremely liberal
2. Somewhat liberal
3. Moderate leaning liberal
4. Moderate
5. Moderate leaning conservative
6. Somewhat conservative
7. Extremely conservative

Through hard work, everybody can succeed in American society

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

Racial discrimination is no longer a major problem in America

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

Undocumented immigrants should be denied access to public education

- Strongly Agree
- Somewhat Agree
- Neutral

FSU001403

- Somewhat Disagree
- Strongly Disagree
- Don't Know

Colleges have the right to ban extreme speakers from campus

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

Dissent is a critical component of the political process

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

Colleges should prohibit racist/sexist speech on campus

- Strongly Agree
- Somewhat Agree
- Neutral
- Somewhat Disagree
- Strongly Disagree
- Don't Know

**Freedom of Expression on Campus**

Think about teaching a class session that centered upon a discussion of a *non-controversial* issue. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral

FSU001404

- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about teaching a class session that centered upon a discussion of a controversial issue on *Race*. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about teaching a class session that centered upon a discussion of a controversial *Political* issue. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about teaching a class session that centered upon a discussion of a controversial issue on *Religion*. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

Think about teaching a class session that centered upon a discussion of a controversial issue on *Gender*. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion

- I would be very reluctant leading this discussion

Think about teaching a class session that centered upon a discussion of a controversial issue on *Sexual Orientation*. How comfortable or reluctant would you feel about leading the discussion on this topic?

- I would be very comfortable leading this discussion
- I would be somewhat comfortable leading this discussion
- Neutral
- I would be somewhat reluctant leading this discussion
- I would be very reluctant leading this discussion

**<u>Demographic Information</u>**

With which sex or gender identity do you most identify?

- Female/Woman
- Male/Man
- Transgender Female/Woman
- Transgender Male/Man
- Gender Variant/Non-conforming
- Prefer Not to Answer

Which of the following describes your race? You can select as many as apply

- American Indian or Alaska Native
- Asian or Asian-American
- Black or African American
- Caucasian or White
- Pacific Islander
- Mixed
- Other
- Prefer Not to Answer

Are you of Hispanic, Latino/a/x, or Spanish origin?

- Yes
- No
- Prefer Not to Answer

What is your primary religious affiliation, if any?

- Evangelical Protestant
- Mainline Protestant
- Historically Black Protestant
- Catholic
- Latter Day Saints / Mormon
- Orthodox Christian
- Jehovah's Witness
- Other Christian
- Unitarian / Universalist
- Jewish
- Muslim
- Buddhist
- Hindu
- Other religion
- Atheist
- Agnostic
- No religious affiliation / None
- Prefer Not to Answer

What is your sexual orientation?

- Heterosexual/Straight
- Asexual
- Bisexual
- Gay
- Lesbian
- Pansexual
- Queer
- Not Listed Above
- Prefer Not to Answer

FSU001407