UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| WILLIAM A. LINK, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>RICHARD CORCORAN, in his official capacity as the Florida Commissioner of Education, et al.,<br><br>   Defendants. | Case No. 4:21-cv-00271-MW-MAF |

### NOTICE OF SUPPLEMENTAL MATERIALS IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION

In Plaintiffs' Emergency Motion for Temporary Restraining Order or Preliminary Injunction (ECF No. 75) ("Motion"), Plaintiffs advised the Court that Defendants had failed, to date, to provide final copies of the Surveys required by Fla. Stat. §§ 1001.03(19)(b) and 1001.706(13)(b), despite Defendants' plans to administer the Surveys, beginning this coming Monday, April 4, 2022.

On March 28, Defendants have since produced "final survey drafts," which Defendants advised "were finalized" that day. Defendants' counsel later confirmed by phone that Defendants *will* begin administering the Surveys Monday, April 4. Defendants acknowledged they have distributed a memorandum to Florida's public

colleges and universities the prior week regarding the forthcoming Surveys. However, that memorandum has not yet been produced.

These "final" Surveys, though slightly different from prior drafts provided by Defendants and Florida State University, which Defendants commissioned to draft the Surveys, are illustrative of the *same* constitutional violation identified in Plaintiffs' Motion. S*ee* ECF No. 75 at 12-23.

These final Surveys, coupled with Defendants' intention to administer them beginning on Monday, provide further information critical to this Court's assessment of the irreparable injury that Plaintiffs will suffer absent emergency relief. *See id.* at 24-30.

For the purposes of making a completed and accurate record, Plaintiffs now file the following exhibits with the Court:

> **Exhibit 1**, a true and correct copy of the document entitled "Intellectual Freedom and Viewpoint Diversity: Employee Survey" as Defendants produced on March 28, 2022; and
>
> **Exhibit 2**, a true and correct copy of the document entitled "Intellectual Freedom and Viewpoint Diversity: Student Survey," as Defendants produced on March 28, 2022.

## **LOCAL RULE 7.1(F) CERTIFICATION**

The undersigned, Frederick Wermuth, certifies that this supplement contains 287 words, excluding the case style and certifications.

Respectfully submitted this 29th day of March, 2022.

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No.
Thomas A. Zehnder
Florida Bar No. 0063274
Robyn M. Kramer
Florida Bar No. 0118300
King, Blackwell, Zehnder
 & Wermuth, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com
tzehnder@kbzwlaw.com
rkramer@kbzwlaw.com

Marc E. Elias
Elisabeth C. Frost*
Alexi M. Velez*
Noah Baron*
ELIAS LAW GROUP LLP
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
melias@elias.law
efrost@elias.law
avelez@elias.law
nbaron@elias.law
*Admitted Pro Hac Vice*
*Counsel for Plaintiffs*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2022 I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No.: 0184111
*Counsel for Defendants*
