# Exhibit 1

## Intellectual Freedom and Viewpoint Diversity: Employee Survey

*In spring 2021, the Florida Legislature passed House Bill 233 to promote intellectual freedom and viewpoint diversity within the State of Florida's State University System and Florida College System. This survey attempts to discover the extent to which all viewpoints, conservative, liberal, and otherwise, are welcomed and provided appropriate attention on your campus and in the classroom.*

*This survey is anonymous. You are free to not answer any question or withdraw from the survey at any time. Responses will only be reported at the group level, not at the individual level. Respondents' identities will never be published or compromised in any way.*

**For the following survey items, please select the extent to which you agree or disagree with the given statements.**

1. My institution provides an environment for free expression of ideas, opinions, and beliefs.
   - ○ Strongly agree
   - ○ Agree
   - ○ Neither agree nor disagree
   - ○ Disagree
   - ○ Strongly disagree

2. I see examples of free and welcomed expression (such as speeches, debates with other students or instructors, class assignments, etc.) on my campus regularly.
   - ○ Strongly agree
   - ○ Agree
   - ○ Neither agree nor disagree
   - ○ Disagree
   - ○ Strongly disagree

3. Students at my institution are encouraged to consider a wide variety of viewpoints and perspectives.
   - ○ Strongly agree
   - ○ Agree
   - ○ Neither agree nor disagree
   - ○ Disagree
   - ○ Strongly disagree

4. Students at my institution are not shielded from ideas and opinions they find unwelcome, disagreeable or even deeply offensive.
   - ○ Strongly agree
   - ○ Agree
   - ○ Neither agree nor disagree
   - ○ Disagree
   - ○ Strongly disagree

5. Employees at my institution are encouraged to consider a wide variety of viewpoints and perspectives.

◯ Strongly agree
◯ Agree
◯ Neither agree nor disagree
◯ Disagree
◯ Strongly disagree

6. Employees at my institution are not shielded from ideas and opinions they find unwelcome, disagreeable, or even deeply offensive.

◯ Strongly agree
◯ Agree
◯ Neither agree nor disagree
◯ Disagree
◯ Strongly disagree

7. I have felt intimidated to share my ideas or political opinions because they were different from those of my colleagues.

◯ Strongly agree
◯ Agree
◯ Neither agree nor disagree
◯ Disagree
◯ Strongly disagree

8. My institution is equally tolerant and welcoming of both liberal and conservative ideas and beliefs.

◯ Strongly agree
◯ Agree
◯ Neither agree nor disagree
◯ Disagree
◯ Strongly disagree

## Intellectual Freedom and Viewpoint Diversity: Employee Survey

9. If you "disagree" or "strongly disagree" that your institution is equally tolerant and welcoming of both liberal and conservative ideas and beliefs, indicate the ideas and beliefs that are more prevalent.

◯ Liberal
◯ Conservative
◯ Other

## Intellectual Freedom and Viewpoint Diversity: Employee Survey

2

10. What category describes your primary employment with your institution?

- ○ Faculty with continuing contract/tenure
- ○ Faculty/instructor without continuing contract/tenure
- ○ Administrator
- ○ Staff
- ○ Other

## Intellectual Freedom and Viewpoint Diversity: Employee Survey

**For faculty or instructional personnel only. For the following survey items, please select the extent to which you agree or disagree with the given statements.**

11. Students in my classes are exposed to competing arguments and multiple perspectives on a topic.

- ○ Strongly agree
- ○ Agree
- ○ Neither agree nor disagree
- ○ Disagree
- ○ Strongly disagree

12. I rarely inject my own political ideas and beliefs into my classes.

- ○ Strongly agree
- ○ Agree
- ○ Neither agree nor disagree
- ○ Disagree
- ○ Strongly disagree

13. An expectation of receiving continuing contract/tenure is that faculty ascribe to a particular political viewpoint.

- ○ Strongly agree
- ○ Agree
- ○ Neither agree nor disagree
- ○ Disagree
- ○ Strongly disagree

3

Intellectual Freedom and Viewpoint Diversity: Employee Survey

14. If you "agree" or "strongly agree" that an expectation of receiving continuing contract/tenure is that faculty ascribe to a particular political viewpoint, indicate which political viewpoint is the expectation:

◯ Liberal

◯ Conservative

◯ Other

Intellectual Freedom and Viewpoint Diversity: Employee Survey

**For the following survey item, please select the extent to which you agree or disagree with the given statement.**

15. My institution encourages research, publications, dissertations, etc. on topics that span both liberal and conservative viewpoints.

◯ Strongly agree

◯ Agree

◯ Neither agree nor disagree

◯ Disagree

◯ Strongly disagree

Intellectual Freedom and Viewpoint Diversity: Employee Survey

16. If you "disagree" or "strongly disagree" that your institution encourages research, publications, dissertations, etc. on topics that span both liberal and conservative viewpoints, indicate the ideas and beliefs that are more prevalent or encouraged.

◯ Liberal

◯ Conservative

◯ Other

Intellectual Freedom and Viewpoint Diversity: Employee Survey

4

17. In what subject area do you teach?

- ⃝ Liberal Arts and Humanities
- ⃝ Communication and Design
- ⃝ Business
- ⃝ Education
- ⃝ Health Sciences
- ⃝ Industry/Manufacturing and Construction
- ⃝ Public Safety
- ⃝ Science, Technology, Engineering, and Mathematics
- ⃝ Social and Behavioral Sciences and Human Services

### Intellectual Freedom and Viewpoint Diversity: Employee Survey

**For the following survey items, please select the extent to which you agree or disagree with the given statements.**

18. Students are afforded the opportunity to pursue projects, dissertations, theses, or research regardless of whether the topics defend conservative or liberal viewpoints/theoretical frameworks.

- ⃝ Strongly agree
- ⃝ Agree
- ⃝ Neither agree nor disagree
- ⃝ Disagree
- ⃝ Strongly disagree

### Intellectual Freedom and Viewpoint Diversity: Employee Survey

19. If you "disagree" or "strongly disagree" that students are afforded the opportunity to pursue projects, dissertations, theses, or research regardless of whether the topics defend conservative or liberal viewpoints/theoretical frameworks, indicate the ideas and beliefs that are more prevalent or encouraged.

- ⃝ Liberal
- ⃝ Conservative
- ⃝ Other

5

## Intellectual Freedom and Viewpoint Diversity: Employee Survey

**The following questions are intended to collect information about survey respondents' backgrounds as a whole. As a reminder, no responses will be attributed to any single individual.**

20. Please identify if you are employed by:

    ◯ A state or community college (two year or four year)

    ◯ A state university (four year and above)

21. Please identify your race:

    ◯ American Indian or Alaskan Native          ◯ Caucasian or White

    ◯ Asian or Asian American                     ◯ Other

    ◯ Black or African American                   ◯ Prefer not to respond

22. Are you of Hispanic, Latin or Spanish Origin?

    ◯ Yes

    ◯ No

23. Gender:

    ◯ Female

    ◯ Male

    ◯ Prefer not to respond

24. Where would you place yourself on the following scale?

    ◯ Conservative                                ◯ Liberal

    ◯ Moderate                                    ◯ None of the Above

6