# Exhibit 2

## Intellectual Freedom and Viewpoint Diversity: Student Survey

*In spring 2021, the Florida Legislature passed House Bill 233 to promote intellectual freedom and viewpoint diversity within the State of Florida's State University System and Florida College System. This survey attempts to discover the extent to which all viewpoints, conservative, liberal, and otherwise, are welcomed and provided appropriate attention on your campus and in the classroom.*

*This survey is anonymous. You are free to not answer any question or withdraw from the survey at any time. Responses will only be reported at the group level, not at the individual level. Respondents' identities will never be published or compromised in any way.*

**For the following survey items, please select the extent to which you agree or disagree with the given statements.**

1. I feel that it is important to be able to express my political viewpoints without fear of negative consequences.

○ Strongly agree    ○ Disagree
○ Agree             ○ Strongly disagree
○ Neither agree nor disagree

2. My college or university <u>campus</u> provides an environment for free expression of ideas, opinions, and beliefs.

○ Strongly agree    ○ Disagree
○ Agree             ○ Strongly disagree
○ Neither agree nor disagree

3. My college or university <u>classes</u> provide an environment for free expression of ideas, opinions, and beliefs.

○ Strongly agree    ○ Disagree
○ Agree             ○ Strongly disagree
○ Neither agree nor disagree

4. I see examples of free and welcomed expression (such as speeches, debates with other students or instructors, class assignments, etc.) in my <u>classes</u> regularly.

○ Strongly agree    ○ Disagree
○ Agree             ○ Strongly disagree
○ Neither agree nor disagree

5. My professors or course instructors use class time to express their own social or political beliefs without objectively discussing opposing social or political beliefs.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

## Intellectual Freedom and Viewpoint Diversity: Student Survey

6. If you "agree" or "strongly agree" that your instructors use class time to express their own beliefs, indicate the ideas and beliefs that are more prevalent.

○ Liberal

○ Conservative

○ Other

## Intellectual Freedom and Viewpoint Diversity: Student Survey

**For the following survey items, please select the extent to which you agree or disagree with the given statements.**

7. Students at my college or university are encouraged to consider a wide variety of viewpoints and perspectives.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

8. I feel comfortable speaking up and giving my views on noncontroversial topics.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

9. I feel comfortable speaking up and giving my views on controversial topics.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

2

10. My college or university is doing a good job when it comes to promoting or encouraging diverse political viewpoints.

- ◯ Strongly agree
- ◯ Agree
- ◯ Neither agree nor disagree
- ◯ Disagree
- ◯ Strongly disagree

11. I would be concerned if most of my professors or course instructors held the same political beliefs.

- ◯ Strongly agree
- ◯ Agree
- ◯ Neither agree nor disagree
- ◯ Disagree
- ◯ Strongly disagree

12. I have felt intimidated to share my ideas or political opinions because they were different from those of my professors.

- ◯ Strongly agree
- ◯ Agree
- ◯ Neither agree nor disagree
- ◯ Disagree
- ◯ Strongly disagree

## Intellectual Freedom and Viewpoint Diversity: Student Survey

**For the following survey items, select the option that best describes your perception of your professors, course instructors, college, or university with respect to political beliefs.**

13. My professors or course instructors are generally more:

- ◯ Conservative
- ◯ Liberal
- ◯ Other
- ◯ Don't know

14. My college or university is generally:

- ◯ More tolerant of liberal ideas and beliefs
- ◯ More tolerant of conservative ideas and beliefs
- ◯ Equally tolerant of both liberal and conservative ideas and beliefs

## Intellectual Freedom and Viewpoint Diversity: Student Survey

3

**The following questions are intended to collect information about survey respondents' backgrounds as a whole. As a reminder, no responses will be attributed to any single individual.**

15. Please identify your enrollment status:

    ◯ Full time

    ◯ Part time

16. Which of the following best describes your coursework:

    ◯ Entirely online

    ◯ Mostly online

    ◯ Mostly face to face

    ◯ Entirely face to face

17. Please identify your race:

    ◯ American Indian or Alaskan Native        ◯ Caucasian or White

    ◯ Asian or Asian American                  ◯ Other

    ◯ Black or African American                ◯ Prefer not to respond

18. Are you of Hispanic, Latin or Spanish Origin?

    ◯ Yes

    ◯ No

19. Gender:

    ◯ Female

    ◯ Male

    ◯ Prefer not to respond

20. Please identify if you attend:

    ◯ A state or community college (two year or four year)

    ◯ A state university (four year and above)

21. What is your current level of study?

    ◯ Certificate                ◯ Baccalaureate

    ◯ Associate in Arts          ◯ Graduate

    ◯ Associate in Science       ◯ Other

4