UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM A. LINK, et al.,

    Plaintiffs,

    v.

RICHARD CORCORAN, in his official capacity as the Florida Commissioner of Education, et al.,

    Defendants.

Case No. 4:21-cv-00271-MW-MAF

## SECOND NOTICE OF SUPPLEMENTAL MATERIALS IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION

In Plaintiffs' Emergency Motion for Temporary Restraining Order or Preliminary Injunction (ECF No. 75) ("Motion"), Plaintiffs advised the Court that Defendants had failed, to date, to provide final copies of the Surveys required by Fla. Stat. §§ 1001.03(19)(b) and 1001.706(13)(b), despite Defendants' plans to administer the Surveys, beginning this coming Monday, April 4, 2022.

On March 28, Defendants produced "final survey drafts," which Defendants advised "were finalized" that day. Plaintiffs filed these "final survey drafts" with the Court in their first supplement to the Motion. ECF No. 79. On March 29, Defendants produced cover memorandums to Florida's public colleges and universities to be

distributed with the final surveys.

To address these newly produced documents and for the purpose of making a complete and accurate record in support of their Motion, Plaintiffs now file the following true and correct copies of the following exhibits:

**Exhibit 1**, Supplemental Declaration of Alexi M. Velez;

**Exhibit 2**, Amended Declaration of Sylvia Hurtado;[1] and

**Exhibit 3**, Declaration of Isaac Kamola.

## LOCAL RULE 7.1(F) CERTIFICATION

The undersigned, Frederick Wermuth, certifies that this supplement contains 232 words, excluding the case style and certifications.

Respectfully submitted this 30th day of March, 2022.

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No. 0184111
Thomas A. Zehnder
Florida Bar No. 0063274
Robyn M. Kramer
Florida Bar No. 0118300
King, Blackwell, Zehnder
 & Wermuth, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472

---

[1] Consistent with the directive regarding supplemental expert disclosures in the Court's Initial Scheduling (ECF No. 41 at 12), and for ease of comparison with Declaration of Sylvia Hurtado dated September 26, 2022 (ECF No. 75-4), the supplemented portions of Supplemental Declaration of Sylvia Hurtado are reflected by highlighted text.

Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com
tzehnder@kbzwlaw.com
rkramer@kbzwlaw.com

Marc E. Elias
Elisabeth C. Frost*
Alexi M. Velez*
Noah Baron*
ELIAS LAW GROUP LLP
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
melias@elias.law
efrost@elias.law
avelez@elias.law
nbaron@elias.law
*Admitted Pro Hac Vice
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2022 I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No.: 0184111
Counsel for Defendants

3