# United States District Court
CIVIL MINUTES - GENERAL

Case #   4:21cv271-MW-MAF          Date   April 1, 2022

WILLIAM A. LINK, et al. v. RICHARD CORCORAN, et al.

DOCKET ENTRY:   Preliminary Injunction Hearing Held   9:01 – 9:56 a.m.; 10:10 – 11:10 a.m.; 11:30 – 11:42 a.m.

Court hears argument regarding Plaintiffs' [75] Emergency Motion for Preliminary Injunction. Ruling by Court:  Plaintiffs' [75] Emergency Motion for Preliminary Injunction is denied. Order to follow.

PRESENT:  HONORABLE MARK E. WALKER, CHIEF UNITED STATES DISTRICT JUDGE

| Victoria Milton McGee | Megan Hague |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) for Plaintiff(s):               Attorney(s) for Defendant(s):
Alexi Velez & Frederick Wermuth      George Levesque, Ashley Lukis & Patrick Hagen

PROCEEDINGS:       Preliminary Injunction Hearing Held

9:01    Court in session
        Court addresses parties
9:10    Court hears argument regarding Plaintiffs' [75] Emergency Motion for Preliminary Injunction
9:56    Court in recess

10:10   Court in session
        Argument continues regarding Plaintiffs' [75] Emergency Motion for Preliminary Injunction
11:10   Court in recess

11:30   Court in session
        Argument continues regarding Plaintiffs' [75] Emergency Motion for Preliminary Injunction
11:35   Court addresses parties
11:37   Ruling by Court:  Plaintiffs' [75] Emergency Motion for Preliminary Injunction is denied. Order to follow.
11:42   Court adjourned

Initials of Clerk: **VMM**