IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM A. LINK, et al.,

    *Plaintiffs*,

v.                              Case No.:  4:21cv271-MW/MAF

RICHARD CORCORAN, et al.,

    *Defendants*,
_____/

## ORDER GRANTING AGREED MOTION TO MODIFY SCHEDULE

This Court has considered, without hearing, the Plaintiffs' agreed motion to modify the scheduling order. ECF No. 98. The motion is **GRANTED** with respect to the agreed deadlines. Accordingly, Plaintiffs' deadline to disclose expert witnesses and reports is extended to May 16, 2022. Defendants' deadline to disclose expert witnesses and reports is extended to June 16, 2022. Plaintiffs' deadline to disclose rebuttal expert witnesses and reports is extended to July 1, 2022. The deadline for filing motions for summary judgment is extended to August 1, 2022. The deadline for pretrial disclosures, including witness and exhibit lists, is September 16, 2022. The deadline for motions in limine and *Daubert* motions is September 30, 2022.

Finally, the parties are unable to agree on a new trial date, and neither date that either party proposes is agreeable with this Court's calendar. Accordingly, the

trial is reset for **Monday, January 9, 2023**, to allow this Court sufficient time to review and resolve any dispositive motions or other pretrial matters while also attending to the many other cases on its docket and trials on its fall calendar, and to allow the parties sufficient time, considering the intervening holidays, to prepare for trial. A party with a conflict during that trial period must file a notice within 14 days of the date of this order.

    **SO ORDERED on April 14, 2022.**

                                           <u>s/ MARK E. WALKER</u>
                                           **Chief United States District Judge**