UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| WILLIAM A. LINK, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JACOB OLIVA, in his official capacity as the Florida Commissioner of Education, et al.,<br><br>    Defendants. | Case No. 4:21-cv-00271-MW-MAF |

## JOINT STATUS REPORT

Pursuant to this Court's Initial Scheduling Order dated September 8, 2021 (ECF No. 41), Plaintiffs United Faculty of Florida, March for Our Lives Action Fund, William A. Link, Barry C. Edwards, Jack Fiorito, Robin Goodman, David Price, Julie Adams, Blake Simpson, and DeAundr'e Newsome ("Plaintiffs"); Defendant, Jacob Oliva, in his official capacity as the Florida Commissioner of Education ("Corcoran" or "Oliva"); Defendants Timothy M. Cerio, Aubrey Edge, Patricia Frost, Edward Haddock, Craig Mateer, Nastassia Janvier, Ken Jones, Darlene Luccio Jordan, Alan Levine, Charles H. Lydecker, Steven M. Scott, William Self, Eric Silagy, and Kent Stermon in their official capacity as Members of the Florida Board of Governors; Brian Lamb in his official capacity as Chair of the Florida Board of Governors; ("BOG Defendants"); Tom Grady in his official

capacity as Chair of the Florida Board of Education; Ben Gibson in his official capacity as Vice-Chair of the Florida Board of Education; and Monesia Brown, Esther Byrd, Grazie Pozo Christie, Ryan Petty and Joe York in their official capacity as Members of the Florida Board of Education ("BOE Defendants") (hereinafter collectively referred to as the "Parties"), respectfully submit their Joint Status Report, and state:

1. Plaintiffs issued their First Requests for Production to Defendant Corcoran, BOG Defendants, and BOE Defendants on September 10, 2021. Defendants requested an extension of their response dates, and Plaintiffs agreed. Defendants served written responses on October 25, 2021. Defendants have produced documents in connection with their initial disclosures, bates numbers Link 00001 to Link 0159—many of which are the same documents referenced in the Defendants' interrogatory and requests for production responses. Defendants Board of Governors produced documents in response to Plaintiffs' First Requests for Production on November 24, 2021, bates labeled Defendants_000001 – 006861 and on February 25, 2022, bates labeled Defendants_006862 – 007635. Defendants Board of Governors supplemented their production of documents responsive to Plaintiffs' First Request for Production on March 29, 2022, bates labeled Defendants_007636 – 007730, on May 3, 2022, bates labeled Defendants_007730– 011678, and on May 9, 2022, Defendants_0011679 – 011682. After counsel for the

parties conferred regarding Defendants' response to request numbers 2 and 6, Plaintiffs filed a Motion to Compel Discovery from Defendants ("Motion") on March 31, 2022 related to these requests as well as to certain interrogatories, as referenced below. On April 20, 2022, the Court granted in part and denied in part the Motion and required Plaintiffs to narrow the scope of request numbers 2 and 6 (ECF No. 102). On April 27, 2022, the Parties conferred regarding the scope of request numbers 2 and 6, and on April 29, 2022, Plaintiffs sent Defendants revisions to request numbers 2 and 6.   On May 6, 2022, Defendants provided a response to Plaintiffs proposed revisions.

2. Plaintiffs issued their Second Requests for Production of Documents to Defendant Corcoran, BOG Defendants, and BOE Defendants on April 1, 2022. Defendants requested an extension of their response dates, and Plaintiffs agreed to extend the response date to May 9, 2022.

3. Plaintiffs issued their First Set of Interrogatories to Defendant Corcoran, BOG Defendants and BOE Defendants on September 10, 2021. Defendants requested an extension of their response dates, and Plaintiffs agreed. Defendants served responses on October 25, 2021. Plaintiffs' Motion sought to compel Defendants to supplement their responses to Interrogatory numbers 1, 2, 7, 8, and 9. On April 20, 2022, the Court granted the Motion as to Interrogatory

numbers 2, 7, and 8 and denied the Motion as to Interrogatory numbers 1 and 9 (ECF No. 102).

4. Plaintiffs issued their First Requests for Admission to Defendant Corcoran, BOG Defendants, and BOE Defendants on April 1, 2022. Defendants requested an extension of their response dates, and Plaintiffs agreed to extend the response date to May 9, 2022.

5. Defendants issued their First Sets of Interrogatories and First Requests for Production to Plaintiffs on November 8, 2021. Plaintiffs requested an extension of their response dates, and Defendants agreed, such that certain Plaintiffs' responses were due on January 7, 2022 and certain other Plaintiffs' responses were due on January 14, 2022. Those responses were served on Defendants on January 7, 2022 and January 14, 2022, respectively. Plaintiffs made productions of documents responsive to this request on January 11, 2022, January 24, 2022, February 4, 2022, February 17, 2022, March 1, 2022, March 25, 2022, March 28, 2022, March 29, 2022, March 31, 2022, April 8, 2022, and May 4, 2022 bates labeled PL 000001-000510, PL FIORITO 000001-000246, PL GOODMAN 000001-000289, PL EDWARDS 000001-712, PL GOODMAN 000290-000345, PL UFF 000001-001135, PL 002708-3310, PL MFOL 0000001-130, PL Simpson 0000001, PL Adams 0000001, PL Price 0000001-64, PL UFF 001136-1290, PL Adams 0000002-16, PL Link 0000001-225, PL UFF 001291-1556, and PL 002473-2707. Defendants

issued their Second Request for Production of Documents to Plaintiffs on December 20, 2021, giving Plaintiffs a response deadline of January 19, 2022. Plaintiffs responded to Defendants' Second Request for Production of Documents on January 14, 2022. Plaintiffs made productions on January 21, 2022, February 2, 2022, February 10, 2022, March 25, 2022, and April 8, 2022 bates labeled PL 000511-2472, FL HOU000001-235386, FL SEN000001-001258, FL SEN001259-003737, FSU000001-000237, FSU000238-2023, FAU0000001-0000803 responsive to Defendants Second Request for Production. On April 25, 2022, Defendants requested to meet and confer on Plaintiffs' objections and responses to the First Requests for Production. On April 27, 2022, the Parties conferred regarding Plaintiffs' objections, responses and claims of privilege. Plaintiffs produced their privilege log on May 4, 2022. On May 6, Defendants requested to meet and confer on Plaintiffs' privilege log.

6.  On April 28, 2022, Defendants requested to meet and confer on Plaintiffs' objections and responses to the First Sets of Interrogatories. On May 6, 2022, Plaintiffs provided a response to Defendants' request to meet and confer on Plaintiffs' objections and responses to the First Sets of Interrogatories.

7.  The Parties are actively coordinating to schedule depositions and anticipate completing all depositions before the close of discovery.

8. Plaintiffs have issued non-party subpoenas to the Governor of Florida, members of the Florida House of Representative, members of the Florida Senate, Education and Employee Committee, House Majority Office, Office of the House Speaker, Office of the Senate President, Office of the Senate Secretary, Senate Majority Office, the Senate Appropriations Committee, and Florida Atlantic University Board of Trustee Member Barbara Feingold. All of the foregoing non-party subpoenas were accepted by counsel on September 28, 2021, with the exception of the non-party subpoena to Governor DeSantis, which was accepted by Chief Deputy General Counsel on September 30, 2021, and the non-party subpoena to Trustee Feingold, which was accepted on her behalf by General Counsel for Florida Atlantic University on November 4, 2021.  Objections to the non-party subpoenas to the members, committees, and offices of the Florida House of Representatives were received on October 11, 2021.  Objections to the non-party subpoenas to the members, committees, and offices of the Florida Senate were received on October 12, 2021.  Objection to the non-party subpoena to Governor DeSantis was received on October 14, 2021.  Objection to the non-party subpoena to Barbara Feingold, in her individual capacity and as a Member of the Board of Trustees for Florida Atlantic University was received on November 11, 2021.  On February 21, 2022 Plaintiffs issued a non-party subpoena on Florida Atlantic University.  On March 22, 2022 Plaintiffs received Objections and Responses to

Plaintiffs' Non-Party Subpoena from Florida Atlantic University along with 21 documents that were not bates labeled. These documents have been produced to Defendants pursuant to their Second Request for Production. On April 20, 2022, Plaintiffs issued non-party subpoenas to Broward College, Chipola College, Florida A&M University, Florida Atlantic University, Florida International University, Florida Gulf Coast University, Florida Polytechnic University, Florida State University, Hillsborough Community College, New College of Florida, Palm Beach State College, Santa Fe College, Seminole State College, University of Central Florida, University of Florida, University of North Florida, University of South Florida, and University of West Florida. All responses are due on or soon after May 9, 2022. Documents were received from Chipola College on May 6, 2022.

9. On October 12, 2021, Plaintiffs issued public records requests to members of the Florida House of Representatives, members of the Florida Senate, Education and Employee Committee, House Majority Office, Office of the House Speaker, Office of the Senate President, Office of the Senate Secretary, Senate Majority Office, and the Senate Appropriations Committee. On October 18, 2021, Plaintiffs issued public records requests to Governor DeSantis and to the University of Florida. On November 16, 2021, Plaintiffs issued a public records request to Florida Atlantic University Board of Trustee Member Barbara Feingold. Plaintiffs have not received any documents from Member Feingold. On December 23, 2021,

Plaintiffs issued public records requests to Florida State University and the University of Florida. On January 14, 2022 Plaintiffs issued a public records request to Florida Atlantic University. On April 27, 2022, Plaintiffs issued a public records request to Florida State University. Plaintiffs have not received any documents from Florida Atlantic University responsive to the public records request. For the non-parties to whom Plaintiffs also served subpoenas, as referenced above, Plaintiffs anticipate that public records productions from the respective non-parties may cover the extent of documents responsive to the respective corresponding subpoenas, and do not intend to seek enforcement of the respective subpoenas unless and until a need arises after Plaintiffs' review of the respective public records productions. The University of Florida made a production on December 14, 2021, January 26, 2022, and April 28, 2022. Florida State University made productions on February 8, 2022 and March 22, 2022. The Florida House of Representatives made productions on November 3, 2021, November 19, 2021, December 6, 2021, December 8, 2021, December 10, 2021, December 14, 2021, and December 17, 2021. The Florida Senate made productions on October 29, 2021 (Ray Rodrigues), November 19, 2021 and November 22, 2021. Counsel for the Florida Senate confirmed documents responsive to Plaintiffs' public records requests are not being withheld. Counsel for the Florida House likewise confirmed that documents responsive to Plaintiffs' public records requests are not being withheld. Plaintiffs await similar confirmation from

each remaining recipient who received both a subpoena and corresponding public records request.

10. On October 19, 2021, Plaintiffs and Defendants served their respective initial disclosures. Defendants also produced documents in connection with their initial disclosures.

Respectfully submitted this 9th day of May, 2022.

<u>/s/ Frederick S. Wermuth</u>
Frederick S. Wermuth
Florida Bar No. 0184111
Thomas A. Zehnder
Florida Bar No. 0063274
Robyn M. Kramer
Florida Bar No. 0118300
King, Blackwell, Zehnder
 & Wermuth, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com
tzehnder@kbzwlaw.com
rkramer@kbzwlaw.com

Marc E. Elias
Elisabeth C. Frost*
Alexi M. Velez*
Jyoti Jasrasaria*
Spencer Klein*
Joseph Posimato*
Noah Baron*
Christopher D. Dodge
Elias Law Group LLP
10 G Street NE, Suite 600
Washington, DC 20002

<u>/s/ George T. Levesque</u>
George T. Levesque
Florida Bar No. 555541
James Timothy Moore, Jr.
Florida Bar No. 70023
Patrick M. Hagen
Florida Bar No. 1010241
Ashley H. Lukis
Florida Bar No. 106391
GrayRobinson, P.A.
301 S. Bronough Street
Suite 600
Tallahassee, FL 32301
Telephone: (850) 577-9090
Facsimile: (850) 577-3311
george.levesque@gray-robinson.com
tim.moore@gray-robinson.com
patrick.hagen@gray-robinson.com
ashley.lukis@gray-robinson.com

*Counsel for Defendants*

Telephone: (202) 968-4490
melias@elias.law
efrost@elias.law
avelez@elias.law
jjasrasaria@elias.law
sklein@elias.law
jposimato@elias.law
nbaron@elias.law
cdodge@elias.law

*Admitted Pro Hac Vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 9, 2022 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel in the Service List below.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111

## SERVICE LIST

George T. Levesque
James Timothy Moore, Jr.
Patrick M. Hagen
Ashley H. Lukis
GrayRobinson, P.A.
301 S. Bronough Street, Suite 600
Tallahassee, FL 32301
george.levesque@gray-robinson.com
tim.moore@gray-robinson.com

- 10 -

patrick.hagen@gray-robinson.com
ashley.lukis@gray-robinson.com

*Counsel for Defendants*