# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| WILLIAM A. LINK., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> MANNY DIAZ, JR., in his official capacity as Florida Commissioner of Education, et al., <br><br> *Defendants*. | Case No.  4:21-cv-00271-MW-MAF |

## PLAINTIFFS' NOTICE OF DEPOSITION OF DEFENDANT RICHARD CORCORAN

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 26, Plaintiffs United Faculty of Florida, March for Our Lives Action Fund, William A. Link, Barry C. Edwards, Jack Fiorito, Robin Goodman, David Price, Julie Adams, and Blake Simpson ("Plaintiffs") will take the deposition of **Richard Corcoran**, via remote audio-video conference (Zoom), **on July 13, 2022 at 9:00 a.m. (Eastern)** at the offices of **GrayRobinson, P.A., 301 South Bronough Street, Suite 600, Tallahassee, FL 32301.** The duly qualified court reporter and the deponent shall appear in-person. The deposition shall be videotaped and shall continue from day to day until completed. All other parties may appear by remote-audio-video conference (Zoom).

**To join the Video Conference (Zoom), a website link will be provided by Phipps Court Reporting prior to the scheduled deposition.**

This deposition is being taken for purposes of discovery, for use as evidence, for use at trial, and for such other uses and purposes as are permitted under the Federal Rules of Civil Procedure and other applicable laws. The deposition will be by oral examination before a person authorized by law to administer oaths and will be recorded by stenographic and videographic means. Any objection to the scope of the topics for this deposition identified in Schedule A must be heard prior to the taking of the deposition.

Dated: June 13, 2022.                                Respectfully submitted,

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No. 0184111
Thomas A. Zehnder
Florida Bar No. 0063274
Robyn M. Kramer
Florida Bar No. 0118300
King, Blackwell, Zehnder
 & Wermuth, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com
tzehnder@kbzwlaw.com
rkramer@kbzwlaw.com

Marc E. Elias
Elisabeth C. Frost*

        Alexi M. Velez*
        Jyoti Jasrasaria*
        Spencer W. Klein*
        Joseph N. Posimato*
        Noah B. Baron*
        Raisa Cramer*
        William K. Hancock*
        10 G Street NE, Suite 600
        Washington, DC 20002
        Telephone: (202) 968-4490
        Facsimile: (202) 968-4498
        melias@elias.law
        efrost@elias.law
        avelez@elias.law
        jjasrasaria@elias.law
        sklein@elias.law
        jposimato@elias.law
        nbaron@elias.law
        rcramer@elias.law
        whancock@elias.law

        *Counsel for Plaintiffs*

        * *Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 13, 2022 I served a copy of the foregoing via email to all counsel listed on the Service List below.

        /s/ *Frederick S. Wermuth*
        Frederick S. Wermuth
        Florida Bar No. 0184111

- 4 -

## **SERVICE LIST**

George T. Levesque
James Timothy Moore, Jr.
Patrick M. Hagen
Ashley H. Lukis
GrayRobinson, P.A.
301 S. Bronough Street, Suite 600
Tallahassee, FL 32301
george.levesque@gray-robinson.com
tim.moore@gray-robinson.com
patrick.hagen@gray-robinson.com
ashley.lukis@gray-robinson.com

*Counsel for Defendants*