# Exhibit B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

Case No. 4:21-cv-00271-MW-MAF

WILLIAM A. LINK; *et al.*,

    Plaintiffs,

v.

RICHARD CORCORAN, in his official
capacity as the Florida Commissioner
of Education; *et al.*,

    Defendants.
_____/

## DECLARATION OF RICHARD CORCORAN

1. My name is Richard Corcoran, I am over the age of eighteen, and I am competent to make this declaration based on personal knowledge.

2. I am currently a member of the Florida Board of Governors of the State University System. I was appointed to the Board of Governors by Governor DeSantis on May 27, 2022.

3. Prior to that time, I was the Commissioner of the Florida Department of Education from December 17, 2018 until April 30, 2022. In my capacity as Commissioner, I served as the chief educational officer of the state of Florida and was responsible for giving full assistance to the State Board of Education in the

administration and supervision of the Florida Department of Education.  In that role, I was also a member of the Florida Board of Governors.

4. I have reviewed the Amended Complaint and am familiar with the issues raised by Plaintiffs in this case.

5. I was originally made a party to this lawsuit by virtue of my position as a public officer as the Commissioner of the Florida Department of Education, until the time of my resignation as Commissioner on April 30, 2022.

6. I am presently a party to this lawsuit based upon my position as a public officer as a member of the Florida Board of Governors.

7. At the time HB 233 (2021) was passed, I was the Commissioner of Education and a member of the Florida Board of Governors.

8. I was not personally involved in the drafting or passage of HB 233.

9. I have not been personally involved with the administration of HB 233.

10. More specifically, I have not been personally involved in the creation or administration of the surveys required by HB 233.

11. I have also not been personally involved with the administration or application of the anti-shielding provisions or recording provisions of HB 233.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on July 1, 2022.

_____
Richard Corcoran