# Exhibit C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| WILLIAM A. LINK., et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>MANNY DIAZ, JR., in his official capacity as Florida Commissioner of Education, et al.,<br><br>    *Defendants*. | Case No. 4:21-cv-00271-MW-MAF |

## PLAINTIFFS' FOURTH AMENDED NOTICE OF DEPOSITION OF DEFENDANT THE FLORIDA BOARD OF GOVERNORS

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 26 and 30(b)(6), Plaintiffs United Faculty of Florida, March for Our Lives Action Fund, William A. Link, Barry C. Edwards, Jack Fiorito, Robin Goodman, David Price, Julie Adams, and Blake Simpson ("Plaintiffs") will take the deposition of a representative person designated by the Florida Board of Governors via remote audio-video conference (Zoom), **on July 15, 2022 at 9:00 a.m. (Eastern)** at the offices of **GrayRobinson, P.A., 301 South Bronough Street, Suite 600, Tallahassee, FL 32301.** The duly qualified court reporter and the deponent shall appear in-person. The deposition shall be videotaped and shall continue from day to day until completed. All other parties may appear by remote-audio-video conference (Zoom).

**To join the Video Conference (Zoom), a website link will be provided by Phipps Court Reporting prior to the scheduled deposition.**

This deposition is being taken for purposes of discovery, for use as evidence, for use at trial, and for such other uses and purposes as are permitted under the Federal Rules of Civil Procedure and other applicable laws. The deposition will be by oral examination before a person authorized by law to administer oaths and will be recorded by stenographic and videographic means. Any objection to the scope of the topics for this deposition identified in Schedule A must be heard prior to the taking of the deposition.

## Definitions and Instructions

As used in this Notice and Schedule, the following terms shall be defined as specified herein, and the following instructions shall apply. Any terms not defined shall be given their ordinary meaning.

1. "Amended Complaint" means Plaintiffs' Amended Complaint for Declaratory and Injunctive Relief, which was electronically filed in this matter on August 4, 2021 at ECF No. 35.

2. "Anti-Shielding Provisions" means the provisions under Fla. Sta. §§ 1001.03, 1001.706, and 1004.097 as discussed and defined in the governing Amended Complaint in this action, which provide that: The Board of Education and Board of Governors "may not shield students, faculty, or staff" by "limit[ing]

students', faculty members', or staff members' access to, or observation of, ideas and opinions that they may find uncomfortable, unwelcome, disagreeable, or offensive."

3. "Any" or "all" means "any and all."

4. "Board Defendants" means the Florida Board of Governors and the Florida Board of Education and each Boards' current and former officers, directors, partners, members, managers, employees, representatives, agents, consultants, or anyone acting on its behalf.

5. "Commissioner of Education" means the former, current, and/or future Florida Commissioner of Education, and their staff, employees, contractors, consultants, advisors, agents, and representatives.

6. "Communication" means any transfer of information of any type, whether written, oral, electronic, or otherwise, and includes transfers of information via email, report, letter, text message, voicemail message, written memorandum, note, summary, and other means. It includes communications entirely internal to the Board of Governors, as well as communications that include or are with entities and individuals outside of that entity.

7. "Document" is synonymous in meaning and scope to the term "document" as used under Federal Rule of Civil Procedure 34 and the phrase "writings and recordings" as defined in Federal Rules of Evidence 1001, and it

includes, but is not limited to, records, reports, lists, data, statistics, summaries, analyses, communications (as defined above), any computer discs, tapes, printouts, emails, databases, and any handwritten, typewritten, printed, electronically recorded, taped, graphic, machine-readable, or other material, of whatever nature and in whatever form, including all non-identical copies and drafts thereof, and all copies bearing any notation or mark not found on the original.

8.  "Governor" means the former, current, and/or future Governor of Florida, and their staff, employees, contractors, consultants, advisors, agents, and representatives.

9.  "HB 233" refers to House Bill 233 (2021) and Senate Bill 264 (2021), which amended Fla. Stat. §§ 1001.03, 1001.706, and 1004.097, signed into law by Governor DeSantis on June 23, 2021.

10.  "Including" means "including but not limited to."

11.  "Legislature" means the Florida Senate, the Florida House of Representatives, or both; any member of the Florida Senate or Florida House of Representatives, or combination of members of the Florida Senate and Florida House of Representatives, at any time relevant to these requests; any committee, office, or unit of the Florida Senate, of the Florida House of Representatives, or of both, at any time relevant to these requests; and any one or combination of staff, employees, contractors, advisors, agents, and representatives of one or more of the

following principals at any time relevant to these requests: (i) the Florida Senate or any member, committee, office or unit thereof, (ii) the Florida House of Representatives or any member, committee, office or unit thereof, or (iii) any joint committee, joint office, or joint unit of the Florida Senate and Florida House of Representatives.

12. "Person" means not only natural persons, but also firms, partnerships, associations, corporations, subsidiaries, divisions, departments, joint ventures, proprietorships, syndicates, trust groups, and organizations; federal, state, or local governments or government agencies, offices, bureaus, departments, or entities; other legal, business, or government entities; and all subsidiaries, affiliates, divisions, departments, branches, and other units thereof or any combination thereof.

13. "Public post-secondary school" has the same meaning given to the term by HB 233 and refers to Florida's public colleges and universities.

14. "Recording Provisions" refers to provisions under Fla. Sta. § 1004.097 which provide that: "[A] student may record video or audio of class lectures for their own personal educational use, in connection with a complaint to the public institution of higher education where the recording was made, or as evidence in, or in preparation for, a criminal or civil proceeding."

15. "Relating to," "regarding," or "concurring" and their cognates are to be understood in their broadest sense and shall be construed to include pertaining to,

commenting on, memorializing, reflecting, recording, setting forth, describing, evidencing, or constituting.

16. "Survey" refers to the survey required by the "Survey Provisions" (defined below).

17. "Survey Provisions" refers, collectively, to the provisions under Fla. Stat. §§ 1001.03 and 1001.706 as discussed and defined in the governing Amended Complaint in this action, which provide that: The Board of Education and the Board of Governors "shall require each [Florida College System institution and state university] to conduct an annual assessment of the intellectual freedom and viewpoint diversity at that institution."

18. "You" and "your" means the Florida Board of Governors, its predecessors, its Board Members, and its employees, staff, agents, and representatives.

## SCHEDULE A

## Deposition Topics

1. Your policies, documents, and communications related to HB 233 or its predecessors, including any information You have related to the drafting of the bill, the legislative process, the implementation of HB 233, or its anticipated or actual effects.

2. Your policies, documents, and communications related to the Anti-Shielding Provisions, including the implementation, anticipated effects, or actual effects of the provisions.

3. Your policies, documents, and communications related to the Survey Provisions and the Survey, including the implementation, anticipated effects, or actual effects of the Survey Provisions; the creation, drafting, and implementation of the Survey; the collection, use, and validity of data as a result of that Survey; anticipated use of the Survey or any data obtained as a result of it; access to the data obtained by the Survey by anyone (whether in Florida government, the public, or otherwise), and any restrictions on the use of or access to of the same, including any security measures that could, are, or may be implemented to protect any data obtained as a result of the Survey or the Survey Provisions.

4. Your policies, documents, and communications related to the Recording Provisions, including the implementation, anticipated effects, or actual effects of the provisions.

5. Your policies, documents, and communications related to policies regarding ideological makeup, viewpoint diversity, free speech, or free expression on campuses or by faculty, students, and staff in Florida's public post-secondary schools.

6. Your policies, documents, and communications related to the Civil Discourse Initiative.

7. Your policies, documents, and communications related to reports, feedback, complaints, or grievances between and among faculty, students, and staff in Florida's public post-secondary schools regarding the subject matter or content of faculty research, lectures, commentary, expert consulting work, course curricula, classroom commentary, or classroom discussion, including any disciplinary or grievance procedures that result from those reports.

8. Your policies, documents, and communications related to censoring, firing, terminating, promoting, hiring, or disciplining students, faculty, and staff in Florida's public post-secondary schools, including decisions to grant or deny tenure.

9. Your policies, documents, and communications concerning the Board's understanding, oversight, and implementation of objective, non-discriminatory

instruction in Florida's public schools, including the Board's identification of distortive or discriminatory lessons, subjects, or instructional materials.

10. Your policies, documents, and communications concerning the Board's use or understanding of the following terms: "indoctrination," "liberal ideology," "stale ideology," the "liberal agenda," the "progressive agenda," "socialism," the "woke mob," "cancel culture," the "radical left," "critical race theory," the "1619 Project," "social and emotional learning," "diversity, equity and inclusion," "racial colorblindness," "censorship," "intellectual freedom," or "academic freedom" from January 2019 to the present.

11. Any evidence or basis you have to support or disprove claims or concerns that students are being indoctrinated, encouraged, instilled with, or required to evidence, express, or adopt a particular political viewpoint in Florida's post-secondary schools.

12. Discovery produced by you in this litigation.

Dated: June 10, 2022.   Respectfully submitted,

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No. 0184111
Thomas A. Zehnder
Florida Bar No. 0063274
Robyn M. Kramer
Florida Bar No. 0118300
King, Blackwell, Zehnder
  & Wermuth, P.A.

- 9 -

P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com
tzehnder@kbzwlaw.com
rkramer@kbzwlaw.com

Marc E. Elias
Elisabeth C. Frost*
Alexi M. Velez*
Jyoti Jasrasaria*
Spencer W. Klein*
Joseph N. Posimato*
Noah B. Baron*
Raisa Cramer*
William K. Hancock*
10 G Street NE, Suite 600
Washington, DC 20002
Telephone: (202) 968-4490
Facsimile: (202) 968-4498
melias@elias.law
efrost@elias.law
avelez@elias.law
jjasrasaria@elias.law
sklein@elias.law
jposimato@elias.law
nbaron@elias.law
rcramer@elias.law
whancock@elias.law

*Counsel for Plaintiffs*

*\* Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2022 I served a copy of the foregoing via email to all counsel listed on the Service List below.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111

## SERVICE LIST

George T. Levesque
James Timothy Moore, Jr.
Patrick M. Hagen
Ashley H. Lukis
GrayRobinson, P.A.
301 S. Bronough Street, Suite 600
Tallahassee, FL 32301
george.levesque@gray-robinson.com
tim.moore@gray-robinson.com
patrick.hagen@gray-robinson.com
ashley.lukis@gray-robinson.com

*Counsel for Defendants*