UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| WILLIAM A. LINK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MANNY DIAZ, JR., in his official capacity as the Florida Commissioner of Education, et al., <br><br> Defendants. | Case No. 4:21-cv-00271-MW-MAF |

## JOINT STATUS REPORT

Pursuant to this Court's Initial Scheduling Order dated September 8, 2021 (ECF No. 41), Plaintiffs United Faculty of Florida, March for Our Lives Action Fund, William A. Link, Barry C. Edwards, Jack Fiorito, Robin Goodman, David Price, Julie Adams, and Blake Simpson ("Plaintiffs"); Defendants Manny Diaz, Jr., in his official capacity as the Florida Commissioner of Education ("Corcoran" or "Diaz"); Timothy M. Cerio, Richard Corcoran, Aubrey Edge, Patricia Frost, Edward Haddock, Craig Mateer, Ken Jones, Darlene Luccio Jordan, Alan Levine, Charles H. Lydecker, Steven M. Scott, William Self, and Kent Stermon in their official capacity as Members of the Florida Board of Governors; Brian Lamb in his official capacity as Chair of the Florida Board of Governors; and Eric Silagy in his official capacity as Vice Chair of the Florida Board of Governors ("BOG Defendants"); Tom

Grady in his official capacity as Chair of the Florida Board of Education; Ben Gibson in his official capacity as Vice-Chair of the Florida Board of Education; and Monesia Brown, Esther Byrd, Grazie Pozo Christie, Ryan Petty and Joe York in their official capacity as Members of the Florida Board of Education ("BOE Defendants"; and together with BOG Defendants, "Defendants") (hereinafter collectively referred to as the "Parties"), respectfully submit their Joint Status Report, and state:

**Initial Disclosures**

1. On October 19, 2021, Plaintiffs and Defendants served their respective initial disclosures. Defendants also produced documents in connection with their initial disclosures, bates labeled Link 00001–0159.

2. On June 24, 2022, Plaintiffs filed Amended Initial Disclosures, (ECF No. 121), and on July 8, 2022, Plaintiffs filed Second Amended Initial Disclosures (ECF No. 124).

**Plaintiffs' Discovery**

**Discovery to Defendants**

3. Plaintiffs issued their First Requests for Production to Defendant Corcoran, BOG Defendants, and BOE Defendants on September 10, 2021. Defendants served written responses on October 25, 2021. Plaintiffs issued their Second Requests for Production of Documents to Defendant Corcoran, BOG

Defendants, and BOE Defendants on April 1, 2022. Defendants served written responses on May 9, 2022.

    a.    Defendant Board of Governors produced documents in response to Plaintiffs' Requests for Production on: (1) November 24, 2021, bates labeled Defendants_000001 – 006861; (2) February 25, 2022, bates labeled Defendants_006862 – 007635; (3) March 29, 2022, bates labeled Defendants_007636 – 007730; (4) May 3, 2022, bates labeled Defendants_007730–011678; (5) May 9, 2022, bates labeled Defendants_0011679–012910; (6) May 17, 2022, bates labeled Defendants_012911–030291; and (7) July 7, 2022, bates labeled Defendants_086925– 098659.

b. Defendant Board of Education produced documents in response to Plaintiffs' Requests for Production on: (1) May 20, 2022, bates labeled Defendants_030292–030474; (2) June 1, 2022, bates labeled Defendants_040478–041304; (3) June 6, 2022, bates labeled Defendants_030475-77, correcting bates labeling; (4) June 27, 2022, bates labeled Defendants_041305–081040; (5) June 30, 2022, bates labeled Defendants_081041–085939; and (6) July 7, 2022, bates labeled Defendants_ 085940– 086924.

    c.    After counsel for the Parties conferred regarding Defendants' response to request numbers 2 and 6 of the First Requests for Production, Plaintiffs filed a Motion to Compel Discovery from Defendants ("Motion") on March 31, 2022 related to these requests as well as to certain interrogatories, as referenced below. On April 20, 2022, the Court granted in part and denied in part the Motion and required Plaintiffs to narrow the scope of request numbers 2 and 6 (ECF No. 102). On April 27, 2022, the Parties conferred regarding the scope of request numbers 2 and 6, and on April 29, 2022, Plaintiffs sent Defendants revisions to request numbers 2 and 6. On May 6, 2022, Defendants provided a response to Plaintiffs proposed revisions. Defendants productions to date have included records that are responsive to request numbers 2 and 6. The parties are conferring on the scope of Defendants' productions responsive to request number 2, including Plaintiffs' obligations to narrow that request as required by the Court's Order (ECF no. 102), and Defendants' obligation to produce the data and assessments related to the survey in response to that request or in response to a new request.

4.    On July 1, 2022, Plaintiffs requested a meet and confer on (1) the status of ongoing production of Defendant Board of Education and Defendant Corcoran's

production of documents in response to Plaintiffs' First Requests for Production, (2) supplementation of Defendants' privilege log describing redactions made to documents; and (3) Defendant Board of Governors' privilege log, which was produced on November 24, 2021. On July 1, 2022, Defendant Board of Governors produced a supplemental privilege log, which included information about communications containing privileged redactions. On July 6, 2022, Defendants advised that they will produce another supplemental privilege log upon completion of the supplemental productions in the coming week.

5. Plaintiffs issued their First Set of Interrogatories to Defendant Corcoran, BOG Defendants and BOE Defendants on September 10, 2021. Defendants served responses on October 25, 2021. Plaintiffs' Motion sought to compel Defendants to supplement their responses to Interrogatory numbers 1, 2, 7, 8, and 9. On April 20, 2022, the Court granted the Motion as to Interrogatory numbers 2, 7, and 8 and denied the Motion as to Interrogatory numbers 1 and 9 (ECF No. 102). On May 9, 2022, Defendants served amended answers to Interrogatory numbers 2, 7, and 8.

6. Plaintiffs issued their First Requests for Admission to Defendant Corcoran, BOG Defendants, and BOE Defendants on April 1, 2022. On May 9, 2022, Defendants served written responses.

**Third-Party Discovery**

7. Plaintiffs have issued non-party subpoenas to the Governor of Florida, members of the Florida House of Representative, members of the Florida Senate, Education and Employee Committee, House Majority Office, Office of the House Speaker, Office of the Senate President, Office of the Senate Secretary, Senate Majority Office, the Senate Appropriations Committee, and Florida Atlantic University Board of Trustee Member Barbara Feingold. All of the foregoing non-party subpoenas were accepted by counsel on September 28, 2021, with the exception of the non-party subpoena to Governor DeSantis, which was accepted by Chief Deputy General Counsel on September 30, 2021, and the non-party subpoena to Trustee Feingold, which was accepted on her behalf by General Counsel for Florida Atlantic University on November 4, 2021. Objections to the non-party subpoenas to the members, committees, and offices of the Florida House of Representatives were received on October 11, 2021. Objections to the non-party subpoenas to the members, committees, and offices of the Florida Senate were received on October 12, 2021. Objection to the non-party subpoena to Governor DeSantis was received on October 14, 2021. Objection to the non-party subpoena to Barbara Feingold, in her individual capacity and as a Member of the Board of Trustees for Florida Atlantic University was received on November 11, 2021.

8. On October 12, 2021, Plaintiffs issued public records requests to members of the Florida House of Representatives, members of the Florida Senate, Education and Employee Committee, House Majority Office, Office of the House Speaker, Office of the Senate President, Office of the Senate Secretary, Senate Majority Office, and the Senate Appropriations Committee. The Florida House of Representatives made productions on November 3, 2021, November 19, 2021, December 6, 2021, December 8, 2021, December 10, 2021, December 14, 2021, and December 17, 2021. The Florida Senate made productions on October 29, 2021 (Ray Rodrigues), November 19, 2021 and November 22, 2021. Counsel for the Florida Senate confirmed documents responsive to Plaintiffs' public records requests are not being withheld. Counsel for the Florida House likewise confirmed that documents responsive to Plaintiffs' public records requests are not being withheld. For these non-parties to whom Plaintiffs also served subpoenas, as referenced above, Plaintiffs anticipate that public records productions may cover the extent of documents responsive to the respective corresponding subpoenas, and do not intend to seek enforcement of the respective subpoenas unless and until a need arises after Plaintiffs' review of the respective public records productions.

9. On October 18, 2021, Plaintiffs issued public records requests to Governor DeSantis and to the University of Florida. The University of Florida made a production on December 14, 2021. Governor DeSantis made a partial, but

incomplete production on May 19, 2022 and Plaintiffs await the production of the Governor's remaining documents.

10. On November 16, 2021, Plaintiffs issued a public records request to Florida Atlantic University Board of Trustee Member Barbara Feingold. Plaintiffs have not received any documents from Member Feingold.

11. On December 23, 2021, Plaintiffs issued public records requests to Florida State University and the University of Florida. The University of Florida made productions on January 26, 2022 and April 28, 2022. Florida State University made productions on February 8, 2022 and March 22, 2022. These documents have been produced to Defendants pursuant to their Second Request for Production.

12. On January 14, 2022, Plaintiffs issued a public records request to Florida Atlantic University. Plaintiffs have not received any documents from Florida Atlantic University responsive to the public records request.

13. On February 21, 2022, Plaintiffs issued a non-party subpoena to Florida Atlantic University. On March 22, 2022 Plaintiffs received Objections and Responses to Plaintiffs' Non-Party Subpoena from Florida Atlantic University along with 21 documents that were not bates labeled. These documents have been produced to Defendants pursuant to their Second Request for Production.

14. On April 20, 2022, Plaintiffs issued non-party subpoenas to Broward College, Chipola College, Florida A&M University, Florida Atlantic University,

Florida International University, Florida Gulf Coast University, Florida Polytechnic University, Florida State University, Hillsborough Community College, New College of Florida, Palm Beach State College, Santa Fe College, Seminole State College, University of Central Florida, University of Florida, University of North Florida, University of South Florida, and University of West Florida. Plaintiffs received documents responsive to these non-party subpoenas from each non-party. Plaintiffs represent these documents have been produced to Defendants pursuant to their Second Request for Production.

15. On April 27, 2022, Plaintiffs issued a public records request to Florida State University. Florida State University made a production in response to Plaintiffs' April 20, 2022 subpoena that includes some, but not all of the documents requested by Plaintiffs' April 27, 2022 public records request. Plaintiffs await the production of Florida State University's remaining documents.

16. Defendants are not in a position to confirm when the various public entities produced documents to Plaintiffs in response to their various public records requests. Defendants have received the following productions from Plaintiffs in response to Defendants' Second Request for Production:

    a.    January 21, 2021: FL_HOU000001-FL_HOU235386

    b.    January 21, 2022: FL_SEN001259-3737

    c.    January 21, 02022: PL_000511-PL_002472

  d.  February 2, 2022: FL_SEN000001-FL_SEN001258

  e.  February 10, 2022: FSU_000001-000237

  f.  March 25, 2022: FSU_000238-002023

  g.  April 8, 2022: FAU_0000001-FAU_0000803

Plaintiffs state that the productions made on May 20, 2022 and May 27, 2022, bates labeled PL 003311-7562, and PL 007635-10092, include the remainder of the documents received by the public entities and the other third parties, with the exception of the University of Florida's productions made on January 26, 2022 and April 28, 2022, which were produced to Defendants on June 8, 2022 and are bates labeled PL_010093–PL_010219.

**Defendants' Discovery**

  17. Defendants issued their First Sets of Interrogatories and First Requests for Production to Plaintiffs on November 8, 2021.  Plaintiffs' responses were served on Defendants on January 7, 2022 and January 14, 2022, respectively.  Plaintiffs made productions of documents responsive to this request on January 11, 2022, January 24, 2022, February 4, 2022, February 17, 2022, March 1, 2022, March 25, 2022, March 28, 2022, March 29, 2022, March 31, 2022, April 8, 2022, May 4, 2022, May 20, 2022, May 25, 2022, and May 27, 2022 bates labeled PL 000001-000510, PL FIORITO 000001-000246, PL GOODMAN 000001-000289, PL EDWARDS 000001-712, PL GOODMAN 000290-000345, PL UFF 000001-001135, PL

002708-3310, PL MFOL 0000001-130, PL SIMPSON 0000001, PL ADAMS 0000001, PL PRICE 0000001-64, PL UFF 001136-1290, PL ADAMS 0000002-16, PL LINK 0000001-225, PL UFF 001291-1556, PL 002473-2707, PL 003311-007634, PL UFF 001557-1689, PL LINK 0000226-232, PL GOODMAN 000346-354, PL 007635-10092, PL ADAMS 0000017-23, PL EDWARDS 000713-715, PL GOODMAN 000355-366, PL MFOL 0000131-135, PL UFF 001690-1784, and PL UFF 001785–001879[1].

18.  Defendants issued their Second Request for Production of Documents to Plaintiffs on December 20, 2021, requesting copies of records obtained through public records requests and subpoenas. Plaintiffs responded to Defendants' Second Request for Production of Documents on January 14, 2022.  Plaintiffs made productions on January 21, 2022, February 2, 2022, February 10, 2022, March 25, 2022, April 8, 2022, and June 8, 2022 bates labeled PL 000511-2472, FL HOU000001-235386, FL SEN000001-001258, FL SEN001259-003737, FSU000001-000237, FSU000238-2023, FAU0000001-0000803, and PL_010093-PL_010219 responsive to Defendants Second Request for Production. On May 20, 2022 Plaintiffs produced bates labeled PL 003311-007562 in response to Defendants First Request for Production; Plaintiffs now represent that this set of 4,251 pages

---

[1] PL UFF 001785–001879 were responsive to Defendants' First Requests for Production and Third Requests for Production.

includes documents "responsive to [Plaintiffs' April 20, 2022] subpoena to the universities and colleges," but they do not identify which documents among the 4,251 pages were produced by the universities and colleges. Likewise, on May 27, 2022, Plaintiffs produced bates labeled PL 007635-10092 in response to Defendants First Request for Production; Plaintiff represent that this set of 2,457 pages includes documents from Governor DeSantis's office responsive to Plaintiffs' October 18, 2021 public records request, but they do not identify which documents among the 2,457 pages were produced by Governor DeSantis. Plaintiffs state that Defendants have requested and received a load file in conjunction with every production which identifies the custodian of each document within the production.

19.   On April 25, 2022, Defendants requested to meet and confer on Plaintiffs' objections and responses to the First Requests for Production. On April 27, 2022, the Parties conferred regarding Plaintiffs' objections, responses and claims of privilege. Plaintiffs produced their privilege log on May 4, 2022. On May 6, Defendants requested to meet and confer on Plaintiffs' privilege log. On May 27, 2022, Plaintiffs followed up to the meet and confer on Plaintiffs' privilege log by letter. Counsel for Plaintiffs and counsel for Defendants further conferred on Plaintiffs' privilege log throughout June 2022. On June 29, 2022, Plaintiffs produced a revised privilege log. On July 7, 2022, Defendants made an additional conferral attempt on Plaintiffs' revised privilege log, requesting the production of specific

records from the log.

20. On April 28, 2022, Defendants requested to meet and confer on Plaintiffs' objections and responses to the First Sets of Interrogatories. On May 6, 2022, Plaintiffs provided a response to Defendants' request to meet and confer on Plaintiffs' objections and responses to the First Sets of Interrogatories.

21. On May 11, 2022, Defendants issued their Third Requests for Production on Plaintiffs United Faculty of Florida and March for Our Lives Action Fund. Plaintiffs responded to Defendants' Third Request for Production on June 10, 2022. Plaintiffs made productions on June 10, 2022, bates labeled PL_UFF_001785–PL_UFF_001879, and on July 8, 2022, bates labeled PL_UFF_001880–001882 and PL_MFOL_ 0000136–0000349.[2]

22. On June 12, 2022, Defendants requested a meet and confer on Plaintiff United Faculty of Florida's and March for Our Lives Action Fund's production of documents related to the diversion of resources. On June 22, 2022, Plaintiffs provided a response to Defendants' request to meet and confer. Counsel for Plaintiffs and counsel for Defendants further conferred on June 22, 2022 and June 24, 2022.

23. On May 23, 2022, Defendants issued their Fourth Request for Production on Plaintiff United Faculty of Florida. Plaintiff United Faculty of Florida

---

[2] PL_UFF_001880–001882 and PL_MFOL_ 0000136–0000349 were responsive to Defendants' First Requests for Production and Third Requests for Production.

responded to Defendants' Fourth Request for Production on June 22, 2022.

**Depositions**

24. Defendants have deposed William A. Link, Robin Goodman, Julie Adams, David Price, Blake Simpson, Jack Fiorito, and Barry C. Edwards; and have noticed the deposition of the corporate representatives of March for Our Lives Action Fund (July 14) and United Faculty of Florida (July 28).

25. Plaintiffs have deposed Dr. Tim Chapin, Dean of the College of Social Sciences and Public Policy at Florida State University; Dr. Lonna Atkeson, Political Science & Director of the LeRoy Collins Institute at Florida State University; Dr. Jon Rogers, Assistant Vice Chancellor of Special Project for the State University System of Florida; and Dr. Deana Rohlinger, Research Director of the Institute of Politics at Florida State University. Plaintiffs have noticed the depositions of the Defendant Florida Board of Governors and Corcoran. Defendants dispute the scope of the topics noticed for the Florida Board of Governors' deposition and have moved for a protective order to limit them. (ECF No. 113). Defendants assert Corcoran cannot be deposed because of the apex doctrine and deliberative-process privilege and have moved for a protective prohibiting his deposition. (ECF No. 122). Plaintiffs have also subpoenaed for deposition J. Alex Kelly, Deputy Chief of Staff for the Office of Governor Ron DeSantis. On May 27, 2022, Counsel for Defendants, representing Mr. Kelly, requested Plaintiffs detail the areas of inquiry to assess

whether a motion for protective order or motion to quash the subpoena may be warranted. Plaintiffs discussed this matter with Defendants on May 27, 2022 and provided a further detailed response on June 8, 2022. On June 9, Defendants advised that Mr. Kelly would appear for deposition and that appropriate objections and instructions would be asserted as warranted. On July 7, the parties mutually agreed that Mr. Kelly's deposition would go forward on July 19th.

26. The Parties are actively coordinating to schedule the remaining depositions.

Respectfully submitted this 8th day of June, 2022.

| | |
|---|---|
| /s/ Frederick S. Wermuth | /s/ George T. Levesque |
| Frederick S. Wermuth | George T. Levesque |
| Florida Bar No. 0184111 | Florida Bar No. 555541 |
| Thomas A. Zehnder | James Timothy Moore, Jr. |
| Florida Bar No. 0063274 | Florida Bar No. 70023 |
| Robyn M. Kramer | Patrick M. Hagen |
| Florida Bar No. 0118300 | Florida Bar No. 1010241 |
| King, Blackwell, Zehnder | Ashley H. Lukis |
| & Wermuth, P.A. | Florida Bar No. 106391 |
| P.O. Box 1631 | GrayRobinson, P.A. |
| Orlando, FL 32802-1631 | 301 S. Bronough Street |
| Telephone: (407) 422-2472 | Suite 600 |
| Facsimile: (407) 648-0161 | Tallahassee, FL 32301 |
| fwermuth@kbzwlaw.com | Telephone: (850) 577-9090 |
| tzehnder@kbzwlaw.com | Facsimile: (850) 577-3311 |
| rkramer@kbzwlaw.com | george.levesque@gray-robinson.com |
| | tim.moore@gray-robinson.com |
| Marc E. Elias | patrick.hagen@gray-robinson.com |
| Elisabeth C. Frost* | ashley.lukis@gray-robinson.com |
| Alexi M. Velez* | |
| Jyoti Jasrasaria* | *Counsel for Defendants* |
| Spencer Klein* | |

Joseph Posimato*
Noah Baron*
Christopher D. Dodge*
Raisa Cramer*
Spencer McCandless*
William K. Hancock*
Elias Law Group LLP
10 G Street NE, Suite 600
Washington, DC 20002
Telephone: (202) 968-4490
melias@elias.law
efrost@elias.law
avelez@elias.law
jjasrasaria@elias.law
sklein@elias.law
jposimato@elias.law
nbaron@elias.law
cdodge@elias.law
rcramer@elias.law
smccandless@elias.law
whancock@elias.law

*Admitted Pro Hac Vice

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 8, 2022 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel in the Service List below.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111

## SERVICE LIST

George T. Levesque
James Timothy Moore, Jr.
Patrick M. Hagen
Ashley H. Lukis
GrayRobinson, P.A.
301 S. Bronough Street, Suite 600
Tallahassee, FL 32301
george.levesque@gray-robinson.com
tim.moore@gray-robinson.com
patrick.hagen@gray-robinson.com
ashley.lukis@gray-robinson.com

*Counsel for Defendants*