# EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| WILLIAM A. LINK, et al., | |
| Plaintiffs, | Case No. 4:21-cv-00271-MW-MAF |
| v. | |
| MANNY DIAZ, JR., in his official capacity as the Florida Commissioner of Education, et al., | |
| Defendants. | |

**DECLARATION OF FREDERICK S. WERMUTH IN SUPPORT OF PLAINTIFFS' RESPONSE TO MOTION FOR PROTECTIVE ORDER AS TO THE DEPOSITION OF RICHARD CORCORAN**

I, Frederick S. Wermuth, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am over the age of 18 and competent to make this declaration. I am an attorney with the law firm King, Blackwell, Zehnder & Wermuth, P.A. and am admitted to practice in Florida, the District of Columbia, and before several federal courts. I am admitted in the Northern District of Florida and am an attorney for Plaintiffs in the above-captioned matter. I submit this declaration of my own personal knowledge, and to provide the Court true and correct copies of certain documents submitted in connection with Plaintiffs' Response in Opposition to Defendants' Motion for Protective Order as to the Deposition of Richard Corcoran.

2.     Plaintiffs first served Defendants with requests to produce documents and interrogatories on September 10, 2021. Over nine months later, Defendants still represent that additional productions are forthcoming. Plaintiffs have asked Defendants about the approximate size of these forthcoming productions and have not yet received an answer.

3.     In the last three weeks, Defendants have produced more pages of documents than in the rest of the discovery period combined. Many of the recently produced documents are dated over a year ago and consist of communications that have been in Defendants' possession throughout the discovery period.

4.     Defendants have characterized document productions as being from either the Board of Governors or the Board of Education. Counsel for Defendants have represented that their effort to collect and produce documents from Richard Corcoran has been included as part of discovery from the Board of Education.

5.     Plaintiffs received the first production identified as being from the Board of Education on May 20, 2022, consisting of 32 documents spanning 182 pages.

6.     Plaintiffs received a second Board of Education production on June 1, 2022, consisting of 256 documents spanning 827 pages.

7.     Plaintiffs received a third Board of Education production on June 27, 2022, consisting of 3,015 documents spanning 39,736 pages.

8.     Plaintiffs received a fourth Board of Education production on June 30, 2022, consisting of 1,172 documents spanning 4,889 pages.

9.     Since July 1, 2022, Defendants have made three additional productions consisting of 23,922 pages of documents.

10.    On May 20, 2022, Plaintiffs made multiple productions to Defendants consisting of Bates Nos. PL_003311 through PL_007634.

11.    **Exhibit A** is a true and correct copy of a document produced by Defendants with Bates No. Defendants_056567.

12.    **Exhibit B** is a true and correct copy of the October 25, 2021 Answers to Plaintiffs' First Set of Interrogatories by Richard Corcoran.

13.    **Exhibit C** is a true and correct copy of a May 20, 2022 email from Defendants' counsel conveying the first production of the Board of Education.

14.    **Exhibit D** is a true and correct copy of Defendants' Supplemental Privilege Log, which was served to Plaintiffs on July 1, 2022.

15.    **Exhibit E** is a true and correct copy of a document produced by Plaintiffs with Bates No. PL_003760.

16.    **Exhibit F** is a true and correct copy of search terms and custodians that Defendants' counsel provided on May 6, 2022 and represented would be run in response to Plaintiffs First Set of Requests for Production directed to Richard Corcoran and the Board of Education.

17.     **Exhibit G** is a true and correct copy of correspondence between Defendants' counsel and Plaintiffs' counsel from June 1 through June 29, 2022.

18.     **Exhibit H** is a true and correct copy of a document produced by Defendants with Bates No. Defendants_041739.

19.     **Exhibit I** is a true and correct copy of a document produced by Defendants with Bates No. Defendants_75475.

20.     **Exhibit J** is a true and correct copy of a document produced by Defendants with Bates No. Defendants_076276.

21.     **Exhibit K** is a true and correct copy of a document produced by Defendants with Bates No. Defendants_079788.

22.     **Exhibit L** is a true and correct copy of a document produced by Defendants with Bates No. Defendants_055918.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 12, 2022                           */s/ Frederick S. Wermuth*
                                               Frederick S. Wermuth
                                               Florida Bar No. 0184111
                                               King, Blackwell, Zehnder
                                                & Wermuth, P.A.
                                               P.O. Box 1631
                                               Orlando, FL 32802-1631
                                               Telephone: (407) 422-2472
                                               Facsimile: (407) 648-0161
                                               fwermuth@kbzwlaw.com

                                               *Counsel for Plaintiffs*

- 4 -

Exhibit A

| | |
|---|---|
| **Date:** | Mon, 14 Jun 2021 6:46:10 PM -0400 |
| **Sent:** | Mon, 14 Jun 2021 6:46:08 PM -0400 |
| **Subject:** | FW: HB 5, HB 233, SB 146, SB 1108 Updates |
| **From:** | Calatayud, Alexis |
| **To:** | #Comms5 <Comms5@fldoe.org>; |
| **CC:** | Swonson, Bethany <Bethany.Swonson@fldoe.org >; |
| **Attachments:** | FDOE Draft Press Release - Civic Education FINAL.docx |

FYI ☺ and thanks for your help Fred!

**From:** Calatayud, Alexis
**Sent:** Monday, June 14, 2021 6:32 PM
**To:** 'Kelly, Alex' <Alex.Kelly@eog.myflorida.com >; 'Klebacha, Theresa' <Theresa.Klebacha@LASPBS.STATE.FL.US >; 'Mahon, Jason' <Jason.Mahon@eog.myflorida.com >
**Cc:** Swonson, Bethany <Bethany.Swonson@fldoe.org >; Fowler, Jessica <Jessica.Fowler@fldoe.org >
**Subject:** RE: HB 5, HB 233, SB 146, SB 1108 Updates

Hello All:

FYI: Minor stylistic edits to Commissioner approved quotes in attached Draft Press Release for HB 5, HB 233, SB 146, SB 1108 **(within track changes.)**

**Differences highlighted:**

**Updated Quote:**
"Ninety-nine percent of students participating in civics and debate attend college and are much more likely to be offered college scholarships. The legislation signed today is a huge step forward for our students, our state and our nation and I thank our Governor and our legislators for their commitment to increasing students' civics knowledge."

**Former Quote:**
"leading to almost 99 percent of them attending college and increases the chance of being offered college scholarships. The legislation signed today is a huge step forward for our students, our state and our nation and I thank our legislators for their commitment to increasing students' civics knowledge."

Thank you,

Alexis

**From:** Calatayud, Alexis
**Sent:** Monday, June 14, 2021 9:21 AM
**To:** Kelly, Alex <Alex.Kelly@eog.myflorida.com >; Klebacha, Theresa <Theresa.Klebacha@LASPBS.STATE.FL.US >; Mahon, Jason <Jason.Mahon@eog.myflorida.com >
**Cc:** Swonson, Bethany <Bethany.Swonson@fldoe.org >; Fowler, Jessica <Jessica.Fowler@fldoe.org >
**Subject:** RE: HB 5, HB 233, SB 146, SB 1108 Updates

Hello All:

Please find HB 5, HB 233, SB 146, SB 1108 draft press release attached.

Thank you,

Alexis

**From:** Kelly, Alex <Alex.Kelly@eog.myflorida.com >

Defendants_056567

**Sent:** Monday, June 14, 2021 8:23 AM
**To:** Calatayud, Alexis <Alexis.Calatayud@fldoe.org >; Klebacha, Theresa <Theresa.Klebacha@LASPBS.STATE.FL.US >; Mahon, Jason <Jason.Mahon@eog.myflorida.com >
**Cc:** Swonson, Bethany <Bethany.Swonson@fldoe.org >; Fowler, Jessica <Jessica.Fowler@fldoe.org >
**Subject:** RE: HB 5, HB 233, SB 146, SB 1108 Updates

Alexis, did DOE send a draft press release?

J. Alex Kelly
Deputy Chief of Staff
Executive Office of the Governor
(850) 443-8626
alex.kelly@eog.myflorida.com

---

**From:** Calatayud, Alexis <Alexis.Calatayud@fldoe.org >
**Sent:** Friday, June 11, 2021 5:49 PM
**To:** Kelly, Alex <Alex.Kelly@eog.myflorida.com >; Klebacha, Theresa <Theresa.Klebacha@LASPBS.STATE.FL.US >; Mahon, Jason <Jason.Mahon@eog.myflorida.com >
**Cc:** Swonson, Bethany <Bethany.Swonson@fldoe.org >; Fowler, Jessica <Jessica.Fowler@fldoe.org >
**Subject:** HB 5, HB 233, SB 146, SB 1108 Updates

**Hello Team:**

Please find attached HB 5, HB 233, SB 146, SB 1108 Talking Points. Press Release will be forthcoming.

Thank you,

**Alexis Calatayud**
**Legislative Affairs Director**
**Florida Department of Education**
325 West Gaines Street, Room 1522
Tallahassee, FL 32399-0400
C: 305-877-9828
O: 850-245-1839
alexis.calatayud@fldoe.org

Please note that under Florida law correspondence sent to the Governor's Office, which is not confidential or exempt pursuant to chapter 119 of the Florida Statutes, is a public record made available upon request.

Exhibit B

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

WILLIAM A. LINK, et al.,

    *Plaintiffs,*

v.                                                   Case No.: 4:21cv271-MW/MAF

RICHARD CORCORAN, et al.,

    *Defendants.*

_____/

**FLORIDA COMMISSIONER OF EDUCATION RICHARD CORCORAN'S
ANSWERS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES**

Pursuant to Federal Rule of Civil Procedure 33, Defendant, Florida Commissioner of Education Richard Corcoran (the "Commissioner"), answers Plaintiffs' First Set of Interrogatories to Defendant Florida Commissioner of Education Richard Corcoran, dated September 10, 2021.

**GENERAL STATEMENTS AND OBJECTIONS**

1.    The Commissioner's answers to Plaintiffs' First Set of Interrogatories are limited to the Commissioner's role as a member of the Florida Board of Governors ("Board of Governors") and as an advisor and administrator for the Florida Board of Education ("State Board"). Allegations in the Amended Complaint are confined to HB 233 and the state university and state college systems, and the

Commissioner's responses are confined to his role and responsibilities in Florida's post-secondary education system.

2.     The Commissioner's answers are made without waiving or intending to waive and expressly preserve (i) all objections he may have as to the competence, relevance, materiality, and admissibility as evidence for any purpose of the information to be produced, or the subject matters thereof; (ii) the right to object on any ground to the use of the information in any aspect of this or any other action; and (iii) the protections of the work-product doctrine, the attorney-client privilege, and the joint-defense or common-interest privilege.

3.     The Commissioner's review of information and documents is continuing, as is fact discovery.  The Commissioner reserves the right to revise, correct, supplement, clarify, and amend his responses as additional information is identified.  The Commissioner's objections and responses as set forth herein are based upon information and documents now known to him and his attorneys, and are made without prejudice to the Commissioner's right to assert additional objections, or to supplement his response should the Commissioner discover additional grounds for objections or additional responsive information or documents.

4.     The Commissioner objects to Plaintiffs' definition of "Anti-Shielding Provisions" as "discussed and defined in the governing Amended Complaint" to the

extent that Plaintiffs' definition differs from sections 1001.03(19)(a)(2), (c), 1001.706(13)(a)(2), (c), and 1004.097(2)(f), (3)(f), Florida Statutes. The Commissioner responds to these interrogatories utilizing the term as it is used in Florida Statutes.

5.      The Commissioner objects to Plaintiffs' definition of "HB 233" seeking irrelevant information to the extent it seeks discovery responses about "any *prior* versions of [House Bill 233 (2021) and Senate Bill 264 (2021)], and any *related* bills, including but not limited to HB 613 (2020) and HB 839 (2019)." (Emphasis added.) Plaintiffs have brought a facial challenge to HB 233, not the pre-existing statutes, or other proposed or enacted legislation. Legislation that the Florida Legislature may have previously considered, regardless of whether it was enacted or not, is neither the subject of the Amended Complaint nor relevant to any claim or defense.

6.      The Commissioner objects to Plaintiffs' definition of "Recording Provisions" as "discussed and defined in the governing Amended Complaint" to the extent that Plaintiffs' definition differs from section 1004.097(3)(a), (g), (4)(b), Florida Statutes. The Commissioner responds to these interrogatories utilizing the term as it is used in Florida Statutes.

7.      The Commissioner objects to Plaintiffs' definition of "Survey" or "Survey Provisions" as "discussed and defined in the governing Amended

Complaint" to the extent that Plaintiffs' definition differs from sections 1001.03(19)(b) and 1001.706(13)(b), Florida Statutes.  The Commissioner responds to these interrogatories utilizing the term as it is used in Florida Statutes.

<strong>INTERROGATORIES</strong>

**INTERROGATORY NO. 1:** Identify and describe in detail what you believe the Survey Provisions require of you, the Florida Board of Education and Board of Governors, Florida's public-post secondary schools, and the students and faculty at those institutions.

**ANSWER:** As a member of the Board of Governors and as an advisor and administrator for the State Board, the Commissioner adopts the objections and responses of the Board of Governors and the State Board.  The Survey Provisions do not require the Commissioner to take any action.

**INTERROGATORY NO. 2:** State and describe your involvement in, and all plans you have related to the creation, drafting, implementation, enforcement, or use of the Survey. Your response should include a detailed description of any involvement you had in the development or passage of legislation involving the Survey; your understanding of the intended or potential use of the Survey, including specifically by you, the Commissioner and Board of Education, the Governor, the Legislature, or Florida's post-secondary schools; any plans for enforcement of HB 233's Survey Provisions, including specifically in the event that schools, students,

4

or faculty decline, resist, or refuse to take part in the Survey; and any timeline (even rough or preliminary) for developing any of the foregoing. Your answer should include the identities of those individuals and/or entities that have been or you anticipate will be involved at each stage of the Survey's creation, drafting, implementation, or use, and the scope or anticipated scope of their involvement and responsibilities.

**ANSWER:** As a member of the Board of Governors and as an advisor and administrator for the State Board, the Commissioner adopts the objections and responses of the Board of Governors and the State Board. The Commissioner, himself, is not involved in, and has no plans related to the creation, drafting, implementation, enforcement, or use of the Survey. The Department of Education did provide a bill analysis that identified potential implications under the Protection of Pupil Rights Amendment ("PPRA") and section 1002.222, Florida Statutes, which concerns limitations on collection of information and disclosure of confidential and exempt student records.

**INTERROGATORY NO. 3:** Identify and describe what you believe the Anti-Shielding Provisions prohibit or require.

**ANSWER:** As a member of the Board of Governors and as an advisor and administrator for the State Board, the Commissioner adopts the objections and responses of the Board of Governors and the State Board.

**INTERROGATORY NO. 4:** State and describe your involvement in, and any plans you have related to, the creation, drafting, implementation, or enforcement of the Anti-Shielding Provisions. Your response should include a detailed description of any timeline (even rough or preliminary) for creating, drafting, implementing, or enforcing the Anti-Shielding Provisions or any guidance, training, or instructions related to those provisions. Your answer should include the identities of those individuals and/or entities that have been, are, or will be involved in the creation, drafting, implementation, or enforcement of the Anti-Shielding Provisions, and the scope or anticipated scope of their involvement and responsibilities.

**ANSWER:** As a member of the Board of Governors and as an advisor and administrator for the State Board, the Commissioner adopts the objections and responses of the Board of Governors and the State Board. The Commissioner is not involved in, and has no plans related to the creation, drafting, implementation, or enforcement of the Anti-Shielding Provisions. The Department of Education did provide a bill analysis that identified potential implications under the PPRA and section 1002.222, Florida Statutes, which concerns limitations on collection of information and disclosure of confidential and exempt student records.

**INTERROGATORY NO. 5:** Identify and describe what you think the Recording Provisions permit and require, including specifically as it relates to

Florida's public-post secondary schools, and the students and faculty at those institutions.

**ANSWER:** As a member of the Board of Governors and as an advisor and administrator for the State Board, the Commissioner adopts the objections and responses of the Board of Governors and the State Board.

**INTERROGATORY NO. 6:** State and describe your involvement in, and any plans you have related to, the creation, drafting, implementation, or enforcement of the Recording Provisions. Your response should include a detailed description of any timeline (even rough or preliminary) for creating, drafting, implementing, or enforcing the Recording Provisions or any guidance, training, or instructions related to those provisions. Your answer should include the identities of those individuals and/or entities that have been or will be involved in the creation, drafting, implementation, or enforcement of the Recording Provisions, and the scope or anticipated scope of their involvement and responsibilities.

**ANSWER:** As a member of the Board of Governors and as an advisor and administrator for the State Board, the Commissioner adopts the objections and responses of the Board of Governors and the State Board. The Commissioner is not involved in, and has no plans related to the creation, drafting, implementation, or enforcement of the Recording Provisions. The Department of Education did provide a bill analysis that identified potential implications under the PPRA and section

7

1002.222, Florida Statutes, which concerns limitations on collection of information and disclosure of confidential and exempt student records.

**INTERROGATORY NO. 7:** State whether there are any restrictions of which you are aware for the use of the information collected from the Survey, including any restrictions as to how information collected from the Survey could be used to influence decisions made by you or others in any way. In your answer specifically state whether you are aware of any restrictions as to how the information collected from the Survey could be used or could impact funding, hiring, disciplinary, or curriculum decisions made by you or Florida's public post-secondary schools, as well as any restrictions as to whom or how it could be shared. If you identify any restrictions on the use of the information collected using the Survey, such as restrictions in HB 233 or any other source of law, please identify their source and describe them in detail, including the persons or entities upon whom they impose such restrictions and the extent to which those restrictions protect faculty and students.

**ANSWER:** As a member of the Board of Governors and as an advisor and administrator for the State Board, the Commissioner adopts the objections and responses of the Board of Governors and the State Board.

**INTERROGATORY NO. 8:** State and describe your intentions for handling information collected through the Survey, including but not limited to, the collecting, storing, sharing, security, deleting, and evaluation of the same.

**ANSWER:** The Commissioner is not required to compile or publish information collected through the Survey, and has no such intentions.

**INTERROGATORY NO. 9:** Identify and describe all state interests served by the Survey and Survey Provisions and how the Survey and Survey Provisions serve each interest.

**ANSWER:** As a member of the Board of Governors and as an advisor and administrator for the State Board, the Commissioner adopts the objections and responses of the Board of Governors and the State Board.

**INTERROGATORY NO. 10:** Identify and describe all state interests served by the Anti-Shielding Provisions and how the Anti-Shielding Provisions serve each interest.

**ANSWER:** As a member of the Board of Governors and as an advisor and administrator for the State Board, the Commissioner adopts the objections and responses of the Board of Governors and the State Board.

**INTERROGATORY NO. 11:** Identify and describe all state interests served by the Recording Provisions and how the Recording Provisions serve each interest.

**ANSWER:** As a member of the Board of Governors and as an advisor and administrator for the State Board, the Commissioner adopts the objections and responses of the Board of Governors and the State Board.

**INTERROGATORY NO. 12:** State and describe all instances of which you are aware since January 2019 in which Florida's post-secondary schools or their respective faculty "shielded" "students', faculty members' or staff members' access to, or observation of, ideas and opinions that they may find uncomfortable, unwelcome, disagreeable, or offensive." Fla. Stat. §§ 1001.03(19)(a)(2), 1001.706(13)(a)(2).

**ANSWER:** No instances of "shielding" in Florida's post-secondary universities and colleges have been reported to the Commissioner. Discovery is ongoing.

**INTERROGATORY NO. 13:** State and describe your plans to collect and review complaints from students and faculty regarding issues concerning academic freedom, ideology, or indoctrination, including the purposes to which you intend to use those complaints.

**ANSWER:** The Commissioner has no plans to collect and review complaints from students and faculty regarding issues concerning academic freedom, ideology, or indoctrination. As a member of the Board of Governors and as an advisor and

administrator for the State Board, the Commissioner adopts the objections and responses of the Board of Governors and the State Board.

**INTERROGATORY NO. 14:** State and describe how faculty members should or can evaluate whether particular speech or viewpoints may be deemed uncomfortable, unwelcome, disagreeable, or offensive and, if such speech or viewpoints meet those criteria, how faculty members should avoid "shielding" students from same.

**ANSWER:** As a member of the Board of Governors and as an advisor and administrator for the State Board, the Commissioner adopts the objections and responses of the Board of Governors and the State Board.

**INTERROGATORY NO. 15:** State and describe all instances in which you have disciplined or terminated a teacher, professor, or other faculty member because of that teacher's, professor's, or faculty member's partisan affiliation or political ideology, "indoctrination" of students, "shielding" of unwelcome, disagreeable, or offensive speech, or teaching of particular ideological viewpoints, including critical race theory. In your answer, please describe the circumstances surrounding all disciplinary actions or terminations taken on these grounds, and in particular the circumstances surrounding the termination to which you referred in your 2021 speech at Hillsdale College titled "Education is Freedom" in which you stated, "I've censored or fired or terminated numerous teachers" for "indoctrinate[ing] students."

**ANSWER:** Pursuant to Rule 33(b)(3), the Commissioner objects to the portion of Interrogatory No. 15 which requests information concerning the K-12 public education system as seeking information that is wholly irrelevant to the claims or defenses presented. The Amended Complaint asserts constitutional claims facially challenging HB 233—a bill that addresses academic freedom and viewpoint diversity in post-secondary institutions. Plaintiffs have not made such claims related to the K-12 system, and HB 233 does not address academic freedom in the K-12 context. To the extent the request seeks information concerning the discipline or termination of a teacher, professor, or other faculty member at a post-secondary institution, neither the Commissioner nor the Department of Education have the authority to discipline or terminate a teacher, professor, or other faculty member at a post-secondary institution, and have not done so. To the extent the request addresses the Commissioner's role as an advisor and administrator for the State Board, the authority to discipline or terminate a teacher, professor, or other faculty member is vested in each individual college system institution and its board of trustees, *see* section 1001.64(18), Florida Statutes, and the State Board is not involved in such decisions. To the extent the request addresses the Commissioner's role as a member of the Board of Governors, under Regulation 1.001(5), the Board of Governors delegated "disciplinary actions . . . and separation and termination

from employment" over a professor or faculty member to the respective University

Board of Trustees, and are not involved in such decisions.

<h2 style="text-align:center">VERIFICATION</h2>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 25, 2021.

Kathryn Hebda
*Florida College System Chancellor*

13

/s/ George T. Levesque

George T. Levesque (FBN 555541)
J. Timothy Moore, Jr. (FBN 70023)
Patrick M. Hagen (FBN 1010241)
GRAYROBINSON, P.A.
Post Office Box 11189
Tallahassee, Florida 32302
Telephone: 850-577-9090
Facsimile: 850-577-3311
george.levesque@gray-robinson.com
tim.moore@gray-robinson.com
patrick.hagen@gray-robinson.com
*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on October 25, 2021, this document was served electronically upon: Rederick S. Wermuth fwermuth@kbzwlaw.com, Thomas A. Zehnder, tzehnder@kbzwlaw.com, and Robyn M. Kramer rkramer@kbzwlaw.com, King, Blackwell, Zehnder, & Wermuth, P.A., P.O. Box 1631, Orlando, FL 32802-1631; and Marc E. Elias melias@elias.law, Elisabeth C. Frost efrost@elias.law, Alexi M. Velez avelez@elias.law, Christina Ford cford@elias.law, Jyoti Jasrasaria jjasrasaria@elias.law, Spencer Klein sklein@elias.law, and Joseph Posimato jposimato@elias.law, Elias Law Group LLP, 10 G Street NE, Suite 600, Washington, DC 20002.

*s/George T. Levesque*
George T. Levesque (FBN 555541)
GRAYROBINSON, P.A.

Exhibit C

**Robyn Kramer**

| | |
|---|---|
| **From:** | Tim Moore, Jr. <tim.moore@gray-robinson.com> |
| **Sent:** | Friday, May 20, 2022 3:45 PM |
| **To:** | George Levesque; Robyn Kramer |
| **Cc:** | Angie Price; Noah Baron; Melissa Hill; Elisabeth Frost; Alexi Velez; Ashley Hoffman Lukis; Maelene Tyson, FRP; Fritz Wermuth |
| **Subject:** | RE: Link v. Oliva - Document Production |
| **Attachments:** | 2022 05 20 - BOE -First RFP_ Defendants_ 030292-030474.zip |

Good afternoon Robyn,

Please find attached the first installment of documents from the Board of Education in response to Plaintiffs' First set of RFPs.

**Tim Moore, Jr.**
Shareholder

**T** 850.577.9090
**F** 850.577.3311



GrayRobinson, P.A. ▪ 301 South Bronough Street, Suite 600, Tallahassee, Florida 32301

**From:** George Levesque <George.Levesque@gray-robinson.com>
**Sent:** Thursday, May 19, 2022 7:21 PM
**To:** Robyn Kramer <rkramer@kbzwlaw.com>
**Cc:** Angie Price <APrice@kbzwlaw.com>; Noah Baron <nbaron@elias.law>; Melissa Hill <mhill@kbzwlaw.com>; Elisabeth Frost <efrost@elias.law>; Alexi Velez <avelez@elias.law>; Tim Moore, Jr. <tim.moore@gray-robinson.com>; Ashley Hoffman Lukis <ashley.lukis@gray-robinson.com>; Maelene Tyson, FRP <Maelene.Tyson@gray-robinson.com>; Fritz Wermuth <FWermuth@kbzwlaw.com>
**Subject:** RE: Link v. Oliva - Document Production

Robyn,
Chancellor Hebda will be SBOE's 30(b)(6) witness.  Additionally, we should be producing the first tranche of SBOE documents tomorrow.

We'll reserve the Board of Governor's 30(b)(6) witnesses for June 9 and release the other dates.

Thank you.

George

**From:** Robyn Kramer <rkramer@kbzwlaw.com>
**Sent:** Thursday, May 19, 2022 4:52 PM
**To:** George Levesque <George.Levesque@gray-robinson.com>
**Cc:** Angie Price <APrice@kbzwlaw.com>; Noah Baron <nbaron@elias.law>; Melissa Hill <mhill@kbzwlaw.com>; Elisabeth Frost <efrost@elias.law>; Alexi Velez <avelez@elias.law>; Tim Moore, Jr. <tim.moore@gray-robinson.com>; Ashley

Hoffman Lukis <ashley.lukis@gray-robinson.com>; Maelene Tyson, FRP <Maelene.Tyson@gray-robinson.com>; Fritz Wermuth <FWermuth@kbzwlaw.com>
**Subject:** RE: Link v. Oliva - Document Production

**This message originated outside of GrayRobinson.**

George,

In addition to my question below about the witnesses, would you please also let us know when we should expect the document production from the Board of Education? You mentioned it was coming this week. We will confirm a date for the BOE 30(b)(6) deposition once we have had an opportunity to review those documents.

As for the Board of Governors, we can confirm the June 9, 2022 date.

Robyn Kramer | Associate
rkramer@kbzwlaw.com
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.
25 East Pine St | P.O. Box 1631 | Orlando, FL 32801
Tel: 407-422-2472 | Fax: 407-648-0161
kbzwlaw.com

This email is confidential, intended only for the named recipient(s) above and may contain information and attachments that are privileged or otherwise exempt from disclosure under applicable law.  If you have received this email in error, please advise the sender and permanently delete this email and any attachments from your system. Thank you.

**From:** Robyn Kramer
**Sent:** Thursday, May 19, 2022 4:10 PM
**To:** George Levesque <George.Levesque@gray-robinson.com>; Fritz Wermuth <FWermuth@kbzwlaw.com>
**Cc:** Angie Price <APrice@kbzwlaw.com>; Noah Baron <nbaron@elias.law>; Melissa Hill <mhill@kbzwlaw.com>; Elisabeth Frost <efrost@elias.law>; Alexi Velez <avelez@elias.law>; Tim Moore, Jr. <tim.moore@gray-robinson.com>; Ashley Hoffman Lukis <ashley.lukis@gray-robinson.com>; Maelene Tyson, FRP <Maelene.Tyson@gray-robinson.com>
**Subject:** RE: Link v. Oliva - Document Production

Thanks, George. Could you also let us know who the witnesses will be for the Board of Education?

Robyn Kramer | Associate
rkramer@kbzwlaw.com
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.
25 East Pine St | P.O. Box 1631 | Orlando, FL 32801
Tel: 407-422-2472 | Fax: 407-648-0161
kbzwlaw.com

This email is confidential, intended only for the named recipient(s) above and may contain information and attachments that are privileged or otherwise exempt from disclosure under applicable law.  If you have received this email in error, please advise the sender and permanently delete this email and any attachments from your system. Thank you.

**From:** George Levesque <George.Levesque@gray-robinson.com>
**Sent:** Tuesday, May 17, 2022 10:56 AM
**To:** Fritz Wermuth <FWermuth@kbzwlaw.com>
**Cc:** Angie Price <APrice@kbzwlaw.com>; Robyn Kramer <rkramer@kbzwlaw.com>; Noah Baron <nbaron@elias.law>; Melissa Hill <mhill@kbzwlaw.com>; Elisabeth Frost <efrost@elias.law>; Alexi Velez <avelez@elias.law>; Tim Moore, Jr. <tim.moore@gray-robinson.com>; Ashley Hoffman Lukis <ashley.lukis@gray-robinson.com>; Maelene Tyson, FRP <Maelene.Tyson@gray-robinson.com>
**Subject:** Re: Link v. Oliva - Document Production

Gene Kovacs and Jon Rogers will be testifying on behalf of the Board of Governors.

Sent from my mobile work tether device.  Please excuse any typos and errant transcriptions.

**T** 850.577.9090
**D** 850.577.6969
**F** 850.577.3311

**George Levesque**
Shareholder

GrayRobinson, P.A. • 301 South Bronough Street, Suite 600, Tallahassee, Florida 32301



On May 17, 2022, at 9:35 AM, Fritz Wermuth <FWermuth@kbzwlaw.com> wrote:

**This message originated outside of GrayRobinson.**

Thanks, George.  Please let us know who will testify for the Board of Governors.

Best regards,

Fritz Wermuth | Shareholder
fwermuth@kbzwlaw.com
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.

**From:** George Levesque <George.Levesque@gray-robinson.com>
**Sent:** Tuesday, May 17, 2022 6:41 AM
**To:** Fritz Wermuth <FWermuth@kbzwlaw.com>; Angie Price <APrice@kbzwlaw.com>; Robyn Kramer <rkramer@kbzwlaw.com>; Noah Baron <nbaron@elias.law>; Melissa Hill <mhill@kbzwlaw.com>; Elisabeth Frost <efrost@elias.law>; Alexi Velez <avelez@elias.law>
**Cc:** Tim Moore, Jr. <tim.moore@gray-robinson.com>; Ashley Hoffman Lukis <ashley.lukis@gray-robinson.com>; Maelene Tyson, FRP <Maelene.Tyson@gray-robinson.com>
**Subject:** Link v. Oliva - Document Production

All, the Board of Governors 30(b)(6) designated witnesses are available on June 9, 13, or 14.  Additionally, the link below contains the Board of Governor's Supplemental Production in response to the Plaintiffs' First and Second set of RFPs.

Click the following link to download your file(s).

Click to Retrieve File(s)

VOL005.zip

If the above link is not clickable, copy and paste the following URL into your browser.

https://www.sendthisfile.com/knCZscMVjKXNnWX4E63WrKkE

Note: These files will expire in 14 days from the time this email was generated.

| Production Volume: | VOL005 |
|---|---|
| BegBates: | Defendants_012911 |
| EndBates: | Defendants_030291 |
| Total Docs: | 3652 |
| Total Pages: | 17381 |
| Natives: | 4 |
| Compressed Data Size: | 1.43GB |
| VOL005 Zip Password: | ~t@Q/j.v]=9G |

Let us know if you have any difficulty accessing the files.



**T** 850.577.9090

**D** 850.577.6969

**F** 850.577.3311

**George Levesque**
Shareholder

GrayRobinson, P.A. ▪ 301 South Bronough Street, Suite 600, Tallahassee, Florida 32301



This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

Exhibit D

Defendants' Supplemental Privilege Log

July 1, 2022

| Document ID | Date Sent | Subject/Title | From/Author | To | Cc | Date Created | Document Class | Produced Ranges | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|---|
| DOC-0000002935 | 9/21/2021 12:45 | FW: Clarification: Intellectual Diversity Bill CS/CS/HB 233 | Shirley, Vikki | Kovacs, Gene <Gene.Kovacs@flbog.edu>; | | 9/21/2021 12:45 | Email | | Attorney Work-Product/Attorney-Client |
| DOC-0000055368 | 2/18/2022 8:07 | Accepted: Mtg. w/Criser, Rogers, Shirley, T. Jones, J. Jones, England, Chapin, Atkeson re: Intellectual Diversity Work | England, Christy <Christy.England@flbog.edu> | True, Shannon <Shannon.True@flbog.edu>; | | 2/18/2022 8:07 | Email | | Attorney Work-Product/Attorney-Client |
| DOC-0000006489 | 3/8/2022 14:15 | RE: Attorney Work Product | | George Levesque <George.Levesque@gray-robinson.com>; Kamoutsas, Anastasios <Anastasios.Kamoutsas@fldoe.org>; Braun, Jamie <Jamie.Braun@fldoe.org>; Gay, Amanda <Amanda.Gay@fldoe.org>; | Tim Moore, Jr. <tim.moore@gray-robinson.com>; | 3/8/2022 14:15 | Email | | Attorney Work-Product/Attorney-Client |
| DOC-0000006579 | 3/8/2022 14:24 | RE: Attorney Work Product | Shirley, Vikki | George Levesque <George.Levesque@gray-robinson.com>; Kamoutsas, Anastasios <Anastasios.Kamoutsas@fldoe.org>; Braun, Jamie <Jamie.Braun@fldoe.org>; Gay, Amanda <Amanda.Gay@fldoe.org>; | Tim Moore, Jr. <tim.moore@gray-robinson.com>; | 3/8/2022 14:24 | Email | | Attorney Work-Product/Attorney-Client |
| DOC-0000006614 | 1/27/2022 16:13 | RE: Attorney Work Product - Link Litigation | Shirley, Vikki | George Levesque <George.Levesque@gray-robinson.com>; | Tim Moore, Jr. <tim.moore@gray-robinson.com>; | 1/27/2022 16:13 | Email | | Attorney Work-Product/Attorney-Client |
| DOC-0000006671 | 2/8/2022 9:49 | RE: Attorney Work Product - Draft Survey | Shirley, Vikki | George Levesque <George.Levesque@gray-robinson.com>; | Tim Moore, Jr. <tim.moore@gray-robinson.com>; | 2/8/2022 9:49 | Email | | Attorney Work-Product/Attorney-Client |
| DOC-0000006805 | 1/27/2022 14:10 | Attorney Work Product - Link Litigation | George Levesque <George.Levesque@gray-robinson.com> | Shirley, Vikki <Vikki.Shirley@flbog.edu>; | Tim Moore, Jr. <tim.moore@gray-robinson.com>; | 1/27/2022 14:10 | Email | | Attorney Work-Product/Attorney-Client |
| DOC-0000006858 | 2/8/2022 9:26 | Attorney Work Product - Draft Survey | George Levesque <George.Levesque@gray-robinson.com> | Shirley, Vikki <Vikki.Shirley@flbog.edu>; | Tim Moore, Jr. <tim.moore@gray-robinson.com>; | 2/8/2022 9:26 | Email | | Attorney Work-Product/Attorney-Client |
| DOC-0000008426 | 1/27/2022 16:08 | RE: Attorney Work Product - Link Litigation | | George Levesque <George.Levesque@gray-robinson.com>; | Tim Moore, Jr. <tim.moore@gray-robinson.com>; | 2/26/2022 7:34 | Email | | Attorney Work-Product/Attorney-Client |
| DOC-0000024483 | 3/23/2022 9:17 | RE: Intellectual Freedom and Viewpoint Diversity: Student Survey | Gay, Amanda | Brassard, Rochelle <Rochelle.Brassard@fldoe.org>; Hargreaves, Yvette <Yvette.Hargreaves@fldoe.org>; Harper, Diana <Diana.Harper@fldoe.org>; | Lewis, Linda <Linda.Lewis@fldoe.org>; | 3/23/2022 9:17 | Email | | Attorney Work-Product/Attorney-Client |
| DOC-0000024483-0003 | | | Gay, Amanda | | | 3/23/2022 9:16 | Attached Document | | Attorney Work-Product/Attorney-Client |
| DOC-0000024551 | 3/16/2022 16:09 | Gay, Amanda left a comment in "Memo re student and employee survey" | Gay, Amanda <no-reply@sharepointonline.com> | Henderson, Carrie <Carrie.Henderson@fldoe.org>; | | 3/16/2022 16:11 | Email | | Attorney Work-Product/Attorney-Client |
| DOC-0000027301 | 4/4/2022 10:30 | FW: Intellectual Freedom and Viewpoint Diversity Survey | Dennis, Karen <Karen.Dennis@fldoe.org> | Swonson, Bethany <Bethany.Swonson@fldoe.org>; Mack, Henry <Henry.Mack@fldoe.org>; Kamoutsas, Anastasios <Anastasios.Kamoutsas@fldoe.org>; Oliva, Jacob <Jacob.Oliva@fldoe.org>; | | 5/4/2022 5:59 | Email | | Attorney Work-Product/Attorney-Client |
| DOC-0000321538 | 4/1/2022 13:56 | Re: Link Litigation | Criser III, Marshall | True, Shannon <Shannon.True@flbog.edu>; Shirley, Vikki <Vikki.Shirley@flbog.edu>; | | 4/1/2022 13:56 | Email | | Attorney Work-Product/Attorney-Client |
| DOC-0000025376 | 10/15/2021 16:25 | FW: HB 233 Student Code of Conduct Requirements - Status Update | Swonson, Bethany <Bethany.Swonson@fldoe.org> | Gay, Amanda <Amanda.Gay@fldoe.org>; | Hawkes, Caleb <Caleb.Hawkes@fldoe.org>; Hebda, Kathy <Kathy.Hebda@fldoe.org>; Kamoutsas, Anastasios <Anastasios.Kamoutsas@fldoe.org>; Hess-Sitte, Allison <Allison.Hess-Sitte@fldoe.org>; Calatayud, Alexis <Alexis.Calatayud@fldoe.org>; | 10/15/2021 16:25 | Email | Defendants_043582 - Defendants_043587 | Attorney Work-Product/Attorney-Client |
| DOC-0000025463-0001 | 9/10/2021 16:56 | HB 233 Survey Requirement - Status Update | Calatayud, Alexis | Wolff, Taylor <Taylor.Wolff@myfloridahouse.gov>; Kiner, Kerrington <Kerrington.Kiner@myfloridahouse.gov>; | Fowler, Jessica <Jessica.Fowler@fldoe.org>; | 1/19/2022 11:22 | Attached Email | Defendants_043945 - Defendants_043946 | Attorney Work-Product/Attorney-Client |
| DOC-0000025753 | 10/19/2021 17:09 | RE: HB 233 Student Code of Conduct Requirements - Status Update | Jordan, Alexander <Alexander.Jordan@fldoe.org> | Hebda, Kathy <Kathy.Hebda@fldoe.org>; Hawkes, Caleb <Caleb.Hawkes@fldoe.org>; Hargreaves, Yvette <Yvette.Hargreaves@fldoe.org>; | | 10/19/2021 17:09 | Email | Defendants_044842 - Defendants_044850 | Attorney Work-Product/Attorney-Client |
| DOC-0000025822 | 6/1/2021 13:41 | FW: DFC Memos for review -- FCS Academic Affairs; FCS Student Affairs | Harper, Diana <Diana.Harper@fldoe.org> | Gay, Amanda <Amanda.Gay@fldoe.org>; | Hargreaves, Yvette <Yvette.Hargreaves@fldoe.org>; | 6/1/2021 13:41 | Email | Defendants_045215 | Attorney Work-Product/Attorney-Client |
| DOC-0000027176 | 4/5/2022 16:36 | Re: Intellectual Freedom and Viewpoint Diversity Survey | Kamoutsas, Anastasios | Gay, Amanda <Amanda.Gay@fldoe.org>; Braun, Jamie <Jamie.Braun@fldoe.org>; | | 4/5/2022 16:36 | Email | Defendants_050197 - Defendants_050198 | Attorney Work-Product/Attorney-Client |
| DOC-0000027293 | 10/19/2021 15:54 | RE: HB 233 Student Code of Conduct Requirements - Status Update | Jordan, Alexander <Alexander.Jordan@fldoe.org> | Hawkes, Caleb <Caleb.Hawkes@fldoe.org>; | | 10/19/2021 15:54 | Email | Defendants_051002 - Defendants_051009 | Attorney Work-Product/Attorney-Client |
| DOC-0000027431 | 9/15/2021 13:49 | FW: HB 233 Survey Requirement - Status Update | | Hebda, Kathy <Kathy.Hebda@fldoe.org>; | | 9/15/2021 13:49 | Email | Defendants_051060 - Defendants_051063 | Attorney Work-Product/Attorney-Client |
| DOC-0000027442 | 10/5/2021 12:27 | RE: HB 233 Survey Requirement - Status Update | Swonson, Bethany | Gay, Amanda <Amanda.Gay@fldoe.org>; Kamoutsas, Anastasios <Anastasios.Kamoutsas@fldoe.org>; | | 10/5/2021 12:27 | Email | Defendants_051064 - Defendants_051068 | Attorney Work-Product/Attorney-Client |
| DOC-0000027473 | 10/20/2021 9:38 | RE: HB 233 Student Code of Conduct Requirements - Status Update | Hawkes, Caleb | Hebda, Kathy <Kathy.Hebda@fldoe.org>; | | 10/20/2021 9:38 | Email | Defendants_051139 - Defendants_051146 | Attorney Work-Product/Attorney-Client |
| DOC-0000027573 | 10/20/2021 9:42 | RE: HB 233 Student Code of Conduct Requirements - Status Update | Hawkes, Caleb | Hebda, Kathy <Kathy.Hebda@fldoe.org>; | | 10/20/2021 9:42 | Email | Defendants_051604 - Defendants_051608 | Attorney Work-Product/Attorney-Client |

| Doc ID | Date / Description | From | To | CC | Date / Type | | Defendants Range | Privilege |
|---|---|---|---|---|---|---|---|---|
| DOC-0000027629 | 10/20/2021 11:55 RE: HB 233 Student Code of Conduct Requirements - Status Update | Klebacha, Theresa <Theresa.Klebacha@LASPBS.STATE.F L.US> | Hess-Sitte, Allison <Allison.Hess-Sitte@fldoe.org>; | Swonson, Bethany <Bethany.Swonson@fldoe.org>; Fowler, Jessica <Jessica.Fowler@fldoe.org>; Boam, Austin <Austin.Boam@LASPBS.STATE.FL.US>; Cecil, Shelby <Shelby.Cecil@LASPBS.STATE.FL.US>; Klebacha, Theresa <Theresa.Klebacha@LASPBS.STATE.FL.US>; | 10/20/2021 11:56 Email | | Defendants_051936 - Defendants_051939 | Attorney Work-Product/Attorney-Client |
| DOC-0000027639 | 10/20/2021 12:29 RE: HB 233 Student Code of Conduct Requirements - Status Update | Hess-Sitte, Allison <Allison.Hess-Sitte@fldoe.org> | Klebacha, Theresa <Theresa.Klebacha@LASPBS.STATE.FL.US>; | Swonson, Bethany <Bethany.Swonson@fldoe.org>; Fowler, Jessica <Jessica.Fowler@fldoe.org>; Boam, Austin <Austin.Boam@LASPBS.STATE.FL.US>; Cecil, Shelby .Cecil@LASPBS.STATE.FL.US>; Klebacha, Theresa <Theresa.Klebacha@LASPBS.STATE.FL.US>; | 10/20/2021 12:29 Email | | Defendants_051963 - Defendants_051967 | Attorney Work-Product/Attorney-Client |
| DOC-0000027641 | 10/20/2021 8:14 FW: HB 233 Student Code of Conduct Requirements - Status Update | | Hebda, Kathy <Kathy.Hebda@fldoe.org>; | | 11/23/2021 2:25 Email | | Defendants_051969 - Defendants_051975 | Attorney Work-Product/Attorney-Client |
| DOC-0000027647 | 11/23/2021 2:25 RE: HB 233 Student Code of Conduct Requirements - Status Update | | Hebda, Kathy <Kathy.Hebda@fldoe.org>; | | 11/23/2021 2:25 Email | | Defendants_051982 - Defendants_051989 | Attorney Work-Product/Attorney-Client |
| DOC-0000027652 | 10/15/2021 15:03 RE: HB 233 Student Code of Conduct Requirements - Status Update | | Swonson, Bethany <Bethany.Swonson@fldoe.org>; | Hebda, Kathy <Kathy.Hebda@fldoe.org>; | 11/14/2021 6:55 Email | | Defendants_051999 - Defendants_052004 | Attorney Work-Product/Attorney-Client |
| DOC-0000027660 | 9/10/2021 16:24 RE: HB 233 Survey Requirement - Status Update | | Calatayud, Alexis <Alexis.Calatayud@fldoe.org>; Hebda, Kathy <Kathy.Hebda@fldoe.org>; | Fowler, Jessica <Jessica.Fowler@fldoe.org>; | 10/12/2021 5:32 Email | | Defendants_052025 - Defendants_052027 | Attorney Work-Product/Attorney-Client |
| DOC-0000028151 | 10/20/2021 8:15 FW: HB 233 Student Code of Conduct Requirements - Status Update | Hawkes, Caleb | Hebda, Kathy <Kathy.Hebda@fldoe.org>; | | 10/20/2021 8:15 Email | | Defendants_052999 - Defendants_053005 | Attorney Work-Product/Attorney-Client |
| DOC-0000028156 | 10/20/2021 9:38 RE: HB 233 Student Code of Conduct Requirements - Status Update | Hawkes, Caleb | Hebda, Kathy <Kathy.Hebda@fldoe.org>; | | 10/20/2021 9:38 Email | | Defendants_053028 - Defendants_053035 | Attorney Work-Product/Attorney-Client |
| DOC-0000028200 | 11/8/2021 11:23 Re: PRR for records related to enacting of HB 233 - CF 150699 | Henderson, Carrie | Hebda, Kathy <Kathy.Hebda@fldoe.org>; | | 11/8/2021 11:15 Email | | Defendants_053094 - Defendants_053095 | Attorney Work-Product/Attorney-Client |
| DOC-0000028213 | 10/20/2021 9:42 RE: HB 233 Student Code of Conduct Requirements - Status Update | Hawkes, Caleb | Hebda, Kathy <Kathy.Hebda@fldoe.org>; | | 10/20/2021 9:42 Email | | Defendants_053123 - Defendants_053126 | Attorney Work-Product/Attorney-Client |
| DOC-0000028329 | 12/3/2021 9:17 Fw: PRR for records related to enacting of HB 233 - CF 150699 | Henderson, Carrie | Hebda, Kathy <Kathy.Hebda@fldoe.org>; | Smith, Tammy <Tammy.Smith@fldoe.org>; Gay, Amanda <Amanda.Gay@fldoe.org>; | 12/3/2021 9:15 Email | | Defendants_053709 - Defendants_053711 | Attorney Work-Product/Attorney-Client |
| DOC-0000028364 | 10/19/2021 15:54 RE: HB 233 Student Code of Conduct Requirements - Status Update | Jordan, Alexander <Alexander.Jordan@fldoe.org> | Hawkes, Caleb <Caleb.Hawkes@fldoe.org>; | | 10/19/2021 15:54 Email | | Defendants_053878 - Defendants_053885 | Attorney Work-Product/Attorney-Client |
| DOC-0000028584 | 9/15/2021 13:49 FW: HB 233 Survey Requirement - Status Update | | Hebda, Kathy <Kathy.Hebda@fldoe.org>; | | 9/15/2021 13:49 Email | | Defendants_054870 - Defendants_054873 | Attorney Work-Product/Attorney-Client |
| DOC-0000028619 | 10/15/2021 15:03 RE: HB 233 Student Code of Conduct Requirements - Status Update | | Swonson, Bethany <Bethany.Swonson@fldoe.org>; | Hebda, Kathy <Kathy.Hebda@fldoe.org>; | 11/14/2021 6:55 Email | | Defendants_055040 - Defendants_055045 | Attorney Work-Product/Attorney-Client |
| DOC-0000028622 | 11/23/2021 2:25 RE: HB 233 Student Code of Conduct Requirements - Status Update | | Hebda, Kathy <Kathy.Hebda@fldoe.org>; | | 11/23/2021 2:25 Email | | Defendants_055050 - Defendants_055057 | Attorney Work-Product/Attorney-Client |
| DOC-0000028626 | 9/10/2021 16:24 RE: HB 233 Survey Requirement - Status Update | | Calatayud, Alexis <Alexis.Calatayud@fldoe.org>; Hebda, Kathy <Kathy.Hebda@fldoe.org>; | Fowler, Jessica <Jessica.Fowler@fldoe.org>; | 10/12/2021 5:32 Email | | Defendants_055059 - Defendants_055061 | Attorney Work-Product/Attorney-Client |
| DOC-0000028674 | 10/20/2021 8:14 FW: HB 233 Student Code of Conduct Requirements - Status Update | | Hebda, Kathy <Kathy.Hebda@fldoe.org>; | | 11/23/2021 2:25 Email | | Defendants_055174 - Defendants_055180 | Attorney Work-Product/Attorney-Client |
| DOC-0000029965 | 6/8/2021 15:44 RE: Associate in Science/General Education Requirements GC Guidance | Gay, Amanda <Amanda.Gay@fldoe.org> | Harper, Diana <Diana.Harper@fldoe.org>; | | 6/8/2021 15:44 Email | | Defendants_058096 - Defendants_058100 | Attorney Work-Product/Attorney-Client |
| DOC-0000029965-0001 | 6/7/2021 16:03 RE: FYI - SB 1028 Signed TODAY - | Hargreaves, Yvette <Yvette.Hargreaves@fldoe.org> | Gay, Amanda <Amanda.Gay@fldoe.org>; | | 6/8/2021 15:44 Attached Email | | Defendants_058101 - Defendants_058107 | Attorney Work-Product/Attorney-Client |
| DOC-0000029965-0003 | 6/7/2021 16:51 RE: Associate in Science/General Education Requirements GC Guidance | Hargreaves, Yvette <Yvette.Hargreaves@fldoe.org> | Gay, Amanda <Amanda.Gay@fldoe.org>; Braun, Jamie <Jamie.Braun@fldoe.org>; | | 6/8/2021 15:44 Attached Email | | Defendants_058114 - Defendants_058117 | Attorney Work-Product/Attorney-Client |
| DOC-0000029965-0007 | 6/7/2021 16:44 RE: FYI - SB 1028 Signed TODAY - | Hargreaves, Yvette <Yvette.Hargreaves@fldoe.org> | Gay, Amanda <Amanda.Gay@fldoe.org>; | | 6/8/2021 15:44 Attached Email | | Defendants_058127 - Defendants_058133 | Attorney Work-Product/Attorney-Client |
| DOC-0000029965-0009 | 6/7/2021 10:26 RE: FYI - SB 1028 Signed TODAY - Third Memo | Hargreaves, Yvette <Yvette.Hargreaves@fldoe.org> | Gay, Amanda <Amanda.Gay@fldoe.org>; Harper, Diana <Diana.Harper@fldoe.org>; | | 6/8/2021 15:44 Attached Email | | Defendants_058140 - Defendants_058146 | Attorney Work-Product/Attorney-Client |
| DOC-0000029965-0010 | 6/4/2021 12:46 RE: FYI - SB 1028 Signed TODAY - Third Memo | Hargreaves, Yvette <Yvette.Hargreaves@fldoe.org> | Gay, Amanda <Amanda.Gay@fldoe.org>; Harper, Diana <Diana.Harper@fldoe.org>; | | 6/8/2021 15:44 Attached Email | | Defendants_058147 - Defendants_058152 | Attorney Work-Product/Attorney-Client |
| DOC-0000029965-0012 | 6/7/2021 16:31 Fw: Associate in Science/General Education Requirements GC Guidance | Henderson, Carrie <Carrie.Henderson@fldoe.org> | Gay, Amanda <Amanda.Gay@fldoe.org>; Braun, Jamie <Jamie.Braun@fldoe.org>; | Hargreaves, Yvette <Yvette.Hargreaves@fldoe.org>; Hawkes, Caleb <Caleb.Hawkes@fldoe.org>; Bocanegra, Daniela <Daniela.Bocanegra@fldoe.org>; | 6/8/2021 15:44 Attached Email | | Defendants_058159 - Defendants_058162 | Attorney Work-Product/Attorney-Client |
| DOC-0000030003 | 6/4/2021 9:56 RE: FYI - SB 1028 Signed TODAY - | Gay, Amanda <Amanda.Gay@fldoe.org> | Mears, Matthew <Matthew.Mears@fldoe.org>; Bone, Judy <Judy.Bone@fldoe.org>; Braun, Jamie <Jamie.Braun@fldoe.org>; | Harper, Diana <Diana.Harper@fldoe.org>; | 6/4/2021 9:56 Email | | Defendants_058167 - Defendants_058172 | Attorney Work-Product/Attorney-Client |
| DOC-0000030022 | 1/20/2021 14:54 Legal Review - Bill Analyses | Gay, Amanda <Amanda.Gay@fldoe.org> | Mears, Matthew <Matthew.Mears@fldoe.org>; | Harper, Diana <Diana.Harper@fldoe.org>; Bone, Judy <Judy.Bone@fldoe.org>; | 1/20/2021 14:54 Email | | Defendants_058182 - Defendants_058183 | Attorney Work-Product/Attorney-Client |

Defendants' Supplemental Privilege Log

July 1, 2022

| Doc ID | Subject | From | To | CC | Date | Type | Bates | Privilege |
|---|---|---|---|---|---|---|---|---|
| DOC-0000030059 | 6/4/2021 9:56 RE: FYI - SB 1028 Signed TODAY - | Gay, Amanda <Amanda.Gay@fldoe.org> | Mears, Matthew <Matthew.Mears@fldoe.org>; Bone, Judy <Judy.Bone@fldoe.org>; Braun, Jamie <Jamie.Braun@fldoe.org>; | Harper, Diana <Diana.Harper@fldoe.org>; | 6/4/2021 9:56 | Email | Defendants_058347 - Defendants_058352 | Attorney Work-Product/Attorney-Client |
| DOC-0000030066 | 6/8/2021 15:44 RE: Associate in Science/General Education Requirements GC Guidance | Gay, Amanda <Amanda.Gay@fldoe.org> | Harper, Diana <Diana.Harper@fldoe.org>; | | 6/8/2021 15:44 | Email | Defendants_058362 - Defendants_058366 | Attorney Work-Product/Attorney-Client |
| DOC-0000030066-0001 | 6/7/2021 16:03 RE: FYI - SB 1028 Signed TODAY - | Hargreaves, Yvette <Yvette.Hargreaves@fldoe.org> | Gay, Amanda <Amanda.Gay@fldoe.org>; | | 6/8/2021 15:44 | Attached Email | Defendants_058367 - Defendants_058373 | Attorney Work-Product/Attorney-Client |
| DOC-0000030066-0003 | 6/7/2021 16:51 RE: Associate in Science/General Education Requirements GC Guidance | Hargreaves, Yvette <Yvette.Hargreaves@fldoe.org> | Gay, Amanda <Amanda.Gay@fldoe.org>; Braun, Jamie <Jamie.Braun@fldoe.org>; | | 6/8/2021 15:44 | Attached Email | Defendants_058380 - Defendants_058383 | Attorney Work-Product/Attorney-Client |
| DOC-0000030066-0007 | 6/7/2021 16:44 RE: FYI - SB 1028 Signed TODAY - | Hargreaves, Yvette <Yvette.Hargreaves@fldoe.org> | Gay, Amanda <Amanda.Gay@fldoe.org>; | | 6/8/2021 15:44 | Attached Email | Defendants_058393 - Defendants_058399 | Attorney Work-Product/Attorney-Client |
| DOC-0000030066-0009 | 6/7/2021 10:26 RE: FYI - SB 1028 Signed TODAY - Third Memo | Hargreaves, Yvette <Yvette.Hargreaves@fldoe.org> | Gay, Amanda <Amanda.Gay@fldoe.org>; Harper, Diana <Diana.Harper@fldoe.org>; | | 6/8/2021 15:44 | Attached Email | Defendants_058406 - Defendants_058412 | Attorney Work-Product/Attorney-Client |
| DOC-0000030066-0010 | 6/4/2021 12:46 RE: FYI - SB 1028 Signed TODAY - Third Memo | Hargreaves, Yvette <Yvette.Hargreaves@fldoe.org> | Gay, Amanda <Amanda.Gay@fldoe.org>; Harper, Diana <Diana.Harper@fldoe.org>; | | 6/8/2021 15:44 | Attached Email | Defendants_058413 - Defendants_058418 | Attorney Work-Product/Attorney-Client |
| DOC-0000030066-0012 | 6/7/2021 16:31 Fw: Associate in Science/General Education Requirements GC Guidance | Henderson, Carrie <Carrie.Henderson@fldoe.org> | Gay, Amanda <Amanda.Gay@fldoe.org>; Braun, Jamie <Jamie.Braun@fldoe.org>; | Hargreaves, Yvette <Yvette.Hargreaves@fldoe.org>; Hawkes, Caleb <Caleb.Hawkes@fldoe.org>; Bocanegra, Daniela <Daniela.Bocanegra@fldoe.org>; | 6/8/2021 15:44 | Attached Email | Defendants_058425 - Defendants_058428 | Attorney Work-Product/Attorney-Client |
| DOC-0000030097 | 6/8/2021 15:40 RE: Associate in Science/General Education Requirements GC Guidance | Gay, Amanda <Amanda.Gay@fldoe.org> | Hargreaves, Yvette <Yvette.Hargreaves@fldoe.org>; Harper, Diana <Diana.Harper@fldoe.org> | | 6/8/2021 15:40 | Email | Defendants_058500 - Defendants_058503 | Attorney Work-Product/Attorney-Client |
| DOC-0000030112 | 1/20/2021 14:54 Legal Review - Bill Analyses | Gay, Amanda <Amanda.Gay@fldoe.org> | Mears, Matthew <Matthew.Mears@fldoe.org>; | Harper, Diana <Diana.Harper@fldoe.org>; Bone, Judy <Judy.Bone@fldoe.org>; | 1/20/2021 14:54 | Email | Defendants_058525 - Defendants_058526 | Attorney Work-Product/Attorney-Client |
| DOC-0000030741 | 10/20/2021 10:02 Fwd: HB 233 Student Code of Conduct Requirements - Status Update | Hebda, Kathy <Kathy.Hebda@fldoe.org> | Hall, Eric <Eric.Hall@fldoe.org>; Swonson, Bethany <Bethany.Swonson@fldoe.org>; Calatayud, Alexis <Alexis.Calatayud@fldoe.org>; Hess-Sitte, Allison <Allison.Hess-Sitte@fldoe.org>; Hawkes, Caleb <Caleb.Hawkes@fldoe.org>; | | 1/21/2022 23:44 | Email | Defendants_059747 - Defendants_059751 | Attorney Work-Product/Attorney-Client |
| DOC-0000031149 | 4/5/2022 15:20 RE: Intellectual Freedom and Viewpoint Diversity Survey | | Ochs, Jared <Jared.Ochs@fldoe.org>; Gay, Amanda <Amanda.Gay@fldoe.org>; Hebda, Kathy <Kathy.Hebda@fldoe.org>; Palelis1, Cassandra <Cassandra.Palelis1@fldoe.org>; | | 4/5/2022 15:20 | Email | Defendants_060600 - Defendants_060602 | Attorney Work-Product/Attorney-Client |
| DOC-0000031180 | 4/5/2022 14:53 Re: Intellectual Freedom and Viewpoint Diversity Survey | Mack, Henry | Hebda, Kathy <Kathy.Hebda@fldoe.org>; Palelis1, Cassandra <Cassandra.Palelis1@fldoe.org>; | Ochs, Jared <Jared.Ochs@fldoe.org>; Gay, Amanda <Amanda.Gay@fldoe.org>; | 4/5/2022 14:53 | Email | Defendants_060615 - Defendants_060616 | Attorney Work-Product/Attorney-Client |
| DOC-0000031641 | 6/7/2021 16:51 RE: Associate in Science/General Education Requirements GC Guidance | Hargreaves, Yvette <Yvette.Hargreaves@fldoe.org> | Gay, Amanda <Amanda.Gay@fldoe.org>; Braun, Jamie <Jamie.Braun@fldoe.org>; | | 6/7/2021 16:51 | Email | Defendants_061082 - Defendants_061085 | Attorney Work-Product/Attorney-Client |
| DOC-0000031811 | 4/8/2022 11:44 FW: Fresh Take Florida records request | Gay, Amanda <Amanda.Gay@fldoe.org> | Braun, Jamie <Jamie.Braun@fldoe.org>; | | 4/8/2022 11:44 | Email | Defendants_061209 - Defendants_061210 | Attorney Work-Product/Attorney-Client |
| DOC-0000031858 | 9/9/2021 10:28 RE: HB 233 Survey Requirement - Status Update | | Gay, Amanda <Amanda.Gay@fldoe.org>; Calatayud, Alexis <Alexis.Calatayud@fldoe.org>; Hawkes, Caleb <Caleb.Hawkes@fldoe.org>; Hebda, Kathy <Kathy.Hebda@fldoe.org> | Fowler, Jessica <Jessica.Fowler@fldoe.org>; | 9/9/2021 10:28 | Email | Defendants_061211 - Defendants_061212 | Attorney Work-Product/Attorney-Client |
| DOC-0000031891 | 4/8/2022 7:55 RE: Florida Phoenix Inquiry | Mahon, Jason <Jason.Mahon@eog.myflorida.com> | Ochs, Jared <Jared.Ochs@fldoe.org>; Kelly, Alex <Alex.Kelly@eog.myflorida.com>; Fenske, Taryn M. <Taryn.M.Fenske@eog.myflorida.com>; | Kamoutsas, Anastasios <Anastasios.Kamoutsas@fldoe.org>; Swonson, Bethany <Bethany.Swonson@fldoe.org>; Palelis1, Cassandra <Cassandra.Palelis1@fldoe.org>; | 4/8/2022 7:55 | Email | Defendants_061285 - Defendants_061286 | Attorney Work-Product/Attorney-Client |
| DOC-0000031908 | 4/6/2022 8:39 RE: Intellectual Freedom and Viewpoint Diversity Survey | Swonson, Bethany <Bethany.Swonson@fldoe.org> | Kamoutsas, Anastasios <Anastasios.Kamoutsas@fldoe.org>; Ochs, Jared <Jared.Ochs@fldoe.org>; Gay, Amanda <Amanda.Gay@fldoe.org>; Braun, Jamie <Jamie.Braun@fldoe.org>; | Palelis1, Cassandra <Cassandra.Palelis1@fldoe.org>; | 4/6/2022 8:41 | Email | Defendants_061287 - Defendants_061289 | Attorney Work-Product/Attorney-Client |
| DOC-0000031939 | 1/28/2022 11:10 RE: Letter from President Saunders | Hebda, Kathy <Kathy.Hebda@fldoe.org> | Mack, Henry <Henry.Mack@fldoe.org>; | | 1/28/2022 11:10 | Email | Defendants_061290 - Defendants_061291 | Attorney Work-Product/Attorney-Client |
| DOC-0000032063 | 10/20/2021 10:41 Re: HB 233 Student Code of Conduct Requirements - Status Update | Swonson, Bethany <Bethany.Swonson@fldoe.org> | Hess-Sitte, Allison <Allison.Hess-Sitte@fldoe.org>; | Fowler, Jessica <Jessica.Fowler@fldoe.org>; Calatayud, Alexis <Alexis.Calatayud@fldoe.org>; | 10/20/2021 10:41 | Email | Defendants_061359 - Defendants_061362 | Attorney Work-Product/Attorney-Client |
| DOC-0000032104 | 10/20/2021 14:25 RE: HB 233 Student Code of Conduct Requirements - Status Update | Klebacha, Theresa <Theresa.Klebacha@LASP8S.STATE.FL.US> | Hess-Sitte, Allison <Allison.Hess-Sitte@fldoe.org>; Fowler, Jessica <Jessica.Fowler@fldoe.org>; | Swonson, Bethany <Bethany.Swonson@fldoe.org>; Boam, Austin <Austin.Boam@LASP8S.STATE.FL.US>; Cecil, Shelby <Shelby.Cecil@LASP8S.STATE.FL.US>; Klebacha, Theresa <Theresa.Klebacha@LASP8S.STATE.FL.US>; | 10/20/2021 14:25 | Email | Defendants_061368 - Defendants_061372 | Attorney Work-Product/Attorney-Client |
| DOC-0000032139 | 4/21/2022 16:08 Re: Fresh Take Florida records request | Gay, Amanda <Amanda.Gay@fldoe.org> | Fowler, Jessica <Jessica.Fowler@fldoe.org>; | | 4/21/2022 16:08 | Email | Defendants_061454 - Defendants_061455 | Attorney Work-Product/Attorney-Client |
| DOC-0000032143 | 10/20/2021 11:55 RE: HB 233 Student Code of Conduct Requirements - Status Update | Klebacha, Theresa <Theresa.Klebacha@LASP8S.STATE.FL.US> | Hess-Sitte, Allison <Allison.Hess-Sitte@fldoe.org>; | Swonson, Bethany <Bethany.Swonson@fldoe.org>; Fowler, Jessica <Jessica.Fowler@fldoe.org>; Boam, Austin <Austin.Boam@LASP8S.STATE.FL.US>; Cecil, Shelby <Shelby.Cecil@LASP8S.STATE.FL.US>; Klebacha, Theresa <Theresa.Klebacha@LASP8S.STATE.FL.US>; | 10/20/2021 11:56 | Email | Defendants_061456 - Defendants_061459 | Attorney Work-Product/Attorney-Client |

July 1, 2022

| DOC-0000032153 | 10/14/2021 10:42 RE: HB 233 Student Code of Conduct Requirements - Status Update | Swonson, Bethany <Bethany.Swonson@fldoe.org> | Calatayud, Alexis <Alexis.Calatayud@fldoe.org>; Kamoutsas, Anastasios <Anastasios.Kamoutsas@fldoe.org>; | Fowler, Jessica <Jessica.Fowler@fldoe.org>; Hess-Sitte, Allison <Allison.Hess-Sitte@fldoe.org>; Hall, Eric <Eric.Hall@fldoe.org>; Oliva, Jacob <Jacob.Oliva@fldoe.org>; | 10/14/2021 10:43 | Email | Defendants_061461 - Defendants_061465 | Attorney Work-Product/Attorney-Client |
| DOC-0000032160 | 10/20/2021 12:38 RE: HB 233 Student Code of Conduct Requirements - Status Update | Hess-Sitte, Allison <Allison.Hess-Sitte@fldoe.org> | Swonson, Bethany <Bethany.Swonson@fldoe.org>; | Fowler, Jessica <Jessica.Fowler@fldoe.org>; Calatayud, Alexis <Alexis.Calatayud@fldoe.org>; | 10/20/2021 12:38 | Email | Defendants_061466 - Defendants_061471 | Attorney Work-Product/Attorney-Client |
| DOC-0000032195 | 4/12/2022 10:30 FW: Intellectual Freedom and Viewpoint Diversity survey -- Public Records Request - CF 152676 | Fowler, Jessica | Gay, Amanda <Amanda.Gay@fldoe.org>; | | 4/12/2022 10:30 | Email | Defendants_061495 - Defendants_061496 | Attorney Work-Product/Attorney-Client |
| DOC-0000032390 | 7/12/2021 16:43 RE: School District Action Chart for Legal Review | Edenfield, Holly | Gay, Amanda <Amanda.Gay@fldoe.org>; | | 7/12/2021 16:43 | Email | Defendants_062287 - Defendants_062289 | Attorney Work-Product/Attorney-Client |
| DOC-0000032399 | 6/28/2021 9:16 RE: School District Action Chart for Legal Review | Edenfield, Holly | Gay, Amanda <Amanda.Gay@fldoe.org>; | | 6/28/2021 9:16 | Email | Defendants_062295 | Attorney Work-Product/Attorney-Client |
| DOC-0000032402 | 7/19/2021 16:36 RE: School District Action Chart for Legal Review | Edenfield, Holly | Gay, Amanda <Amanda.Gay@fldoe.org>; | | 7/19/2021 16:36 | Email | Defendants_062297 - Defendants_062300 | Attorney Work-Product/Attorney-Client |
| DOC-0000032409 | 6/22/2021 9:10 School District Action Chart for Legal Review | Edenfield, Holly | Gay, Amanda <Amanda.Gay@fldoe.org>; | | 6/22/2021 9:10 | Email | Defendants_062304 | Attorney Work-Product/Attorney-Client |
| DOC-0000032569 | 4/4/2022 10:29 FW: Intellectual Freedom and Viewpoint Diversity Survey | /O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=AB179FA1C23A4A41908F7F1D9E 8A51A2B-KAREN.DENNI | Swonson, Bethany <Bethany.Swonson@fldoe.org>; Mack, Henry <Henry.Mack@fldoe.org>; Kamoutsas, Anastasios <Anastasios.Kamoutsas@fldoe.org>; Oliva, Jacob <Jacob.Oliva@fldoe.org>; | | 4/4/2022 10:29 | Email | Defendants_062569 | Attorney Work-Product/Attorney-Client |
| DOC-0000032774 | 10/15/2021 16:52 RE: HB 233 Student Code of Conduct Requirements - Status Update | Swonson, Bethany <Bethany.Swonson@fldoe.org> | Hebda, Kathy <Kathy.Hebda@fldoe.org>; Gay, Amanda <Amanda.Gay@fldoe.org>; | Hawkes, Caleb <Caleb.Hawkes@fldoe.org>; Kamoutsas, Anastasios <Anastasios.Kamoutsas@fldoe.org>; Hess-Sitte, Allison <Allison.Hess-Sitte@fldoe.org>; Calatayud, Alexis <Alexis.Calatayud@fldoe.org>; Hall, Eric <Eric.Hall@fldoe.org>; | 10/15/2021 16:52 | Email | Defendants_063021 - Defendants_063027 | Attorney Work-Product/Attorney-Client |
| DOC-0000032886 | 10/20/2021 9:40 Fwd: HB 233 Student Code of Conduct Requirements - Status Update | Hebda, Kathy | | | 10/20/2021 9:40 | Email | Defendants_063198 - Defendants_063205 | Attorney Work-Product/Attorney-Client |
| DOC-0000032951 | 10/20/2021 12:37 RE: HB 233 Student Code of Conduct Requirements - Status Update | Hess-Sitte, Allison <Allison.Hess-Sitte@fldoe.org> | Hebda, Kathy <Kathy.Hebda@fldoe.org>; Hawkes, Caleb <Caleb.Hawkes@fldoe.org> | Swonson, Bethany <Bethany.Swonson@fldoe.org>; Calatayud, Alexis <Alexis.Calatayud@fldoe.org>; Fowler, Jessica <Jessica.Fowler@fldoe.org>; | 10/20/2021 12:37 | Email | Defendants_063207 - Defendants_063212 | Attorney Work-Product/Attorney-Client |
| DOC-0000032997 | 6/7/2021 11:18 RE: FYI - SB 1028 Signed TODAY - | Braun, Jamie | Gay, Amanda <Amanda.Gay@fldoe.org>; | | 6/7/2021 11:18 | Email | Defendants_063236 - Defendants_063242 | Attorney Work-Product/Attorney-Client |
| DOC-0000033307 | 11/8/2021 11:23 Re: PRR for records related to enacting of HB 233 - CF 150699 | Henderson, Carrie <Carrie.Henderson@fldoe.org> | Hebda, Kathy <Kathy.Hebda@fldoe.org>; | | 11/8/2021 11:23 | Email | Defendants_063462 - Defendants_063463 | Attorney Work-Product/Attorney-Client |
| DOC-0000033433 | 10/26/2021 16:03 RE: HB 233 Survey Requirement - Status Update | Hebda, Kathy | Gay, Amanda <Amanda.Gay@fldoe.org>; | | 10/26/2021 16:03 | Email | Defendants_063633 - Defendants_063637 | Attorney Work-Product/Attorney-Client |
| DOC-0000033996 | 10/20/2021 10:41 HB 233 Student Code of Conduct Requirements - Status Update | Hess-Sitte, Allison <Allison.Hess-Sitte@fldoe.org> | Swonson, Bethany <Bethany.Swonson@fldoe.org>; | Fowler, Jessica <Jessica.Fowler@fldoe.org>; Calatayud, Alexis <Alexis.Calatayud@fldoe.org>; | 10/20/2021 10:41 | Email | Defendants_066845 - Defendants_066848 | Attorney Work-Product/Attorney-Client |
| DOC-0000034008 | 10/20/2021 14:25 RE: HB 233 Student Code of Conduct Requirements - Status Update | Klebacha, Theresa <Theresa.Klebacha@LASPBS.STATE.F L.US> | Hess-Sitte, Allison <Allison.Hess-Sitte@fldoe.org>; Fowler, Jessica <Jessica.Fowler@fldoe.org>; | Swonson, Bethany <Bethany.Swonson@fldoe.org>; Boam, Austin <Austin.Boam@LASPBS.STATE.FL.US>; Cecil, Shelby <Shelby.Cecil@LASPBS.STATE.FL.US>; Klebacha, Theresa <Theresa.Klebacha@LASPBS.STATE.FL.US>; | 10/20/2021 14:25 | Email | Defendants_067096 - Defendants_067100 | Attorney Work-Product/Attorney-Client |
| DOC-0000034147 | 10/15/2021 10:30 RE: HB 233 Student Code of Conduct Requirements - Status Update | Hebda, Kathy <Kathy.Hebda@fldoe.org> | Swonson, Bethany <Bethany.Swonson@fldoe.org>; Gay, Amanda <Amanda.Gay@fldoe.org>; Calatayud, Alexis <Alexis.Calatayud@fldoe.org>; Hawkes, Caleb <Caleb.Hawkes@fldoe.org>; | Fowler, Jessica <Jessica.Fowler@fldoe.org>; Hess-Sitte, Allison <Allison.Hess-Sitte@fldoe.org>; Hall, Eric <Eric.Hall@fldoe.org>; Jordan, Alexander <Alexander.Jordan@fldoe.org>; Cook, Lisa <Lisa.Cook@fldoe.org>; Henderson, Carrie <Carrie.Henderson@fldoe.org>; | 10/15/2021 10:30 | Email | Defendants_067716 - Defendants_067721 | Attorney Work-Product/Attorney-Client |
| DOC-0000036035 | 10/26/2021 16:03 RE: HB 233 Survey Requirement - Status Update | Hebda, Kathy | Gay, Amanda <Amanda.Gay@fldoe.org>; | | 10/26/2021 16:03 | Email | Defendants_076183 - Defendants_076187 | Attorney Work-Product/Attorney-Client |
| DOC-0000037902 | 10/20/2021 11:55 RE: HB 233 Student Code of Conduct Requirements - Status Update | Klebacha, Theresa <Theresa.Klebacha@LASPBS.STATE.F L.US> | Hess-Sitte, Allison <Allison.Hess-Sitte@fldoe.org>; | Swonson, Bethany <Bethany.Swonson@fldoe.org>; Fowler, Jessica <Jessica.Fowler@fldoe.org>; Boam, Austin <Austin.Boam@LASPBS.STATE.FL.US>; Cecil, Shelby <Shelby.Cecil@LASPBS.STATE.FL.US>; Klebacha, Theresa <Theresa.Klebacha@LASPBS.STATE.FL.US>; | 10/20/2021 11:56 | Email | Defendants_078700 - Defendants_078703 | Attorney Work-Product/Attorney-Client |
| DOC-0000038014 | 6/8/2021 15:44 RE: Associate in Science/General Education Requirements GC Guidance | Gay, Amanda | Diana Harper (Diana.Harper@fldoe.org) <Diana.Harper@fldoe.org>; | | 6/8/2021 15:44 | Email | Defendants_078754 - Defendants_078758 | Attorney Work-Product/Attorney-Client |
| DOC-0000038014-0001 | 6/7/2021 16:03 RE: FYI - SB 1028 Signed TODAY - | Hargreaves, Yvette <Yvette.Hargreaves@fldoe.org> | Gay, Amanda <Amanda.Gay@fldoe.org>; | | 6/8/2021 15:44 | Attached Email | Defendants_078759 - Defendants_078765 | Attorney Work-Product/Attorney-Client |
| DOC-0000038014-0003 | 6/7/2021 16:51 RE: Associate in Science/General Education Requirements GC Guidance | Hargreaves, Yvette <Yvette.Hargreaves@fldoe.org> | Gay, Amanda <Amanda.Gay@fldoe.org>; Braun, Jamie <Jamie.Braun@fldoe.org>; | | 6/8/2021 15:44 | Attached Email | Defendants_078772 - Defendants_078775 | Attorney Work-Product/Attorney-Client |

| DOC-0000038014-0007 | 6/7/2021 16:44 | RE: FYI - SB 1028 Signed TODAY - | Hargreaves, Yvette <Yvette.Hargreaves@fldoe.org> | Gay, Amanda Amanda.Gay@fldoe.org>; | | 6/8/2021 15:44 | Attached Email | Defendants_078785 - Defendants_078791 | Attorney Work-Product/Attorney-Client |
|---|---|---|---|---|---|---|---|---|---|
| DOC-0000038014-0009 | 6/7/2021 10:26 | RE: FYI - SB 1028 Signed TODAY - Third Memo | Hargreaves, Yvette <Yvette.Hargreaves@fldoe.org> | Gay, Amanda Amanda.Gay@fldoe.org>; Harper, Diana <Diana.Harper@fldoe.org>; | | 6/8/2021 15:44 | Attached Email | Defendants_078798 - Defendants_078804 | Attorney Work-Product/Attorney-Client |
| DOC-0000038014-0010 | 6/4/2021 12:46 | RE: FYI - SB 1028 Signed TODAY - Third Memo | Hargreaves, Yvette <Yvette.Hargreaves@fldoe.org> | Gay, Amanda Amanda.Gay@fldoe.org>; Harper, Diana <Diana.Harper@fldoe.org>; | | 6/8/2021 15:44 | Attached Email | Defendants_078805 - Defendants_078810 | Attorney Work-Product/Attorney-Client |
| DOC-0000038014-0012 | 6/7/2021 16:31 | Fw: Associate in Science/General Education Requirements GC Guidance | Henderson, Carrie <Carrie.Henderson@fldoe.org> | Gay, Amanda Amanda.Gay@fldoe.org>; Braun, Jamie <Jamie.Braun@fldoe.org> | Hargreaves, Yvette <Yvette.Hargreaves@fldoe.org>; Hawkes, Caleb <Caleb.Hawkes@fldoe.org>; Bocanegra, Daniela <Daniela.Bocanegra@fldoe.org>; | 6/8/2021 15:44 | Attached Email | Defendants_078817 - Defendants_078820 | Attorney Work-Product/Attorney-Client |
| DOC-0000038609 | 10/13/2021 16:32 | RE: HB 233 Student Code of Conduct Requirements - Status Update | Hebda, Kathy <Kathy.Hebda@fldoe.org> | Autry, Shanna <Shanna.Autry@fldoe.org>; Hawkes, Caleb <Caleb.Hawkes@fldoe.org>; Henderson, Carrie <Carrie.Henderson@fldoe.org>; | Valdes, Alexandra <Alexandra.Valdes@fldoe.org>; | 10/13/2021 16:32 | Email | Defendants_079189 - Defendants_079192 | Attorney Work-Product/Attorney-Client |
| DOC-0000039021 | 10/19/2021 9:53 | RE: HB 233 Survey Requirement - Status Update | Swonson, Bethany <Bethany.Swonson@fldoe.org> | Hebda, Kathy <Kathy.Hebda@fldoe.org>; Hawkes, Caleb <Caleb.Hawkes@fldoe.org>; Kamoutsas, Anastasios <Anastasios.Kamoutsas@fldoe.org>; Gay, Amanda <Amanda.Gay@fldoe.org>; | Hess-Sitte, Allison <Allison.Hess-Sitte@fldoe.org>; Pridgeon, Suzanne <Suzanne.Pridgeon@fldoe.org>; Hall, Eric <Eric.Hall@fldoe.org>; Fowler, Jessica <Jessica.Fowler@fldoe.org>; Calatayud, Alexis <Alexis.Calatayud@fldoe.org>; | 10/19/2021 9:53 | Email | Defendants_079286 - Defendants_079290 | Attorney Work-Product/Attorney-Client |
| DOC-0000039257 | 11/8/2021 9:58 | RE: PRR for records related to enacting of HB 233 - CF 150699 | Kamoutsas, Anastasios <Anastasios.Kamoutsas@fldoe.org> | Gay, Amanda Amanda.Gay@fldoe.org>; Hebda, Kathy <Kathy.Hebda@fldoe.org>; | PRR <PRR@fldoe.org>; Henderson, Carrie <Carrie.Henderson@fldoe.org> | 11/8/2021 10:00 | Email | Defendants_079466 - Defendants_079467 | Attorney Work-Product/Attorney-Client |
| DOC-0000039259 | 11/8/2021 10:00 | RE: PRR for records related to enacting of HB 233 - CF 150699 | Gay, Amanda <Amanda.Gay@fldoe.org> | PRR <PRR@fldoe.org>; Lewis, Linda <Linda.Lewis@fldoe.org>; Hebda, Kathy <Kathy.Hebda@fldoe.org>; | Dunn, Gavin <Gavin.Dunn@fldoe.org>; | 11/8/2021 10:01 | Email | Defendants_079468 - Defendants_079470 | Attorney Work-Product/Attorney-Client |
| DOC-0000039281 | 12/9/2021 17:15 | RE: PRR for records related to enacting of HB 233 - CF 150699 | Hebda, Kathy <Kathy.Hebda@fldoe.org> | Henderson, Carrie <Carrie.Henderson@fldoe.org>; | Smith, Tammy <Tammy.Smith@fldoe.org>; Gay, Amanda <Amanda.Gay@fldoe.org>; | 12/9/2021 17:15 | Email | Defendants_079471 - Defendants_079473 | Attorney Work-Product/Attorney-Client |
| DOC-0000040133 | 10/20/2021 11:55 | RE: HB 233 Student Code of Conduct Requirements - Status Update | Klebacha, Theresa <Theresa.Klebacha@LASPBS.STATE.FL.US> | Hess-Sitte, Allison <Allison.Hess-Sitte@fldoe.org> | Swonson, Bethany <Bethany.Swonson@fldoe.org>; Fowler, Jessica <Jessica.Fowler@fldoe.org>; Boam, Austin <Austin.Boam@LASPBS.STATE.FL.US>; Cecil, Shelby <Shelby.Cecil@LASPBS.STATE.FL.US>; Klebacha, Theresa <Theresa.Klebacha@LASPBS.STATE.FL.US>; | 10/20/2021 11:56 | Email | Defendants_079783 - Defendants_079786 | Attorney Work-Product/Attorney-Client |
| DOC-0000040320 | 7/8/2021 6:05 | Fwd: READ ME /// 7.8.21 PRIORITY TOPICS | Bethany Swonson <bswonson@gmail.com> | Swonson, Bethany <Bethany.Swonson@fldoe.org>; | | 7/8/2021 6:05 | Email | Defendants_079854 - Defendants_079855 | Attorney Work-Product/Attorney-Client |
| DOC-0000040351 | 10/5/2021 12:27 | RE: HB 233 Survey Requirement - Status Update | Swonson, Bethany | Gay, Amanda Amanda.Gay@fldoe.org>; Kamoutsas, Anastasios <Anastasios.Kamoutsas@fldoe.org>; | | 10/5/2021 12:27 | Email | Defendants_079958 - Defendants_079962 | Attorney Work-Product/Attorney-Client |

Exhibit E

| From: | Criser III, Marshall |
|---|---|
| Sent: | Monday, April 11, 2022 4:10 PM EDT |
| To: | Cartwright, Alexander; UCF, President; Robinson, Larry; Kelly, John; Martin, Mike; Avent, Randy; patokker@ncf.edu; Fuchs, Kent; Law, Rhea; Saunders, Martha; Jessell, Ken; McCullough, Richard; Chally, Pam; Criser III, Marshall |
| CC: | craig@tmfb.com; edgeale5@gmail.com; chldaytona@gmail.com; stermon.kent@gmail.com; steven.scott1776@gmail.com; govsilagy@gmail.com; Corcoran, Richard; wtselfacfs@gmail.com; tcerio2017@gmail.com; darlenelucciojordan@gmail.com; alan.levine@balladhealth.org; bdlamb76@hotmail.com; starmb@bellsouth.net; kjones@tlcapital.com; eehaddock@gmail.com; njanvier@fsu.edu; Criser III, Marshall |
| Subject: | State University System's Intellectual Diversity Survey |

> **Note: This message originated from outside the FIU Faculty/Staff email system.**

Dear Presidents,

I want to thank you and your students, faculty and staff for their support of the State University System's Intellectual Diversity Survey. At the close Friday night, 10,948 students and 11,231 employees participated in the survey.

I appreciate your efforts and the efforts of your team to communicate the survey to each of your students and employees.

Marshall

**Marshall M. Criser III**
**Chancellor**

Board of Governors
State University System of Florida
325 West Gaines Street, Suite 1614
Tallahassee, Florida 32399
(850) 245-9687 | Fax (850) 245-9685
www.flbog.edu



Exhibit F

**Search terms:**

RFP # 1:
Time period: 1/12/2021-4/29/2022
Search terms: "HB 233" OR "HB233" OR "House Bill 233" OR "Senate Bill 264" OR "SB264"
OR "SB 264"

RFP # 2:
Time period: 1/12/2021-4/29/2022
Search terms:
RFP 2 Search 2: "survey" w/in 10 (viewpoint OR "intellectual diversity")

RFP # 3:
Time period: 1/12/2021-4/29/2022
Search terms:
anti-shielding OR antishielding  OR "anti shielding"

RFP # 4:
Time period: 1/12/2021-4/29/2022
Search terms: "lecture recording" OR "classroom recording"

RFP # 5:
Time period: 1/12/2021-4/29/2022
Search terms:  "intellectual freedom" OR "academic freedom"

RFP # 6:
Time period: 1/12/2021-4/29/2022
Search terms: "viewpoint diversity" OR ("ideological makeup" AND [faculty OR students OR
staff])

RFP # 7:
Time period: 1/12/2021-4/29/2022
Search terms:
RFP 7 Search 1: ("censor!" OR "disciplin!" OR "firing" OR fire! OR "terminat!") AND
("faculty" AND indoctrination")
RFP 7 Search 2: ("censor!" OR "disciplin!" OR "firing" OR fire! OR "terminat!") AND
("student" AND indoctrination")

RFP # 8:
Time period: 1/12/2021-4/29/2022
Search terms: (restrict! OR withhold!) AND (fund! OR resource!)

**Custodians:**
Commissioner Richard Corcoran
Chancellor Kathryn Hebda
Carrie Henderson
Hayley Spencer
Daniela Bocanegra
Caleb Hawkes
Yvette Hargreaves
Amanda Gay
Henry Mack
Jeremy Katz
Bethany Swonson
Alexis Calatayud
Jessica Fowler

Exhibit G

**Robyn Kramer**

| | |
|---|---|
| **From:** | George Levesque <George.Levesque@gray-robinson.com> |
| **Sent:** | Wednesday, June 29, 2022 10:13 AM |
| **To:** | Robyn Kramer; Ashley Hoffman Lukis; Spencer Klein; Elisabeth Frost; Fritz Wermuth; Melissa Hill; Angie Price; Noah Baron; Raisa Cramer; jposimato@elias.law; William Hancock; Kimberly Healy; Alexi Velez |
| **Cc:** | Tim Moore, Jr.; Patrick M. Hagen; Maelene Tyson, FRP |
| **Subject:** | RE: Link et al. v. Diaz, et al.: Defendant Florida Board of Education's Document Production |

Robyn,

Thank you for the flexibility.  Barring a resolution, we do expect to file the motion this week.

To that end, you assert that Commissioner Corcoran was "personally involved in the policies and events related to HB 233."  We have not seen anything that would suggest that he was directly involved with the administration of HB 233.  And he certainly was not involved with the passage of the bill since he was not in the legislature.  Being cc'd on emails is hardly an indicator of the type of personal involvement that would warrant such inquiry.  What is your basis for asserting his personal involvement?

And the apex doctrine would apply to him as the Commissioner of Education and as one of several members of the Board of Governors.  That he no longer holds one of those positions does not make the apex doctrine or other legislative and executive privileges inapplicable.  This is all the more compelling when it is yet to be demonstrated that he has some unique or specific knowledge, which we have seen nothing that would suggest that.  The fact that you may not be able to obtain the information is not a determinative, because as *Arlington Heights* recognizes, "such testimony frequently will be barred by privilege."

George

**T** 850.577.9090
**D** 850.577.6969
**F** 850.577.3311



**George Levesque**
Shareholder

GrayRobinson, P.A. ▪ 301 South Bronough Street, Suite 600, Tallahassee, Florida 32301

**From:** Robyn Kramer <rkramer@kbzwlaw.com>
**Sent:** Wednesday, June 29, 2022 9:41 AM
**To:** Ashley Hoffman Lukis <ashley.lukis@gray-robinson.com>; Spencer Klein <sklein@elias.law>; Elisabeth Frost <efrost@elias.law>; Fritz Wermuth <FWermuth@kbzwlaw.com>; Melissa Hill <mhill@kbzwlaw.com>; Angie Price <APrice@kbzwlaw.com>; Noah Baron <nbaron@elias.law>; Raisa Cramer <rcramer@elias.law>; jposimato@elias.law; William Hancock <whancock@elias.law>; Kimberly Healy <khealy@kbzwlaw.com>; Alexi Velez <avelez@elias.law>

1

**Cc:** Tim Moore, Jr. <tim.moore@gray-robinson.com>; Patrick M. Hagen <Patrick.Hagen@gray-robinson.com>; Maelene Tyson, FRP <Maelene.Tyson@gray-robinson.com>; George Levesque <George.Levesque@gray-robinson.com>
**Subject:** RE: Link et al. v. Diaz, et al.: Defendant Florida Board of Education's Document Production

**This message originated outside of GrayRobinson.**

Hi Ashley,

Provided your motion for a protective order is filed this week, we will agree to move Mr. Corcoran's deposition to late July to allow for resolution of the motion. Our position is that Mr. Corcoran has been personally involved in the policies and events related to HB233 and has made multiple relevant public statements. Based on his involvement, we are entitled to gather evidence of Mr. Corcoran's personal knowledge of matters related to HB233 and the events and circumstances at issue in the complaint, particularly those events and circumstances for which we cannot obtain evidence from alternate sources. Baldly asserting the apex doctrine when Mr. Corcoran is no longer the Commissioner and is not being deposed in that capacity does not suffice.

Robyn Kramer | Associate
rkramer@kbzwlaw.com
K I N G ,  B L A C K W E L L ,  Z E H N D E R  &  W E R M U T H ,  P . A .
25 East Pine St | P.O. Box 1631 | Orlando, FL 32801
Tel: 407-422-2472 | Fax: 407-648-0161
kbzwlaw.com

This email is confidential, intended only for the named recipient(s) above and may contain information and attachments that are privileged or otherwise exempt from disclosure under applicable law.  If you have received this email in error, please advise the sender and permanently delete this email and any attachments from your system. Thank you.

**From:** Ashley Hoffman Lukis <ashley.lukis@gray-robinson.com>
**Sent:** Monday, June 27, 2022 4:01 PM
**To:** Robyn Kramer <rkramer@kbzwlaw.com>; Spencer Klein <sklein@elias.law>; Elisabeth Frost <efrost@elias.law>; Fritz Wermuth <FWermuth@kbzwlaw.com>; Melissa Hill <mhill@kbzwlaw.com>; Angie Price <APrice@kbzwlaw.com>; Noah Baron <nbaron@elias.law>; Raisa Cramer <rcramer@elias.law>; jposimato@elias.law; William Hancock <whancock@elias.law>; Kimberly Healy <khealy@kbzwlaw.com>; Alexi Velez <avelez@elias.law>
**Cc:** Tim Moore, Jr. <tim.moore@gray-robinson.com>; Patrick M. Hagen <Patrick.Hagen@gray-robinson.com>; Maelene Tyson, FRP <Maelene.Tyson@gray-robinson.com>; George Levesque <George.Levesque@gray-robinson.com>
**Subject:** RE: Link et al. v. Diaz, et al.: Defendant Florida Board of Education's Document Production

Hi Robyn, yes Richard Corcoran was one of the custodians that the Board of Education searched. July 13 does not work for his deposition because, as George indicated in the attached email, we believe this deposition is improper and unwarranted based on the apex doctrine as well as the legislative and executive privileges. If you have any response to that position for purposes of conferral, or if you would like to discuss by phone, please let us know. We plan to move for a protective order this week. Can we agree to push the proposed date to allow that motion to be resolved, and to avoid styling a motion as an emergency?

I am in the process of preparing a production from the Board of Education—it is taking some time to prepare given its size, but you will have it this afternoon.

Thanks,
Ashley

**Ashley Hoffman Lukis**
Shareholder

**T** 850.577.9090
**F** 850.577.3311



GrayRobinson, P.A. ▪ 301 South Bronough Street, Suite 600, Tallahassee, Florida 32301



**From:** Robyn Kramer <rkramer@kbzwlaw.com>
**Sent:** Monday, June 27, 2022 3:28 PM
**To:** Ashley Hoffman Lukis <ashley.lukis@gray-robinson.com>; Spencer Klein <sklein@elias.law>; Elisabeth Frost <efrost@elias.law>; Fritz Wermuth <FWermuth@kbzwlaw.com>; Melissa Hill <mhill@kbzwlaw.com>; Angie Price <APrice@kbzwlaw.com>; Noah Baron <nbaron@elias.law>; Raisa Cramer <rcramer@elias.law>; jposimato@elias.law; William Hancock <whancock@elias.law>; Kimberly Healy <khealy@kbzwlaw.com>; Alexi Velez <avelez@elias.law>
**Cc:** Tim Moore, Jr. <tim.moore@gray-robinson.com>; Patrick M. Hagen <Patrick.Hagen@gray-robinson.com>; Maelene Tyson, FRP <Maelene.Tyson@gray-robinson.com>; George Levesque <George.Levesque@gray-robinson.com>
**Subject:** RE: Link et al. v. Diaz, et al.: Defendant Florida Board of Education's Document Production

**This message originated outside of GrayRobinson.**

Hi Ashley,

I'm following up on my two questions below about whether the BOE productions will include Richard Corcoran's communications and whether July 13 works for his deposition. Also, we were expecting a BOE production last week, but never received it. Can you please update us on the status of that production?

Robyn Kramer | Associate
rkramer@kbzwlaw.com
K I N G , B L A C K W E L L , Z E H N D E R & W E R M U T H , P.A.
25 East Pine St | P.O. Box 1631 | Orlando, FL 32801
Tel: 407-422-2472 | Fax: 407-648-0161
kbzwlaw.com

This email is confidential, intended only for the named recipient(s) above and may contain information and attachments that are privileged or otherwise exempt from disclosure under applicable law. If you have received this email in error, please advise the sender and permanently delete this email and any attachments from your system. Thank you.

**From:** Robyn Kramer
**Sent:** Wednesday, June 22, 2022 2:04 PM
**To:** Ashley Hoffman Lukis <ashley.lukis@gray-robinson.com>; Spencer Klein <sklein@elias.law>; Elisabeth Frost <efrost@elias.law>; Fritz Wermuth <FWermuth@kbzwlaw.com>; Melissa Hill <mhill@kbzwlaw.com>; Angie Price <APrice@kbzwlaw.com>; Noah Baron <nbaron@elias.law>; Raisa Cramer <rcramer@elias.law>; jposimato@elias.law; William Hancock <whancock@elias.law>; Kimberly Healy <khealy@kbzwlaw.com>; Alexi Velez <avelez@elias.law>
**Cc:** Tim Moore, Jr. <tim.moore@gray-robinson.com>; Patrick M. Hagen <Patrick.Hagen@gray-robinson.com>; Maelene Tyson, FRP <Maelene.Tyson@gray-robinson.com>; George Levesque <George.Levesque@gray-robinson.com>
**Subject:** RE: Link et al. v. Diaz, et al.: Defendant Florida Board of Education's Document Production

Thanks for letting us know, Ashley. Will the remaining BOE productions include the communications and documents we requested from then-Commissioner Corcoran? We've seen very few emails with him as a participant (around 5 total), so I wanted to confirm that a search of his documents was conducted. Also, does the July 13 date that we selected for Richard Corcoran's deposition work?

Thanks,
Robyn

Robyn Kramer | Associate
rkramer@kbzwlaw.com
K I N G, B L A C K W E L L, Z E H N D E R & W E R M U T H, P.A.
25 East Pine St | P.O. Box 1631 | Orlando, FL 32801
Tel: 407-422-2472 | Fax: 407-648-0161
kbzwlaw.com

This email is confidential, intended only for the named recipient(s) above and may contain information and attachments that are privileged or otherwise exempt from disclosure under applicable law.  If you have received this email in error, please advise the sender and permanently delete this email and any attachments from your system. Thank you.

---

**From:** Ashley Hoffman Lukis <ashley.lukis@gray-robinson.com>
**Sent:** Tuesday, June 21, 2022 1:42 PM
**To:** Robyn Kramer <rkramer@kbzwlaw.com>; Spencer Klein <sklein@elias.law>; Elisabeth Frost <efrost@elias.law>; Fritz Wermuth <FWermuth@kbzwlaw.com>; Melissa Hill <mhill@kbzwlaw.com>; Angie Price <APrice@kbzwlaw.com>; Noah Baron <nbaron@elias.law>; Raisa Cramer <rcramer@elias.law>; jposimato@elias.law; William Hancock <whancock@elias.law>; Kimberly Healy <khealy@kbzwlaw.com>; Alexi Velez <avelez@elias.law>
**Cc:** Tim Moore, Jr. <tim.moore@gray-robinson.com>; Patrick M. Hagen <Patrick.Hagen@gray-robinson.com>; Maelene Tyson, FRP <Maelene.Tyson@gray-robinson.com>; George Levesque <George.Levesque@gray-robinson.com>
**Subject:** RE: Link et al. v. Diaz, et al.: Defendant Florida Board of Education's Document Production

Hi Robyn,

You will receive one production set from the BOE this week (around 3K documents), and most of the remaining BOE documents on Tuesday/Wednesday next week (fewer than 2K documents, but unsure yet the exact number). The only remaining production after that will be in response to RFP 8—BOE is still pulling documents for that request, so we can give you a timeframe once we have a better understanding of the document set, but at this time would anticipate producing that final set of records the first week of July.

Thanks,
Ashley



**Ashley Hoffman Lukis**
Shareholder



GrayRobinson, P.A. • 301 South Bronough Street, Suite 600, Tallahassee, Florida 32301

---

**From:** Robyn Kramer <rkramer@kbzwlaw.com>
**Sent:** Monday, June 20, 2022 1:07 PM
**To:** George Levesque <George.Levesque@gray-robinson.com>; Spencer Klein <sklein@elias.law>; Elisabeth Frost <efrost@elias.law>; Fritz Wermuth <FWermuth@kbzwlaw.com>; Melissa Hill <mhill@kbzwlaw.com>; Angie Price <APrice@kbzwlaw.com>; Noah Baron <nbaron@elias.law>; Raisa Cramer <rcramer@elias.law>; jposimato@elias.law; William Hancock <whancock@elias.law>; Kimberly Healy <khealy@kbzwlaw.com>; Alexi Velez <avelez@elias.law>
**Cc:** Ashley Hoffman Lukis <ashley.lukis@gray-robinson.com>; Tim Moore, Jr. <tim.moore@gray-robinson.com>; Patrick M. Hagen <Patrick.Hagen@gray-robinson.com>; Maelene Tyson, FRP <Maelene.Tyson@gray-robinson.com>
**Subject:** RE: Link et al. v. Diaz, et al.: Defendant Florida Board of Education's Document Production

**This message originated outside of GrayRobinson.**

George,

Can you please confirm you will be sending the remainder of the BOE documents by the end of this week and let us know approximately how many documents will be including in the production? We need to set aside enough time to review the documents before the 30(b)(6) deposition.

Robyn Kramer | Associate
rkramer@kbzwlaw.com
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.
25 East Pine St | P.O. Box 1631 | Orlando, FL 32801
Tel: 407-422-2472 | Fax: 407-648-0161
kbzwlaw.com

This email is confidential, intended only for the named recipient(s) above and may contain information and attachments that are privileged or otherwise exempt from disclosure under applicable law.  If you have received this email in error, please advise the sender and permanently delete this email and any attachments from your system. Thank you.

**From:** George Levesque <George.Levesque@gray-robinson.com>
**Sent:** Friday, June 10, 2022 1:40 PM
**To:** Robyn Kramer <rkramer@kbzwlaw.com>; Spencer Klein <sklein@elias.law>; Elisabeth Frost <efrost@elias.law>; Fritz Wermuth <FWermuth@kbzwlaw.com>; Melissa Hill <mhill@kbzwlaw.com>; Angie Price <APrice@kbzwlaw.com>; Noah Baron <nbaron@elias.law>; Raisa Cramer <rcramer@elias.law>; jposimato@elias.law; William Hancock <whancock@elias.law>; Kimberly Healy <khealy@kbzwlaw.com>; Alexi Velez <avelez@elias.law>
**Cc:** Ashley Hoffman Lukis <ashley.lukis@gray-robinson.com>; Tim Moore, Jr. <tim.moore@gray-robinson.com>; Patrick M. Hagen <Patrick.Hagen@gray-robinson.com>; Maelene Tyson, FRP <Maelene.Tyson@gray-robinson.com>
**Subject:** RE: Link et al. v. Diaz, et al.: Defendant Florida Board of Education's Document Production

Robyn,
It is not.  We are presently reviewing another tranche of documents, and are in the process of obtaining another supplemental production from the client.  I'll inquire as to Chancellor Hebda's availability in July.



**George Levesque**
Shareholder

GrayRobinson, P.A. • 301 South Bronough Street, Suite 600, Tallahassee, Florida 32301



**From:** Robyn Kramer <rkramer@kbzwlaw.com>
**Sent:** Friday, June 10, 2022 1:01 PM
**To:** George Levesque <George.Levesque@gray-robinson.com>; Spencer Klein <sklein@elias.law>; Elisabeth Frost <efrost@elias.law>; Fritz Wermuth <FWermuth@kbzwlaw.com>; Melissa Hill <mhill@kbzwlaw.com>; Angie Price <APrice@kbzwlaw.com>; Noah Baron <nbaron@elias.law>; Raisa Cramer <rcramer@elias.law>; jposimato@elias.law; William Hancock <whancock@elias.law>; Kimberly Healy <khealy@kbzwlaw.com>; Alexi Velez <avelez@elias.law>
**Cc:** Ashley Hoffman Lukis <ashley.lukis@gray-robinson.com>; Tim Moore, Jr. <tim.moore@gray-robinson.com>; Patrick M. Hagen <Patrick.Hagen@gray-robinson.com>; Maelene Tyson, FRP <Maelene.Tyson@gray-robinson.com>
**Subject:** RE: Link et al. v. Diaz, et al.: Defendant Florida Board of Education's Document Production

**This message originated outside of GrayRobinson.**

George,

Can you confirm that the Florida Board of Education's production is complete and also provide new dates for Chancellor Hebda's availability for a July deposition?

Thanks,
Robyn

Robyn Kramer | Associate
rkramer@kbzwlaw.com
K I N G ,   B L A C K W E L L ,   Z E H N D E R   &   W E R M U T H ,   P. A .
25 East Pine St | P.O. Box 1631 | Orlando, FL 32801
Tel: 407-422-2472 | Fax: 407-648-0161
kbzwlaw.com

This email is confidential, intended only for the named recipient(s) above and may contain information and attachments that are privileged or otherwise exempt from disclosure under applicable law.  If you have received this email in error, please advise the sender and permanently delete this email and any attachments from your system. Thank you.

**From:** George Levesque <George.Levesque@gray-robinson.com>
**Sent:** Wednesday, June 1, 2022 10:37 AM
**To:** Spencer Klein <sklein@elias.law>; Elisabeth Frost <efrost@elias.law>; Fritz Wermuth <FWermuth@kbzwlaw.com>; Robyn Kramer <rkramer@kbzwlaw.com>; Melissa Hill <mhill@kbzwlaw.com>; Angie Price <APrice@kbzwlaw.com>; Noah Baron <nbaron@elias.law>; Raisa Cramer <rcramer@elias.law>; Spencer McCandless <smccandless@elias.law>; jposimato@elias.law; Chris Dodge <cdodge@elias.law>; William Hancock <whancock@elias.law>; Kimberly Healy <khealy@kbzwlaw.com>; Alexi Velez <avelez@elias.law>
**Cc:** Ashley Hoffman Lukis <ashley.lukis@gray-robinson.com>; Tim Moore, Jr. <tim.moore@gray-robinson.com>; Patrick M. Hagen <Patrick.Hagen@gray-robinson.com>; Maelene Tyson, FRP <Maelene.Tyson@gray-robinson.com>
**Subject:** Link et al. v. Diaz, et al.: Defendant Florida Board of Education's Document Production

All,

The link below contains a supplemental production by the Florida Board of Education.  These documents are responsive to at least Request # 2 of Plaintiffs' First RFP.

| Production Volume: | VOL006 |
|---|---|
| BegBates: | Defendants_040478 |
| EndBates: | Defendants_041304 |
| Total Docs: | 256 |
| Total Pages: | 827 |
| Natives: | 4 |
| Compressed Data Size: | 0.0409GB |
| VOL006 Zip Password: | dhcnjfklx#45! |

Click the following link to download your file(s).

Click to Retrieve File(s)

6

VOL006.zip

If the above link is not clickable, copy and paste the following URL into your browser.

https://www.sendthisfile.com/4BrfdqmgiSyJYhfFiTSflfTl

Note: These files will expire in 14 days from the time this email was generated.



**George Levesque**
Shareholder

**T** 850.577.9090
**D** 850.577.6969
**F** 850.577.3311

GrayRobinson, P.A. ▪ 301 South Bronough Street, Suite 600, Tallahassee, Florida 32301



This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

Exhibit H

| Date: | Wed, 10 Feb 2021 5:32:00 PM -0500 |
| Sent: | Wed, 10 Feb 2021 5:35:34 PM -0500 |
| Subject: | FW: See attached! |
| From: | Swonson, Bethany |
| To: | Fenske, Taryn <Taryn.Fenske@fldoe.org >; Kelly, Alex <Alex.Kelly@fldoe.org >; |
| Attachments: | amendmentdraft80597- ID 2.docx |

---

**From:** Swonson, Bethany
**Sent:** Monday, January 25, 2021 8:14 PM
**To:** 'Kulavic, Krissy' <Kulavic.Krissy@flsenate.gov >; ray isayray.com <ray@isayray.com >
**Cc:** Gay, Amanda <Amanda.Gay@fldoe.org >
**Subject:** RE: See attached!

Thanks for all your help, **Krissy** and **Team**! Here are talking points that **Amanda Gay** helped daft tonight for the Senator!

*This is a friendly amendment that clarifies a few things and strengthens the bill's intent. Specifically,*

- **Lines 6-7: For state board rulemaking:**
  - This is a ***clarifying edit***, simply making clear that the State Board of Education has rulemaking authority to implement the requirement that FCS institutions conduct an annual assessment.
  - The original bill implied rulemaking authority without the amendment; however, this amendment ensures the authority is properly and clearly delegated.

- **Lines 58-60: For including FERPA and Florida Statutes on classroom video/audio recording:**
  - Clarifying that one's ability to record and publish video or audio of a college classroom is subject to FERPA and the related Florida Statutes, emphasizes, for example, that ***that colleges and professors cannot use student's education records in violation of FERPA***.
    - This ***balances*** free speech issues with the ***importance of protecting private*** student information.
    - This ***does not limit*** a student's expressive activities.
    - Instead, this recognizes and illustrates that federal law on student privacy and confidentiality is regarded and upheld.

  - FERPA Background:
    - FERPA provides that a video of a student is considered an "education record" when the video is directly related to a student and maintained by an educational agency, institution, or a party acting for the agency or institution.
    - FERPA prohibits schools, or those acting for the school, from disclosing personally identifiable information from a student's education record without consent.
    - Hypothetically, without this amendment, a professor could attempt to record a student's comments in class and post the same to the internet. It would still be in violation of FERPA, if the professor did not obtain consent first; however, this edit makes clear that this is not the intention of the bill and that FERPA still applies—so that there is no discrepancy.

Best,
Bethany

---

**From:** Kulavic, Krissy <Kulavic.Krissy@flsenate.gov >
**Sent:** Monday, January 25, 2021 6:52 PM
**To:** Swonson, Bethany <Bethany.Swonson@fldoe.org >; ray isayray.com <ray@isayray.com >
**Cc:** Gay, Amanda <Amanda.Gay@fldoe.org >

Defendants_041739

**Subject:** RE: See attached!

Please see the attached amendment just released.

*Best,*

**Krissy Kulavic**
Legislative Assistant, District 27
Senator Ray Rodrigues
District: (239) 338-2570
Tallahassee: (850) 487-5027

---

**From:** Swonson, Bethany <Bethany.Swonson@fldoe.org>
**Sent:** Monday, January 25, 2021 3:41 PM
**To:** ray isayray.com <ray@isayray.com>
**Cc:** Gay, Amanda <Amanda.Gay@fldoe.org>; Kulavic, Krissy <Kulavic.Krissy@flsenate.gov>
**Subject:** RE: See attached!

Senator, please see below for the updated amendment.

       1.    Between lines 45 and 46 insert: The State Board of Education may adopt rules to implement this paragraph.

       2.    Delete lines 83-85 and insert: in outdoor areas of campus and in classrooms, subject to the protections provided in the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. s. 1232g, and s. 1002.22, Florida Statutes. Expressive activities protected by this section do not include commercial speech.

---

**From:** Swonson, Bethany
**Sent:** Monday, January 25, 2021 3:24 PM
**To:** 'ray isayray.com' <ray@isayray.com>
**Subject:** RE: See attached!

Ahh! You are so right. SO SORRY the right statute is s. 1002.22 F.S.

http://www.leg.state.fl.us/statutes/index.cfm?App_mode=Display_Statute &URL=1000-1099/1002/Sections/1002.22.html ☺

**1002.22 Education records and reports of K-12 students; rights of parents and students; notification; penalty.** —
(1) DEFINITIONS. —As used in this section, the term:
(a) "Agency" means any board, agency, or other entity that provides administrative control or direction of or performs services for public elementary or secondary schools, centers, or other institutions as defined in this chapter.
(b) "Institution" means any public school, center, institution, or other entity that is part of Florida's education system under s. 1000.04(1), (3), and (4).
(2) RIGHTS OF STUDENTS AND PARENTS. —The rights of students and their parents with respect to education records created, maintained, or used by public educational institutions and agencies shall be protected in accordance with the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. s. 1232g, the implementing regulations issued pursuant thereto, and this section. In order to maintain the eligibility of public educational institutions and agencies to receive

Defendants_041740

federal funds and participate in federal programs, the State Board of Education shall comply with the FERPA after the board has evaluated and determined that the FERPA is consistent with the following principles:

(a)◻Students and their parents shall have the right to access their education records, including the right to inspect and review those records.

(b)◻Students and their parents shall have the right to waive their access to their education records in certain circumstances.

(c)◻Students and their parents shall have the right to challenge the content of education records in order to ensure that the records are not inaccurate, misleading, or otherwise a violation of privacy or other rights.

(d)◻Students and their parents shall have the right of privacy with respect to such records and reports.

(e)◻Students and their parents shall receive annual notice of their rights with respect to education records.

(3)◻DUTIES AND RESPONSIBILITIES. —The State Board of Education shall:

(a)◻Adopt rules pursuant to ss. 120.536(1) and 120.54 to administer this section.

(b)◻Monitor the FERPA and notify the Legislature of any significant change to the requirements of the FERPA or other major changes in federal law which may impact this section.

(c)◻Advise the Legislature of any change in the FERPA which may create a need for an exemption to the requirements of s. 24(a), Art. I of the State Constitution.

(4)◻PENALTY. —If any official or employee of an institution refuses to comply with this section, the aggrieved parent or student has an immediate right to bring an action in circuit court to enforce his or her rights by injunction. Any aggrieved parent or student who receives injunctive relief may be awarded attorney fees and court costs.

(5)◻APPLICABILITY TO RECORDS OF DEFUNCT INSTITUTIONS. —This section applies to student records that any nonpublic educational institution that is no longer operating has deposited with the district school superintendent in the county where the nonpublic educational institution was located.

History.—s. 94, ch. 2002-387; s. 4, ch. 2004-356; s. 78, ch. 2004-357; s. 13, ch. 2004-484; s. 2, ch. 2009-239; s. 1, ch. 2014-41.

---

**From:** ray isayray.com <ray@isayray.com >
**Sent:** Monday, January 25, 2021 3:15 PM
**To:** Swonson, Bethany <Bethany.Swonson@fldoe.org >
**Subject:** Re: See attached!

Hi, please send me 1022.22 Florida Statutes.  I can't find it.

Thanks,
Ray

**From:** Swonson, Bethany <Bethany.Swonson@fldoe.org >
**Sent:** Monday, January 25, 2021 10:31 AM
**To:** ray isayray.com <ray@isayray.com >
**Cc:** Kulavic.Krissy@flsenate.gov <Kulavic.Krissy@flsenate.gov >
**Subject:** RE: See attached!

Hey **Senator**, Below is some language that our team has come up with for you to consider.

We think that minor edits could alleviate the concerns. The lines are in reference to the bill as currently filed. But note there is an amendment. We can easily change the line numbers if that amendment passes.

Defendants_041741

1.   Between lines 45 and 46 insert: The State Board of Education may adopt rules to implement this paragraph.

2.   Delete lines 83-85 and insert: in outdoor areas of campus and in classrooms, subject to the protections provided in the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. s. 1232g, and s. 1022.22, Florida Statutes. Expressive activities protected by this section do not include commercial speech.

Please let us know what you think.

Best,
Bethany

---

**From:** Swonson, Bethany
**Sent:** Friday, January 22, 2021 4:48 PM
**To:** 'ray@isayray.com' <ray@isayray.com>
**Subject:** See attached!

Pg. 5 ☺

Best,
Bethany

**Bethany Swonson**
**Deputy Chief of Staff**
**Florida Department of Education**
325 West Gaines Street, Room 1522
Tallahassee, FL 32399-0400
C: 850-621-2556
O: 850-245-9633
bethany.swonson@fldoe.org

Exhibit I

| | |
|---|---|
| **Date:** | Fri, 25 Jun 2021 12:44:53 AM -0400 |
| **Sent:** | Fri, 25 Jun 2021 12:44:49 AM -0400 |
| **Subject:** | Re: HB 233 Questions |
| **From:** | Swonson, Bethany |
| **To:** | Etters, Cheryl <Cheryl.Etters@fldoe.org>; #Comms5 <Comms5@fldoe.org>; |
| **CC:** | Hebda, Kathy <Kathy.Hebda@fldoe.org>; |

Great! Lets make sure to be in lockstep with their messaging then :)
Bethany Swonson
Florida Department of Education
325 West Gaines Street, Room 1522
Tallahassee, FL 32399-0400
C: 850-621-2556
O: 850-245-9633
bethany.swonson@fldoe.org

---

**From:** Etters, Cheryl <Cheryl.Etters@fldoe.org>
**Sent:** Friday, June 25, 2021 11:33:28 AM
**To:** Swonson, Bethany <Bethany.Swonson@fldoe.org>; #Comms5 <Comms5@fldoe.org>
**Cc:** Hebda, Kathy <Kathy.Hebda@fldoe.org>
**Subject:** FW: HB 233 Questions

FYI – See below for EOG responses on HB 233. No action necessary on our part.

Cheryl

---

**From:** Pushaw, Christina <Christina.Pushaw@eog.myflorida.com>
**Sent:** Friday, June 25, 2021 11:27 AM
**To:** Isaac Schorr <ischorr@nationalreview.com>
**Cc:** Etters, Cheryl <Cheryl.Etters@fldoe.org>; Mahon, Jason <Jason.Mahon@eog.myflorida.com>
**Subject:** Re: HB 233 Questions

Hi Isaac,

I appreciate your questions about this. There is a lot of disinformation and false narratives around HB 233 so I'm hopeful that you can use our answers to set the record straight.

For your first question, I am sharing Governor DeSantis' explanation from the press conference where he signed the bill, because he explained why it's important to him. The bottom line is that the Governor wants to ensure that free inquiry, viewpoint diversity, and civil discourse are thriving on Florida's college and university campuses.

"Finally, I'm signing House Bill 233, the bill requires colleges and universities to conduct annual assessments on the intellectual freedom and viewpoint diversity at these institutions. It used to be thought that a university campus was a place where you'd be exposed to a lot of different ideas. Unfortunately, now these are more intellectually repressive environments. You have orthodoxies that are promoted and other viewpoints are shunned or even suppressed. We don't want that in Florida. You need to have a true contest of ideas. Students should not be shielded from ideas. And we want robust first amendment speech on our college and university campuses. And I think that having intellectual diversity is something that's very, very important as we go forward. And I know a lot of parents, one of the things they worry about, if you send a kid to a university, are they just going to basically be indoctrinated? Or are they actually going to be taught to think for themselves, challenge assumptions, and really be critical thinkers and learners? We obviously want our universities to be focused on critical thinking, academic rigor. We do not want them as basically hotbeds for stale ideology. That's not worth tax dollars and that's not something that we're going to be supporting going forward. So we've these bills build off a lot of the work we've done since I took office."

Defendants_075475

To answer some of your other questions, I am sharing a statement from our Deputy Comms Director Jason Mahon (copied). The last question I would suggest asking Sen. Rodrigues and Rep. Roach.

- Saying "Governor DeSantis is requiring Florida students, professors to register political views with state" is simply not true. The bill requires a survey, a survey conducted by the State Board of Education (for state colleges) and Board of Governors (for state universities). It is not "registering" political views. Like any survey, it would need a valid sample, but there is not an expectation that every Florida student or professor would even need to participate. In fact, The legislation requires that the survey be "objective, nonpartisan, and statistically valid." Those requirements do not necessitate knowing the identity of the respondent, nor do they require everyone to participate.
- The concept that "Universities may lose funding if staff and students' beliefs do not satisfy Florida's GOP-run legislature" is also completely out of context for several reasons:
    - The legislature has always had control over funding for state universities and colleges. This is not new.
    - The survey has not been written yet, but it is commissioned to collect information about viewpoint diversity and intellectual freedom. This is not limited to what party someone is registered with or their political ideas. The State Board of Education and Board of Governors are developing a thorough, thoughtful survey that will seek to find out whether or not students and faculty actually feel like they can express their opinion on a campus.
- This is not unprecedented.
    - After doing similar surveys in 2004, 2010 and 2016, North Carlina adopted a Campus Free Speech law in 2017, creating Article 36 of their statute 116. You can read it here - https://www.ncleg.net/EnactedLegislation/Statutes/HTML/ByChapter/Chapter_116.html .
    - The Florida Legislature also enacted a similar law in 2018 the "Campus Free Expression Act" (Section 6, beginning on page 12 of SB 4)
    - In Colorado, the University of Colorado conducted a social climate survey in 2014. Please find it attached.

Overall, the bill requires state colleges and universities to conduct an annual assessment of viewpoint diversity and intellectual freedom at their universities. This is required because freedom of speech is an essential building block of our freedom as Americans and our higher education institutions must champion it, rather than chip away at it.

The state isn't rushing to snap judgements about Florida's public postsecondary institutions, by signing this bill, Governor DeSantis is looking for data and facts, rather than narratives. The creation of this survey requires thoughtful and diligent work by the State Board of Education and Board of Governors.

Finally, it's important to note that with HB 233, Governor DeSantis signed two other bills to prioritize civics education in Florida. You can find the whole story here - https://www.flgov.com/2021/06/22/governor- ron-desantis-signs-legislation-to-set-the-pace-for-civics-education-in-america/.

Christina Pushaw
Press Secretary
Executive Office of the Governor

Get Outlook for iOS

**From:** Isaac Schorr <ischorr@nationalreview.com >
**Sent:** Friday, June 25, 2021 10:12
**To:** Pushaw, Christina
**Subject:** HB 233 Questions

Hey Christina,

Sending these your way as per your instructions. Thank you again for your help and references — they're greatly appreciated.

Defendants_075476

**1**. What parts of the bill does the governor identify as being most important?
**2.** How does the governor respond to coverage alleging that the bill mandates that students and faculty "declare" their political beliefs and viewpoints?
**3.** Under what circumstances could the governor see himself following through on his warning that some universities could find themselves facing budget cuts depending on survey results produced by the bill?
**4.** How does the governor respond to more measured criticism from the Foundation for Individual Rights in Education (FIRE) and Jonathan Adler at *Reason*? They object to the provision allowing for the recording of classroom activity/lectures, alleging that it could have a chilling effect on free expression in the classroom.

From FIRE: "The third limitation on recordings in the classroom is that they are authorized "in connection with a complaint to the public institution of higher education where the recording was made, or as evidence in, or in preparation for, a criminal or civil proceeding." Problematically, the bill does not define the scope of complaints to the institution that would qualify. It does not even require that the complaints be in good faith. This language invites the kind of "gotcha" politics at the heart of cancel culture. Will conservative students have to watch their words to avoid being reported to campus administrators? Will progressive faculty have to do the same to avoid being subject to complaints?"

From Adler: "On the other hand, class participants (students in particular) should not have to worry that everything they say and do in class may be recorded for posterity and potentially distributed. It is good that the provision does not allow publication without the consent of the lecturer, but what about other students who may be identifiable in the video? Should not their consent matter too? Insofar as education is a collaborative enterprise, students should not have to fear that their class participation may be recorded and distributed without their consent."

**5.** How does this bill fit into the governor's broader approach to education policy?

Have a great Friday!

Sincerely,
Isaac
Please note that under Florida law correspondence sent to the Governor's Office, which is not confidential or exempt pursuant to chapter 119 of the Florida Statutes, is a public record made available upon request.

Defendants_075477

Exhibit J

| | |
|---|---|
| **Date:** | Mon, 25 Jan 2021 7:16:01 PM -0500 |
| **Sent:** | Mon, 25 Jan 2021 7:16:00 PM -0500 |
| **Subject:** | Re: bills up tomorrow |
| **From:** | Hebda, Kathy |
| **To:** | Swonson, Bethany <Bethany.Swonson@fldoe.org >; Hall, Eric <Eric.Hall@fldoe.org>; Kelly, Alex <Alex.Kelly@fldoe.org >; |

Thank you!
Kathryn S. Hebda
Florida College System
Chancellor
Florida Department of Education
(850)245-0891

**From:** Swonson, Bethany <Bethany.Swonson@fldoe.org >
**Sent:** Monday, January 25, 2021 7:12:52 PM
**To:** Hebda, Kathy <Kathy.Hebda@fldoe.org >; Hall, Eric <Eric.Hall@fldoe.org >; Kelly, Alex <Alex.Kelly@fldoe.org >
**Subject:** RE: bills up tomorrow

Thanks for this **Kathy**.

No need for either of you to comment on the bills if you are asked. I'll be there and can make any offical comment that is needed ☺

Best,
Bethany

**From:** Hebda, Kathy <Kathy.Hebda@fldoe.org>
**Sent:** Monday, January 25, 2021 9:29 AM
**To:** Hall, Eric <Eric.Hall@fldoe.org>; Kelly, Alex <Alex.Kelly@fldoe.org >
**Cc:** Swonson, Bethany <Bethany.Swonson@fldoe.org >
**Subject:** bills up tomorrow

Eric and Alex – there are three bills up tomorrow in the Senate meeting where Henry and I will be for the presentation:

SB 52 Rodrigues Postsecondary Education; establishing the Dual Enrollment Scholarship Program; authorizing university boards of trustees to implement a bonus scheme for state university system employees based on awards for work performance or employee recruitment and retention, etc.

SB 264 Rodrigues (Identical H 233) Higher Education; Requiring the State Board /BOG to require each FCS/SUS institution to conduct an annual assessment related to intellectual freedom and viewpoint diversity at that institution; prohibiting the State Board/BOG from shielding students from certain speech.

SB 220 Brandes Public Records and Public Meetings; Providing an exemption from public records requirements for any personal identifying information of an applicant for president of a state university or a Florida College System institution.

These are not topics related to our presentation, but I would appreciate a quick conversation about them.

Thank you - KH

Kathryn S. Hebda
Florida College System Chancellor
Florida Department of Education

Defendants_076276

850.245.0891
www.fldoe.org

Defendants_076277

Exhibit K

**Date:**    Thu, 24 Jun 2021 8:45:33 PM -0400

**Sent:**    Thu, 24 Jun 2021 8:45:11 PM -0400

**Subject:**    RE: Draft: Intellectual Diversity Bill CS/CS/HB 233

**From:**    Kelly, Alex <Alex.Kelly@eog.myflorida.com>

**To:**    Swonson, Bethany <Bethany.Swonson@fldoe.org>; Mahon, Jason <Jason.Mahon@eog.myflorida.com>; Fenske, Taryn M. <Taryn.M.Fenske@eog.myflorida.com>;

---

I gave you a call to get a little more context about the purpose of the statement.

Give me a call when you can.

J. Alex Kelly
Deputy Chief of Staff
Executive Office of the Governor
(850) 443-8626
alex.kelly@eog.myflorida.com

**From:** Swonson, Bethany <Bethany.Swonson@fldoe.org>
**Sent:** Thursday, June 24, 2021 8:39 PM
**To:** Mahon, Jason <Jason.Mahon@eog.myflorida.com>; Fenske, Taryn M. <Taryn.M.Fenske@eog.myflorida.com>; Kelly, Alex <Alex.Kelly@eog.myflorida.com>
**Cc:** #Comms5 <Comms5@fldoe.org>
**Subject:** Draft: Intellectual Diversity Bill CS/CS/HB 233

Hey **EOG**, What do you think of the below statement?

> The State of Florida empowers and celebrates each resident's right to constitutionally protected freedom of speech. All students deserve to feel comfortable expressing their viewpoints in their educational environment. The widely reported rumor to the contrary is categorically false and intentionally misleading. There is absolutely no truth that students attending Florida colleges and universities will be asked to register their political affiliation through a survey that has not even been created yet. It is unfounded that the State of Florida would restrict or repress anyone's right to free speech. On the contrary, we will not allow universities and colleges to prevent the open exchange of ideas on campus and stifle student speech.

> The sole purpose of the campus climate survey – which is required to be non-partisan, objective, and statistically valid – is to assess the status of intellectual freedom and viewpoint diversity on our public institutions of higher education campuses. It would be a violation of a student's first amendment rights to force or compel them to complete the survey.

> Valuing constitutionally protected free speech, the Florida Legislature and Governor DeSantis have commissioned this annual survey to quantifiably understand if our students feel comfortable expressing their personal opinions or viewpoints in the college classroom. The legislation recently signed into law expressly prohibits the state, our colleges, and universities from shielding students, faculty, and staff from constitutionally protected free speech, which is one of the basic tenets of our nation. Students need to hear diverse viewpoints, so they learn how to think for themselves, not be told what to think, which is the purpose of our public education system.

-Bethany

**Bethany Swonson**
**Chief of Staff – Interim**
**Florida Department of Education**
325 West Gaines Street, Room 1522
Tallahassee, FL 32399-0400
C: 850-621-2556
O: 850-245-9023

Defendants_079788

bethany.swonson@fldoe.org

Please note that under Florida law correspondence sent to the Governor's Office, which is not confidential or exempt pursuant to chapter 119 of the Florida Statutes, is a public record made available upon request.

Defendants_079789

Exhibit L

| Date: | Fri, 25 Jun 2021 7:22:06 PM -0400 |
|---|---|
| Sent: | Fri, 25 Jun 2021 7:21:57 PM -0400 |
| Subject: | FOR REVIEW AND ACTION: Media Inquiries 6.25.21 |
| From: | Etters, Cheryl |
| To: | Swonson, Bethany <Bethany.Swonson@fldoe.org >; |
| CC: | #Comms5 <Comms5@fldoe.org >; |
| Attachments: | image001.png; image002.png; image003.png; image004.png; image005.jpg; 21-941 Pairin Executed contract REDACTED.pdf |

**Reporter:** Scott Travis
**Outlet:** Sun Sentinel
**Date Received:** 6/25/21
**Request:** I just saw on the teacher discipline database that Dorothy Delima-Copeland was suspended for a year.
http://www.myfloridateacher.com/discipline/icmsorders/190- 2174_FO_062521-102008.pdf
However, I saw that she was also on an educator renewal list approved by the Broward school board last week. I think it's possible the renewal list was prepared before the action against her license was taken. However, I'm still curious about why she was working for the school district when she was convicted in 2019. How did the DOE know about her crime, which was prosecuted in another state?. Do you know if DOE or anyone notified the school district that she had been convicted (or did the district notify the state about this)?
The school district is closed on Fridays during the summer so I'm not able to ask them today.
**Proposed Response:** Ms. Delima-Copeland self-reported her conviction to the Broward County School District in December 2019.  In January 2020, the Broward County School District reported Ms. Delima-Copeland's conviction to the Office of Professional Practices Services.  As the employer, the Broward County School District elected not to remove Ms. Delima-Copeland from the classroom.  They would be able to share their reasons for that decision.  The Final Order containing the one (1) year suspension was issued on June 23, 2021, so if the school district created their reappointment list prior to the issuance of the Final Order, they will now need to make a staffing change with Ms. Delima-Copeland's suspension in effect.
**Info Received from: Randy Kosec**


**Reporter:** Rudy Lee
**Outlet:** New York Times
**Date Received:** 6/24/21
**Request:** I am a research editor at The New York Times and I'm fact-checking an upcoming piece on memory law for the Magazine. There are a couple things I'd like to make sure are accurate before we go to press. Could you let me know if anything below is incorrect?
- The Florida Board of Education has a new policy that states the following: "Examples of theories that distort historical events and are inconsistent with State Board approved standards include the denial or minimization of the Holocaust, and the teaching of Critical Race Theory, meaning the theory that racism is not merely the product of prejudice, but that racism is embedded in American society and its legal systems in order to uphold the supremacy of white persons."
- To confirm, is this a Board of Education policy or a Department of Education policy?

FOLLOW UP: I was able to check most of this against this PDF. I just want to be sure that it's accurate to refer to this as *a policy*.
**Proposed Response:**
Hi Rudy. The link references State Board Rule which has the effect of law.

The Commissioner is committed to ensuring all Florida students receive a world-class education free from indoctrination, and has been clear that teachers need to be engaging students in how to think – not what to think. Critical Race Theory has no place in Florida classrooms. Florida has and will continue to foster an environment that allows every student to think critically and for themselves.

The amendment provides school districts and members of instructional staff with clarification concerning teaching the required subjects listed in s. 1003.42(2)(n), F.S.  It specifies the following in section (3):

- (a) Efficient and faithful teaching of the required topics must be consistent with the Next Generation Sunshine State Standards and the Benchmarks for Excellent Student Thinking (B.E.S.T.) Standards.

- (b) Instruction on the required topics must be factual and objective, and may not suppress or distort significant historical events, such as the Holocaust, and may not define American history as something other than the creation of a new nation based largely on universal principles stated in the Declaration of Independence.

- (c) Efficient and faithful teaching further means that any discussion is appropriate for the age and maturity level of the students, and teachers serve as facilitators for student discussion and do not share their personal views or attempt to indoctrinate or persuade students to a particular point of view that is inconsistent with the Next Generation Sunshine State Standards and the Benchmarks for Excellent Student Thinking (B.E.S.T.) Standards.

The rule is straight forward and populated by widely accepted universal principles of the Socratic method and quality educational processes. For example:
- "Teachers serve as facilitators for student discussion and do not share their personal views."
- "Instruction on the required topics must be factual and objective…"
- Teachers shall not, "attempt to indoctrinate or persuade students to a particular point of view…"
- "Educators should teach our young people HOW to think for themselves, not WHAT to think"

The rule also showcases how Florida strongly agrees with the required instruction outlined in law (s. 1003.42(2), F.S.) and teaching of American history, including the Constitution, Bill of Rights, and the guiding principles of our founding documents.
- Education should not include language nor identify any specific organization that promotes a singular viewpoint;
- Ensuring students receive classroom instruction that is both factual and objective and that significant historical events are not intentionally or unintentionally distorted; and
- Reinforcing requirement that content provided to students is properly aligned to state standards.

**Info Received from: CRT Draft Responses and TPs**


**Reporter:** Colin Wood **\*Document attached: 21-941 Pairin Executed Contract REDACTED.pdf \***
**Outlet:** The State Scoop
**Date Received:** 6/25/21
**Request:** I'm looking for information on a contract with the Florida Department of Education announced yesterday by the company PAIRIN. Specifically, I want to know the value and duration of the contract, but any additional information is welcome.
**Proposed Response:** See the attached document. The contract with PAIRIN will provide a data analytics tool for measuring Florida's workforce education and training program effectiveness.
**Info Received from:** Henry Mack


**Reporter:** Safia Ali
**Outlet:** NBC Universal
**Date Received:** 6/22/21
**Request:** I am looking into a story on the school textbook review process particularly for social studies and civics textbooks. I was hoping to speak with someone who could tell me about the vetting process in Florida.
Also, I believe there is an appointed panel of three but I wasn't able to find who was on it. Could you provide the names of the committee members?
**Proposed Response:** Instructional Materials, including textbooks, undergo a thorough review during the Instructional Materials adoption process, requiring each material to be fully aligned to state standards in order to be eligible for state adoption.
Review of materials is based on the Specifications posted on the Instructional Materials webpage ( http://origin.fldoe.org/academics/standards/instructional- materials/) for that particular subject and year. Each instructional material bid for state adoption is reviewed by two independent reviewers, who look for alignment to state standards and make recommendations of whether to accept for adoption. Two reviewers are assigned to each bid (a bid is one book from one company) to review remotely and independently. Both reviewers must agree; if there is disagreement, a third reviewer is

Defendants_055919

assigned to break the tie. .

Each instructional material is reviewed in this way by individual reviewers, not a committee. Historically, most adoptions have between 100 to 150 reviewers for any given subject, depending on how many instructional materials are reviewed for that year. This process is described in Section 1006.29, Florida Statutes.

Applications are accepted for Florida educators in the content area to be reviewers and must meet specific requirements. Florida does not publish corrections; the materials is either recommended for adoption or not. Materials not recommended or adopted by the state adoption process may appeal the decision. Any acceptable changes made to the materials would be reflected in an updated adoption list, if/when those proceedings come to a close.

Florida is currently updating its Social Studies standards (includes Civics and US Government). The next review of social studies instructional materials will begin in August 2022.

**Info Received from: Cathy Seeds, Kathy Nobles**


**Reporter:** Nina Golgowski
**Outlet:** HuffPost
**Date Received:** 6/25/21
**Request:** I'm a reporter with HuffPost and I'm reaching out to see if someone can provide me with some information on this survey that will be adopted by the education department or Board of Governors of the State University System, as part of HB233.
I'd specifically like to know what kind of questions will be asked of students, staff and faculty, and/or what topics will be of focus.

**Proposed Response:** Overall, the bill requires state colleges and universities to conduct an annual assessment of viewpoint diversity and intellectual freedom at their universities. This is required because freedom of speech is an essential building block of our freedom as Americans and our higher education institutions must champion it, rather than chip away at it. It is not "registering" political views. Like any survey, it would need a valid sample, but there is not an expectation that every Florida student or professor would even need to participate. In fact, The legislation requires that the survey be "objective, nonpartisan, and statistically valid." Those requirements do not necessitate knowing the identity of the respondent, nor do they require everyone to participate.

The state isn't rushing to snap judgements about Florida's public postsecondary institutions, by signing this bill, Governor DeSantis is looking for data and facts, rather than narratives. The creation of this survey requires thoughtful and diligent work by the State Board of Education and Board of Governors.

**Info Received from: Excerpted from EOG response to media.**


Cheryl Etters
Interim Director of Communications
Florida Department of Education

