*United Faculty of Florida, et al., v. Jacob Oliva, et al.,*
**Case No. 4:21cv271-MW/MAF**

**United States District Court for the Northern District of Florida**

**EXPERT REPORT OF ISAAC KAMOLA, PH.D., AND RALPH WILSON**

---
**Dr. Isaac Kamola**
**May 23, 2022**

---
**Ralph Wilson**
**May 23, 2022**

1

XEFPI□SJ□GSRXIRXW

WXEXIQIRX□SJ□MRUYMV]□ERH□WYQQEV]□SJ□JMRHMRKW                7

UYEPMJMGEXMSRW                                              <

QIXLSHSPSK]□ERH□WSYVGIW                                     55

JMRHMRKW□_TEVX□5a>□Xli□Qeryjegxyvih□Geqtyw□Jvii□Wtiigl□Gvmrww   57
      Osgl□Hsrsv□Rix{svo□erh□xli□Wxvevik}□sj□Wsgmep□Glerki      58
      Geqtyw□Jvii□Wtiigl□erh□xli□Wxvygxyvi□sj□Wsgmep□Glerki      6:
            Wxyhirx□Kvsytw                                      6;
            Qehme□Kvsytw’Geqtyw□Vijsvq□erh□Xli□Gsppiki□Jm|       75
            Pmxmkexmsr□Kvsytw                                  7:
      Osgl1jyrrhih□Tsppmrk□erh□xli□Hyfmsyw□÷Izmhirgi◊□sj□e□Jvii□Wtiigl□Gvmwmw   85
      Jvsq□Qeryjegxyvmrk□e□Gvmwmw□xs□e□Tewwmrk□Pikmwpexmsr       8=

JMRHMRKW□_TEVX□6a>□LF□677□ew□Tspmxmgep□Viwtsrwi□xs□e□Qeryjegxyvih□Gvmwmw   87
      Qeryjegxyvmrk□e□Jpsvmhmer□Jvii□Wtiigl□Gvmwmw              98
      Hizipstmrk□JpsvmheŶw□Geqtyw□Jvii□Wtiigl□÷Wspyxmsw◊        9:
      Xli□Jmvwx□Vsyrh□sj□Jvii□Wtiigl□Pikmwpexmsr                9<
      LF□677>□Xli□Wigsrh□Vsyrh□sj□Geqtyw□Jvii□Wtiigl□Pikmwpexmsr   :6
            JMVIŸw□Hmvigx□Mrzspziqirx□mr□LF□677                 ;4

JMRHMRKW□_TEVX□7a>□RIKEXMZI□GSRWIUYIRGIW                      ;6
      Erxm1Wlmiphmrk□Tvszmwmsrw                                ;6
      Vigsvhmrk□Tvszmwmsrw                                     ;=
      Wyvzi}□Tvszmwmsrw                                        <8
      Psgomrk□mr□Hsrsv□Mrjpyirgi                               <;

GSRGPYWMSR                                                   =5

Ettirhm|□5>□Te}qirx                                          =8

Ettirhm|□6>□Gsvviwtsrhirxw                                   =;
      E2□Geqtyw□Vijsvq                                         =<
      F2□Gsppiki□Jm|                                           54=

Ettirhm|□7>□Pmxmkexmsr                                       559
      E2□Eppmergi□Hijirhmrk□Jviihsq                            559
      F2□Jsyrhexmsr□jsv□Mrhmzmhyep□Vmklxw□mr□Ihygexmsr         55:

Ettirhm|□8>□T}xlsr□Tvskveq                                   55=

# M2  WXEXIQIRX□SJ□MRUYMV]□ERH WYQQEV]□SJ□JMRHMRKW

[i□lezi□fiir□vixemrih□f}□xli□Tpemrxmjjw□fewih□sr□syv□i|tivxmwi□wxyh}mrk□xli□ws1gepp
jvii□wtiigl□mr□lmkliv□ihygexmsr2□[i□lezi□fiir□ewoih□xs□sjjiv□syv□i|tiv□stmrmsr□efsyx□xli
epp□'Lsywi□Fmpp□6770□Gletxiv□6465159=0□Pe{□w□Jpsvmhe0,÷LF□677◊-0□mw□tev
tspmxmgep□erh□mhispskmgep□xivvemr□{i□lezi□i|eqmrih□mr□syv□viwievgl0□egehiqmg□{sv
fsso□hiwgvmfih□fips□2□[i□evi□fimrk□gsqtirwexih□ex□(694□tiv□lsyv□jsv□{svo□mr□xlmw
gsqtirwexmsr□mw□rsx□gsrxmrkirx□sr0□sv□mr□er}□{e}□ejjigxih□f}0□xli□syxgsqi□sj□xli□

Fewih□sr□syv□erep}wmw□sj□Lsywi□Fmpp□6770□xli□pikmwpexmzi□xiwxmqsr}□wyvvsyrhmr
wxexiqirxw□erh□egxmsrw□sj□xlswi□ehzsgexmrk□mxw□tewweki0□ew□{ipp□ew□syv□tvizms
gsrgpyhi□xlex□Lsywi□Fmpp□677□mw□tevx□sj□e□fvsehiv□qsziqirx□gviexih□erh□hvmzir□f
{ipp1mrxikvexih□wix□sj□tevxmwer□stivexmziw□{ls□lezi□psrk□wsyklx□xs□xverwjsvq□lmkliv
{e}w□xlex□wivzi□xli□mhispskmgep0□tspmxmgep0□erh□igsrsqmg□mrxiviwxw□sj□xlmv□fmp
pmfievxevmer□hsrsvw2□Xlmw□wxvexik}□lew□mrgpyhih□qeryjegxyvmrk□xli□revvexmzi□xlex□e
yrmzivwmxmiw□evi□lswxmpi□xs□gsrwivzexmzi□wxyhirxw□erh□mhiew0□erh□xlir□ywmrk□xlr
÷gvmwmww◊□ew□er□sttsvxyrmx}□xs□ehzergi□pikmwpexmsr□xlex□qeoiw□mx□iewmiv□jsv□
{iepxl}□hsrsvw'xs□wleti□wtiigl□sr□geqtyw2□LF□677□mw□sri□qermjiwxexmsr□sj□xlmw□pe
wxvexik}2

Xli□yrhivp}mrk□nywxmjmgexmsr□jsv□LF□677'xex□Jpsvmhe'w□tyfpmg□yrmzivwmxmiw□pege
jviihsq□erh□zmi{tsmrx□hmzivwmx}◊□'hsiw□rsx□vijpigx□viepmx}□erh□mw□mxwipj□xli□
{ipp1jyrhih□rix□{svo□sj□tspmxmgep□stivexmziw0□mrgpyhmrk□xlmro□xerow0□qihme□syxpixw□
svkerm~exmsrw0□ehzsgeg}□kvsytw0□erh□pe{□qeoivw2□Xli□lezi□wyggiwwjyp}□qeryjegxyvih□
xlex□e□jvii□wtiigl□gvmwmww□i|mwxw□mr□EqivmgeŶw□gsppikiw□erh□yrmzivwmxmiw2□Mx□
gvmwwmww□xlex□figeqi□xli□nywxmjmgexmsr□jsv□LF□6772□Mr□xli□hifexi□sziv□xli□pikmwpexmsr0□xlm
wxexik}□li□'{ew□yrgpiev□'{ex□tvsfpiq□xli□fmpp□wsyklx□xs□ehhviww0□erh□ewoih□xl
gs1wtsrwsv0□Wir2□Vshvmkyiw0□xs□i|tpemr2□Vshvmkyiw□vitplih□xlex0□{lipi□li□xepoih□
{ls□gpemqih□xlex□xli}□wipj1girwsvih0□mx□{ew□xli□fmppŶw□qerhexih□wyvzi}□xlex□{syph□
mrjsvqexmsr□xs□hixivqmri□'{ex□tvsfpiq□xli}□jegih2□Mr□sxliv□{svhw0□xli□fmpp□{ew□
{mxlsyx□er□mhirxmjmih□tvsfpiq2□Xli□pikmwpexmsr□mw□tvihmgexih□er□xli□tyvtsviih□rii
tvshygih□f}□rexmsrep□erh□wxexi1{mhi□xlmro□xerow0□qihme□syxpixw□erh□sxliv□tsp
stivexmsr□qer□sj□{lsqivi□jyrhih□f}□xli□Oslp□Hsrsv□Rix{svo2□Xlmw□qeryjegxyvih□gv
revvexmzi□{ew□xli□srp}□nywxmjmgexmsr□sjjivih□jsv□LF□6772□teww□xli□hveqexmgepp}□
vikypexmrk□wtiigl□egvsww□JpsvmheŶw□yrmzivwmx}□geqtywiw2

Fyx□mr□ehhmxmsr□xs□fimrk□e□wspyxmsr□xs□e□rsr1tvsfpiq0□LF□677□epws□psgsw□mr□mr
÷wlmiphmrk◊□tvszmwmsr□xlex□kmziw□gsrwmhivefpi□ts{iv□xs□wxyhirxw□erh□tspmxmgep□
{erx□xs□mrwmwx□xlex□xlimv□tvijivvih□mhiew□erh□stmrmsrw□hsqmrexi□geqtyw□hmwgyww

---

5 Jpsvmhe□Wirexi0□÷Jpsvmhe□Wirexi□Gsqqmxxii□sr□Ihygexmsr□Neryev}□6:xl0□6465□Eyhm
Xverwgvmtxmsr0◊□Neryev}□6:0□64650□□tk□9:2

revvexmzi☐lsjwmfpi jvii☐wtiigl☐zmspexmsrw☐{ivi☐ywih☐xsxvygxyvigxlex☐kmziw
{iepxl}0☐svkerm~ih0☐erh☐tspmxmxmgep☐stivexmziw`mrgpyhmrk☐xlimv☐{iepxl}☐hsrsvw`gsrwmhiw
pizivekiszivi☐{lex☐mw☐xepoih☐efsyx☐sr☐geqtyw2

Mr☐sxliv☐{svhw0☐LF☐677☐mw☐rsx☐e☐wspyxmsr☐xs☐er☐egxyep☐erh☐wtigmjmg☐tvsfpiq
yrmzivwmxmiw2☐Vexliv0☐mx☐mw☐sri☐vigirx☐i|eqtpi☐sj☐ls{☐xli☐rsxmsr☐sj☐e☐geqtyw☐jvii
fiir☐qeryjegxyvih☐erh☐{ietsrm~ih☐f}☐tspmxmxmgep☐stivexmziw☐xs☐ehzergi☐tevxmgypev☐tspm
mhispskmgep☐syxgsqiw2

[livi☐xlir☐hsiw☐xli☐ws1geppih☐geqtyw☐jvii☐wtiigl☐gvmwmw☐gsqi☐jvsqC☐Erh☐{ls☐firijmxw
Jsv☐higehiw0☐e☐rex{svo☐sj☐xlmrk☐xerow0☐qihme☐syxpixws0☐pmmxmkexmsr☐kvsytw0☐erh
svkerm~exmsrs0☐qer}☐jyrhih☐f}☐erh☐gsrrigxih☐xs☐xli☐Osgl☐hewlsirkRix{svo0☐er
mhispskmgep☐tvsnigx☐sj☐qeryjegxyvmrk☐izmhirgi☐sj☐e☐wyttswihp}1{mhiwtvieh☐÷jvii☐wtiigl
sr☐gsppiki☐geqtywiw2☐]ievw☐tvmsv☐xs☐xli☐tewweki☐sj☐LF☐6770☐xlmw☐mrxikvexih☐rix{sv
ywmrkk☐xliwii☐gpemqw☐xs☐ehzergi☐e☐pikmwpexmsr☐evsyrh☐xli☐gsyrxv}☐xlex☐qehi☐yrmzivwm
wywgitxmfpi☐xs☐hsrsv☐mrjpyirgi2 Xliwi☐e÷jvii☐wtiigl◇fmppww☐evi☐xliqwipziw☐xli☐pewixvs
tspmxmgep☐wxevek}☐hexmrk☐fego☐xs☐xli☐5=;4w☐xlex☐lew☐wsyklx☐xs☐xverwjsvq☐lmklivi
xlex☐eqtmj}☐xli☐mhiew0☐stmrmsrs0☐erh☐evkyqirxs☐sj☐vehmgep☐pmfivxevmer☐erh☐gsvi
qevkmrepm~mrk☐xlswii☐mhiew0☐stmrmsrs0☐erh☐evkyqirxs☐xlex☐xliwi☐{iepxl}☐stivexmziw
tspmxmgepp}☐xlviexirmrk2

Mr☐vigirx☐}ievsvw0☐xlmw☐wxvexik}☐lew☐irxempih☐e☐hirwi☐rix{svo☐sj☐wxyhirx☐kvsytw0☐q
xlmro☐xerow0☐gviexmvek☐er☐igls☐glejfiv☐xlex☐qeryjegxyvirw☐erh☐eqtpmjmiw☐xli☐gpemq☐sj☐xl
yrmzivwmxmiw☐evi☐lswxmpi☐xs☐gsrsivzexmzii☐wxyhirxw☐erh☐mhiew2☐Xli☐weqi☐rix{svo☐s
xlmw☐revvexmzii☐epws☐tvszmhiws☐xli☐vieh}1qehi☐pikep☐wspyxmsr☐xs☐xlmw☐wyttswih☐g
syxpixs☐jyrhih☐f}☐xli☐Osgl☐Hsrsv☐Rix{svo☐wyi☐wglsppwp☐jsv☐zmspexmrk☐xli☐÷jvii☐wtiigl
gsrsivzexmvi☐wxyhirxw2☐Erh☐ehzsgeg}☐kvsytw☐{mxei☐erh☐ehzsgexi☐pikmwpexmsr☐qeomrk
hsrsv1tvijivvih☐mhiew☐erh☐stmrmsrs☐xs☐jpsyvmwl☐sr☐geqtyw2

Mr☐wlsvx0☐xli☐vejx☐sj☐geqtyw☐÷jvii☐wtiigl◇pikmwpexmsr☐tywlih☐f}☐xlmw☐tspmxmgep
LF☐6770☐qeoi☐mx☐iewmiv☐xs☐tvsxigx☐erh☐eqtpmj}☐xli☐i|tviwwmsr☐sj☐xlswi☐mhiew☐erh

6 Xli☐Osgl☐Hsrsv☐Rix{svmw☐e☐kvsyt☐sj☐hsrsvw☐{lswi☐exxirhergi☐ex☐sri☐sv☐qsvi☐Osgl
wiqmrevw☐lew☐fiir☐hsgyqirxih2☐[lmpi☐xli☐hsrsvw☐xliqwipzis☐qeoi☐yt☐xli☐Osgl☐Hsrsv☐Rix{svo
qer}☐xs☐eggsyrx☐jsv☐livi0☐{i|jsgyw☐sr☐e☐jji{☐sj☐xli☐pevkiws☐glevmxefpi☐jsyrhexmsrs
hsrsv1ehzmih☐jyrhw☐xlex☐jyrh☐xli☐rix{svo☐sj☐xlmro☐xerow0☐qihme☐syxpixs☐pmmxmkexmsr
tspmxmgep☐ehzsgeg}☐svkerm~exmsrs☐xlex☐vikypevp}☐{svo☐xskixliv☐xs☐tewww☐msw☐hsrsv
ekirhe2☐Xlmw☐mrgpyhiw☐xli☐jspps{mrk☐svkerm~exmsrs☐xlex☐jyrh☐xli☐rix{svo☐sj☐xlmro☐xerow0☐qihme
tspmxmgep☐ehzsgeg}☐svkerm~exmsrs☐xlex☐vikypevp}☐{svo☐xskixliv☐xs☐tewww☐msw☐hsrsv
ekirhe2☐Xlmw☐mrgpyhiws☐xli☐jspps{mrk☐svkerm~exmsrs☐xlex☐jyrh☐xli☐rix{svo☐sj☐xlmro☐xerow0☐qihme
tspmxmgep☐ehzsgeg}☐svkerm~exmsr☐xlex☐vikypevp}☐{svo☐xskixliv☐f}☐xli☐Osgl☐Jeqmp}0☐Glevpiw
Jsyrhexmsr0☐Glevpiw☐Osgl☐Mrwxmxyxi0☐erh☐Gpevmx}☐V2☐Pieffi☐Jsyrhexmsr0☐xli☐Fvehpi}
,mrgpyhmrk☐xli☐Fvehpi}☐Mqtegx☐Jyrh0☐ew☐{ipp☐ew☐HsrsvwXvywx☐erh☐Hsrsvs☐Getmxep
gviexih☐xs☐ersr}m~i☐hsrsv☐hmvigxih☐kmzmrk2☐[i☐ywi☐xli☐xivq☐Osgl☐Hsrsv☐Rix{svo☐x
xs☐xli☐mrhmzmhyepw☐erh☐svkerm~exmsrs☐ors{r☐xs☐lezi☐e☐tviwirgi☐ex☐xli☐Osgl☐Hsrsv☐Rix{svo
i|eqtpi0☐HmgoGmjj☐Fittw☐HiZsw☐Jsyrhexmsr0☐Xlsqew☐[2☐Wqmxl☐Jsyrhexmsr☐Xigqtixsr
Jsyrhexmsr0☐Gpmjj☐Ewriww☐Jsyrhexmsr0☐Jswxiv☐Jvmiww0☐Sfivxl☐erh☐heyklxiv☐Vifioel☐Qiv
[mpow0☐Fvygi☐Veyriv0☐erh☐sxlivw2

tvijivvih□f}□xlimv□{iepxl}□pmfivxevmer□hsrsvw0□{lmpi□wyttviwwmrk□xli□wtiigl□sj□xlswi□
jvsq□xliwi□zmi□{w2□LF□677□mw0□ew□xli□tpemrxmjjw□eppiki□mr□xҮmw□gewi0□÷mhispsk□

Syv□jmrhmrkw□evi□hmzmhih□mrxs□xlvii□tevxw2□Tevx□5□i|eqmriw□xli□fvsehiv□tspmxmg□
xli□Osgl□Hsrsv□Rix{svo□erh□xli□vspi□xli□geqtyw□wtiigl□÷gvmwmw◊□tpe}w□mr□ehzergr□
tspmxmgep□ekirhe2□Wtigmjmgepp}>

52□Xli□Osgl□Hsrsv□Rix{svo□lew□hizipstih□e□yrmuyi□tspmxmgep□wxvexik}0□sri□{lmgl□
{iepxl□xs□jyrh□er□mrxikvexih□rix{svo□sj□tspmxmgep□svkerm~exmsrw□xlex□ettiev□
vikypevp}□{svo□xskixliv□xs□eglmizi□tspmg□syxgsqiw□jezsvih□f}□xli□hsrsvw2□Xlmw□
mw□geppih□xli□wxvygxyvi□sj□wsgmep□glerki2

62□Gsppikiw□erh□yrmzivwmxmiw□tpe}□e□gvmxmgep□vspi□{mxlmr□xli□wxvygxyvi□sj□
gviexmrk□xli□mrxippigxyep□÷ve{□qexivmep◊□ywih□xs□nywxmfj□tspmg□glerkiw2□E□
Hsrsv□Rix{svo□lew□gsrwmhivfpi□mrxiviwx□mr□kemrmrk□kviexiv□hsrsv□mrjpyirgi□sz
yrmzivwmx}2

72□Xli□mrxippigxyep□ve{□qexivmep□erh□xepirx□hizipstih□sr□geqtyw□evi□xlir□jih□mr
mrxikvexih□rix{svo□sj□tspmxmgep□svkerm~exmsrw0□mrgpyhmrk□wxyhirx□wxyhw0□x
qihme□syxpixw0□pmxmkexmsr□ksytw0□erh□gmxm~ir□ehzsgeg}□svkerm~exmsr2□X
epws□jyrhih□f}□xli□Osgl□Hsrsv□Rix{svo0□lezi□tpe}ih□e□girxvep□vspi□mr□fsxl
qeryjegxyvmrk□xli□revvexmzi□xlex□e□jvii□wtiigl□gvmwmw□i|mwxw□sr□gsppiki□geqty
tewwmrk□pikmwpexmsr□ehhviwwmrk□xlmw□qeryjegxyvih□÷gvmwmw◊2

82□Xli□kvsytw□jyrhih□f}□xli□Osgl□Hsrsv□Rix{svo□xlex□tpe}□er□mqtsvxerx□vspi□
qeryjegxyvmrk□xli□geqtyw□jvii□wtiigl□gvmwmw□revvexmzi0□mrgpyhi>

e2□Wxyhirx□kvsytw□i2k20□Wxyhirxw□jsv□Pmfivx}0□}syrk□Eqivmgerw□jsv□Pmfivx}0□]sy
Eqivmgerw□jsv□Jviihsq0□erh□Xyvrmrk□Tsmrx□YWE-□xlex□tvszmhi□xvemrmrk□xs
mrwxmxyxmsrep□wyttsvx□jsv□wxyhirxw□xs□tvsximx□xlimv□geqtyw□wtiigl□tspmr
kvsytw□epws□tvszmhi□viwsyvgiw□xs□fvmrk□tspmxmgep□tvszsgexiyvw□,epws□
Osgl□Hsrsv□Rix{svo-□xs□geqtyw□xs□tvszsoi□jvii□wtiigl□gsrxvszivwmiw2

f2□Qihme□syxpixw□i2k20□Geqtyw□Vijsvq□erh□Xli□Gsppiki□Jm|-□xlex□wtigmpm~i□mrr
{vmxmrk□syxveki□tmigiw□efsyx□ws1geppih□÷pmfivep□fmew◊□erh□jvii□wtiigl□
gsppiki□geqtywiw2□Xli□erghsxiw□gmvgypexih□f}□xliwi□syxpixw□sjxir□jmrh□xli
mrxs□xli□vmklx1{mrk□qihme□igsw}wxiq0□{livi□xli}□figsqi□÷izmhirgi◊□sj□e□v
jvii□wtiigl□gvmwmw2

g2□Pmxmkexmsr□kvsytw□i2k20□Eppmergi□Hijirhmrk□Jviihsq0□Jsyrhexmsr□jsv□Mrhmzmhyep□
Vmklxw□mr□Ihygexmsr0□erh□Wtiigl□Jmvwx-□{lmgl□wtigmepm~i□mr□wymrk□
xlimv□wtiigl□tspmgmiw2□Xliwi□kvsytw□sjxir□{svo□mr□gssvhmrexmsr□{mxl□xli□
kvsytw□pmxih□efszi□,9e-2

---

[7]□Yrmxih□Jegypx}□sj□Jpsvmhe0□ix□ep2□z2□Vmglevh□Gsvgsver0□ix□ep□20□Rsvxlivr□Hmwxvmgx□sj□Jpsvmhe0□
Xeppelewwii□Hmzmwmsr□,Gewi□Rs2□8>651gz1446;51Q[1QEJ-0□Eykywx□80□64652

h2  Hyfmsyw□Tspgygxih□f}□svkerm~exmsrw□{mxl□gpswi□xmiw□xs□xli□Osgl□**gsmk**

Rix{svo2

92  Xlmw□qeryjegxyvih□jvii□wtiigl□gvmwmw□figeqi□xli□nywxmjmgexmsr□jsv□xli□tewwe
÷jvii□wtiigl◇□fmppw□evsyrh□xli□gsyrxv}□fix{iir□645:□erh□64642□Xliwi□fmppw□{ivi
wtievliehih□f}□xlmro□xerow□xmih□xs□xli□Wxexi□Tspmg}□Rix{svo□ew□{ipp□ew□xl
Pikmwpexmzi□I|glerki□Gsyrgmp2□Xliwi□svkerm~exmsr□{vsxi□xli□qship□pikmwpexmsr
liptih□psff}□jsv□mxw□tewweki□mr□wxexi□pikmwpexyviw□evsyrh□xli□gsyrxv}2

Tevx□6□i|eqmriw□ls{□xlmw□weqi□wxvexik}□tpe}ih□syx□mr□Jpsvmhe□mr□tevxmgypev0□
tewweki□sj□LF□677□mr□tevxmgypev2□Wtigmjmgepp}>

52  Xli□weqi□wxyhirx□kvsytw0□qihme□syxpixw0□erh□pmxmkexmsr□kvsytw□{ivi□egxmzi
qeryjegxyvmrk□xli□revvexmzi□xlex□xli□wxexiYw□gsppkiiw□erh□yrmzivwmxmiw□{ivi□v
÷pmfivep□fmew◇□erh□pegoih□zmi{tsmrx□hmzivwmx}2

62  E□ryqfiv□sj□xlmro□xerow□erh□svkerm~exmsrw□{mxl□gpswi□xmiw□xs□xli□Osgl□H
mrgpyhmrk□xli□Neqiw□Qehmwsr□Mrwxmxyxi0□ywih□xlmw□qexivmep□xs□ehzsgexi□js
viwtsrh□xs□xlmw□÷gvmwmw2◇

72  Xli□viwypxk□{ew□e□jmvwx□vsyrh□sj□geqtyw□jvii□wtiigl□fmppw0□mrgpyhmrk□Jpsv
Jvii□I|tviwwmsr□Egx◇0,645<-2□Xliwi□tspmgmiw□{ivi□nywxmjmih□fewih□sr□xli□qery
jvii□wtiigl□gvmwmw□revvexmzi0□erh□ehzsgexih□jsv□f}□kvsytw□{mxl□gpswi□xmiw□
Hsrsv□Rix{svo2

82  LF□677□rsx□srp}□eqirhih□xli□÷Geqtyw□Jvii□I|tviwwmsr□Egx◇□fyx□{ew□mxwipj□
sj□xlmw□weqi□rix{svo□sj□svkerm~exmsrw□erh□tspmxmgep□stivexmziw2□Mr□tevxmm
ytsr□xli□rix{svo□Yw□tewx□wyggiwwiw□xs□mrwxmxyxi□izir□qsvi□mrxvywmzi□tspmgmw
glmpp□wtiigl□xlex□xli□rix{svo□hmwjezsvw□erh□eqtpmj}□erh□tvsxigx□wtiigl□xlex□m
jyvxliv□tspmxmgm~mrk□wtiigl□sr□gsppiki□erh□yrmzivwmx}□geqtywiw22

Tevx□7□hiqsrwxexiw□xlex□jegypx}□qiqfivw□erh□yrmzivwmxiw□mr□Jpsvmhe□{mpp□pmi□
gsrwiuyirgiw□ew□e□viwypx□sj□LF□6772□Mr□tevxmgypev0□{i□hiqsrwxexi□xlex>

52  Xli□pikepp}1wercxmsrih□zmhisxetmrk□sj□gpewwiw□{mpp□pmoip}□jegmpmxexi□xli□x
sj□jegypx}2□Vigsvhmrkw□sj□gpewwvssq□pigxyviw□erh□hmwgywwmsrw□{□mpp□pmoip
mrxs□vmklx□{mrk□syxpixw□pmoi□Geqtyw□Vijsvq□erh□Xli□Gsppiki□Jm|2□Xliwi□syxp
jyrhih□f}□xli□Osgl□Hsrsv□Rix{svo0□wtigmepm~i□mr□{vmxmrk□syxveki□tmigiw□efsy
ihygexmsr□erh□xevkix□pijx1piermrk□geqtyw□wtiigl□mr□tevxmgypev2□Xli□vigsvhmrk□
{mpp□pieh□xs□e□glmppmrk□ijjigx□eqsrk□jegypx}0□{ls□{mpp□figsqi□jievjyp□xlex□
xlimv□gsvviw□qexivmep□gsyph□wyfnigx□xliq□xs□xevkixih□levewwqirx2

62  Xli□erxm1wlmiphmrk□tvszmwmsr□qeiw□mx□mrizmxefpi□xlex□rsqep□gpewwvssq□e
stir□jegypx}□xs□gsqtemrxw□erh□gspphikiw□erh□yrmzivwmxiw□xs□pe{wymxw□,km
mrwxmxyxmsrw□wxvsrk□mrgirxmzi□xs□iwwyvi□xlex□jegypx}□hs□rsx□irkeki□mr□wtiig
qeoi□xliq□zyprivefpi□xs□wygl□wymxs2□Xli□qswx□fewmg□ewtigxw□sj□e□tvsjiwwsv

ew□xieglmrk□wxyhirxw□xs□mhirxmj}□{ieo□evkyqirxw□sv□feh□izmhirgi'gsyph□iewmp}
mrxivtvixih□ew□÷wlmiphmrk◊□wxyhirxw2□Jyvxlivqsvi0□kmzir□xlex□qer}□sj□xli□svker
xlex□ehzsgexih□jsv□LF□677□epws□wtigmepm~i□mr□wymrk□jegypx}□erh□egehiqmg
jegypx}□{mpp□{svo□yrhiv□gsrwxerx□xlviex□sj□xvmkkivmrk□tspmxmgepp}□qsxmzexih
{ipp1jyrhih`pmxmkexmsr2

72  Xli□mhispskmgep□wyvzi}□{mpp□epws□jyvxliv□jyip□xli□revvexmzi□xlex□e□jvii□wtiig
mr□Jpsvmhe□wglsspw2□Jyvxlivqsvi0□xlmw□wyvzi}□{mpp□fi□ywih□ew□jyvxliv□÷izmh
xli□gsrxmrryih□tspmxmgep□exxego□sr□lmkliv□ihygexmsr2

82  Xli□perkyeki□sj□LF□677□ger□epws□fi□ywih□xs□hijirh□hsrsv□mrjpyirgi□sr□geqtyw
gvmxmgmwq2□Ew□wiir□mr□ryqivsyw□hsgyqirxw□erh□pieoih□vigsvhmrkw□jvsq□Glevp
xli□Osgl□Hsrsv□Rix{svo0□xliwi□hsrsvw□vip}□sr□yrmzivwmxmiw□ew□tevx□sj□xlimv□
tspmxmgep□erh□wsgmep□glerki2□Xlimv□efmpmx}□xs□piziveki□xlimv□geqtyw□tlmper
tevx0□sr□xli□tspmgmiw□ex□xli□yrmzivwmx}2□Geqtyw□÷jvii□wtiigl◊□pikmwpexmsr□
epps{w□hsrsvw□xs□jyrh□gsrwivzexmzi□erh□tvs1gsvtsvexi□wglspevw□erh□wxyhirxw□
mrxivjivirgi□jvsq□gvmxmgw2

;

# MM2   UYEPMJMGEXMSRW

Fsxl□eyxlsvw□lezi□e□psrk□xvego□vigsvh□sj□viwievglmrk□xli□tspmxmgep□svkerm~exmsrw□
qeryjegxyvih□xli□ws1geppih□÷geqtyw□jvii□wtiigl□gvmwmw2◊

Veptl□[mpwsr□mw□gyvvirxp}□er□Ewwsgmexi□mr□Viwievgl□ex□xli□Hitevxqirx□sj□Lmwxsv}□
Yrmzivwmx}□mr□Hyvleq0□Rsvxl□Gevspmre2□Lmw□egehiqmg□fegokvsyrh□fiker□{mxl□xli□w
ettpmih□qexliqexmgw□erh□i|tivmqirxep□tl}wmgw□ex□Xvs}□Yrmzivwmx}□,Xvs}0□Epefeqe-2□
vigimzih□e□feglipsvŸw□hikvii□mr□644:2□[mpwsr□wyfwiuyirxp}□sfxemrih□e□qewxivŸw□hikv
qexliqexmgw□ex□Jpsvmhe□Wxexi□Yrmzivwmx}□,Xeppelewwii0□Jpsvmhe-□mr□64540□{livi□L
mrgpryhih□xli□wxyh}□sj□glexmsq□filezmsv□mr□mxqi□xmqii□wivmiw□qiewyviqirxw0□hexe□gsppigxi
jvsq□fsxl□xlisvixmgep□erh□i|tivmqirxep□w}wxiqw2□Ex□Jpsvmhe□Wxexi□Yrmzivwmx}0□ejxivw
wxyh}□xs□mrgpyhi□ipigxvmgep□ts{iv□w}wxiqw0□[mpwsr□qeqi□xs□ypxmqexip}□jsgyw□sr□t
tspmxmgep□mrjpyirgi□erh□xlimv□mrzspziqirx□mr□lmkliv□ihygexmsr2□Ew□tevx□sj□xlmw□{
e□viewmrep□svkerm~exmsr□geppih□YrOsgl{Q}□Geqtyw□mr□64580□{livi□lli□wivzih□ew□Yi
viwievgl□hmvigxsv2□Xlvsykl□xlmw□{svo0□[mpwsr□figeqi□e□piehmrk□i|tivx□sr□gsvtsvexi□h
mrjpyirgi□erh□egehiqmg□jviihsq□mr□lmkliv□ihygexmsr2□Lmw□viwievgl□erh□ehzsgeg}□lew
jiexyvih□mr□hs~irw□sj□psgep0□wxexi0□erh□rexmsrep□ri{w□syxpixw0□mrgpyhmrk□Xmqiw
Mrwmhi□Lmkliv□Ih0□erh□xli□Glvsrmgpi□sj□Lmkliv□Ihygexmsr0□Girxiv□sj□Tyfpmg□Mrxikvmx}□
Rexmsrep□Tyfmpg□Vehms2□Li□lew□fiir□mrzmxih□xs□wlevi□lmw□i|tivxmwi□mz□{mxl□svkerm~
Eqivmger□Ewwsgmexmsr□sj□Yrmzivwmx}□Tvsjiwwsvw0□Eqivmger□Jihivexmsr□sj□Xieglivw0□
Xieglivw□Ewwsgmexmsr0□erh□sxlivw2□[mpwsr□mw□gyvvirxp}□xli□hmvigxsv□sj□xli□Gsvtsve
Tvsnigx0□e□gsvtsvexi□tlmperxlvstl}□viwievgl□svkerm~exmsr2□Lmw□yt1xs1hexi□GZ□mrgpyphi
tyfqpigexmsrw□eyxlsvih□mr□xli□tvizmsyw□54□}ievw2□[mpwsr□lew□rsx□tvizmsywp}□wivzih□
{mxriw2

Mweeg□Oeqspe□mw□er□Ewwsgmexi□Tvsjiwwsv□sj□Tspmxmgep□Wgmirgi□ex□Xvmrmx}□G
Gsrrigxmgyx2□Li□ievrih□e□qewxivŸw□hikvii□mr□tspmxmgep□wgmirgi□jvsq□xli□Yr
Qmrriwxe0□erh□e□feglipsvŸw□hikvii□mr□tspmxmgew□jvsq□[mxqer□Gsppiki2□Tvmsv□xs□Ys
tswmxmsr0□li□wivzih□ew□er□Eqirger□Gsyrgmp□jsv□Pievrih□Wgmirgiw□,EGPW□Ri□{□Jeg
tpegih□mr□xli□Nslrw□Lstomrw□Yrmzivwmx}□Hitevxqirx□sj□Tspmxmgep□Wgmirgi0□erh□ew
Qippsr□Tswxhsgxsvep□Jipps{□ex□[ipi]er□Yrmzivwmx}2□Jsv□qsvi□xler□e□higehi0□Oeqspe□
lew□i|eqmrih□xli□tspmxmgw□sj□Lmklۙ{ۙiۙhۙۙ2Qۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙ

⁸ Mweeg□Oeqspeۙۙۙۙۙۙۙ□Oۙۙۙrۙkۙۙxliۙۙۙ[svphۙKpsfepۙ>ۙY2W2ۙYrmzivwmwi□erhۙxliۙTvshygxmsrۙsjۙxliۙKpsfep
Mqekmrev}ۙ2ۙHyvleqۙ>ۙHyoiۙYrmzivwmx}ۙۙTviww0ۙۙ645=?ۙۙQirk1Lwyerۙ Glsy0ۙۙMweegۙۙOeqspe0ۙۙerۙ
XeqwsrۙۙTmixwglۙ0ۙXۙۙۙۙۙۙۙ□wxۙۙۙrexmsrepۙۙTspmxmgwۙۙsjۙLmkliۙۙlygexmsr>ۙGsrximxۙۙxli
Kpsfep3XverwjsvqmrkۙۙۙxliۙۙPsgepۙۙ2ۙۙRiۙ{□ۙۙsvs>ۙۙۙVsyxpihkiۙۙ645:?ۙۙۙMweegۙۙۙOeqspe0ۙۙ÷MV0ۙۙxliۙۙGvm~
xliۙۙ[svph>ۙۙJvsqۙۙVimjۙmrkۙۙxliۙۙHmwgmptmriۙۙۙxsۙۙHigspsrm~mۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙ◊
sjۙۙMrxivrexmsrepۙۙWxyhmmiۙ0ۙۙ64640ۙۙ516:?ۙۙۙMweegۙۙۙOeqspeۙۙۙ÷XliۙۙۙPsrkۙۙۙÿ:<>ۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙ
Higspsrmۙۙexmsr0ۙۙۙۙۙerhۙۙۙۙxliۙۙۙۙۙIqivkirgiۙۙۙۙۙۙۙۙۙ[svphۙۙYrmzivۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙ59,7-0
645=0ۙۙ7471758?ۙۙۙۙۙۙۙۙۙۙMweegۙۙۙOeqspe0ۙۙ÷ۙۙۙۙۙۙYrmzmvwۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙsjۙۙۙxliۙۙۙLi
FvmxmwlۙۙMNsyrvepۙsjۙۙۙTspmxmgwۙۙerhۙۙۙMrxivrexmsrepۙۙۙVipexmsrۙ0ۙ64580ۙ3=591977?ۙۙMweegۙۙOeqspe0ۙ÷[I]
KpsfepۙC>ۙHmekrswmrkۙۙxliۙۙKpsfepmۙ~exmsrۙۙPmxivexyviۙ0ۙ[mxlmrۙۙeۙۙTspmxmgepۙۙIgsrsq}ۙۙsjۙۙۙۙۙۙۙ
Ihygexmsr0ۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙۙ0ۙۙ,15-0ۙۙۙQevglۙۙ64570ۙۙۙ8519<?ۙۙۙۙMweegۙۙۙOeqspe0

Yrmzivwmxmiw□erh□xli□Tvshygxmsr□sj□xli□Kpsfep□Mqekmrev}     ,Hyoi□645=-□{ew□{ipp□vizmi{ih□mr
qsvi□xler□e□lepj1hs~ir□nsyvrepw2□Li□lew□fiir□mrzmxih□xs□sxviwirx□lmw□viwievgl□ex□G
Tvmrgixsr0□Hyoi0□Eqivmger□Yrmzivwmx}0□erh□hs~irw□sj□sxliv□geqtywiw□erh□tvsjiwwmsrep□
gsrjivirgiw2

Mr□vigirx□}ievw0□xlmw□viwievgl□lew□jsgywih□sr□xli□xevkixih□levewwmrx□sj□jegypx}□e
÷jvii□wtiigl□gvmwmw◇□sr□gsppiki□geqtywiw2□Oeqspe□lew□tyfpmwlih□wizivep□tetivw□sr□
mrgpyhmrk□mr□tiiv1vizmi{ih□nsyvrepw□erh□xst□tvsjiwwmsrep□Oeqspe□tiiv1vizmi{ih□tivt
mr□xli□xevkixih□levewwmrx□sj□jegypx}□jspps{mrk□e□645;□Geqtyw□Vijsvq□wxsv}□xlex□
lmw□gsppiekyiYw□wsgmep□qihme□tswx2□Lmw□gsppiekyi□vigimzih□e□hipyki□sj□levewwmqi
xlviexw□sj□zmspirgi0□viwypxmrk□mr□e□geqtyw□fimrk□izegyexih2□Oeqspe□{vsxi□efsyx□xlex□
Glvsrmgpi□sj□Lmkliv□Ihygexmsr□tyfpmwlih□er□egehiqmg□nsyvrep□evxmgpi□jsgywmrk□sr□xli
zevmsyw□qihme□svkerm~exmsrw□qswx□rsxefp}□Geqtyw□Vijsvq□erh□Xli□Gsppiki□Jm{|'{ls□{i
qswx□viwtsrwmfpi□jsv□gexetypxmrk□xlmw□wxsv}□mrxs□xli□vmklx1{mrk□qihme2

Mr□Neryev}□64640□Oeqspe□gviexih□Jegypx}□Jmvwx□Viwtsrhivw□ew□e□tvsnigx□xs□qsrm
Vijsvq□{ifwmxe2□Geqtyw□Vijsvq□mw□e□{ifwmxe□xlex□te}w□wxyhirxw□xs□{vmxi□syvveki
jegypx}□erh□lmkliv□ihygexmsr□mrwxmxyxmsrw2□Xliwi□wxsvmiw□sjxir□viwypx□mr□jegypx}
sj□lexi□qemp0□mrgpyhmrk□xlviexw□sj□zmspirgi□ew□wmwxiv□viwievgl□ew□ew□wxewwmwterx
qsrmxsv□xli□Geqtyw□Vijsvq□{ifwmxa□sr□e□qsvi1sv1piww□hemp}□fewmw0□gsqtmpmrk□
wxsvmiw□{vmxxir□sf}□Geqtyw□Vijsvq0□erh□mhirxmj}mrk□{lmgl□wxsvmiw□eggywi□e□tvsjiw
fmew2□{ir□Geqtyw□Vijsvq□{vmxiw□efsyx□e□jegypx}□qigfiv0□Oeqspe□viegliw□syx□xs□tvszml
viwsyvgiw□erh□mrjsvqexmsr□efsyx□{s{{□{□jegypx}□erh□ehqmrmwxvexmsr□qmklx□viwtsrh□Ev
xli□tewx□ji{{□}ievw0□Oeqspe□lew□fiir□mr□gsrzivwexmsr□{mxl□qer}□jegypx}□{ls□lezi□fiir
sj□vmklx1{mrk□levewwmqsrx0□sjxir□jsv□irkekmrk□mr□rsyqep□egehiqmg□wtiigl□fyx□hmwejers

÷Tyvwymrk□I|gippirgi□mr□e□ÿ[svph1Gpeww□Ejvmger□Yrmzivwmx}Ÿ>□Xli□Qeqherm□Ejjemv
Tspmxmgw□sj□Kpsfep□Lmkliv□Nhygexmsr□Nsyvrep□Ejvmger     0□=□□,5*6-0□64550
58;15:<?□Mweeg□Oeqspe□erh□Ipm□Qi}ivlsjj0□÷Gviexmrk□Gsqqsrw>□Hmzmhih□Kszivrergi0
Tevxmgtexsv}□Qerekiqirx0□erh□Wxyykkpiw□Ekemrwx□xli□Irgpsswyvi□sj□xli□Yrmzivwmx}0□□
650□644=0□5917;?□erh□sxlivw2

9 Veptl□[mpwsr□erh□Mweeg□Oeqspe□Osgl□Qsri>□Qeryjegxyvmrk□Geqtyw
Gypxyvi□[ev2     Psrhsr□Veptl□[mpwsr0□6465?□Weqerxle□QgGevxl}□erh□Mweeg□Oeqspe0
÷Wirwexmsrep□~ih□Wyvzimppergi>□Geqtyw□Vijsvq□erh□xli□Xevkixih□Levewwmrx□sj□Jegyp
TspmxmgepWgmoti□6465?□Mweeg□Oeqspe0□÷Hiev□Ehqmrmwxvexsvw>□Xs□Tvsxigx□jsyv□Jegyp
Vmklx1[mrk□Exxegow0□Jspps{□xlmw□Nsvipth2□Egehiqmg□Jviihsq     0□□540□645=0□5166?
Lerw1Nsivk□Xmihi0□Weqerxle□QgGevxl}0□Ep}wsr□O2□Wtyvkew0□÷[sq□Hsiw□Geqtyw
Xevkix□erh□[ex□Evi□xli□Ijjigxwÿ0□srpmri0□Eqivmger□Ewwsgmexmsr□sj□Yrmzivwmx}
Tvsjiwwsvw0□EEYT-0□Wtvmrk□6465?□Mweeg□Oeqspe0□÷[ivev□Hsiv□xli□Fm~evv□L}wxivme
ÿGvmxmgep□Vegi□Xlisv}Ÿ□Gsqi□Jvsq□C□Jspps{□xli□Qsri}0□Nyri□70□64652

: Mweeg□Oeqspe0□÷Gvewlmrk□xli□Egehiqmg□Gsrzivwexmsr     ,Nyp}□□=0
645;-2

; Oeqspe0□÷Hiev□Ehqmrmwxvexsvw2◇

< QgGevxl}□erh□Oeqspe0□÷Wirwexmsrep~ih□Wyvzimppergi2◇

= Geqtyw□Vijsvq□hijmriw□mxwipj□ew□e□÷Ew□e□gsrwivzexmzi□{exglhsk◇□xlex□÷i|tswiw□pm
efywi□sr□xli□rexmsrYw□gsppiki□geqtywiw2◇□Geqtyw□Vijsvq0□÷Qmwwmsr◇
lxxtw>33geqtywvijsvq2svk3efsyx□,pewx□eggiwwih□Etvmp□80□6466-2

=

{ipp1jyrhih□erh□qsfmpm~ih□tspmxmgep□egxsvw2□Wxevxmrk□mr□Neryev}□6466□li□i|terhi
qsrmxsv□ehhmxmsrep□{ifwmxiw3syxpixw0□mrgpyhmrk□Xli□Gsppiki□Jm|2□Li□gs1{vsxi□e□ti
evxmgpi□sjjivmrk□xli□qswx□hixempih□eggsyrx□sj□ls{□Geqty□Vijsvq□stivexiw2

Oeqspe□lew□rsx□tvizmsywp}□wivzih□ew□er□i|tivx□{mxriww□erh□lew□exxeglih□er□yt1xs
mrgpyhiw□e□pmwx□sj□epp□tyfpmgexmsrw□li□eyxlsvih□sziv□xli□tvizmsyw□54□}ievw2

Gs1{vmxxir□Fsso
Mr□Rsziqfiv□64650□[mpwsr□erh□Oeqspe□Xiyffiglih□Osgl□Qsri>□Qeryegxyvmrk
e□Geqtyw□Gypxyvi□ev    0□{lmgl□i|eqmriw□xli□mrjpyirgi□sj□vmklx1{mrk□tspmxmgep□egxsvw□mr
qeryjegxyvmrk□xli□÷geqtyw□jvii□wtiigl□gvmwmw□revwvexmzi□Mr□xli□fsso0□[mpwsr□erh
hiqsrwxvexih□xlex□wxyhirx□kvsytw□gpswip}□xmih□xs□xli□Osgl□Hsrsv□Rix{svo□vikypevp}
gsrxirmsyw□jev1vmklx□wtieoivw□,wygl□ew□Qmps□]merrstsypsw0□Fir□Wletmvs0□erh□Glev
gsppiki□geqtyiw2□Xli□geviivw□sj□xliwi□wtieoivw□{ivi□pevkip}□temh□jsv□f}□xli□weqi□w
jyrhmrk□xli□wxyhirx□kvsytw□{ls□fvsyklx□xlio□xs□geqtyw2□[lir□pmfivep□sv□pijx1{mrk□w
tvsxiwxih□xliwi□wtieoivw0□vmklx1{mrk□qihme□syxpixw0□xlmro□xerow0□erh□egehiqmgw□ep;
xmiw□xs□xli□weqi□hsrsvw^ywih□xliwi□mrwxergiw□ew□i|eqtpiw□sj□e□geqtyw□jvii□wtiigl
Vmklx1{mrk□pikep□kvsytw0□jyrhih□f}□xli□weqi□kvsyt□sj□jyrhivw0□wyih□yrmzivwmxmiw□
wtiigl◇□kvsyrhw□gleppirkmrk□geqtyw□tspmgmiw0□erh□pmfivexmev□xlmro□xerow□erh□eh
ehzergih□÷jvii□wtiigl◇□fmppw□hiwmkrih□xs□qe|mqm~i□xli□zsmgiw□erh□mrjpyirgi□sj□vm
wtieoivw0□jegepx}0□erh□wxyhirxw2

Eqsrk□xli□ryqivsyw□tswmxmzi□vizmi{w0□Nslr□Viumr□Lmki□geppih□xli□fsso
÷_haiitp}□viwievglih□erh□{ipp1ev[Rimr2w}□QgKsi□i}xmqiw□Lmkliv□hygexmsr□hiwgvmfih□mx
ew□er□÷iwwirxmep□erep}wmw□sj□xli□eqtih1yt□gypxyvi□{evw◇□Nimv◇mjivi□Lyikl□2{vmxmrk
mr□xli□Eqivmger□Ewwsgmexmsr□sj□Yrmzivwmx}□Tvsjiwsvw0□Jepp□Xli□Wiigl
erh□Osgl□Qsri}    ew□÷er□mrhmwtirwefpi□fsso□jsv□yrhivwxerhmrk□ls{{i□ksx□livi2◇

---

[54] QgGevxl}□erh□Oeqspe0□÷Wirwexmsrepm~ih□Wyvzimppergi2◇

[55] Nslr□[evriv0□÷Vsyrhyt□sj□6465□Lmkliv□Ih□Fssow0□Nywx□Zrvmwmhxhrk□fpsk0
Higiqfiv□590□64652
lxxtw>33{{{2mrwmhilmklivih2gsq3fpskw3nywx1zmwmxmrk3vsyrhyt164651lmkliv1ih1fssow□,pewx
eggiwwih□Qe}□5<0□6466-2

[56] Pmrwi}□QgKsi}0□÷Jvii□Wtiigl□erh□Osgl□Qsri}0□f}□Veptl□[mpwsr□erh□Xmn□Mweeg□Oeqspe0
Lmkliv□hygexmsr    0□Rsziqfiv□550□64652

[57] Nirrmjiv□Vyxl0□÷Xli□Pmfivexmer□Tpe}fsso0◇□{mrxiv□64662

# MMM2  QIXLSHSPSK]⬚ERH⬚WSYVGIW

Xlmw⬚vitsvx⬚hve{w⬚ytsr⬚syv⬚tvmsv⬚viwievgl0⬚ew⬚{ipp⬚ew⬚syv⬚mrhmzmhyep⬚eview⬚s
xli⬚wtigmjmgw⬚sj⬚LF⬚677⬚erh⬚mxw⬚pmoip⬚ijjigxw2⬚[i⬚lezi⬚vizmi{ih⬚xli⬚xi|x⬚sj⬚LF
xverwgvmtxw⬚sj⬚hifexi⬚sziv⬚LF⬚6770⬚ew⬚{ipp⬚ew⬚{ifwmxiw0⬚hsgyqirxw0⬚vitsvxw0⬚erh
tvshygih⬚f}⬚xli⬚wtevm~exmsrw⬚hmvigxp}⬚mrzspzih⬚mr⬚xli⬚tewweki⬚sj⬚LF⬚6772⬚[i⬚epws
fvsehp}⬚sr⬚xli⬚pevki⬚fsh}⬚sj⬚wglspevwlmt⬚erh⬚mrziwxmkexmzi⬚vitsvxmrk⬚xlex⬚hsgyqirxv
Hsrsv⬚Rix{svo⬚mr⬚kviex[58]hixemp2

Ls{iziv0⬚qswx⬚sj⬚xliwi⬚svkerm~exmsrw⬚qiix⬚mr⬚tvmzexi⬚erh⬚evi⬚sjxir⬚jyrhih⬚f}⬚hmjjm
ersr}qm~ih⬚hsrexmsrw2⬚Ew⬚wygl0⬚mx⬚ger⬚fi⬚hmjjmgypx⬚xs⬚kix⬚e⬚gpiev⬚wirwi⬚sj⬚{
gpswih⬚hssvw2⬚Xs⬚ehhviww⬚xlmw⬚mwwyi0⬚{i⬚i|terh⬚ytsr⬚syv⬚fewi⬚sj⬚yrhivwxerhmrk⬚f
qexivmepw⬚gsppigxih⬚xlvsykl⬚÷stivexmzi⬚xvegmrk2⬚◊Xli⬚qixlsh⬚mrigpyhiw⬚xvmergypexmrk
viwievgl⬚{mxl⬚qexivmep⬚÷jsyrh⬚sr⬚svkerm~exmsr⬚{ifwmxiw0⬚GZw0⬚PmroihMr⬚tvsjmpiw0
erryep⬚vitsvxw0⬚{iftekiw0⬚erh⬚]syXyfi[zmwisc0⬚{ipp⬚ew⬚pieoih⬚hsgyqirxw⬚jvsq⬚qixmrkw
erh⬚geviypp}⬚erep}wmw⬚sj⬚xe|⬚hsgyqirxw2⬚Pssomrk⬚egvsww⬚xlmwi⬚wsyvgiw⬚giz}qgswxp}
ezempefpi⬚qexivmepw⬚qeoiw⬚mx⬚tswwmfpi⬚xs⬚mhirxmj}⬚xli⬚szivpettmrk⬚gsrrigxmsrw⬚fix
svkerm~exmsr⬚wxejj0⬚erh⬚fsevh⬚qiqfivwlmt⬚egvsww⬚hmjjivirx⬚kvsytw0⬚{lmpi⬚i|tswmrk⬚e
wleveh⬚tspmxmgep⬚wxvexik}2

Jsv⬚xlmw⬚tvsnigx0⬚Veptl⬚[mpwsr⬚epws⬚hiwmkrih⬚gsmtyxiv⬚gshi⬚xs⬚i|xvegx⬚xli⬚gsrxirx
tekiw⬚sj⬚{ifwmxiw⬚tyfpmwlih⬚f}⬚Geqtyw⬚Vijsvq0⬚Xli⬚Gsppeki⬚Jm|0⬚erh⬚xli⬚Jsyrhexmsr
Mrhmzmhyep⬚Vmklxw⬚mr⬚Ihygexmsr0⬚epps⬚{mrk⬚iwi⬚wiegl⬚jsv⬚epp⬚wxswmiw⬚tivwmri⬚mrrs⬚myrrg
mhirxmjmih⬚f}⬚xli⬚tviwirgi⬚sj⬚{svhw0⬚erh⬚ypxmmqexip}⬚gsrjmvvqih⬚sv⬚sqmxxih⬚ytsr⬚l
mrwtigxmsr2⬚Wii⬚Ettirhm|⬚8⬚jsv⬚e⬚jypp⬚hiwgvmtxmsr⬚erh⬚xi|x⬚sj⬚xlmw⬚gshi2⬚Xlmw⬚w
tswwmfpi⬚xs⬚kix⬚e⬚gpieviv⬚wirwi⬚sj⬚xli⬚wxsvmiw⬚tyfpmwlih⬚f}⬚svkerm~exmsrw⬚wygl
erh⬚Xli⬚Gsppaki⬚Jm|⬚erh⬚e⬚fvsehiv⬚yrhivwxerhmrk⬚sj⬚xli⬚egxmzmxmiw⬚sj⬚iegl⬚svkerm~

[i⬚lezi⬚epws⬚xvegoih⬚xli⬚te}qirxw⬚qehi⬚f}⬚oi}⬚glevmxefpi⬚jsyrhexmsrw0⬚erh⬚hsrs1ehzm
{mxlmr⬚xli⬚Osgl⬚Hsrsv⬚Rix{svo2⬚[lmpi⬚945,g-,7-⬚svkerm~exmsrw⬚hs⬚rsx⬚lezi⬚xs⬚hmwg
wsyvgiw⬚sj⬚xlmv⬚jyrhmrk0⬚tlmperxlvstmg⬚svkerm~exmsrw⬚xlex⬚qeoi⬚hsrexmsrw⬚hs2⬚[i

[58] Jsv⬚i|eqtpi>⬚Xlihe⬚Wosgtsp⬚erh⬚Epi|erhiv⬚Livxip1Jivvernhi~0⬚÷Xli⬚Osgl⬚Rix{svo⬚erh⬚Vityfpmger⬚Tevx}⬚I|⬚|xviqmwq0⬚580⬚rs2⬚7⬚,645:-⬚?⬚Neriw⬚Qe}iv0⬚÷Twsq⬚&mzmwisr⬚Tspmxmgmrw⬚HevQe}iv⬚iv0⬚Qsri>⬚Xli⬚Lmhhir⬚Lmwxsv}⬚sj⬚xli⬚Fmpppsriromiw⬚Filmrh⬚xli⬚Vmwi⬚sj⬚xli⬚Vehmgep⬚Vmklx⬚2⬚Ri{⬚]svo>⬚Erglsv⬚Fssow0⬚645;?⬚Rerg}⬚QegPiecog⬚,mr⬚Glemrw>⬚Xli⬚Hiit⬚Lmwxsv}⬚sj⬚xli⬚Vehmgep⬚Vmklx>w⬚Wxieplx⬚Tper⬚jsv⬚Eqivmge2⬚Ri{⬚]svo>⬚Zmonrk0⬚645;?⬚Epi|erhiv⬚Livxip1Jivvernhi~0⬚Xlihe⬚Wosgtsp0⬚erh⬚Newsr⬚Wgpev0⬚÷[lir⬚Tspmxmxmgep⬚Qike1Hsrsvw⬚Nsmr⬚Jsvgiw>⬚Ls{⬚xli⬚Osgl⬚erh⬚xli⬚Hiqsgveg}⬚Eppmergi⬚Mrjpyirgi⬚Svkerm~ih⬚Yw⬚Tspmxmgw0⬚&&Tivwtmxm⬚Wmklx⬚erh⬚Qe}⬚Eqivmger⬚Tspmxmgmtep⬚Hizipstqirx⬚760⬚rs2⬚6⬚,645<-?⬚Epi|erhiv⬚Livxip1Jivvernhi~0⬚Ls{⬚Gsrwivzexmzi⬚Egxmzmwxw0⬚Fmk⬚Fywmriww0⬚erh⬚[iepxl]⬚Hsrsvw⬚Viwletih⬚Xli⬚Eqivmger⬚Wxexiw⬚erh⬚xli⬚Rexmsr2⬚Ri{⬚]svo>⬚S|jsvh⬚Yrmzivwmx}⬚Tviww0⬚645=?⬚Glvmwxstliv⬚Pisrevh0⬚Osglperh>⬚Xli⬚Wigvix⬚Lmwxsv}⬚sj⬚Osgl⬚Mrhywxvmiw⬚erh⬚Gsvtsvexi⬚Ts{iv⬚mr⬚Eqivmge⬚2⬚Ri{⬚]svo>⬚Wmqsr⬚*⬚Wglywviv0⬚64642

[59] [mpwsr⬚erh⬚Oeqqiv0⬚&&Tiilei0⬚erh⬚Osgl⬚Qsri}⬚0⬚=2

hmwgpswyviw□xs□vizivwi□irkmriiv□e□tmgxyvi□sj□{ls□jyrhw□xlmw□tspmxmgep□mrjvewxvy...
xe|□jmpmrkw□,==4w-□sj□xlswi□jsyrhexmsrw□erh□jyrhw□gpswiw}□gsrrigxih□xs□xli□Osgl...
Wii□Ettirhm|□5□jsv□e□pmwx□sj□svkerm~exmsrw□hiwgvmfih□mr□xlmw□vitsvx0□erh□xli...
xli}□lezi□vigimzih□jvsm□HsrsvwXvywx0□Hsrsv□Getmxep□Jyrh0□Fvehpi}□Jsyrhexmsr0□Fveh...
Mqtegx□Jyrh0□erh□xli□wizivep□glevmxefpi□jsyrhexmsrw□gsrxvsppih□f}□xli□jeqmp}□sj□Gl...
mrgpyhmrk□xli□Glevpiw□Osgl□Jsyrhexmsr□erh□Gpeyhi□P2□Peqfi□Jsyrhexmsr2□Xliwi□jsyrhe...
eqsrk□xli□xst□jyrhmrk□glevmxefpi□jsyrhexmsrw□erh□hsrsv□ehzmwih□jyrhw□xlex□evi□yxm...
Osgl□Hsrsv□Rix{svo2

# MZ2  JMRHMRKW□_TEVX□5a>□Xli□Qeryjegxyvih
## Geqtyw□Jvii□Wtiigl□Gvmwmw

LF□677□mw□tvihmgexih□sr□e□gsrgivr□xlex□JpsvmheŸw□gsppikiw□erh□yrmzivwmxmiw□ev
wtiigl□erh□pego□÷mrxippigxyep□jviihsq□erh□zmi{tsmrx□hmzivwmx}2◇□Mr□viepmx}0□rs□w
[lmpi□wtigmjmg□jpewltsmrxw□qe}□evmwi□sr□tevxmgypev□geqtywiw0□xli□mhie□xlex□Eqiv
ihygexmsr□ew□e□{lspi□wyjjivw□jvsq□veqterx□jvii□wtiigl□zmspexmsriw□lew□fiir□pevkip}□
Xlmw□÷gvmwmw◇□mw□xli□tvshygx□sj□er□mrxikvexih□rix{svo□sj□pmfivxevmer□erh□gsrwivz
erh□tspmxmgep□stivexmziw□xlex□hvihki□yt□e□lerhjyp□sj□mwspexih□mrwxergiw□qer□sj□s
tvszsoi□xliqwipziw0□xs□gviexi□xli□wiqfpergi□sj□e□hmvi□tvsfpiq□xlex□riihw□ehhviwwmrk 2

Xs□yrhivwxerh□xli□svmkmr□sj□xlmw□qeryjegxyvih□gvmwmw0□mx□mw□rigiwwev}□xs□i|e
tspmxmgep□wxvexik}□sj□xli□Osgl□Hsrsv□Rix{svo2□Xliwi□{iepxl}□pmfivxevmer□hsrsvw□lez
zewx□tspmxmgep□mrjvewxvygxyvi‘{lmgl□mrgpyhiw□xlmro□xerow0□qihme□syxpixw0□wxyhirx
svkerm~exmsrw0□erh□tspmg}□ehzsgeg}□kvsytw‘{lmgl□vikypevp}□qeryjegxyviw0□{mxl□sri□
hmjjivirx□omrhw□sj□gvmwmw□evrexmziw□,efsyx□yrmsrw0□gpmqexi□vikypexmsr□xe|exmsr
vegi□xlisv}0□ixg2□erh0□{mxl□xli□sxliv□hizipst□tspmg}□wspyxmsrw□xs□xliwi□ws1geppih
Geqtyw□jvii□wtiigl□mw□rs□hmjjivirx2

[I]□{syph□xliwi□{iepxl}□hsrsvw□fi□gsrgivrih□{mxl□geqtyw□jvii□wtiigl□mwwyiwC□Xli□Osg
Hsrsv□Rix{svo□lew□hizipstih□e□wtigmjmg□wxvexik}□sj□ehzergmrk□xlimv□mhispskmgep□e
tvs1gsvtsvexi□tspmg}□ekirhe2□Xlmw□wxvexik}□gemrw□÷{iey□jvee□wgmep□glerki `wxevxw□{mxl□xli
vigskrmxmsr□xlex□wsgmep□glerki□fikmrw□{f}□wletmrk□xli□mhiew□tvshygih□mr□yrmzivwmx
qeryjegxyvmrk□e□geqtyw□jvii□wtiigl□gvmwmw0□erh□xlir□hizipstmrk□tspmgmiw□xs□ehhviw
÷tvsfpiq◇0□tevxmwer□stivexmziw□lezi□fiir□efpi□xs□qe|mqm~i□xli□mrjpyirgi□sj□vmklx1{m
pmfivxevmer□wtiigl□sr□geqtyw0□{lmpi□ywmrk□xli□weqi□tspmgmiw□mrjvewxvygxyvi□xs□
egehiqmg□wtiigl□xli□gsrwmhiv÷{soi◇□÷tspmgmepp□gsvwvigx0◇□sv□mr□er□}□{e}□xlvi□
pmfivxevmer□{svphzmi{2

Xlmw□gvmwmw□revvexmzi□lew□fiir□ywih□xs□ehzsgexi□jsv□geqtyw□jvii□wtiigl□pikmwpexm
gsrwivzexmzi□mrxiviwxw□gsrgivrmrk□{lex□kixw□xeyklx0□viwievglih0□erh□hmwgywwih□sr□ge
geqtywiw2□Xli□sfnigxmziw□sj□xliwi□tspmgmiw□mrgpyhi□xli□hevikypexmsr□sj□wxyhirx□kvsy
wtieoivw0□erh□wspmgmxexmsr□f}□syxwmhi□kvsytw0□{lmpi□gviexmrk□levw□tirepxmiw□jsv
tspmgmiw□xlex□{syph□sxliv{mwi□mrxivjivi□{mxl□xlswi□sfnigxmziw2□Xliwi□fmppw□lezi□fiir□
tywlih□f}□ehzsgeg}□svkerm~exmsrw□epws□jyrhih□f}□xli□Osgl□Hsrsv□Rix{svo2

Pieoih□hsgyqirxw□epws□wls{□xlex□svkerm~exmsrw□mrzspzih□mr□xlmw□ijjsvx□peqirxih□xl
{ew□rsx□eggitxmrk□xli□i|mwxmrgi□sj□e□jvii□wtiigl□÷gvmwmw◇□erh□ws□lew□irkekih□m
ijjsvx0□pih□mr□tevx□f}□xli□Mrwxmxyxi□jsv□S□□□□□□□□□□□□□Wyytevg□Wxyhmiw0□xs□qeymjegxyvi□

÷iqtmvmgep▯viwievgl◇▯xlex▯gsyph▯lipt▯÷gpswi▯xlmw▯ket◇▯mr▯tyfpmg▯stmrmsr    2[5] Evsyrh▯xli▯xmqi
xlex▯xliwi▯ijjsvxw▯ijjsvxw▯w{ivi▯hmwgywwih0▯wizivep▯jvii▯wtiigl▯wyvzi}w'{mxl▯xmiw▯xs▯xli▯Osgl
Rix{svo'▯ivi▯tvshygih▯f}▯kvsytw▯ywmrk▯e▯uyiwxmsrefpi▯qixlshspsp▯xlex▯lew▯fiir▯hiwgvm
÷nyro▯wgmrfġi2◇

## Osgl Hsrsv Rix{svo erh xli Wxvexik} sj Wsgmep Glerki

Wxevxmrk▯mr▯xli▯5=;4w0▯Glevpiw▯Osgl▯fiker▯fymphmrk▯{lex▯{syph▯figsqi▯e▯pevki0
mrikivexih▯tspmxmgep▯rix{svo2▯Mr▯64470▯xs▯tvstekexi▯xlimv▯gsvtsvexi▯pmfivxevmer▯m
tspmxmgep▯sfnigxmziw0▯Hezmh▯erh▯Glevpiw▯Osgl▯fiker▯lswxmrk▯wigvix▯fmerryep▯wxve
Xliwi▯izirxw▯{syph▯fvmrk▯tspmxmqmgmerw0▯tspmxmgep▯kvsytw0▯qihme▯tivwsrepmxmiw0▯n
erh▯xlmro▯xero▯tivwsrrip▯xs▯skixliv▯{mxl▯xli▯Osgl▯fvsxlivw▯Y▯gpswiwx▯hsrsvw▯gsppefsvexsvw
wiqmrevw0▯{syph▯vemwi▯lyrhvihw▯sj▯qmppmsrw▯sj▯hsppevw▯jvsq▯xli▯rexmsrŸw▯{iepxlm
erh▯pmfivxevmer▯tspmxmgep▯hsrsvw▯erh▯gsqqmx▯xli▯qsri}▯xs▯zevmsyw▯wxvekm~exmsrv
wtigmjmg▯tspmg}▯ġlġxlmw2▯tspmxmgep▯mrjvewxvygxyvi▯{ew▯kviexp}▯i|texrhih▯jspps{mrk▯xli
ipigxmsr▯sj▯Fevego▯Sfeqe▯erh▯ġxlġxmẄ4▯vmxil▯Wytviqi▯Gsyvx▯vypmrk2

Glevpiw▯Osgl▯lew▯plrk▯jyrhih▯svkerm~exmsrw▯xlex▯{ietsrm~i▯xli▯perkyeki▯sj▯jvii▯wtiig
ehzsgexi▯jsv▯tvs▯gsvtsvexi▯tspmgmiw2▯Sri▯sj▯xli▯ievp}▯ehzsgeg}▯svkerm~exmsrw▯Glevp
jsyrhih▯,erh▯jyrhih▯▯{ew▯Gmxm~irw▯jsv▯e▯Wsyrh▯Igsrsq}▯,GWI▯mr▯5=<82▯GWI▯{ie
perkyeki▯sj▯gsrwyqiv▯vmklxw▯erh▯mrhmzmhyep▯jviihsq▯xs▯hijirh▯xsfeggs▯gsqtermiw▯erh

---

[5] Mrwxmxyxi▯jsv▯Lyqeri▯Wxyhmiw0▯÷MLW▯J]5;▯Qmh1]iev▯Tvstswep▯xs▯xli▯Glevpiw▯Os
Jsyrhexmsr0◇▯2▯Sfxemrih▯erh▯vipiewih▯f}▯YrOsgl▯Q}▯Geqtyw2▯Glmgimm▯ex>
lxxtw>33me:459482yw2evglmzi2svk36;3mxiqw3MLW645;5<GpewwmgepPmfivepPtvstswepHmkmxep:
5;c5<)64Gpewwmgep▯64Pmfivep▯64Tvstswep▯64Hmkmxep2thj▯,pewx▯eggiwwih▯Etvmp▯740▯64
[5] Xli▯Mrwxmxyxi▯jsv▯Lyqeri▯Wxyhmiw▯mw▯sri▯sj▯xli▯pevkiwx▯Osgl1jyrhih▯egehiqmg▯gi
ex▯Kisvki▯Qewsr▯Yrmzivwmx}0▯xli▯Mrwxmxyxi▯jsv▯Lyqeri▯Wxyhmiw▯lew▯vigimzih▯qsvi▯x
qmppmsr▯jvsq▯Osgl1jeqmp}▯jsyrhexmsrw0▯erh▯Glevpiw▯Osgl▯lmqwipj▯wivzih▯xli▯fsev
}ievw2▯Wii>▯YrOsgl▯Q}▯Geqtyw0▯÷Xli▯Mrwxmxyxi▯jsv▯Lyqeri▯Wxyhmiw2◇
lxxt>33{{{2yroslq}geqtyw2svk3mlw ,pewx▯eggiwwih▯Qe} 60▯6466-2▯Xli▯Mrwxmxyxi▯jsv▯Ly
Wxyhmiw▯lew▯vigimzih▯ex▯piewx▯(9;▯qmppmsr▯jvsq▯xli▯Osgl▯Hsrsv▯Rix{svo2▯Wii▯Etti
[5<] Psmw▯Figoixx0▯÷ýNyro▯WgmirgiŸ>▯I|tivmrir▯Gewx▯Hsyfx▯sr▯[hlip}▯Gmxih▯Gsppiki◇▯Jv
Wyvzi}0◇0▯Xli▯Kyevhmer▯Witxiqfiv▯660▯645;2
[19] Epi▯erlivi1Livxip1Jivrerhi~0▯Xlihe▯Wsgtsp0▯erh▯Newsr▯Wgpev0▯÷[lir▯Tspmxmgep▯Qike1H
Nsmr▯Jsvgiw>▯Ls{▯xli▯Osgl▯Rix{svo▯erh▯xli▯Higsgveg}▯Eppmergi▯Mrjpyirgi▯Svkerm~ih◇▯
Tspmxmgw▯ġ{sr▯xli▯Vmklx0▯Wewlmrpijmr ww(?Glmger Tspmxmgwġġ▯Hizipstqirx,2 760▯rs2▯6▯,645<->
56;15:9?▯Xlihe▯Wsgtsp▯erh▯Epi▯erlivi▯Livxip1Jivrerhi~0▯Xli▯Osgl▯Rix{svo▯erh▯Vityfpmg
Tevx}▯I|xviqmwq▯ġ0▯ġxmwġkmziw▯wr▯Tspmxmgw▯ġ▯580▯rs2 7 ▯,645:->▯:<51:==?▯Tlmppmt▯Ippmsx0▯÷Mr
Osgl▯Fvsxlivw▯Hsrsv▯Wyqqġxmx▯Ŷ Epykywx▯50▯645:? NerHạvġ;svĵ>▯Xli Lmhhir
Lmwxsv}▯ġsjġ▯xli▯Fmppmsrvemviw▯Filmrh▯xli▯Vmwiġ▯sjġ▯xli▯Vehmgep▯Vmklx 2 ▯Ri{▯[svo>▯Erglsv0▯645;?▯Neri
Qe}iv0▯÷Xli▯Wigvix▯sj▯Glevpiw▯Osgl▯W Tspmxmgep▯Qeglmġ▯Tsxmmgrqġgs Qeglmġ▯Neryev}▯5<0▯645:?
Fveh▯Jvmehqer0▯÷I|gpywmzip}▯Eyhms>▯Mrwmhi▯xli▯Osgl▯Fvsxlivw▯Q Xliv Wqipit Wmqervmev0▯
Witxiqfiv▯:0▯645[5]Neri▯Qe}iv0▯÷Gszivx▯Stivexmsrw◇▯Xli Ri{Yvov0▯ Eykywx▯670▯64542

qmwmrjsvqexmsr□efsyx□xli□levqw□sj□Wmwsqirk2□higehiw0□gsvtsvexi1jyrhih□xlmro□xerow
erh□ehzsgeg}□svkerm~exmsrw□lezi□ywih□xlmw□weqi□wvexik□xs□wtvieh□qmwmrjsvqexn
glerki0□hizipstmrk□e□{ipp1jyrhih□igls□gleqfiv□xlex□gewxw□hsyfx□sr□Wgmirgi2
fix{iir□5==□erh□645<0□Osgl□jeqmp}□jsyrhexmsrw□lezi□wtirx□qsvi□xler□(589□qmppmsr
kvsotw□wiieemrk□xs□yrhivqmri□gpmqexi□wgmirgi2

Xlmw□wxvexik}□lew□tvszir□ws□wyggiwwjyp□figeywi□mx□mrxikvexiw□fsxl□xli□jyrhmrk□erh
sj□wxexi1pizip□erh□rexmsrep□xlmro□xerow0□qihme□syxpixw0□pmxmkexmsr□kvsytw0□erh
ehzsgeg}□svkerm~exmsrw□epp□sj□{lmgl□ettiev□xs□stivexi□mrhitirhirxp}□fyx□evi□egxyep
mrxs□iiegl□sxliv□mr□e□gssvhmrexih□jewlmsr2□Xlmw□rix{svo□sj□svkerm~exmsrw0□jyrhih
Hsvsv□Rix{svo0□lew□fiir□mrgvihmfp}□wyggiwwjyp□ex□wletmrk□rexmsrep□tspmg}□sr□e□wmhi
mwwyiw□mr□jezsv□sj□gsrwivzexmzi□erh□tvs1gsvtsvexi□tspmgmiw2□Xliwi□mwwyiw□verki
pikmwpexm*rS0356□tvmzexem~exms•6rof□svkerm~exmsrw□sj□zsxiv○ymwxxli0□qswx□vigirx□termg□sziv
gmvmxigep□vegi Ejpv2}sj□xliwi□i|eqtpiw□jspps{e□jemvp}□gsrwmrxixhiek!>

[64] Eqerhe□Jepplmr0□Veglip□Kvere0□erh□Wxerxsr□E2□Kperx~0□÷Xs□Uyevxivfego□Filmrh□xli
Xlmvh□Tevx2□IjjsvxwvxY>□Xli□Xsfeggs□Mrhywxv}□erh Xsfeggs Kerx~Tev6)580□Zsp2□670
76617752

[65] Texvmgo□Hsvimer□erh□Erhvin□Qvzev0□÷Xli□Osgl□Fvsxlivw□erh□xli□Gpmqexi□Glerki□Hir
Qsziqirx0◊ murhfssolsj□Erxm1lrzmvsrqirxepmmq     2□Ih{evh Ipkev□Tyfpmwlmrk0580646872
Fvyppi0□÷Mrwxmtyxmsepm~mrk□Hipe}>□Jsyrhexmsr□Jyrhmrk□erh□xli□Gviexmsr□sj□YW1
Gsyrxiv1Qsziqirx□Svkerm~exmsr0 Qtpmgqjgl Glerki□5660 rs2□80,6458->2Vmpfil.□8
Hyrtel□Eevsr□Q2□QgGvmklx0□÷Svkerm~ih□Gpmqexi Ole8kjiv1Hllimfesp0◊□mr□
sj□Gpmqexi□Glerh□erh□Wsgmix}     0□Nslr□W2□Hv}~io0□Vmglevh F2□Rsvkeevh0□erh□Hezmh□Wglpsw
ihw20□6455>□58815:42

[66] Kviirtiegi0□÷Osgl□Mrhywxvmiw>□Wigvixrp}□Jyrhmrk□xli□Gpmqexi□Hirmep□Qeglmri2◊
lxxtw>33{{2kviirtiegi2svk3ywe3mklxmrk1gpmqexi1glesw3gpmqexi1hirmivw3osgl1mrhywxvmiw3□,
eggiwwih□Etvmp□;0□6466-2

[23] Livxip1Jivrerhi~0Wxexi□Getxyvi ?□Pmwe□Kveziw0□÷Mrwmhi xli□Osgl□Jeqmp}□Ÿw□:41jiev□Erxm1
Geqtemkr□Xlex□Kezi Yw□NerXiwX◊mqiw  0□Nyp} 560□645<?□Gipmri□QgRmglspew□erh□^eri
Qsolmfiv0□÷[s+w□Filmrh□xli□Neryw□PiEqymyxe0◊rwwtigw     0□Jifvyev}□6<0□645<?
Qev}□Fsxxsvm0□÷Xli□X{s□Jegiw□sj□Neryw>□Xli□Fmpppmsremvw□Filmrh□xli□Wytviqi□Gsy
xs□Hmwqerxpi□Tyfmpmg□WigxsvVY2EnNmw6wQGirxiv□jsv□Qihme□erh□Hiqsgveg}0□Jifvyev}□680
645<?◊Dieqmrwkm0□Qmglippi2□÷Ls□{□Qmglmker□Figeqi□e□Vmklx xs□[svo□Wxexi>□Xli□Vspi□sj
erh□Tspmxmrefeu00Cvyhmiw□Nsyvrep 840□rs2□80,6459-> 7Nel;,Vmwxxifivk□erh□Qev}
Fsxxevm0□÷[s□Mrw□Mw Filmrh□xli□Rexmsrep□Vmklx xs□[svo□Gsqqmxxii□erh□mxw□Erxm1Yrm
TV{exgl    0□Girxiv□jsv□Qihme□erh□Hiqsgveg}0□Nyri□70□64582

[68] Qeyvmgi□X2□Gyrrmrklem0□Qsri}□erh□xli□Tspmxmgw sj□WglsspmrkTvmzexm~exmsr□Tepkvezi0□64650
65;15<? Zepivmi□Wxveyww0□÷Xli□Osgl□Rix{svo□We}w mx [erxw□xs□Viqeoi□Tyfpmg□Ihyge
[ewlmrkxsrsTswx  0□Sgxsfiv□5:0□645=2

[69] Neri□Qe}iv0□÷Xli□Fmk□Qsri}□Filmrh□xli□Xr□FRiWubmi0◊0□Eykywx□=0□6465
lxxtw>33{{2ri{}svoiv2gsq3qeke~mri3646534<34=3xli1fmk1qsri}1filmrh1xli1fmk1pmi

[6:] Firneqmr□[eppegi1[ippw0□÷Ls□{□e□Gsrwivzexmzi□Egxmzmwx□Mrzirxih□xli□Gsrjpmgx□Sziv
Vegi□Xlisv}0Xli□Ri{□}svov      0□Nyri□5<0□6465?□Mweeg Oeqspe□Viriwoi □livi□Hsiw□xli□Fm~evvi
Efsyx□yÿGvmmmek□Vegi□Xlisv}□Ÿ□Gsqi□JvsqC□Jsppps□Mrxmhi Osrix⁄}◊0□Nyri□70□6465?
Vskiv□Wsppirfivkiv0□÷Xli□Evmwxsgvexm□Jyrhmrk□xli□Gvmxmgep□Veg XliEimsp□}◊ÿFegopewll0Y2
Fiewx0□Rszmqfiv□<0□64652

rix{svo0□{mxl□sri□lerh0□qeryjegxyviw□e□gvmwmw□erh0□{mxl□xli□sxliv□tvszmhiw□tspmg}□wspyxmsrw□xlex
psgo□mri□tvs1gsvtsvexi□erh□gsrwivzexmzi□tspmg}□syxgsqiw2

Xlmw□wxvexik□}□{svow□figeywi□mx□tperrmxl□syekih□{mxxv} erexiv}□sj□wsqmep□□Erlerki
ryqfiv□sj□wglspevw□erh□nsyvrepmwxw□lezi□epvieh□hsgyqirxih□xli□{e}w□mr□{lmgl□xli□_____
Rix{svo□lew□liptih□gviexi□e□{ipp1jyrhih□erh□jypp}□mrxikvexih□rix{svo□sj□gire1girx
xerow□qihme□syxpixw0□pmxmkexmsr□kvsytw0□erh□tspmxmgep□ehzsgeg}□svkerm~exmsrv
yrmksr0□evi□getefpi□sj□gsrzivxmrk□xli□hsrsvvŸ□tvs1gsvtsvexi□sv□gsrwivxze×mzi□mhispsk}
Xliwi□eggsyrxw□iqtlewm~i□xli□{e}w□mr□{lmgl□xlmw□mrxikvexih□rix{svo□mw□getefpi□sjl
sxliv□{mwi□qmrsvmxevmer□zmi{w□liph□f}□e□{iepxl□hsrsv□erh□gviexmrk□xli□wi8fpergi□sjl
wyttspvt2

Xli□Osgl□Hsrsv□Rix{svo□hmh□rsx□evvmzi□ex□xlmw□wxvexik□f}□eggmhirx□fyx□hsrih□m_____
higehiw2□Xlmw□wxvexik□ors{r□mrxivrepp}□ew□÷Xli□Wxvygxyvi□sj□Wsgmep□Glerki÷tpegiw
mqtsvxergi□sr□xverwjsvqmrk□lmkliv□ihygexmsr0□wiiomrk□xs□glerki□geqtyw□wtiigl□ew□eb
xs□e□fvsehiv□tspmxmgep□wxvexik□sj□wsgmep□xverwjsvqexmsr2

Pi{mw□Ts{ipp□,5=P5mw□Ts{ipp'xlir□e□fsevh□qiqfiv sj□Tlmpmt□Qsvvmw□{vsxi□e□qiqs
geppmrk□sr□xli□Y2W2□Gleqfiv□sj□Gsqqivgi□xs□svkerm~e□e□{mhiwtvieh0□mrhywxv}1fegoih
iwxefpmwl□mrjpyirgi□sr□gsppiki□geqtywiw2□Xli□Ts{ipp□Qiqs□evkyih□xlex□xli□e~Gsqqyrmw
Pijxmwxw□erh□sxliv□vizspyxmsrevmiw÷'{lmgl□mrgpyhih□iziv}fsh}□jvsq□pefsv□yrmsrw0□gm
piehivw0□erh□gsrwyqiv□ehzsgexiw□pmoi□Veptl□Rehiv'{ivi□tswmrk□er□i|mwxirxmep□xlviex_
Eqivmger□gsvtsvexmsrw2□Ts{ipp□we{□xlmw□xlviex□xs□xli□Eqivmger□igsrsq}□f}□wxiq◇wx
xli□yrmzivmmx}0□{livi□jegypx}□qiqfivw□evi□÷yrw}qtexlixmg xs□xli□frij□Xiterelviwyy□wxiq◇
xlmw□tvsfpiq0□Ts{ipp□vigsqqirhih□xlex□gsrtsvexmsrw□{svo□xlvsykl□xli□Gleqfir□sj□Gsqqivx
xs□tviwwyvi□gsppikiw□erh□yrmzivmxmiw□xs□ehzsgexi□tvs1gsrtsvexi□erh□jvii□qevoix□mh
Ts{ipp□wykkiwxih□xlex□xli□Gleqfir□sj□Gsqqivgi□jyrh□jvii1qevoix□wglspevw0□tvszmhi□f
fyviey□xs□wtvieh□jvii1qevoix□mhiew0□vizmi{□{xi|xfssow□xs□irwyvi□i□vixyvr□xs□e□qsvil
fepergi0□wyttspv□÷iuyep□xmqi□sr□geqtyw◇□jsv□tvs1gsvtsvexi□tvskveqrkl
wglsspw0□erh□psff}□xvyvwxiiw□xs□tvsqsxi□÷fepergi◇□eqsrk□xli□jegypx}2□Ts{ipp□gpemqih
geqtywiw□{mpp□srp}□lswx□jvii1qevoix□kvsytw□mj□gsrvivzexmziw□÷ekkviwwmziip□□mrwww
xs□fi□lievh◇□erh□xli□vmklx□xs□fi□kmziri□÷iuyep□xmqi2◇□Wygl□ijjsvxw□{syph□÷viumvmv

⁶; Jsv□i|eqtpi>□Neri□Qe}iv0□÷Gszivx□StivxxRi{svo◇    0□Eykywx□670□6454?□Neri
Qe}iv0□÷Mw□MOIE□xli□Ri{□Qship□jsv□xli□Gsrwivzexmzi MIRQ?sqivxC00)
Rszisqfiv□590□6457?□Xlihe□Wosgtsp□erh□Epi}erhiv□Livxip1Jivrerhi~0□÷Xli□Osgl□Rix{svo□er_
Vityfpmger□Tevx□□I}|xvimqwq0&□Neriw□Qe}iv0  ? Rerq□QegPier Bigsvgl}□mr
Glemrw□>□Xli□Hiit□Lmwxsv}□sj□xli□Vehmgep□Vmklx+w□Wxieplxl□Tper jsv□Eqivmge    2□Ri{□]svo□□Zmomrk0
645;?□Epi}erhiv□Livxip1Jivrerhi~0□Xlihe□Wosgtsp□erh□Newsr□Wgpevo0;□[lir□Tspmmxmgep
Qike1Hsrsv□Nsmr□Jsvgiw□◇?□Epi}erhiv□Livxip1JWrxxGe0yvi? Erri□Ripwsr0Wehs{
Rix{svo□Qihme0□Qsri}0□erh□xli□Wigvix Lyf□sj□xli□Vehmgep□Vmklx    2□Fpssqwfyv}0□645=?□Neri
Qe}iv0□÷Mrwmhi□xli□Osgl□Fegoih□Ijjsvx□xs□Fpsgk□xli□Pevkiwx□Ipigxmsr1Vijsvq□Fmpp□m
Girxyv}0X□Xli□Ri{□]svoiv    0□Qevgl□6=0□64652

⁶< Pi{mw□J2□Ts{ipp0□Nv20□÷Gsrjmhirxmep□Qiqsverhyq>□Exxego□sr□Eqivmger□Jvii□Irxivtvmw
W}wxiq0◇□Y2W2□Gleqfiv□sj□Gsqqivgi0□Eykywx□670□5=;?50□561572□Evglmzih□ex□[ewlmrk
Yrmzivmmt}□Wglssp□sj□Pe{>□lxxtw>33wglspevp}gsqqsrw2pe{2{py3ihy3ts{ippqiqs35

5:

erh□{ivi□rsx□÷jsv□xli□jemrxlievxih0◊□fyx□xli□□{syph□ypxmqexip}□wyggiih□figeywi□kssh□
egehiqmg□gsqqyrmxmiw□{syph□{erx□xs□ezsmh□xli□stmngw□sj□÷vijywmrk□e□jsvyq□xss□

__Glevpiw□Osgl□,5=;80□5F;□□xli□ievp□□5=;4w0□Glevpiw Osgl□{ew□epvieh}□hiitp}□mqqivwih□
er□i|xviqi□mrxivtvixexmsr□sj□Eywxvmer□igsrsqmgw□li□tviwirxih□e□tetiv□ex□xli□Mrwxmxy□
jsv□Lyqeri□Wxyhmiw□,MLW-0□er□svkerm~exmsr□xlex□Glevpiw□Osgl□tivwsreep}□glemvih□
{lmgl□li□higpevih□xlex□xli□Ts{pp□qiqs□{ew□rsx□ekkviwwmzi□irsykl2

Vexliv□xler□wmqtp}□tvsxigxmrk□Eqivmger□getmxepmwq0□ew□Ts{pp□ehzsgexih0□Osgl□vid□
woitxmgep□xlex□Eqivmger□fywmrmww□piehivw□,{ivi□egxyepp}□gsqqmxxih□xs□getmxepmwq0□
xli□□wxmpp□eggitxih□xe|exmsr0□xli□tyfpmg□jyrhmrk□sj□lmkliv□ihygexmsr0□erh□xli□rsxmsr□
gsvtsvexmsrw□lezi□sfpmkexmsrw□fi}srh□wlevilsphiv□tvsjmx2□Osgl□evkyih□mrwxieh□xlex□g□
Eqivmge□riiihih□xs□gviexi□mrwxmxyxmsrw□xlex□{syph□÷jmklx□jsv□jvii□irxivtvmwi◊□,ew□
xivq□xlvsykl□lmw□i|xviqip}□pmfivxevmer□zmwmsr-2□Xlmw□gsyph□fi□hsri□÷xlvsykl□ihygexmsr□
qihme0□f}□pikep□glepprikiw0□erh□f}□tspmxmgep□egxmsr2◊□Ls{iziv0□li□gsrgpyhih□xlex□
ihygexmsr□{ew□xli□tpegi□xs□jsgyw□xlmw□jmklx□wmrgi□mx□}miphih□xli□kviexiwx□vixyvr□
evkyih□xlex□mrziwxmrk□mr□wglspevw□erh□egehiqmg□girxivw□leh□e□kviexiv□÷qypxmtpm□
mrziwmrk□mr□pslff}mrk0□tspmxmgep□egxmsr□k✓sytw0□sv□ehzivxmwmrk2

X{s□}ievw□pexiv0□Glevpiw□Osgl□pemh□syx□lmw□wxvexik}□jsv□fymplmrk□e□qsziqirx□xl□
omrh□sj□i|xviqi□tvs1gsvtsvexi□xverwjsvqexmsr□li□ehzsgexih2□Osgl□wykkiwxih□xlex□wygl□
÷qsziqirx□wlsyph□gsrgirxvexi□sr□tvsfpiqw□,sj□hmvigx□erh□qensv□gsrgivr□xs□xli□tstype

---

[6] =Ts{pp0□Nv20□÷Gsrjmhirxmep□Qiqsverhyq0◊□591642

[74] Mx□mw□mqtsvxerx□xs□rsxi□xlex□÷Eywxvmer□igsrsqmgw◊□mw□e□xivm□{mxl□qer}□qie□
zsr□Qmwiw□lew□e□psrk□erh□zevmih□mrxippigxyep□geviiv2□Xli□÷Eywxvmer□igsrsqmgw◊□□
Glevpiw□Osgl0□erh□xli□Eqivmger□pmfivxevmer□qsziqirx□qsvi□kirivepp}0□vitviwirxw□er□i|x□
xlisv}□sj□qmgvs1igsrsqmgw□mr□□{lmgl□epp□lyqer□pmfi0□erh□mrhmzmhyep□pmfivx}0□geri□
mrhmzmhyep□qevoix□higmwmsrw2□Xlmw□ewwyqtxmsr□lew□fiir□jyrheqirxepp}□glepprikih□f□
lyqer□higmwmsrw1qeomrk2□Jsv□er□sszivzmi0□{sj□Eywxvmer□igsrsqmgw□erg□xli□Yrmxih□Wxer□
[ewwivigr0Xli□Qevkmrep□Vizspyxmsrmw□revmew□2]epi□Yrmzivwmx}□Tviww□□645=?□Uymrr□□Wpsfshmer0□
÷Erxm1Y':<ivw□erh□xli□Vegmw√x1Pmfivxevmer□Eppmergi>□Ls{□e□Wglmwq□Eqsrk□Eywxvmer□
Rispmfivepw□Liptih□Wte{r□xli□EpxVmklx0□□qvkwi□yvi 590□rs2□7□,645=->□7;617<:2

[75] MLW□{ew□jsyrhih□mr□5=:5□f}□J2E2□÷Feph}◊□Levtiv0□e□oi}□jmkyvi□mr□xli□erevgls□
pmfivxevmer□qsziqirx2□Glevpiw□Osgl□fiker□lmw□mrzspzipirx□{mxl□MLW□mr□xli□pexi□5;□
wmrgi□qszih□xs□Kisvki□Qewsr□Yrmzivwmx}0□{livi□mx□lew□vigimzih□xirw□sj□qmppmsrw□
xli□Osgl□Hsrsv□Rix{svo□erh□Glevpiw□Osgl□lew□glemvih□mxw□fsevh2□MLW□wivziw□ew□
vigvymxmrk□kvsyrh□jsv□egehiqmgw□erh□wxyhirxw0□mrgsvtsvexmrk□xliq□mrxs□xli□fvsehiv□
mrjvewxvygxyvi2□Rerg}□QegPiier0□□Qegpiver>□Xli□Hiit□Lmwxsv}□sj□xli□Vehmgep□Vmklx+w□
Wxiepxl□Tper□jsv□Eqivmge □2□Ri□{]svo>□Zmomrk0□645;? Wsyvgi[expl0□÷Mrwxvmxyxi□jsv□Lyqer□
Wxyhmiw2◊□lxxtw>33{{{2wsyvgi[exgl2svk3mrhi|2tlt3MrwxmxyxicjsvcLyqericWxyhmiw□,pewx□egg□
Etvmp□<0□6466-2

[76] Glevpiw□K2□Osgl0□÷Erxm1Getmxepmwq□erh□Fywmriww0◊□Qirps□Tevo□0□GE>□Mrwxmxyx□
Wxyhmiw□Mrg20□5=;80□81;2□Evglmzih□ex□□OsglHsgw2svk2
lxxtw>33osglhsgw2svk3645=34:34;3glevpiw1osgl1erxm1getmxepmwq1fmk1fywmriww3□,pewx□egg□
650□6466-2

syx□sj□xlii□tviwirx□tspmxmgep□w}wxiq□mr□svhiv□xs□hiwxvs}□xlii□ypNknoxmqag}□Ÿ□sj□xlex tmigi0□Osgl□jyvxliv□evkyih□xlex□xli□tvsnigx□sj□hipikmxmqm~mrk□xli□i|mwxmrk□tspmxmgw vitpegmrk□mx□{mxl□e□i|xviqi□tvs1gsvtsvexi□pmfivxevmermwq0□viuymvih□÷exxvegxmrk□}s xli□srp}□kvsyt□xlex□mw□pevkip□stir□xs□e□vehmgepp}□hmjjivirx□wsgmep□tlmpswstl}2◊ xli□ksep□{ew□xs□exxemr□wtigmjmg□tspmxmgep□sfnigxmziw0□÷_gasrxvsp□qywx□fi□pmqr wsyrh0□ors{pihkiefpi□erh□hihmgexih□tistpi2◊□Erh□figeywi□wygl□e□gsvtsvexi□zerkyevlmwx ettvsegl□{syph□pmoip}□fi□lmklp}□yrtstypev0□÷ls{□xli□svkerm~exmsr□mw□gsrxvsppih□erh wlsyph□rsx□fi□{mhip}□ehzivxmwih2◊□Mr□sxliv0□Osgl□vigsqqirhih□gviexmrk□e□qs evsyrh□e□wqepp□fyx□mhispskmgepp}□ps}ep□erh□qsfmpm~ih□kvsyt□sj□}syrk□tistpi0□{ls xlimv□pmfivxevmer□ekirhe□pevkip}□yrÿiv□xli□vehev2

Mr□e□wigxmsr□irxmxpih□÷Yrviwspzih□Uyiwxmsrw□Gsrgivrmrk□Wsgmep□Glerki◊□Glevpiw wivmiw□sj□vipexih□uyiwxmsrw□efsyx□ls{□xs□fsxl□qemrxemr□÷xli□rigiwwev}□_hsrsva□gsr hmvigxmsr□{mxlsyx□hvmzmrk□e{e}□uyepmx}□tistpiC□Wmrgi□sziv1gsrxvsp□gvywlliw□qsxmzex sj□vikmqi□qe}□srp}□exxvegx□hvsriw2□Ger□xli□viuymvih□qm|□fi□sfxemrih□Ls{C◊□□Os qsziqirx□xlex□hmh□rsx□hizmexi□jvsq□lmw□tspmxmgep□erh□mhispskmgep□zmwmsr0□fyx◊□fyx wxmpp□exxvegx□xst□xepirx2

Pmoi□{mwi0□li□ewoih□÷_yarhiv□{lex□gsrhmxmsrw□wlsyph□vehmgep□mhiew□fi□mrxvshygih xegxjypp}0□erh□{lir□wlsyph□xli□fi□ehzsgexih□wxevop}□jsv□wlsgo□zepyiC◊□Ew□{i□{□mp zmwmsr□sj□e□}syxljyp□fyx□mhispskmgepp}□gslivirx□tspmxmgep□qeglmriv}□sri□xlex□stivexi syxwmhi□xli□viepq□sj□tyfpmg□zmwmfmpmx}◊□erh□sjxir□ywiw□÷wlsgo□zepyi◊□xs□qiix□m viqemrh□girxvep□xs□xli□Osgl□Hsrsv□Rix{svoŸw□tspmxmgep□svkerm~exmsr0□mrgpyhmrk□ svkerm~mrk2

Xliwi□ievp}□xlsyklxw`efsyx□ls{□xs□svkerm~i□e□{ipp1jyrhih0□hsrsv1gsrxvsppih□}syxl□qsziqir xlex□ehzsgexih□mhispskmgepp}□tvs1gsvtsvexi□erh□pmfivxevmer□ekirhe□{ivi□pexiv□jyv□wx OsglŸw□vmklx1lerh1qer0□Vmglevh□Jmro0□{ls□hmwmmppih□xliwi□mhiew□mrxs□e□gslivirx□ Li□geppih□xlmw□wxvexik}□÷Xli□Wxvygxyvi□sj□Wsgmep□Glerki0□{lmgl□{syph□figsqi□xli□ Rix{svoŸw□kymhmrk□svkerm~exmsrep□wxvexik}2

<u>Vmglevh□Jmro□erh□xli□Wxvygxyvi□sj□Wsgmep□Glerki□</u>Vmglevh□Glerki□{ew□e□gs1jsyrhiv□sj□Gmxm~irw jsv□e□Wsyrh□Igsrsq}0□e□fsevh□qiqfiv□sj□xli□Mrwxmxyxi□jsv□Lyqer□Wxyhmiw0□er□ievp□ xli□Glevpiw□Osgl□Jsyrhexmsr0□erh□e□Zmgi□Tviwmhirx□sj□xli□Osgl□Kmhywmrxmry□mxxmvw2□{ew xlex□sri□gsyph□gsrgitxyepm~i□wsgmep□glerki□mr□xivqw□sj□mrhywxvmep□tvshygxmsr□er qeww□tvshygi□pe□{s□erh□tspmgmiw□xlex□psgoih□mr□jvii1qevoix□efwspyxmwq2□Jmro□pe

[77] Glevpiw□K2□□Osgl0□÷Xli□Nslr□Fmvgl□W35mnexirge0◊□svqexmsr□Gsrjivirgi□1□Girxiv□jsv Pmfivxevmer□Wxyhmiw0□N□=5=;:0□592□Lssziv□Mrwxmxyxmsr□Evglmziw0□Expew□Rix{svo□Gsppigxmsn0 Jsphiv□<2
[78] Mh2
[79] ÷Gviexmrk□]syv□Texl□xs□e□Tsp□MryxGirivnv0□qeri□Wxyhmiw0□tt□554 lxxtw:33me1<456492yw2evglmzi2svk35=3mxiqw3WxvygxyviSjWsgmepGlerkiRi{PievrPmfivx}Ihmxmsrmrsr gxyvi}64sj)64Wsgmep)64Glerki)641)64Ri{)64PievrPmfivx})64Ihmxmsr2thj?□÷Vmglevh Jmro0◊□Qivgexyw□Girxiv□□0□Nyp}□□=0□64590 lxxtw:33{if2evglmzi2svk3{if364594;4=4;7:8<3lxxt:33qivgexyw2svk3vmglevh1jmro□,pewx□eggiww Qe}□5:0□6466-2

5<

e☐5=☐Imperxlvst}☐Qeke~mri      tmigi☐xmxpih☐÷Jvsq☐Mhiew☐xs☐Egxmsr>☐Xli☐Vspi☐sj☐Yrmzivwmxmiw
Xlmro☐Xerow0☐erh☐Egxmzmwx☐Vexlsv0☐wiiomrk tspmg}☐glerki☐f}☐psff}mrk☐tspmxmzmer
Jmro☐hiwgvmfiw☐ls{0☐{mxlmr☐xli☐Osgl☐tspmxmgep☐rix{svo0☐xli☐mrziwx☐mr☐xli☐irxmvii
tvsgiww2☐Jmvwx0☐xli☐jyrh☐xli☐gviexmsr☐sj☐÷mrxippigxyep☐ve{☐qexivmepw◊☐xlvsykl☐kv
egehiqmgw☐erh☐f}☐iwxefmpwlmrk☐egehiqmg☐girxivw☐erh☐geqtyw☐tvskveqw2☐Xliwi☐egehi
mrziwxqirxw☐hizipst☐xli☐oi}☐gsrgitxw☐erh☐xlisvmiw☐riihih☐xs☐nywxmj}☐xlimv☐tvijivvih☐tsp
syxgsqi2☐Xliwi☐mhiew☐evi☐xlir☐tewwih☐sr☐xs☐xlmro☐xerow0☐livi☐li☐wtigmjmgepp}☐reqiw
Jsyrhexmsr0☐xli☐Viewsr☐Jsyrhexmsr0☐erh☐Gexs☐Mrwxmxmxyxi-0☐{lmgl☐vijmri☐xlliwi☐ve{☐mhi
wtigmjmg☐tspmg}☐tvstswepw2☐Xliwi☐tspmg}☐tvstswepw☐evi☐xlir☐lerhih☐xs☐egxmzmwx☐k
ehzsgexi☐jsv☐xlimv☐tewwekil,☐livi☐li☐reqiw☐Gmxm~irw☐jsv☐e☐Wsyrh☐Igsrsq}0☐Xli☐Rexmms
Xe|te}ivw☐Yrmsr0☐erh☐Hijirhivw☐sj☐Tvstivx}☐Vmklxw-2☐Erh☐srp}☐ex☐xlmw☐tsmrx☐hswil
jsgyw☐sr☐glerkmrk☐xli☐qmrhw☐sj☐mrhmzmhyep☐tspmg}☐qeoivw2☐JmroŸw☐5==:☐tetiv☐m
sj☐xli☐Osgl☐rix{svoŸw☐Wxvygxyvi☐sj☐Wsgmep☐Glerki☐,Jmkyvi☐5-2

Xlmw☐Wxvygxyvi☐sj☐Wsgmep☐Glerki☐hmjjivw☐uymxi☐wyfwxerxmepp}☐jvsq☐xli☐{e}☐qswx
tspmxmgep☐svkerm~exmsrw☐stivexi2☐Vexliv☐xler☐fimrk☐svkerm~ih☐evsyrh☐e☐tevxmgypev
svkerm~exmsr☐irkekmrk☐mr☐e☐{mhi☐verki☐sj☐ehzsgeg}0☐viwiievgl0☐zsxiv☐qsfmpm~exmsr☐m
mwwyi0☐JmroŸw☐wxvexik}☐e☐wxvexete☐{sj☐qeww☐tvshygxmsr☐viwwx☐sr☐e☐hmzmmwmwm☐sf☐s
svkerm~exmsr☐{mxlmr☐xli☐Osgl☐rix{svo☐jsg}sgywmw☐sr☐e☐ttegspxir☐sj☐xli☐tvsgiww2☐Fyx
gsqtevexmzi☐ehzerxeki2☐Wsqi☐kvsytw☐tvshygi☐xli☐mrxippigxyep☐÷ve{☐qexivmep◊☐sxlivw
wxyhirxw0☐sxlivw☐tvszmhi☐qihme☐gsrxirx0☐sxlivw☐irkeki☐mr☐zsxiv☐qsfmpm~exmsr0☐sxlivw
gsyrxs0☐erh☐sxliv☐kvsytw☐wygl☐ew☐xlmro☐xerow☐'{vmxi☐vitsvxw☐erh☐kevriv☐ipmxe☐wyttsv
ersr}qsyrh☐shrexmsrw2☐xliwi☐kvsytw☐'epp2☐psso☐pevkip}☐hmwxmrgx☐sr☐ersxliv2☐Fyx
gsepiwgi☐evsyrh☐e☐wmrkpi☐mwwyi☐wygl☐ew☐tewwmrk☐e☐ppmklx1xs1{svo☐pikmwpexmsr☐rO15
hijiexmrk☐Qihmgevi☐i|terwmsr☐'xli}☐gviexi☐xli☐ettiavergi☐sj☐{mhiwtvieh0☐kvewwvssxw☐wyttsv
viepmx}0☐ls{iziv0☐xliwi☐svkerm~exmsrw☐evi☐hiitp}☐mrxivgsrrigxih2

JmroŸw☐Wxvygxyvi☐sj☐Wsgmep☐Glerki☐lew☐wmrgi☐figsqi☐e☐kymhmrk☐wxvexek}☐'{mxlmr☐xli
Rix{svo☐erh☐mw☐sjxir☐vijivivgih☐'{mxlmr☐xli☐rix{svo2☐Jsv☐i|eqtpi0☐er☐ihmxih☐zivwmsr☐s
iwwe}☐'ew☐vitvmrxih☐mr☐xli☐Mrwxmxyxi☐jsv☐Lyqeri☐WxyhmiwŸ☐typfpmgexmsr☐eqmih☐ex
tyvvyi☐geviivw☐'{mxlmr☐xli☐tspmg}☐'{svph0☐ehzmwmrk☐wxyhirxw☐xs☐tyvwyi☐÷wsgmep☐g
{mxlmr☐jvii1qevoix☐xlmro☐xerow0☐ew☐tspmxmgmerw0☐sv☐i☐EW I wwmm☐mmmmrwmmrkvvp}☐tvsjiwwsvw2

[7]: Vmigl☐Jmro0☐÷Jvsq☐Mhiew☐xs☐Egxmsr>☐Xli☐Vspi☐sj☐Yrmzivwmxmiw0☐Xlmro☐Xerow0☐e
Kvsytw2☐Imperxlvst}☐Qeke~mri      ☐540☐rs2☐5☐,5==:->☐541552
[7]: Vmglevh☐Jmro0☐÷[I}☐Tyfpmg☐Tspmg}☐sr☐Tspmg}☐Geviiv0      Mrwxmxmyxi☐jsv
Lyqeri☐Wxyhmiw0☐;1542☐Evglmzih☐ex>
lxxtw>33{if2evglmzi2svk3{if364594=5964977:3lxxtw>33{{{2pievrpmfivx}2svk3{t1gsrxirx3ytpsehw36
45834<3Gviexmrk]syvTexlXsETspmg}Geviiv2thj☐,pewx☐eggiwwih☐Etvmp☐;6466-2

5=



Stage 1: Ideas

Stage 2: Policy Analysis

Stage 3: Implementation of Ideas

Value

Stage 1: Universities

Stage 2: Think Tanks

Stage 3: Implementation Groups

Value



hsrsvw0□mrgpyhmrk□jmklxmrk□yrmsrw□erh□Qilⁿ[jemla□Uelhⁿs₂□vehi□fmpp□pssoih
pmoip□xs□teww□hyvmrk□xli□jmvwx□}ievw□sj□xli□Sfeqe□ehqmrmwxvexmsr0□÷xli□rix{sv□
egehiqmg□tvskveqw□xlex□Glevpiw□Osgl□leh□fiir□fymphmrk□jsv□epqswx□jsvx}□]ievw◇□w
egxmsr0□fymphmrk□xli□÷igls□glerqfiv◇□xlex□kezi□xliq□wiqfpergi□⁸⁶□qeww□sttswmxmsr2

Xlmw□qship□ger□fi□wiir□egxmzip}□gmvgypexmsr□{mxlmr□xli□Osgl□Hsrsv□Rix{svo□erh□
hsrsv□wiqmrevw2□Jsv□i|eqtpi0□mr□sri□wtiigl□ex□e□6458□Hsrsv□Wiqmrev0□Vmglevh□Jmⁿ
lmw□Wxvygxyvi□sj□Wsgmep□Glerki>

Ws□ls{□evi□{i□ksmrk□xs□wim~i□xlmw□sttsvxyrmx}C□]ipp0□pix□qi□’pix□qi□tviv
hmekveqⁿxlmw□mw□xli□mrxikvexih□,mreyhmfpi-□wxvygxyvi□sj□tvshygxmsr□{lmgl□M
}sy□hyvmrk□xli□jmvwx□lepj□sj□xshe}□xlex□xlswi□{ls□evi□vixyrrmrk□lezi□wiir□qe
lezi□fympx□xli□qswx□ijjigxmzi□wix□sj□mrwxmxyxmsrs0□mrhmzmhyepw0□erh□mhiew□
pmfivx}□xlex□lew□i|mwxih□hyvmrk□m}□pmjixmqi2□Rs{0□mxŶw□wxmpp□,mreyhmfpi-
sjjivw□syv□fiwx⁹lsti2



Jmkyvi□62□Vmglevh□JmroŶw□Wxvygxyvi□sj□Wsgmep□Glerki0□ew□wiir□ex□ETII□

---

⁸⁵ Epi|erhiv□Livxip1Jivrerhi~0□Vxexi□Getxyvi>□Ls{□Gsrwivzexmzi□Egxmzmwxw0□Fmk□Fywmriww0□erh
[iepxl]□Hsrsvw□Viwletih□Xli□Eqivmger□Wxexiw11erh□xli□Rexmsr2        Ri□[]svo>□S|jsvh□Yrmzivwmx}
Tviww0□645=0□5;816542
⁸⁶ Glvmwxstliv□Pisrevh0□glperh>□Xli□Wigvix□Lmwxsv}□sj□Osgl□Mrhywxvmiw□erh□Gsvtsvexi□Ts{iv
mr□Eqivmge2□Ri□[]svo>□Wmqsr□*□Wglywxiv0□64640□88918942
⁸⁷ Tswxih□{f}□Peh}□Pmfivxmri0□÷Xst□Osgl□Wxvexikmwx>□ŷKix□Sjj□]syv□Eww□Erh□[svo□
Hmh0Ŷ◇□Peh}□Pmfivxmri□Qihma0□Witxiqfiv□60□64582□Evglmzih□ex>
lxxtw>33{if2evglmzi2svk3{if3645:45674<75643lxxtw>3{{{2peh}pmfivxmririx3645834=3463vseh□,
eggiwwih□Etvmp□560□6466-2



Jmkyvi□72□Vmglevh□JmroŸw□Wxvygxyvi□sj□Wsgmep□Glerki0□ew□wiir□mr□EJTŸw□6

Oizmr□Kirxv}0□e□Osgl□Mrhywxvmiw□Zmgi□Tviwmhirx0□epws□hvi{□ytsr□JmroŸw□Wxvygxy
Glerki□mr□lmw□tviwirxexmsr□÷Piziveki□Wgmirgi□erh□xli□Yrmzivwmxmiw0◇□epws□hyvmrk
Hsrsv□Wiqmrev2□Li□i{tpmgmxp}□tsmrxw□xs□xli□girxvep□vspi□lmkliv□ihygexmsr□tpe}w□m
Rix{svoŸw□fvsehiv□tspmxmgep□wxvexik}0□lmklpmklxmrk□xli□mrxikvexih□rexyvi□sj□xlmw□t
mrjvewxvygxyvi2□Kirxv}□rsiw□xlex□wxyhirxw□xli}□{svo□{mxl□ks□sr□xs>

tstypexi□syv0□syv□tvskveq0□xliwi□xlmro□xerow0□erh□kvewwvssxwŒ2Ws□xli□rix{svo
mrxikvexih2□Ws□mxŸw□rsx□nywx□{svo□ex□xli□yrmzivwmxmiw□{mxl□xli□wxyhirxw0□myw
wxexi1fewih□getefmpmxmiw□erh□ipigxmsr□getefmpmxmiw0□erh□mrxikvexmrk□xlmw□w
}sy□ger□wii□ls{□xlmw□mw□ywijyp□xs□iegl□sxliv□sziv□xmqi2□Rs□sri□ipwi□?
xlmw□mrjvewxvygxyviŒ2□xliwi□tvskveq□qew□egx□ew□e□xepirx□tmtipmri2□Tvsjiw
qswx□tewwmsrexi□wxyhirxw□jvsq□xliwi□tvskveq□erh□kvehyexi□tvskveq0□ws□xli}
xli□ri}x□kirivexmsr□sj□xli□jvuiihsq□qsziqirx2□2□2□Rsx□srp}□hsiw□lmkliv□ihygexmsr
xepirx□tssp□wxvieq□{livi□xiegliviv□erh□tvsjiwwsvw□stivexi□xliv□ri}tvskveqqmrk0
epwsŒExli□□figsqi□xli□qensv□wxejjmrk□jsv□xli□wxexi□gletxivw□sr□xli□kvewwvssx
evsyrh□xli□gsyrx[}2[88]

[88] Oizmr□Kirxv}0□÷Piziveki□Wgmirgi□erh□xli□Yrmzivwmxmiw0◇□Jviihsq□Tevxrivw0□6458
Peyvir□[mrhywsv□ex□xli□Yrhivgyvvirx2□Evglmzih□ex□lxxtw>33mr□}rp2gsq3}98;7=hz□,pew
Eykywx□6464?□Peyvir□,Peyvir□[mrhywv0□÷I|gpywmzi>□Mrwmhi□xli□Osgl□Fvsxlivw Ÿ□Wigvex□Fmpp
Wyqqmx0□÷Rexmsr□0□Nyp}□540□64592
lxxtw>33{if2evglmzi2svk3{if364594;545<446<3lxxtw>33{{{2xlirexmsr2gsq3evxmgpi3i|gpywmzi1film
h1osgl1fvsxlivw1wigvix1fmpppsremvi1wyqqmx3□,pewx□eggiwwih□Etvmp□740□6466-2

Xlyw0□□mr□tvmzexi0□xli□hsrsvw□erh□tspmxmgep□stivexmziw□xepo□efsyx□e□÷jypp}□mrxi
mrjvewxvygxyvi□{mxl□egehiqmg□girxivw□erh□geqtyw□tvskveqw□gviexmrk□e□÷xepirx□tmtin
mhispskmgep□mrjvewxvygxyvi2□Xliwi□evi□jiexyviw□sj□xlimv□tvskveqw□xlex□evi□rsx□hmwe

Mr□tyfmpg0□Glevpiw□OsgÍ□hiwgvmfiw□lmw□mrxiviwx□mr□jyrhmrk□lmkliv□ihygexmsr□ew□e
{mxl□ehzergmrk□jvii□wtiigl□erh□e□÷hmzivwmx}□sj□mhiew2◊□Xli□Osg■□Jsyrhexmsr□Ÿw□{ite
ls{□xli□}wii□jvii□wtiigl□ew□e□fssr□xs□xlimv□ijjsvxw□xs□tvsxigx□e□÷hmzivwmx}□sj□zsi
tistpi□xs□÷gsrwmhiv□e□hmzivwi□verki□sj□tivwtigxmziw0◊□erh□jsv□÷qmpppmsrw□xs□hmw\
jvsq□e□hmzivwmx}□sj□mhiew2◊

Mr□e□645:□st1ih0□Glevpiw□OsgÍ□evkyih□xlex□lmkliv□ihygexmsr□lew□figsqi□÷mrgviewmrk
xli□jvii□i|glerki□sj□mhiew0◊□erh□xlex□÷e□gpmqexi□sj□mrxippigxyep□gsrjsvqmx}□lew□vi
hifexi□erh□mruymv}0□wxmjpmrk□hmwgywwmsr□sr□e□lswx□sj□xstmgw□verkmrk□jvsq□lm
igsrsqmgw2◊□Li□peqirxw□xlex□÷_hamwwirxivw□evi□hiqsrm~ih0□swxvegm~ih□sv□wxlvi{mxl□w
wgsvr□erh□hivmwmsr2◊□qehi□xliwi□viqevow□rsx□psrk□ejxiv□vigsvhmrk□sj□Osgl□Jsyrhexms
sjjmgmepw□{ivi□pieoih□{livimr□xli}□hiwgvmfih□xlex□xli□sfnigxmzi□sj□xlimv□egehiqmg□tlr
xs□wyttsvx□er□i|xviqip}□wqepp□qmrsvmx}□sj□wglspevw□{mppmrk□xs□ehzergi□xs□xli□tvs
÷gpewwmgep□pmfivep◊□mhispsk}□ex□xli□lievx□sj□xli□Osgl□Hsrsv□Rix{svo2

Mr□645:0□xli□Osgl□Jsyrhexmsr□Ÿw□Glevpiw□Vykiv□wemh□xli□Jsyrhexmsr□÷wyttsvxw□qens
girxivw□epp□sziv□xli□gsyrxv}◊>

        figeywi0□tvsjiwwsvw□{mxl0□{mxl0□givxemr□gpewwmgep□pmfivep□w}qtexlmiw□evi□s
        egehiq□efsyx□569>50□erh□xlexŸw□fsx□e□ziv}□tewwmvmi□wxexmwxmxmq0□ws0□xlex□
        xlex□0□}sy□ors□{0□xlswi□569□tvsjiwwsvw□evirŸx□nywx□uymixp}□wxi|mrk□efsyx□ls{□
        hmwpmoi□gpewwmgep□pmfivep□mhiew2□Xli}Ÿvi□egxmzip}□xeemrk□xli□sttsvxyrmx}□
        pmfivx}0□ekamrwx□jviihsq2

        Ws0□{lir□{i|ks□xs□fymph□ri{□egehiqmg□mrwxmxyxmsrw□mr□tevxrivwlmt□{mxl□x
        {iŸvi□hsmrk□mx□figeywi□mr□svhiv□xs0□}sy□ors□{0□qeoi□e□hirx□{iŸvi□ksrre□riih
        hmwvstsvxmsrexi□mq◊tegx2

Wmqmpevp}0□xli□Osgl□Jsyrhexmsr□vexliv□xler□fimrk□jsvxlgsqmrk□efsyx□xlimv□hiwmvi□xs
mhiew□erh□stmrmsrw□sj□e□wqepp□qmrsvmx}□sj□tvs1gsvtsvexi□pmfivxevmer□wglspevw□
hirx◊□mr□{lex□xli□}wii□ew□er□mhispskmgep□{ev□sziv□mhiew0□xli□Osgl□Jsyrhexmsr□n
qivip}□mrxiviwxmrk□mr□wyttsvxmrk□e□÷hmzivwmx}◊□sj□mhiew□erh□stmrmsrw2

<u>Glmgeks□Wxexiqirx□erh□xli□Vityfpmg□sj□Wgmirgi</u>

[89] Glevpiw□Osgl□Jsyrhexmsr0□÷Jvii□Wtiigl□*□Tiegi◊□lxxtw>33evglmzi2tl3qWksP2

[8:] Glevpiw□Osgl0□÷Xli□Gpswmrk□sj□xli□Eqivmgar VxmQmNsy□rep 0□Nyp□□650□645:2

[8:] Mh2

[8<] Glevpiw□Vykiv0□÷Wyggiwwjyp□Qshipw□sj□Tvskveqw□mr□Tmzexi□Irxivtvmwi0◊□Ewwsgm
Irxivtvmwi□Ihygexmsr□645:□Gsrjivirgi0□Etvmp□90□645:0□Tyfpmwlih□f}□YrOsgl□Q}□Geqty
lxxtw>33wxexmg52wuyeviwtegi2gsq3wxexmg39844he:=i8f4gf5jh8;g=4;;3x39;64hh68=j;6::ji895;<;f
8358:5;;599:=9:3ETIIXVERWGVMTX72J2;WyggiwwjypQshipwsjTvskveqwmrTmzexiIrxivtvmwiE
TII645:2thj□,Pewx□eggiwwih□Qe}□5:0□6466-2

67

Kmzir□xli□mqtsvxerx□vspi□xlex□gsppikiw□erh□yrmzivwmxmiw□tpe}□mr□xli□Osgl□Hsrsv□■
yrhivwxerhmrk□sj□wsgmep□glerki0□mx□mw□rsx□irxmvip□wyvtvmwmrk□xlex□xli□Osgl□je□
epsri□lezi□wtirx□qsvi□xler□(89<□qmpppmsr□jyrhmrk□egehiqmgw□erh□Trogrjjq□g□girxiv2
Glevpiw□Osgl□hsiw□rsx□vejiv□xs□lmw□mrziwxqirxw□mr□lmkliv□ihygexmsr□ew□tevx□sj□e
tspmxmgep□wxvexik}2□Vexliv0□li□lew□gpemqih□xlex□li□mw□qivip}□wyttsvxmrk□xli□mhiew
wtiigl□ew□pemh□syx□mr□e□hsgyqirx□gsqqsrp}□geppih□xli□÷Glmgeks□Wxexiqirx2◇□Perky
wxexiqirx□jsvqw□xli□wlmiph□tvszmwmsr□mr□LF□6772

Xli□Glmgeks□Wxexiqirx□mw□e□xlvii1teki□hsgyqirx□tvshygih□mr□6459□f}□xli□Yrmzivwmx}
GlmgeksŸw□Gsqqmxxii□sr□Jviihsq□sj□I|tviwwmsr2□Mx□wlsyph□fi□rsxih□xlex□xli□Glmgeks
{ew□hizipstih□ew□e□wix□sj□ewtmvexmsrep□tvmrgmtpiw0□rsx□ew□tevx□sj□tspmg}□xlex□
pmxmkexmsr□ekemrws□gsppikiw□erh□yrmzivwmxmiw□,ew□mw□xli□gewi□mr□LF□677-2□X}
wxexiqirx□mw□elxex□i+mx□mw□rsx□xli□tvstiv□vspi□sj□xli□Yrmzivwmx}□xs□w
÷mhiew□erh□stmrmsrw□xli□xli}□jmrh□yr{ipgsqi0□hmwekviefpi0□sv□i2iĩ□Ellijiij}□sp□sjjir
hivmzih□jvsq□xlmw□ewwivxmsr□mw□xlex□wxyhirxw□erh□ehqmrmwxvexsvw□evi□rsx□xs□■
{ls□evi□mrzmxih□xs□geqtyw2

E□ryqfiv□sj□gvmxmgw0□ls{iziv0□lezi□tsmrxih□syx□xlex□xli□Glmgeks□Wxexiqirx□srp}□ehh
omrhw□sj□jvii□wtiigl□mwwyiw□xlex□evmwi□{lir□gsrwivzexmzi□tvszsgexiyvw□gsqi□xs□geqt
i|eqtpi0□Yrmzivmx}□sj□Tirrw}pzerme□tvsjiwwsv□erh□jvii□wtiigl□wglspev0□Wmkep□Fir1Tsv
syx□xlex□irhsvwmrk□xli□Glmgeks□Wxexiqirx□qe}□qeoi□er□egehiqmg□mrwxmxyxmsr□ettiev
vsfywx□hijirhiv□sj□jvii□wtiigl0□fyx□xli□wxexiqirx□sjjiiw□pmxxpi□{e}□sj□g}□wyttsvxv
qevkmrepm~ih□gsqqyrmxmiw□wiiomrk□xs□svemwiw□mr□mwwyiw□mr□tivxmvirx□xs□xlimv□geqtyw2
Glmgeks□Wxexiqirx□hsiw□rsx□ehhviww□xli□wtiigl□mwwyiw□xlex□evmwi□{lir□■e□kvsyt
ewtmvmrk□wgmirxmwxwŒ_i|tviwwe□gsrgivrw□efsyx□wxexiqirxw□xlex□jegypx}□qiqfivw□evi□■
xlimv□gpewwvww□erh□pefw◇□sv□{lir□Ejvmger□Eqivmgerw□jmrrh□mx□sjjirwmzi□xlex□qiqf
gsqqyrmx}□mrzmxiw□er□erxm1Fpego□Pmziw□Qexxiv□wtieoiv2□Xli□Glmgeks□WxexiqirxŸw□tv
sjjii□gsrwmhivefpi□tvsxigxmsrw□jsv□xlswi□wtieoivw□{ls□{erx□xs□tvszsxi□÷gsqtywiw□ew□
wtegiw0Ÿsr□ew□gezmrk□xs□wxyhirxs□mhirxmxi}□1fewih□hiqerhw□erh□xs□jegypx}□mhispsk
Ls{iziv0□xli□lezi□pmxxpi□xs□tvszmhi□jsv□xlswi□÷{ls□wivwi□xlex□xli□■evi□rsx□eggitxih□■
qiqfivw□sj□xli□gsqqyrmx}0◇□wygl□ew□÷qiqfivs□sj□zsvmwsy0□vegmep0□wi|yep0□vipmkmsyw□■
qmrsvmx}□kvsytw□0{ls□zmi□sr□wsqi□gsqqsr□tvegxmgiw□mr□xlim□gsppikiw□■11□ehqmwwmww
izirxs□■11□ew□yrhivqmrmrk□xlimv□iuyep□sr□qexlvmwm□Gsr□wyvtvmwmrkp}0□xli□pikm
qshiwp□sr□xli□Glmgeks□WxexiqirxŸw□tvmrgmtpiw□wygl□ew□xlex□{vmxxir□f}□xli□Osgl1yrh

[49] YrOsgl□Q}□Geqtyw0□□÷Mrgviewih□Jyrhmrk□Mrgviewih□Mrjpyirgi>□Osgl□Yrmzivwmx}□Yth
64491645=2◇
lxxtw>33wxexmg52wuyeviwtegi2gsq3wxexmg39844he:=i8f4gf5jh8;g=4;;3x3:4e7i;6i7e48<=8<<f6if8
:35:657986<<77<3yrOsglQ}Geqtyw/Osgl/Jyrhmrk/Vitsvx/Qe)/6449/1/645=2thj□,pewx
eggiwwih□Etvmp□;0□6466-2
[94] Kisjjvi}□V2□Wxsri□ix□ep20□÷Vitsvx□sj□xli□Gsqqmxxii□sr□Jviihsq□sj□I|tviwwmsr0◇□Gsc
Jviihsq□sj□I|tviwwmsr0□Yrmzivmx}□sj□Glmgeks0□64592
lxxtw>33tvszswx2yglmgeks2ihy3wmxiw3hijeypx3jmpiw3hsgyqirxw3vitsvx3JSIGsqqmxxiiVitsvx2thj□
eggiwwih□Etvmp□580□6466-2
[95] Wmkep□Fir1Tsvexl0□□÷Ekemrwx□Irhsvwmrk□xli□Glmgeks□Wxexiqirx0□Yohmpsw□Twjkifgifiv
550□645<2

Ksph□{exiv□Mrwxmxyxi`mw□÷xempsvih□wtigmjmgepp}□xs□viwtsrh□xs□xli□omrhw□sj□mrgml
ejjigxih□gsrwivzexmzi□wtieoivw◊□erh□mkrsvi□sxliv□÷gsrwxvemrxw□sr□geqtyw□jvii□wtiigl0□
vigsvhmrk□sj□tvsjiwwsvw□mr□gpewwvssqw□sv□tvsjiwwsv□'□{exgl□pmwxw2◊

Glevpiw□Osgl0□erh□qer}□sj□xli□svkerm~exmsrw□li□jyrhw0□ywi□xli□Glmgeks□Wxexiqirx□
zmwmsr□sj□geqtyw□jvii□wtiigl□xlec□rsx□srp}□wyttsvxw□xlimv□pmfivxevmer□mhispsk}□fyx□
kviexiv□hsrsv□mrjpyirgi□mr□lmkliv□ihygexmsr2□Mr□sxliv□{shw0□xli□Glmgeks□Wxexiqirx□
omrh□sj□÷ve{□qexivmep◊□gviexih□mr□xli□egehiq}0□vijmrih□mrxs□tspmg}□mr□xli□xlmrd
mrxs□pikmwpexmsr2

Xli□mqtsvxergi□Glevpiw□Osgl□tpegiw□sr□xli□Glmgeks□Wxexiqirx□mw□izmhirxd□mr□e□645d
{lmgl□li□iuyexiw□mx□{mxl□lmw□pmfivxevmer□zmwmsr□sj□hsrsv1kymhih□viwievgl2□Mr□d
Glevpiw□Osgl□i|tpemrih□xli□sfnigxmzi□sj□lmw□geqtyw□tlmperxlvst}□ew□fvmrkmrk□efsyxd
sj□Wgmirgi0◊□e□pmfivxevmer□yxstmec□irzmwmsrih□f}□tlmppswstliv□Qmgleip□Tser}m0□{ls
wgmirgi0□pmoi□qevoixw0□evi□kymhih□f}□xli□÷mrzmwmfmi□lerh◊□erh□wlsyph□rsx□fi□sv
mrxmxyxmsrw0□wygl□ew□tyfpmgiyrmzivwmxmiw□◊□gyvxempih◊□mr□eview□xlex□hsrsvw□d
lezi□piww□qmrx□erh□hmvigxih□xs□÷kvs{mrk□tsmrxw□sj□wgmirgi◊□{liri□wtigypmzi□d
{svo□xs□lezi□lmkliv□zepyi2□xli□Vityfpmg□sj□Wgmirgi0□hsrsvw□kymhi□xli□viwievgl0□yrmtihid
f}□÷er□eyxlsmxt□{lmgl□{syph□yrhivxeoi□xs□hmvigx□xli□{svh□sj□xli□wgmirmws□girx□

Glevpiw□Osgl□{ew□ewoih□{lex□wsvx□sj□÷qixvmgw◊□li□ywih□xs□hixivqmri□mj□lmw□jyr
÷wyggiihmrk□mr□liptmrk□xs□jswxiv□e□Vityfpmg□sj□Wgmirgi0◊□li□vitpmih>

     [ipp□sri□xlmrk□mw>□Evi□xli□yrmzivwmxmiw□qsvi□stirC□Xs□{lex□i|xirx□lezi□xli□◊
     wsqixlmrk□pmoi□xli□Glmgeks□Tvmrgmtiw?□Xli□iwwivgi□sj□e□yrmzivwmx}□mw□jvii
     mruymv}0□erh□{lir□mx□pswiw□xlex□mx□mw□rs□psrkiv□e□yrmzivwmx}2□Erh□wsd
     yrmzivwmxmiw□evi□ehstxmrk□xli□Glmgeks□Tvmrgmtiw□sv□xli□Vityfpmg□sj□Wgmrd
     nywx□hmjjivirx□{e}w□sj□i|tviwwmrk□'□wmqmpev□xlmrkw2

Mr□Osgl□w□yrhivwxerhmrk0□{iepxl□hsrsvw□wlsyph□fi□jvii□xs□wleti□xli□gsrxirx□sj□{lex
xiegl□erh□viwievgl0□erh□e□psswiv□jvii□wtiigl□tspmg}'{lmgl□tyrmwliw□hmwwivw'mw□oi□oi}□xs
jviihsq2□Xli□jegx□xlex□Glevpiw□Osgl□iuyexiw□xli□Vityfpmg□sj□Wgmirgi□erh□xli□Glmgeks
ew□hmjjivirx□{e}w□sj□i|tviwwmrk□xli□wmqmpev□xlmrkw□◊□mrhmgexiw□xlex□Osgl□wiiw□xli
xliwi□÷jvii□wtiigl◊□tspmgmiw□ew□e□qierw□sj□ypxmqexip}□tvsxigxmrk□tvs1gsvtsvexi0□pm
vmklx{mrk□wtiigl□erh□viwievgl0□erh□irwyvmrk□xlex□gsvtsvexi□erh□vmklx{mrk□hsrsvw□

96 Gsqqmxxii□sr□Kszivrqirx□Vipexmsrw0□÷Geqtyw□Jvii□Wtiigl□Pikmwpexmsr>□Lmwxsv}0□Tvs
erh□Tvsfpiqw0◊□Eqivmger□Ewwsgmexmsr□sj□Yrmzivwmx}□Tvsjiwwsvw0□Etvmp□645<2□Eze
lxxtw>33{{{2eeyt2svk3jmpi3GeqtywcJviicWtiiglc645<2thj□,pewx□eggiwwih□Qe}□650□6466-2
97 Qmgleip□Tser}m0□÷Xli□Vityfpmg□sj□Wgmirgi>□Mxw□Tspmxmgep□Quitzzib Ikgrsqmg□Xlisv}◊
64440□72
98 Qmgleip□Tser}m0□÷Xli□Vityfpmg□sj□Wgmirgi>□Mxw□Tspmxmgep□erh□Igsrsqmg□Xlisv}◊
99 Qmgleip□Tser}m0□÷Xli□Vityfpmg□sj□Wgmirgi>□Mxw□Tspmxmgep□erh□Igsrsqmg□Xlisv}◊
9: Nmq□Xeroivwpi}0□÷yM□HsrYx□Pmoi□xli□Mhie□sj□GetmxepmwqY>□Ki□Chevpiw□Osgl0□yrjmp
Tswx0□Eykywx□50□645:2
lxxtw>33{{{2{ewlmrkxsrtswx2gsq3ri{w3{sro3{t3645:34<3453m1hsrx1pmoi1xli1mhie1sj1getmxepmww
levpiw1osgl1yrjmpxivih32

kviexiv□vixyvr□sr□mrziwxiqirx□jsv□xlimv□hsrexmsrw2□Ew□hmwgywwih□mr□kviexiv□hixemp
Hsrsv□Rix{svo□lew□egxmzip}□irgsyvekih□gsppikiw□erh□yrmzivwmxmiw□egvsww□xli□gsyrxv
Glmgeks□Wxexiqirx2□X{s□kvsytw□{mxl□gpswi□gsrrigxmsrw□xs□xli□Osgl□Hsrsv□Rix{svo'xli
Jsyrhexmsr□jsv□Mrhmzmhyep□Vmklxw□mr□Ihygexmsr,JMVI-□erh□xli□Lixivshs|□Egehiq}□,
fips{-11peyrglih□geqtemkrw□xs□irgsyvoki□gsppikiw□erh□yrmzivwmxmiw□xs□wmkr□sr□xs□
Wxexiqirx2̂

Ew□e□geqtyw□tsplic}0□xli□Glmgeks□Wxexiqirx□mw□e□zekyi0□ewtmvexmsrep□wxexiqirx2
tvszmhiw□jvii□wtiigl□tvsxigxmsrw□jsv□tvs1gsvtsvexi□erh□vmklx{mrk□wtiigl0□fyx□ew□mxl
wxexii□pikmwpexmzi□pmoi□LF□6770□mx□figsqiw□e□xst1hs{r□tyrmxmzi□tspmg}□{mxl□xl
wyttviww□wtiigl□xlex□mw□hmwjezsvih□f}□gsrwivzexmzi□erh□pmfivxevmer□mrxiviwxw2□Km
vspi□xli□yrmzivwmxmiw□tpe}□mr□xlmw□mrikivexih□tspmxmgep□wxexik0□mx□mw□rsx
jvii□wtiigl□mwwyi□mr□kirivep0□erh□LF□677□mr□tevxmgypev□lew□epws□fiir□qeryjegxyv
tspmxmgep□rix{svo2

## Geqtyw□Jvii□Wtiigl□erh□xli□Wxvygxyvi□sj□Wsgmep□Glerki

Mr□645□geqtyw□jvii□wtiigl□mwwyiw□{ivi□peyrglih□mrxs□xli□rexmsrep□gsrwgmsywriww□
wizivep□lmkl1tvsjmpi□geqtyw□zmwmxw□f}□Qmps□]merrstsypsw0□Fir□Wletmvs0□erh□Glevp
Tvsxiwxw□emqih□ex□xliwi□wtieoivw□figeqi□xli□tvmqev}□i|lmfmxw□ywih□xs□gpemq□xlex
yrmzivwmxmiw□{ivi□stirp}□lswxmpi□xs□gsrwivzexmz□mhiew□erh□wxyhirxw2□Xliwi□gsrxvsz
ls{iziv0□{ivi□pevkip}□svkerm~ih□f}□xli□mrikivexih□rix{svo□sj□tspmxmgep□svkerm~exmsrw
xli□Osgl□Hsrsv□Rix{svo2̂□tevxmgypevp}□er□mrikivexih rix{svo□sj□wxyhirx□kvsytw0□qihme□
erh□pmkexmsr□kvsytw□liptih□qeryjegxyvi□xli□revvexmzi□xlex□e□jvii□wtiigl□gvmwmw□wi□i|m
geqtywiw2

Geqtyw□wxyhirx□kvsytw'wygl□ew□Wxyhirxw□jsv□Pmfivx}□,WJP-0□]syrk□Eqivmgerw□jsv□Pm
,]EP-0□]syrk□Eqivmgerw□jsv□Jviihsq□,]EJ-0□erh□Xyvrmrk□Tsmrx□YWE□,XTYWE-'wtigmepm~
kirivexmrk□geqtyw□gsrxvszivwmiw0□mrgpyhmrk□ex□tvmzexi□yrmzivwmxmiw2□jev□mrzmwmfp}□
svhiv□xs□gviexi□÷izmhirgi◊□xs□wyttsvx□xlimv□fvsehiv□ikspev□sj□eqtmpj}mrk□gsrwivzexm
pmfivxevmer1wtiigl□erh□axxegmmrk□erh□glmppmrk□hmwjezsvih□wtiigl2□Xlmw□ve{□qexivme
f}□lmklp}□mhispskmgep□qihme□syxpixw'mrgpyhmrk□Geqtyw□Vijsvq□erh□Xli□Gsppiki□Jm|'x
wtigmepm~i□mr□mrziwxmkexmrk□syxveki□efsvx□÷pmfivep□fmew◊□mr□lmkliv□ihygexmsr2□Tmggih
ew□Jsyrhexmsr□jsv□Mrhmzmhyep□Vmklxw□mr□Ihygexmsr,JMVI-□erh□Eppmergi□Hijirhmrk□
,EHJ-□{svl□{mxl□wxyhirx□kvsytw□xs□pmxmkexi□yrmzivwmxmiw□mrxs□ehstmrk□hsrsv1tvi

---

⁹˒ Jsyrhexmsr□jsv□Mrhmzmhyep□Vmklxw□mr□Ihygexmsr0□÷JMVI□Peyrgliw□Geqtemkr□mr□W
Yrmzivmx}□sj□Glmgeks□Jvii□Wtiigl□Wxexiqirx2◇□Ezempefpi□ex>
lxxtw>33{{{2xlijmvi2svk3gewiw3jmvi1peyrgliw1geqtemkr1mr1wyttsvx1sj1yrmzivwmx}1sj1glmgeks1jv
tiigl1wxexiqirx3?□Rmglspew□Uymrr□Vswirover~0□÷Ri{□Lixivshs|□Egehiq}□Mrmxmexmzi0◇□G
Mrwxmxyxi0□Eykywx□670□645:2□Ezempefpi□ex>
lxxtw>33{{{2gexs2svk3gsqqirxev}3ri{1lixivshs|1egehiq}1mrmxmexmzi□,pewx□eggiwwih□Qe}□65
64662

⁹˂ Xlmw□wigxmsr□mw□qierx□xs□fi□e□fvmij□wyqqev}2□Qsvi□hixempw□sr□iegl□wxyhirx□kvsyt□
fi□jsyrh□mr□>□Veptl□[mlpwsr□erh□Mwmg□[mppmeqw□Qsri□0□÷Qyrrmrke
Geqtyw□Gypxyvi□[ev2□ Psrhsr>□Tpyxs□Tviww0□64650□Gletxiv 62

xs☐geqtyw☐wtiigl2☐Erh0☐jmrepp}0☐srgi☐xli☐revvexmzi☐sj☐e☐jvii1wtiigl☐gvmwmw☐lew☐fiir☐tspmg}☐kvsytw0☐wygl☐ew☐xli☐Wxexi☐Tspmg}☐Rix{svo,WTR-0☐Eqivmger☐Pikmwpexmzi☐Ixglirkiw,EPIG-0☐erh☐÷mqtpiqirxexmsr◇☐kvsytw☐pmoi☐Eqivmgerw☐jsv☐Tvswtivmx}☐,EJT-☐{svo☐{m xli wxexi1pizip☐Osgl1jyrhih☐xlmro☐xerow☐xs☐qeryjegxyvi☐xliwi☐gsrxvszivwmiw☐xs☐teww☐geqty wtiigl◇☐pikmwpexmsr0☐{mxl☐xli☐emq☐sj☐psgomrk☐mr☐e☐jvii☐qevoix☐efwspyxmwx☐rsxms

## Wxyhirx☐Kvsytw

Xli☐Osgl☐Hsrsv☐Rix{svo☐jyrhw☐e☐ryqfiv☐sj☐wxyhirx☐kvsytw☐sr☐gsppiki☐geqtywiw2☐Xliwi rexmsrep☐svkerm~exmsrw☐tvszmhi☐gsrwivzexmzi☐erh☐pmfivxevmer☐wxyhirxw☐{mxl☐egmzmr wyttsvx☐mr☐wymrk☐xlimv☐mrwxmxyxmsrw0☐eggiww☐xs☐erh☐jyrhmrk☐jsv☐tvszsgexmzi☐wt geqtyw0☐erh☐vieh}1qehi☐geqtyw☐egxmzmwq☐omxw0☐iwtigmepp}☐evsyrh☐xli☐mwwyi☐sj☐g Mr☐ehhmxmsr☐xs☐vigvymxmrk☐wxyhirxw☐mrxs☐xli☐Osgl1jyrhih☐tspmxmgep☐mrjvewxvygxyv kvsytw☐epws☐kirivexi☐qer}☐sj☐xli☐geqtyw☐gsrxvszivwmiw☐xlex☐figsqi☐xli☐erishxep☐izmh geqtyw☐jvii☐wtiigl☐gvmwmw2

Wxyhirxw☐jsv☐Pmfivx}☐,WJP-0☐gviexih☐mr☐644<☐f}☐wxyhirxw☐exxirhmrk☐xli☐Osgl☐Wyqqiv Tvskveq☐ex☐MLW0☐gpemqw☐xs☐fi☐÷xli☐pevkiwx☐pmfivxevmer☐wxyhirx☐svkerm~exmsr☐m 6944☐izirxw☐erh☐:440444☐izirx☐exxirhiiw☐wmrgi☐÷egxmzmw☐wxyhirxw0☐xvemrirk mrgpyhmrk☐qeivmepw☐sr☐jvii☐wtiigl☐ew☐{ipp☐ew☐÷egxmzmwx☐xvemrirk☐wiqmre kverxw☐jsv☐wxyhirxw☐{ls☐{erx☐xs☐lswx☐tspmtmgep☐wxyrxw☐gleppirkmrk☐geqty☐jvii WJP☐epws☐sjjivw☐mrwxvygxmsr☐xs☐wxyhirxw☐sr☐÷{lir☐xs☐wyi☐}syv☐yrmzivwmx}◇☐sziv mwwyiW2☐Erh☐WJP☐epws☐sjjivih☐xs☐gsrrigx☐wxyhirxw☐xs☐pikep☐kvsytw☐÷{lir☐xli☐xmqi☐gsqi }syv☐wglssp2◇

WJP☐mw☐mrxikvexih☐{mxl☐erh☐jyrhih☐f}☐xli☐Osgl☐Hsrsv☐Rix{svo2☐Jsv☐i|eqtpi0☐jsvqiv\
zmgi1tviwmhirx☐Gpevo☐Vytiv☐fikem☐lmw☐geviiv☐{mxl☐ryqivsyw☐svkerm~exmsrw☐jyrhih☐f}
Hsrsv☐Rix{svo0☐mrgpyhmrk☐Jviihsq[svow0☐jsvqivp}☐Gmxm~irw☐jsv☐Wiyrhw
fsevh☐sj☐hmvigxsvw☐erh☐ehzmwsv}☐fsevh☐mw☐e☐pevkip}☐qehi☐yt☐sj☐sjjmgievw☐jvsq☐oi}
jyrhih☐f}☐xli☐Osgl☐Hsrsv☐Rix{svo0☐mrgpyhmrk☐sjjmgmepw☐jvsq☐xli☐Mrwxmxyxi☐jsv☐Lyq
erh☐Gexs☐Mrwxmxyx2☐WJP☐lew☐vigimzih☐(725☐qmppmsr☐,644=16464☐jvsq☐wsqi☐sj☐xli☐qswx☐

---

9=☐Wxyhirxw☐jsv☐Pmfivx}☐0☐÷Efsyx☐Yw2◇☐lxxtw☐33wxyhirxwjsvpmfivx}2svk3rsvxl1eqivmge3efsy eggiwwih☐Etvmp☐<0☐6466-2

:4☐Wxyhirxw☐jsv☐Pmfivx}☐0☐÷Kvsyt☐Rix{svo☐Egmzmwq☐Omxw0◇
lxxtw☐33{if2evglmzi2svk3{if36466495<5=584:3lxxtw☐33wxyhirxwjsvpmfivx}2svk3rsvxl1eqivmge3kvs rix{svo1omxw◇0☐pewx☐eggiwwih☐Qe}☐5<0☐6466-2

:5☐Wxyhirxw☐jsv☐Pmfivx}☐0☐÷Xsrmklx☐Yw☐Epp1WJP☐[ifmrev◇☐[lir☐xs☐Wyi☐}syv☐Yrmzivwmx}0 590☐64590
lxxtw☐33{if2evglmzi2svk3{if36466495<5=9=8=3lxxtw☐33wxyhirxwjsvpmfivx}2svk3645934=srmklxw1epp1wjp1wjp1{ifmrev1{lir1xs1wyi1}syv1yrmzivwmx}☐0☐pewx☐eggiwwih☐Qe}☐5<0☐6466-2

:6☐Wxyhirxw☐jsv☐Pmfivx}☐0☐÷Xsrmklx☐Yw☐Epp1WJP☐[ifmrev◇☐[lir☐xs☐Wyi☐}syv☐Yrmzivwmx}◇◇

:7☐÷Gpevo☐Vytiv◇☐Gexs☐Yrfsyrh☐0☐lxxtw☐33{{{2gexs1yrfsyrh2svk3gsrxvmfyxsvw3gpevo1vytiv3☐,pewx eggiwwih☐Qe}☐5<0☐6466-2

:8☐Wxyhirxw☐jsv☐Pmfivx}☐0☐÷Wxyhirxw☐jsv☐Pmfivx}◇☐645416455☐Erryep☐Vitsvx0◇
lxxtw☐33wxyhirxwjsvpmfivx}2svk3{t1gsrxirx3ytpsehw3645=34=36454164551WJP1Erryep1Vitsvx2thj ,pewx☐eggiwwih☐Qe}☐5<0☐6466-2

tlmperxlvstmg□svkerm~exmsrw□{mxlmr□xli□Osgl□Hsrsv□Rix{svo0□mrgpyhmrk□xli□Osgl□jec
jsyrhexmsrw0□Fvehpi}□Jsyrhexmsr0□erh□Hsrsvw□Xvyw'3Getmxep□Jyrh2

Jyvxlivqsvi0□ewtigxw□sj□WJPŸw□lerhfsso□erh□mrxivrep□qexivmepw□hve□{i|tpmgmxp}□ytsm
rix{svoŸw□Wxvygxyvi□sj□Wsgmep□Glerki2□Mr□64580□e□WJP□Geqtyw□Gssvhmrexsv□{vsxi
wlsyph□iqfvegi□xlimv□vspi□{mxlmr□e□÷t}veqmh□sj□wsgmep□glerki◊□xlex□mw□er□erepep
Wxvygxyvi□sj□Wsgmep□Glerki0□mrgpyhmrk□jsyv□tevxw?□÷Mrxippigxyepw0◊□÷Xlmro□Xerov
÷Gsqqyrmgexsvw□erh□Egxyexsvw0◊□erh□÷Zsxmrk□Fpsgsw2◊□WJP□qiqfivw□evi□mrwxvygx
vspi□mw□xs□eqtmpj□xli□mhiew□erh□qsfmpm~i□sxliv□wxyhirxs□xs□jsvq□e□tvs-pmfivx}
_wmga20□ehhmxmsr□ievp}□tyfpmgexmsrw□f}□WJP0□mrgpyhmrk□hmwgsvmryih{□{iftekin□□e
piehivwlmt□lerhfsso0□hiwgvmfiw□er□ehetxexmsr□sj□xli□Wxvygxyvi□sj□Wsgmep□Glerki0□w
xli□wxyhirx□kvsyt□ger□tvshygi□÷zepyi◊□f}□gsrzivxmrk□xli□÷wxyhirx□fsh}◊□xli□÷vef{◊c
mrxs□er□÷mrxivqihmexi□kssh◊□□reqip□÷wxyJlrxl□65□0hliuvio2vwlmp□piehivwlmt□lerhfsso□wols{w□e
vitvshygxmsr□sj□Vmglevh□JmroŸw□hmekveq□ew□xli□fewmw□sj□xlimv□qship0□{lswi□÷jmo
÷epyqri□{ls□wyttsvx□pmfivx}□fsxl□sr□geqtyw□erh□mr□xli□viep□{svph2◊



Hayek's Structure of Production

Raw Materials

Intermediate Goods

Final Product



Students For Liberty's Theory of Change

Groups

Students

Student Leaders

Alumni

Jmkyvi□82□Wxyhirxw□jsv□Pmfivx}Ÿw□÷Xlisv}◊□sj□Wsgmep□Glerki0□□tyfpmwlih□mr□6459

---

[65] Wii□Ettirhm|□52

[66] X}□Lmgow0□÷Xli□T}veqmh□sj□Wsgmep□Glerki0◊□Wxyhirxw□jsv□Pmfivx}0□Nyri□5=0□64
lxxtw□33{if2evglmzi2svk3{if364584:69576:963lxxt□33wxyhirxwjsvpmfivx}2svk3fpsk3645834:35=3xli1
}veqmh1sj1wsgmep1glerki3□_pewx□eggiwwih□Etvmp□<0□6466-2

[67] Wxyhirxw□jsv□Pmfivx}0□÷JEU2◊□Evglmzih□ex>
lxxtw□33{if2evglmzi2svk3{if364584:69569<493lxxt□33wxyhirxwjsvpmfivx}2svk3jeu3□_pewx□eggiw
Etvmp□<0□6466-2

[68] Wxyhirxw□jsv□Pmfivx}0□÷Xli□Wxyhirxw□jsv□Pmfivx}□Piehivwlmt□Lerhfsso0□6459□Ihmxmsr
Evglmzih□ex>
lxxtw□33me□<45=462yw2evglmzi2svk35<3mxiqw3xli1wxyhirxs1jsv1pmfivx}1piehivwlmt1lerhfsso3Xli□
rxs1jsv1Pmfivx}1Piehivwlmt1Lerhfsso2thj□□_pewx□eggiwwih□Etvmp□<0□6466-2

]syrk□Eqivmgerw□jsv□Pmfivx□,□,]EP- epws□tvszmhiw□egxmzmwx□omxw□xs□wxyhirxw□{ls□
sr□geqtyw0□iwtigmepp}□evsyrh□irvspmyir0□wsj□jvii□wtiigl2□Mr□6459□mx□fiker□mxw□÷Jmkl
geqtemkr□{lmgl□svkerm~ih□wxyhirxw□xs□÷_galeppirki□erh□vijsvq□xli□viwxvmgxmzi□wtiigl
}syv□geqtyw0□tvszmhmrk□(544□egxmzmwq□kverxw□jsv□wxyhirx□{lmpi□ehzmwmrk□xliq
xs□gleppirki□}syv□wglsspŸw□gshiw□{lmpi□tviwivzmrk□}syv□efmpmx}□xs□kemr□pikep□wx
syxhssvw◇□ywmrk□xli□]EP□wyttpmih□gpmt1fsevh□erh□jpmivw0□iqtlewm~mrk□xs□wxyhirxw
÷gerrsx□kemr□pikep□wxerhmrk□yrpiww□}sy□lezi□zmhis□jssxeki□sj□er□irgsyrxiv□{mxl□xli
ehqmrmwxvexmsr◇tgi□}syv□yrmzivmwm}□exxiqtxw□xs□wlyx□hs{r□}syv□egxmzmwq□ijjsvxw0◇
ehzmwiw0□÷xyvr□xli□zmhis□sr□{mxl□}syv□gipp□tlsri2□Xv}□xs□lsph□mx□lsvi~srxepp}□
gsziveki□erh□vigsvh□xli□irxmvi□irgsyrxiv2 wtigmepm~iw□mr□mrkivexmrk□mxw□jvii□wtiigl
geqtyw□egxmzmwmwq□{mxl□pmxmkexmsr0□erh□mr□645<□gpemqih□xs□lezi□glerkih□geqtyw□tspmgmiw□sr□jmjx}
geqtywiw□xlvsykl□pe{wymxw□sv□xlviexw□sj□pmxmkexmsr2[5]

]EPŸw□jsyrhiv□ettievih□ex□Glevpiw□OsglŸw□lmklp}□wigvixmzi0□mrzmxexmsr1srp}0□wiqmrev
hsgyqirxw□wls□{□]EPŸw□i|igyxmzi□hmvigxsv□Nijj□Jve~ii□tviwirxmrk□sr□e□teripl□ex□sri□sj□
Hsrsv□Rix□svoŸw□6458□hsrsv□w}qxmz2 kvsytŸw□xliv□jsyrhiv0□Vsr□Teyp0□{ew□gpswip}
xmih□xs□Glevpiw□Oshl0□wivzmrk□ew□xli□jsyrhmrk□glemvv□sj□Gmxm~irw□jsv□e□Wsyrh2
5=<82□Fix□{iir□6456□erh□645=0□]EP□vigimzih□(;0:<50967□qmpppmsr□jvsq□xli□Oskl□jeqm
jsyrhexmsrw0□Fvehpi}□jsyrhexmsrw0□erh□Hsrsrr Xvywxs3Hsrsv□Ÿw□Getmxep□Jyrh2

]syrk□Eqivmgerw□jsv□Jviifsq□,]EJ- lew□xvemrih□e□{lspi□kirivexmsr□sj□gsrwivzexmzi□egxmzm
tspmxmgmerw0□erh□nsyvrepmwxw□erh□vyrw□e□wtieevŸw□fyviey□{lmgl□wtigmepm~iw□m
gsrwivzexmzi□erh□sjxir□mplmklp}1tvszsgexmzi□wtieovw□sr□geqtyw2□Mx□epws□svkmzmvymw□xveim
wxyhirxw□mrxs□gsrwivzexmzi3pmfivevmer□geqtyw□svkerm~mrk2□Xlmw□mrgpyhiw□xvemrmrm
wxyhirxw□pievr□÷{lir□mx□mw□pikep□xs□vigsvh□e□gsrzivwexmsr□{mxl□e□gspppiki□ehqmm
tviww□wglsspw□xs□gsziv□wsqi□sj□xli□wigyvmx}□gswxw□_sj□e□gsrxvszivwmep□wtieova?
wmhmi{epo□glepomrk0□jpmiw0□erh□Hsrsv□Xvywx□sj□xli□{lixlivl□xli}□{ger□fi□glepp
{lir□xs□gepp□xli□jsyrhexmsrŸw□pikep□xs□wpikep□wlsytw□sr□geqtyw2 Rigsffl WIPI[12]t
sjj1xli1wlipj□egxmzmwq□omxw0□mrgpyhmrk□e□÷Jvii□Wtiigl□Fs□◇□{mxl□qexivmepw□xs□y
sr□geqtyw2Xli□fs□erh□mxw□tyvtswi□evi□mrxvshygih□xs□wxyhirxw□{mxl□e□jsviksri□gsrgpy
ewomrk□÷Evi□}syv□jvii□wtiigl□vmklxw□fimrk□gyvxempih□sr□}syv□geqtysC□Sj□gsyvwi□x
i|temrvw0□÷_qaswx□wglsspw□mrjvmrki□sr□wxyhirxw□_wmgl□jvii□wtiigl□vmklxw□iwtigm

: ]syrk□Eqivmgerw□jsv□Pmfivx□,□,r2h2-□÷Jmklx□jsv□Jvii□Wtiigl2◇□Ex
lxxtw>33{if2evglmzi2svk3{if3645;55495;599<3lxxtw>33□epmfivx}2svk3ri□{w3egxmzmwq3jmklx1jsv1jv
tiigl3
;4 ]syrk□Eqivmgerw□jsv□Pmfivx□,□,r2h2-□÷Jmklx□jsv□Jvii□Wtiigl2◇
;5 Peyvir□Gsspi}0□÷]syrk□Eqivmgerw□jsv□Pmfivx□□Wgsviw□94□Tvs1Jvii□Wtiigl□Tspmg}□Gle
Geqtywiw□Egvsww□xli□Gsyrxv}□mr□emriv0□ Higiqfiv□750□645<2
;6 Peyvir□[mrhswv0□÷Mrwmhi□xli□Osgl□Fvsxliww+□Wigvix□Fmz□Xppemsn□M□Nyvre□011□Wyig□q5□80◇
6458
;7 Wii□Ettirhm|52
;8 Wxitlemri□Weyp0□÷Xli□Gsrwivzexmzi□Jsvgi□Filmrh□Wtiigliw□Vsmpmrk□Gspppiki□Geqtywiwi0◇
Ri□svo□Xmqiw  0□Qe}□640□645;2
;9 ]syrk□Eqivmge+w□Jsyrhexmsr□,r2h2-□÷Geqtyw□Egxmzmwq0◇□Evglmzih□ex□
lxxtw>33{if2evglmzi2svk3{if3645=4;4;5898973lxxtw>33wxyhirxw2ej2svk3geqtyw1egxmzmwq3□pe
eggiwwih□Qe}□5<0□6466-2

6=

tvsqsxi□gsrwivzexmzi□mhiew2◇□Xlii□fs|□mw□hiwmkrih□xs□lipt□gsrwivzexmzi□wxyhirxw□÷t
qsqirx¡w□rsxmgi0◇□erh□mrgpyhiw□fyxxsrw0□wxmgoivw0□X1wlmvxw0□tsgoix□wm~ih□gstm
Gsrwxmxyxmsr0□erh□sxliv□qexivmepw2

JEJ□mw□epws□jyrhih□f}□xli□Osgl□Hsrsv□Rix{svo2□E□ryqfiv□sj□vikypev□Osgl□wiqmrev
wygl□ew□xlii□HiZsw□jeqmp}2□,(69□qmpppmsr□erh□Vsfivx□Qivgiv□,(5440444□lezi□qehi□gs
xs□JEJ2□Erh□xli□Osgl□jeqmp}□jsyrhexmsrw0□xli□Fvehpi}□Jsyrhexmsr0□HsrsvwXvywx0□erh□H
Getmxep□Jyrh□lezi□hsrexih□(7□qmpppmsr2

Xyvrmrk□Tsmrx□YWE ,XTYWE- wiiow□xs□÷mhirxmj}0□ihygexi0□xvemr□erh□svkerm~i□wxyh
jviihsq2◇□Mr□tvegxmgi0□xli□kvsyt□mw□eqsrk□xli□qswx□vehmgep□erh□hmwvytxmzi□wxyhi
gpemq□xs□gleqtmsr□jvii□wtiigl□¡lir□mr□jegx□xli□}□sjxir□wyttviww□pijx{mrk□wtiigl□sr□g
{lmpi□eqtmfy}mrk□erh□tvsxigxmrk□vmklx1{mrk□wtiigl2

Mr□e□jyrhevmwmrk□fvsglyvi0□XTYWE□fvekkih□xlex0□xlvsykl□mrziwxmrk□mr□wxyhirx□kszi
mx□lstih□xs□{mr□irsykl□geqtyw□ipigxmsrw□xs□lezi□÷hmvigx□szivwmklx□erh□mrjpyirgi□s
,944□qmpppmsr□mr□yrmzivwmx}□xymxmsr□erh□wxyhirx□jii□ettvstvmexmsrw2◇□Erh0□mr□
lstih□xs□gyx□sjj□jyrhmrk□jsv□wxyhirx□kvsytw□gvmxmgep□sj□Mwveip□sv□ehzsgexmrk□sj
erh□xss□tvsqsxi□e□xviewyvi□wtieoiv¡w□vizmwmsrmwx□zmi{□sj□sxysv□sy¡wxirh□tsmqx
qiwweki□Eqivmger□I□gitxmsrepmwmq□erh□jvii□qevoix□mhieps□XTYWE□eppsvs□sjyvw□xli
Tvsjiwwsv□[exglpmwxw0□{lmgl□pmwxw□pijx1{mrk□jegypx}□qiqfivw□mx□hiiqw□xss□÷vehmg
÷i|tswi□erh□hsgyqirx□gsppiki□tvsjiwwsvw□{ls□hmwgvmqmrexi□ekemrwx□gsrwivzexmzi□wxy
ehzergi□pijxmwx□tvstekerhe□mr□xli□ɡpewwvssq2◇

XTYWE□mw□epws□jyrhih□f}□xli□Osgl□Hsrsv□Rix{svo2□Jswxiv□Jvmiww0□er□exxirhii□sj
wiqmrevw0□tvszmhih□xli□wiih□qsri}□xs□wxevx□XTYWE□mr□li□6456r□}□sj□XTYWE¡w
qensv□hsrsvw□lezi□epws□fiir□vikypevw□ex□xliwi□wyqqmxw0□mrgpyhmrk□Xlsqew□[2□Wqmx
Kszivsv□Jvygi□Veyriv0□erh□xli□HiZsw□jeqmp}2□XTYWE□lew□vigmnzih□ex□piewx□,60;<40
hsrsv□i|eqrihm□mr□Ettirhm|□52

WJP0□]EJ0□]EP0□erh□XTYWE□rsx□srp}□vigvymxi□xepirx□mrxs□xli□Osgl1jyrhih□tspmxmgep
epws□lipt□kirivexi□qygl□sj□xli□erighsxiw□ve{□qexivmep□riihih□xs□qeryjegxyvi□e□rervex

¨ Epi□Osxgl□0□÷Fir□Wletmvs□yS{rw□xli□Pmfwʾ□222□FyxX|(8 $typ]1750C6645<?
Ewlpi□[wrk0□÷}syrk□Eqivmgeʾw□Jsyrhexmsr>[ls□mw□Jyrhmrk□YG□Fivoipi}ʾw□Fir□Wletm
IzirxC◇□Xli□Hemp}□Gepmjsrmer0□Witxiqfir□580□645;2

¨ Wii□Ettirhm|□52

¨ Zewuyi~0□Qmgleip□0□÷9□Xeoie{e}w□Jvsq□Xyvrmrk□TsmrxʾS□Tper□xs□yŸGsqqerhiivʾŸ□Geq
Ipigxmsrw◊ŧÍb□Glvsrmgpi sj□Lmkliv□ihygexmsr   0□Etvmp :0□645<2□Wii□epws>□Neri□Qe}iv0□÷E
Gsrwivzexmzi□Rsrtvsjmx□Xlex□Wiiow□xs□Xverwjsvq□Gsppiki□Geqtywiw□Jegiw□Eppikexmsrw
Fmew□erh□Mppikep□Geqtemkr Xlɡxmzmxmex}0◇ Higiqfiv□650□645;2

⁷⁹ Tvsjiwwsv□[exglpmwxw0□÷Efsyx□Yw2◇□lxxtw>33tvsjiwwsv{exglpmwx2svk3efsyxyw ,pewx□egg
6466-2

⁷⁴ Nypmi□F}os{mg~2□÷Xlmw□Fs}□[svhiv□Mw□Fymphmrk□xli□Gsrwivzexmzi□QsziSr2svk□mr
Keveki0◇□Fpssqfivk0□Qe}◇;0□64592

⁷⁵ Kezmr□Evsrwir2◇I|gpywmzi>□Xli□Osgl□FvsxlivʾŸ□Qmpppmsr1Hsppev□Hsrsv□Gpyf◇□Qsxliv
Witxiqfir :0□64552□Evglmzih□ex>□lxxtw>33evglmzi2mw34WkUs2

74

geqtyw□jvii□wtiigl□gvmwmw□i|mwxw□sr□gsppiki□geqtywiw2□Xliwi□wxyhirx□kvsytw□evi□p
viwtswrwmfpi□jsv□fvmrkmrk□tvsjiwwmsrep□tvszsgexiyvw□xs□wtieo□sr□geqtyw□erh□ekmxexr□
geqtyw□wtiigl□tspmgmiw2□Mr□hsmrk□ws□□xli}□kirivexi□xli□qexivmepw□xlex□figsqi□xli□fw
syxveki□erh□pmxmkexmsr2□Xliwi□qeryjegxyvih□jvii□wtiigl□wxyrxw□evi□sjxir□gszivih□f}□qi
{lmgl□wtigmepm~i□mr□{vmxmrk□syxveki□tmigiw□efsyx□÷pmfivep□fmew◇□mr□lmkliv□ihyg
jyrhih□f}□xli□Osgl□Hsrsv□Rix{svo2

## Qihme□Kvsytw'Geqtyw□Vijsvq□erh□Xli□Gsppiki□Jm|

Geqtyw□Vijsvq□erh□Xli□Gsppiki□Jm|□evi□x{s□qihme□tpexjsvqw□jyrhih□f}□xli□Osgl□Hsrs
Rix{svo2□Pmoi□wxyhirx□kvsytw□hiwgvmfih□efszi0□xliwi□qihme□syxpixw□epws□jsgyw□sr□
hsrsv□mrjpyirgi□mrxs□lmkliv□ihygexmsr2□Xliwi□syxpixw□wtigmepm~i□mr□qsrmxsvmrk□gsp
yrmzivwmxmiw□erh□kirivexmrk□gsrxirx□xlex□tsvxve}w□lmkliv□ihygexmsr□ew□ltswxmpi□xs□x
zmi{tsmrxw2□Xliwi□syxpixw□limvi□÷wxyhirx□tsvhirx□◇◇emh□fix{iir□□(94□erh□(544□t
evxmgpi'xs□tvshygi□i|eqtpiw□sj□÷pmfivep□fmew◇2□Geqtyw□Vijsvq□erh□Xli□Gsppiki□Jm|□
vikypevp}□tyfpmwl□wxsvmiw□efsyx□izirxw□lswxih□f}'sv□gsrxvszivwmiw□kirivexih□syx□f}'W'J-
]EJ0□erh□XTYWE2□Xliwi□wxsvmiw□evi□xlir□mrnigxih□mrxs□e□tevx□mwer□qihme□igsw}wxi

Tviwirxmrk□xliqwipziw□ew□÷qihme□svkerm~exmsrw0◇□Geqtyw□Vijsvq□erh□Xli□Gsppiki□Jn
{vmxi□efsyx□jegyx}□wtiigl0□mr□gpeww0□mr□viwievgl0□erh□sziv□wsgmep□qihme-□ew□
tspmgmiw0□hizivwmx}□xvemrmrk0□xli□gsrxirx□sj□tyfmgl□pigxyviw0□erh□sxliv□rsvqep□g
Ls{iziv0□xliwi□syxpixw□vikypevp}□thitps}□pi□xsri□erh□wx}pi□xlex□qeoiw□xliwi□rsvqep□gsp
egxmzmxmiw□ettiev□wirwexmsrep~ih□erh□hyfmsyw2□Jsv□i|eqtpi0□xli}□vikypevp}□xeoi□
tyfpmwlih□viwievgl□sv□gpeww□ewswmkrjirx□erh□tviwirx□xliq□ew□}ix□ersxliv□i|eqtpi
÷pmfivep□fmew◇□sr□geqtyw2□Mr□hsmrk□ws□xli}□gviexi□xli□erhsxxep□÷ve{□qexivmep◇□
stivexmziw□xs□qeryjegxyvi□xli□revvexmzi□xlex□e□veqterx□jvii□wtiigl□gvmwmw□i|mwxw□s
geqtywiw2

Ew□Oeqpe□hiqsrwxvexiw□mr□lmw□viwievgl0□xliwi□syxpixw□jiih□wirwexmsrepp~ih□wxsvm
ihygexmsr□mrxs□e□fvsehiv□tevxmwrew□qihme□erh□wsgmep□qihme□igsw}wxiq2□Ew□xliwi□
viwptpyxivpy□mww□sjxir□xlex□xli□xevxkixih□jegypx}□qiqfiv□qwl□qehi□e□xevkix□sj□ji
xlviexw□sj□levq2□Mj□xlimv□ehhviww□mw□hs|||ih0□tyfmgp}□hmwwwiqrexih□mr□er□ewwsgme
gsrxirx-0□mx□mw□rsx□yrgsqqsr□jsv□jegypx}□qiqfiv□xs□piezi□xlimv□lsywiw□syx□sj□jiev

[82] Jsv□er□szivzmi{□sj□xliwi□syxpixw0□wii>□Weqerxle□QgGevxl}□erh□Mweeg□Oeqpe0□÷Wi
Wyvzimppergi>□Geqtyw□Vijsvq□erh□xli□Xevkixih□Levewwqirx□Rf□Tspmxmgepp}□Qsfmpi□
,6465-?□Mweeg□Oeqpe0□÷Hiev□Ehqmrmwxvexsv>□Xs□Tvsxigx□]syv□Jegypx}□jvsq□Vmk
Jspps{□xli□Qsri}0□Ny≥vep□sj□Egehiqmg□Jviihsq    54,645=-?□Epmgi□Wtivm0□÷E
Fmppmsremvi□Jyrhih□[ifwmxw□i|{mxl□Xmiw□xs□Jev□Vmklx□mw□mw□e□Jiv□Vmklx□xs□ÿGergipŸ□Tv
Tvsjiwwsvww0□Mrxivgitx    0□Etvmp□540□6465?□Ripp□Kpygoqer0□÷Xli□Syxveki□Tihhpivw□evi□Lir
Wxe}2□Xli□Glvsrmgpi□sj□Lmkliv□Ihygexmsr    0□Rszifiv 5;0□6464?□Qepemoe□Xettiv0□÷Mrwmhi□xli□
Gsrwivzexmzi□Qihme□Syxpix□Jiihmrk□Levzevh□Wxyhirx□Xlviexw0□Gremrqmrk□Rirqirmi/□
Qevgl□6464?□Glvmw□Uymrr□xere□Rexmri□Vshkivw0□÷Lmkliv□ihygexmsr0□Nyri□660
645;?□Tixiv□Wglqmhx0□÷Lmkliv□ihygexmsr Ÿw□Mrxivrix□Syxveki□Qeglmri0□□
lhygexmsr 0□Witxiqfiv□<0□64592

75

tivwsrep□wejix}2□Erh□e□hipyki□sj□vegmwx0□qmwsk}rmwxmg0□erh□lsqs13xverw1tlsfmg□ic
erh□tlsri□geppw□ger□gsrwyqi□tvsjiwwsvw0□erh□geywi□viep□iqsxmsrep□hmwxviww2□Wsqi
qiqfivw□riih□xs□xeoi□pieziw□sj□efwirgi□xs□vigsziv□jvsq□xliwi□i|tivmirgiw2□Erh□wsqixmqi
jegypx}□qiqfivw□evi□izirxyepp}□jmvih□figeywi□sj□vitsvxmrk□gsrhygxih□f}□Geqtyw□Vijsvq2□E
Gsppiki□Jm|2

Qer}□sj□xli□evxmgpiw□{vmxxir□f}□Geqtyw□Vijsvq□erh□Xli□Gsppiki□Jm|□ehzergi□xli□rev
gsppikiw□erh□yrmzivwmxmiw□evi□lswxmpi□xs□gsrwivzexmzi□zmi{w2□Xliwi□wxsvmiw□>□5–□{
{mxl□e□xsri□sj□syxveki□erh□hmwfipmj0□6–□vikypevp}□mkrsvi□xli□jypp□gsrxi|x□sj□xli
hve{□ytsr□zmhis□erh□gpewwvssq□gsrxirx□,sjxir□xeoir□syx□sj□gsrxi|x□sv□glivv}□tmgoih–
vikypevp}□vip}□ytsr□tevxmwer□stivexmziw□jyrhih□f}□xli□Osgl□Hsrsv□Rix{svo□jsv□xlimv□
Jsv□i|eqtpi>

52  Mr□Sgxsfiv□645;0□Geqtyw□Vijsvq□tyfmplih□er□evxmgpi□gvmxmgm~mrk□Yrmzivwm
     tvsjiwwvw□erh□ehqmrmwxvexsvw□jsv□xlimv□gsqqirxw□efsyx□Vmglevh□Wtirgiv□W{
     Xli□eyxlsv□sj□xli□wxsv}□i|tviwwiw□hmwfipmej□xlex□jegypx}□erh□ehqmrmwxvexsvw
     Wtirgiv□Yw□jvii□wtiigl0□fyx□jempih□xs□hmwgywww□Wtirgiv□Yw□{lmxi□wytviqegmwx□zn
     wmrgivip}□irkeki□xli□evkyqirx□efsyx□geqtyw□wejix}□erh□zepymrk□hmzivwmx}0□{lm
     ehqmrmwxvexsvw□gsrxmryepp}□lezi□xs□rezmkexi□{lir□ehhviwwmrk□Geqtyw□wtieoivw
     xli□wxsv}□srp}□i|tviwwih□syxveki□xlex□Wtirgiv□Yw□jvii□wtiigl□{ew□fimrk□zmspexih2

62  E□Higiqfiv□645=0□Geqtyw□Vijsvq□evxmgpi□tyfmplih□zmhis□gsrxirx□jvsq□e□tyfm
     ex□Yrmzivwmx}□sj□Jpsvmhe□f}□Mfveq□\2□Oirhm2□Xlmw□gszivieli□{ew□qevoihp}□
     Geqtyw□VijsvqYw□gsziveki□sj□xli□gsrxvsvivw}□sziv□xli□{lmxi□rexmsrepmwx□Vmglevh□
     Wtirgiv□Yw□zmwmx□xs□xli□weqi□geqtyw2□Vexliv□xler□hmwgywwmrk□Oirhm□Yw□gsrw
     egehiqmg□eggsqtpmwlqirxs□erh□xvego□vigsvh□sj□texlfvieomrk□wglspevwlmt0□xli□ey
     mrwxieh□jsgywiw□sr□sri□sri□gsqqirx□xlex□Oirhm□qeoiw□efsyx□pmfivexmsr□xlis□{□erh□
     qirxmsr□xs□Viz2□Niviqmel□[vmklx□Yw□6447□mrjeqsyw□wtiigl□xlex□mrgpyhih□xli□pm
     heqr□Eqivmge2◇□Xli□zmhis□gpmt□erh□eggsqter}mrk□wxsv}□qmwvitviwirx□OirhmYw
     wglspevwlmt□wykkiwxmrk□xlex□lmw□zmi{w□evi□mrhmwxmrkymwlefpi□jvsq□xlswi□sjh□
     qer0□{ls□{ew□epvieh}□e□vmklx1{mrk□pmklxrmrk□vsh2□Wmrgi□xlir0□Geqtyw□Vijsv
     tyfmplih□ex□piewx□x{s□hs~ir□evxmgpiw□efsyx□Oirhm0□mrgpyhmrk□e□÷vi
     wtieomrk□jiiw0□gsqirx□efsyx□tspmxmgmep□jmkyviw0□qsvep□termg□efsyx□lmw□gsr
     ÷gvmxmgep□vegi□xlisv□◇□,GVX–0□syxveki□xlex□wglsspw□qeoi□lmw□fsso□qerhexsv}□

72  Sr□Qevgl□550□64650□Geqtyw□Vijsvq□tyfmplih□xli□gsrxirx□sj□e□hmzivwmx}0□iuy
     mrgpywmsr□xvemrmrk□ex□Yrmzivwmx}□sj□Jpsvmhe2□Xli□wxsv}□tmgow□ex□zevmsy
     xvemrmrk0□jsgywmrk□sr□mxw□tvmgi□xek2□Xli□wxsv}□ywiw□uysxexmsr□qevow□xs
     xvemrmrk□{mxlsyx□iziv□irkekmrk□xli□viewsrw□{l}□wglssp□sjjmgmepw□gsrgpyhih□xle
     xvemrmrk□{syfh□fi□ywijyp2□Mrwxieh0□xli□wxsv}□wmqtp}□ewwyqiw□xlex□xli□tvskv
     wipj1izmhirxp}□syxvekisyw2□Ew□izmhmrgi0□xli□eyxlsv□uysxiw□xli□glemv□sj□xli□geqt
     gletxiv□,hiwgvmfih□mr□Tevx□5-2

82  E□Nyp}□6465□Geqtyw□Vijsvq□wxsv}□gvmxmgm~ih□e□Zepirgme□Gspppiki□tvsjiwwsv□
     st1ih□gvmxmgep□sj□LF□6772□Xli□tvsjiwwsv□wxexih□xlex□wxyhirxw□epvieh}□lezi□j
     vmklxw2□Fyx□xli□eyxlsr□ewwivxw□xlex□wygl□vmklxw□evi□÷rsx□yrmzivwepp}□eggi

76

tvsjiwwsvw0◊□gsqtevmrk□xli□tvsjiwwsvŸw□tivgimzih□sjjirwi□xs□ersxliv□Geqtyw□Vijsv
wxsv}□efsyx□e□Yrmzivwmx}□sj□Sopelsqe□tvsjiwwsv□{ls□i|tviiwwih□gvmxmgmwq□sj□

92  E□Jifvyev}□6466□wxsv}□hmwgywwiw□e□÷Hmzivwmx}0□Iuymx}□erh□Mrgpywmsr□Kp
     gmvgypexih□mr□e□qiqs□tvshygih□f}□Yrmzivwmx}□sj□Girxvep□JpsvmheŸw□Zmgi□Tv
     Hmzivwmx}0□Iuymx}0□erh□Mrgpywmsr2□Xli□tmigi□hve{w□uysxiw□jvsq□xli□kpswwev
     wmkrep□hmwattvszep□erh□gsrxiqtx0□hiwtmxi□i□uysxi□jvsq□JMVI□gsrgihmrk□xlex□
     jvii□wtiigl□zmsplexmsr2◊□jix□xli□ziv}□jegx□xlex□Xli□Gsppiki□Jm|jmrhw□er□iqemp
     ri{w□{svxl□mrhmgexiw□xli□wxvexik}>□er}□qirxmsr□sj□hmzivwmx}0□iuymx}0□erh□m
     xviexih□ew□hyfmsyw□erh□i|iqtpev}□sj□e□fvsehiv□wmrmwxiv□xvirh2

:2  E□Geqtyw□Vijsvq□gsvviwtsrhirx'e□Yrmzivwmx}□sj□Jpsvmhe□wxyhirx□{ls□epws□{vmx
     Gsppiki□Jm|'gsrxegxih□xli□sjjmgiw□sj□xli□tpemrxmjjw□,Yrmxih□Jegypx}□sj□Jpsvmhe
     gsqqirx□sr□xlmw□tmxmkexmsr2□Xli□uyiwxmsrw□wli□ewoih□viziep□xlex□wli□,erw
     vexliv□wiiomrk□xs□stvsvve□YJJ□ew□mrjvmrkmrk□ytsr□zmi□tsmrx□hmzivwmx}0□□ewor
     xli□YJJ□{erx□xli□viwypxw□sj□xli□wyvzi}w□xs□fi□mkrsvihC◊□erh□e□÷Mj□wxyhirxw□
     xli□□gerrsx□ei|tviww□xlimv□zmi{w□sr□geqtyw□{mxlsyx□jievmrk□vitivgywwmsrw□jvsq□
     jegypx}□qiqfivw0□mw□xlmw□e□tvsfpiqC◊□Mr□Oeqspe□Ÿw□i|tivmmrgi□wxyh}mrk□xliwiii
     uymsi□gsqqsr□jsv□gsvviwtsrhirxw□xs□ewo□piehmrk0□erh□nsyvrepmwmxmgepp}□yrtvsji
     uyiwxmsrw0□hiqsrwxvexmrk□er□mrxirxmsr□xs□mhirxmj}□÷pmfivep□fmew2◊

Xliwi□lmkhl}□yrtvsjiwwmsrep□erh□wipigmzmi□÷vitsvxw◊□vsyvrmlp}□figsqi□qsvi□fvsehp}□gn
{mxlmr□xli□vmklx{mrk□qihme□igsw}wxiq0□erh□izir□iirh□yt□mr□xlmrko□xero□vitsvxw□ew
jvii□wtiigl□gvmwmww□mr□lmkliv□ihygexmsr□,wss□Tevx□6-2

Geqtyw□Vijsvq□erh□Xli□Gsppiki□Jm|□evi□epws□tevx□sj□xli□mrkikvexih□tsmmxmgep□qegl
f}□xli□Osgl□Hsrsv□Rix{svo2□Geqtyw□Vijsvq□mw□vyr□f}□xli□Piehivwlmt□Mrwxmxyxi0□e□
tsmmxmgep□svkerm~exmsr□xlex□xvemrw□stivexmziw□sr□gsppiki□geqtywiw2□Xli□Piehivwlmt
gviexih□mr□15=;=□erh□sjjivw□e□zevmix}□sj□xvemrmrk0□wsrowlstw□erh□wiqmrevw0□mrg
erh□wsgmep□qihme2□Xli□Piehivwlmt□Mrwxmxyxi□tvszmhiw□ewwmwxergi□xs□gsppiki□wxyh
tevxmwer□geqtyw□tyfpmgexmsrw□erh□fvmrkmrk□wtieoivw□xs□gsppiki□geqtywiw2□Ew□rsxi
tvsjiwwsv□Erri□Ripwsr0□xli□jsyrhiv□sj□xli□Piehivwlmt□Mrwxmxyxi□liph□xli□zmi{□xlex□÷T
xiglrspsk}□ger□fi□vsyklp}□hmzmhih□mrxs□gsqqyrmgexmsr□xiglrspsk}□erh□svkerm~exmsr□
{mxl□rs□riex□pmri□sj□witevexmsr□fib{iir□gsqqyrmgexmsr□erh□svkerm~exmsr□□□Gewtyw□Vijsvm2◊
gpievp}□er□i|eqtpi□sj□e□tspmxmgep□xiglrspsk}□stivexmrk□yrhiv□xli□kymwi□sj□e□qihme

Xli□Piehivwlmt□Mrwxmxmxyxi□wxevxih□Geqtyw□Vijsvm□ew□e□{ifwmxi□hiwmkrih□xs□rix{svo
geqtyw□egxmzmwmw2□Hyvmrk□xlex□tivmsh0□mx□tvszmhih□wxyhirxw□{mxl□÷e□tper◊□jsv□
ekemrwx□xli□pijxmwxw□gsrxvsppmrk□xli□ehqmrmwvexmsr□erh□gyvvmgype□sj□}syv□geqtyw0
xs□÷wxe}□sr□xli□sjjirwmzi◊□erh□÷_mahirxmj}◊□xli□{ieoiwx□ierig}0◊□erh□÷÷[8]jasygw□}syv□

---

[57] Ripwsr0□Erri□Wahs>□Rix>□Qihme0□Qsri}0□erh□xli□Wigvix□L}fi□sj□xli□Vehmgep□Vmklx□    2
Fpsssqfyv}□Tyfpmwlmrk□mr□YWE□0□645=0□6:2

[84] Nmq□Ipxvmrkleq□erh□Fir□[ixqsvi0□÷Mklx□Fego0◊□Geqtyw□Vijsvq2□Evglmzih□ex>
lxxtw>33{if2evglmzi2svk3{if364544;584;95853lxxt>33{{{2geqtywvijsvq2svk3egxmzmwmq1viwsyvgiw3
jmklx1fego□,pewx□eggiwwih□Etvmp□90□6466-2

Xli□Piehivwlmt□Mrwxmxyxi□vi1fverhih□Geqtyw□Vijsvq□ew□e□wipj1hiwgvmfih□qihme□syxpix
Fijsvi□xlex0□ls{iziv0□xli□tpexjsvq□{ew`ew□{mxl□qer}□sj□xli□wyxhirx□kvsytw□hiwgvmfih
efszi`hiwmkrih□xs□irkeki□mr□tevxmwer□egxmzmxmiw□sr□geqtyw2□Ievpmiv□zivwmsrw□sj□
Vijsvq□{ifwmxi□mrgpyhih□÷egxmzmxmwq□mhiew0□hiwmkrih□xs□qeryjegxyvi□tsxirxmepp}□vi
mrgmhirxw0□mrgpyhmrk□liptmrk□wxyhirxw□xs□÷fvmrk□e□wtieoiv□xs□geqtyw◊□sv□÷Vi
xli□Tspmxmgep□Gsrxvmfyxmsr□Texxivr□sj□}syv□Wglssp□Ŷw□Jegypx}□erh□Wxejj2◊□Geqtyw
xlex□wxyhirxw□÷Oiit□ze□zmhis□geqive□ezempefpi□ex□epp□xmqiw0□erh□vigsvh□er}□ekkv
zivfep□erh□tl}wmgep2□Jegx0□fijsvi□XTYWE0□Geqtyw Vijsvq□lswxih□xli□svmkmrep□tvsjiwws
{exglpmwx0□{mxl□xli□wpsker□÷Lsph□}syv□tvsjiwwsv□eggsyrxefpi%□Ehh□pijxmwx□jegyp
Vijsvq Ŷw□tvsjiwwsv□{exgl□pmwx□xshe}2◊

Izir□ejxiv□Geqtyw□Vijsvq Ŷw□vi1fverh0□mx□gsrxmryiw□xs□jyrgxmsr□ew□e□tspmxmgep□ve
svkerm~exmsr2□Eggsvhmrk□xs□Geqtyw□Vijsvq Ŷw□s{r□gsrxvegxw0□wxyhirx□gsrviwtsrhirxw□
xli□i|tpmgmx□tyvtswi□sj□÷i|tsw_mrka□erh□vitsvx_mrka□sr□i|eqtpiw□_sja□pmfivep□fmew
sggyvvmrk□sr□Y2W2□gsppiki□geqtyiw2◊□Erh□wxyhirxw□evi□temh□sr□e□wgepi□fewih
evxmgpiw□xli□{vmxi0□{mxl□xli□jmvwx□ievrmrk□xliq(940□erh□wyfwiuyirx□evxmgpiw□}r
iegl2□Tvszmhmrk□e□pieh□÷{lmgl□qe}□sv□qe}□rsx□mrgpyhi□eyhms0□zmhis□sv□sxliv□vi
wyttsvxmrk□hsgyqirxexmsr◊□ger□}miph□e□(94□÷pieh□fsryw2◊

Jyvxliv□fpyvvmrk□xli□pmri□fix{iir□tspmxmgep□erh□gsqqyrmgexmsr□xiglrspsk}0□qer}□Geqty
Vijsvq□wxyhirx□gsvviwtsrhirxw□evi□epws□qiqfivw□sj□wxyhirx□kvsytw2□Jyrhih□f}□xli□Osgl
Rix{svo□,hiwgvmfih□efszi-2□Sj□xli□6<=□Geqtyw Vijsvq□gsvviwtsrhirxw□pmwxih□sr□xli□{
fix{iir□6464164660□57:□,8;)-□i|tpmgmxp}□wipj1mhirxmj}□ew□tewx□sv□tviwirx□qiqfivw□sj
sj□xli□ejsviqirxmsrih□wxyhirx□kvsytw2□Sj□xli□wizir□gyvvirx□qiqfivw□sj□Geqtyw□Vijsvq Ŷw
Ri{w□Xieq□wipj1mhirxmj}□ew□Xyvrmrk□Tsmrx□YWE□sjjmgiqer2□Geqtyw□Vijsvq
wxsvmiw□jiexyvi□egxmsrw□xeoir□f}□xliwi□weqi□wxyhirx□kvsytw2□Ewmhi□jvsq□xliwi□kvsy
gsvviwtsrhirxw□,5829)-□wipj1mhirxmj}□ew□ejjmpmpmexih□{mxl□sxliv□sykerm~exmsrw□jyrhih
Hsrsv□Rix{svo□Mrgpyhmrk□xliwi□ehhmxmsrep□svkerm~exmsrw0□5:5□gsvviwtsrhirxw□,99)-
ejjmpmexih□{mxl□kvsytw□fegoih□f}□xli□Osgl□Hsrsv□Rix{svo□[lir□mrgpyhmrk□Gsppiki□Vi
erh□KST□xmiw0□ex□piewx□666□gsvviwtsrhirxw□,;:)-□wipj1mhirxmj}□ew□ejjmpmexiw

<⁹Geqtyw□Vijsvq0□÷Xeoi□Egxmsr2◊□Evglmzih□ex>
lxxtw>33{if2evglmzi2svk3{if364544;575668843lxxt>33{{{2geqtywvijsvq2svk3xeoi1egxmsr3egxmzmw
q1mhiew3gsrwmxmxymtmsr1he}□,pewx□eggiwwih□Etvmp□=0□6466-2

⁸⁶ Geqtyw□Vijsvq0□÷Jegypx}□Xvegoiv2◊□Evglmzih□ex>
lxxtw>33{if2evglmzi2svk3{if36454476767559;3lxxt>33vijsvq2geqtywvijsvq2svk3jegypx} ,pewx
eggiwwih□Etvmp□<0□6466-2

<⁷ Geqtyw□Vijsvq0□÷Wmkrih□Gsvviwtsrhirx□Ekviiqirx2◊□Vigimzih□f}□Weqerxle□QgGevxl}□jvs
e□jsvqiv□wxyhirx□gsvviwtsrhirx2

<<Wtigmjmgepp}0□546□,79)-□mhirxmj}□ew□qiqfivw□sj□Xyvrmrk□Tsmrx□YWE0□75□gsvviwtsr
ew□qiqfivw□sj□]syrk□Eqivmgerw□jsv□Jviihsq3□]syrk□Eqivmge Ŷw□Jsyrhexmsr□,542;)-0□59□m
ew□qiqfivw□sj□]syrk□Eqivmgerw□jsv□Pmfivx}□,9)-0□erh□xlvii□mhirxmj}□ew□qiqfivw□sj
Pmfivx}2□Erh□55:□gsvviwtsrhirxw□,84)-□mhirxmj}□ew□qiqfivw□sj□xli□Gsppiki□Vityfpmgerw□
Vityfpmger□tevx}2□Wii□Ettirhm|□62

<⁼Geqtyw□Vijsvq0□÷Ri{w□Xieq2◊□Qevgl□50□64662□Evglmzih□ex>
lxxtw>33{if2evglmzi2svk3{if36466474566864;3lxxt>33{{{2geqtywvijsvq2svk3ri{wXieq□,pewx
eggiwwih□Qe}□660□6466-

Ew□e□tspmxmgep□svkerm~exmsr□qewuyivehmrk□ew□e□ri{w□syxpix0□Geqtyw□Vijsvq□Ÿw□
{mxl□xli□wxyhirx□kvsytw□hmwgywwmih□efszi□wls{w□xlex□xli□kvsyt□mw□{ipp□mrxikvexih□
mrjvewxvygxyvi□gviexih□f}□xli□Osgl□Hsrsv□Rix{svo2□Ersxliv□{e}□xs□wii□xlmw□mw□xs□
jvsq□xli□Osgl□Hsrsv□Rix{svo2

Fix{iir□6445□erh□64640□xli□Piehivwlmt□Mrwxmxyxi□vigimzih□(609=60;<:□jvsq□wizir□sj□
glevmxefpi□jsyrhexmsrw□erh□hsrsv1ehzmwih□jyrhw□mr□xli□Osgl Hiwiqxxmdxxmnivix{svo2
jyrhmrk□jsv□xli□Piehivwlmt□Mrwxmxyxi□geqi□jvsq□fmpppmsreivw□{ls□vikypevp}□tevxmgm□
wiqmrevw0□erh□xli□Piehivwlmt□Mrwxmxyxi□tvszmhiw□xvemrmrk□jsv□xli□Osgl1jyrhih□ewxv
Eqivmgerw□Jsv□Tvswtivmxĝ□gssvhmrexsvw□xs□xli□Piehivwlmt MrwxmxyxiŸw□6464□xe}□jmpmprmrk0;==
gswx□sj□vyrrmrk□Geqtyw□Vijsvq□{ew}□(90=770548□jsv□xlex□}iev2□Mr□sxliv□{svhw0□xli
Mrwxmxyxi□wtirx□rievp}□(:□qmpppmsr□tyfpmwlmrk□e□{ifwmxi□{mxl□xli□i|tlmgmx□qmwwmr
egehiqmgw□erh□yrmzivwmxmiw□sj□÷pmfivep□fmew2◊

Pmoi□Geqtyw□Vijsvq0□Xli□Gsppiki□Jm|□mw□epws□e□qihme3tspmxmgep□svkerm~exmsr□g
mhirxmj}mrk□pmfivep□fmew□sr□gsppiki□geqtywiw□xlex□wtigmepm~iw□mr□mrnigxmrk□sy
lmkliv□ihygexmsr□mrxs□xli□vmklx1{mrk□qihme□igsw}wxiq2□Xli□Gsppiki□Jm|□fmppw□mxw
÷vmklx1qmrrhih ri{w□erh□gsqqirxev}□jvsq□egvsww□xli rexmsr◊□EggsvhmrkMxwxsl□vitsvxmrh□f}
Lmklivihygexsr  0□Xli□Gsppiki□Jm|□wtigmepm~iw□mr□kirivexmrk□÷tvszsgexmzi□liehpmnrw□_x
xs□fi□woitxmgep□sj□lmklivihygexmsr□erh□jviuyirxp}□gvmxmgm~i□xli□tvizepirgi□sj□pmfiv
gsppiki□geqtywiw2◊ Mxsw□645<15□tvswtigxyw□gpemqw xlex□mxw□tvmqev}□tyvtswi□mw□xs□÷eh
xli□fmew□xlex□tpekyiw□syv□yrmzivwmxmiw0□f}□ywmrk□e□÷geqtyw1jsgywih□nsyvrepmwq◊□
xli□srksmrk□wgerhep□sj□tspmxmgep□gsvvigxrww□erh□pjiw qHnxvxmxvxvq2◊
Vijsvq0□Xli□Gsppiki□Jm|□epws□te}w□wxyhirxw□xs□{vmxi□wxsvmiw0□epxlsykl□e□wmkrmj
{ifwmxiŸw□gsrxirx□mw□kiriverrp}□exxvmfyxih□xs□÷Gsppiki□Jm|□Wxejj◊□sv□xs□Hezi□Lyfir
Ihmxsv2□Eggsvhmrk□xs□xe|□vigsvhw0□mr□645=0□Xli□Gsppiki□Jm|□wtirx□(780=44□te}mn
vitsvxivw2

Ew□{mxl□Geqtyw□Vijsvq0□qer}□sj□Xli□Gsppiki□Jm|Ÿw□wxsvmiw□jsgyw□sr□izirxw□lswxih
wxyhirx□kvsytw□erh□i|tviww□syxveki□{lir□xliwi□wxyhirx□kvsytw□jegi□gvmxmgmwq□sv□m
wergxmsr2

Xli□Gsppiki□Jm|□mw□epws□mrxikvexih□mrxs□xli□Osgl□tspmxmgep□rix{svo□xlvsykl□wxejj
Epws□pmoi□Geqtyw□Vijsvq0□qer}□sj□Xli□Gsppiki□Jm|Ÿw□wxyhirx□gsrxvmfyxsrw□evi□ep
sj□wxyhirx□gvsytw□erh□i|tviww□syxveki□{lir□xliwi□wxyhirx□kvsytw□jegi□gvmxmgmwq□sv
Gsppiki□Jm|□{ifwmxi□fix{iir□6464164660□6=□gsvviwtsrhirx2□,5=2<1□i|tmpmvrmxp}□wipj1mh
tewx□sv□tviwir□qiqfiv□sj□ex□piewx□sri□sj□xli□ejsviqirxmsrih□wxyhirx□kvsytw0□{lswi
vsyxmrip}□jiexyvih□mr□wxsvmiw□tyfpmwlih□f}□Xli□Gsppiki□Jm|2□Ex□piewx□88□gsvviwtsr
wipj1mhirxmj}□ew□ejjmpmexih□{mxl□sxliv□svkerm~exmsrw□jyrhih□f}□xli□Osgl□Hsrsv□Rix

_____

=⁴Wii□Ettirhm|□52
=⁵Ripwsv0□Wlehs□Rix{svo    0□5742
⁹² Teyp□Jemr□erh□Vmgo□Wipx~~iv0 MkxmnqwqplmxXmn□W03□ifvyev}□,0□645;2
⁹³ Xli□Gsppiki□Jm|0□÷Tvswtigxyw□645<15=□Wglssp□jiev0◊ Xli□Wxyhirx□Jvii□Tviww□Ewws
lxxtw□33{{{2xligsppikijm|2gsq3t1gsrxirx3ytpsehw3645<3553WJTE1Tvswtigxyw1645<1JMREP152th
j□,pewx□eggiwwih□Etvmp□90□6466-2

79

xliwi☐ehhmxmsrep☐svkerm~exmsrw0☐e☐xsxep☐sj☐:8☐gsvviwtsrhirxw☐,87)-☐evi☐ejjmpmexih☐fegoih☐f}☐xli☐Osgl☐Hsrsv☐Rix{svo2☐[lir☐mrgpyhmrk☐Gsppiki☐Vityfpmgerw☐erh☐KST☐xmiw☐;:☐gsvviwtsrhirxw☐,96)-☐wipj1mhirxmj}☐ew[96]☐ejjmpmexiw2

Xli☐Gsppiki☐Jm|Ŷw☐tevirx☐svkerm~exmsr’xli☐Wxyhirx☐Jvii☐Tviww☐Ewwsgmexmsr☐,WJTE-‘{ew☐jsyrhih☐mr☐6454☐f}☐qensv☐tpe}ivw☐{mxlmr☐xli☐Osgl☐Hsrsv☐Rix{svo0☐mrgpyhmrk☐xli☐js☐HsrsvXvywx☐erh☐Hsrsvw☐Getmxep☐Jyrh,ors{r☐ew☐xli☐÷hevo☐qsri)2☐EXQ☐sj☐xli☐gsrwiv☐qsziqirx◊-2☐[95]Fix{iir☐6456☐erh☐645=0☐WJTE☐vigimzih☐(50:8;0<47☐jvsq☐Osgl☐jeqmp☐jsyrhexmsrw0☐xli☐Fvehpi}☐Jsyrhexmsr0☐erh☐HsrsvXvywx0☐erh☐Hsrsvw[Xshel]☐Getmxep☐Jyrh2☐WJTEŶw☐fsevh☐sj☐hmvigxsvw☐mrgpyhiw☐qer}☐hsrsvw☐{mxl☐psrkwxerhmrk☐gsrrigxmsrw☐xs☐xli☐Osgl☐Rix{svo0☐mrgpyhmrk☐xli☐tviwmhirx☐sj☐Evx☐TstiŶw☐glevmxefpi☐jsyrhexmsr☐erh☐xli☐wsr☐sj☐☐Hmgo☐HiŻsw22

Nywx☐ew☐wxyhirx☐kvsytw☐jyrhih☐f}☐xli☐Osgl☐Hsrsv☐Rix{svo☐wtigmepm~i☐mr☐qeryjegxyv☐gsrxvszivwmiw0☐syxpixw☐pmoi☐Geqtyw☐Vijsvq☐erh☐Xli☐Gsppiki☐Jm|☐wtigmepm~i☐mr☐mr☐qeryjegxyvih☐gsrxvszivwmiw☐mrxs☐e☐tevxmwer☐qihme☐igsw}wxiq☐mr☐{lmgl☐xli}☐figsqi☐x☐gvihmfpi☐÷izmmhirgi◊☐sj☐e☐jvii☐wtiigl☐gvmwmww☐sr☐gsppiki☐geqtywiw2☐Qer}☐sj☐xli☐syxp☐gmvgypexi☐wxsvmiw☐svmkmrexmrk☐{mxl☐Geqtyw☐Vijsvq☐erh☐Xli☐Gsppiki☐Jm|☐evi‘xliqwiwp☐qiqfivw☐sj☐xli☐Osgl☐Hsrsv☐Rix{svo’mrgpyhmrk☐Hemp}☐Geppiv☐,Jswxiv☐Jvmiww0☐Wjmrx0☐Jvmiww0☐erh☐Jevvmw☐[mpow-0☐erh☐Fvimxfevx0☐Vsfivx☐Qivgiv0☐Fw☐Ew[je☐viwypx0☐wxsvmiw☐efsyx☐wggyvvirgiw☐{mxlmr☐mlkliv☐ihygexmsr’‘sjxir☐xeoir☐xlswsyklp}☐sysx☐sj☐gsrxi|x☐erh☐i|eqm☐{mxlsyx☐er}☐sj☐xli☐tvsjiwwmsrep☐vmksv☐xlex☐sri☐{syph☐rsvqepp}☐i|tigx☐sj☐tivmswrw☐lsp☐xliqwipziw☐syx‐ew☐newrvepmwpm‐‘figsqi☐wirwexmsrepm~ih0☐xyvvih☐mrxs☐izmhirgi☐sj☐viv☐fmew◊☐sr☐gsppiki☐geqtyw0☐erh☐xlir☐mrrigixih☐mrxs☐e☐qihme☐igsw}wxiq☐wxiq☐xlex☐{svow☐{☐stivexmsrw☐xs☐eqtpmj}☐xli☐gpemq☐xlex☐e☐jvii☐wtiigl☐gvmwmww☐i|mwxw☐sr☐gsppiki☐ged

Pmxmkexmsr☐Kvsytw

Gsrxvszivwmiw☐tvszsoih☐f}☐wxyhirx☐kvsytw☐fegoih☐f}☐xli☐Osgl☐Hsrsv☐Rix{svo☐vikypevp}☐xli☐xstmgw☐sj☐pmxmkexmsr☐tyvwyih☐f}☐xli☐Eppmergi☐Hijirhmrk☐Jviihsq☐,EHJ-☐erh☐xli☐Lj☐jsv☐Mrhmzmhyep☐Vmklxw☐mr☐Ihygexmsr☐,JMVI-2☐Qer}☐sj☐xli☐wxyhirx☐kvsytw☐erh☐qihr☐hmwgywwih☐efsiz☐i|tpmgmxp}☐ehzmwi☐wxyhirxw☐xs☐gsrxegx☐xliwi☐svkerm~exmsrw☐erh☐Xli☐viwypx☐mw☐er☐i|evmmgmjmgmripp}☐eqtpmjmih☐gegstlsr}☐sj☐pe{wymxw0☐qihme☐gsziveki0☐tivtixyexiw☐xli☐revvexmzi☐xlex☐e☐jvii☐wtiigl☐gvmwmww☐i|mwxw☐sr☐gsppiki☐geqtywiw2☐Ex☐vigirx☐jivi~}0☐e☐ri{☐pmxmkexmsr☐kvsyt‘geppih☐Wtiigl☐Jmvwx‐lew☐iqivkih☐jvsq☐xli☐Osg☐Rix{svo☐{mxl☐er☐izir☐qsvi☐jsgywih☐pmxmkexmsr☐wxvexik}☐emqih☐ex☐glerkmrk☐geqtyw☐hiiqih☐xs☐fi☐lswxmpi☐xs☐jvii☐wtiigl2

[96]Wtigmjmgepp}☐0☐=☐gsvviwtsrhirxw☐,:)-☐mhirxmj}☐ew☐qiqfivw☐sj☐Xyvrmrk☐Tsmrx☐YWE0☐mhirxmj}☐ew☐qiqfivw☐sj☐]syrk☐Eqivmgerw☐jsv☐Jviihsq3☐]syrk☐EqivmgeŶw☐Jsyrhexmsr0☐erh☐jm mhirxmj}☐ew☐qiqfivw☐sj☐]syrk☐Eqivmgerw☐jsv☐Pmfivx}☐,5)-2☐Erh☐5=☐gsvviwtsrhirxw☐,5☐mhirxmj}☐ew☐qiqfivw☐sj☐xli☐Gsppiki☐Vityfpmgerw☐sv☐Vityfpmger☐Tevx}2☐Xliwi☐ryqfivw☐jvsq☐gsvviwtsrhirxw☐qirxmsrmrk☐xlimv☐ejjmpmexmsr☐mr☐xli☐{ifwmxi☐fmskvetlmiw☐sv☐sxliv☐wsyvgiw☐’☐ew☐wygl0☐egxyep☐pizipw☐sj☐ejjmpmexmsr☐gsyph☐fi☐izir☐lmkliv2☐Wii☐Ettirhm|☐
[95] Erh}☐Ovspp0☐÷Xli☐Hevo1Qsri}☐EXQ☐sj☐xli☐Gsrwivzexmzi☐Qsziqir◊☐0☐Jifvyev}☐90☐64572
[96] Wii☐Ettirhm|☐52

yxmpm~mrk□epp□viwsyvgiw□ex□syv□hmwtswep□xs□wii□xlmw□qex□Xliwsykl□xs□e□nyv
viwsyvgiw□evi□gsrwmhivefpi2□JMVI□lew□vigimzih□(572;□qmpppmsr□jvsq□Osgl□jeqmp□□jsy
Fvehpi}□Jsyrhexmsr0□erh□HsrsvwXvywx3Getmxhxep□Jyrh2

Wmrgi□xli□} iev□64440□JMVI□lew□xeoir□egxmsr□sr□ex□piewx□94□sggewmsrw□sr□filepj
jyrhih□f}□xli□Osgl□Hsrsv□Rix{svo2□Xlmw□mrgpyhiw□]EP0□,67□sggewmsr-0□]EJ0□,57-0□X
erh□WJP□,6-2□Mrgpyhmrk□gletxivw□sj□xli□Gsppiki□Vityfpmgerw0□xliwi□egxmsrw□xsxep□
mrwxergi□]Xliwi□egxmsrw□verki□jvsq□wirhmrk□pikep□pixxivw□xs□jmpmrk□pe{wymxw2□□[lmp
tsmrx□xs□lepj□e□hs~ir□gewiw□mrzspzmrk□tvskviwwmzi□wxyhirx□kvsytw□pmoi□Wxyhirxwl
Wsgmix}□sv□Gsppiki□Hiqsgvexw0□xliwi□mrwxergiw□{ivi□sjxir□mr□gsqfmrexmsr□{mxl□gsrw
kvsytw0□erh□ep{e}w□mr□□jyvxlivergi□sj□e□jvii□wtiigl□efwpyxmws2□Qsvi□xler□
wxyhirx□kvsyt0□JMVI□lew□{svoih□sr□filepj□sj□Gsppiki□Vityfpmgerw□Xliwyxh74□sggewmsrw2
kvsytp0□tvmsv□wii□JMVI□lew□e□xssp□xlex□ger□fi□ywih□xs□ehzergi□gsrwivzexmzi□mhisps
i|eqtpi0□tvmsv□mw□xss□mxw□vifverhmrrk□ew□e□ri{□syxpix0□Geqtyw□Vijsvq□mrjsvqih□wxyhirx
wlsyph□xli□}viuymvi□pikep□wyttsvx0□JMVI□mw□xli□□X□Wxyhirx□Vikmstivx1s□f}
xli□Osgl□Hsrsv□Rix{svo□epws□w}wxiqexmgepp}□hmvigx□wxyhirxw□xs□JMVI2□Xli□jmvswx□
wykkiwxw□wxyhirxw□xs□xeoi□{lir□tperrmrk□xlimv□zmhisxetih□gsrjvsrxexmsr□{mxl□ehqmrm
gsrwypx□JMVIYw□□{ifwmxi□jsv□mrjsvqexmsr□sr□□Xliwv□lyrwr□zijvsrfivx□sjjivw□xs
gsrrigx□wxyhirxw□xs□JMVI□÷{lir□xli□xmqi□gsqiw□xs□Wyi□}syv□wglssp2◇

JMVI□lep□w}□e□girxvep□vspi□mr□ehzergmrk□xli□revvexmzi□sj□e□geqtyw□jvii□wtiigl□gvm
qierw□sxliv□xler□pmxmkexmsr2□Jsv□i|eqtpi0□xlimv□÷Wtsxpmklx□Hexefewi◇□verow□hmjjiv
yrmzivwmxmiw□sr□e□kviir0□□Xliv□pmwhrxmikydipi□,{mhip}□vijivgih□f}
xlmro□xerow□ehzergmrk□gsrwivzexmzi□erh□pmfivxevmer□jvii□wtiigl□tspmgmiw□erh□f}□sy
Geqtyw□Vijsvq0□{lmgl□mrgpyhiw□xliwi□veromrkw□mr□xlimv□jiexyviw□sj□hmjjivirx□gsppiki
yrmzivwmxmiw2□JMVI□epws□tyfmmliw□mxw□erryep□÷Gsppiki□Jvii□Wtiigl□Veromrkw0□□r□

<hr />

[54=] Jsyrhexmsr□jsv□Mrhmzmhyep□Vmklxw□mr□Ihygexmsr0□÷JMVI□Pixxiv□xs□Yrmzivwmx}□
Wytivmsv3◇□Etvmp□640□645:0□lxxtw>33{{{2xlijmvi2svk3jmvi1pixxiv1xs1yrmzivwmx}1sj1{mwgs
,pewx□eggiwwih□Qe}□5<0□6466-
[554] Wii□Ettirhm|□52
[555] Wii□Ettirhm|□72
[556] Wii□Ettirhm|□72
[113] Nmq□Ipxmvmkleq□erh□Fir□[ixqsvi0□÷Jmklx□Fego0◇□Geqtyw□Vijsvq2□Evglmzih□ex□
lxxtw>33if2evglmzi2svk3if364544;584;95853lxxt>33{{{2geqtywvijsvq2svk3egxmzmwq1viwsyvgiw3,
jmklx1fego□,pewx□eggiwwih□Etvmp□90□6466-2
[558] sjyrk□Eqivmgerw□jsv□Pmfivx}□,r2h2-□÷Jmklx□jsv□Jvii□Wtiigl2◇
[559] Wxyhirxw□jsv□Pmfivx}0□÷Xsrmklx□Yw□Epp1WJP□[ifmnrrv□□[lir□xs□Wyi□jsv□Yrmzivwmx}◇
[55:] Jsyrhexmsr□jsv□Mrhmzmhyep□Vmklxw□mr□Ihygexmsr0□÷JMVIYw□Wtsxpmklx□Hexefewi2◇□n
lxxtw>33{{{2xlijmvi2svk3viwsyvgiw3wtsxpmklx3,pewx□eggiwwih□Etvmp□560□6466-2

{mxl□ViepGpiev□Ihygexmsr□erh□Gsppikiw0[5]Gsppikiw□Typwi0□epsrk□{mxl□xli□ViepGpiev
Jsyrhexmsr□erh□mxw□wyfwmhmevmiw0□lezi□vigimzih□jyrhmrk□jvsq□xli[5]Osgl□Hsrsv□Rix{s

JMVI□epsw□peyrglih□e□rexmsr{mhi□geqtemkr□mr□6459□hiwmkrih□xs□tywl□geqtywiw□xs
Glmgeks□Wxexiqirx2□Xli□gyvvirxp□[pmwx□imklx□}1jsyv□geqtywiw□{livi□xli□□lezi□wyggiihih
xlvsykl□jegyp}□wireiw□sv□fsevhw[5]sj□xvywxiiw2

Wtiigl□Jmvwx mw□ersxliv□pmxmkexmsr□kvsyt□{mxl□e□wmqmpev jsgyw□xlex□{ew□peyrglih
Hsrsv□Rix{svo□mr□645;2□Wtiigl□Jmvwx□mw□e□pikep□svkerm~exmsr□{mxl□xli□wxexih
÷tvsxigx_mrka□wxyhirxw[jviil□wtiigl□vmklxw□sr□geqtyw◇□xlvsykl□□mxveqvsh
qierw0◇□erh□xs□÷tyx□gsppikiw□erh□yrmzivwmxmiw□sr□rsxmgi□xlex□wlyxxmrk□hs{r□yr[
rs□psrkiv□fi□xspivexih0□xli□kvsyt□peyrglih mx□gpemqih□xs□fi□e□÷qigfivwlmt
svkerm~exmsr□sj□wxyhirxw0□tevirxw0□jegypx}0□epyqrm0□erh□gsrgivrih□gmxm~irw0◇□fyx
viziepih□xlex□mx□{ew□egxyepp}□e□tvsnigx□qerekih□sj□e□tvsxigx□wymw□mwklx1{mrk□tyfpm
erh□fegoih□f}□xli□Osgl□Hsrsv□Rix{svo2[5]Wtiigl□Jmvwx lew□pevkip}□f□wyih□yrmzivwmxmrmw□sziv
÷fmew1viwtsrwi◇□tvskveqw□sv□zivfep□levewwqirx□tspmgmiw2□[lir□xli□kvsyt□wyih□xli□Yr
Qmglmker0□xli□yrmzivwmx}□geppih□Wtiigl□Jmvww□Yw□gsqtpemrx□÷e□jepwi□gevmgexyvi◇

---

55; Gsppiki□Typwi0□JMVI0□erh□ViepGpiev□Qihme□Kvsyt0□÷Gsppiki□Jvii□Wtiigl□Veromrkw□□
xli□Gpmqexi□jsv□Jvii□Wtiigl□sr□EqivmgeYw□Gsppiki□Geqtywiw0◇□64652□Hs□{rpsehih□jvss
lxxtw>33vitsvxw2gsppikitypwi2gsq3gsppiki1jvii1wtiigl1veromrks16465?□JMVI0□÷Xli□6465□Gsppik
Jvii□Wtiigl□Veromrkw0◇□Witxiqfiv□650□64652
lxxtw>33{{{2xlijmvi2svk3xli164651gsppiki1jvii1wtiigl1veromrks3□,pewx□eggiwwih□Qe}□:0□64662
55<Xli□ViepGpiev□Jsyrhexmsr□erh□mxw□vipexih□wyfwmhmevmiw□vigimzih□(:26□qmppmsr□mr
Hsrsv□Rix{svo□fix{iir□6458□erh□6464642□Wii□Ettirhm|52□Xli□Gsppiki□Typwi□lew□tyfpm
wizivep□wyvzi}w□jyrhih□f}□xli□Glevpiw□Osgl□Jsyrhexmsr□erh□Glevpiw□Osgl□Mrwxmxyxi2□
Gsppiki□Jvii□Wtiigl□Veromrkw>□[lexYw□xli□Gpmqexi□jsv□Jvii□Wtiigl□sr□EqivmgeYw□Gspps
GeqtywiwC◇□Gsppiki□Typwi0□64642
lxxtw>33qevoixtegi2gsppikitypwi2gsq3mqk36464cgsppikicjviicwtiiglcveromrkw2thj◇□,Pewx
eggiwwih□Qe}□=0□64466-2□Wii□epws>□÷Wii□epws□sr□Geqtyw□'`Xli□Jyxyvi□sj□Pievrm
Typwi□*◇□Glevpiw□Osgl□Jsyrhexmsr□Wxyh}◇□Gsppiki□Typwi0□64650
lxxtw>33qevoixtegi2gsppikitypwi2gsq3mqk3gszmh5=srgeqtywcgojcgtcjmrep2thj◇□,Pewx□eggiwwih
Qe}□=0□64662
119 Jsyrhexmsr□jsv□Mrhmzmhyep□Vmklxw□mr□Ihygexmsr0□÷JMVI Peyrgliw□Geqtemkr□mr□W
Yrmzivwmx}□sj□Glmgeks□Jvii□Wtiigl□Wxexiqirx0◇□Witxiqfiv□6<0□64592
lxxtw>33{{{2xlijmvi2svk3jmvi1peyrgliw1geqtemkr1mr1wyttsvx1sj1yrmzivwmx}1sj1glmgeks1jvii1wtiig
wxexiqirx1tv3?□Jsyrhexmsr□jsv□Mrhmzmhyep□Vmklxw□mr□Ihygexmsr0□÷Glmgeks□Wxexiqir
erh□Jegypx}□Fsh}□Wyttsvx0◇□Etvmp□90□64662
lxxtw>33{{{2xlijmvi2svk3glmgeks1wxexiqirx1yrmzivwmx}1erh1jegypx}1fsh}1wyttsvx3□,pewx□eggi
Etvmp□560□6466-2
564 Wtiigl□Jmvwx□,r2h2-□÷Efsyx□Yw2◇□Ex□lxxtw>33wtiigljmvwx2svk3efsyx□,pewx□eggiwwihl
6464-2
565 Hezmh□Evqmeo□erh□Veptl□[mpwsr0□÷OsglwŸ□Hevo1Qsri□Rix{svo□Ferovsppw□Geqtyw□□
WtiiglŸ□Kvsyt0◇□Girxiv□jsv□Qihme□erh□Hiqsgveg}0□Nyri□550□645=2□Ex>
lxxtw>33{{{2i|tswihf}gqh2svk3645=34:3553osglw1hevo1qsri1qsri}1rix{svo1ferovsppw1geqtyw1jvii1w
tiigl1kvsyt2□,pewx□eggiwwih□Qe}□5=0□6466-

jvsq☐jiipmrk☐yrweji☐sr☐geqtyw2{s{☐{mrk☐ryqfiv☐sj☐Fpego☐wxyhirxw☐mr☐tevxmgypev☐÷jezsv
geqtyw☐irzmvsrqirx☐xlex☐tvsxigxw☐wxyhirxw☐f}.☐tvslmfmxmrk☐wtiigl☐xlex☐xli}☐qmklx☐jmrh
sv☐fmewih0◊☐mrgpyhmrk☐i}|terhmrk☐hiwmvi☐xs☐wii☐viwxvmgxmsrw☐sr☐÷xli}ywi☐sj☐sjjirw
geqtyw2{s; Mr☐64650☐=4☐tivgirx☐sj☐{lmxi☐wxyhirxw☐ekviih☐xlex☐÷xli☐Jmvwx☐Eqirhqirx☐tvs
xliq0◊☐{lmpi☐srp}☐95☐tivgirx☐sj☐Fpego☐wx}Xlmwl☐akyübi}☐hiqsrwxvexiw☐xlex☐qygl☐sj
xli☐mwwyiw☐gsrgivrmrk☐jvii☐wtiigl☐sr☐geqtyw☐egxyepp}☐lezi☐pmxxpi☐xs☐hs☐{mxl☐pmfiv
wglssp☐wtiigl☐gshiw0☐wlsyxmrk☐hs{r☐wtieoivw0☐sv☐jievw☐efsyx☐mrhsgxvmrexmsr☐mr☐xli
Vexliv0☐jvii☐wtiigl☐mw☐mrxmqexip}☐xmih☐xs☐{lixliv☐sri☐jiipw☐weji☐sr☐geqtyw2

Xlmw☐qsvi☐ryergih☐zivwmsr☐sj☐jvii☐wtiigl☐ger☐fi☐gsrxvewxih☐ekemrwx☐tsppw☐jmiphih☐f
svkerm~exmsrw☐{mxl☐wxvsrk☐Osgl☐gsrrigxmsrw0☐{livi☐e☐hmjjivirx☐revvexmzi☐gsrgivrmrk☐
wtiigl☐mw☐tviwirxih?☐e☐zivwmsr☐xlex☐qsvi☐gpievp}☐jmxw☐xli☐wxsv}☐fimrk☐qeryjegxyvih☐
stivexmziw2

Mr☐jegx0☐pieoih☐645;☐hsgyqirxw☐jvsq☐xli☐Mrwxmxyxi☐jsv☐Lyqeri☐Wxyhiiw☐wls{w☐xlex☐
stmrmsr☐wyvvzi}w☐{ivi☐wiir☐ew☐e☐wxvexik}☐jsv☐glerkmrk☐tyfmpg☐stmrmsr☐efsyx☐geqtyw
kverx☐tvstswep☐xs☐xli☐Glevpiw☐Osgl☐Jsyrhexmsr0☐{vmxxir☐f}☐xli☐Mrwxmxyxi☐jsv☐Lyqer
Wtiigl☐erh☐Stir☐Mruymv}☐0☐JWSM-☐tvsrigx0☐peqirxw☐xlex☐qemrwxvieq☐qihme☐syxpixw☐ev
gszivmrk☐geqtyw☐tvsxiwxw0☐ligopiv☐Ÿw☐zixsiw0☐erh☐hmw1mrzmxexmsrw◊☐f}x☐÷weji☐gszi
hmwqmwwih0☐kmzir☐xli☐hievxl☐sj☐iqtmvmgep☐izmhirgi◊☐sr☐xli☐ijjsvxw☐xs☐÷wlyx☐hs{r☐
sj☐mhiwW2Xli☐Mrwxmxyxi☐xlir☐tvstswiw☐xs☐÷gpswi☐xlmw☐ket◊☐f}☐÷wyttsvxmrk☐erh☐tyfpn
wglspevp}☐0☐iqtmvmgep☐viwievgl0◊☐fewih☐sr☐e☐tmpsx☐viwievgl☐tvsnigx☐xs☐fi☐pih☐f}☐H
Xli☐tvsnigx☐tperrih☐viwievgl☐mrxs☐{lixliv☐÷rsr1egehiqmg☐◊☐wxyhirx1jegmrk◊☐ehqmrmwxvexivi
ew☐wxejj☐jvsq☐g{☐{mxlmr☐Sjjmgiw☐sj☐Wxyhirx☐Ejjemvw☐erh☐÷÷evi☐mrzspzih☐mr☐÷tspmgmmr
_Jvii☐Wtiigl☐erh☐Stir☐Mruymv}◊a2◊

Weqyip☐Efvewq☐mw☐e☐Wevel☐Pe{virgi☐Yrmzivwmx}☐tspmxmgep☐wgmirgi☐tvsjiwwsv☐{mxl
xli☐Eqivmger☐Irxivtvmwi☐Mrwxmxyxi☐erh☐xli☐Mrwxmxyxi☐jsv☐Lyqer☐Wxyhmiw2☐Li☐vigimz
JSMW3MLW3Osgl☐qsri}☐xs☐jyrh☐e☐wyvzi}☐sj☐hmzivwmx}0☐iuymx}0☐erh☐mrgpywmsr☐sj☐
gsppiki☐geqtywiw0☐erh☐tviwirxih☐lmw☐jmrhmrkw☐ex☐Mrwxmxyxi☐jsv☐Lyqer☐Wxyhmiw☐jy
Xli☐JSMW☐tvskveq☐{ew☐mxwipj☐jyrhih☐f}☐Osgl☐wsimrrev☐exXrhii☐Gpmjj☐Ewriww2

Xli☐Glevpiw☐Osgl☐Jsyrhexmsr☐kverx☐ettpmgexmsr☐wxexih☐xlex☐Efvewq☐{syph☐wtvieh☐xli
lmw☐rexmsrep☐wxyh}☐mr☐e☐÷wivmiw☐sj☐st1ihw☐mr☐qensr☐rexmsrep☐tyfpmgexmsrw☐e

569 Ormklx☐Jsyrhexmsr1Mtwsw0☐÷Gsppiki☐Wxyhirx☐Zmi{w☐sr☐Jvii☐I|tviwwmsr☐erh☐Geqtyw
64660◊☐Ormklx☐Jvii☐I|tviwwmsr☐Viwievgl☐Wivmiw0☐Neryev}☐64662☐Ezempefpi☐ex>
lxxtw>33ormklxjsyrhexmsr2svk3{t1gsrxirx3ytpsehw364663453OJ\cGsppiki64662thj☐,pewx☐eggiww
Qe}☐660☐6466-2
56; Ormklx☐Jsyrhexmsr1Mtwsw0☐÷Gsppiki☐Wxyhirx☐Zmi{w☐sr☐Jvii☐I|tviwwmsr0◊☐=2
56; Ormklx☐Jsyrhexmsr1Mtwsw0☐÷Gsppiki☐Wxyhirx☐Zmi{w☐sr☐Jvii☐I|tviwwmsr0◊☐:2
56< Mrwxmxyxi☐jsv☐Lyqer☐Wxyhmiw0☐÷MLW☐JJ]5☐Qmh1]iev☐Tvstswep☐xs☐xli☐Glevpiw☐Os
Jsyrhexmsr0◊☐:2☐Sfxemrih☐erh☐vipiewih☐f}☐YrOsgl☐Q}☐Geqtyw2☐Evglmzih☐ex>
lxxtw>33me:459482yw2evglmzi2svk36;3mxiqw3MLW645;5<GpewwmgepPmfivepTvstswepHmkmxep2
5;c5<)64Gpewwmgep)64Pmfivep)64Tvstswep)64Hmkmxep2thj☐,pewx☐eggiwwih☐Etvmp☐740☐64
56= Mfmh2
574 Jsv☐szivmni{0☐wii>☐[mpwsr☐erh☐JMVO÷Wtigm0Jhixgms0☐Osgl☐Qsri}  0☐5651662

tyfpmgexmsr□W2Mr□er□stmrrmsr□tmigi□tyfpmwlih□mr□xli□Ri□[□]svo□Xmqiw0□Efveqw□hiwgvm
wyvzi}mrk□÷e□rexmsrepp}□vitviwirxexmzi□weqtpi□sj□vsyklp}□=44□ÿwxyhirx1jegmrkÿ□ehqm
erh□jmrhmrk□xlex□÷pmfivep□wxejj□qiqfivw□syxryqfiv□xlimv□gsrwivzexmzi□gsyrxivtevxw□f}
ewxsrmwlmrk□vexms□sj□561xs1sri2◊

EfveqwÿÝst1ih□hiwgvmfiw□xli□wyvzi}□jmrhmrkw□ew□tevx□sj□e□pevkiv□tvsfpiq□sj□geqty
fimrk□÷tspmxmgepp}□pstwmhih0◊□mrgpyhmrk□izirxw□efsyx□÷Fpego□Pmziw□Qexxiv□erh□
Li□peqirxih□xlex□tvskveqw□{mxl□reqiw□pmoi□÷Qmgvsekkviwwmsrw◊□erh□÷Yrhivwxerhmrk
Tvmzmpiki◊□{ivi□fimrk□sjjivih□{mxlsyx□tvszmhmrk□÷e□qiermrkjyp□mhispsk□mgep□epxivexn
wxyhirx□nsyvrepmxsw□ex□Wevel□Pe{virgi□ewsih□Efveqw□{lex□li□qierx□f}□e□÷qiermrkjy
epxivexmz□◊□li□leh□rs□viwtsrwi2

Xli□pieoih□Mrwxmxyxi□jsv□Lyqer□Wxhmiw□hsgyqirx□mrhmgexiw□xlex□EfveqwÝ{svo□{e
hmvigxmsr□sj□jyxyvi□viwievgl□erh□ekmxexmsr2□÷[mxl□xlmw□iqtmvmgep□viwievgl0◊□xli□
xli□{yph□fi□mr□e□tswmxmsr□÷rsx□wmqtp}□xs□viwtsrh□xs□gvmwiw□ew□xli□lettir0□
e□wglspevp}□gsrzivwexmsr□efsyx□{l}□xliwi□gvmwmw□ooiit□sggyvvmrk□erh□{lex□tswmxmzi
erh□ehqmrmwxvexmzi□piehivw□ger□xeoi□xs□tvixigx□jvii□wtiigf□vmklxw□sr□geqtyw2◊

Rsri□sj□EfveqwÝw□tyfpmgexmsrw□hmwgpswih□fimrk□tevx□sj□er□÷tmpsx□tvskveq◊□sj□x
Lyqer□Wxhmiw□sv□er}□Mrwxmxyxi□jyrhmrk2□Efveqw□epws□jempih□xs□hmwgpswi□lmw
qixlshspsk}□{lir□tviwwih□f}□wxyhirx□nsyvrepmwxw□□hiwgvieh□xli□wyvzi}□ew□xeoir
jvsq□e□÷rexmrepp}□vitviwirxexmz□weqtpi2◊

Er□ievpmiv□wyvzi}□sj□jegytal□jmihih□f}□Efveqw□{ew□epws□rsx□e□vitviwirxexmzi□veh
jegytal□fyx□vexliv□er□srpmri□wyvzi}□sj□÷e□pevkiv□teripvf□sj□Eqivmgerw□qeirxemrih□f}
jmvq2◊□Wygl□÷teripw◊□qemrxemrih□f}□wyvzi}□jmvqw□evi□mrhmzmhyepw□{ls□lezi□stxih□mr□
wyvzi}□tpexxjsvq0□erh□evi□temh□xs□xeoi□qylxmtpi□wyvzi}w□w2□Xlmw□rsr1verhsq0□stx1mr□
qixlshspsk}0□hiwgvmfih□mr□qsvi□hixemp□fips0□ger□fi□wiir□ew□e□gsrwmwxirx□jiexyvi□sj
wyvzi}w□tyfpmhih□f}□hsrsvw□fegsih□f}□xli□Osgl□Hsrsv□Rix{svo2

575 Mfmh2
576 Weqyip□Efveqw□÷Xmlro□Tvsjiwwsvw□Evi□PmfiivepCÁXv}□Wglsspsih◊□mr□÷□÷Ixh□mhqmrmwxvexsvw0◊
Xmqiw0□Sgxsfiv□5:0□645<2
577 Weqyip□Efveqw□÷Xmlro□Tvsjiwwsvw□Evi□PmfiievepC
578 Nivv□SÿQelsr□0□÷Wxyhirxw0□Jegytpx}0◊□Ehqmrmwxvexmsr□Viwtsrh□Jssps{mrk□Rexmsrep
sj□WPG□Tvsjiwwsv+w□WstelReq□virgilqersr    0□Sgxsfiv□5<0□645<2
lxxt□33{{{2wevelpe{virgitlsirm|2gsq3geqtyw3645<35435<3wxyhirxw1jegytal□1ehqmrmwxvexmsr1viw
srh1jssps{mrk1rexmsrep1tyfpmgexmsr1sj1wpg1tvsjiwwsvw1st1ih◊,pewx□eggiwwih□Etvmp□740□6466-2
579 Mrwxmxyxi□jsv□Lyqer□Wxhmiw0□÷MLW□J]5;□Qmh1}iev□Tvstswep□xs□xli□Glevpiw□Os
Jsyrhexmsr0◊□:2
57: Nivv□SÿQelsr□0□÷Wxyhirxw0□Jegytpx}0◊□Ehqmrmwxvexmsr□Viwtsrh□Jssps{mrk□Rexmsrep
sj□WPG□Tvsjiwwsv+w□St1Ih◊
57; Weqyip□Efveqw□0□÷Xmlro□Tvsjiwwsvw□Evi□PmfiievepC
57<Weqyip□N2□Efveqw0□÷Tvsjiwwsvw□Wyttsvx□XIIFI□wmr□Miwx0□  Eqivmger
Irxivtvmwi□Mrwxmxyxi0□Etvmp□5<0□645<2□lxxtw□33{{{2eim2svk3evxmgpiw3tvsjiwwsvw1wytt
,pewx□eggiwwih□Etvmp□740□6466-2

Zmppewirsv□mrmxmepp}□vitsvxih□xlex□li□leh□liptjyp□hmwgywwmsrw□efsyx□xli□hiwmkr□s
JMVI0□fyx□nsyvrepmwxw□ypxmqexip}□hmwgszivih□xlex□li□gsrxvegxih□{mXl[588]e□tvmzexi□ti
tspp□÷ywih□i|mwxmrk□stx1mr□teripw◇□sj□wyvzi}□viwtsrhirxw□qemrxemrih□f}□e□tsppmr[589]

Xlmw□wyvzi}□qixlshspsk}0□{livi□e□wyfwix□sj□viwtsrhirxw□evi□rsx□verhsqp}□wipigxih□fyx
wipigxih□f}□sxliv□qierw□,wygl□ew□stxmrk1mr-0□mw□geppih□e□rsr1verhsq□sv□÷rsr1tvsfe
Xli□jmimh□sj□wxexmwxmgw□wls{w□xlex□verhsq□weqtpiw0□sv□÷tvsfefmpmx}□weqtpiw0◇□a
qiermrkjyp□gsrgpywmsrw0□ew□{ipp□ew□e□{e}□xs□gepgypexi□e□÷qevkmr□sj□iivsv2◇□P
weqtpiw0□ls{iziv0□evi□wyfnigx□xs□ryqivsyw□omrhw□sj□fmew0□erh□hs□rsx□tvszmhi□e□e
qevkmr□sj□iivsv2□Xli□qmwpiehmrk□mrgpywmsrw□sj□e□qevkmr□sj□iivsv□sr□e□rsr1tvsfefm
wyvzi}□{ew□e□oi}□viewsr□{l}□tsppmrk□i|tivxw□hirsyrgih□xli□Zmppewirsv□wyvzi}2□Tsppm
i|tiv□Gpmjj□^ymr□{irx□ws□jev□ew□[590]xs□wvmxi□e□eixi□xvmrt□video□e]bemi○ bfiir[591]vitvivixih◇
{ivi□rsx□nywx□ew□jpe{ih0□fyx□gsrwmxmxyxih□÷qeptvegxmgi◇□erh□÷nyro□wgmrgi◇□xlex□÷wlsyph□riziv
lezi□ettievih□mr□li□tviww2◇       [58:]

Stx1mr□wyvzi}w□pmoi□xliwi□i|lmfmx□÷wipj1wipigxmsr□fmew0◇□wmrgi□wxyhirxw□evi□rsx
fyx□mrwxieh□lezi□wsyklx□syx□xli□sttsvxyrmx}□xs□figsqi□e□wyvzi}□viwtsrhirx2□Wygl□e
vitvviwirxexmzi□sj□er□irxmvi□wxyhirx□[592]tstypexmsr2

Ex□piewx□sjsv□sxliv□wyvzi}w□viwiewih□fix{iir□645;□erh□645<□f}□svkerm~exmsrw□fegoih
Hsrov□Rix{svo□ywih□rsr1tvsfefmpmx}□weqtpiw0□{mxl□x{s□qemr□wmqilevp}□yrjsyrhih◇
efsyx□xlimv□qixlshspsk}2□Xli□jmrhmrkw□sj□xliwi□tsppw□evi□rsx□vipmefpi□ew□vitviwirxex
gsrgpywmsrw□hve{r□efsyx□e□wxyhirx□tstypexmsr0□hiwtmxi□xli□jegx□xlex□xli}□{ivi□tviwi
{mhip}□gmxih0□ew□wygl2

    52  Mr□645;0□xli□weqi□}iev□ew□xli□Zmppewirsv□wyvzi}0□ersxliv□jvii□wtiigl□wyvzi}□÷a
        f}□xli□Gexs□Mrwxmxyxi,□er□WTR□xlmro□xero□gs1jsyrhih□f}□Glevpiw□Osgl□lmqwip
        wyvzi}0□tivjsvqih□{mxl□jyrhmrk□jvsq□xli□Glevpiw□Osgl□Jsyrhexmsr0□ywih□e

[588] Zmppewirsv0□÷Zmi{w□Eqsrk□Gsppiki□Wxyhirxw□Vikevhmrk□xli□Jmvwx□Eqirhqirx2◇
[589] Gexlivmri□Teqtipp0□÷Stmrmsr>□Jvii□Wtiigl□erh□ÿKssh◇□zmolmjrFevVSwxTspp»2
Witxiqfiv□6:0□645;2
[58:] Psmw□Figoixx0□÷+Nyro□Wgmrgi+>□I|tivxw□Gewx□Hsyfx□sr□[mhip□Gmxih□Gsppiki□J
Wyvzi}◇?□Wgsxx□Newglmo0□÷Wxyhirxw□erh□Jvii□Wtiigl>□Mf□[meh]□Wxyh}□[]0ZepmhC0◇
Witxiqfiv□690□645;2
[58;] E□hiqviewmrk□vipmergi□sr□perh1pmri□xipitlsriw□lew□qehi□verhsq□weqtpmrk□mrgviewm
hmjjmgypx□erh□i|tirwmzi0□iwtigmepp}□eqsrk□gsppiki□wxyhirxw2□Qshivr□tsppmrk□jmvqw□
vip}□sr□tvstvmexev}□srpmri□texejsvqw2□Vexliv□xler□wipigxmrk□verhsq}0□xli□vip}□sr□t
stx1mr□xs□xeoi□xli□wyvzi}◇0□sjxir□jsv□te}2□Vigirx□jvii□wtiigl□wyvzi}w□lezi□sziv{lipqmr
sr□rsr1tvsfefmpmx}□wyvzi}w□sj□sj□mrhmzmhyepw□{ls□wipj1mhirxmj}□ew□wxyhirxw2 Rsr1
ywih□qiermrkjyp}□mr□egehiqmg□wixxmrkw□mj□mj□e□wyvzi}□mw□rsx□psssmrk□xs□kirivep
wtigmjmg□tstypexmsr2□Jsv□i|eqtpi0□rsr1tvsfefmpmx}□weqtpi□ger□fi□ywih□mr□i|tivmrx
f}□tw□glspskmwxw0□igsrsqmwxw0□sv□wsgmep□wgmirxmwxw□xlex□evi□pssomrk□xs□wxyh
higmwmsr□qeomrk□sv□i|tivmrgiw2□Mx□gerrsx□fi□ywih□xs□kirivep□~i□sv□hve{□gsrgpywmw
wtigmjmg□tstypexmsr2□Qer}□sj□xliwi□rsr1tvsfefmpmx}□weqtpi□wyvzi}w□w□jveqi□xlimv□viwyp
efsyx□xli□stmrmsrw□sj□Y2W2□gsppiki□wxyhirxw2□Ls{iziv0□wygl□gpemqw□ger□rsx□sjj□ss
jmrhmrkw2

89

rsr1tvsfefmpmx□weqtpi□xs□qiewyvi□xli□jvii□wtiigl□exxmxyhiw□sj□wxyhirxw2□Hiwtm
rsr1tvsfefmpmx□weqtpi0□xli□wyvzi}□qmwpiehmrkp}□vitsvxih□e□÷Qevkmr□sj□ivvsv□
7244)2□8□Xli□uyiwxmsrw□ewoih□mr□xlmw□wyvzi}□li□gpswip}□xs□xli□vmklxYw□gypxv
perkyeki0□ewomrk□wxyhirxw□{lixliv□xli}□□{syph□÷jezsv□sv□sttswi□e□pe□◇□xlex□{s
vikypexi□givxemr□omrhw□sj□wtiigl□sv□{lixliv□sv□rsx□xli□}ekviih□sv□hmwekviih□{r
xlex□÷E□fmk□tvsfipq□xlmw□gsyrxv}□lew□mw□fimrk□tspmxmgepp}□gsvvigx2◇□Qsw
exxiqtx□xs□qiewyvi□{lex□wxyhirxw□xlmro□wlsyph□sv□wlsyph□rsx-□fi□vikypexih□w
ekemr□vihygmrk□uyiwxmsrw□sj□jvii□wtiigl□mrxs□hmwgywwmsrw□efsyx□{livi□wxyhmr
yxxivigiw□gvswwmrk□xli□pmri□sj□eggitxefmpmx}2

62  Xli□weqi□{iio□xlex□Gexs□vipiewih□mxw□645;□}syKsz□wyvzi}□sr□wxyhirx□jvii□wtii
vipiewih□mxw□s{r□wyvzi}□sr□wxyhirx□jvii□wtiigl2□Mx□{ew□epws□gsrhygxih□ywmmw
terip□sj□wipj1mhirxmjmih□wxyhirxw□gsrxvegxih□{mxl□}syKsz2□Ievpmiv□xlex□qsrxl0□
gpemqih□xlex□ersxliv□}syKsz□wyvzi}□{tyx□syx□f}□Xli□Igsrsqmwx□leh□÷tevxmepp}□
xli□viwypxw□sj□xli□YGPE□,÷nyro□wgmrngi◇-□wyvzi}□{|mxlsyx□kmzñirk□jyvxliv□gpevmf
JMVIÝw□wyvzi}□{ew□tevx□sj□e□geqtemkr□peyrglih□{mxl□e□kverx□jvsq□xli□Nslr□L□
Jsyrhexmsr0□e□oi}□jyrhiv□mr□xli□Osgl□Hsrsv□Rix{svo2□Mx□tvszmhih□JMVI□{mxl□
viwievgl□÷gsrhygx□tsppmrk□sr□geqtyw□exxmxyhiw◇□erh□÷qsfmpm~i□e□{mhiv□eyh
sjj□geqtyw□mr□xli□jmklx□jsv□wxyhirx□erh□jegypx}□vmklxw2◇

72  E□qsrxl□ejxiv□xli□YGPE□wxyh}□{ew□vipiewih0□xli□Glevpiw□Osgl□Mrwxmxyxi0□Eqi
Gsyrgmp□sr□Ihygexmsr0□erh□xli□Ormklx□Jsyrhexmsr□gsrhygxih□e□wyvzi}□sr□÷{ix
gsppiki□wxyhirxw□iziv□gsrwmhiv□zmspirgi□sv□wlsyxmrk□hs{r□wtieoivw◇□eggitxefpi2◇□
xmqi0□xli□wyvzi}□{ew□tivjsvqih□f}□Keppyt0□{lswi□qixlshspsk}□ywih□e□kirymrip
wxexmwxmgepp}□weqtpi□sj□gsppiki□wxyhirxw2□Keppyt□gsrxegxih□e□verhsq□weqtpi□
iqempih□e□verhsq□weqtpi□sj□wxyhirxw□xs□wix□yt□tlsri□mrxivzmi{2□Xli□Keppyt□
jmrhmrkw□evi□epws□hmwxmrkymgp}□kvsywyrhih□gsqtevih□xs□xli□sxliv□Osgl□vix{svk
Keppyt□jsyrh□xlex□xir□tivgirx□sj□wxyhirxw□ge□gsrhsri□zmspirgi□xs□hmwvytx□e□wtieo
YGPE□tspp□vitsvxih□xlmw□ryqfiv□xs□fi□rmrixiir□tivgirx2□Gsrwiqymzi}□]epi□wyvzi}□w
rsxih□fips{0□tyx□mx□sziv□xlmwx□tivgirx□iegl□xmqi2□Xliwi□jmrhmrkw□{ivi□eqtmjm
Gsppiki□Jm□erh□Fvimxfevx□eqsrk□sxlivw2□Qier{lmpi0□xli□}syKsz□wyvzi}□w□jvsq□JM
Gexs□jsyrh□xlmw□ryqfiv□xs□fi□jevcps{iv□sri□tivgirx□erh□xlvii□tivgirx□viwtig
xlmrv□Gvmwmw□sv□Qerekiqirx□lerhfsss□0□MLW□gmxiw□xli□÷nyro□wgmrngi◇□YGPE□wyvv
sj□5=)-□epsrkwmhi□xli□Keppyt□tspp□,jmrhmrk□sj□54)-□0□rsxmrk□xlex□÷xir□xs□x{

[58]< ÷Gexs□Mrwxmxyxi□645;□Jvii□Wtiigl□erh□Xspivergi□Wyvzi}0◇ Eykywx□590□645;
lxxtw□33sfnigx2gexs2svk3wmxiw3gexs2svk3jmpiw3wyvzi}1vitsvxw3stpmri1gexs1jvii1wtiigl1xspivergi□
iw2thj
[58]= Oipwi□Reyklxsr0□÷E□Vizmi{□sj□Wyvzi}□w□sr□Jvii□Wtiigl□erh□jaMdlavmanjsr◇
Mrhmzmhyep□Vmklkw□mr□Ihygexmsr0 GE□Sgxsfiv□560□645;2
lxxtw□33{{{2xlijmvi2svk3e1vizmi{1sj1wyvzi}w1sr1jvii1wtiigl1erh1i|tviwwmsr3,pewx□eggiwwih□Et
740□6466-2
[594] Jsyrhexmsr□jsv□Mrhmzmhyep□Vmklxw□mr□Ihygexmsr0□÷JMVI□Vigimziw□(629□Qmppmsr
Xiqtpexsr□Jsyrhexmsr□xs□Peyrgl□WSEV0□Errsyrgmrk□Rmri□Ri{□Nsf□Stirmrkw◇□Sgxsfiv□5<
645:2
lxxtw□33{{{2xlijmvi2svk3jmvi1vigimziw1nslr1xiqtpixsr1jsyrhexmsr1kverx1errsyrgmrk1rmri1nsf1stirm
rkw3,pewx□eggiwwih□Etvmp□560□6466-2

82 E645<jviiwtiiglwyvzivipiewihf}xli[mppmeqJ2Fygopi}Nv2tvskveqe
Yrmzivwmx}vigimzihgsrwmhivefplixvegxmsrjsvmxwxstpmrijmrhmrkxlexxlmw
wxyhirhwxlmro÷tl}wmgepzmspirigerfinywxmjmihxstviziryrwqisrijvsqy
wtiigl2◊Xlswijmiphmrkxliwyvzi}0ls{iziv0hmhrsxhmwgpswimxwjyrhmrk
Fygopi}tvskveqmwe÷tvmzexip}jyrhihegehiqmgtvskveqwyttsvxihf}hsrsvw
OsglHsrsvRix{svﬀ252Xlitvskveqepws÷tyfpmwliwﬀstmrrsrtsppwﬀtivjsvqihf}ie
tvmzexitspmxmgeptsppmrkjmvq0QgPeyklpmrEwwsgmexiw2Mre645<jviiwﬀ
qixlshspsk}rsxiexlex>÷Figeywixliweqtpimwfewihsrxlswie{lsmrmxmepp}
jsvtevxmgmtexmsrvexlivxlere÷tvsfefmpmx}weqtpi0rsiwxmqexie
gepgypexih2Lsiziv0egsrjmhirigimrxivzepjsj=9)}ewgepgypexihﬀernsvhivﬀxs
ivvsv}iwxmqexisj/31729}jsvxli<ﬀ4MXlriwtﬀirhivwﬀﬀwxmqexismwﬀqmwpiehmrk
kmzirxlirsr1tvsfefmpmx}weqtpi2Mrgsrxvewx0ererievpmivwyvzi}tivjsvqihf}ie
tsppmrkjmvqgsvvigxp}rsxiwxlex÷_faigeywixliweqtpimwfewihsrxlswie
wipj1wipigxihjsvﬀtevxmgmtexmsrvexlivxlere÷tvsfefmpmx}weqtpi0rsiwxmqexie
ivvsv}gerfﬀigepgypﬀﬀexih2◊

92 E6464GsppikiJviiWtiiglWyvzi}÷{ewﬀhizipstihf}JMVI0ViepGpievIhygexmsr0ﬀ
GsppikiTypwi2GsppikiTypwimwe÷stx1mrﬀwyvzi}tpexjsvqmrﬀ{lmglgsppiki
vigvymxihxsﬀnsmrﬀxlieteripﬀxlvsyklﬀ÷{ifehzivxmwmrkﬀ0tivqmwwmwrﬀ1fewihﬀiqemp
erhﬀtevxrivwlmtwﬀﬀ{mxlﬀyrmzivwmx}1ejjmpmexihﬀﬀﬀﬀ582Sxﬀﬀirﬀﬀxlﬀﬀﬀxliﬀteripﬀ0
wxyhirhwﬀeviﬀvikypevp}ﬀgsrxegxihﬀzmeﬀgippﬀtlsriﬀerhﬀ÷epivxmrkﬀxliqﬀxlexﬀeﬀﬀwy
jsvﬀxliqﬀxsﬀxﬀﬀﬀﬀwygl0ﬀwygl0ﬀwyvzi}ﬀwﬀﬀeviﬀrsxﬀfewihﬀsrﬀie÷tvsfefmpmx}ﬀweqtpi
Rizivxlipiww0xli6464GsppikiJviiWtiiglWyvzi}gpemqwﬀxlexﬀxliﬀ÷qevkmrﬀsj
xliﬀY2W2ﬀyrhivkvehyexiﬀtstypexmsrﬀmwﬀ/31ﬀ5ﬀtivgirxekiﬀtsmrx0◊ﬀerhﬀxlexﬀxliﬀﬀ
ivvsvﬀjsvﬀgsppikiﬀwxyhirxﬀwyf1hiqskvetlmgwﬀveriwﬀjvsqﬀ6ﬀxsﬀ9ﬀtivgirxekiﬀtsmrx
wyvzi}﴾÷{ewﬀjyrhihﬀf}ﬀxliﬀGlevpiwﬀOsgﬀﬀMrwxmxmxyxi

595 NegoﬀQgGsvhmgo0÷JmkyviwﬀsjﬀWtiigl0◊_epiﬀHemp﴿Ri{w0Etvmpﬀ80ﬀ64662
596 ÷RexmsrepﬀYrhivkvehyexiﬀWgﬀPs}Oﬀﬀmr*lﬀEwwsgmexiw0ﬀRsz2ﬀ5ﬀ645<0
lxxtw>33hsgw2{m/wxexmg2gsq3ykh3f4gffhc;jh6<99ejgjj8:6feif=6:h569ej8fe52thj
597 ÷RexmsrepﬀYrhivkvehyexiﬀWgﬀPs}Oﬀﬀmr*lﬀEwwsgmexiw0ﬀWitx2ﬀ6<0ﬀ645;
lxxt>33hsgw2{m/wxexmg2gsq3ykh3f4gffhc949g:f4h5e8685=9<8;he:=99fe86i8f2thj
598 GsppikiﬀTypwi0ﬀJMVI0ﬀerhﬀViepGpievﬀQihme﴿Kvsyt0ﬀ÷GsppikiﬀJviiﬀWtiiglﬀVeromrkw﴿﴿
xliﬀGpmqexiﬀjsvﬀJviiﬀWtiiglﬀsrﬀEqivmgeﬀ﴾wﬀGsppikiﬀGeqtywiw◊﴿64640ﬀ:0
lxxtw>33qevoixtpegi2gsppikitypwi2gsq3mqk36464cgsppikicjviicwtiiglcveromrkw2thj﴿,pewxﬀeggiwwih
Qe}ﬀ5=0ﬀ6466-2
599 GsppikiﬀTypwi0ﬀ÷Qixlshspsk}﴿2◊ﬀlxxtw>33gsppikitypwi2gsq3qixlshspsk}﴿3﴿,pewxﬀeggiwwih
6466-2
59: GsppikiﬀTypwi0ﬀJMVI0ﬀerhﬀViepGpievﬀQihme﴿Kvsyt0ﬀ÷GsppikiﬀJviiﬀWtiiglﬀVeromrkw﴿﴿
xliﬀGpmqexiﬀjsvﬀJviiﬀWtiiglﬀsrﬀEqivmgeﬀ﴾wﬀGsppikiﬀGeqtywiw◊﴿64640ﬀ:2
lxxtw>33qevoixtpegi2gsppikitypwi2gsq3mqk36464cgsppikicjviicwtiiglcveromrkw2thj﴿,pewxﬀeggiwwih
Qe}ﬀ5=0ﬀ6466-2

Hiwtmxi□xli□qixlshspskmgep□jpe{w0□xli□Zmppewirsv□wyvzi□erh□wmqmpevp□uyiwxmsrefrp

lezi□fiir□{mhip□ywih□f}□svkerm~exmsrw□fegoih□f}□xli□Osgl□Hsrsv□Rix{svo□erh□tpe}□

syxwm~ih□vspi□mr□gviexmrk□xli□ettievergi□sj□e□jvii□wtiigl□gvmwmw2□Xli□viwypxw□sj□

vikypevp□hmwwiqmrexih□mr□Geqtyw□Vijsvq□erh□Xli□Gsppiki□Jm|0□{lmgl□tyfpmwl□wxsv

hs{rtpe}□xli□gsqtpi|mx}□sj□geqtyw□wtiigl□mwwyiw□erh□jsgyw□mrwxieh□sr□xlswi□hexel

fi□ywih□xs□gpemq□xlex□Vityfpmgerw□evi□jsvgih□xs□wipj1girwsv□erh□pmfivepw□ehzsgex

hs□r□wtiigl2[1]

Xliwi□wyvzi}□viwypxw□epws□jmrh□xlimv□{e}□mrxs□xli□{svo□sj□Osgl1jyrhih□xlmro□xero□

girxivw2□Jsv□i|eqtpi0□er□ihmxeh□zspyqi□tyfpmwlih□f}□xli□Mrxin:mxyxi□jsv□Lyqeri□Wxyhm

Wtiigl□erh□Stir□Mruymv}□tvsnigz□gmxiw□xli□jpe{ih□Zmppewirsv□wyvzi}□}{mxlsyx□uyepmjm

qirxmsr□sj□gvmxmgmwmq2□Xli□ettpeyh□ZmppewirsvŸw□÷w}wxiqexmg◇□wyvzi}□sj□÷wxyhir

xs□{evhw□jvii□wtiigl0◇□erh□lmw□÷wirwmfpi□gsrgpywmsr◇□xlex□wlihw□pmmklx□sr□er□÷iqt

xlex□ywih□mw□hmjjmgypx□xs[2]□Rsxl□sj□xli□Glevpiw□Osgl□Jsyrhexmsr□erh□mxw□kverxiiw□

gsrxmryi□xs□gmxi□xli□wyvzi}□ejxiv□mx□{ew□geppih□mrxs□uyiwxmsr0□xli□Osgl□Jsyrhex[3]

Zmppewirsv□{mxl□(8□qmpppmsr□xs□peyrgl□er□egehiqmg□girxiv□ex□YGPE2

Hiwtmxi□xli□{mhip}□zevmih□viwypxw□sfxemrih□f}□xliwi□wyvvi}□w0□xli□kvsytw□fegoih□f}□x

Hsrsv□Rix{svo□ettiev□tvmqevmp}□gsrgivrih□{mxl□jmiphmrk□erh□xlir□eqtmpmj}□mrk□tsppw□w

÷gpswi□xli□ket◇□sj□tyfpmg□stmrmsr□reip}0□qeomrk□xli□gewi□xlex□e□gvmwmw□mi|mwxw□jv

tvshygih□f}□wxyhirx□kvsytw0□qihme□syxpixw0□pmmxixexmsr□svkerm~exmsrw□erh□hyfms

iegl□sxliv□qeryjegxyvmrk□e□gvmwmww□revvexmzi2□Xlmw□revvexmzi2□gviexiw□xli□stimrk□j

ehzsgeg}□kvsytw□xs□tywl□pikmwpexmsr□xlex□psgow□mr□e□tvs1gsvtsvexi□vmklx1{mrk□

wtiigl2

Mx□wlsyph□epws□fi□rsxih□xlex□ehzsgexiw□jsv□LF.677□vijivveh□qypxmtpi□xmqiw□xs□ts

sxliv□wxexi□yrmzivwmx}□□w□wxiqw□,Gspsvehs0□Rifvewoe0□Rsvxl□Heoxe0□erh□YRG1Gletipl

[1] Jsv□i|eqtpi□Rmoxe□Zpehmqmvsz0□÷Tspp>□5=)□sj□Wxyhirxw□Irhsvvi□Zmspirgi□xs□
Wtieoivw□Geqtyw□Vijsvq    0□Wtxiqfiv□5<0□645;?□Hermip□Te}ri0□÷Tspp>□Pevki□Ryqfivw□sj□
Gsppiki□Wxyhirxw□Eqfmzepirx□Efsyx□0□Lswxmpip□xs□Xli□Gsppiki□0□Sgxsfiv□550
645;?□Gsppiki□Jm|□Wxejj0□÷Wyvvi}>□Sri1xlmvh□sj□Gsppiki□Wxyhirxw□Fipmizi□Zmspirgi□
Wxst□ÿLexi□Wtiigl□0□Sgxsfiv□750 645<?□Nirrmjiv□Oeffer□0□÷WLSGO□TSPP>□
Qswx□Wxyhirxw□.Sttswi□Epps{mrk□Geqtyw□Wtieoivw□sr□Gsrxvszivwme□Xstmgw0□
Witxiqfiv□6=0□6464? Fir□^imwpsjx0□÷WYVZI]>□□<4)□sj□Wxyhirxw□evi□÷Wipj1Girwsvmrk□Xl
Zmi{tsmrx+0□Qer□□Jiip□Yrgsqjsvxefpi□Wtieomrk□yt□Geqtyw□Vijsvq□003□Witxiqfiv□670
64652
[2] Hsreph□Hs{rw0□÷Mrxvshygxsv}□Iwwe□f}□Tvsjiwwsv□Hsreph□Hs{rw◇□Stir□Mruymv}□
Mrwxmxyxi□jsv□Lyqeri□Wxyhmw2
lxxtw□33{if2evglmzi2svk3{if3645<56574;8=943lxxtw□33stmrmyrmv}tvsnigz2svk3syv1wxsvmw3xli1izi
i1erh1pmqmxmw1sj1egehiqmg1wtiigl1e1gsppigigmsr1sj1jvii1wtiigl1iwwe}w3mrxvshygxsv}1iwws□1f}1hs
h1hs{rw3□,pewx□eggiwwih□Etvmp□740□6466-2
[3] Fmpp□Omwpmvyo0□÷YGPE□peyrgliw□mrrxmxmyxi□xs□i|tpsvi□pikep0□tspmg□□mqtegx□sj□□
YGPE□Ri{wvssq   0□Neryev}□5:0□64640
lxxtw□33ri{wvssq2ygpe2ihy3vipiewiw3ygpe1mrwxmxmyxi1pikep1tspmg}1mqtegx1iqvkmrk1xigl□,pew}1s
eggiwwih□Qe}□=0□6466-2

i|eqtpiw□sj□xlii□riih□xs□gsrhygx□e□wmqmpev}□wyvzi}□mr□Jpsvmhe2□Xliwi□wyvzi}w0□ls{[i
pmxxpi□izmhirgi□xlex□e□gvmwmw□mm□sj□jvii□wtiigl□i|mwxw□sr□gsppiki□geqtywiw2□Jsv□i[e
wyvzi}□wls{w□lmkl□pizipw□sj□wyttsvx□jsv□jvii□wtiigl0□erh□e□geqtyw□xlex□kirivepp}□jii
gsqjsvxefpi□i|tviwwmrk□stmrmrsrw2□Xli□wyvzi}0□jmiphih□f}□Keppyt0□{ew□epws□{vettih□r
geqtyw□gpmqexi□wyvzi}□erh□ewoih□uyiwxmsrw□xlex□hmh□rsx□ewwyqi□e□÷pmfivep◇z
jveqmrk2□Xli□YRG□viwypxw□wls{□xlex□wxyhirxw□jmrh□xlimv□tvsjiwwmsvw□erh□÷stir□qmrhih0
irgsyvekmrk□sj□tevxmgmtexmsr□jvsq□fsxl□pmfivepw□erh□gsrwivzexmziw◇□erh□xlex□xlexhi
pmoip}□xs□wipj1girwyvi□hyi□xs□tiivw□xlelFlitinvinxwijq2□xs□gsrhygx□e□wmqmpev□wyvz
sj□xli□Yrmzivwmx}□sj□[mwgsrwmr□w}wxiq□{ew□hipe}ih□ejxiv□gvmxmgmwq□jvsq□jegypx
tviwmhmrx□sj□Yrmzivwmx}□sj□[mwgsrwmr1Wxizirw□TsmrxŸw□Wxyhirx□Kszivrqirx□Ewwsg
xlex□xli□perkyeki□sj□jvii□wtiigl□lew□fiir□ywih□xs□÷tvszsi□Ÿyr{evverxih□jiev□efsyx□syv
geqtywiw□fimrk□pmfivep□mrhsgxvmrexmsr□girxivw□erh□ls{□{i□wmpirgi□xli□gsrwivzexmz
xlex□xli□pikmwpexyvi□{mpp□÷{ietsrm~i□xli□vypiw□sj□xli□wyvzi}□mr□xli□Rsziqfiv□ipigxm
syv□w}wxiq2◇

# Jvsq□Qeryjegxyvmrk□e□Gvmwmw□xs□Tewwmrk□Pikmwpexmsr

Er□mrxikvexih□rix{svo□sj□wxyhirx□kvsytw0□qihme□syxpixw0□pmmxkexmsrw□syxjmxw0□erh□
{svoih□xskixliv□xs□qeryjegxyvi□xli□revvexmzi□xlex□e□veqterx□jvii□wtiigl□gvmwmw□i|mww
Eqivmger□gsppiki□geqtywiw2□Srgi□xlmw□revvexmzi□leh□fiir□wyggiwwjypp}□qeryjegxyvih0
svkerm~exmsrw□wmqmpevp}□jyrrih□f}□xli□Osgl□Hsrsv□Rix{svo□wxiit□mr□xs□vijmmri□xlmw□
hsrsv1tvijivvih□geqtyw□jvii□wtiigl□tspmgmew□erh□wxexi□pikmwpexmsr2□Ew□pemh□syx□m
sj□Wsgmep□Glerki0□hiwgvmfih□efszi0□xliwi□kvsytw□vijmri□erighsxep□geqtyw□mrgmhmrxw0
qeryjegxyvih□syxveki0□tikep□gleppirkiw0□erh□hyfmsyw□Osgl1jyrhih□stmrmsrw□xs□ppiv
jsv□xli□riih□sj□wtigmjmg□tspmg}□glerkiw2□Sxliv□kvsytw□{mxlmr□xli□mrxikvexih□rix{svo□wi
xs□ehzsgexi□pikmwpexmsr0□epp□nywxmfmih□sr□xli□qeryjegxyvih□gpemq□xlex□e□veqterx□
i|mwxw□sr□gsppiki□geqtywiw2

X{s□kvsytw□mr□tevxmgypev`xli□Wxexi□Tspmg}□Rix{svo□,WTR-□erh□xli□Eqivmger□Pikmwpe
I|glerki□Gsyrgmp□,EPIG-`lezi□tpe}ih□e□tevxmgypevp}□mqtsvxerx□vspi□twwmrk□geqtyw□j
wtiigl□pikmwpexmsr□ex□xli□wxexi□pizip2

5:4 Keppyt0□÷Xli□Yrmzivwmx}□sj□Rifvewoe□W}wxiq□Gpmqexi□Wxyh}□Yrhivivxermhmrk□Tivgit
Wxyhirxw0□Jegypx}0◇□Wxejj□erh□Epyqrm0◇□Witxiqfiv□645<□□□=15:2
lxxtw>33rifvewoe2ihy3É3qihme3YRGE3hsgw3ri{w3RYc645<cGpmqexicWxyh}cJyppcVitsvx2thj□,pewx
eggiwwih□Qe}□670□6466-2
5:5 Nirrmjiv□Pevwsr0□Qevo□QgRimpp}0□erh□Xmqsxl}□N2□□V}er0□÷Jvii□I|tviwwmsr□erh□Gsm
Hmpalkyi□ex□xli□Yrmzivwmx}□sj□Rsvxl□Gevspmre□ex□Gletip□Lmpp0◇□Qevgl□60□64662
lxxtw>33jighwyvzi}vitsvx2{if2yrg2ihy3{t1gsrxirx3ytpsehw3wmxiw3665:4364643463YRG1Jvii1I|tvi
wwmsr1Vitsvx2thj□,pewx□eggiwwih□Qe}□670□6466-2
5:6 FixI□Wlsst0□÷yJmwlmrk□jsv□Erw{ivwŸ>□Jvii□Wtiigl□Wyvzi}□Hipe}ih□Yrxmp□Jepp□6466
Geqtyw□Gsqqmrx□□GsrgivnWXXclrmp□Gevhmrrep 0□Etvmp 550□64662
lxxtw>33{{{2hemp}gevhmrrep2gsq3sq3wdevmgpi364663483jmwlmrk1jsv1erw{ivw1jvii1wtiigl1wyvzi}1hipe}
rxmp1jepp164661eqmh1geqtyw1sqqyrmx}1gsrgivivw□,pewx□eggiwwih□Qe}□670□6466-2

Xli Wxexi⬛Tspmg}⬛Rix{svo⬛,WTR- mw⬛er⬛yqfvippe⬛svkerm~exmsr xlex⬛gssvhmrexiw⬛e⬛rex sj⬛wxexi1pizip⬛erh⬛rexmsrep⬛xlmro⬛xerow⬛fegoih⬛f}⬛xli⬛Osgl⬛Hsrsv⬛Rix{svo2⬛Ew⬛hiwgvmfih⬛f}⬛xli Gspyqfme⬛Yrmzivwmx}⬛tvsjiwwsv⬛Epi⬛erhiv⬛Livxip1Jivrerhi~0⬛WTR⬛liptw⬛iwxefpmwl⬛jvii1qev xlmro⬛xerow⬛egvsww⬛xli⬛Yrmxih⬛Wxexiw0⬛gssvhmrexmrk⬛xlimv⬛egxmzmxmiw⬛xs⬛irwyvi⬛xlex⬛xli jvii1qevoix⬛tspmg}⬛sfnig⬛xmsrw⬛WTR⬛vigimzih⬛(8:⬛qmppmsr jvsq⬛Osgl⬛jeqmp}⬛jsyrhexmsrw0⬛xli Fvehipi⬛Jsyrhexmsr0⬛HsrsvXvywx0⬛erh⬛Hsrsv⬛Getmxep⬛Jyrh⬛fix{iir⬛6445⬛erh⬛64642

E⬛ryqfiv⬛sj⬛WTR⬛xlmro⬛xerow⬛tpe}ih⬛e⬛wmkrmjmgerx⬛vspi⬛mr⬛qeryjegxyvmrk⬛xli⬛geu ÷gvmwmw⬛mw0⬛mrgpyhmrk⬛tvshygmrk⬛tspmg}⬛tspmg}⬛erh⬛tvszmhmrk⬛tspmg}⬛wspyxmsrw⬛ Hsrsv⬛Rix{svo2⬛[lmpi⬛wsqi⬛WTR⬛qiqfivw⬛lezi⬛fiir⬛exxiqtxmrk⬛xs⬛glerki⬛geqtyw⬛tspmg}⬛ higehiw0⬛pmoi⬛xli⬛Eqivmger⬛Gsyrgmp⬛jsv⬛Xvywxiiw⬛erh⬛Epyqrm0,EGXE-0⬛sxlivw⬛lezi⬛qs mrzspzih⬛mr⬛geqtyw⬛tspmg}⬛qsvi⬛vigirxp}2

Qship⬛jvii⬛wtiigl⬛pikmwpexmsr⬛irxmxpih⬛xli⬛÷Geqtyw⬛Jvii⬛Wtiigl⬛Egx◇⬛{ew⬛hizipstih⬛f} Ksph{exiv⬛Mrwxmxyxi0⬛Evm~sreYw⬛jsviqswx⬛WTR⬛qiqfiv⬛svqiv⬛qiqfiv⬛sj⬛xli⬛WTR0 epws⬛tvshygih⬛qship⬛jvii⬛wtiigl⬛tspmg}⬛erh⬛egxmzip}⬛psffmih⬛jsv⬛jvii⬛wtiigl⬛fmppw⬛e gsyrxv}2⬛ Sxliv⬛qiqfivw⬛sj⬛xli⬛WTR⬛xlex⬛lezi⬛tpe}ih⬛e⬛tvsqmrirx⬛vspi⬛mr⬛xli⬛geqtyw⬛jvii wtiigl⬛ijjsvx⬛mrgpyhi⬛Wxyhirxw⬛jsv⬛Pmfivx}0⬛}syrk⬛Eqivmge+w⬛Jsyrhexmsr0Xli⬛Gsppiki⬛Rexmsrep⬛Vizmi{⬛Mrwxmxyxi0⬛xli⬛Ksph{exiv⬛Mrwxmxyxi0⬛xli⬛Hevmrk⬛Vmkl⬛qsvi⬛tvsqmrr WTR⬛xlmro1xero0⬛xli⬛Neqiw⬛Qehmwsr⬛Mrwxmxyxi0⬛ew⬛fiir⬛ex⬛xli⬛jsvijvsrx⬛sj⬛ehzergmr wtiigl⬛pikmwpexmsr0⬛mrgpyhmrk⬛LF⬛677⬛,ew⬛hmwgywwih⬛mr⬛Tevx⬛MM-2

Xli Eqivmger⬛Pikmwpexmzi⬛I|glerki⬛Gsyrgmp⬛,EPIG- mw ersxliv⬛oi}⬛tspmg}⬛svkerm~exmsr f}⬛xli⬛Osgl⬛Hsrsv⬛Rix{svo2⬛EPIG⬛wtigmepm~iw⬛mr⬛ty⬛xxmrk⬛pikmwpexmsr⬛{vmxxir⬛f} ,÷tvmzexi⬛wigxsv◇⬛EPIG⬛qiqfivw- mrxs⬛xli⬛lerhw⬛sj⬛wxexi⬛pikmwpexsvw⬛,÷tyfpmg⬛wig qiqfivw-2⬛EPIG⬛epws⬛liptw⬛pikmwpexsvw⬛teww⬛xliwi⬛tvs1gsvtsvexi⬛fmppw⬛tvszmhmrk⬛ ew⬛gsrrigxmrk⬛xliq⬛{mxl⬛{mxl⬛wyttsvxmrk⬛svkerm~exmsrw⬛xlvsykl⬛xli⬛WTR2⬛EPIG⬛tpe}ih⬛er vspi⬛mr⬛xli⬛geqtyw⬛jvii⬛wtiigl⬛gvmwmw0⬛hizipstmrk⬛e⬛tmigi⬛sj⬛qship⬛pikmwpexmsr0

---

5:7 Livxip1Jivrerhi~0⬛Wxexi⬛Getxyvi 0⬛58715;72

5:8 Wii⬛Ettirhmr|⬛52

5:9 Wxerpi}⬛Oyvx~0⬛Neqiw⬛Qerpi}0⬛erh⬛Nsrexler⬛Fyxgliv0⬛÷Geqtyw⬛Jvii⬛Wtiigl>⬛E⬛Pikm Tvstswep0◇Ksph{exiv⬛Mrwxmxyxi0⬛Neryev}⬛740⬛645;2
lxxtw>33ksph{exivmrwxmxyxi2svk3{t1gsrxirx3ytpsehw3gqwctekicqihme3645;36363\cGeqtyw)64Jvi i)64Wtiigl)64Tetiv2thj⬛1,pewws⬛eggiwwih⬛Qe}⬛60⬛6466-2

5:: Jsyrhexmsr⬛jsv⬛Mrhmzmhyep⬛Vmklxw⬛mr⬛Ihygexmsr0⬛÷Jviuyirxp}⬛Ewoih⬛Uyiwxmsrw>⬛Jvii⬛I|tviwwmsr⬛,GEJI-⬛Egx0◇⬛Higiqfiv⬛5;0⬛645:2⬛Wii⬛epws>⬛Wxexi⬛Tspmg}⬛Rix{svo0⬛ 644:⬛Evglmzih⬛ex>
lxxtw>33{if2evglmzi2svk3{if3644:49454=75563lxxt>33{{{2wtr2svk3hmvigxsv}3glev2J3svkerm~exmsr ewt⬛,pewws⬛eggiwwih⬛Qe}⬛660⬛6466-2

5:; Wii⬛Ettirhmr|⬛52

Egx0◇□xlex□{ew□hmwxvmfyxih □xs□EPIG□mwigmviwz□2562:□qmpppmsr□jvsq□xli□Osgl□Hsrsv Rix{svo□fix{iir□5==<□erh □645=2

Fix{iir□645:□erh□64640□==□geqtyw□jvii□wtiigl□fmppw□qshipih□sr□EPIG3WTR□pikmwpex jmpih□mr□7<□YW□wxexiw2□Mr□ex□piewx□6:□sj□xlswi□wxexiw0□EPIG□pikmwpexsvw□w {mxl□e□xsxep□sj□5<:□EPIG□pikmwpexsvw□wtsrwsvmrk□:7□ywih□EPIG□jyrh□LWTR□fmppw□ew {syph□tpe□er□mqtsvxerx□vspi□ehzsgexmrk□jsv□LF□677□ew□{ipp2

Mr□ehhmxmsr□xs□WTR□erh□EPIG0□sr1xli1kvsyrh□zsxiv□qsfmpm~exmsr□kvsytw□tvszmhi□ sj□÷kvewwvssxw◇□wyttsvx□jsv□xliwi□fmppw□2□Jsv□i|eqtpi0□Eqivmgerw□jsv□Tvswtivmx}□ qmpppirrmep1jegmrk□wyfwmhmev}0□Kirivexmsr□Sttsvxyrmx}□,KirStt□egxmzip}□wyttsvxih□xli□ sj□xli□geqtyw□jvii□wtiigl□pikmwpexmsr□ehzsgexih□f}□EPIG□erh□WTR□xlmro□xerow2□EJ KirStt□lezi□veppmih□filmrh□wygl□pikmwpexmsr□mr□wxexiw□pmoi□Jpsvmhe□,LF□=4=0□h Evm~sre□,LF□69:7-0□Wsyxl□Heoxe□,LF54;7-0□[mwgsrwmr□,EF□6==-0□erh□Qsxxere□,LF Rsvxl□Gevspmre0□KirStt□gpemqw□xs□lezi□÷pih□e□qsziqirx□sj□wxyhirx□egxmzmwxw□xs□ tewweki□sj□xli□fmppp□,LF96;-2□Mr□Slms0□EJT□ettievih□fijsvi□xli□Wirexi□epsrkwmhi□xli Hijirhmrk□Jviihsq□erh□JMVI□xs□ehzergi□xlex□wxexiŸw□geqtyw□frii□wtiigl□fmpp2 ettievih□xs□wyttsvx□LF□6770□epxlsykl□JP□LF□=4=3WF□5678□,{lmgl□EJT□hmh□wyttsv-□ tvihigiwwsv□xs□LF□6772□KirStt□gpemqih□xlex□÷_javii□i|tviwwmsr□mw□yrhiv□exxego□sr□ geqtywiw□livi□mr□Jpsvmhe□erh□egvsww□xli□rexmsr2◇

EJT□{ew□svmkmrepp}□jsyrhih□f}□Glevpiw□Osgl□erh□Vmglevh□Jmro□ew□Gmxi~irw□jsv□ Igsrsq}0,GWI□erh□gsrxmryiw□xs□wivzi□ew□xli□yqfvippe□svkerm~exmsr□jsv□xli□Osgl□H Rix{svoŸw□EwxvsXyvj□kvsytw2□EJT□vigimzih□ex□piewx□(<9□qmpppmsr□fix{iir□6448□erh□ Osgl□Hsrsv□Rix{svo□jyrhiVŵw2

Mr□645=0□ejxiv□wizivep□}ievw□sj□geqtyw□jvii□wtiigl□fmppw□fimrk□jmppih□egvsww□xli□ Rexmsrep□Ewwsgmexmsr□jsv□Wglspevw□,REW-`ersxliv□kvsyt□{mxl□xmiw□xs□xli□Osgl□Hs Rix{svo`mwwyih□qship□pikmwpexmsr□jsgywmrk□sr□÷zmi{tsmrx□hmzivwmx}0◇□{lmgl□{syph jsgyw□sj□LF□6772□Xlmw□pikmwpexmsr□geppih□jsv□wxexiw□xs□gviexi□er□÷Sjjmgi□sj□□

_____

5:< Eqivmger□Pikmwpexmzi□I|glerki□Gsyrgmp0□÷Jsvqmrk□Stir□erh□Vsfywx□Yrmzivwmx}□Qm ,JSVYQ-□Egx0◇□Qship□Tspmg}0□□645<2
lxxtw□33epig2svk3qship1tspmg}3jsvqmrk1stir1erh1vsfywx1yrmzivwmx}1qmrhw1jsvyq1egx3□,pewx eggiwwih□Qe}□60□6466-2
5:= Eqivmger□Pikmwpexmzi□I|glerki□Gsyrgmp0□÷Jsvqmrk□Stir□erh□Vsfywx□Yrmzivwmx}□Qm ,JSVYQ-□Egx2◇
5;4 [mplwsr□erh□Oeqsspex□wtiil□erh□Osgl□Qsri}          0□55:2
5;5 [mplwsr□erh□Oeqsspat□wtiil□erh□Osgl□Qsri}          0□56415652
5;6 Wgsxx□Ts{ivw0□÷Kvsyt□Wyttsvxw□Fsf□Vsqqip0□Hirrmw□Fe|pi}□Jsv□Fmppw□sr□Geqtyw Wtiigl◇□Jpsvmhe□Tspmxmgw0□Neryev}□60□645<2
lxxtw□33jpsvmhetspmxmgw2gsq3evglmziw3696::91kvsyt1wyttsvxw1fsf1vsqqip1hirrmw1fe|pi}1 tyw1jvii1wtiigl3□,pewx□eggiwwih□Etvmp□740□6466-2
5;7 Wii□Ettirhm|□52

xs☐szivwii☐jvii☐wtiigl☐mwwyiw☐ex☐geqtyw☐tvskveqqf'rZ/vrmsr wZitsyw2xli☐REW
mrxippigxyep☐hmzivwmx}☐fmpp☐{ew¹²jopinwsyiw00erwew0erh☐Ms{e2
Xli☐REW☐fmpp☐{ew☐rsx☐xli☐fewmw☐sj☐LF☐6770☐hiwtmxi☐xli☐wmqmpev☐reqi2

Ersxliv☐svkerm~exmsr☐fegoih☐f}☐xli☐Osgl☐Hsrsv☐Rix{svo☐xlex☐lew☐leh☐er☐syxwms~ih☐m
vigirx☐hmwgywwmsrw☐sr☐geqtyw☐jvii☐wtiigl0☐erh☐LF☐677☐mr☐tevxmgypev0☐mw☐Li
Xli☐Lixivshs}☐Egehiq}☐mw☐e☐rsr1tvsjmx☐emqih☐ex☐÷tvsqsxmrk☐stir☐mruymv}0☐zmi{tsmr
erh☐gsrwxvygxmzi☐hmwekviiqirx2Xli2 svkerm~exmsr☐mw☐sziv{lipqmrkp}☐qehi☐yt☐sj☐wglspevw
ejjmpmexih☐{mxl☐egehiqmg☐tvskveqw☐xlex☐evi☐jyrhih☐f}☐xli☐Osgl☐Hsrsv☐Rix{svo0☐ew
f}☐xlimv☐ri{iwx☐Tviwmhirx0☐Nslr☐Xsqewm0☐er☐MLW☐jegypx}☐qiqfiv☐xlex☐ver☐e☐qypxm
girxiv☐ex☐Fvs{r☐Yrmzivwmx}☐jyrhih☐f}☐xli☐Osgl☐Hsrsv☐Rix{svo2

Xli☐{svo☐sj☐xliwi☐svkerm~exmsrw0☐ew☐wiir☐fips{0☐lew☐qehi☐yt☐xli☐fewmw☐jsv☐Jpsvm
tvihigiwwsv0☐Jpsvmheŵ2m☐645<☐Geqtyw☐Jvii☐I|tviwwmsr☐Egx2

5;8 Wxerpi☐Oyvx~0☐÷Xli☐Geqtyw☐Mrxippigxyep☐Hmzivwmx}☐Egx0◇☐Rexmsrep☐Ewwsgmexms
Jifvyev}☐560☐645=2☐lxxtw>33{{{2rew2svk3fpskw3evxmgpi3xlicgeqtywcmrxippigxyepchmzivwmx}
eggiwwih☐Etvmp☐560☐6466-2
5;9 Wxerpi☐Oyvx~0☐÷Oerwew☐Jsyvxl☐Wxexi☐xs☐Mrxvshygi☐e☐Geqtyw☐Mrxippigxyep☐Hmzi
Rexmsrep Vizmi{ 0☐Jifvyev}☐690☐64642
lxxtw>33{{{2rexmsrepvizmi{2gsq3gsvriv3oerwew1jsyvxl1wxexi1xs1mrxvshygi1e1geqtyw1mrxippigxye
zivwmx}1fmpp3 ,pewx☐eggiwwih☐Etvmp☐570☐6466-
5;: Wxerpi☐Oyvx~0☐÷Qmei☐Qssr Ŵ☐Qmwwsyvm☐Geqtyw☐Mrxippigxyep Vizmi{ 0 wmx}☐Egx0◇
Jifvyev}☐90☐64642
lxxtw>33{{{2rexmsrepvizmi{2gsq3gsvriv3qmei1qssr1qmwwsyvm1geqtyw1mrxippigxyep1hmzivwmx
,pewx☐eggiwwih☐Etvmp☐560☐6466-2
5;; Wxerpi☐Oyvx~0☐÷Erxlsr}☐OivrŴ☐Evm~sre☐Geqtyw☐Mrxippigxyep Vizmi{Hmzivwmx}☐Egx0◇
Vizmi{ 0☐Jifvyev}☐70☐64642
lxxtw>33{{{2rexmsrepvizmi{2gsq3gsvriv3erxlsr}1oivrw1evm~sre1geqtyw1mrxippigxyep1hmzivwmx}1
,pewx☐eggiwwih☐Etvmp☐560☐6466-2
5;< Rexmsrep☐Ewwsgmexmsr☐sj☐Wglspevw0☐÷Qmwwsyvm☐erh☐Ms{e☐Pikmwpexsvw☐Mrxvshy
Mrxippigxyep☐Hmzivwmx}☐Fmppw0◇☐Jifvyev}☐580☐64642
lxxtw>33{{{2rew2svk3fpskw3evxmgpi3evm~sre1xeoiw1yt1geqtyw1mrxippigxyep1hmzivwmx}1fmppf
eggiwwih☐Etvmp☐570☐6466-2
5;= Lixivshs}☐Egehiq}0☐÷Lsqi0◇☐Ezempefpi☐ex☐lxxtw>33lixivshs}egehiq}2svk3 ,pewx☐eggiww
5=0☐6466-
5<4 Lmwxsv}☐Ri{w☐Rix{svo0☐÷Ri{☐Lixivshs}☐Egehiq}☐Piehiv+w☐Xmiw☐xs☐Osgl☐Rix{svo
Gsqtvsqmwi☐Mrxippigxyep☐Hmzivwmx}☐Qmwwmsr0◇☐Witxiqfiv☐5:0☐64652☐Ezempefpi☐ex>
lxxtw>33lmwxsv}ri{wrix{svo2svk3evxmgpi35<575:☐,pewx☐eggiwwih☐Qe}☐5=0☐6466-

# Z2  JMRHMRKW□_TEVX□6a>□LF□677□ew□Ts Viwtsrwi□xs□e□Qeryjegxyvih□Gvmwmw

Mr□645;0□xli□weqi□}iev□gsrwivzexmzi□wxyhirx□kvsytw□jyrhih□f}□xli□Osgl□Hsrsv□Rix□_sv Qmps□]merrstsypsw□erh□Fir□Wletmvs□xs□gsppiki□geqtywiw0□xlir1Jpsvmhe□Lsywi□Wtieoiv Gsvgsver□erh□xlir1Y2W2□Lsywi□Vitviwirxexmzi□Vsr□HiWerxmw□{ivi□x{s□sj□e□lerhjyp□sj□ji sjjmgmepw□tivswerpp}□mrzmxih□xs□exxirh□Glevpiw□OsglҰw□xlvii1he□hsrsv□wiqmrev□mr Wtvmrkw2□Gsvgsver□Ұw□wtsiwtivwsr□wemh□xlex□÷_xali□kexlivmrk□{ew□e□glergi□xs□wle gsrwivzexmzi□wyggiwwiw□{i□Ұzi□leh□mr□Jpsvmhe□erh□kix□3mhiew□jsv□xli□jyxyvi2◇

Mr□xli□}ievw□wmrgi□Gsvgsver□erh□HiWerxmw□exxirhih□xli□Osgl□Hsrsv□Wyqqmx0□HiWe sri□sj□Glevpiw□OsglҰw□i|tpmgmx□tvmsvmxmiw□hmwqerxmrk□tyfpmg□wglsspw□mr□jezs zsyglivw2□Ew□HiWerxmwҰw□Ihygexmsr□Gsqqmwwmsriv0□Gsvgsver□epmkrih□lmqwipj□{mxl Gmxm~irw□Eppmergi0□{lmgl□geppw□jsv□xli□ferrmrk□sj□xi|xfssow□xlex□qirxmsr□gpmqexi Hyvmrk□xlmw□xmqi0□erh□mr□gssvhmrexmsr□{mxl□tspmxmgep□kvsytw□jyrhih□f}□xli□Os HiWerxmw□erh□Gsvgsver□liptih□teww□geqtyw□÷jvii□wtiigl◇□pikmwpexmsr0□LF□=4=3WF 645<2□Xlmw□fmpp□{ew□wmqmpev□xs□sxliv□fmppw□w{iitmrk□xli□rexmsr□ex□xli□xmqi0 ehzsgeg}□kvsytw□sj□{mxl□gpswi1gsrrigxmsrw□xs□xli□Osgl□Hsrsv□Rix□{svo0□hiwgvmfih Gsvgsver□erh□HiWerxmw□{syph□epws□szivwii□xli□tewweki□sj□LF□6770□{lmgl□{ew□fega sj□xliwi□weqi□ehzsgeg}□kvsytw2□LF□6770□{lmgl□egxyepp}□eqirhw□xli□wxexyxiw□gviexih jvii□wtiigl□pikmwpexmsr0□iregxw□izir□levwliv□tsirxmep□tirepxmiw□jsv□xlswi□gvmxmgm~m erh□mhiew□jezsvih□f}□xli□Osgl□Hsrsv□Rix□svo2□Mr□jegx0□LF□677□gviexiw□hvegsrmer epps□{vmklx1{mrk□geqtyw□egxmzmwxw□xs□vixepmexi□ekemrwx□jegypx}□qiqfivw□erh□yr ÷xss□pmfivep◇□,wii□Tevx□7-2

Jpsvmhe□LF□677□vitviwirxw□sri□sj□xli□gsyrxv}Ұw□qswx□i|xviqi□ijjsvxw□xs□tspmgmzi□tspp lmkliv□ihygexmsr2□Pmoi□sxliv□geqtyw□÷jvii□wtiigl◇□fmppw□fijsvi□mx0□LF□677□fympw□yts qeryjegxyvih□revvexmzi□xlex□irhiqmg□fmew□erh□girwsvwlmt□i|mwxw□mr□Jpsvmhe□Ұw□yrmz figeqi□pe{□xleterk□xs□xli□mrxikvexih□tspmgmew□mrjvewxvygxyvi□gviexih□f}□xli□Osgl□H

Xli□weqi□kvsytw□xlex□qeryjegxyvih□xli□geqtyw□jvii□wtiigl□gvmwmw□hiwgvmfih□mr□Tevx xli□wxyhirx□kvsytw0□qihme□syxpixw0□erh□pmxmkexmsr□svkerm~exmsrw□{ivi□epws□egxmz

---

5□<5Tixiv□Wglsvwgl0□÷Vmglevh□Gsvgsver0□Vsr□HiWerxmw0□Nswi□Spmze□exxirh□Osgl□fvsx Gspsvehs□Wtvmrkw0□jpsvmhe□Tspmxmgw□0□Nyri□690□645;2
lxxtw>33jpsvmhetspmxmgw2gsq3evglmziw3684:6=1vmglevh1gsvgsver1vsr1hiwerxmw1nswi1spmze1
1fvsxlivw1vixvviex1gspsvehs1wtvmrkw3□,pewx□eggiwwih□Etvmp□50□6466-2
<sup>182</sup> Wier□Texvmgo□Gsstiv0□÷Mr□Eqivmge□Ұw□Wgmirgi□Gpewwvssqw0□xli□Gviit□sj□Gpmqexi YrHevo□0□Jifvyev}□550□645<2
lxxtw>33yrhevo2svk3645<3553463gpmqexi1glerki1wgmirgi1xi|xfsswo1gpewwvssqw3?□TV□Ri{w□{m□
÷Jpsvmhe□Gmxm~irw□Eppmergi□ewsw□Ksz2□HiWerxmw□xs□viqszi□Gmvmxmgep□Vegi□Xlisv Qe}□560□64652
lxxtw>33{{{2tvri{w{mvi2gsq3ri{w1vipiewiw3jpsvmhe1gmxm~irw1eppmergi1ewow1ksz1hiwerxmw1xs
i1gvmxmgep1vegi1xlisv}1jvsq1wglsspw17456<=5872lxqp□,pewx□eggiwwih□Etvmp□560□6466-2

wmqmpevp)□qeryjegxyvmrk□e□revvexmzi□xlex□JpsvmheŸw□yrmziwmxmiw□{ivi□mr□xli□kv
gvmwmw2□Erh0□mr□Jpsvmhe0□ew□{ew□xli□gewi□rexmsrepp)0□xlmro□xerow□erh□ehzsg
rix{svoih□xlvsykl□xli□Wxexi□Tspmg)□Rix{svo□vijmrih□xlmw□syxveki□mrxs□pe{2□Mr□jegx0
kvsytw□xlex□ehzsgexih□jsv□xli□645<□geqtyw□jvii□wtiigl□fmpp□,WF8-□{ivi□epws□filmrw
sj□LF□6772□Rsx□srp)□xlex0□LF□677□eqirhw□xlmw□tvizmsyw□geqtyw□jvii□wtiigl□pikmw
xlex□wxvirkxlir□xli□tswmxmsr□sj□xlswi□ehzsgexmrk□vmklx1□{mrk□erh□tvs1gsvtsvexi□mhiew
erh□xlviexirmrk□hvegsrmer□pmmxmkexmsr□ekemrsx□xlswi□{ls□qmklx□gvmxmgm~i□wygl□w

## Qeryjegxyvmrk□e□Jpsvmhmer□Jvii□Wtiigl□Gvmwmw

Zevmsyw□svkerm~exmsrw□jyrhih□f}□xli□Osgl□Hsrsv□Rix{svo□{ivi□girxvep□mr□qeryjegxyv
gpemq□xlex□JpsvmheŸw□yrmzivwmxmiw□{ivi□fiwiu□f}□e□wizivi□jvii□wtiigl□gvmwmw2□Jsxw
xli□Yrmzivwmx)□sj□Qeqm□gergipih□xli□geqtyw□xepo□f}□Qmps□}merrstsypsw0□e□virs
tvsjiwwmsrep□tvszsgexiyv2□Ex□xli□xmqi0□}merrstsypsw□{ew□iqtps)ih□f}□Fvimxfevx□Ri{w0
syxpix□feroyvppih□f}□Osgl□Wiqmrev□exxirhii□Vsfivx□Qivgiv2□Mr□jegx0□}merrstsypwŸw□irxi
÷Herkivsyw□Jekksx◊□gsppeki□xsyv0□gviexih□i|tpmgmxp}□xs□tvszsoi□jyrhih□f}□jyrhih
Xlmw0□erh□sxliv□gergipmh□}merrstsypsw□izirxw0□figeqi□e□geywi□gípifvi□sj□vmklx1□{mrk
{ivi□gsziveh□f}□Geqtyw□VijŠŵ□}merrstsypsw□{ew□hmwmrzmxih□jvsq□xli□Yrmzivwmx)□sj□Qm
{lir□e□zmhis□wyvjegih□sj□lmq□wxexmrk□xlex□tvsjiwwsvw□evi□÷xli□tistpi□M□viepp)□ps
{ls□hmwkywx□qi2◊□Geqtyw□Vijsvq□uysxiw□Gsppiki□Vityfpmger□gsqtpemrmrk□xlex□}merr
{ew□hmwmrzmxih□figeywi□sj□÷tspmxmxkŭep□gsvvigxriww2◊

Mr□645=0□xli□Eppmergi□Hijirhmrk□Jviihsq□wyih□xli□Yrmzivwmx}□sj□Jpsvmhe□sr□filepj
]syrk□Eqivmgerw□jsv□Jviihsq0□]EJ-□gletxiv0□mr□e□hmwwtyxi□sziv□geqtyw□tspmg}□vikevhmr
sj□wxyhirx□jiiw□xs□fvmrk□gsrxvszivwmep□erh□mhispsgmgep□xs□geqtyw2□EP□jii□sjj
]EJ□leh□wyggiwwjypp}□ywih□wxyhirx□jiiw□xs□fvmrk□xli□vmklx1{mrk□tvszsgexiyv□Hmriwl
geqtyw2□Geqtyw□Vijsrq□gsziveh□xli□pmmxmkexmsr0□gipifvexmrk□xlex□wxyhirx□jiiw□{syph
hmwxvmfyxih□ywmrk□e□÷zmi{tsmrx1rirŭvep□gvmxivme2◊

Mr□64640□Geqtyw□Vijsrq□vitsvxih□sr□e□tvsxiwx□ex□xli□Yrmzivwmx}□sj□Girxvep□Jpsvmh
{lixliv□wxyhirx□jiiw□wlsyph□fi□ywih□xs□fvmrk□Fir□Wletmvs□xs□geqtyw2□Wletmvsŗjsyrhih□Fir

5<7□Nswitl□Fivrwximr0□÷Wigvixmzi□Fmppmsremvi□Xvyqt□Hsrsv□Eŗŗ¡û□Qmqp□NŚŭNŢḝxvsrw0□570□645;2

5<8□Eyxqyr□Tvmgi0□÷Yrmzivwmx}□sj□Qeqm□gergipw□Qmps□izirx□hyi□Gŗ¡û]□wigyvmx}□gsr
Vijsrq□□0□Witxiqfiv□5=0□645:2□lxxtw>33geqtywvijsvq2svk3evxmgpiCmhA<587□,pewx□eggiwwih□
6466-2

5<9□Eyxqyr□Tvmgi0□÷Yrmziwmx}□sj□Qeqm□gergipw□Qmps□izirx□hyi□Gŗ¡û]□wigyvmx}□gsr
Vijsrq□□0□Witxiqfiv□5=0□645:2□lxxtw>33geqtywvijsvq2svk3evxmgpiCmhA<587□,pewx□eggiwwih□
6466-2

5<:□Wevel□Psrk0□÷[l}□Q}□Wxyhirx□Kvsyt□Mw□Wymrk□xli□Yrmziwmx}□sj□Jpsvmhe◊□Ep
Jviihsq0□Jifvyev}□6:0□645=2
lxxtw>33ehjpikep2svk3fpsk3{l}1q}1wxyhirx1kvsyt1mw1wymrk1yrmzivwmx}1jpsvmhe□□,pewx□eggiww
6466-?□Jemzl□Eppir0□÷Gsrwivzexmziw□Qermq□Zmgxsv}□Ejxiv□Y]Jpsvmhe□Wixxpiw□Jmwwyi
Gewi0Ơ□Geqtyw□Vijsrq□□0□Eykywx□50□645=2□lxxtw>33{{{2geqtywvijsvq2svk3evxmgpiCmhA57965□,p
eggiwwih□Etvmp□=0□6466-2

wtiigl□pikmwpexmsr'mrgpyhmrk□LF□677'mWQhqswmep2□0□xli□Jpsvmrhe□Gsepmxmsrw□Hmvigxs
Kirivexmsr□Sttsvxyyrmx}0□xli□qmppirrmep1jegmrk□fvergl□sj□Osgl1jyrhih□Eqivmgerw□jsv□Tvs
eppikih□mr□645<□xlex□÷_javiii}i|tviwwmsr□mw□yrhiv□exxego□sr□gsppiki□geqtywiw□livi□
egvsww□xli□rexmxl2'revvexmzi□sj□e□geqtyw□jvii wtiigl□gvmwmw□{ew□xeomrk□lsph□egsrm
tswmxmsrih□xs□teww□pikmwpexmsr□fewih□ytsr□xlmw□qerymjegxyvih□tviqmwi2

## Hizipstmrk□JpsvmheŸw□Geqtyw□Jvii□Wtiigl□÷Wspyxmsrw◇

Ex□xli□weqi□xmqi□tvszsgexmvyw□0□wxyhirx□kvsytw□0□qihme□syxpixw□0□erh□pmxmkexmsr□j
xli□Osgl□Hsrsv□Rix□svo'{ivii□fyw}□qerymjegxyvmrk□e□wxsv}□efsyx□e□veqterx□e□jvii□wtiig
mr□JpsvmheŸw□yrmzivwmxmiw□0□xlmro□xerow□erh□ehzsgeg}□kvsytw□epws□ejjmpmexih□{
hizipstmrk□pikmwpexmsr□wspyxmsrw□hiwmkrih□xs□ehhviww□xlmw□jvii□wtiigl□÷gvmwmw2◇
hiwmkrih□xs□psgo□mr□e□hsrsv1tvijivvih□yrhivwxerhmrk□sj□geqtyw□wtiigl0□erh□xs□tirepm
wtiigl□sj□wxyhirxw□{ls□qmklx□tvsxiwx□xlswi□wtieoiv'wygl□ew□Qmps□]merrstpsw□erh□
Wletmsv'{ls□{ivii□fvsyklx□xs□geqtyw□f}□xlswi□ejjmpmexih□{mxl□xli□Osgl□Hsrsv□Rix{sv02

Xli□Neqiw□Qehmsr□Mrwxmxyxi'NQM-□mw□JpsvmheŸw□qswx□mrjpyirxmep□Wxexi□Tspm
erh□tpe}ih□e□wmkrmjmgerx□vspi□hizipstmr□xli□tspmg}□viwtsrwi□xs□JpsvmheŸw□qerymjeg
wtiigl□gvmwmwXli2□NQM□{voih□xskixliv□{mxl□xli□Eqivmger□Gsyrgmp□jsv□Xvywxiiw□erh□Epy
,EGXE-□xs□{vmxi□e□ryqfiv□sj□vitsvxw□jsvqepm~mrk□xli□syxveki□kirivexih□f}□geqtyw□tv
wxyhirx□kvsytw0□qihme□syxpixw□erh□pmxmkexmsr□jmvqw□mrxs□geppws□jsv□pikmwpexm

## Jpsvmhe□Vmwmrk□,6457-

Mr□64570□xli□Neqiw□Qehmsr□Mrwxmxyxi□erh□EGXE0□{mxl□xli□ewwmwxergi□sj□JMVI0
vitsvx□÷Jpsvmhe□Vmwmrk□11geppmrk□jsv□÷zmi{tsmrx□hmzivwmx}◇□,e□xivq□xlex□{syphi
mr□LF□677-2 Xli□vitsvx□ewwivw□xlex□÷wxex□gsppikiw erh□yrmzivwmxmiw□evi□jempmrk□mr
i|tviwmsr□erh□jvii□wtiigl□erh□evi□egxmzip}□hmwgsyvekmrk□e□vsfywx□i|glerki□sj□mhie
izmhirgi□jvsq□xlmw□wigxmsr□mw□hve{r□irxmvip□jvjvXli□jMMMrl□witzgewsr2'sj□xli□vitsvx
mrgpyhiw□x{s□vipexmvih□vigsqqirhexmsrw>□÷Tvsxigx□jvii□wtiigl□sr□geqtyw2□Mx□mw□rire
tvegxmgi□xs□tpegi□jvii□wtiigl□jsvsx□erh□girxiv□mr□sjjmgmep□tspmgmew◇□erh□÷Ipmq
xlex□zmspexei□gsrwxmxyxmsrepp}1tvsxigxih□jvii□i|tviwwmsr2□Mx□mw□yvkirp}□mqtsvxerx0
tvmrgmtpe□erh□xs□tvsxigx□xli□geqtyw□jvsm□gsswjsSj)Jpsrvwirh0iaxiixmsn2◇□wtiigl

[2] ÷Jpsvmhe□EPIG□TspmxmWmqwijex□0□0□Ex□
lxxtw>33{{{2wsyvgi{exgl2svk3mrhi|2tlt3Jpsvmhec□EPIGc□Tspmxmgmerw□,pewx□eggiwwih□Qe}□5
[3] Wgsxx□Ts{iww0□÷Kvsyt□Wyttsvxsv□Fsf□Vsqqip□0□Hirrmw□Fe|pi}□Jsv□Fmppss□sr□Geqtyw
Wtiigl◇□Jpsvmhe□Tspmxmgw0□Neryev}□60□645<2
lxxtw>33jpsvmhetspmxmgw2gsq3gsq3evglmziw3696::91kvsyt1wyttsvxsv1fsf1vsqqip1hirrmw1fe|pi}1fmppss□□
tyw1jvii□wtiigl3□,pewx□eggiwwih□Etvmp□740□6466-2
[4] Wxexi□Tspmg}□Rix{sv□sv00□÷Hmvigxsv}2◇□lxxtw>33wtr2svk3hmvigxsv}3'JP□,pewx□eggiwwih
[5] NQM□lew□vigimzih□sziv□(7□qmppmsr0□erh□EGXA□sziv□(8□qmppmsr□jvsq□xsti□hsrsvw□iran
Hsrsv□Rix{sv02□Wii□Ettirhm|□52
[6] Eqivmger□Gsyrgmp□sj□Xvywxiiw□erh□Epyqrm0□÷Jpsvmhe Vmwmrk2◇
lxxtw>33jmpiw2ivmg2ih2ksz3jyppxi|x3IH9:4=572thj□,pewx□eggiwwih□Qe}□50□6466-2
[7] Eqivmger□Gsyrgmp□sj□Xvywxiiw□erh□Epyqrm0□÷Jpsvmhe□Vmwmrk2◇

÷pmxmkexmsr◇□geqtywiw□{ivi□fimrk□irgsyvekih□xs□tvsxigx□xliqwipziw□jvsq□{ew□pevkip}
jvsq□xli□Osgl1jyrhih□pmxmkexmsr□kvsytw□hmwgywwih□efszi2

Jvii□I|tviwwmsr□erh□Mrxippigxyep□Hmzivwmx}□,645;-
Mr□645;0□xli□Neqiw□Qehmwsr□Mrwxmxyxi□tyfpmwlih□ersxliv□vitsvx0□÷Jvii□I|tviwwmsr□e
Hmzivwmx}2◇□Xliw□hsgyqirx□fikmrw□{mxl□e□tmxer}□sj□erighsxiw□sj□÷egehiqmg□mrwx
vigirx□qsrxlw□f}0,wsqixmiw□zmspirx-□wtiigl1wuyipglmrk□Xlivwxsxiw□gsrxmryih0□÷xlmw
geqtyw□gve~mriww□vitviwirxw□er□sttsvxyrmx}□[142]Xli□vitsvx□xekir□}w□syx□per□jsy
irjsvgmrk□÷zmi{tsmrx□hmzivwmx}◇□xlvsykl□xli□gviexmsr□sj□÷sfnigxmzi□veromrkw◇□jsv
{ipp□ew□xli□gviexmsr□sj□tyrmxmzi□w}wxiq□xlex□xmiw□xmiw□xmiw□xmiw□xmiw□
veromrk[143]Ew□e□xiwxeqirx□xs□ls□{pevki□xli□rix□svo□mw0□xli□irxmvi□fmfpmskvetl}□sj□xli
gsrwmwxw□epqsw□i|gpywmzip}□sj□tyfpigexmsrw□jvsq□kvsytw□jyrhih□f}□xli□Osgl□Wiqr
,EGXE0□JMVI0□xli□Mrwxmxyxi□jsv□Lyqeri□Wxyhmiw0□Ksph{exiv□Mrwxmxyxi0□erh□EPIG-□
gsrwivzexmzi□stmrmsr□ihmxsvmepw2

Xli□vitsvx□mrgpyhiw□JMVIȲw□jvii□wtiigl□vexmrkw0□ew□{ipp□ew□e□÷zmi{tsmrx□hmzivwmw
tyfpmwlih□f}□xli□Lixivsh|□Egehiq}0□ersxliv□kvsyt□fegoih□f}□xli□Osgl□Hsrsv□Rix{svo2
Pmoi□ws□qygl□ipwi□tivxemrmrk□xs□LF□6770□xli□Lixivsh|□wgsvir□mw□fewih□mr□tevx□sr
tyfpigexmsrw□svkerm~exmsrw□wyttsvxih□f}□xli□Osgl□Hsrsv□Rix{svo2□Xlmvx}□tivgirx□sj□
Lixivsh|□÷zmi{tsmrx□hmzivwmx}◇□wgsvir□{ew□fewih□sr[145]JMVIȲw□veromrkw2

Pmoi□{mwi0□xli□tevxmgypev□wi|eqtpiw□sj□÷geqtyw□gve~mriww◇□xlex□NQM□eppikiw0□qygl
wtiigl□vitvsww{□tyfpmwlih□f}□WTR□qiqfivw0□viww□epqswx□irxmvip}□sr□Ew□wxvmrk□sj□gew
xs□Qeqtyw□Vijsv{□3ri□i|eqtpi□tvsjmpih□mr□hixemp□ew□xli□645;□tvsxiwxw□sj□xlir□Wigvive
Ihygexmsr□Fixw□HiZsw□ex□xli□kvehyexmsr□geviqsr}□ex□Fixlyri1Gsso□Xli□Yrmzivwmx}2□
HiZsw□jeqmp}□erh□xlimv□glevmxefpi□jsyrhexmsrw□evi□tevx□sj□xli□Osgl□Hsrsv□Rix{s
vitsvx□epws□hve{w□sr□xli□{mhip}□gvmxmgmq~ih□jvii□wtiigl□wyvzi}□tyfpmwlih□f}□Nslr□Z
efszi-2[146]Xli□NQM□vitsvx□gmxiw□xlmw□ziv}□wyvzi}□mr□mxw□÷Tspmg}□Vigsqqirhexmsrw◇
izmhirgi□jsv□e□tevekvetl□irgsyvekmrk□pe{qeoivw□xs□gypxmzexi□e□geqtyw□gypxyvi□÷Stir

---

[200] [mppmeq□Qexxs|0□÷Jvii□I|tviwwmsr□erh□Mrxippigxyep□Hmzivwmx}>□Ls{□Jpsvmhe□Yrm
Gyvvirxp}□Qiewyvi□Yt0◇□Tspmg}□Fvmij2□Xli□Neqiw□Qehmwsr□Mrwxmxyxi0□645;<0□5162
lxxtw>33{{{2neqiwqehmwsr2svk3{t1gsrxirx3ytpsehw3645<3453Tspmg}Fvmij1JviiWtiigl1z492thj
,pewx□eggiwwih□Etvmp□540□6466-2
[201] Qexxs|0□÷Jvii□I|tviwwmsr□erh□Mrxippigxyep□Hmzivwmx}0◇ 62
[202] Qexxs|0□÷Jvii□I|tviwwmsr□erh□Mrxippigxyep□Hmzivwmx}0◇ 5<2
[647] Wii□Ettirhm|□52
[648] Qexxs|0□÷Jvii□I|tviwwmsr□erh□Mrxippigxyep□Hmzivwmx}0◇:2
[205] Qexxs|0□÷Jvii□I|tviwwmsr□erh□Mrxippigxyep□Hmzivwmx}0◇ Jr2□7;185□erh□971982
[64?] Qexxs|0□÷Jvii□I|tviwwmsr□erh□Mrxippigxyep□Hmzivwmx}0◇54
[64;] Fveh□Jvmihqer0□÷I|gpywmzi□Eyhms>□Mrwmhi□xli□Osgl□FvsxlivsȲ□Wigvix□Wiqmrev0◇
Witxiqfiv□:0□64552□Ex>
lxxtw>33{{{2qsxlivnsriw2gsq3tspmxmgw3645534=3i|gpywmzi1eyhms1osgl1fvsxlivw1wiqmrev1xetiw3
,pewx□eggiwwih□Qe}□660□6466-
[64<] Zmppewirvs0□÷Zmi{w□Eqsrk□Gsppiki□Wxyhirxw□Vikevhmrk□xli□Jmvwx□Eqirhqirx2◇

9;

Zmi{tsmrxw◇□kmzir□÷xli□jegx□xlex□qer}□wxyhirxw□lezi□e□{evtih□yrhivwxerhmrk□sj□xli□
Eqirhqirx2◇□Srp}□mr□xli□vitsvxŸw□jsvx}1rmrxl□jssxrsxi□hsiw□NQM□hmwgpswi□xli□jegx□x

    Xli□qixlshspsk}□sj□xlmw□wxyh}□lew□qsqi□yrhiv□gleppirki□wmrgi□mxw□tyfpmgexmsr□
rizivxlipiww0□mxw□jmrhmrkw□efsyx□lmkl□pizipw□sj□gmzmg□mppmxiveg}□evi□gsrwmw
wxyhmiw□sr□xlmw□xstmg□xlex□Xli□Neqiw□Qehmsr□Mrwxmxyxi□lew□vitsvxih□sr□
}ievw[64=

Xli□tspmxmgep□revvexmzi□xlex□Jpsvmhier□gsppikiw□erh□yrmzivwmxmiw□jegih□e□geqtyw
{ew□pevkip}□gviexih□erh□xlir□ekkviwwmvmzip}□tvsqsxih□f}□syxpixw□qmoi□Geqtyw□Vijsvq0□
xlmro□xerow□pmoi□NQM0□erh□izirxyepp}□qehi□mxw□{e}□mrxs□xwexi1pizip□tspmg}□hm
tspmxmgmerw□geppih□jsv□e□wspyxmsr□xs□xlmw□÷gvmwmsw2◇□Xli□jmvwx□visyrh□sj□tsp
mrxvshygih□mr□645<□ew□WF□80□tevx□sj□e□{ezi□sj□wmqmpev□fmppw□fimrk□mrxvshy
xli□gsyrxv}2

             Xli□Jmvwx□Vsyrh□sj□Jvii□Wtiigl□Pikmwpexmsr

Geqtyw□Jvii□I|tviwwmsr□Egx□,645<-
Mr□645<0□ew□sri□sj□hs~irw□sj□sxliv□geqtyw□jvii□wtiigl□fmppw□jmpih□xlex□}iev0□Jp
jmpih□WF□5678□erh□LF□=4=2□Epxlsykl□xli□fmppw□hmih□mr□gsqqmxxii0□xli□pikmwpex
ersxliv□tmigi□sj□pikmwpexmsr0□WF□8□,645<-2

Pmoi□sxliv□fmppw□mrxvshygih□evsyrh□xli□gsyrxv}`wygl□ew□xlswi□fewih□sr□qship□pikmw
f}□JMVI0□EPIG0□erh□xli□Ksph{exiv□Mrwxmxyxi`WF□8□{ew□tevx□sj□xli□rexmsr1{mhi□ijjs
hs{r□sr□wtieoiv□hmwmmrzmxexmsrw□erh□xli□÷ligopivŸw□zixs2◇□Xli□fmppw□gviexih□e□rie
÷mrxivjivmrk◇□{mxl□jvii□i|tviwwmsr□erh□gviexih□qerhexsv}□qmrmmqyq□tyrmwlqirxw□jsv□s
WF□8□jsvfmhw□÷gsrhygx□xlex□mrxirxmsrepp}□erh□wmkrmjmgerxp}□lmrhivw□ersxliv□tivw
i|tviwwmzi□vmklxw1[2□xs□sxliv□{svhw0□WF□8□gvimqmel~iw□jsvqw□sj□sxliv{mwi□jvii□wtiigl
tvsxixih□wxxdspeech rights[ 2□Mx□÷wxerhw□sr□wleo}□gsrwxmxyxmsrep□kvsyrh◇□ywih□f}□hmwwxmrk
xler□e□÷qmrsv0□fvmij□i|tjpiixmrk□rsrzmspir□fmwwxmxmsrw□xlex□evi □[55]□wspeith□sj□fv
Xli□fmpp□mrgpyhiw□e□geywi□sj□egxmsr□xlex□epps{w□wtieoivw□xs□jmpi□pe{wymxx□m
{ew□mrxvivytxih>

    ,8-□GEYWI□SJ□EGXMSR2'E□tivwsr□{lswi□i|tviwwmzi□vmklxw□evi□zmspexih□f}□er□
tvslmfmxih□yrhiv□xlmw□wigxmsr□qe}□fvmrk□er□egxmsr□ekemrwx□e□tyfpmg□mrwx
ihygexmsr□mr□e□gsyrx□sj□gsqtixirx□nyvmwhmgxmsr□xs□sfxemr□hiqpevexsv}□erh□
viewsrefpi□gsyrx□gswxw0□erh□e[56]□svri□}jiew2

---
[64] Qexxs|0□÷Jvii□I|tviwwmsr□erh□Mrxippigxyep□Hmzivwmx},0◇67
[654] Jpsvmhe□Wxexi□Wirexi0□÷Wirexi□Fmpp□80□Jpsvmhe□Wirexi◇ 645<□572
lxxtw>33{{{2q}jpsvmhelsywi2ksz3Wigxmsrw3Fmppw3fmppwhixemp2ewt|CFmppMhA9=<7;*
Ew□Irvsppih>
lxxtw>33{{{2q}jpsvmhelsywi2ksz3Wigxmsrw3Hsgyqirxw3psehhsg2ewt|CJmliReqiAcw4448iv2HSG\
*HsgyqirxX}tiAFmpp*FmppRyqfivA4448*WiwwmsrA645<2
[655] Mfmh2□tk□570□pmriw□7:817:92
[656] Mfmh2□tk□590□pmriw□85418582

Wmqmpev□xs□geqtyw□jvii□wtiigl□pikmwpexmsr□mr□sxliv□wxexiw0□xli□mrmxmep□pikmwp
fsxl□gleqfivw□sj□xli□Jpsvmhe□Pikmwpexyvi□f}□qiqfivw□sj□EPIG2□Hirrmw□Fe|pi}0□tvmqev
sj□WF□56780□mw□e□qiqfiv□sj□EPIG2□Jmzi□wtsrwsvw□sj□LF□=4=0□mrgpyhmrk□tvmqev
Gpiqsrw□erh□Fsf□Vsqqip□erh□wigsrhev}□wtsrwsvw□Pevv}□Elivr0□Newsr□Jmwgliv0□erh□P
evi□EPIG□qiqfiv}2□Wir2□Vshvmkyiw0□e□Lswvi□wtsrwsv□sj□LF□=4=□mr□645<0□{ew□pexi
wtsrwsv□sj□LF□677Ÿw□Wirexi□gsqtermsr□fmpp0□WF□6:8-0□mr□64652

Xli□mrjpyirgi□sj□Osgl□rix{svo□xlmro□xerow□mr□ehzsgexmrk□jsv□xliwi□geqtyw□jvii□wtiigl
izmhirx□mr□xli□hikvii□xs□{lmgl□xli□Jpsvmhe□Wxexi□Pikmwpexyvi□vipmih□ytsr□xliwi□kvsy
tvshygmrk□xli□vipizerx□fmpp□erep}wmw2□Jsv□i|eqtpi0□xli□wyfwxerxmzi□tevx□sj□xli□fmpp
LF=4=□,645<-□uysxiw□xli□stivexmzi□÷wlmph◇□tvsvmsr□sj□xli□Glmgeks□Wxexiqirx0□erhl
irxmvip}□fewih□sr□{svow□tvshygih□f}□svkerm~exmsrw□jyrhih□f}□xli□Osgl□Hsrsv□Rix{svo
erep}wmw□qmxmgixli□Neqiw□Qehmwsr□MrwxmxyxiŸw□6457□vitsvx□÷Jpsvmhe□Wmvwmrk0□
i|tviwwmsr□erh□Mrxippigxyep□Hmzivwmx}0◇□erh□e□qsvi□vigÿrxŸMI'MVII□pikfp□mrgïewmï2
erep}wmw□wmw0□xliwi□vitsvxw□erh□jmrhmrkw□evi□xeoir□ew□jegx`rsx□xli□tvshygxw□sj□tsp
mrjvewxvygxyvi2

Xli□erep}wmw□sj□xli□WirexiŸw□gsqtermsr□fmpp0□WF5678□,645<-0□gmxiw□wiziver□jvii□
mxw□wyfwxerxmzi□tevktvpt0□gsrgpyhmrk□xlex>

Gyvvirxp}0□mx□ettievw□qer}□jmvwx□eqirhqirx□gewiw□wixxpi□ex□fiv{iir□(690444□e
sv□jsv□xli□viuyiwxih□egxmsr□,wygl□ew□ipmqmrexmrk□jvii□wtiigl□}~sri□tpyw□p
gswxw2□Ls{iziv□xli□qsxx□ikvikmsyw□gewiw□lezi□wixxpih□ex□ew□qygl□ew□,5440
erh□x}tmgepp}□mrzspzi□xli□{svkjyp□xivqmrexmsr□sj□tvsjiwwsv□erh□gsqtewexmsr
{ekiw2 [215]

Xlivii□sj□xli□wm|□pe{wymxw□gmxih□mr□xli□jssxrsxiw□evi□JMVI□gewiw0□erh□sri□mw□e□
Jviihsq□gewi□sr□filepj□sj□XŸYWE2

[213] Wsyvgi□[exgl0□÷Jpsvmhe□EPIG□Tspmxmgmerw2◇
lxxtw>33{{{2wsyvgi{exgl2svk3mrhi|2tlt?Cxmpkpi AJpsvmhecEPIGcTspmxmgmerw□,pewx□eggiwwih□
6466-2
[658] Jpsvmhe□Wirexi0□÷Lswvi□Fmpp□=4=□,645<-□1□Xli□Jpsvmhe□Wirexi0◇□Ex>
lxxtw>33{{{2jpwirexi2ksz3Wiwwmsr3Fmpp3645<3=4=□,pewx□eggiwwih□Qe}□660□6466-
Jpsvmhe□Wirexi0□÷GW3GW3WF6:8>□Lmkliv□Ihygexmsr□1□64650◇□Ex>
lxxtw>33{{{2jpwirexi2ksz3Wiwwmsr3Fmpp3646536:8□,pewx□eggiwwih□Qe}□660□6466-
[215] Florida Senate, "LSYWI□SJ□VITVIWIRXEXMZIW□WXEJJ□EREP}WMW FMPP□'>
GW3GW3WF=4=0◇□Jifvyev}□650□645<0
lxxtw>33{{{2jpwirexi2ksz3Wiwwmsr3Fmpp3645<3=4=3Erep}wiw3l4=4=h2IHG2THJ
[65] Jpsvmhe□Wirexi0□÷Xli□Jpsvmhe□Wirexi□Fmpp□Erep}wmw□erh□Jmwgep□Mqtegx□Wxexiqir
56780◇□Jifvyev}□□5=0□645<2
lxxtw>33{{{2jpwirexi2ksz3Wiwwmsr3Fmpp3645<356783Erep}wiw3645<w456782tvi2ny2THJ
[65] Jsyrhexmsr□jsv□Mrhmzmhyep□Vmklxw□mr□Ihygexmsr0□÷Hm|mi□Wxexi□Yrmzivwmx}□Wi
Ekviiqirx◇□Witxiqfiv□5;0□64592
lxxtw>33{{{2xlijmvi2svk3hm|mi1wxexi1yrmzivwmx}1wixxpiqirx1ekviiqirx3?□Jsyrhexmsr□jsv□Mrh

[lir□WF□5678□erh□LF□=4=□{ivi□jmpih0□Eqivmgerw□jsv□Tvswtivmvw}□erh□xlimv□qmppirr
wyfwmhmev}0□Kirivexmsr□Sttsvxyrmxmw}0□geqi□syx□mr□jypp□wyttsvx□ sj□Sqdip pikmwpexmsr2
rsxih□xlex□xli□fmpp□{ew□÷wyttsvxih□f}□xli□Wxexi□Yrmzivwmx}□W}wxiq□Fsevh□sj□Kszivr
Eqivmgerw□jsv□Tvswtivmvw}0□Kirivexmsr□Sttsvxyrmxmw}□erh□qer}□wxyhirxw□jvsq□evsyrh□xli
Sri□sj□xli□srp}□ihygexsvw□{ls□geqi□syx□mr□wyttsvx□sj□xli□fmpp0□Qevlipp□HiVswe0□xli
Jpsvmhe□Exprexmg□Yrmzivwmx}□erh□ {ew□egxmzip}□vigimzmrk□jyrhmrk□jvsq□xli□Glevpiw
Jsyrhexmsr□[24□Eqsrk□xli□wxyhirxw□{ls□wtsoi□mr□jezsv□sj□xli□fmpp0□sri□{ew□Wirexe□m
mrxivrwlmt□fiber□xli□wqi□qsrxl□xli}□fiber□e□tswmxmsr□ext[5□Geqtyw□Vijsvq2

<u>Jpsvmhe□Wxexiqirx□sr□Jvii□I}tviwwmsr□,645=-</u>
Izir□ejxiv□xli□wyggiwwjyp□645<□tewweki□sj□JpsvmheŸw□÷Geqtyw□Jvii□I}tviwwmsr□Egx0
sjjmgmepw□xsso□jyvxliv□wxitw□xs□irwyvi□tvsxigxmsrw□jsv□vmklx1{mrk□wtiigl□sr□geqtyw
645<0□Kszivrsv□Vsr□HiWerxmw□geppih□sr□JpsvmheŸw□yrmzivwmx}□erh□qsppiki□tviwmhmr
viwspyxmsr□xlex□tvsxigxw□erh□tvsqsxiw□xli□jvii□wtiigl□sj□wxyhirxw□sr□xlimv□geqtywi2
HiWerxmw□rsxih□÷Mx□mw□□i|tigxih□xlex□epp□6<□wxexi□ [6] gsppikiw□{mpp□wmkr□sr2◊

Wxexi□sjjmgmepw□vipiewih□xli□645=□Jpsvmhe□Wxexiqirx□sr□Jvii□I}tviwwmsr0□{lmgl□gsq
□yrmzivwmxmiw□xs□er□mrgviewmrkp}□i|xviqi□zivwmsr□sj□Glmgeks□Wxexiqirx Ÿw□erxm1wlmi
—————
Vmklxw□mr□Ihygexmsr0□÷Iewx□Gevspmre□Yrmzivwmx}>□Wxyhirx□Ri{wtetiv□Ehzmwiv□Jm
Tyfpmgexmsr□sj□Wxvieoiv□Tlsxs◊□JMVI□Gewi□Jmpiw0□64561572
lxxtw>33{{{2xlijmvi2svk&gewiw3iewx1gevspmre1yrmzivwmx}1wxyhirx1ri{wtetiv1ehzmwiv1jmvih1ejxiv1
mgexmsr1sj1wxvieoiv1tlsxs3?□Jsyrhexmsr□mr□Mrhmzmhyep□Vmklxw□mr□Ihygexmsr0□÷Zmgxsv
Jviihsq□□ÿLyqer□Livihmx}Ÿ□Tvojiwwsv□Vigimziw□(5440444□Wixxpiqirx◊□Tviww□Vipiewiw0□
64542
lxxtw>33{{{2xlijmvi2svk3zmgxsv}1jsv1egehiqmg1jviihsq1lyqer1livihmx}1tvojiwwsv1vigimziw154444
41wixxpiqirx3?□Qsrmge□Wgsxx0□÷KZWY□Vieglew□Wixxpiqirx□{mxl□Wxyhirx□Kvsyt□Eppikmr
Viwxvmgxih□Jvii□Wtiigl QSrmz0□Qevgl□60□645;2
lxxtw>33{{{2qpmzi2gsq3ri{w3kverh1vetmhw3645;3473kzwycviegliwcwixxpiqirxc{mxlcw2lxqp□,pewx□
eggiwwih□Etvmp□740□6466-2

[6] <Ts□{ivw□0□÷Kvsyt□wyttsvxw□ Fsf□Vsqqip□Hirrmw□Fe|p}□jsv□Fmppw□sr□Geqtyw□Jvii□W
[6] =Vsqqip□÷Gsqqirxev}>□Tvsxigxmrk□jvii□i|tviwwmsr□sr□Jpsvmhe□geqtywiw2◊
[664] Peyvir□Gsspi}0□÷Jpsvmhe□Pe{□Fsrw□Jvii□Wtiigl□^sriw0□Fy|c[mrhs{wcfi□IrjsvgihC◊
□|lmeqmv□ 0□Qevgl□570□645<2 [publikmrx]
lxxtw>33{{{2{ewmmrkxsri|mgmrmzv2gsq3vih1epivx1tspmxmgw3jpsvmhe1pe{1fsrw1jvii1wtiigl1~sri1fy|c
{mpp1mx1fi1irjsvgih?□Glevpmw□OsglJsyrhexmsr□÷Gmzmggw□Ihygexmsr□Irvmglqirx□Tvsinmgx
Exerxmg□Yrmzivwmx}}0◊□Nyri□6;0□645:2
lxxtw>33{if2evglmzi2svk3{if3645<46664896763lxxtw>33{{{2glevpiwosgljsyrhexmsr2svk3wxsv}3gmz
gw1ihygexmsr1irvmglqirx1ex1jpsvmhe1exprexmg1yrmzivwmx}3□,pewx□eggiwwih□Etvmp□
[665] ÷Kiriwmw□WerglP□P□mrohmr0
lxxtw>33{{{2pmroihmr2gsq3mr3kiriwmwwwergli~=<3hixempw3i|tivmirgi3□,pewx□eggiwwih□Etvmp□
6466-2
[666] Jpsvmhe□KszivrsvŸw□Sjjmgi0□÷Kszivrsv□Vsr□HiWerxmw□Geppw□sr□Wxexi□Gsppikiw□erh
xs□Ehstx□Jvii□Wtiigl□Viewpyxmsr0◊□Ri{w□Vipiewi0□Etvmp□590□645=2
lxxtw>33{{{2jpksz2gsq3645=3483593kszivrsv1vsr1hiwerxmw1geppw1sr1wxexi1gsppikiw1erh1yrmzivw
w1xs1ehstx1jvii1wtiigl1viwspyxmsr3

vigsqqirhexmsr0□higpevmrk□xlex□yrmzivwmxmiw□wlsyph□÷rsx□xs□wxmjpi□xli□hmwwiqmrex
rs□qexxiv□ls{□eflsvvirx2□Xli□wxexiqirx□higpeviw□xlex□sri□sj□xli□qemr□tyvtswiw□sj□lmkl
ihygexmsr□mw□÷xs□tvszmhi□e□pievrmrk□irzmvsrqirx□{livi□hmzivkirx□mhiew0□stmrmsrw□
tlmpswstlmiw0□ri{□erh□sph0□ger□fi□vmksvsywp}□hifexih□erh□gvmxmgepp}□izepyexih2◊
wxexiqirx□fymphw□sr□er□mrgviewmrkp}□tyrmxmzi□tspmg□irzmvsrqirx□{livi□÷sph0◊÷hm
mrgpyhmrk□xlswi□xlex□lezi□fiir□hifyroih□erh□hmwtvsziv0□wlsyph□gsrxmryi□xs□tpe}□er□e
xli□egehiq}2□Wygl□er□irzmvsrqirx□epps{w□vmklx1{mrk□erh□tvs1gsvtsvexi□mhiew□erh
qmwmrjsvqexmsr□,wygl□ew□vegmwx□mhispsk}0□gpmqexi□glerki□hirmep0□ixg2□xs□tvspm
w}wxiq□sj□tyrmwlqirx□jsv□pijx1{mrk□wtiigl□egxw□xlex□qmklx□mrxivjivi2

Wxexi□sjjmgmepw□mrgpyhmrk□Qevwlepp□Gvmwiv0□Glergippsv□sj□xli□Jpsvmhe□Wxexi□Yrm
wtievliehih□xli□mrmxmexmzi□{mxl□xli□tviwmhirxw□sj□Jpsvmhe'w□wxexi□yrmzivwmxmiw2
xs□lmw□wipigxmsr□ew□Glergippsv□mr□64570□Qevwlepp□Gvmwiv□wivzih□ew□glemv□sj□
xlmrk□xerk□pmwxih□f}□xli□Wxexi□Tspmg□Rix{svo□yrxmp□vigirxp}□ew□rsr1qiqfiv□svkerm
rsxi[668]

[mxlmr□x{s□}ievw0□xli□Jpsvmhe□Pikmwpexyvi□leh□tewwih□e□geqtyw□jvii□wtiigl□pe{□er
tviwmhirxw□wmkrih□e□wxexiqirx□gsqqmxmrk□xlimv□mrwxmxyxmsrw□xs□wmqppev□tvmrg
sj□gsrwmhivefpi□izmhirgi□higsrwxvwxvexmsr□xli□i□mwxirgi□sj□wyfwxerxmep□geqtyw□jvii□wtiig
zmspexmsrw0□sri□gsyph□mqekmri□xlex□xliwi□x{s□egxw□{syph□hiqsrwxvxi□qsvi1xler1wyjj
gsqqmxqirx□xs□e□w}wtiq1{mhi□gsqqmxqirx□xs□geqtyw□jvii□wtiigl2□Ls{iziv0□xli□weqi□kv
xlex□qeryjegxyvih□xli□geqtyw□jvii□wtiigl□revvexmzi□gsrxmryih□xs□ehzsgexi□jsv□ehhmxmsrs
wtiigl□pikmwpexmsrw0□xlmw□xmqi□{mxl□qsvi□hvegsrmer□erh□tyrmxmzi□qiewyviw2

Gsqfexxmrk□Mhie□Wyttviwwmsr□,6464-
E□pmxxpi□qsvi□xler□e□}iev□ejxiv□xli□vipiewi□sj□xli□Jpsvmhe□Wxexiqirx□sr□Jvii□I□tviww
Qehmwsr□Mrwxmxyxyi□,NQM□tyfpmwlih□ersxliv□vitsvx0□÷Gsqfexxmrk□Mhie□Wyttviwwmsr2◊
tvizmsyw□tyfpmgexmsrw0□xlmw□sri□peqirxw□xlex□÷geqtyw□gpmqexi□mr□Eqivmger□lmklivr
glerkih□qevoihp}□mr□vigirx□}ievw2◊□Ew□izmhirgi0□xli□vitsvx□gmxiw□xli□ehstxmsr□sj□÷
geqtyw□tspmgmiw0□wygl□ew□lmklp}□viwxvmgxmzi□wtiigl□~sriw□erh□wtiigl□gshiw◊□erh□
yrmzivwmxmiw□sj□xspivexmrk□÷mhie□wyttviwwmsr◊□{lmgl□xli□Jhiwgvmfi□ew□÷xegxmgmw
wxyhirx□egxmzmwmw◊□wygl□ew□÷hmwmrvmxexmsr□wtieoivw□erh□wlsymrkhs{r□hs{r□hs{r□{nrt
hmwekvii[22] Pmoi□xli□645;□vitsvx0□NQM□vipmiw□epqswx□irxmvip}□sr□evxmgpiw□tyfpmwlih□
Vijsvm□xs□wls{□÷wsqi□sj□xli□geqtyw□mrgmhirxs□xlex□lezi□qehi□liehpmriw□mr□rmgi□NQM

vitsvx0◊□erh□xs□tvszi□xlimv□ewwivxmsr□xlex□e□jvii□wtiigl□gvmwmw□i|mwxw□erh□viuy□wspyxmr2

Ew□mr□xli□645;□vitsvx0□xli□6464□vitsvx□vipmiw□epqswx□irxmvip}□sr□xli□{svow□sj□sv f}□xli□OSgl□Hsrsv□Rix{svo0□mrgpyhmrk□xli□Mrwxmxyxi□jsv□Lyqeri□Wxyhmiw0□JMVI0□er□Egehiq}2□Iegl□svkerm~exmsr□mw□e□tewx□sv□tviwirx□qiqfiv□sj□xli[65]□Wxexi□Tspmg}□Rix{ Qsvisviv0□xli□eyxlsvw□sj□wizivep□sj□xli□{svow□vijivivgih0□wygl□ew□Hsreph□Hs{rw0□hmw Mrwxmxyxi□jsr□Lyqeri□Wxyhmiw□Yw□Jvii□Wtiigl□erh□Stir□Mruymv}□tvskveq-0□Weqyip□Efve Vmglevh□Zhhiv0□evi□wglspevw□jyrhih□hmvigxp}□f}□xli□Glevpiw□OSgl□Jsyrhexmsr□sv□xli Lyqeri□Wxyhmiw[56]2

Xli□6464□NQM□vitsvx□emqw□xs□÷mhirxmj}□wsqi□ÿri|x□wxitwŸ□xlex□{syph□lipt□Jpsvmh gsrxmryi□xlimv□vmwi□xs□rexmsrep□tvsqmrirgi□ew□fiegsrw□sj□mrxippigxyep□jviihsq□erh i|gippirgi2[56=]Xli□vigsqqirhexmsrw□gsmq□irxmvep}□jvsq□tspmg}□qixvmgw□erh□vigsqqirhexmsrw tyfpmwlih□f}□sxliv□kvsytw□jyrhih□f}□xli□OSgl□Wiqmrev□Rix{svo0□mrgpyhmrk□JMVI□erh□t Lixivshs|[Egehiq]2

Mr□64650□Wtiigl□Jmvwx□wyih□xli□Yrmzivwmx}□sj□Girxvep□Jpsvmhe0□eppekmrk□xlex□xli tspmgmiw□gviexih□qiewyviw□xlex□÷viwiqfpi□viih ÿg'égensxyeqfwms™□{ivi□jmpih□f}□xli Eppmergi□Hijirhmrk□Jviihsq0□JMVI0□xli□Gexs□Mrwxmxyxi0□erh□wiziver□sxliv□svkerm~exm xli□OSgl□Hsrsv□Rix{svo2

Xli□ekkvikexi□iijjigx□sj□xli□egxmsrw□xeoir□f}□xli□efszi□kvsytw□lew□fiir□xli□gviexmsr□sj revvmexmzi□xlex□{ew□ywih□xs□nywxmsj}□LF□677□erh□mxs□tvihigwwsv□pikmwpexmsr2

### LF□677>□Xli□Wigsrh□Vsyrh□sj□Geqtyw□Jvii□Wtiigl□Pikmwpexmsr

Kmzir□xlex□xlmro□xerow0□qihme□syxpixw□wxyhirx□kvsytw0□erh□pmxmkexmsr□syxpixw Hsrsv□Rix{svo□lezi□fiir□pevkip}□viwtsrwmfpi□jsv□qeryjegxyvmrk□xli□gpemqs□xlex□e□jvii gvmwmw□i|mwxs□mr□Jpsvmhe0□erh□mr□tawwmrk□e□jmvwx□vsyrh□sj□geqtyw□÷jvii□w irxmvep}□wyvtvmwmrk□xlex□Osgl1jyrhih□kvsytw□epws□tvszmhih□xli□sr1xli1kvsyrh□ehzsgeg} 6772

---

[66] Qexxs□|0□÷Gsqfexxmrk□ÿMhie□Wyttviwwmsr0◊□Jr2□60□5915=2
[66;] Wxexi□Tspmg}□Rix{svo0□÷Xli□Rix{svo0◊□Ezempefpi□ex>□lxxtw>33wtr2svk3hmvigxsv}3□, Qe□]□5=0□6466-2
[66<][mpwsr□erh□Oeqsj…spii—0Wtiigl□erh□Osgl□Qsri}           0□5781579? Vmglevh□Zhhiv0□÷Egehiqmg Jviihsq0□Mrxippigxyep□Hmzivwmx}0□erh□xli□Glevpiw□OSgsfiv□Jsyrhexmsr0□645<2
[66=] Qexxs□|0□÷Gsqfexxmrk□ÿMhie□Wyttviwwmsr0◊□62
[674] Wtiigl□Jmvwx0□÷Yrmzivwmx}□sj□Girxvep□Jpsvmhe0◊□Ex> lxxtw>33wtiigljmvwx2svk3gewi3yrmzivwmx}1sj1girxvep1jpsvmhe3,pewx□eggiwwih□Qe□]□5=0□6

Mr□Neryev□64650□Jpsvmhe□Lsywi□Vitviwirxexmzi□Wtirgiv□Vsegl□mrxvshygih□LF□677□tyt tvsqsxi□÷mrxippigxyep□jviihsq□erh□zmi{tsmrx□jilmqipwipxj2w□pexmsr□evsyrh□÷mrxippigxyep hmzivwmx}◊□leh□fiir□mrxvshygih□rexmsrepp}□f}□REW□mr□645=0□LF□677□hsiw□rsx□gs Sjjmgi□sj□Tyfpmg□Tspmg□□Izirxw□fyx□vexliv□jsgywiw□sr□er□erxm1wlmiphmrk□tvszmwms mrxippigxyep□hmzivhmx}□wyvzi}2□Xli□erxm1wlmiphmrk□tvszmwmsr□mw□xeoir□hmvigxp}□

Wxexiqirx□erh□xli□wyvzi}□qmvvsvw□qship□pikmwpexmsr□tyfpmwlih□f}□xli□Eqivmger□Pikm I|glerki□Gsyrgmp□,EPIG-2□Xli□vigsvhmrk□tvszmwmsr□ettievw□xs□fi□yrmuyi□xs□Jpsvmhe2

Xli□erxm1wlmiphmrk□tvszmwmsr0□xeoir□rievp}□zivfexmq□jvsq□xli□Glmgeks□Wxexiqirx◊,wii hijmriw□÷wlmiphmrk◊□ew□er}xlmrk□xlex□÷pmqmx_wa□wxyhirxwŶ0□jegypx}□qiqfivwŶ0□sv eggiww□xs0□sv□sfwivzexmrviewxjwjth□stmrrmsrw□xlex□xli}□qegxsjsmx□epi0
yr{ipgsqi0□hmwekviefpi0□sv□sjjirxm27ri}□□{e}□sj□gsrxvsvw0□xli□Glmgeks□Wxexiqirx□ewwivxw□xlex
÷mx□mw□rsx□xli□tvstiv□vspi□sj□xli□Yrmzivwmx}□xs□exxiqtx□xsshmivmiyplvh□□mrhmzmhyep
stmrrmsrw□xli}□jmrh□yr{ipgsqi0□hmwekviefpi0□sv□izir□hiitp}□sjrm2ŵ□Sjjmqmxli□Glmgeks
Wxexiqirx□{e□□hiwmkrkrih□ew□e□geqtyw□tspmg}0□LF□677□ksiw□e□wxit□qygl□jyvxliv□f}
tyrmxmzi□qiewyvi□jsv□eri}□sri□geyklx□÷wlmiphmrk◊□sxlivw□jvsq□mhiew2□Xli□rikexmzi□ijjig
ehhmxmsr□evi□hmwgywwih□mr□Tevx□MMM2

[lmpi□hifexmrk□LF□677□sr□xli□Wirexi□jpssv0□Wir2□Vshvmkyiw□hmvigxp}□egors{pihkih□x
Wxexiqirx□ew□xli□wsyvgi□sj□xli□wlmiphmrk□tvszmwmsr2□Ew□fegokvsyrh□sr□÷{l}◊□wlmipl
fmpp0◊□Wir2□Vshvmkyiw□vieh□xli□efsziŷuysxi□jvsq□xli□Glmgeks□Wxexiqirx2□Li□xlir□gmx
Jpsvmhe□Wxexiqirx□sr□Jvii□I|tviwwmsr□erh□hiwtmxi□xli□645=□wxexiqirx□gsrxemrrmrk□rs□
qiewyvi'evkyih□xlex□LF□677□wmqtp}□gshmjmih□xlex□pmgl□qypx}□xli□piehiww□sj□xli□Jpsvmhe
W}wxiq□erh□wxexi□yrmzivwmx}□w}wxeq□lezi□epvieh}□67h tyfpmgdji.Vli□wyvzi}□qqxxii
sr□Ihygexmsr0□Wir2□Vshvmkyiw□hiwgvmfih□xlex□LF□677□{ew□mrxirhih□xs□psgo□mr□x
Wxexiqirx□ex□epp□sj□JpsvmheŶw□gsppikiw□erh□yrmzivwmxiw0□÷_faigeywi□_yrmzivwmx}
erh□÷e□ri{□tviwmhirx□gsyph□gsqi□mr□erh□we}□{i'Vi□ksmrk□xs□{epo_e{e{e}◊□jvsq□xlex□
erh□f}□÷tyxxmrk□xlmw□mr□wxexyxi0□{i□evi□we}mrk□ew□e□fsh}□xlex□7h ejjmrvq□xli□

Mr□xli□Lsywi□hifexi□Vitviwirxexmzi□Vsegl□wxevxih□f}□uysxmrk□xli□Glmgeks□Wxexiqirx0□
645=□Jvii□I|tviwwmsr□wxexiqirx0□fijsvi□gpemqmrk□xlex□÷hiwtmxi□xlswi□higpevexmsrw0□
gsqqmxxqirx□sj□syv□gspmkrmmwvmxvmewxmrxs□xli□jvii□wtiigl□wtevio◊□Vitviwirxexmzi□Vsegl
wsqi□mrhmzmhyep□wxexi□wyvzi}□w}rsx□mr□Jpsvmhe□hsiw□xlex□lezi□mhirxmjmih□xlew□sxlivw
jeppmrk□jev□wlsvx□sj□xlex□mhiep□si|pxviwmrr□erh□gsqqqxirx□xs□xli□Jmvwx□Eqirhqirx2□
Vitviwirxexmzi□Vsegl□xlir□wxexiw□xlex□LF□677□mw□rigiwwev}□mr□svhiv□xs□kix□xlex□

<hr>

[675] Jpsvmhe□Lsywi□sj□Vitviwirxexmziw0□÷GW3GW3LF677□,6465-11Tswxwigwrhev}□Ihygexmsr0
lxxtw□33{{{2q}jpsvmhelsywi2ksz3Wigxmsrw3Fmppw3fmppwhixemp2ewt|CFmppMhA;4747□pewx□
740□6466-2
[676] Jpsvmhe□Lsywi□sj□Vitviwirxexmziw0□÷GW3GW3LF677□,6465-11Tswxwigwrhev}□Ihygexmsr0
[677] Kisjjvi}□V2□Wxsri0□ix□ep20□□÷Vitsvx□sj□xli□Gsqqmxxii□sr□Jvii□I|tviwwmsr2◊
[678] Jpsvmhe□Wirexi0□□Jpsvmhe□Wirexi□Wiwwmsr□Etvmp□5wx0□6465□Eyhms□Xverwgvmtxmsr□
[679] Jpsvmhe□Wirexi□Gsqqmxxii□sr□Ihygexmsr0□÷Jpsvmhe□Wirexi□Gsqqmxxii□sr□Ihygexmsr
6:xl0□6465□Eyhms□Xverwgvmtxmsr◊□6916:2

rsx□ewomrk□}sy□xs□qeoi□e□tspmg}□higmwmsr2□MŸq□ewomrk□}sy□xs□ewo□e□uyiwxn
kexlivrmrk□sj□iqtmvmgep[□hexe2◊

Mr□ehhmxmsr□xs□xli□wlmiph□tvszmwmsr0□LF□677□epws□qerhexiw□xli□gviexmrk□sj□e
wxejj0□erh□jegyp}□ex□wxexi□gsppikiw□erh□yrmzivwmxmiw2□Xlmw□tvszmwmsr□mw□wm
tvshygih□f}□EPIG2□EPIGŸw□644:□Mrxippigxyep□Hmzivwmx}□mr□Ihygexmsr□Egx□gsrxemrv
xlex□viuymviw□e□wxexi□xs□÷_gasrhygx□e□wxyh}□xs□ewwiww□xli□gyvvirx□wxexi□sj□m
geqtyw2℗: 67<

Pmoi□Jpsvmhe□Ÿw□645<□Geqtyw□Jvii□I|tviwwmrr□Egx0□LF□677□{ew□epws□wtsrwsvih□f}
pikmwpexsvw2□Ex□xli□xmqi□LF□677□{ew□jmpih0□Vit2□Vsegl□{ew□xli□Jpsvmhe□Wxexi□n
Vit2□Vsegl□mw□eqsrk□xli□pikmwpexsvw□reqih□mr□e□6466□MVW□gsqtpemrx□jmpih□ejx
pikmwpexsvw□÷jvii□eggiww□xs□wstlmwxmgexih□zsxiv□qerekiqirx□erh□geqtemkr□wsj{evi
ipigxmsr□g}gpi□{svl□xlsywerhw□sj□hsppevw0◊□hiwtmxi□EPIG□fimrk□tvslmfmxih□jvsq□irk
ipigxsvep□egxmzmx}□yrhiv□jihivep□pe[□erh□mr□zmspexmsr□sj□Jpe2□ℕ□Wxex2®☒54:24<□l

Sxliv□wtsrwsvw□sj□LF□677□mrgpyhi□Vit2□Gsvh□F}vh0□Vit2□Nyer□Jivrerhi~1Fevuymr0□V
Kviksv}0□Vit2□Xlsqew□Piio0□erh□Vit2□Erxlsr}□Wefexmrm0□iegl□sj□{lsq□{ew□e□qiqfiv□s
EPIG□685□Vit2□Wefexmrm□epws□exxirhih□e□Neryev}□6465□EPIG□xvemrmrk□wiwwmsr□{mxl□e
YWE0□{livi□e□tevxmrwmlmt□fix{iir□xli□x{s□svkerm~exmsrw□wsyklx□xs□÷mrgviwi□xli□etts
gsrivzexmzi□wxyhirx□vikirxw◊□sr□wxexi□fsevh□sj□vikirxw0□mr□svhiv□xs□÷wezi□syv□m
fvmrk□xliq□fego□jvsq□xli□fvmrk□sj□pyreg}□□℗erh□xveqwxvmrk□wxyhirxw0□{ls□wimkrih□LF

67: Jpsvmhe□Lsywi□sj□Vitviwirxexmziw0□÷Jpsvmhe□Lsywi□Tswx1Wigsrhev}□Jifvyev}□5;xl0□6
Xverwgvmtxmsr◊□Jifvyev}□5;0□6465□5;2

67; EPIG□I|tswih0□÷Mrxippigxyep□Hmzivwmx}□mr□Lmkliv□Ihygexmsr□Egx0◊□Girxiv□jsv□Qih
Hiqsgveg}2
lxxtw>33{{{2epigi|tswih2svk3{3mqekiw3j3j:36F561MrxippigxyepcHmzivwmx}cmrcLmklivcIhygexmsr
EgxcI|tswih2thj◊,pewx□eggiwwih□Qe}□50□6466-2
67<Sxliv□tvszmwmsrw□sj□xli□qship□fmpp□ger□fi□jsyrh□mr□xli□qship□geqtyw□jvii□wtiigl
tvshygih□f}□EPIG□erh□xli□Ksph□[exiv□Mrwxmxyxi2□Jpsvmhe□Ÿw□645<□Geqtyw□Jvii□I|tviw
gsrxemrw□tvszmmwmsrw□wmqmpev□xs□xli□644:□qship□fmpp□mrglyhmrk□tvszmwmsrw□xl
gshiw□erh□tvsxigx□gsrxvszivwmep□wtiieoivw□jvsq□tvsxiwxsvw2
67=Eqivmger□Pikmwpexmzi□I|glerki□Gsyrgmp0□□÷Wxexi□Glemvw2◊
lxxtw>33if2evglmzi2svk3{if3646648554:655<3lxxtw>33epig2svk3efsyx3wxexi1glemvs32□Wii□epw
Wsyvgi[exgl0□÷Jpsvmhe□EPIG□Tspmmq2qermew2◊
lxxtw>33{{{2wsyvgi{exgl2svk3mrhi|2tltCxmxpiAJpsvmhecEPIGcTspmxmgmerw□,pewx□eggiwwih□Q
6466-2
684 Girxiv□jsv□Qihme□erh□Hiqsgveg}0□□□÷Gsqtpemrx□jsv□Zmspexmsr□sj□Jpsvmhe□Geqtem
Pe{w2◊□□lxxtw>33w72hsgyqirxgpsyh2svk3hsgyqirxw36545<=8<3jp1epig1gevi1gsqtpemrx1wmkrih
,pewx□eggiwwih□Qe}□50□6466-2
685 Jpsvmhe□Lsywi□sj□Vitviwirxexmziw0□÷GW3GW3LF677□,6465-11Tswxwigsrhev}□Ihygexmsr0
lxxtw>33{{{2jpwirexi2ksz3Wiwwmsr3Fmpp364653677?□Wsyrgi[exgl0□÷Jpsvmhe□EPIG□Tspmxmgm
686 Hezmh□Evqmeo0□÷EPIG□[svmrk□mr□Tevxrivwlmt□{mxl□Xyvrmrk□Tsmrx□YWE0□Qensv□Yrmz
Getmxsp□Mrwyvvigxmsr◊□Girxiv□jsv□Qihme□erh□Hiqsgveg}0□Neryev}□570□64652
lxxtw>33{{{2i|tswihf}gqh2svk364653453573epig1{svmr1mr1tevxrivwlmt1{mxl1xyvrmrk1tsmrx1yws
qensv1tpe}iv1mr1getmxsp1mrwyvvigxmsr3

:8

677☐mr☐Nyri☐64650☐{ew☐xlii☐oi}rsxi☐wtieoiv☐ex☐er☐EPIG☐gsrjivirgi☐xlii☐jspps{mrk☐qsrx
li☐zs{ih☐xs☐gsrxmryi☐jmklxmrk☐jihivep☐GSZMH15[687]Ilikype☐ih1 lm2☐gsqqmxqirx☐xs
ywmrk☐epp☐qierw☐xs☐tyrmwl☐wglsspw☐xlex☐hijmih☐lmw☐tevxmwer☐tswmxmsr☐sr☐GSZMH

Mr☐ehhmxmsr☐xs☐fimrk☐wtsrwsvih☐f}☐xli☐weqi☐kvsstw☐xlex☐ehzsgexih☐jsv☐xli☐jmvxx
wtiigl◇☐pikmwpexmsr0☐LF☐677☐eqirhw☐w2544824=;0☐xli☐i|egx☐wxexyxiw☐gviexih☐f}☐xli
Jvii☐I|tviwwmsr☐Egx2◇☐Xli☐645<☐pikmwpexmsr☐gviexih☐ie☐geywi☐sj☐egxmsr☐xlex☐epps☐
jiipw☐xlimv☐jvii☐i|tviwwmsr☐lew☐fiir☐hmwvytxih☐xs☐wyi>

,8-☐GEYWI☐SJ☐EGXMSR2’E☐tivxsr☐{lswi☐i|tviwwmsr☐vmklxw☐evi☐zmspexih☐f}☐er
tvslmfmxih☐yrhiv☐xlmw☐wigxmsr☐qe}☐fvmrk☐er☐egxmsr☐ekemrwx☐e☐tyfmpmg☐mrwx☐
ihygexmsr☐mr☐e☐gsyvx☐sj☐gsqtixirx☐nyvmwhmgxmsr☐xs☐sfxemr☐higpevexsv}☐erh☐
viewsrefpi☐gsyvx☐gswxw0☐erh☐exxsvrei}☐jiiw2☐WF8☐,645<☐[688][☐t590☐pmriw☐854185

Xlmw☐pe{☐gviexiw☐e☐tyrmxmzi☐vigsyvwi☐jsv☐gsrwivzexmzi☐wxyhirxw0☐jegypx}0☐erh☐mrz
jiip☐xlex☐xli☐lezi☐i|tviwwmzi☐vmklxw☐zmspexih2☐Xli☐pe{☐tvslmfmxw☐÷qexivmep☐erh☐w
hmwvytxmsr◇☐xlex☐÷mrxirxmsreppy☐erh☐wmkrmjmgerxp}☐lmrhivw☐erxsliv☐tivwsrYw☐sv◇☐kv
vmklxw2☐Xlmw☐pe{☐{liptw☐tvsxigx☐xli☐lmklp}1gsssvhmnrexih☐ijjsvxw☐sj☐mrzmxih☐wtieoivw3
wxyhirxw0☐erh☐wyyhirx☐kvsytw0☐hiwgvmfih☐mr☐Tevx☐M-◇[ls☐lezi☐qehi☐er☐mrhywxv}☐sk
qeryjegxyvmrk☐xli☐ettievergi☐sj☐÷gergip☐gypxyvi0◇☐i|pmfivep☐fmew0◇☐erh☐÷xls☐girwsvwln
gsrwivzexmzi☐wtiigl☐sr☐geqtyw2☐Xli☐÷svmkmrep☐wxexyxi☐epws☐wtigmjmgepp}☐÷vigskrm~ihp
egxmzmxmiw☐sj☐kvsytw0☐erh☐wtigmjmgepp}☐jsvfihi☐mrhssv☐tvsxiwxw☐sv☐wtiigl☐egxw☐
fvmij0☐sv☐jfiixmrk☐rsrzmspirx☐hmwvytxmsrw☐sr☐xlex☐evi☐mwspe[X][ihaw☐terjjyknt][Imzvexmsr
gvejxih☐mr☐e☐{e}☐xlex☐wmkrmjmgerxp}☐tirepm~iw☐wxyhirx☐tvsxiwxivw☐{lse☐qmklx☐{erx☐
ekemrwx☐gsrwivzexmzi☐wtieoivw3tvsszsgexiyviw2

Jpsvmhe☐LF☐667☐,6465☐qwhmjmiw☐xli☐645<☐wxexyxi0☐w2544824=;☐Wig2☐80☐xs☐wmk
tvszmwmsr☐epps{mrk☐jsv☐pe{wymxw2☐Rs☐psrkiv☐pmqmqmxih☐xs☐xli☐qsvi☐revvs{☐gsrxi|x☐s
,{mgl0☐ekemr0☐jsgywih☐sr☐xlswi☐[lswi☐i|tviwwmsr☐{ew☐hmwvytxih-0☐LF☐677☐i|xirhw☐xl
wyii☐xs☐er☐÷tivwsr◇{wxyhirx0☐wxejj◇☐sv☐jegypx}☐qiqfiv☐{ls☐gpemqw☐xlex☐xli}☐{ivi◇☐{h
jvsq☐÷hiews☐erh☐stmrmsrw◇☐sr☐xli☐kvsyrh☐xlex☐xli}☐qmklx☐fi☐÷yrgsqjsvxefpi0☐yr{ipgs
hmwekviiefpi0☐sv☐sjjirwmzi2◇☐Xli☐tvszmwmsr☐rs{☐viehw>

,8-☐GEYWI☐SJ☐EGXMSR2☐’E☐~~tivwsr☐{lswi~~ f}☐e☐zmspexm [kwr sj☐tviwwmsr]evi☐vmklxw
~~evi☐zmspexih~~ f}☐er☐egxmsr☐tvslmfmxih☐yrhiv☐xlmw☐wigxmsr☐qe}☐fvmrk☐er☐egxmsr
,e~~  Ekemrwx☐e☐tyfmpmg☐mrwxmxyxmsr☐sj☐[xliklivℓihygexmsr]☐sj☐xli
mrhmzmhyep☐w☐i|tviwwmsr~~ imvmklw☐gsyvx☐sj☐gsqtixirx☐nyvmwhmgxmsr☐xs☐sfxemr☐hikpe
erh☐mnryrgxmzi ~~~~~relmie~~ fi☐irxmxpih☐xs☐hageeaw tyyw☐gsyvx☐gswxw0☐erh☐viewsvef
~~exxsvrei~~ jiiw0☐{lmkl☐qe}☐srp}☐fi☐itemh☐jvsq☐rsr~~we ie w~~dyfpi☐gsyvx0
erh☐exxsvrei}☐jiiw2

────────────

[687] Qexx☐Gerleq0☐÷Mr☐Yxel☐Wtiigl0☐JpsvmheYw☐Vsr☐HiWerxmw☐Qsgow☐Ri{☐GHG☐Vigsqq
sr☐Qewow0☐Wex☐Peoi☐Xvmfyri ,0☐Nyp}☐6<0☐64652
[688] Jpsvmhe☐Wxexi☐Wirexi0☐÷Wirexi☐Fmpp☐80☐Jpsvmhe☐Wirexi0☐◇592
[689] Jpsvmhe☐Wxexi☐Wirexi0☐÷Wirexi☐Fmpp☐80☐Jpsvmhe☐Wirexi0☐◇572
[68:] Jpsvmhe☐Lsywi☐sj☐Vitviwirxexmziw0☐÷GW3GW3LF677,6465☐Txwxwigsrherh}☐Ihygexmsr0

Xli□zekyi□÷wlmiphmrk□◊□wxerhevh0□erh□mxw□jsgyw□wtigmjmgepp□□sr□e□gpemq□xlex□◊
÷wlmipih◊□jvsq□mhiew□sv□stmrmsrw□xlex□evi□÷yrgsqjsvxefpi0□yr{ipgsqi0□hmwekviiefpi□□
sjjirwmzi◊□ettievw□{vmxxir□xs□lipt□irefpi□i|egxp}□xli□x}tiw□sj□pe{wymxw□jezsvih□f}□x
stivexmziw□{ls□{svo□gpswip□}□{mxl□xli□rix{svo□sj□geqtyw1jsgywih□kvsytw□fegoih□f}□xlii
Hsrsv□Rix{svo2□Mx□iqts{ivw□xliq□mr□tevxmgypev□xs□ywi□xli□gsyvx□w}wxiq□xs□wyttviw
wtiigl□erh□eqtpmj}□tvs1gsvtsvexi□sv□vmklx1{mrk□wtiigl2□Xlmw□pikmwpexmsr□epps{w□pi□pil
xeoir□rsx□nywx□f}□er□mrzmxih□wtieoiv□{ls□jiipw□xlimv□i|tviwwmvsr□{ew□hmwvytxih0□f
ipwi□sr□geqtyw□{ls□gpemqw□xlii□}□{ivi□÷wlmipih◊□jvsq□qe□wix□sj□mhiew□sv□stmrmsrw□
gpemq□jmxw□mrxs□xlmw□zekyi□erh□eqsvtlsyw□wxerhevh2□Erh□ew□xli□hmwgywwmsr□e
hs□rsx□riih□xs□{mr□xs□lezi□xlii□mqtegx□xli}□hiwmvi□□sjxir□xli□qivi□xlviex□sj□pmxmkexi□
geywi□xlswi□xevkixih□f}□xlmw□pmxmkexmsr□xs□hvgeqgepp}□glerki□xlimv□wtiigl□erh□

EPIG1ejjmpmexih□pikmwpexyvw□wtsrwsvih□LF□677□xs□eqirh□e□645<□EPIG□wtsrwsvih□w
wmkrih□mrxs□pe□{f}□Ksivrsv□{ls□exxirhih□Osgl□Hsrsv□izirsw0□erh□fewih□sr□e□ny
qeryjegxyvih□f}□xli□Osgl□Hsrsv□Rix{svo2

[lir□Ksivrsv□HiWerxmw□Ýw□sjjmgi□{ew□ewoih□f}□e□psgep□ri□{w□wxexmsr□{lixliv□xli□÷
izmhirgi□sj□tspmxmgep□zmi{tsmrxw□fimrk□wyttviwwih□sr□gspspiki□geqtywiw0◊□xli□sjjmgi□
wxexmsr□0□÷_{amxl□epp□hyi□viwtigx0M□M□xlsyklx□xlmw□hsqrrergi□sj□pijx1{mrk□svxlshs|□□{e
sj□er}□hmwwirxmrk□zmi{w□{□{ew□wsqq1qr□ors□pihki2◊□Xli□viwtsrwi□mrgpyhih□te□pmwxs□e□
ihmxsvmepw0◊□÷gstmiw□sj□wxyhmiw□tivjsvqih□f}□gsrwivzexmzi□tspmxmgep□svkerm~exms
wsyvgiw□xlex□÷ettiev□xs□lezi□xli□wspi□tyvtswi□sj□tvszmrk□xli□xlisv}□sj□mhispskmgep□□
lmkliv□ihygexmsr□mrwxmxyxmsrw2□◊□Xliwi□qexivmepw□mrgpyhih□wizivep□sj□xli□ejsviqirxmsr
mrgpyhmrk□Weqyip□EfveqwÝw□Mrwxmxyxi□jsv□Lyqeri□Wxyhmiw□wyvzi}□0□{mxlsyx□hmwgyws□
jyrhmrk□0□xli□jpe□{ih□645<□rsr1tvsfefmpmx}□wyvzi}□gsrhygxih□f}□]epiÝw□[pmppmmeq□J2□F
Tvskveq0□ew□{ipp□ew□wyvzi}□w□jvsq□xli□Lixivshs|□Egehiq}□erh□wizivep□viwsyvgiw□jvsq
ihmxsrmep□{ew□eyxlsvih□f}□Mrwxmxyxi□sj□Lyqeri□Wxyhmiw□tvsjiwwsv□erh□jsvqiv□Osg
exxsvri}0□Nslr□Le□fwrii2□KsivrsvÝw□sjjmgi□gsrgpyhih□xlex□÷xlivi□mw□tpirx}□sj□izmhirgi◊□
jvii□wtiigl□sr□geqtyw□qe□}□fi□mmr□therkiv◊□

Mr□ehhmxmsr□xs□xli□kszivrsvÝw□wxexiqirx0□xli□wxexiÝw□fmpp□erep}wmw□sj□LF□677□
epqswx□irxmvip}□sr□xli□{svo□sj□kvsytw□jyrhih□f}□xli□Osgl□Wiqrev□Rix{svo0□mrgpyhmr
Qehmsar□MrwxmxyxiÝw□6464□÷Gsqfexmrk□Mhie□Wyttviwmsr◊□vitsvx0□JMVIÝw□veromrk□M
JMVI□wyvzi}□□jyrhih□f}□xli□Glevpiw□Osgl□Mrwxmxyxi□erh□tyfpmwlih□f}□Gsppiki□Typwi□
Ihygexmsr2□Xlmw□wyvzi}□□wleviw□xli□÷nyro□wgmirgi◊□ewxigxw□sj□xli□Zmppewirsv□wyvzi
rsr1tvsfefmpmx}□weqtpi□fyx□qmwpiehmrkp}□mrgpyhiw□er□iiwximexmsr 【】sj□e□÷qevkmr□sj□

---

68; Nslr□Lewrew0□÷[l]□Gspppiiw□HsrÝx□Gevi□Efsyx□Jvii□□□□□□□□□□ 0□□Jifvyev}□□:0□□64662

68< Nsi□QgPier0□÷Gsrxvszivwmep□ýZmi{tsmrxÝ□Wyzri□}□Wirx□xs□Jpsvmhe□Ýw□Gspppiiw□Hve{□□
jvsq□Jegypx□□□□□0□□Etvmp□:0□□64662
lxxtw>33{{{2ri{w8ne]2gsq3ri{w3jpsvmhe3646634834:3gsrxvszivmep1zmi{tsmrx1wyvzi}1wirx1xs1jpj□□
hew1gsppiiw1hve{1gvmxmgmwmq1jvsq1jegypx}3□0□pewx□eggiwwih□Qe}□50□6466-2

68= Gspppiie□Typwi0□JMVI0□erh□ViepGpiev□Qihme□Kvsyt0□÷Gspppiiw□Jvii□Wtiigl□Veromrkw>□□
xli□Gpmqexi□jsv□Jvii□Wtiigl□sr□Eqivmgre□Ýw□Gspppiie□Geqtywiw◊□0:2

::

Xli srp} Jpsvmhe1wtigmjmg nywxmjmgexmsr tvszmhih jsv xli fmpp ew fewih sr JMV sj Jpsvmhe yrmzivwmxmrw0 {lmgl gpemqw xlex srp} xlvii syx sj xli ipizir wxexi yrm leh tspmgmiw ÷xlex hmh rsx mrlmfmnx XjviIINijhiwwQsh2rwsr Mrwxmxyxi vitsvx {ew gmxih x{mgi0 fyx srp} jsv mxw qirxmsr sj JMVIŸw veromrkw erh xli 645= Jpsvmhe I|tviwwmsr2

Xli fmpp erep}wmw epws uysxiw xli rerx1wlmiphmrrk tvszmwmsr sj xli Glmgeks Wxe xlex xli wxexiqrnt ÷gsrxmnryiw e xvehmxmsr sj mrwxmxyxmsrw erh svkerm~exmsrw ej mqtsvirgi sj xli jvii i|tviwwmsr erh wlevmrk sj mhiew sr gsppikii effs yrmzivivmx} { [lmpiIqer} yrmzivivmxmmw lezi ehstxih wsqi sj jsvsq sj xli Glmgeks Wxexiqivsx0 mw mw sj xlex {ew hsri ew e viwpypx sj xli ÷ipp1jyrhih0 lmklp} xevkixih svkerm~mrk ef}f} kvsytw Osgl Hsrsv Rix{svo0,wii Tevx 5-2 Xli LF 677 fmpp erep}wmw tsvxve}w xli Glmgeks sxliv pe{qeoivw ew e qemrwxvieq egehiqmg tspmg}0 {lir mx mw mr jegx kirymrip}

Mr jegx0 xli Glmgeks Wxexiqirx erh LF 677 evi qexivmepp} ex shhw {mxl xli sxliv tspmgmiw gmxih f} xli fmpp erep}wmw ew tevx sj xli ÷xvehmxmsr2◊ Ytsr gpswiv Wxexiqirx mw e vehmgep hitevxyvi jvsq xli x{s hsgyqirxw gmxih mr xli fmpp erep hsgyqirxw evi xli 6449 wxexiqirx f} xli Eqivmger Gsyrgmp sr Ihygexmsr, EGI- erh Wxexiqirx jvsq xli Eqivmger Ewwsgmexmsr sj Yrmzivwmx}Tvsjiwwwvw, EEYT-2 Xliwi wxexiqirxw gsrjpmgx qexivmepp} {mxl xli Glmgeks Wxexiqirx sr xli pmqmxs sj jvii geqtyw2 Xli 6449 EGI wxexiqirx wtigmjmgepp} geppw sr xli kszivqirx xs vigskrm~i xli ÷mrhitirhirgi sj gsppikiw erh yrmzivwmxmw erh hitirhritirhirgi jvsq kszivqirx mrxivjivirgi mr wrsx rsx viwtigx ◊ LF 6770 ew mx epps{ e {e lmklp} tspmxmgm~ih pi xst1hs {rtspmgmiw sj gsppikiw erh yrmzivwmw xlvsyklsyx xli wxexi2 Xli =5=84 EEY fepergiw wtiigl tvsxigxmsrw jsv xiegliw mrwmhi erh syxwmhi xli gpewwvssq0 fyx fe xli ÷wtigmep sfpmkexmsrs◊ xlex gsqi {mxl egehiqmg jviihsq0 reqip} xli i|ivgmws sj wj viwximx◊ {lir hmwgywwmwww mwwyiw. LF 6770 mr gsrxvewx0 {lssp} li {rs viwtigx sv viwxvemrx jsv teglivw teglivw mr xlimv ksgvsr hs wykkiws xlir xli EEYT erh EGI wxexiqirxw hs rsx wykkiws xlex xli x{s wxexiqirxw vi|mv kyerevxii yrpmqmxih wtiigl {mxl rs gsrwiuyirgi2 Rsv ger xli x{s wxexiqirxw fi liez} 1lerhih0 xst1hs{r vikypexmsr sj wtiigl2

Rsx srp} hsiw xli fmpp erep}wmw jsv LF 677 vip} epqswx irxmvip} sr qexivmepws fegsih f} xli Osgl Hsrsv Rix{svo0 fyx mx ettivw xs qwmvmviwirx sxliv qexivmepws kmzi xli ettievergi xlex xli} wyttsvx LF 6772

694 Jpsvmhe Lsywi sj Vitviwirxexmziw0 ÷LSYWI SJ VITVIWIRXEXMZIW WXEJJ JMREP FMPP EREP]WMW FMPP□◊'> GW3GW3LF 677 Tswxwigsrhev} Ihygexmsr0◊ 92 lxxtw:33{{{2jpwirexi2ksz3Wiwwmsr3Fmpp3646536773Erep}wiw3l4677~52TIP2THJ2

695 Jpsvmhe Lsywi sj Vitviwirxexmziw0 ÷LSYWI SJ VITVIWIRXEXMZIW WXEJJ JMREP FMPP EREP]WMW FMPP□◊'> GW3GW3LF 677 Tswxwigsrhev}◊ Ihygexmsr0◊ 82

696 Eqivmger Gsyrgmp sr Ihygexmsr0 ÷Wxexiqirx sr Egehiqmg Vmklxw erh Viwtsrwmfmp 670 64490 Ezempefpi ex> lxxtw:33{{{2egirix2ihy3Hsgyqirxw3Wxexiqirx1sr1Egehiqmg1Vmklxw1erh1Viwtsrwmfmpmxmiw16449 hj2

697 Eqivmger Ewwsgmexmsr sj Yrmzivwmx} Tvsjiwwsvw0 ÷=5=84 Wxexiqirx sj Tvmrgmtpiw Jviihsq erh Xiryvi,=5=84◊◊ 580 Ezempefpi ex> lxxtw:33{{{2eeyt2svk3jmpi35=84)64Wxexi ,pewx eggiwwih Qe} =5=0 6466-2

Mr□ehhmxmsr□xs□xli□fmpp□erep}wmw0□xli□xiwxmqsr}□mr□wyttsvx□sj□LF□677□hitirhih□
sr□erep}wmw□erh□i|eqtpiw□tvszmhih□f}□xlswi□wxyhirx□kvsytw0□pmxmkexmsr□syxjmxw0□
tpexjsvqw□jyrhih□f}□xli□Osgl□Hsrsv□Rix{svo2□Hyvmrk□xli□hifexi□sr□LF□6773WF□6:80□
wtsrwsvw□vijivvih□xs□jvii□wtiigl□erighsxiw□erh□xli□i|mwxirgi□sj□÷gergip□gypxyvi◇□ew□
nywxmjmgexmsr□jsv□xli□pikmwpexmsr2□Wizivep□wtieomrk□mr□wyttsvx□sj□LF□6770□mrg
wtsrwsvw0□eppyhih□xs□xli□wxerhevh□erighsxiw□sj□gsrwivzexmzi□wtieoivw□fimrk□wlsyxih1
mrgivihmfp}□vevi□sggyvvirgiw□xlex□lezi□fiir□eqtpmjmih□erh□sjxir□mrxirxmsrepp}□gviexih-
fegoih□f}□xli□Osgl□Hsrsv□Rix{svo2□Xli□Wirexi□wtsrwsv0□Wir2□Vshvmkyiw0□gmxih□JMVI◇
erh□veromrkw□ot□evkymrk□xlex□÷{lex□{i□evi□wiimrk□erh□{lex□{i□lezi□wiir□egvsww□xli□
egxw□sj□e□ÿgergip□gypxyvi◇□mr□{lmgl□tistpi□evi□wlsyxih□hs{r◇□erh□xlex□xli□÷gergi
wtvieh2[698] Ersxliv□pikmwpexsv□wtieomrk□mr□wyttsvx□sj LF□6770□Vit2□Gevyws0□gmxih□e
ewwivx□xlex□÷_{ai□ors{□xlex□xli□gergip□gypxyvi□i|mwxw◇□erh□xlex□÷xliviYw□e□tvsfp
geqtywiw2[699]

Xli□weqi□xvstiw□{ivi□vitiexih□f}□sxlivw□wtieomrk□mr□wyttsvx□sj□LF□6770□mrgpyhmrk□
xli□Neqiw□Qehmsr□Mrwxmxyxi2□Hyvmrk□xli□tyfmpg□gsqqirx□wigxmsr□sj□xli□Wirexi□Ih
Gsqmxii□lievmrk□sj□LF□6770□xli□Neqiw□Qehmsr□MrwxmxyxiYw□[mppmeq□Qexx□ev
uyiwmrwr□sj□geqtyw□tspmg}[69:]□evi□qiewyvih□f}□JMVIYw□vexmrkw□erh□xli□Lixivshs□Ege
qiewyvi□geqtyw□gyp□px}□Qexx□□izsoih□e□tmwx□sj ÷xvsyfpmrk◇□mrgmhirxw◇□mrgpyhmrk□ex
yrmzivwmxmiw□tmoi□Qmhhpifyv}□Gsppiki□,fyx□rsxepff}□Qexx□lmrgstvshmmr-xlex□LF
677□{syph□kmzi□xli□wxexi□er□sttsvxyrmx}□xs□÷i|tswi□xli□hikvii◇□sj□geqtyw□÷gergip

Xli□qswx□syxwtsoir□wyttsvxiv□sj□xli□fmpp0□psff}mwx□Fevri□Fmwlst0□ettievih□ex□qypx
xs□wtieo□mr□jezsv□vitiexihp}□gmxmrk□÷gergip□gypxyvi◇□mr□ex□piewx□xlvii□gsqmxxi

[698] Jpsvmhe□Wxexi□Wirexi0□÷Jpsvmhe□Wirexi□Gsqqmxxii□sr□Ihygexmsr□Neryev}□6:xl0□64
Xverwgvmtxmsr0◇□Neryev}□6:0□64650□tk□671692
[699] Jpsvmhe□Lsywi□sj□Vitviwirxexmziw0□÷Jpsvmhe□Lsywi□Tswx1Wigsrhev}□Jifvyev}□5:xl0□6
Xverwgvmtxmsr0◇□Jifvyev}□5;0□64650□tk□<71<82
[69:] Xli□Lixivshs□Egehiq}□wyvzi}□mw□fewih□sr□JMVIYw□vexmrkw□ew□{ipp□ew□jvii□wtiig
mrgpyhmrk□xlswi□jviuyirxp}□tvshygih□f}□wxyhirx□kvsytw□erh□syxwmhi□wtieoivw□jyrhih□f
Hsrsv□Rix{svo2
[69;] Glevpiw□Qyvre□Yw□645;□xxepo□ex□Qmhhpifyv}□Gsppikiw□mw□sjxir□ywih□ew□er□i|eqt
gsrwivzexmzi□fimrk□wmpirgih□f}□wmpirgih□f}□Ls{iziv0□wil□{ew□fvyklx□xs□geqtyw□f}□xli□EIM□wxyhir
erh□Osgl□Qsri},t2□9;1:4-0□mx□mw□mqtsvxerx□xs□viqiqfiv xlex□Glevpiw□Qyvre}Yw□irxmrvmi
jyrhih□f}□xlmro□xerow□jyrhih□f}□xli□Osgl□Hsrsv□Rix{svo0□qswx□vigirxp}□xli□Eqivmger
Irxivtvmwi□Mrwxmxyxi,EIM-2□Jyvxlivqsvi0□li□{ew□fvsyklx□xs□geqtyw□f}□xli□EIM□wxyhir
{lmgl□epws□evverkih□lmw□wtieomrk□Yjiiw2□Xli□srp}□viewsr□Qyvve}□{ew□sr□geqtyw□m
{ew□figeywi□sj□e□Osgl□pmfivxevmer□rix{svo□xlex□qehi□mx□lettir2
[69<] Jpsvmhe□Wirexi□÷Jpsvmhe□Wirexi□Gsqqmxxii□sr□Ihygexmsr□Neryev}□6:xl0□6465□Eyh
Xverwgvmtxmsr0◇□Neryev}□6:0□64650□tk□851882

eqtpmjmih□f}□er□mrgvihmfp}□{□ipp1jyrhih□rix{svo□sj□qihme□svkerm~exmsrw□erh□xlmro□
Vijsvq0□jsv□i□eqtpi0□ywiw□xli□xivq□yfmuymxsywp}2□Ew□izmhirgih□mr□xlmw□hifexi□sziv□
svkerm~exmsrw□fegoih□f}□xli□Osgl□Hsrsv□Rix{svo□lezi□gypxmzexih□xli□gsrgitx□sj□÷ger□
gypxyvi◇□{mxlmr□e□jev1vmklx□fyffpi0□ws□xlex□mhiew□erh□tevpergi□gsqqsr□eqsrk□pe□
xli□fyffpi□evi□wgevgip}□egros{pihkih□xs□i|mwx□f}□pe□{qeoivw□sysxwmhi□xli□fyffpi2

Hyvmrk□hifexi□sr□xli□fmpp0□wxexi□sjjmgmepw□epws□tpe□ih□sr□xli□yrgivemrx}□wyvvsy□
gypxyvi0□yxmpm~mrk□wmqmpev□vlixsvmg□xs□xlex□jsyrh□mr□xli□pieoih□Mrwxmxyxi□jsv□
hsgyqirxw2□[lir□ewoih□xs□i|tpemr□xli□tyvtswi□sj□xli□wyvzi□fijsvi□xli□Lsywi□Tswx1Wigs□
Ihygexms□Gsqqmxxii0□Vit2□Vsegl□egors{pihkih□xlex□lezi□÷wiir□wyvzi}w□jvsq□sxliv□
sj□xli□gsyrxv}◇□xlex□mrhmgexi□xlivi□÷qe}□fi□wsqi□tvsfpiqw◇□fyx□xlex□xli}□÷lezir'Yx□
Jpsvmhe□figeywi□{i□hsr+x□lezi□iqtmvmgep□hexe2◇□÷[i□lezi□erighsxep□hexe0□li□i|tpem□
tyvtswi□sj□xli□wyvzi□□{ew□xs□÷ewo□xlex□uyiwxmsr□erh□kexliv□xlex□iqtmvmgep□hexe□
erh□yrmzivwmx''Re2iv□□mr□xli□hifexi0□Vit2□Vsegl□i|tpemrih□xlex□÷xlmw□wyvzi}□wiiow□wr□
kexliv□iqtmvmgep□hexe□vexliv□xler□erighsxep□hexe□xs□qeoi□'i"tsesp□hiwivqmri□tsr0sr2◇
i|tpemrmrk□xlex>

    xlivi□lezi□fiir□wsqi□rexmsrep□erh□wsqi□mrhmzmhyep□wxexi□wyvzi}w0□rsx□mr□Jps□
    mhivmzmmih□xlex□sxliv□yrmzivvmmvmww□evi□jeppmrk□jev□wlsvx□sj□xlex□mhiep□i|tvi□
    gsqqmxirx□xs□xli□Jmvww□Eqfrhqirx2

[lmpi□pikmwpexsw□erh□sjjmgmepw□mr□xli□Kszivrs'Yw□sjjmgi□lezi□yxmpm~ih□xli□wyvzi□
tyfmgexmsrw□tvshygih□f}□svkerm~exmsrw□fegoih□f}□xli□Osgl□Hsrsv□Rix{svo□xs□wyttsv□
ewwivxmsrw□xlex□e□tvsfpiq□i|mwxw0□wxexi□sjjmgmepw□pmoi□Vit2□Vsegl□lezi□epws□erh□
wyvzi}□mr□svhiv□xs□hixivqmri□{lixliv□e□tvsfpiq□i|mwxw2

Geqtyw□Vijsvq□erh□Xli□Gsppiki□Jm|□{vxei□efsyx□LF□677□mr□xli□qsrxlw□ejxiv□mxw□te□
vitieexih}□tvmwmrk□mx2□Geqtyw□Vijsvq□{vxei□xlex□LF□677□÷glerkiw□xli□keqi□jsv□gs□
gsppiki□wxyhirxw◇□erh0□gmxmrk□e□Zepirgme□Gsppiki□tvsjiwwsv'Yw□st1ih□gvmxmgm~mrk□
LF□677□{ew□÷gsrxmry_mrka□xs□ve×i"xs□GBppti"suwjwwr"l□E□yrw}□qtexlimgepp}□gsziih□e□
wxsv}□efsyx□e□Yrmzivwmx}□sj□Jpsvmhe□tvsjiwwsv◇□{ls□jmpih□e□kvmezergi□ekemrwx□lm□
lmw□mrwxmxyxmsr□vinigxih□lmw□tvstswih□gsyvwi□sr□÷Vegi0□Ixlrmgmx}0□erh□Gypxyvi□
jiev□mx□{syph□vyr□ejsyp□'sj□LF□6772

    JMVIÏw□Hmvigx□Mrzspziqirx□mr□LF□677

_____

[6:9] Jpsvmhe□Lsywi□sj□Vitviwirxexmziw0□÷Jpsvmhe□Lsywi□Tswx1Wigsrhev}□Jifvyev}□□5;xl0□6
Xverwgvmtxmsr◇□91:2

[6::] Mfmh2□;1<2

[6:;] Mfmh2□5;2

[6:<] Erkipe□Qsvefmxs0□÷Jpsvmhe+w□Ri{□Pe{□Glerkiw□xli□Keqi□jsv□Gsrwivzexmzi□Gsp□
Wxyhirxw◇□Geqtyw□Vijsvq   0□Nyri□670□6465?□Fvirher□Glejmr0□÷HiWerxmw□Ekmrhe□
Gsrxmryiw□xs□Vexxpi□JPGEqtyw□Vdsq   0□Nyp}□692

[6:=] Hezi□Lyfiv0□÷Gsqtpemrx>□Y2□Jpsvmhe□Ihygexmrk□Tvsjw□Rsx□Epps{ih□xs□Ywil□
erh□ÿVegiÏ□mr□Gs'Xivxe□□□0□Higiqfiv□90□64652

                            ;4

Tyfpmg□vigsvhw□viuyiwxw□wls{□xlex□sjjmgmepw□jvsq□JMVI□leh□vitiexih□mrxivegxmsrw□
pe{qeoivw□mr□xli□pieh□yt□xs□xli□tewweki□sj□LF□6772□JMVI□i|tviwwih□sttswmxmsr□xs□
epps{mrk□zmhis□vigsvhmrkw□xs□fi□xeoir□mr□xli□gpewwvssq0□vigsqqirhmrk□wizivep□xmc
{ew□÷riev□givxemrx□xlex□_xli□tvszmwmsra□{mpp□fi□qmwywih□f}□wxyhirxw□xs□vigsvh
wxexiqirxw□f}□sxliv□wxyhirxw□mr□svhiv□xs□wleqi□xliq□srpmri0□sjxir□sr□tspmxmgep□sv
kvsyrhw2✧

JMVI□{ew□wyttsvxmzi□sj□xli□erxm1wlmiphmrk□tvszmwmsr□mr□LF□6770□srp}□vemwmrk□
pe{qeoivw0□wykkiwxmrk□er□i|gitxmsr□xlex□epps{w□mrwxvygxsvw□xs□÷qemrxemr□svhiv□
JMVI□{evrih□xlex□xli□perkyeki□mr□xli□fmpp0□÷mj□ettpmih□pmxivepp}0□{syph□mrwxvygx□xis
xs□irwyvi□xli□wqssxl□stivexmsr□sj□xli[footnote marker]□jpewwvssq20◇x{s□glerkiw□0□JMVI□tvsqwih□xs
÷zmhksvsywp}□wyttsvx◇□f[FM67j2gx0□JMVI□qehi□jyvxliv□vigsqqirhexmsrw□xs□lipt□hizipst
xli□hmwgmtpmrev}□tvsgiww□jsv□xlswi□eggy[footnote marker]wih□sj□wlmiphmrk2

Ew□pe{qeoivw□jempih□xs□xeoi□JMVIẄw□wykkiwxmsrw0□xli□svkerm~exmsrẄw□gsqqyrmgexi
pe{qeoivw□figeqi□qsvi□jveyklx□ew□izir□JMVI□wiiqih□xs□zmi{□xli□fmpp□ew□ksmrk□xss
wxejj□{vsxi□xs□pe{qeoivw□xlex□÷xlivi□evi□tvszmwmsrw□mr□xli□fmpp□ew□gyvvirxp}□{v[footnote marker]
wykevgsex'xlex□{syph□fi□hmwewxvsyw□jsv□geqtyw□jvii□wtiigl□erh[footnote marker]□ggehiqmg□jviihsq2◇
piehmrk□xli□glevki□xs□tywl□yrmzivwmxmiw□xs□ehstx□xli□Glmgeks□Wxexiqirx0□izir□JMVI
LF□677□□{ew□jpe{ih□pikmwpexmsr2

_____

6;4□÷Vi□Vieglmrk□syx□jvsq□JMVI□vi□WF□6:82qwkc50◇□Hsgyqirxw□tvshygih□f}□JSME□viuy[...]
JPcWIR44484=2
6;5□÷Vi□Vieglmrk□syx□jvsq□JMVI□vi□WF□6:82qwkc50◇□Hsgyqirxw□tvshygih□f}□JSME□viuy[...]
JPcWIR44484=2
6;6□÷Vi□Vieglmrk□syx□jvsq□JMVI□vi□WF□6:82qwkc50◇□□JPcWIR4448542
6;7□÷JP□LF□677□□{□JMVI□vihpmri□476665□Jmrep0◇□Hsgyqirxw□tvshygih□f}□JSME□viuyiwx[...]
JPcWIR4449;61JPcWIR4449;;2
6;8□÷Vieglmrk□syx□vi□JMVIẄw□gsrgivrw□{mxl□WF□6:82qwk0◇□Hsgyqirxw□tvshygih□f}□JSM[...]
JPcWIR445=;2

# ZM2  JMRHMRKW□_TEVX□7a>□RIKEXMZI GSRWIUYIRGIW

Ew□hiqsrwxvexih□mr□Tevx□50□LF□677□mw□er□mhispskmgep□tspmg}□wspyxmsr□xs□e□[...]
Xli□rsxmsr□xlex□JpsvmheŸw□wglsspw□evi□qevoih□f}□veqterx□÷jvii□wxiigl□◊□zmspexmsrw□[...]
÷mrxippigxyep□jviihsq□erh□zmi{tsmrx□hmzivwmx}◊□mw□e□revvexmzi□pevkip}□hizipstih□[...]
gleqfiv□sj□xli□tspmxmgep□mrjvewxvygxyvi□jyrhih□f}□xli□OsglHsrsv□Rix{svo2□Glerkmrk
ihygexmsrep□tspmg}□xs□qiix□xliwi□tevxmwer□tspmxmgep□revvexmziw□mw□lmklp}□tvsfpiq[...]
mxwipj2□Ls□{iziv0□izir□qsvi□xvsyfpmrk□mw□xli□jegx□xlex□LF□677□mrgpyhiw□e□ryqfiv□s[...]
tvszmhi□eqtpi□sttsvxyrmxmiw□jsv□xli□weqi□tevxmwer□stivexmziw□xs□jyvxliv□÷iietx[...]
wtiigl□tspmg}□xs□xs□eglmizi□xlimv□tspmxmgep□emqw2□Mr□tevxmgypev0□fewih□sr□syv□i|[tir...]
qeryjegxyvih□÷jvii□wtiigl◊□gvmmmw□erh□xli□gsrwiuyirgiw□sj□xli□stivexmsr□sj□mxw□tvs[...]
wii□gsrwmhivefpi□pmoipmlssh□xlex□xlvii□wtigmjmg□levqw□{mpp□jspps{□jvsq□xlmw□pe{>

52  Xli□erxm1wlmiphmrk□tvszmwmsr□mw□ws□zekyi□mx□{mpp□pmoip}□fi□ywih□xs□p[...]
jegypx}□erh□mrwxmyxmsrw□fewih□sr□e□lmklp}□mhispskmgep□erh□qeryjegxyvih□n[...]
fmew2◊□Jyvxlivqsvi0□xli□psrk□xvego□vigsvh□sj□gsppefsvexmsr□fix{iir□wxyhirx□kvsy[...]
pmxmmkexmsr□svkerm~exmsrw□jyrhih□f}□xli□OsglHsrsv□Rix{svo{,hiwgvmfih□mr□Te[...]
mrgviewiw□xli□pmoipmlssh□xlex□jegypx}□{mpp□xiegl□yrhiv□xli□gsrwxerx□xlviex□sj[...]
qsxmzexih□erh□{ipp1viwsyvgih□pmxmkexmsr2□Jegypx}□{mpp□jiev□xlex□er}□wxexiqi[...]
gsyph□fi□mrxivtvixih□ew□e□÷wlmiphmrk0◊□gviexmrk□e□glmppmrk□ijjigx□sr□{lex□mw[...]
gpewwvssq□erh□hmwgywwwih□sr□geqtyw2

62  Xli□tvszmwmsrw□irefpmrk□wxyhirxw□xs□vigsvh□gpewwiw□{mpp□pmoip}□viwypx□m[...]
sj□jegypx}□erh□wxyhirxw2□Svkerm~exmsrw□pmoi□Geqtyw□Vijsvq□erh□xli□Gsppiki[...]
,hiwgvmfih□mr□Tevx□5−□lezi□e□xvego□vigsvh□sj□tyfpmwlmrk□vigsvhih□gsrxirx□jv[...]
mrgpyhmrk□qexivmep□gsppigxih□xlvsykl□err}qsyw□xmt□qsyw□÷Wxsvmiw□xli□}□tvszhygi□[...]
viwypx□mr□xli□xevkixih□levewwwqirx□sj□jegypx}2□Xli□tvszmwmsr□mepipm~mrk□xli□w[...]
gpewwiw□{mpp□gviexi□gsrwmhivefpi□sttsvxyrmxmiw□jsr□efywi2

72  Xli□tspmxmgep□mhispsk}□wyvvzi}□mw□rsx□srp}□jpe{ih□fyx0□rs□qexxiv□xli□gsrgpy[...]
zyprivefpi□xs□fimrk□{ietsrm~ih□xs□jyvxliv□ehzergi□xli□mhispskmgep□revvexmzi□xlex[...]
jvii□wtiigl□gvmmmw□i|mwxw□mr□JpsvmheŸw□yrmzivwmxmiw2□Jyvxlivqsvi0□mx□ettie[...]
pmoip}□fi□eggiwwmfip□zme□e□tyfmg□vigsvhw□viuyiwx0□{lmgl□{mpp□pmoip}□fi□[...]
qmwpiehmrk□÷izmhirgi◊□sj□ws1geppih□pmfivep□fmew2

Xeoir□xskixliv□xliwi□tvszmwmsrw□tswi□wyfwxerxmep□tsixrxmep□jsv□efywi0□i|egivfexih□f}□[...]
xli□weqi□tspmxmgep□mrjvewxvygxyvi□viwtsrwmfpi□jsv□tewwmrk□xli□fmpp□viqemr□xli□tvs[...]
sj□xli□mhispskmgep□tspmxmgep□sttsvxyrmxmiw□xlmw□fmpp□qeoiw□tswwmfpi2

### Erxm1Wlmiphmrk□Tvszmwmsrw

Xli□hijmrmxmsr□sj□wlmiphmrk□mr□LF□677□mw□ws□zekyi□xlex□qswx□jegypx}□qiqfivwŸ[...]
tvsjiwwmsrep□viwtsrwmfmpmxmiw□gsyph□tpegi□xli□mrwxmxyxmsr□ex□vmwo□sj□e□lmkl1w[...]

;6

tevxmgypevp}□xvsyfpmrk□kmzir□xlex□wxyhirx□kvssytw□erh□pmxmkexmsr□kvsytw□jyrhih□f}□

Rix{svo□epvieh}□□{svo□gpswip□xskixliv□xs□fvmrk□pe{wymxw□ekermwx□gsppikiw□erh□yrr

677□kmziw□xliwi□kvsytw□qygl□kvieixiv□pmgirwi□xs□irkeki□mr□wygl□pmxmkexmsr2□Mx□

gsppikiw□erh□yrmzivwmxmiw□{mpp□jmrh□xliqwipziw□jegmrk□{ipp1svkerm~ih0□{ipp1rix□{sv

{ipp1jyrhih□pe{wymxw□wmqtp}□figeywi□e□tvsjiwwsv0□sv□kvsyt□sj□jegypx}0□gevv□}syx

tvsjiwwmsrep□viwtsrwmfmpmxmiw2□Xlmw□gsrxmryep□xlviex□sj□pe{wymxw□{mpp□qier□xle

tviwwyvi□jegypx}□xs□ezsmh□sgyvvi□hiwgvmmxmsrw□sj□gpeww□gsrxirx□sv□jsvqw□sj□mrrsz

tpegi□xli□mrwxmxyxmsr□ex□vmwo□sj□e□pe{wymx2

LF□677□hijmriw□wlmplmhmrk□ew□÷pmqmx_mrka□wxyhirx□Ÿ0□jegypx}□qiqfivwÿ0□sv□wxejj

sv□sfwivzexmsr□sj0□mhiew□erh□stmrmsrw□xlex□xli□qe}□jmrh□yrgsqjsvxefpi0□yr÷ipgsqi0□

hmwekviiefpi0□sv□sjjirwmzi2◇□Xli□wigsrh□lepj□sj□xlmw□hijmrmxmsr□gsqiw□hmvigxp}□jvs

sj□Glmgeks□WxexifpmxŸ2◇□hiwgvmfih□mr□Tevx□50□xli□Glmgeks□Wxexiqirx□{ew□gviexih□ewl

rsvqexmzi□kymhipmriw□xs□iewwmwwx□xli□Yrmzivwmx}□sj□Glmgeks□ehnyhmgexi□hmmjjmqgypx

sr□geqtyw2□Mx□{ew□tewwih□f}□e□jegypx}□gsqqmxxii0□erh□ywiw□xli□{svh□÷wlmmph◇

{mxlsyx□gpevmjmgexmsr2□Ew□e□viwypx0□pikep□gpevmx}□efsyx□{lex□hsiw□erh□hsiw□rs

mw□rsx□gpievp}□pemh□syx□mr□xli□Glmgeks□Wxexiqirx0□rsv□hsiw□xlmw□xivq□vigimzi□

gpevmjmgexmsr□{lir□mrgsvtsvexih□mrxs□LF□6772

Xlmw□pego□sj□gpevmx}□mw□lmklp}□tvsfpiqexmg□kmzir□xlex□qswx□ipiqirxw□sj□e□tvsjiw

pikepp}□gsrwmhivih□÷wlmplmhmrk2◇□Jmvwx0□sj□epp0□xli□pe{□tvizirxw□jegypx}□jvsq□wlm

÷mhiew□erh□stmrmsrw□xlex□xli□qe}□jmrh□yrgsqjsvxefpi2□Ls□iziv0□egehiqmg□{svo□mw

evsyrh□jegmmpmmxexmrk□xli□qivi□i|tviwwmsr□sj□jmmhifyveh□Lviexli□ihsv□givrw□xli□ewwiwwmqirx

sj□evkyqirxw□2□Iziv}□xlmrk□jvsq□tiiv□vizmi{□xs□gpewwvssq□hmwgywwmsr□eri□hiwmkrih□xs□

{lixliv□zevmsyw□evkyqirxw□qii|□xli□i|tivx□erh□hmwgmtpmrev}□wxerhevhw□sj□izmhirgi0

qixlshspskmgep□vmksv0□ixg2□□Mr□sxliv□{vhw0□egehiqmg□{svo◇mrgpyhmrk□xieglmrk`mw□p

sttswvxyrmx}□jsv◇wxyhirxw□xs□vigsyrx□{lexiziv□xliw□fipmiz□sv□stmmrmsrw□xli}□qclmh□lezi

xlmmv◇liehw2◇□Vexliv□xli□egehiqmg□tvsjiwwmsr□irxempw□wxyhirx□wxs□i|tsws□xlimv□mhiew□

jegx□gpemqw0□izmhirgi0□mhiirgi0□mhiew0□erh□stmrmsrw□lsph□yt□yrhiv□wgvyxmr}2□Xli□zixxmrk□

hmwgvihmxmrk□sj□feh□mhiew0□mw□we□givxvep□jiexyvi□sj□lmkliv□ihygexmsr2□Xlmw□jyrg

wsgmep□zepyi□sj□xli□yrmzivwmx}□gsmqw□jvsq2

Ew□pemh□syx□f}□xli□Eqivmger□Ewwsgmexmsr□sj□Yrmzivwmx}□Tvsjiwwsvw0□EEYT0□yrm

gsrxvmfyxi□xs□xli□÷gsqqsr□kssh◇□{lir□egehiqmgw□evi□jvii□xs□hve{□ytsr□xlimv□nyhkqir

i|tivxmwi□xs□izepyexi□erh□ewwiww□evkyqirxs`izir□mj□xlswi□evkyqirxs□jp2□mr□xli□jegi□

tspmmxmgep□erh□igsrsqmg□ti■Mwx□wli□gpewwvssm□xlmw□mrgpyhiw□kmzmrk□jegypx}0□fewih□sn

xvemrmmrk□erh□i|tivxmwi0□xli□pexmxyhi□xs□qeoi□tvsjiwwvsep□higmwmsrw□efsyx□{lex□x

[6;9] Kisjjvi□V2□Wxsri□ix□ep20□□÷Vitsvx□sj□xli□Gsqqmxxii□sr□Jviihsq□sj□I|tviwwmsr0◇□Gs
sr□Jviihsq□sj□I|tviwwmsr0□Yrmzivwmx}□sj□Glmgeks0□64592
lxxtw>33tvszswx2yglmgeks2ihy3wmxiw3hijeypx3jmpiw3hsgyqirxs3vitsvxw3JSIGsqqmxxiiVitsvx2thj□
eggiwwih□Etvmp□580□6466-2
[6;:] Eqivmger□Ewwsgmexmsr□sj□Yrmzivwmx}□Tvsjiwwsvw0□÷=84□Wxexiqirx□sj□Tvmrgmtpiw
Jviihsq□erh□Xirryi2◇□Ezempefpi□ex>
lxxtw>33{{{2eeyt2svk3vitsvx35=841wxexiqirx1tvmrgmtpiw1egehiqmg1jviihsq1erh1xiryvi2

mqtsvxerx□xs□gsziv0□{lmgl□xi|xw□wlsyph□fi□ewwmkrih0□erh□{lex□ewwmkrqirxw□ywih□jj
Xli□tvsjiwwmsrep□tvegxmgiw□sj□egehiqmg□jviihsq□erh□tiiv□vizmi{□mrzspzi□hmwxmrmrymw
evkyqirxw□jvsq□xlswi□xlex□hs□rsx□qiix□tvsjiwwmsrep□erh□hmwgmtpmrev}□wxerhevhw2

Xli□wlmiphmrk□tvszmwmsr0□ls{iziv0□yrhivqmriw□xli□girxvepmx}□sj□tvsjiwwmsrep□i|tivxmw
ihygexmsr2□Jsv□i|eqtpi0□mj□e□wxyhirx□hmwgywwiw□xlimv□stmrmsrw□efsyx□jpex1ievxl□lg
mr□er□ewxvsrsq}□gpeww0□sv□Lspsgeywx□hirmepmwq□mr□e□lmwxsv}□gpewwiw0□xli□tv
ewxvsrsqiv□sv□lmwxsvmer□mw□tvsjiwwmsrepp}□i|tigxih□xs□tvizirx□xlswi□mhiew□jvsq□fin
wmrgi□xliwi□evi□qivi□stmrmsrw□xlex□gsqi□rs{livi□riev□xli□wxerhevhw□sj□kssh□evkyqirx2
{mhip□hmwgvihmxih□{mxlmr□xli□egehiqmg□hmwgmtpmriw0□erh□mrhypkmrk□xliwi□stmrmrr
xvehiw□sjj□ekemrwx□irkekmrk□qexivmep□egxyepp}□rigiwwev}□xs□yrhivxerh□xli□xstmg0

Ls{iziv0□yrhiv□xli□zekyi□hijmrmxmsr□sj□÷wlmiphmrk0◊□e□wxyhirx□mr□gpeww□gsyph□gv
xli□{□{ivi□tvizirxih□jvsq□lievmrk□stmmrrsrw□efsyx□jpex□ievxl□sv□Lspsgeywx□hirmep□fiigeyv
tvsjiwwsv□gsrwmhivh□xliq□÷yrgsqjsvxefpi0◊□yr{ipgsqi0□sv□pspsqiwt□er□tr{iw□ge
xli□tvsjiwwsv□ls□tspmxmsr□ts|xippw□xli□stmmrmsr□gpemqw□evi□yr{ipgsqi□mr□gpewpew
qszi□sr□xs□vipizerx□qexivmep0□xli□wxyhirx□gsyph□gvihmfp}□gpemq□xs□lezi□fiir□wlmiph
wtiigl□tvsxigxih□yrhiv□xli□Jmvwx□Eqirhqirx2□Xli□tvsjiwwsv□gsyph□epws□fi□eggywih□sj□
÷mrxippigxyep□jviihsq□erh□zmi{tsmrxsvit□hmzivwmx}◊□sj□gpswmrk□hs{r□xli□÷xli□ltswyvi1s
jegypx}0□erh□wxejj□xs□skti□xli□irgsyvekiqirx□sj□xlimv□i|tpsvexmsr□sj□e□zevmix}□sj□m
tspmxmxgep□tivwtigxmziw2◊

[lmpi□xli□i|eqtpiw□sj□jpex□ievxl□erh□Lspsweywx□hirmep□qmklx□wiiq□pmoi□syxpmvmw0
gsrgivrw□figsqi□izir□qsvi□wepmirx□{lir□xli□xstmgw□hmwgywwih□mr□gpeww□vipexi□xs
fiir□{ietsrm~ih□{mxlmr□e□{ipp1jyrhih□tspmxmgep□mrjvewxvygxyvi□hmwgywwih□mr□Tevx□l
e□wxyhirx□i|tviwwiw□xlex□gvmxmgep□vegi□xlisv}□◊,GVX◊□mw□fimrk□xeyklx□mr□O156□l
xlex□gpmqexi□glerki□mw□rsx□qer□qehi0□xlex□xli□6464□ipigxmsr□{ew□wxspir0□sv□xlex
÷{lmxiriww◊□mw□e□hmwiewi0□ew□lewmrrk□ew□lexmri0□{lmxi□tistp2□Hitirhmrk□ytsr□xli□gpeww□er□hmw
gsrxi|x0□mx□mw□irxmvip}□pmoip}□xlex□xliwi□gpemqw□sj□{syph□fi□gsrwmhivih□qivi□stmmrrr
{mxlwxerh□xli□vmksv□sj□egehiqmg□mrxivvskexmsr2□jix0□yrhiv□LF□6770□jegypx}□qiqfivw□
gsrwxerxp}□{imkl□xli□levq□sj□epps{mrk□xliwi□jepwilsshw□xs□jpsyvmwl□mr□xlimv□gpeww
ziv□viep□xlviex□sj□tsxirxmep0,erh□{ipp1jyrhih1□pmxmkexmsr2

Jyrvlivqsvi0□xli□eqfmkymx}□iqfshmih□{mxlmr□xli□hijmrmxmsr□sj□÷wlmiphmrk◊□hsiw□rsx□l
{e□w2□Xlivi□mw□gsrwmhivefpi□viewsr□xs□fipmizi□xlex□xli□erxm1wlmiphmrk□tvszmwmsr□s
{ietsrm~ih□f}□xli□tspmxmgep□mrjvewxvygxyvi□jyrhih□f}□xli□Osgl□Hsrsv□Rix{svo0□{lmgl
xevhixkw□jegypx}□□{mkl□xli□levq□sj□epps{mrk□xliwi□jepwilsshw□xs□jpsyvmwl□mr□xlimv□gpeww
egehiqmg`kvsyrhw2□Pmoi{mwi0□syxwmhi□kvsytw□epvieh}□egxmzi□sr□gsppikm□geqtywiw□wyg
XTYWE0□JEJ0□xli□Piehivwlmt□Mrwxmxyxi0□erh□sxlivw`gsyph□ywi0□sv□xlviexir□sv□ywi0□e
gsqtpemrx□tvsgiww□ew□e{{e}□xs□mrrigx□xlimv□tvsjivvih□stmmrmsrw□mrxs□xli□gpeww
vikevhpiww□sj□xli□egehiqmg□qivmxs2□Jsv□i|eqtpi0□XTYWE□vigimzih□jy
gsvtsvexmsrw□÷mr□xli□jswwmpp□jyip□wtegi◊□erh□vikypevp}□irkekiw□mr□geqtmko
xli□mrxiviwxw□sj□xliwi□hsrsvw□□,wygl□ew□tywlmrk□fego□ekemrwx□gevfsr□hmwgrqr

geqtyw-2;[mxl□xlii□wlmiphmrk□tvszmwmsr□mr□tpegi0□XTYWE□mw□izir□jyvxliv□iqts{ivih□x
gssvhmrexi□wxyrxw'wygl□ew□vemwmrrk□gpmqexi□hirmep□mr□e□gpeww□sr□gpmqexi□wgn□
{mpp□lezi□xlii□tsxirxmep□xs□rsx□srp}□lmnego□xlii□irxmvi□gsyvwi0□fyx□ywi□xlmw□izirx□
qexivmep◇□jsv□pmxmkexmsr□ekemrwx□xlii□yrmzivwmx}2□Mr□jegx0□xlii□mhie□sj□hizipstmi
wxvexik}□xs□tvszsoi□mrwxergiw□sj÷wlmiphmrk◇□lew□epvieh}□fiir□hmwgywwih□f}□Osgl
kvsytw2□Ew□jev□fego□ew□644=0□Geqtyw□Vijsvq□gsvviwtshirxw□{ivi□tvstswmrk□emvmrk
hsgyqirexy}□xlex□hirmiw□gpmqexi□glerki2□Hmwgywwih□mr□er□srpmri□jsvyq0□sri□wxyhir
÷[lex□lettirw□{lir□e□hsgyqirexy}□mw□vipiewih□xlex□heviw□xs□uyiwxmsr□egehiqe+w□g
hevpmrk□11xli□ȳgvmwmwŸ□sj□kpsfep□{evqmrkC□[mpp□yrmzivwmxmiw□epps{□geqtyw□xs□f
mhiewŸ□erh□tviwirx□x{s□wmhiw□xs□xlmw□gs³×ÏvzÎ{wmmpry0Ï□wgrilijÏĈ□xli□xlviex□sj
pe{wymxw0□gsyph□fï□ywih□xs□mrnigx□jvmrki□mhiew0□hifyroih□xlisvmiw0□yrjsyrhih□lmw
vizmwmsrmwmrwmwq0□gsrwtmveg}□xlisvmiw□erh□qmwmrjsvqexmsr□mrxs□xlii□gpewvssq◇□yrhiv◇□x
erh□stmrmsrw◇□xlex□wxyhirxw□gerrst□fi÷wlmiphih◇□jvsq2

Vexliv□xler□mrwxmxmxymsrw□xlex□izepyi□evkyqirxs0□LF□677□xyvrw□JpsvmheŸw□gsppikiw
mrxs□zigxsvw□sj□qmw1□erh□hmw1mrjsvqexmsr2□[mxlmr□egehiqg□hifexiw0□kvsyrhih□m
ewwiwwqirx□sj□evkyqirx0□gpmqexi□glerki□mw□wixxpih□{mxlmr□xlii□wgmirxmjmg□gsqqyrm
wlmiphmrk□tvszmwmsr□tvszmhiw□er□eziryi□,sv0□qsvi□pmoip}0□e□jmzi1peri◇wytiv1lmkl{e}e
hifyroih◇÷stmrmsr◇□xs□wtvieh□sr□geqtyw2□Xlmw□÷stmrmsr◇□{ew□qeryjegxyvih□{mxlmrr
jyrhih□f}□xlii□Osgl□Hsrsv□Rix{svo0□erh□mw□rs{□tsmwih□xs□jsvgi□mxwipj□mrxs□xlii□gs
Xlivi□mw□iziv}□viewsr□xs□i{tigx□xlex□xliwi□wsvx□sj□gssvhmrexih□xegxmgw□{syph□gsrx
iqtps}ih□xs□gsivgi□egehiqg□mrwxmxmxymsrw□xs□mrhypki□mhiew□erh□stmrmsrw□xlex□gs
hsrsvwŸ□tspmxmqep0□igsrsqg0□erh□mhispskmgep□tvijivirgiw2□Mr□jegx0□vigirxp}0□sri□sv
lew□fiir□e□gpswi□gsppefsvexsv□sj□Kszivsv□HiWerxmw□erh□Gsqqmwwmsrir□Gsvgsver0□x
Gmxix~irw□Eppmergi0□lew□fiir□egxmzip}□tywlmrk□jsv□gpmqexi□glerki□hirmep□xs□fi□hiz
gpewvssq qw2

LF□677□mw□epws□tevxmgypevp}□eggsqqshexmrk□xs□tvs1gsvtsvexi□wtieoivw□erh□geviiv
iwtigmepp}□xlswi□jviuyirxp}□mrzmxih□f}□xlii□wxyhirt□kvsytw□hiwgvmfih□mr□Tevx□52□Xl
hmwtvstsvxmsrexip}□firijmt□xlswi□wxyhirxw□{ls□lezi□eggiww□xs□xlii□viwsyvgiw□sj□xlii□Os
Rix{svo2□Fyx□mx□gsyph□epws□fi□ywih□f}□{lmxi□rexmsrepmwxw0□Re~m0□sv□sxliv□k
sj□wlmiphmrk□pmmxexmsr□xs□jsvgi□xliqwipziw□sr□geqtyw2□Erh□mr□hsmrk□ws□viuymv
kmzi□xlii□wiqfpergi□sj□pikmxmmeg}□xs□stmrmsrw□xlex□lezi□fiir□{mhip}□hmswgvihmxih◇□
egehiq□jsv□higehiw2

6;; Neri□Qe}iv0□÷E□Gsrwivzexmzi□Rsrtvsjmx□Xlex□Wiiow□xs□Xverwjsvq□Gsppiki□Geqtywiw
Eppiexmsrw□sj□Vegmep□Fmew□erh□Mppikep□Xiktiswhiv□Xeqxmeksv□Eg%rqlimgZiv□65
,645;-2
6;< Ehvmirri□Vs}iv0□÷[ihrwhe□Ŷw□Pijxmwx□Efywi>□Girwsvwlmt□sj□Hsgyqirexi□Tviqmevi◇
Vijsvqiv+w□Fpsk0□Geqtyw□Vijsvq0□Sgxsfiv□6=0□644=2□Evglmzih□ex>
lxxtw>33{if2evglmzi2svk3{if364544;574=6=573lxxt>33{{{2geqtywvijsvq2svk3evglmzi3644=54
,pewx□eggiwwih□Qe}□50□6466-2
6;= Wier□Texvmgo□Gsstiv0□÷Mr□EqivmgeŶw□Wgmirgi□Gpewwvssqw0□xli□Gviit□sj□Gpmqexi
YrHevo□0□Rsziqfiv□60□645<2
lxxtw>33yrhevo2svk3645<3553463gpmqexi1glerki1wgmirgi1xi|xfssow1gpeww vssqw3□,pewx□eggiw
50□6466-2

Xlmw□omrh□sj□i|xivrep□mrjpyirgi□{mpp□gviexi□xli□tvizempmrk□gsrhmxmsr□mr□{lmgl□gs
yrmzivwmxmiw□{mpp□tvimwwyvi□jegypx□}xs□ezsmh□qexivmep□xlex□{mpp□tyx□xli□mrwxmx
Mr□hsmrk□ws0□wqepp□kvsytw□sj□wxyhirxw0□sv□izir□e□wmrkpi□wxyhirx□,iwtigmepp}□m
i|xivrep□pikep□viwsyvgiw-0□gsyph□jsvgi□xli□gpeww□erh□mrwxmxyxmsr□ew□e□{lspi□xs
xlex□jepp□jer□syxwmhi□xli□egehiqmg□gsrwirwyw2

Xli□erxm1wlmiphmrk□tvszmwmsr□jyvxliv□jegmpmxexiw□xli□ywi□sj□wxexi1wergxmsrih□pikep
mrjpyirgi□xli□gsrxirx□sj□wtiigl□sr□gsppiki□geqtyw2□Kmzir□wxexiqirxw□erh□tspmgmiw□
f}□vipizerx□wxexi□sjjmgmepw□,hmwgywwih□fips{-0□LF□677□ew□ep{e}w□fiir□i|tpmgmxp}
zilmgpi□jsv□xverwjsvqmrk□lmkliv□iihygexmsr□mr□{e}w□xlex□gsrjsvq□xs□xli□mhispsk□sj□
stivexmziw2

Wygl□e□pe{□tpe}w□hmvigxp}□mrxs□xli□wxvexik}□iqtps}ih□f}□xli□wxyhirx□kvsy
Tevx□50□wygl□ew□mrzmxmrk□xli□qsww□tvszsgexmzi□wtieoivw□tswwmfpi□mr□sshiv□xs□
erxm1lmkliv□iihygexmsr□syxveki2□Mx□epws□gviexiw□jyvxliv□sttirmrkw□jsv□xli□ryqivsyw□wx
{ls□lezi□epveh}□mrzmxih□{lmxi□rexmsrepmwxw□erh□Lspsgeywx□hirmivw□xs□geqtyw0□m
JEJ0□erh□XTYWE□gletxivw□egvsww□xli□gsyrxv}2

Wlsvxp}□ejxiv□xli□ettievergi□sj□{lmwi□rexmsrepmwxw□Vmglevh□Wtirgiv□ex□xli□Yrmzivwmx
645;□hvi{□e□pevki□ryqfiv□sj□tiegijyp□tvsxiwxsvw0□x{s□Jpsvmhe□ipigexih□sjjmgmepw□,m
xs□EPIG0□Wxexi□Wirexsv□Hirrmw□Fe|pi}□erh□Lsywi□Vitviwirxexmzi□Fsf□Vsqqip0□xsph□
Fe}□Xmqiw□xlex□xli□egviih□xlex>

        WtirgivŸw□Sgx2□5=□wtiigl□ex□YJ□{irx□{ipp2□Xli}□wemh□xli□vinigx□lmw□{lmxi
        fipmijw0□}ix□viqemr□kpeh□lmw□viuyiwx□xs□wtieo□{ew□lsrsvih2□Xli}□hmhrŸx□xlmw
        mrjvmrkih□sr□WtirgivŸw□vmklxw2
        Wxmpp0□Vsqqip□ekviih0□Wtirgiv□gsyph□xlisvixmgepp}□qeoi□e□gpemq□xlex□lmw□v
        hmwvytih□erh□xlex□YJ□pix□mx□lettir2
        ÷Xlex□{syph□fi□yt□xs□Wtirgiv0□Vsqqip□wemh2

LF□677Ÿw□wlmiphmrk□tvszmwmsrw□{syph□rsx□srp}□wxvirkxlir□xli□gpemq□xlex□{lmwi□wt
ris1Re~mw□wlsyph□lezi□jvii□vimkr□xs□i|tviww□xlimv□÷stmrmsrw◊□sr□geqtyw0□mx□{syp
xlimv□hixvegxsvw□{mxl□xli□xlviex□sj□pmxmkexmsr2□Mr□xslsv□,svhw0□xlswi□wxyhirxw□erh□j
tvsxiwx0□ew□{ipp□ew□ehqmrmwxvexmzi□ijjsvxw□xs□eggsqqshexi□xli□wejix}□erh□{ipp1fim
wxyhirxw□{ls□fiev□xli□fvyrx□sj□wygl□lexi0□gsyph□fi□mrxivtvixih□ew□irkekmrk□mr□ijjsvx

Xlmw□mwwyi□mw□gsmtsyrhih□f}□xli□zekyiriww□erh□yr{svoefmpmx}□sj□xli□xivq□÷wlmtl
xli□pmri□fix{iir□xli□tvsxigxih□wtiigl□sj□tvsxiwxsvw□erh□ehqmrmwxvexsvwŸ□gsrgivr□sziv□
sj□xlswi□sr□geqtyw□erh□xli□wlmiphmrk□sj□mhiew□iwtsywih□f}□e□tvsjiwwmsrep□tvszsg
tvmqev}□{ksep□mw□mrhmww□tvszeqgC□[syph□qszmrk□xli□leps□tszsgC□sv□wqeppiv□g
gsrwmhivih□÷wlmiphmrk◊C□Ylex□efsyx□rsx□sjjivmrk□xli□pevkiwx□vssq□sv□e□tvmqi□wtieo
[lex□mj□xli□izirx□{ew□rsx□tvstivp}□ehzivxmwih□sv□pmzi□wxvieqihCSv□e□wigyvmx}□jii□je
Sv□wxyhirxw□gvmxmgm~ih0□swxvegm~ih0□sv□tyfmgp}□wlemih□xlimv□tiivw□jsv□exxirhm

6<4[mpwsr□erh□Oeqsep□spid0□Wtiigl□erh□Osgl□Qsri            0□8;1972
6<5QgRmppp0□÷Jpsvmhe□Pe{qeoivw□[erx□Wxvsrkiv□Gsppiki□Jvii□Wtiigl□Vypiw□Eqmh□Jmrv
Eqirhqirx□Jpeviytw2◊

;;

Xli□zekyiriww□sj□xlmw□xivq□stirw□xli□hssv□jsv□xli□qswx□pmxmkmsyw□erh□xli□qswx□
lezi□kviexiv□gsrjmhirgi□xlex□xlimv□stmrmsrw□{mpp□fi□lievh‘izir□mj□xlswi□stmrmsrw□jp}□
higehiw□sj□iwxefpmwlih□wglspevwlmt2□Nywx□ew□xli□Geqtyw□Jvii□I|tviwwmsr□Egx□piezi□
geviiv□tvszsgexmzi□wtieoiv□xs□higmhi□mj□xlimv□i|tviwwmsr□{ew□hmwvytxih0□xli□erxm1w□
tvszmwmsr□sj□LF□677□i|terhw□xlex□hmwgvixmsr□xs□er}□wxyhirx□sv□tevxmwer□stivexm□
wxyhirxw□ejjmpmexih□{mxl□e□pmxmkmsyw□wxyhirx□kvsyt□{mxl□irhpiww□viwsyvgiw□erh□
ekirhe□{mpp□lezi□gsrwmhivefpi□pexmxyhi□xs□higmhi□mj□xli}□lezi□fiir□wlmpihih□jvsq□er□
stmrmsr2

Ew□mrwxmxyxmsrw□jegi□xli□xlviex□sj□pe{wymxw0□pikep□hitevxqirxw□erh□ehqmrmwxvex□
gsrwmhivefpi□tviwwyvi□sr□jegypx}□qiqfivw□xs□ezsmh□gsrxirx□xlex□gsyph□t}x□xli□mrwxxm□
Tviwwyvi□{mpp□fi□tpegih□sr□jegypx}□qiqfivw□xs□ezsmh□qygl□sj□xli□mrwxmxyxmsrep□t□
jegypx}□xs□ezsmh□xli□xlviex□sj□pe{wymxw□{mpp□fi□fsvr□mrhmzmhyepp}2□Xlmw□{mpp□
riih□xs□wigyvi□yrmsr□vitviwirxexmsr□erh□izir□pikep□gsyrgmp□xs□styw□fego□ekemrwx□m□
zmspexmsrw□sj□egehiqmg□jviihsq2□[lmpi□wsqi□tvsjiwwsvw□geyklx□mr□wygl□tspmxmgepp□
pmxmkexmsr□qmklx□vigimzi□wyttsvx□f}□xli□EEYT0□xli□EGPY0□TIR□Eqivmge0□sv0□mr□v□
JMVI0□xli□getegmxmiw□sj□xliwi□kvsytw□evi□pmqmxih2□Izir□mj□e□jegypx}□qiqfiv□hmhl□
wyttsvx0□pmxmkexmsr□{syph□wxmpp□fi□xmqi□gsrwyqmrk0□i|leywxmrk0□iqsxmsrepp}□hve□
wxmpp□gswxp}2

Xli□erxm1wlmpihmrk□tvszmwmsrw□sj□LF□677□mw□epws□pmoip}□xs□fymph□sjj□sj□xli□q□
evsyrh□ws1gepph□÷pmfivep□fmew2◇□Sxliv□ihygexmsr□vijsvqw□tyvwyyih□f}□Kszivrsv□HiWe□
Gsqqmwwmsrv□Gsvgsver□qeoi□gpiev□xlex□xlimv□tspmxmgep□mrxirx□mw□xs□tyvki□sv□v□
wyfnigxw□xlex□xli}□hmwewvii□{mxl□jsv□mhispskmgep□,rsx□egehiqmg□viewsrw2□Xli□Jpsv□
sj□Ihygexmsr□lew□vigirxp}□ferrih□xli□xieglmrk□sj□Gvmxmgep□Vegi□Xlisv}□mr□O156□mr□
Kszivrsv□HiWerxmw□{ew□uysxih□ew□we}mrk□mrxk□_maj□{i□lezi□xs□tpe}□{lego1e1qspi□eppl□
wxsttmrk□xlmw□Gvmxmgep□Vegi□Xlisv}□wmp(mljdxzxsxsvwxrhlDWerxmw□Ýw□wxexiqirxw□sr□
Gvmxmgep□Vegi□Xlisv}0□Geqtyw□Vijsvq□tyfpmwlih□er□evxmgpi□pmwxmrk□qypxmpti□Jpsv□
xlex□xiegl□wsqi□jsvq□sj□Gvmxmgep□VegiGS(jqw)2□wmsriv□Gsvgsver□eppikih□xlex□xli□
wxyhirxw□erh□xieglivw□{ivi□÷yrhiv□gsrwxerx□xlviex□f}□Gvmxmgep□Vegi□Xlisv}□ehzsgexiv□
exxiqtxmrk□xs□qermtypexi□gpewwvssq□gsrxirx□mrxs□e□qierw□xs□mqtswi□i'riÝw□zepyiw□

[6-6][X\P□Hmkmxep□Wxejj0□÷HiWerxmw□Lstiw□xs□Fpsgo□Gvmxmgep□Vegi□Xlisv}□Jvsq□Jp□
Gpewwvsswqw(X)9     0□Qe}□650□64652
lxxtw>33{{{2{x|p2gsq3ri{w3psgep1ri{w3hiwerxmw1lstiw1xs1fpsgo1gvmxmgep1vegi1xlisv}1jvsq1jpsv□
1gpewwvsssqw□,pexw□eggiwwih□Etvmp□570□6466-2

[6-7]Qsvefmxs0□÷Jpsvmhe□Ihygexmsr□Fsevh□xs□Fer□GVX0□[mxl□Wyttsvx□jvsq□Ksz2□□
erh□Sttswmwxmsrw□jvsq□□Tvsji(Go;w)0(rv)     0□Nyri 540□64652
lxxtw>33{{{2geqtywvijsvq2svk3evxmgpiCmhA5;:5<2

[6-8]Jpsvmhe□Kszivrsv+w□Sjjmgi0□÷Kszivrsv□HiWerxmw□Errsyrgiw□Pikmwpexmzi□Tvstswep□xs□
[2S2O2I2□Egxmzmwq□erh□Gvmxmgep□Vegi□Xlisv}□mr□Wglsspw□erh□Gsvtsvexmsrw0◇□Ri□
Higiqfiv□590□64652
lxxtw>33{{{2jpksz2gsq3364653563593kszivrsv1hiwerxmw1errsyrgiw1pikmwpexmzi1tvstswep1xs1wxst□
s1o1i1egxmzmwq1erh1gvmxmgep1vegi1xlisv}1mr1wglsspw1erh1gsvtsvexmsrw3□,pexw□eggiwwih□
5706466-2

Mr□e□645<□wtiigl□ex□e□Jpsvmhe□Gmxm~irw□Eppmergi□izirx0□Gsvgsver□gipifvexih□xli□Hmriwl□HŸWsywe0□{ls□÷{ekih□{ev□sr□yrmzivwmx□geqtywiw◇□erh□{ew□eqsrk□xlswi□rexmsrep□wgiri□{ls□lezi□fiir□{ekmrk□{ev□_ekemrwxa□tvskviwwmzmwq0□pmŴwepmwq0□erh□e□6465□wtiigl□ex□Lmppwhepi□Gsppiki0□Gsvgsver□eggywih□xi│xfssow□sj□lmhmrk□Gvmxm□mrwmhi□sj□sxli□qexivmep0□peqirxmrk□xlex□li□hmh□rsx□kmzi□xli□fvseh□mrwxvygxmrw□gve~}□pmfivep□wxŶjjŐGsvgsver□fvekkih□efsyx□xli□xevkixih□jmvmvw□sj□e□Jpsvmhe□ihygexsv□wli□vijywih□xs□xeoi□hs{r□e□Fpego□Pmziw□Qexxiv□jpek□mr□liv□gpewwvssq2□Li□i│tpem□sr□Gvmxmgep□Vegi□Xlisv□erh□mrhsgxvmrexmrk□wxyhirxw□leh□xs□fi□mqtpiqirxih□xlvsyklŐmhispskmgep□qsrmxswmvmk□erh□vixepmexmsr2□÷_asy□lezi□xs□tspmgi□xliq□sr□e□hemp}□Gsvgsver0□i│tpemmmrk□xlex□li□llew□÷girwsvih□sv□jmvih□svr□xivqmrexih□ryqivsyw□xiegimvw□÷mrhsgxvmrexmrk□wxŶjjŐŒGsvgsver□fsewxih□efsyx□lmw□ywi□sj□xli□wxexiŸwŐerxm1GVX□pe{□vixepmexi□ekemrwx□mrhmzmhyep□xiegilivw□{ls□i│tviww□mhiew□li□tivwsrepp}□hmwekviiw□{□

    MŸq□kixxmrk□wyih□vmklx□rs{□mr□Hyzep□Gsyrx}0□{lmgl□mw□mr□Negowsrzmppi□er□irxmvi□gpewwvssq□qiqsvepmp~ih□xs□Fpego□Pmziw□Qexxiv2□[i□qehi□wyvi□wlii□xivqmrexih□erh□rs□{□iŸvi□fmmrk□wyih□f}□iziv□sri□sj□xli□pmfivep□pijx□kvsytw□js□sj□□wtiigl□mw□fyiw2

Mr□wlsvx0□Gsqqmwwmsriv□Gsvgsver□mw□yreqfmkysyw□mr□lmw□sri1{e}□mrxivtvixexmsr□erh□egehiqmg□jviihsq2□Li□mw□lett}□xs□wii□jviihsqw□wxvmttih□jvsq□÷pmfivep◇□ihygexsw□i│terh□xliq□jsv□gsrwivzexmzi□tievmwer□stivexmzir0□sr□erh□sjj□geqtyw2

Gsqqmwwmsriv□Gsvgsver□gpievp}□hmzypkih□xli□eggsqter}mrk□gypxyvi□{ev□wxvexik□mrx□wxexi0□reqip}□xs□fi□÷ziv□wxvexikmg□mr□ls□{□i│ks□efsyx□{lex□{i□evi□hsmrk2□Xli□□mr□ihygexmsr2□Œ□Ihygexmsr□mw□syv□w{svh0□xlexŸw□syv□{ietsr2□Syv□{ietsr□mw□mh□hs□rĭxŔ□gsrxmryih>

    Xli□xvyxl□mw□xli□xvyxl2□Xli□□{erx□xs□hir□xlex2□Xli□{lspi□evkyqirx□sr□yrmzivwmx□geqtywiw□mw□xlex□xlivi□mw□rs□xvyxl2□Mx□mw□epp□wyfnigxmzi2□Erh□ws□xlivi□Œ□_xli□{e}□{i□iŸvi□ksmrk□xs□kix□xs□{livi□iŸvi□ksrre□kix□mw□f}□jmklxmrk□iziv□{e}2□Mx□{mpp□fi□e□fexxpi□erh□{i□iŴŃpp□lezi□xs□jmklx2

Sj□gsyvwi□qswx□tvsjiwwsvw□{mpp□mrwxieh□mrwmwx□xlex□÷xli□xvyxl◇□mw□egxyepp}□□hmwgivr0□erh□xlex□jegypx□erh□wxyhirxw□evi□irkekih□mr□xli□levh□hmwgmtpmri□{svo□sj□evkyqirx0□ewwiwwmrk□izmhirgi0□erh□qeomrk□nyhkqirxw□efsyx□{lex□{i□egxyepp}□ors□{□

───────────────────────

6<9 Vmglevh□Gsvgsver□_Jpsvmhe□Gmxm~irwŸ□Eppmergia0□÷JP□Lsywi□Wtieoiv□Vmglevh□G□]syXyfi0□eyhms□jvsq□54>98155>7<2□Lxxtw>33{{{2}syxyfi2gsq3{exglCzAVG<nm~1GPPpw□,pewx□eggiwwih□Etvmp□570□6466-2
6<: Vmglevh□Gsvgsver□_Lmppwhepi□Gsppikia0□÷Ihygexmsr mw□Jviihsq□Å□Vmglevh□Gsvgsver0□Qe□}580□64650□Eyhms□ex□7;>842□□lxxtw>33}syxy2fi3LZyntMexsv4CxA66:7□,pewx□eggiw□5706466-2
6<; Gsvgsver□÷Ihygexmsr□mw□Jviihsq□Å□Vmglevh□Gsvgsver0◇□Eyhms□ex□7<>5=2
6<< Gsvgsver□÷Ihygexmsr□mw□Jviihsq□Å□Vmglevh□Gsvgsver0◇□Eyhms□ex□7<>7:2
6<= Gsvgsver□÷Ihygexmsr□mw□Jviihsq□Å□Vmglevh□Gsvgsver0◇□Eyhms□ex□6<>76174>892
6=4 Gsvgsver□÷Ihygexmsr□mw□Jviihsq□Å□Vmglevh□Gsvgsver0◇□Eyhms□ex□6<>76174>892

ors{2□Xlii□rsxmsr□xlex□sri□wmqtp}□ors{w□e□wipj1izmhirx□xvyxl0□erh□ger□{miph□mx□e
ekemrwx□tspmxmgep□ehzivwevmiw0□mw□erexliqe□xs□{lex□e□gsppiki□ihygexmsr□mw□efs
i|egxp}□xli□{svph□LF□677□wiiow□xs□fymph2

Xlmw□erxm1GVX□gvywehi□lew□epvieh}□viwyptelh□mr□ehqmrmwxvexsvw□tyxxmrk□tvinwwvil
glerki□{lex□xli}□xiegl2□Jsv□i|eqtpi0□jegypx}□ex□Yrmzivwmx}□sj□Jpsvmhe□ettvszih0□xlvsv
kszivrergi□glerripw0□e□gyvvmgypev□gsrgirxvexmsr□geppih□÷Gvmxmgep□Wxyh}□sj□Vegi0□I
Gypxyvi□mr□Ihygexmsr2◊□Ls{iziv0□xlmw□mrmxmexmzi□wxeppih□ex□xli□lmkliwx□pizipw0□
tvszswx□mrwmryexmrk□xlex□÷xli□yrmzivwmx}□□{ew□yrhiv□gpswi□{exgl2◊□Xli□tvsfpiq□xlii
jievih□{ew□÷ywmrk□xli□{svhw□ŷgvmxmgepŶ□erh□ŷvegiŶ□xskixliv2◊

Ew□qirxmsrih□efszi0□mr□xli□Neqiw□Qehmwsr□Mrwxmxyxi□645;□÷Jvii□I|tviwwmsr□erh□M
Hmzivwmx}◊□vitsvx0□xli□eyxlsvw□wykkiww□xlex□÷xlmw□geqtyw□gve~mriww□vitviwirxw□e
syv□wxe Xli□vitsvx□xlir□pe}w□syx□e□tper□jsv□irjsvgmrk□÷zmi{tsmrx□hmzivwmx}◊□xlvsyl
gviexmsr□sj□÷sfnigxmzi□veromrkw0◊□erh□x}mrk□÷jyxyvi□tivjsvqergi□jyrhmrk◊□xs□xliwi□l
Kmzir□xli□gpievp}□wxexih□fipmijw□iwtsywih□f}□Ksziorsv□HiWerxmw0□Gsqqmwwmsriv□Gsv
sxliv□mrjpyirxmep□mrhmzmhyepw□erh□kvsytw0□LF□677□ger□fi□i|tigxih□xs□fi□iekivp}□{|
mhispskmgep□{ietsr2□[mxl□xli□lipt□sj□iekiv□erh□{ipp1jyrhih□wxyhirx□erh□pmxmkexmsr□Ll
zekyi□erh□i|terwmzi□erxm1wlmiphmrk□tvszmwmsrw□{mpp□jegmpmxexi□e□vsyxi□jsv□□wxexi1
hmvigxih□ex□er}□jegypx}□qiqfiv□0□wxejj□mivifwir□f}□xlswi□{ls□lezi□hmwtvstsvxmsrexi□ieggiww□xs
erh□pmxmkexmsr□mrjvewxvygxyvi□iiwmp}□ezempefpi□xs□wxyhirxw□erh□jegypx}□epmkrih□
Rix□{svo2□Erh□xli□pmqmxexmsr□sj□jegypx}□mrt□fi□hmvigxih□ex□xlswi□mrhmzmhyepw□jegy
pmoip}□pego□ei|xivrepp}1jyrhih□pikep□wyttsvx□erh0□xlivijsvi0□{svo□iziv}he}□ors{mrk□xlex□
xlex□we}□sr□hs□sr□geqtyw0□ew□tevx□sj□xlimv□rsvqep□hyxmiw□ew□e□tvsjiwwmsrep□□
qmklx□figsqi□xli□fewmw□sj□pmxmkexmsr□ekemrwx□xlim□mrwxmxyxmsr0□fvsyklx□sr□f}□
kvsytw□pmxmkexmsr□svkerm~exmsrw0□erh□tspmxmgep□stivexmziw2□Xlmw□ger□srp}□lez
xli□gpewwvssq□erh□sr□geqtyw2

   Vigsvhmrk□Tvszmwmsrw

Xli□xlviex□xlex□Geqtyw□Vifsvq0□Xli□Gsppiki□Jm|0□erh□sxliv□wmqmpev□kvsytw□{mpp□y
vigsvhmrkw□xs□wtvieh□syxveki□syxveki□efsyx□mrhmzmhyep□jegypx}□mw□viep2□Geqtyw
Gsppiki□Jm|□evi□egxmzi□mr□Jpsvmhe0□erh□xli□}vikypevp}□f|vmxi□wxsvmiw□eggyvmwmrk□mrw
erh□jegypx}□sj□÷pmfivep□fmew2◊□Qer□sj□xliwi□wxsvmiw□mrgpyhi□zmhis□gsrxirx□ew□
jvsm□gpewwvssqw2□Erh□xlivi□mw□e□xvego□vigsvh□sj□wxsvmiw□{mxxxir□f}□Geqtyw□Vif
Gsppiki□Jm|□piehmrk□xs□xevkixih□levewwqirx2□Wxyhirx□kvsytw□pmoi] JEP□erh□xli□Piehiv
epws□xvem□wxyhirx□stivexmziw□efsyx□{lir□mx□mw□pikep□xs□vigsvh□sr□geqtyw2□□LF□677
xs□xlmw□jmvi2

---

⁶⁼⁵Iqqe□Tixmx0□÷Li□Eggywih□xli□Yrmzivwmx}□sj□Jpsvmhe□sj□Zmspexmrk□Lmw□Egehiqm
Tvszswx□Hmwekv WXizÿa rmgpi□sj□Lmkliv□hygexmsr□   0 Qe}□60□64662
²⁹² Qexxs|0□0□÷Jvii□I|tviwwmsr□erh□Mrxippigxyep□Hmzivwmx}0◊□62
²⁹³ Qexxs|0□0□÷Jvii□I|tviwwmsr□erh□Mrxippigxyep□Hmzivwmx}0◊□5<2

;=

Xli☐tvszmwmsr☐mr☐LF☐677☐xlex☐qeoiw☐mx☐pikep☐jsv☐wxyhirxw☐xs☐÷vigsvh☐zmhis☐sv
pigxyviw◇☐mw☐rsx☐nywx☐vmti☐jsv☐efywi0☐mx☐mw☐hiwmkrih☐jsv☐efywi0☐erh☐mrzmxiw
fmpp☐wxexiw☐xlex☐xli☐ywi☐sj☐xliwi☐vigsvhmrkw☐mw☐pmqmxih☐xs☐xli☐wxyhirx☐Ÿw☐÷s{r
mr☐gsrrigxmsr☐{mxl☐e☐gsqtpemrx☐xs☐xli☐tyfmpg☐mrwxmxyxmsr☐sj☐lmkliv☐ihygexmsr0☐xli
{ew☐qehi0☐sv☐ew☐izmhirgi☐mr0☐sv☐mr☐tvitevexmsr☐jsv0☐e☐gvmqmrep☐sv☐gmzmp☐tvs
hiwgvmfih☐mr☐Tevx☐50☐er☐mrxikvexih☐rix{svo☐sj☐wxyhirx☐kvsytw◇erh☐qihme☐tpexjsvqw
xskixlviv☐xs☐qeryjegxyvi☐xli☐revvexmzi☐sj☐÷pmfivep☐fmew◇☐sr☐gsppiki☐geqtywiw2☐Kmzir
{ew☐mrjpyirgih0☐ehzergih0☐erh☐gipifvexih☐f}☐svkerm~exmsrw☐{mxl☐e☐gsrwmwxirx☐vigsvh
syxveki☐wxsvmiw☐efsyx☐÷pmfivep☐fmew◇☐mr☐lmkliv☐ihygexmsr0☐mx☐mw☐pmoip}☐xlex☐e
wyfnigx☐jegyplx}☐erh☐wxyhirxw☐xs☐geqtemkrw☐sj☐xevkixih☐levewwqirx0☐sv☐xli☐xlviex☐sj
levewwqirx2

LF☐677☐wxmtypexiw☐xlex☐÷e☐vigsvhih☐pigxyvi☐qe}☐rsx fi☐tyfmwlih☐{mxlsyx☐gsrwirx☐sj
erh☐tyfqmwlmrk☐wygl☐e☐vigsvhmrk☐vmwow☐÷yt☐xs☐(6440444☐mr☐heqekiw2☐Ls{iziv0☐xliw
fipmizi☐xlex☐xlmw☐xlviex☐{mpp☐rsx☐fi☐wyjjmgmirx☐xs☐tvizirx☐gpewwvssq☐vigsvhmrkw2☐Jyv
{e}☐xs☐qihme☐syxpixw☐pmoi☐Geqtyw☐Vijsvq☐erh☐Xli☐Gsppeki☐Jm|0☐sv☐xs☐wxyhirx☐kvs
XTYWE2☐Jsv☐i|eqtpi0☐Geqtyw☐Vijsvq☐erh☐XTYWE☐fsxl☐lezi☐e☐÷xmt☐pmriw◇☐xlex☐irgsyvek
wxyhirxw☐xs☐ytpseh☐÷izmhirgi◇☐sj☐pmfivep☐fmew0☐erh☐tvsqmwi☐gsrjmhirxmepmx}☐jsv☐s
wyfqmxxih☐f2Wxyhirxw☐lezi☐jmrergmep☐mrgirxmziw☐xs tvszmhi☐÷pmfivep☐fmew◇☐sv☐÷xmtw0◇☐erh☐l
gsyph☐pmoip}☐tvszmhi☐pikep☐wyttsvx☐xs☐wxyhirxw☐{ls☐pieo☐vigsvhmrkw☐jvsq☐gpeww2

Mr☐gsrxvewx0☐mx☐mw☐yrpmoip}☐xlex☐jegyplx}☐qiqfivw☐{lswi☐pigxyviw☐evi☐pieoih☐{syph
wymrk☐wxyhirxw☐jsv☐heqekiw2☐Rsx☐srp}☐{syph☐heqekiw☐gsppigxmfpi☐jvsq☐wxyhirxw☐pmo
xli☐gswx☐sj☐pmxmkexmsr0☐fyx☐wygl☐pe{wymxw☐{syph☐xliqwipziw☐figsqi☐kvmwx☐jsv☐wxy
Geqtyw☐Vijsvq0☐Xli☐Gsppeki☐Jm|0☐erh☐XTYWE2☐Oexgse☐lew☐qixi☐erv ryqfiv☐sj☐jegyplx}☐
{ls☐tyfmgmp}☐gvmxmgm~ih☐geqtyw☐gsvviwtsrhirxw☐jsv☐tmgiw☐xli}☐÷vxei☐efsyx☐xliq0☐sr
wxyhirxw☐gsvviwtsrhirxw☐xyvr☐ievsyrfl☐erh☐tsvxvxiv☐jegyplx}☐qiqfivw☐ew☐÷fypp}☐mrk☐wxyhir
wxyhirx2ew1zmgxmqxmq☐revvexmzi2☐{syph☐srp}☐fi☐qekrm{jmih☐mj☐ie☐wxyhirx☐{ew☐fimrk☐wyi
heqekiw2☐Jyvxlivqsvi0☐wxyhirxw☐mrzspzih☐mr☐pieomrk☐vigsvhih☐gsrxirx☐{syph☐pmoip}☐ie
wyttsvxih☐f}☐xlswi☐kvsytw☐{mxlmr☐xli☐Osgl☐Hsrsv☐Rix{svo☐xlex☐epvieh}☐wtigmepm~i☐i
vitviwirxmrk☐wxyhirxw☐mr☐pmxmkexmsr2☐Izir☐JMVI☐vigskrm~ih☐xlex☐÷tvszmhmrk☐e☐vmbk
gpewwvssqw☐{mpp☐fi☐qmwywih☐f}☐wxyhirxw☐xs☐vigsvh☐hmwejezsvih☐wxexiqirxw☐f}☐sxliv
jegyplx}☐mr☐svhiv☐xs☐wleqi☐xl☐sranjrx'☐srpmr2◇

Ew☐hmwgywwih☐mr☐Tevt☐50☐erh☐xlvsyklsyt☐©OeqpevŸhViawiviikd0☐Xli☐Gsppeki
Jm|☐evi☐tevx☐sj☐e☐tspmxmgep☐mrjvewxvygxyvi0☐{lmgl☐szivpetw☐wyfwxerximpp}☐{mxl

[6=8]Geqtyw☐Vijsvq0☐÷Wirh☐Yw☐e☐Gsrjmhirxmep☐Xmt2◇☐lxxtw☐33{{{2geqtywvijsvq2svk3xmt?
[exglpmwx0☐÷Wirh☐Yw☐e☐Xmt2◇☐lxxtw☐33{{{2tvsjiwwsv{exglpmwx2svk3wyfqmxemxmr☐pewxl
570☐6466-2
[6=9]Jsyrhexmsr☐jsv☐Mrhmzmhyep☐Vmklxw☐mr☐Ihygexmsr0☐÷JMVI☐wykkiwxih☐ihmxxw☐xs☐W
64652
[296] Mweeg☐Oeqsp0☐&Hiev☐Ehqmrmwxvexsvw>☐Xs☐Tvsxigx☐]syv Jegyplx}☐jvsq☐Vmklx1[mrk
Jspps{☐xli☐Qsri}0&yvrrep☐sj☐Egehiqmg☐Jviihsq        54 ,645=-?☐Weqerxle☐QgGevxl}☐erh☐Mweeg
Oeqspe0☐÷Wirwexmsr~ih☐Wyvzimppergi>☐Geqtyw☐Vijsvq☐erh☐xli☐Xevkixih☐Levewwqirx☐sj☐Wyspie
Jegyplx}0&Ri☐TspmtmrkepWgmirgi0☐6465-?☐Vept☐[mplpmpwsr erh☐Mweeg☐Oeqspa0Osgl,isrqxs☐Osgl
Qsri}>☐Qeryjegxyvmrk☐e☐Geqtyw☐Gypxyvi☐[ev        2☐Lsrhsr> Tpyxs☐Tviww0☐64650☐:;1;42

{ew□jiexyvih□x{s□{iiow□pexiv□mr□xli□Geqtyw□Gsyrxhs{r0□e□zmhis□wikqirx□xlex□
mrgpyhih□gsrxirx□xeoir□hmvigxp□jvsq□xlⁱ□gpewwvssq2

62 Sr□Qevgl□64650□Geqtyw□Vijsvq□tyfpmwlih□er□evxmgpi□{mxl□xli□liehpmri□÷JWY□
xli□ÿLmwxsv□sj□Oeviv0□ywiw□OOO□tlsxs□xs□tvsqsxi□gpeww□sr□ÿ[lmxi□{sqerlssh□
evxmgpi□wipigxmzip}□gmxiw□ipiqirxw□sj□e□tswxiv0□fsso□pmwx0□erh□mrwxvygxsvⁿ
fmwkvetl}2□Xli□Geqtyw□Vijsvq□gsvviwtsrhirx□tsvxve}ih□xli□gpeww'xeyklx□{f}□e□wglspⁿ
sj□Eqivmger□vegmep□erh□kirhivih□zmspirgi'mr□{e}w□xlex□hmwxsvxih□xli□gsrxirx□sr□
ew□{ipp□ew□xli□egehiqmg□hifexiw□xli□gⁱⁱⁱ Xll□xevkixih□2□Tvsjiwwsv□{ew□
levewwih□erh□JWY□higmhih□xs□gergip□xli□gpeww'mr□irxmvip}2□Geqtyw□Vijsvq□vikyp□
vitsvxw□sj□ZMGXSV]%□{lir□mxw□□÷vitsvxmrk□◇viwypxw□mr□rikexmzi□tvsjiwwmsrep□
jsv□xli□egehiqmgw□mx□xevkixw2□Erh0□xxyi□xs□jsvq0□{mxlmr□{iiow□sj□tswxmrk□
Geqtyw□Vijsvq□gpemqih□zmgxsv}0□vitsvxmrk□÷JWY□gergipw□ÿLmwxsv}□sj□Oevirÿ
Geqtyw□Vijsvq□vitsvxⁱ2◇

72 Xli□Gsppiki□Jm|□tyfpmwlih□e□tmigi□mr□Higiqfiv□6465□hmwgywwmrk□e□tvsjiwwsvⁿ
xs□fimrk□yrefpi□xs□xiegl□e□gpeww□{mxl□÷gvmxmgep◇□erh□÷vegi◇□mr□xli□xmxⁱ
Hier□vitsvxih□xlex□xli□fer□{ew□figeywi□÷[i□hs□rsx□{erx□xs□mrjpeqi□_xli□wxexⁱ
pikmwpexyviⁿ2□Xli□tmigi□xlir□uysxiw□xli□Tviwmhirx□sj□Yrmxih□Jegypx}□sj□Jpswmⁿhe_0□
wxexmrk□xlex□xli□mrwxergi□÷mppyqmrexiw□xli□iziv}he}□pizip□sj□levewwqirx□xlex□
gspsv□mr□tevxmgypev□evi□jegmrk□hyvmrk□xlmw□xmqi□ex□_YJa2◇□Ls{iziv0□vexliv□
xlex□tsmrx□jvsq□xli□tivwtigxmzi□sj□xli□jegypx}□qiqfiv0□xli□evxmgpi□gsrgpyhiw□{mⁿ
xli□tvsjiwwsrⁿw□{ifwmxi□erh□xli□gpemq□xlex□÷Mvsrmgepp}0□_xli□tvsjiwwsrⁿwa□jeⁱ
wxexiw□lli□ÿtvmqevmp}□xieglmrk□gsyvwiw□jsv□xli□Gvmxmgep□Wxyhmiw□mr□Vegi0□
Gypxyvi□wtigmepm~xmosr2Ÿ◇

82 Mr□Qevgl□64660□Xli□Gsppiki□Jm|□tyfpmwlih□e□wxsv}□xlex□mrgpyhih□wgiirlwxxⁿ
xvemrmrk□qshypi□xlex□{ew□tevx□sj□xli□xvemrmrk□tvskveq□jsv□Viwmhirt□Ewwmwⁿ
Wxexi□Yrmzivwmx}2□Xli□wxsv}□uysxih□er□ersr'qsyw□÷{lmwxpifps{iv◇□{ls□tvszmhih□
qexivmep0□ew□{ipp□ew□e□gsqqirx□jvsq□Kszivrsv□HiWerxmwⁿw□tviww□wigvixev}□□
÷Yrjsvxyrexip}0□vegmp□Qev|mwx□mhispskmiw□pmoi□GVX□lezi□mrjigxih□qer}□mrwⁿ

---

302 Ehhmwsr□Tyqqpll0□÷Tvsjiwwsvw□evi□kixxmrk□temh□xs□Geqtyw□Vijsvq□ⁱexi□wxyhirxw0◇
Rsziqfiv□570□64652□lxxtw□33{{{2geqtywvijsvq2svk3evxmgpiCmhA5<887□,pewx□eggiwwih□Etⁿ
6466-2
303 [}exx□Imglipp~0□÷JWY□gpeww□sr□xli□+Lmwxsv}□sj□Oeviv+□ywiw□OOO□tlsxs□xs□tvsⁿ
+[lmxi□{sqerlssh0+ Geqtyw□Vijsvq0   Qevgl□6;0□64652
lxxtw□33{{{2geqtywvijsvq2svk3evxmgpiCmhA5;545□,pewx□eggiwwih□Etvmp□90□6466-2
304 [}exx□Imglipp~0□÷JWY□gergipw□ÿLmwxsv}□sj□Oevirÿⁱⁱⁱ gsyvwi ejxiv□Geqtyw□Vijsvq□vitsⁱ
Geqtyw□Vijsvq0   Etvmp□:0□64652□lxxtw□33{{{2geqtywvijsvq2svk3evxmgpiCmhA5;5<8 ,pewx□eggⁱ
Etvmp□90□6466-2
305 Hezi□Lyfiv0□÷Gsqtemrx>□Y2□Jpsvmhe□ihygexsr□tvsjw rsx□epps{ih□xs□ywi□ÿgvmxmⁱⁱ
gsyvwiⁿ XÖⁱGsppiki□Jm|    0□Higiqfiv□90□64652
lxxtw>33{{{2xligsppikijm|2gsq3gsqtpemrxx1y1jpsvmhe1ihygexsr1tvsjw1rsx1epps{ih1gⁱ
rh1vegi1mr1gsyvwiw3 ,pewx□eggiwwih□Etvmp□90□6466-2

wglsspw□xs□gsvtsvexmsrw2□Vikevhpiww□sj□ls{□vevi□sv□gsqqsr□mx□mw0□izir□sril□
hmwgvmqmrexsv}□mrhsgxvmrexmsr□"[mw□xss□qygl2◇

Fsxl□Geqtyw□Vijsvq□erh□Xli□Gsppki□Jm|□tyfpmwl□wxsvmiw□mr□{e}w□xlex□xeoi□e□wr□
i|tviwwmrk□syxveki□ex□xli□tvizepirgi□sj□÷pmfivep□fmew◇□mr□Jpsvmhe Ÿw□wglsspw0□gm□
svhmrev}□sggyvvirgiw□sj□egehiqmg□erh□geqtyw□pmji□ew□izmhirgi□sj□syxveki2□Gsqtpi□
pmoi□ls{□xs□hizipst□mrwxmxyxmsrep□tspmgmiw□xlex□fepergi□wtiigl□{mxl□xli□hiwmvi□xs□
qsvi□mrgpywmzi□xs□qmrsvmx}□wxyhirxw0□jsv□i|eqtpi0□evi□tviwirxih□ew□wmqtli□i|eqtpi□
Erh□qer}□sj□xliwi□wxsvmiw□hve{□ytsr□÷pieoih◇□zmhisw□erh□mqekiw□jvsq□gpewwvssq□
xvemrmrk0□erh□sxliv□izirxw2□Qsvisziv0□ew□wiir□mr□Ettirhm|□60□qer}□sj□svviwtshirx□
qiqfivw□sj□wxyhirx□kvsytw□pmoi□EJ0□{ls□xvemr□wxyhirxs□sr□÷{lir□mx□mw□pikep□xs□□
ehqmrmwxvexsvw0□XTYWE□{ls□vyrw□e□tvsjiwwsv□{exglpmwx0□sv□WJP□{ls□xvemrw□wx□
wyi□□}svr□yrmziv [mx}2◇

Ew□hmwgywwih□mr□Tevx□50□Geqtyw□Vijsvq□erh□Xli□Gsppki□Jm|□epws□i|mwx□ew□t□
xlex□tvshygiw□lmklp}□mhispskmgep□tspmxmgep□vitvwirxexmsrw□sj□lmkliv□ihygexmsr□ex□t□
wgepi2□Xliwi□wxsvmiw□evi□xlir□jih□mrxs□e□vmklx1{mrk□qihme□igsw}wxiq0□erh□gmvgyp□
qihme□erh□glex□fsevhw0□erh□sjxir□viwypxw□mr□xliviexw□erh□xli□xevkixih□levewwqirx□s□
64640□Oeqspe□ix□ep2□jmiphih□e□wyvzi}□sj□epp□jegypx}□qiqfivw□eggywih□f}□Geqtyw□
wsvs□sj□÷pmfivep□fmew2◇□Xli□wyvzi}□gsrgpyhih□xlex□sj□jegypx}□qiqfivw□reqih□mr□e□
wxsv}>□÷Jsvx}□tivgirx□sj□viwtshirxw□vitsvxih□vigimzmrk□xlviexw□sj□levq0□mrgpymhmrg□
zmspirgi□sv□hiexl0□jspps{mrk□Geqtyw□Vijsvm [ [ Ÿw wxsvmiw□xlex□xevkixih□vigimzmrk□
xlvieximrk□qiwwekiw□f}□i|eqtp}□,<=□tivgirx□sj□wgmep□qihme□,9;□tivgirx1 0□sziv□sziv□□
tivgirx□sr□erh□xlvsykl□qemp□,55□tivgirx2□Ex□piewx□xlvii□jegypx}□qiqfivw□vitsvxih□pswm□
mr□6464□ew□e□viwypx□sj□gsrxvszivwmiw□xlex□jspps {ih□jvsq□fimrk□{mx□[ tir□efsyx□mr□
Mr□e□jemvp}□x}tmgep□i|eqtpi□sri□Fpego□jiqepi□tvsjiwwsv□vitsvxih□xlex□ejxiv□fimrk□□
Geqtyw□Vijsvq0□s□Jvmhe}0□wli□ksx□er□srwpeyklx□sj□qeqpmiw0□{□mxxxiv□erh□Jegifsso□qiw□
zsmgiqempw0□erh□gsqqirxs□sr□liv□tivwrrep□{ifwmxi2□Xli}□geppih□liv□xli□g1{svh0□xli□□
liv□xli□Ÿh□fyvr□hs{r□liv□livwiyw0□vijivivgih□lyrxmrk□ wiewsr0□erh□wemh□xli}□{ill□ksx□

Xlmw□i|eqtpi□mw□gsvvsfsvexih□f}□izmhirgi□sf□Oeqspe□kexlivih□{lmpi□vieglmrk□syx□xs□jegy□
lezi□fiir□{vmxxir□efsyx□f}□Geqtyw□Vijsvq□erh□Xli□Gsppki□Jm|2□Mr□qer}□mrwwergiw□w□
xlex□wxyhirx□sv□jegypx}□qiqfiv□sr□geqtyw□pieo□mrjsvqexmsr□xs□xliwi□syxpixw0□{□lm□
xli□÷xmtw◇□xs□wxyhirx□gsvviwtshirxw2□Xliwi□wxsvmiw□÷wirwexmsrepm~i□{□lex□evi□sj□
egxmzmxmiw□mr□xli□gpewwvssq0□sv□tewwmrk□wxexiqirxw □[m□qehi□sr□wsgmep□qihme2

Jyvxlivqsvi0□mr□pmklx□sj□xli□hmwgywwmsr□efszi0□xlivi□mw□gsrwmhivefpi□viewsr□xs□fip□
wergxmsrih□zmhisxetmrk□sj□gpewwiw□{mpp□epws□tyx□wxyhirxs□ex□kviexiv□vmwo□sj□□
xevkixih□levewwqirx2□Mr□pbff}mrk□xs□eqirh□xli□fmpp0□JMVI□gsvvigxp}□rsxih□xlex□÷mx□

[74] Gsvi□}[epoiv0□÷JWY□ewwmkrw□mqtpmgmx□fmew□xiwx□ Xlieqplisipÿÿÿnsvl0□QEVG□Ew0◇□
6<0□64662
[74] Wxitlermi□Weyp0□÷Xli□Gsrwivzexmzi□Jsvgi□Filmrh□Wtiigliw□Vsmpmrk□Gsppki□Geqtywiw◇□
epws>□□Wxyhirx□jsv□Pmfivx}0◇□÷XsrmklxŸw□Epp□WJP□[ifmrev>□[lir□xs□Wyi□□}srv□Yrmziiv
[308] QgGevxl}□□*□Oeqspe□÷Wirwexmsrepism~ih□Wyvzimppergi2◇
[309] QgGevxl}□□*□Oeqspe□÷Wirwexmsrepism~ih□Wyvzimppergi2◇
[310] QgGevxl}□□*□Oeqspe□÷Wirwexmsrepism~ih□Wyvzimppergi2◇

givxemrx□xlex□tvszmhmrk□e□vmklx□xs□vigsvh□mr□gpewwvssqw□{mpp□fi□qmwywih□f}
hmwjezsvih□wxeiqirxw□f}□sxliv□wxyhirxw□sv□jegypx}□mr□svhiv□xs□wleqi□xliq□srpmri0
tspmxmgep□sv□mhispskmgep□kvsyrhw2◊□Ls{iziv0□mx□mw□rsxefpi□xlex□xli□i|eqtpi□xlex
wxyhirx□÷{ls□i|tviwwiw□xli□stmrmsrw□xlex□xli□6464□ipigxmsr□{ew□wxspir□jsv□i|eqpi0◊
eqsrk□xli□qswx□pmoip}□xevkixw□sj□er□srpmri□qsf2◊

Jyvxlivqsvi0□yrpmoi□e□gsrwivzexmzi□wxyhirx□{ls□qmklx□irhyvi□wsqi□hmwgsqjsvx□{lir□i|tvi
e□jepwilssh□mr□xli□gpewwvssq□,wygl□ew□vitiexmrk□xli□Fmk□Pmi-0□wxyhirxw□{ls□i|tvi
tvskviwwmzi□sv□pmfivep□mhiew□{mpp□pmoip}□jmrh□xliqwipziw□xli□wyfnigxw□sj□wxswvmi
erh□Xli□Gsppiki□Jm|2□Xliwi□syxpixw□vikypevp}□tyfpmwl□wxsvmiw□xlex□gvmxmgmqm~i□wxy
mrhmzmhyep□wxyhirxw0□sjxir□mr□xli□jsvq□sj□zmhis□gsrxirx2□Ew□{mxl□jegypx}0□xli}□t
wxyhirxw□lsphmrk□stmrmsrw□xli}□hmwekvii□{mxl□mr□qsgomrk□xsriw□i|tviwwmrk□hmwfli
gsyph□fimizi□xli□xlmrkw□xli}□hs2

Oexl□Femr□jsv□Jpsvmhe□Ihygexmsr□Ewwsgmexmsr□xiwxmjmih□efsyx□xli□vmmow□sj□ep
xli□gpewwvssq2□Wli□hvi{□sr□xli□i|eqtpi□sj□liv□heyklxiv0□{ls□÷{ew□xiewih□erh□fyppmi
sj□liv□gpewwqexiw2◊□Erh□{lir□wli□÷viegxih□mrettvstvmexip□ŒXli□wglssp□egxih□{mxl□{n
kvegi□f}□fsxl□lsphmrk□liv□eggsyrxefpi□jsv□liv□egxmsrw0□fyx□epws□epps{mrk□liv□xs
jvsq□xli□i|tivmirgi2□Leh□xlswi□qsqirxw□fiir□jvs~ir□mr□mr□xmqi0□wls□wiizh□jsv□xli□tvefl
{srhiv□{lex□piwwsr□erh□{lex□pewwmrk□gsrwiuyirgiw□q}□heyklxiv□{syph□lezi□fiir□jsvgih
irhyvi2◊[756] Sri□gsyph□epws□mqekmri□e□wmqmpev□wgirevms□mr□{lmgl□e□tspmxmgep□hmw
gpewwvssq□mw□geyklx□sr□xeti□erh□pieoih□xs□Geqtyw□Vijsvq0□Xli□Gsppiki□Jm|0□sv□s
vikypevp}□qeryjegxyvi□syxveki□efsyx□÷pmfivep□fmew◊□mr□lmkliv□ihygexmsr2

Wyvzi}□Tvszmwmsrw

LF□677□epws□qerhexiw□xlex□xli□Jpsvmhe□Fsevh□sj□Kszivrsvw□erh□Fsevh□sj□Ihygexms
gsqtpmergi□{mxl□mxw□sfpmkexmsrw□yrhiv□®®□55452;4:,57-,f-0□Jpe2□Wxex2□,6465-?□5
ehqmrmwxiv□÷er□sfnigxmzi0□rsrtevxmwer□erh□wxexmwxmgepp}□zepmh□wyvzi}□xs□e□y
{lmgl□gsrwmhivw□xli□i|xirx□xs□{lmgl□gsqtixmrk□mhiew□erh□tivwtigxmziw□evi□tviwirx□
qiqfivw□sj□xli□gsppiki□gsqqyrmx}0□mrgpyhmrk□wxyhirxw0□jegypx}0□erh□wxejj□0□jiip□jvii□
xlimv□fipmijw□erh□zmi{tsmrxw□sr□geqtyw□erh□mr□xli□gpewwvssq2◊□Mr□ehhmxmsr□xs□xsl
{lixliv□wygl□e□wyvzi}□ger□fi□rsrtevxmwer□erh□÷wxexmwxmgepp}□zepmh0◊□wii□Tevx□V
ryqfiv□sj□levqw□xlex□gsqi□jvsq□jmiphmrk□xli□wyvzi}2□Jmvwx0□xli□wyvzi}□gsrxemrw□e
xlex□ger□srp}□irwyvi□xlex□xli□wyvzi}□{mpp□tvszmhi□÷izmhirgi◊□xlex□jiihw□hmvigxp}□

[311] Jsyrhexmsr□jsv□Mrhmzmhyep□Vmklxw□mr□Ihygexmsr0□÷JMVI□wykkiwxih□ihmxw□xs□W
tvshygih□f}□JSME□viuyiwx0□Qevgl□70□64652□Xlmw□mw□e□viziepmrk□i|eqtpi□figeywi□xl
ipigxmsr□{ew□mr□jegx□RSX□wxspir2□Ls{iziv0□eggsvhmrk□xs□xli□wlmiphmrk□tvszmwmsrs
{syph□lezi□xs□eggsqqshexi□xli□÷stmrmsr◊□xlex□mx□{ew□sv□vmwo□tvswigyxmsr2□Sri□
wyttswih□xs□pievr□mr□xli□gpewwvssq□mw□ls□[xs□izepyexi□kssh□evkyqirxw□jvsq□feh…
jegxw□jvsq□qeoi1fipmizi□sv□tvstekerhe2□JMVI□mw□gsrjmvqmrk□xlex□xli}□zepyi□xli□efmp
stmrmsr□{lex1ws1iziv0□vexliv□xler□xli□egehiqmg□tvsngix□sj□izepyexmrk□xli□vipexmzi□qivm
evkyqirxw2

[756] Jpsvmhe□Wirexi0□÷Jpsvmhe□Wirexi□Ettvstvmexmsrw□Wyfgsqmxxii□sr□Ihygexmsr□lievmr□
=0□64650◊□572

tevxmwer□revvexmzi□hiwgvmfih□efszi2□Wigsrh0□xlmw□jpe{ih□wyvzi}□{mpp□pmoip}□fi□yp
mrwxmxyxmsrw□sr□xli□fewmw□sj□xli□tspmxmgep□fipmijw□sj□xli□jegypx}□erh□wxejj□{ls
wxyhirxw□{ls□exxirh2

Mr□wlsvx0□xli□wyvzi}□mw□qsxmzexih□f}□xlmw□jepwi□erh□vitiexihp}□hmwtvszih□revvexm
tvsjiwwsvw□evi□mqtihmrk□jviii□wtiigl□mr□Eqivmger□lmkliv□ihygexmsr2□LF□677□mw□mrxi
qeryjegxyvi□e□jepwi□izmhirxmev}□fewmw□sr□nywxmj}□jyvxliv□exxegow□sr□egehiqmgw□m
hmwekviiqirxw□{mxl□xli□gsrxirx□sj□xlimv□wtiigl2

Xli□perkyeki□sj□xli□wyvzi}□mxwipj□mw□tviqmwih□sr□xli□ewwyqtxmsrw□qeryjegxyvih□f}□L
qihme□svkerm~exmsrw0□wxyhirx□kvsytw0□pmxmkexmsr□syxpixw0□erh□qsfmpm~exmsrw□k
{mxl□xli□OSgl□Hsrsv□Rix□{svo2□Jsv□i|eqtpi0□xli□tlvewmrk□sj□xli□uyiwxmsrw□sr□xli□wyv
xlswi□mhispskmgep□ewwyqtxmsrw2□Uyiwxmsr□<□sj□xli□jegypx}□wyvzi}□ewow0□÷Q}□mr
xspiverx□erh□{ipgsqmrk□sj□fsxl□pmfivep□erh□gsrwivzexmzi□mhiew□erh□fipmijw2◊□Xlmw□
ewwyqiw□xlex□mhiew□evi□imxliv□÷pmfivep◊□sv□÷gsrwivzexmzi0◊□erh□xlex□xliwi□x{s□w
fipmijw◊□evi□tmxxih□ekemrwx□iegl□sxliv□sr□e□fexxpijmiph□sj□mhiew2□Xli□viepmx}□mw□mv
iziv□egehiqmg□jmiph0□xli□gexiksvm~exmsr□sj□zmi{tsmrxw□mrxs□sri□gexiksv}◊□sv□ersxliv
wmqtpi□erh0□ew□zmvxyepp}□er}□egehiqmg□{mxl□i|tivmuwmi□mr□xlimv□jmiph□{mpp□xipp□}s
xieglmrk□jsgywiw□sr□yrhivwxerhmrk□xli□ryergi□sj□mhiew2□Ls□{iziv0□xlmw□wyvzi}□{msv
xlex□pmfivep□erh□gsrwivzexmzi□evi□xli□x{s□sepp}□setsxi□vygi□fygsixw◊□{mxlmr□xli□{s
mhiew□ger□jepp0□fyx□xlex□wyvzi}□viewtsrhixw□{mpp□mrxymxmzip}□ors{□{lmgl□÷mhiew◊
{lmgl□fygoix2□Xlmw□wyvzi}□perkyeki□jmxw□mrxs□xli□÷yrmzivwmx}□ew□fexxpijmiph◊□re
qeryjegxyvih□f}□{ipp□jyrhih□tevxmwerw2□Fyx□mx□hsiw□rsx□viwiqfpi□xli□ryergi□erh□gsqtu
egxyep□gsppiki□gpewwvssqw2

Wmqmpevp}0□Uyiwxmsr□59□sj□xli□jegypx}□wyvzi}□mrquymyiw□ew□xs□{lixliv□xli□viwtsrhe
irgsyvekimw□viwievgl0□tyfpmgexmsrw□hmwwmvxexmsrw0□mxg2□xsr□xsmmgw□xlex□sr
gsrwivzexmzi□zmi{tsmrxw2◊□Xli□yrwtoir□tvmqmwi□sj□xlmw□uyiwxmsr□mw□xlex□iziv}□mhi
imxliv□pmfivep□sv□gsrwivzexmzi2□Fyx□xli□viepmx}□sj□lmkliv□ihygexmsr□mw□rsx□ws□g
xieglivw□erh□viwievglivw□yrhivwxerh□xlex□qsvep0□tspmmkep0□gypxyvep0□erh□wsgmep□
qsvi□gsqtpmgexih□xler□e□pmfivep3gsrwivzexmzi□fmrev}2□Jsv□i|eqtpi0□ewomrk□wxyhirx□
gsqtpi|□xlmroivs□pmoi□Psgoi□erh□Vihygi□lmyhgi□lmyhgi□lmyhgi◊□mw□tphmgyp□wmq
kviex□hmwwimvwmgp□sr□xs□{lex□ihygexsvw□xv}□xs□hs□mr□xli□gpewwvssq>□reqip}0□irgsyvel
efsyx□gsqtpmgexih□tvsfpiqw□mr□gsqtpi|□{e}w2□Xli□wyvzi}}0□mr□mxw□perkyeki□erh□yrhi
ewwyqtxmsrw0□vimrjsvgiw□xli□revvexmzi□xlex□egehiqmg□mhiew□ger□imxliv□fi□÷pmfivep◊
÷gsrwivzexmzi2◊

Xli□hiwmkr□sj□xli□wyvzi}0□xlivijsvi0□i|tmpmgmxp}□hiqerhw□erh□{mpp□rigiwwevmp}□tvszm
hexe□xlex□vitvshygiw□xli□÷yw◊□zivwyw□÷xliq◊□gypxyvi□{ev□revvexmzi□xlex□kvsytw□p
Vijsvq0□Xli□Gsppiki□Jm|0□erh□Xyvrmrk□Tsmrx□YWE□xvejjmg□mr2□Gsrwiuyirxp}0□{mwtsrhi
gsqtpixi□xli□wyvzi}□|□{mpp□fi□iijjgyzm}□wlsvmvk□yt□xli□pikmxmqeg}□sj□e□hiitp}□tspmmx
lmkliv□ihygexmsr□gyvvirxp}□fimrk□tvsqsxih□f}□xli□OSgl□Hsrsv□Rix{svo2

Mr□ehhmxmsr□xs□hiwmkr□mwwyiw0□xlivi□mw□e□tssv□xvego□vigsvh□sj□jmiphmrk□xliwi□
Qexxli{□Pexe□jvsq□JWYŸw□Yrmxih□Jegypx}□sj□Jpsvmhe□gletiv□xiwxmjmih□hyvmrk□xli□
wxexiw□xlex□lezi□mqtiqirxih□wygl□wyvziw0□mrgpyhmrk□Gspsvehs0□Rifvewoe0□Rsvxl□Hec

<9

Rsvxl□Gevspmre0□÷lezi□viwtsrwi□vexiw□piww□xler□54□tivgirx□sv□wpmklxp}□efszi2□XlexŸ
viwtsrhirxw□evi□verhsq2□Xli}□hsrŸx□vitviwirx□xli□hiqskvetlmgw□sj□xlswi□mrwxmxyxmsrw2[757] Xli
wyvzi}w□{mpp□ijjigxmzip}□figsqi□er□÷stx1mr◊□wyvzi}0□{mxl□srp}□xlswi□qswx□gsqqmxxi
revvexmzi□sj□qewwmzi□pmfivep□fmew□glsswmrk□xs□jmpp□syx□xli□wyvzi}0□xlivif}□vitpm
jpe{ih□stx1mr□wyvzi}w□hiwgvmfih□mr□Tevx□52

Tevxmgypevp}□epevqmrk□mw□xlex□hexe□jvsq□xli□wyvzi}w□qe}□fi□sfxemrefpi□xlvsykl□e
viuyiwx□yrhiv□wxexi□pe{2□[lexiziv□wigyvmx}□qiewyviw□xli□Hijirherxw□xeoi□mr□wxsvmrk
ettievw□xlex□mhispskmgepp}□hvmzir□erh□{ipp1jyrhih□vmklx1{mrk□svkerm~exmsrw□pmoi□
erh□Xli□Gsppiki□Jm|□gsyph□iewmp}□erh□pikepp}□sfxemr□xli□hexe□erh□ywi□mx□jsv□x
tyvtswiw'qmwvitviwirxmrk□sv□qermtypexmrk□viwypxw□xs□wykkiwx□xlex□tevxmgypev□gsppik
hitevxqirxw□evi□÷mrxspiverx◊□sj□gsrwivzexmziw□sv□gsrwivzexmzi□mhiew0□sv□evi□÷mrhs
wxyhirxw2

Geqtyw□Vijsvq□epws□vikypevp}□tyfpmwliw□Geqtyw□Tvsjmpiw□hmwgywwmrk□ls{□pmfivep
er□mrhmzmhyep□yrmzivwmx}□mw2□Pmoi{mwi0□JMVI□mwwyiw□mxw□erryep□jvii□wtiigl□
mqekmri□xli□jpe{ih□viwypxw□sj□xli□Zmi{tsmrx□Hmzivwmx}□Wyvzi}□fimrk□ywih□xs□temr
yrmzivwmxmiw□ew□xss□pmfivep'{livi□÷pmfivep◊□erh□÷gsrwivzexmzi◊□evi□yrhivwxssh□mr
mhispskmgep□xivqw2□Wygl□÷vexmrkw◊□gsyph□lezi□wivmsyw□gsrwiuyirgiw□jsv□xli□mrwx
xliqwipziw0□ew□{ipp□ew□xli□jegypx}□erh□wxyhirxw□{ls□xiegl□erh□exxirh□wglssp□xlivi0
qehi□efyrherxp}□gpiev□f}□rsx1ws1zimpih□xlviexw□f}□Jpsvmhe□tspmxmgmerw□xs□hijyrh
hiiqih□÷xss□pmfivep2◊□Mr□ehhmxmsr□xs□xli□Kszivrsv□HiWerxmw□erh□Gsqqmwwmsriv□G
qehi□efsyx□tyrmwlmrk□xlimv□÷iriqmiw◊□,wii□Tevx□5-0□hyvmrk□xli□hifexi□sziv□LF□677
wtsrwsv□Wirexsv□Vshvmkyiw□{ew□ewoih□efsyx□{lixliv□wergxmsrw□{syph□jspps{□jvsq□xli
viwypxw2□Li□viwtsrhih□mj□xli□wyvzi}w□÷gsqi□fego□erh□wls{□xlex□xliviŸw□e□hijmgmirg
yt□xs□xli□Fsevh□sj□Kszivrsvw□erh□xli□Wxexi□Fsevh□sj□Ihygexmsr□{ls□mw□mr□glevki
Gsppiki□W}wxiq□xs□psso□ex□xlex□erh□qeoi□e□hixivqmrexmsr□mj□xli}□xlmro□xlex□xlivi
riih□xs□fi□xeoir□erh□{lex□xlswi□egxmsrw□{mpp□fi2◊[758]

Mr□xli□hifexi□fijsvi□xli□Jpsvmhe□Lsywi□sj□Vitviwirxexmziw□Tswx1Wigsrhev}□Ihygexmsr□G
Vit2□Vsegl□qehi□wizivep□viqevow□wykkiwx□xli□wyvzi}□{syph□fi□ywih□xs□gviexi□e□÷pi
erh□÷gsvvigxmzi□egxmsrw◊>

> Fijsvi□{i□exxiqtx□xs□tvstswi□er}□pikmwpexmzi□jm|0□{i□{erx□xs□ewgivxemr0□sri0
> tvsfpiq0□erh□{lex□mw□xli□rexyvi□sj□xli□tvsfpiq2□Erh□xlmw□wyvzi}□wiiow□wmqtp
> kexliv□iqtmvmgep□hexe□vexliv□xler□erighsxep□hexe□xs□qeoi□xlex□hixivqmrexmsr2[759]

Ex□ersxliv□tsmrx0□Vit2□Vsegl□i|tpemrih□xlex□xli□wyvzi}□{syph>

---

[757] Jpsvmhe□Lsywi0□÷Jpsvmhe□Lsywi□Tswx1Wigsrhev}□Jifvyev}□5;xl0□6465□Eyhms□Xverwg
[758] Jpsvmhe□Wirexi0□÷Jpsvmhe□Wirexi□Wiwwmsr□Etvmp□5wx0□6465□Eyhms□Xverwgvmtxm
[759] Jpsvmhe□Lsywi□sj□Vitviwirxexmziw0□÷Jpsvmhe□Lsywi□Tswx1Wigsrhev}□Jifvyev}□5;xl0□6
Xverwgvmtxmsr0◊□;1<2

epps{□yw□xs□kexliv□xlex□iqtmvmgep□hexe□xs□xipp□yw□mj{□i□lezi□e□tvsfpiq0□
{lex□gsvvigxmzi□egxmsrw□{i□gsyph□xeoi□imxliv□ex□xli□yrmzivwmx}□pizip□sv□ew□
fsh}2[75]

Vit2□Vsegl□pexiv□i|tpemrih□xlex□li□{ew□tvstswmrk□xli□pikmwpexmsr□yrhiv□xli□ewwyqtx
er□gsppiki□tviwmhirx□mr□xli□wxexi□sj□Jpsvmhe0□er}□yrmzivwmx}□tviwmhirx□xlex
hs□figsqi□e{evi□sj□e□tvsfpiq□sr□xlimv□geqtyw□xlex□xli□Ÿvi□ksmrk□xs□egx□mqqii
gsvvigx□mx2□Xlex+w□q}□kssh□jemxl□ewwyqtxmsr2□M□ger□Ÿx□tswwmfp}□fipmizi□x
xvyi0□xlex□xli}□{{syph□rsx□xeoi□mqqihmexi□wxit□xs□gsvvigx□erh□izepyexi□xli□t
geqtywŒ□Mj□xli□wyvzi}□gsqiw□fego0□erh□mx□psssw□pmoi□mw□wsqixlmrk□
wxexi□yrmzivwmx}□{s}wxiq0□erh□e□jyxyvi□pikmwpexmzi□fsh}□higmhiw□xs□xeoi□eg
yt□xs□e□jyxyvi□pikⁱ□wpexyvi2

Mr□pmklx□sj□xli□efszi0□xlivi□mw□gsrwmhivefpi□viewsr□xs□fipmize□xlex□xli□Zmi{smrx□
{mpp□tswie□gsrwmhivefpi□levq□xs□wxyhirxw0□jegypx}0□erh□egehimg□mrwxmxyxmsrw□m
xviewx□egehimg□xieglmrk□erh□viwievgl□ew□qivi□gsqtixmxmsr0□fyx□xlir□jmiphw□e□jpe□
qeryjegxyviw□xlex□÷izmhirgi◊□riihih□xs□nywxmj}□xlex□zmi{□sj□lmkliv□ihygexmsr2

##     Psgomrk□mr□Hsrsv□Mrjpyirgi

Er□yrhiv1ettvigmexih□ipiqirx□sj□LF□677□i|terhw□xlex□i|tviwwmsr□{lmgl□mw□tvsxigxih□jv
mrxivjivirgi□erh□wlmplhmrk□xs□tvsxigx□viwievgl□ew□{ipp2□Xli□vmklx□xs□tyvwyi□erh□tyf
jvii□jvsq□i|xivrep□gsrwxvemrx□mw□mpp□epvieh□tvsxigxih□yrhiv□egehimg□jviihsq2□Ls{iziv0□x
tvmrgmtpi□sj□egehimg□jviihsq□hmijivw□jvsq□xlex□sj□jvii□wtiiglŒ□Vexliv□xler□ejjmvqvmrk
yxxiv□er}□fipmij□sv□stmrmsr□sj□mxlsyx□jiev□sj□wxexi□wergxmsr0□egehimg□jviihsm□mw□mw□mw□mw
wyfnigxmrk□mhiew□xs□vmksvsyw□wgvyxmr}0□wygl□ew□tiiv□vizmi{0□erh□xlex□mhiew□□xl□
izmhirgi□erh□evkyqirx□evi□hmwgvihmxih2□LF□677□ehhw□jegypx}□viwievgl□xs□xli□pmwx□x
tvsxigxih□yrhiv□xli□Jmvwx□Eqirhqirx2□Ex□jmvwx□kpergi□xlmw□qe}□wiiq□pmoi□e□qmrsv
Ls{iziv0□mx□wivziw□xs□tvsxigx□egehimg□girxivw□jyrhih□f}□xli□Osgl□Hsrsv
jvsq□gvmxmgmgmwq2

LF□677□i|xirhw□Wigxmsr□7□sj□wxexyxi□544824=;□iwxefpmwlih□f}□xli□645<□÷Geqtyw
Egx◊□f}□i|xirhmrk□{lex□mw□gsrwmhivih□i|tviwwmsr□tvsxigxih□f}□xli□xlviex□sj□pe□{wymx

,e-□I|tviwwmzi□egxmzmxmiw□tvsxigxih□yrhiv□xli□Jmvwx□Eqirhqirx□xs□xli□Yrmxih□W
Gsrwxmxyxmsr□erh□Evx2□M□sj□xli□Wxexi□Gsrwxmxyxmsr□mrgpyhi□fyx□evi□rsx□pmr
svep□sv□{vmxxir□gsqqyrmgexmsr□sj□mhiew0□mrgpyhmrk□epp□jsvqw□sj□tiegijyp□e
tvsxiwxw0□erh□wtiigliw?□hmwwxvmfyxmrk□pmxivexyvi?□gevr}mrk□wⁱⁱⁱigⁱxⁱ□gmvgypexmⁿ
viwievgl0□pigxyviw0□{vmxmrkw0□erh□gsqqirxev}0□{lixliv□typfpwlih□sv□ytyfpwlih?

---
[75] Jpsvmhe□Lsywi□sj□Vitviwirxexmziw0□÷Jpsvmhe□Lsywi□Tswx1Wigsrhev}□Jifvyev}□;5;xl0□□6
Xverwgvmtxmsr0◊□□5=2

[75] Jpsvmhe□Lsywi□sj□Vitviwirxexmziw0÷Jpsvmhe□Lsywi□Tswx1Wigsrhev}□Jifvyev}□;5;xl□646
Xverwgvmtxmsr0◊□641652

erh□xli□vigsvhmrk□erh□tyfpmgexmsr0□mrgpyhmrk□xli□Mrxivrix□tyfpmgexmsr□sj□zm□vigsvmvih□mr□syxhssv□eview□sj□geqtyw2

Yrpmoi□xli□wxerhevhw□sj□egehiqmg□jviihsq0□xlmw□vizmwmsr□hsiw□rsx□qeoi□er□i|gitmx□jsyrh□xs□i|lmfmx□egehiqmg□qmwgsrhygx0□tvshygih□f}□ywmrmk□wlshh}□wglspevwlmt0□i|tvi□qexxivw□wx□tivxemrmrmrk□xs□e□wglspev Ÿw□gpeww□sv□hmwgmtmri0□sv□{lixliv□tvshygih□xs□f□hsrsvv2□Xliwi□tvsxigxmsrw□i|xirh□xs□egxmzmxmiw□fi}srh□xli□tvsxigxih□f}□egehiqmg□j

Wygl□tvsxigxmsrw□fspwxiv□xli□efmpmx}□sj□Osgl□Hsrsv□Rix{svoŸw□egehiqmg□tvskveqw□mrxippigxyep□i÷ve{□qexivmewp◇□Dew□tiv□xli□xli□Wxvygxyvi□sj□Wsgmep□Glerki2□Jsv□i|eqtpi0□wxyhirxw□erh□jegypx}□qiqfivw□gsrgivrih□efsyx□hsrsv□mrjpyirgi□sr□egehiqmg□viwiewgl□gs□eggywih□sj□imxliv□mrxivjivmrrk□{mxl□i|tviwwmsr□sv□wlmiplmrk□sxlivw□jvsq□xlex□i|tviww

Ex□xli□645:□gsrjivirgi□sj□xli□Ewwsgmexmsr□jsv□Tvmzexi□Irxivtvmwi□Ihygexmsr□,ETII-0□jvsq□xli□Glevpiw□Osgl□Jsyrhexmsr□gpevmjmih□{lex□xli□Osgl□jsyrhexmsr□gsrswmhivw□xli□xlmiv□tlmperxlvst}2□XIi□Osgl□JsyrhexmsrŸw□Glevpiw□Vykiv□hiwgvmfih□ls{□xlimv□yrmzivn□wtirhmrk□tpe}w□mrxs□xli□÷mrxikvexih◇□Wxvygxyvi□sj□Wsgmep□Glerki2□Vykiv□i|tpemrih□viwiievgl□wyttsvx□mw>

    ÷rsx□nywx□jyrhmrk□wyqqiv□wepevmiw□sv□jyrhmrk□jsv□mrhmzmhyep□viwievgl□tvsn□hs□{mxl□xeomrk□xlswi□mhiew0□xeomrk□xlex□viwievgl0□erh□fvmrkmrk□xliq□syx□s□{i□{erx□xliwi□kviex□mhiew□sj□xli□ETII□rix{svo□xs□fi□ettpmih□xli□{e}□{i□xlmrol0 piews0□egvsww□wsvx□sj□er□mrxikvexih□wxvygxyvi□sj□tvshyŸx□msr□jsv□gypxyvi□gle

Vykiv□hiwgvmfih□ls{□xli□Osgl□Jsyrhexmsr□tvszmhiw□jyrhw□xs□liptt□xlimv□wglspev□mr□wxexi□pikmwpexmzi□xiwxmqsr□xs□qeoi□wyvi□xlex0□□sy□ors{0□xliwi□omrhw□sj□mhiew□xefpi□mr□tyfpmg□Öˊsʓpmʓ□ʓpemrih□gpievp}□xlex□xli□ksep□sj□xlimv□egehiqmg□tvskveqw□{ew□ywi□xli□mrxippigxyep□tvshygxw□xs□wiio□tsslmg□glerki>

    ÷mxŸw□rsx□nywx□xli□qsri}0□{i□epws□fvmrk□e□rix{so□{mxl□yw0□Ws0□xli□Glev□Jsyrhexmsr□hsiw□e□psx□sj□jyrhmrk□sj□yrmzivwmsiw□erh□lmkliv□ihygexmsr□mrwxmx□fyx□,iŸzi□rsxmgih□e□psx□sj□gsrwxvemrxw□sr□xli□{e}□ws□wsvvem~exmsrw□xlex□evi□jsgywih□sr□e□tevxmgypev□tsmgies□hs□ksmrk□s□sr□glerki2□Qsri}□tpyw□xli□rix{svo2◇

Ew□wiir□mr□xli□Wxvygxyvi□sj□Wsgmep□Glerki0□xli□tspmxmgep□rix{svo□gviexih□f}□xli□Rix{svo□hitirhw□ytsr□hsrsv1jyrhih□egehiqmgw□erh□egehiqmg□girxivw□xs□tvshygi□xli□÷vi□qexivmepw◇□erh□hizipst□xli□÷xepirx□tmtipmrri◇□riihih□xs□gviexi□wsgmep□glerki□ex□er□Ls{iziv0□yrmzivwmsiw’mr□{lmgl□jegypx}□gsqqmxxiiw□higmhi□ytsr□gyvvmgypyq□erh□lmvm□{lmgl□hmwgmtpmriw□svkerm~i□egehiqmg□hifexi0□erh□tiiv□vizmi{□izepyexiw□kssh□mhiew□mhiew’mrhiv□xli□efmpmx}□jsv□hsrsvw□xs□irwyvi□xlex□xlimv□tvijivvih□mhiew□{mpp□jpsy

75< Jpsvmhe□Lsywi□sj□Vitviwirxexmziw0□÷GW3GW3LF677□,6465-11Tswxwigsrhev}□Ihygexmsr0
75= Glevpiw□Vykiv0□÷Wyggiwwjyp□Qshipw□sj□Tvskveqw□mr□Tvmzexi□Irxivtvmwi0◇□72
764 Glevpiw□Vykiv0□÷Wyggiwwjyp□Qshipw□sj□Tvskveqw□mr□Tvmzexi□Irxivtvmwi0◇□82
765 Glevpiw□Vykiv0□÷Wyggiwwjyp□Qshipw□sj□Tvskveqw□mr□Tvmzexi□Irxivtvmwi0◇□92

Xlmw□mw□iwtigmepp}□xvyi{lir□mhispskmgep□hsrsvw□evi□mrxiviwxih□mr□ehzergmrk□e□
sxliv{mwi□qevkmrep}□{mxlmr□egehiqmg□wglspevwlmt2

Kemrmrk□kviexiv□hsrsv□eggiww□xs□lmkliv□ihygexmsr0□xlivijsvi0□viuymviw□mrxirxmsrepp}□
eziryiw□xlvsykl□{lmgl□mrjpyirgi□ger□fi□i|ivxih2□Xlmw□liptw□i|tpemr□{l}□Osgl□jeqmp}
jsyrhexmsrw□lezi□wtirx□qsvi□xler□(89□qmppmsr□jyrhmrk□higkmr0□sj□xli
gsrxvegxw□wmkrih□fix{iir□yrmzivmwmiw□erh□xli□Glevpiw□Osgl□Jsyrhexmsr0□GOJ□epps{□
reqi□xli□mrhmzmhyepw□fimrk□lmvih□erh□xs□uymgkp□}{mxlhve□jyrhmrk□mj□xli□tvskvede□
xli□hsrsvŵm̂xĭrx2

Jsv□i|eqtpi0□ex□Jpsvmhe□Wxexi□Yrmzivwmx}0□igsrsmgw□hitevxqirx□glemv□Fvygi□Firswrl
OsglŴŵ□qypxm1qmppmsr1hsppev□hsrexmsr□xs□xli□hitevxqirx□ew□÷gsqmrk□jvsq□e□kvsyt□
svkerm~exmsrw□{mxl□wxvsrk□pmfivxevmer□zmi{w◇□ehhmrk□xlex□xliwi□÷svkerm~exmsrw□
ekirhe0◇□qierrwk□xli□hitevxqirx□gsyph□rs□psrkiv◇□lmvi□er}sri□{i□{erx□erh□jyrh□er}□k
wxyhirx□xlex□{i□{glŵw̃r̂2□mrzi wxmkexmsr□jsyrh□xlex□xli□Osgl□Jsyrhexmsr□{ew□efpi□xs□sf
mrjpyirgi□sziv□lmvmrk□sj□jegypx}□erh□ŵxŷhirx□jipps{w2

Mr□645=0□ew□xli□viwypt□sj□wxyhirx□tvsxiwxw□erh□Jviihsq□sj□Mrjsvqexmsr□Egx□,JSME
Kisvki□Qewsr□Yrmzivwmx}0□KQY-□vipiewih□mxw□Glevpiw□Osgl□Jsyrhexmsr□gsrxvegxw2□X
hsgyqirxw□hiqsrwxvexih□xlex0□ew□iievp}□ew□5==40□Osgl□sjjmgmepw□{ivi□÷kmzir□e□w
xs□tmgk□gerhmhexiw□jsv□e□tvsjiwswvwlmt□ĩn̂x̂l̂i□□hitŷĵm̂n̂w2□epws□hiqsrwxrexih
xviqirhsyw□Osgl□mrjpyirgi□{mxlmr□xli□lmvmrk□tvsgiww□mr□xli□wglspŵŶ□Qivgexyw□Girxi
kverxw□sj□ỹt{evhw□sj□,(5□qmppmsr□hsppevw□÷gsrhmxmsrep◇□sr□xli□wglspŵŶ□ettsmrx

[322] YrOsgl□Q}□Geqtyw0□÷Mrgviewih□Jyrhmrk0□Mrgviewih□Mrjpyirgi> Osgl□Yrmzivwmx}□Ythe
64491645=2◇
lxxtw>33wxexmg52wuyeviwtegi2gsq3wxexmg39844he:=i8f4gf5jh8;g=4;;3x3:4e7i;6i7e48<=8<<f6if8
:35:657986<<77<3yrOsglQ}Geqtyw/Osgl/Jyrhmrk/Vitsvx/Qe}/6449/1/645=2thj□,pewx
eggiwwih□Etvmp;0□6466-2
[767] W2□Hsykpew□Fiixw0□÷Xli□Glevpiw□Osgl□Jsyrhexmsr□erh Gsrxvegxih□Yrmzivwmiw> I
Hmwgpswih□Ekviiqirxs Ŵ̂ŷr̂ĥŝ ĵ Egehiqmg□lxlmgw □5;0 rs2□7□,645=->□65=16872□Syv□{s{̂r̂
erep}wmw□sj□Glevpiw□Osgl□Jsyrhexmsr□gsrxvegxw□gsrjmvqw□xlmw□xvirh□ew□{ipp2□Wi
÷Zmspexmsr□sj□Egehiqmg□Jviihsq0□Jegypt}□Kszivrergi0□erh□Egĥĥm̂ĵn̂m̂ŝn̂g0□Mrxikmv̂n̂m̂t}◇
Geqtyw □0□645<
lxxtw>33me<45;472yw2evglmzi2svk373mxiqw3egehiqmg1zmspexmsrw1645<3Egehiqmg)64Zmspexmsr
45<2thj□,pewx□eggiwwih□Etvmp□740□6466-2
[768] Firwsr0□Fvygi0□,644;-□÷Osgl□Jsyrhexmsr□Tvstswep□jsv□Wyttsvxmrk□JWY□Igsrsmgw
Hitevxqirx2◇□Evglmzih□ex>
lxxtw>33me<4494=2yw2evglmzi2svk3683mxiqw36459JWYOsgl3OsglGsxwxFirjmxw)64,5-2thj
,pewx□eggiwwih□Qe}□660□6464-2
[769] [mpwsr0□Veptl0□Nivv}□Jyrx0□erh□W}hri}□Rsvmw0□÷E□Gewi□Wxyh}□mr□Egehiqmg□
Glevpiw□Osgl□Jsyrhexmsr□ex□Jpsvmhe□Wxexi□Yrmzivwmx}0◇□Wtmvih□645;0□JWY□Tvskv̂ŷ
YrOsgl□Q}□Geqtyw2□Ex>
lxxtw>33me:45=472yw2evglmzi2svk3;3mxiqw3JWYYrOsglGewiWxyh}645;3JWY)64YrOsgl)64Gewi
)64Wxyh}}64645;2thj□,pewx□eggiwwih□Qe}□660□6466-
[76:] Ivmge□P2□Kviir□erh□Wxitlermi□Weyp0□÷[ex□Glevpiw□Osgl□erh□Sxliv□Hsrsvw□xs□Kis
Yrmzivwmx}□Ksx□jsv□Xlimvˣĺm̂p̂p̂m̂ŝn̂ŝ□Xmqiw □0□Qe}□90□645<2

<=

tvsjiwwsvw☐xlex☐xli☐Osgl☐Jsyrhexmsr͛w☐Miph☐xli☐Krwi☐xs☐xli☐vipiewi☐sj☐xliwi☐hsgyqirxw0
Kisvki☐Qewsr Ÿw☐tviwmhirx☐Erkip☐Gefvive☐mwwyih☐e☐wxexiqirx☐higpevmrk☐xlex☐qer}☐sj☐xli
fix{iir☐KQY☐erh☐xli☐Glevpiw☐Osgl☐Jsyrhexmsr☐÷jepp☐wlsvx☐sj☐xli☐wxerhevhw☐sj☐egehiq
mrhitirhirgi2◊ ⁷⁶<Wmqmpev☐gsrxvegxw☐evsyrh☐xli☐gsyrx}☐levi☐fiir☐wxyhmih☐erh☐jsyrh☐xs
wmqmpev☐eziryiw☐sj☐hsrsv ͛ ͛mrjpyirgi2

Mr☐svhiv☐xs☐i|xvegx☐÷ve{☐qexivmepw◊☐jvsq☐yrmzivwmxmiw0☐xli☐Osgl☐Hsrsv☐Rix{svo
egehiqmg☐rsvqw2☐F}☐iqtpswm~mrk☐jvii☐wtiigl☐sziv☐egehiqmg☐jviihsq☐mr☐geqtyw☐tspmg}
Osgl☐Hsrsv☐Rix{svo☐mw☐efpi☐xs☐hvewxmgepp}☐hivikypexi☐wtiigl☐erh☐xli☐tvshygxmsr☐sj
jsv☐xlimv☐s{r0☐gpievp}☐i|tviwwih0☐mhispskmgep☐irhw2

⁷⁶;Kiir☐erh☐Weyp0☐☐☐÷[lex☐Glevpiw☐Osgl☐erh☐Sxliv☐Hsrsvw☐xs☐Kisvki☐Qewsr☐Yrmzivwm
Xlimv☐Qsri}2◊
⁷⁶<Wevel☐Pevmqiv0☐☐÷&Kisvki☐Qewsr☐Tviwmhirx>☐Wsqi☐Hsrexmsrw☐ÿJepp☐Wlsvx Ÿ☐sj☐Egeh
Wxerhevhw 0 ◊ ☐Ŵwlmrkxsr☐Tswx     0☐Etvmp☐6<0☐645<2
⁷⁶=Fiixw0☐W2☐Hsykpew☐÷Xli☐Glevpiw☐Osgl☐Jsyrhexmsr☐erh☐Gsrxvegxih
Yrmzivwmxmiw>☐Izmhirgi☐jvsq☐Hmwgpswih☐Ekviiqirxw0◊☐Nsyvrep☐sj☐Egehiqmg
Ixlmgw0☐645=0☐☐5;☐,7->☐6672

# ZMM2 GSRGPYWMSR

Jpsvmhe□LF□677□{ew□rsx□tewwih□mr□viwtsrwi□xs□e□hiqsrwxvefpi□gvmwmw□sj□mrxip
zmi{tsmrx□hmzivwmx}□mr□JpsvmheŸw□gsppikiw□erh□yrmzivwmxmiw2□Vexliv□mx□{ew□xli
rix□{svo□sj□tspmxmgep□svkerm~exmsrw0□fegoih□f}□xli□OsglHsrsv□Rix{svo□xlex□lew□p
tvshygi□tspmg□glerki□sr□er□mrhywxvmep□wgepi2□Xliwi□kvsytw□evi□hiqsrwxvefp}□qeryje
gvmwmww□{mxl□sri□lerh□erh□tvszmhmmrk□xli□tspmg□}wspyxmsr□{mxl□xli□sxliv02□Qsvisziv0
svkerm~exmsrw□evi□gevv}mrk□xlmw□syx□sr□e□kxevth□wgepi□f}□ywmrk□e□psrk1wxerhmrk
wyggiwwjyp□tspmxmgep□wxvexik□hizipstih□f}□xli□OsglHsrsv□Rix{svo2□Yrhivwxerhmrk□x
wxvexik}□epws□liptw□i|tpemr□xli□gsrwmhivfepi□mrxiviwx□xlmw□rix{svo□xeoiw□mr□mrjpyi
wtiigl?□reqip}0□kemrmrrk□kviexiv□hsrsv□mrjpyirgi□sziv□xli□egehiqmg□mrrwxmxyxmsrw□xlex
tvs1gsvtsvexi□erh□vmklx1{mrk□mhispsk}’xli□□ve□{□qexivmep◇□riihih□xs□jyip□xli□viqemrhiv□sj□t
tspmxmgep□qeglmriv}2□Xlmw□mrxikvexih□tspmxmgep□wxvexik}□mw□{lex□qehi□xli□tewwe
tsww□wmfpi2□Hiwtmxi□pegomrk□er}□izmhirgi□xlex□mrxippigxyep□jviihsq□mw□egxyepp}□ex
gsppikiw□sv□yrmzivwmxmiw□0□xli□fmpp□{ew□epqsw□irxmvip}□nywxmjmih□}wmrk□eright
wyvzi}w□qeryjegxyvih□f}□xlmw□rix{svo0□erh□xli□tvsqmwi□sj□jyxyvi□tsppmrk□viwypxw□x
jpmqw}□nywxmjmgexmsr□LF□677□{ew□tewwih□erh□wxerhw□xs□vehmgepp}□epxiv□xli□eg
gpewwvssqw□erh□geqtywiw2

Ew□xli□tvshygx□sj□e□{ipp1mrxikvexih□erh□{ipp1jyrhih□tspmxmgep□mrjvewxvygxyvi0□LF
wmqtp}□evvmzi□mr□6465□jvsq□kvewwvssxw□gsrgivr□sziv□geqtyw□jvii□wtiigl□mwwyiw2
hyvmrk□xli□qmh□6454w0□wxyhirx□kvsytw0□qihme□tpexjsvqw0□erh□pmxmkexmsr□syxjmxv
OsglHsrsv□Rix{svo□erh□{mxl□e□xvego□vigsvh□sj□{svomrk□gpswip□xskixliv□xs□tywl
tspmxmgep□ekirhe’fiker□tvszsmrk□geqtyw□jvii□wtiigl□gsrxvszivwmiw□evsyrh□xli□gsyrxv}2□X
wxyhirx□kvsytw□{{syph□fvmrk□gsrxvszivwmep□wtieoivw□xs□geqtyw□sv□{vsxi□svxmgpiw□geqt
~sriw0□qihme□syxpixw□{{syph□eqtpmj}□syxveki□sziv□xli□lerhpmrk□sj□xliwi□jvii□wtiigl□m
Pmxmkexmsr□kvsytw□{mxl□xli□weqi□hsrsvw□{syph□gsppefsvexi□{mxl□xli□Osgl1jyrhih□wxy
xs□wyi□wglsspw□sziv□xli□gsrxvszivwmiw□xlex□xli□wxyhirxw□qeryjegxyvih2□Xli□viwypx□sj□{e
erighsxep□÷izmhirgi◇□sj□veqterx□pmfivep□fmew□erh□vifev□pego□sj□zmi{tsmrx□hmzivwmx}□e
geqtywiw2□Ex□xli□weqi□xmqi0□ryqivsyw□hyfmsyw□stmrmsr□wyvzi}w□epws□gsrwmwxirxp}□f
svkerm~exmsrw□jyrhih□f}□xli□OsglHsrsv□Rix{svo0□jyvxlivih□xli□jepwi□revvexmzi□xlex□e
gvmwmww□i|mwxw□sr□gsppiki□geqtywiw□egvsww□xli□gsyrxv}2□Xlmw□rix{svo□sj□svkerm~
qeryjegxyvmrk□{mhiwtvieh□gsrgivr□efsyx□xli□wxexi□sj□jvii□wtiigl□gvmwmw□sr□gsppiki□g
gviexmrk□xli□gsrhmxmsrw□rigiwwev□xs□teww□geqtyw□jvii□wtiigl□pikmwpexmsr□xs□ehh
gvmwmww2

Ew□xli□revvexmzi□sj□e□geqtyw□jvii□wtiigl□gvmwmw□figeqi□jmvqp}□irxvirglih0□xlmrro□xe
ehzsgeg}□svkerm~exmsrw□epws□jyrhih□f}□xli□OsglHsrsv□Rix{svo’{vsxi□qship□pikmwpexms
tywlih□geqtyw□jvii□wtiigl□fmppw□mr□wxexi□pikmwpexyviw□evsyrh□xli□gsyrxv}2□Xliwi□fm
xli□fepergi□sj□geqtyw□wtiigl□mr□jezsv□sj□xli□omrhw□sj□tvs1gsvtsvexi0□vmklx1{mrk□wti
xs□geqtyw□f}□Osgl1jyrhih□wxyhirx□kvsytw□0□{lmpi□tyrmwlmrk□wxyhirxw□{ls□qmklx□tvsxiw
wtieoivw2

Jpsvmhe□Ÿw□÷Geqtyw□Jvii□I|tviwwmsr□Egx◇0□645<-□jspps{{ih□xlmw□i|egx□weqi□texl2□
qihme□tpexjsvqw0□pmxmkexmsr□syxjmxw0□erh□xlmro□xerow□,wygl□ew□xli□Neqiw□Qehm
xli□mhie□xlex□JpsvmheŸw□gsppikiw□erh□yrmzivwmxmiw□{ivi□lswxmpi□xs□jvii□wtiigl2□Xli
wtieoivw2

=5

Rix{svo☐,WTR-☐erh☐xli☐Eqivmger☐Pikmwpexmzi☐I|glerki☐Gsyrgmp☐,EPIG-☐xlir☐{irx☐xs☐{s
tywlmrk☐jsv☐pikmwpexmsr☐hiwmkrih☐xs☐tvsxigx☐xli☐wtiigl☐sj☐syxwmhi☐tvszsgexivvw2☐Xli
{ls☐irns}w☐gpswi☐gsrrigxmsrw☐{mxl☐xli☐Osgl☐Hsrsv☐Rix{svo0☐xlir☐qehi☐mx☐gpiev☐xlex
epp☐yrmzivmwx☐}tviwmhirxw☐xs☐wmkr☐srxs☐xli☐Glmgeks☐Wxexiqirx0☐ekemr☐ejjmvqmrk☐
wtiigl☐xlex☐wxvirkxlirw☐xli☐lerh☐sj☐syxwmhi0☐hsrsv1jyrhih☐ekmxexsvw☐ex☐xli☐i|tirwi☐sj
qevkmrepm~ih☐gsqqyrmxmiw☐sr☐geqtyw2

Jspps{mrk☐xliwi☐tspmg}☐zmgxsvmiw0☐Jpsvmhe☐Vityfpmgerw☐,qer☐☐{mxl☐gpswi☐xmiw☐xsl
Rix{svo-☐gsrxmryih☐xs☐hsyfpi☐hs{r☐sr☐xlmw☐geqtyw☐jvii☐wtiigl☐revvexmzi2☐Erh0☐mr☐6
LF☐677☐ew☐er☐izir☐qsvi☐hvegsrmer☐ijjsvx☐xs☐psgo☐mr☐geqtyw☐wtiigl☐tspmgmiw☐xlex☐
Hsrsv☐Rix{svo2☐LF☐677☐eqirhw☐xli☐÷Geqtyw☐Jvii☐I|tviwwmsr☐Egx◇☐,645<-☐mr☐{e}w☐w
i|terh☐xli☐Osgl☐Hsrsv☐Rix{svoYw☐vipirxpiww☐exxego☐sr☐lmkliv☐ihygexmsr2☐Mr☐tevxmgype
erxm1wlmiphmrk☐tvszmwmsr☐mw☐ws☐zekyi☐xlex☐mx☐gsyph☐fi☐ettpmih☐xs☐er}☐jegypx}☐
xlmv☐tvsjiwwmsrep☐hyxmiw0☐wygl☐ew☐qeomrk☐gpiev☐xli☐hmwxmrgxmsr☐fix{iir☐e☐{ipp1
erh☐mhiew☐sv☐stmrmsrw☐fewih☐sr☐hmwmrjsvqexmsr☐sv☐gsrwtmvweg}☐xlisvmiw0☐{lmgl☐le
gpewwvssq2☐Xlmw☐tvszmwmsr☐{mpp☐qswx☐pmoip}☐fi☐ywih☐f}☐xli☐rqivsywv☐pmxmkexm
jyrhmrk☐jvsq☐xli☐Osgl☐Hsrsv☐Rix{svo0☐lezi☐wtiigmepm~ih☐mr☐wymrk☐mrwxmxyxmsrw☐sj
ihygexmsr2☐Xli☐viwypx☐mw☐e☐glmppmrk☐ijjigx☐mr☐{lmgl☐jegypx}☐qiqfivw☐evi☐jsvgih☐x
tvsjiwwmsvep☐hyxmiw☐erh☐viwtsrwmfmpmxmiw☐ekemrwx☐xli☐ziv}☐viep☐xlviex☐xlex☐hsmrk
xliq☐xli☐xevkix☐sj☐{ipp1jyrhih☐erh☐tspmxmgepp}☐qsxmzexih☐pmxmkexmsr2

Wigsrhp}0☐xli☐vigsvhmrk☐tvszmwmsr☐mr☐LF☐677☐mw☐vmji☐{mxl☐xli☐tsxirxmep☐jsv☐efy
ryqivsyw☐Osgl1jyrhih☐syxpixw'wygl☐ew☐Geqtyw☐Vijsvq☐erh☐Xli☐Gsppiki☐Jm|'lezi☐er
iwxefpmwlih☐xvego☐vigsvh☐sj☐tyfpmwlmrk☐syxveki☐tmigiw☐mr☐sr☐er☐qexivmepw☐vigsvhih☐l
gpewwvssq2☐Wxsvmiw☐{vmxxir☐f}☐xliwi☐syxpixw☐vikypevp}☐viwypx☐mr☐xli☐xevkixih☐lev
{lmgl☐{mpp☐pmoip}☐mrxirwmfy}☐figeywi☐sj☐xlmw☐fmpp2

Mr☐ehhmxmsr0☐LF☐677Yw☐qerhexih☐mhispskmgep☐wyvzi}☐mw☐rsx☐srp}☐hiitp}☐jpe{ih☐f
hiwmkrih☐xs☐qeryjegxyvi☐÷izmhirgi◇☐sj☐e☐jvii☐wtiigl☐gvmwmw☐mr☐JpsvmheYw☐egehiqm
Jmvwx0☐xli☐wyvzi}☐ewwyqiw☐e☐÷pmfivep☐z2☐gsrwivzexmzi◇☐,÷yw☐z2☐xliq◇-☐jveqmrk2☐
erxm1liwmw☐sj☐xli☐omrh☐sj☐{svo☐xlex☐xeoiw☐tpegi☐mr☐egehiqmg☐xieglmrk☐erh☐viwiev
yt☐xli☐mrizmxefpmmrmx}☐xlex☐xli☐wyvzi}☐viwypxw☐wge☐fi☐ywih☐xs☐tvszmhi☐jjyvxxliv☐
jvii☐wtiigl☐gvmwmw2☐Xliwi☐jmrhmrkw☐{mpp☐epws☐pmoip}☐fi☐ywih☐xs☐wergxmsr☐egehiqm
tvskveqw☐xlex☐pego☐÷zmi{tsmrx☐hmzivwmx}◇☐fewih☐wmqtp}☐sr☐xli☐wxexih☐tspmxmgep☐
mrxippigxyep0☐sv☐tvsjiwwmsrep1stmrmsrw☐liph☐f}☐xlimv☐wxyhirxw☐erh☐jegypx}2☐Mx☐n
ve{☐wyvzi}☐hexe☐{mpp☐fi☐ywih☐xs☐tyfpmg☐wlewi☐jegypx}☐qiqfivw☐mrxs☐ne}☐syr☐ib
pmxmkexm☐qixippmkxyep0☐sv☐tvsjiwwmsvep1☐stmrmsrw☐liph☐f}☐xli☐Osgl☐Hsrsv☐Rix{svo☐xs☐tsyv☐sziv☐xli☐viwypxw☐jsvl☐
izmhirgi☐sj☐fmew2

Erh0☐jmrepp}0☐LF☐677☐{mpp☐qeoi☐mx☐qsvi☐hmjjmgypx☐xs☐gvmxmgm~i☐xli☐viwievgl☐l
Osgl1jyrhih☐egehiqmgw0☐wmrgi☐xlmv☐viwiievgl☐rs☐{jeppw☐yrhiv☐xli☐tvsxigxmsr☐sj☐jvii☐
xler☐egehiqmg☐jviihsq2

Mr☐wlsvx0☐LF☐677☐{ew☐tewwih☐fewih☐sr☐xli☐yrwyfwxerxmexih☐erh☐qeryjegxyvih☐revve
JpsvmheYw☐yrmzivmwx}☐geqtywiw☐evi☐lswxmpi☐xs☐gsrwivzexmziw0☐irkypjih☐f}☐÷pmfivep☐l
÷zmi{tsmrx☐hmzivwmx}2◇☐Xlmw☐revvexmzi0☐ls{iziv0☐lew☐fiir☐qeryjegxyvih☐{mxlmr☐xli☐ig

=6

sj□wxyhirx□kvsytw0□qihme□syxpixw0□pmxmkexmsr□svkerm~exmsrw0□xlmro□xerow0□ehzsg
pe{qeoivw□xlex□wlevi□e□gsqqsr□wix□sj□hsrsvw2□Jsv□}ievw0□xlmw□tspmxmgep□mrjvew
{ietsrm~ih□xli□perkyeki□sj□jvii□wtiigl□xs□gsyrxiv□xli□jegx□xlex□xli□i|xviqi□gsvtsvexi□pm
mhispsk}□i|tviwwih□f}□xlimv□hsrsvw□mw□sjxir□rsx□{ipp□vitviwirxih□sr□geqtyw2□XIi}□m
viepmx}□ew□izmhirgi□sj□÷fmew◊□erh□tivwigyxmsr2□Ls{iziv0□xli□egehiq}□mw□hiwmkrih{
mhiew□erh□xs□hmwqmww□qmwmrjsvqexmsr2□Qswx□wglspevw□viqemr□pevkip}□yrgsrzmrg
mhiew□erh□stmrmsrw□tvijivvih□f}□xli□Osgl□Hsrsv□Rix{svo2□Mr□xli□jegi□sj□xliwi□lieh{m
hsrsvw□lezi□mrwxieh□wsyklx□xs□nywxmj}□xlimv□zevmsyw□ijjsvxw□xs□mqtswi□xlimv□veh
mhispsk}□sr□geqtywiw□mr□xli□reqi□sj□wyttsvxmrk□e□÷jvii□qevoixt□sj□mhiew◊□erh□xli
Wgmirgi2◊□Mr□xlmw□eggsyrx0□ls{iziv0□xli□jvii□qevoix□mw□e□vehmgepp}□hivikypexih□s
ger□hixivqmri□{lex□mw□viwievglih□erh□xeyklx2□Erh0□mr□xlmw□gsrxi|x0□xli□perkyeki□sj
wtiigl□gvmwmw□lew□tvszir□e□ywijyp□{ietsr□{miphih□f}□tspmxmgep□stivexm2w□xs□mrwt
ehqmrmwxvexsvw0□jegypx}□erh□wxyhirxw□mr□JpsvmheYw□gsppikiw□erh□yrmzivwmxmiw□
tvijivvih□mhiew□erh□stmrmsrw2

LF□677□mw0□mr□sxliv□{svhw0□e□tspmxmgep□erh□mhispskmgep□wspyxmsr□xs□e□qery
Yrjsvxyrexip}0□jegypx}□erh□wxyhirxw□{mpp□i|tivmrgi□ziv}□viep□levqw□ew□e□viwypx□sj
Yrmzivwmxmiw□gsrxvmfyxi□xs□xli□gsqqsr□kssh□srp}□{lir□jegypx}□erh□wxyhirxw□lezi□xli
tyvwyi□xlimv□mhiew□{liviziv□xli}□xeoi□xliq0□jvsq□xli□i|xviep□mqtswmxmsr□sj□xli□
{mxl□tspmxmgep□erh□igsrsmg□mrxiviwx□mr□{lex□mw□xeyklx□erh□viwievglih2□Ls{iziv0□
reqi□sj□÷jvii□wtiigl◊'epps{w□tspmxmgep□stivexmwiw□xs□wleti□geqtyw□wtiigl□f}□gviexmrk
xlex□eqtpmjmiw□givxemr□stmrmsrw□tvijivvih□f}□{iepxl}□hsrsvw□erh□glmppw□evkyqirxw□
hsrsvw1tvijivvih□mhispsk}2□[lmpi□LF□677□qmklx□tvszi□ywijyp□jsv□tevxmwer□stivexmw□{□{
tywlmrk□e□fvseh□wxvexik}□sj□wsgmep□glerki0□xlmw□fmpp□mw□rsx□mr□xli□fiwx□mrxi
sv□xli□wxexi□sj□Jpsvmhe□qsvi□kirivepp}2

=7

# ZMMMÆttirhm|□5>□Te}qirxw

Xlmw□vitsvx□hmwgywwiw□ryqivsyw□svkerm~exmsrw□hiwgvmfih□ew□fimrk□÷fegoih□f}□xli□
Rix{svo2◊□Xlmw□ewwivxmsr□mw□fewih□sr□xli□vigimtx□sj□jyrhmrk□jvsq□jsyrhexmsrw□sv□
fiir□egxmzi□ex□xli□OsgI□Hsrsv□Rix{svo□wiqmrevw2□[lmpi□xlmw□tssp□sj□hsrsvw□mw□p□
kvs□{mrk0□{i□jsgyw□sr□xlvii□sj□xli□pevkiwx□jyrhivw□{mxlmr□xli□OsgI□Hsrsv□Rix{svo2

Xli□jmvwx□wsyvgiw□sj□jyrhmrk□gsrwmhivih□evi□xli□glevmxefpi□jsyrhexmsrw□gsrxvsppih□□
Jeqmp}>

    Glevpiw□OsgI□Jsyrhexmsr
    Glevpiw□OsgI□Mrwxmxyxi
    Gpeyhi□V2□Peqfi□Jsyrhexmsr

Xli□wigsrh□wsyvgiw□sj□jyrhmrk□gsrwmhivih□evi□glevmxefpi□jsyrhexmsr□erh□hsrsv□ehzmw□□
reqih□jsv□xli□Fvehpi□□Jeqmp}>

    P}rhi□erh□Levv}□Fvehpi}□Jsyrhexmsr
    Fvehpi□□Mqtegx□Jyrh

[lmpi□xli□Fvehpi}□□Jsyrhexmsr□lew□wxvexikm~ih□mxw□s{r□tlmpperxlvst}□mr□teveppip□xs0□□
jvsq□xli□Glevpiw□OsgI□Jsyrhexmsr0□vigirx□glerkiw□mr□Fvehpi}□jsyrhexmsr□piehivwlmt□le□□
xli□x{s□mrxs□ew□e□wmrkypev□wxvexikmg□zmwmsr2□Mr□645;0□e□psrk□xmqi□gsppefsv□□
jsvqiv□Fsevh□qiqfiv□sj□Eqivmgerw□jsv□Tvswtivmx}0□Evx□Tsti0□{ew□ipigxih□xs□glemv□x□□
Jsyrhexmsrÿw□fsevh□sj h77Mryxsv643=0□Tsti□xsso sziv□jsv□Glevpiw□OsgI□ew□glemv□sj□x□□
Mrwxmxyxi□jsv□Lyqeri□Wxyhmiw□fsevh□sj□hmvigxsvw0□e□tswmxmsr□OsgI□lew□tivwsrepp
higehiw2[75]

Xli□xlmvh□wsyvgiw□sj□jyrhmrk□gsrwmhivih□evi□xli□hsrsv□ehzmwih□jyrhw□gveexih□f}□xl□□
Rix{svo□xs□epps□{ersr□qsyw□hsrexmsrw>

    HsrsvwXvywx
    Hsrsv□□Getmxep□Jyrh

Xs□uyerxmj}□xli□hsrexmsrw□qehi□f}□xliwi□hsrsv□irxmxmiw□xs□svkerm~exmsrw□hmwgyww□□
vitsvx0□{i□gsqtmpih□tyfmgp□□ezempefpi□MVW□jsvqw□,□==4w-□jmpih□f}□iegl□sj□xli□ef□□

---

[774] Gevspmre□Nsyvrep0□÷Evx□Tsti□reqih□glemvqer□sj□Fvehpi}□Jsyrhexmsr0◊□Etvmp□:0□□□
lxxtw>33{{{2gevspmrensyvrep2gsq3evx1tsti1reqih1glemvqer1sj1fvehpi}1jsyrhexmsr3□,pewx□eggiw□□
Qe}□660□6466-

[775] Evx□Tsti0□÷Xli□Piehivwlmt□Fexsr□Mw□Tewwih□xs□Psrkxmqi□Fsevh□Qiqfiv□Evx□Tsti0◊□□
6;0□645=□Ex□□
lxxt>33evtvsti2gsq3xli1piehivwlmt1fexsr1mw1tewwih1xs1psrkxmqi1fsevh1qiqfiv1evx1tsti3□,pewx□□
eggiwwih□Qe}□640□6466-

=8

irxmxmiw□fix{iir□5==<□erh□64642□Rsxi□xlex□figeywi□{i□ger□srp}□xvegi□tyfpmg□xe|□␣
rsr1tvsjmx□svkerm~exmsrw0□xliwi□ryqfivw□sjjiv□e□ziv}□gsrwivzexmzi□wxevxmrk□tsmrx2

| Organization | Years | Bradley | Koch | DT/DCF | Total |
|---|---|---|---|---|---|
| Eppmergi□Hijirhmrk Jviihsq | 644816464 | | (6;90444 | (590<94 | (6=40<94 |
| Eqivmger□Gsyrgmpl□sj Xvywxiiw□erh□Epycrh | 5==<16464 | (5590444 | (7750<58 | (70<<:0496 | (807760<:: |
| Eqivmger□Pikmwwpexmzi I|glerki□Gsyrgmp | 5==<16464 | (80=760944 | (809:<0679 | (705590=65 | (560:5:0:9: |
| Eqivmgerw□jsv Tvswtivmx} | 644816464 | (60:560944 | (960<940;=4 | (6=0<:=0496 | (<907760786 |
| Hemp}□Geppiv | 64561645= | (9940444 | (7054=0:=7 | (5740444 | (70;7=0:=7 |
| Jsyrhexmsr□jsv Mrhmzmhyep□Vmklxw□mr Ihygexmsr | 644416464 | (605:90444 | (;059609:5 | (808440:44 | (570;5<05:5 |
| Ksph{exiv□Mrwxmxyxi□jsv Tyfpmg□Tspmg} | 644516464 | (508450444 | (;:770444 | (905:706:8 | (;06=;06:8 |
| Lixivshs|□Egehiq} | 645=16464 | | | (6:0<44 | (6:0<44 |
| Mrwxmxyxi□jsv□Lyqeri Wxyhmiw | 5==<16464 | (506440444 | (8=0<<<08;: | (:06<5089= | (9;07:=0=79 |
| Neqiw□Qehmwsr□Mrwxmxyxi | 6449183404444 | (506;:08;= | (507790:76 | (704560555 |
| Piehivwlmt□Mrwxmxyxi | 644516464 | (;990944 | (67704;; | (50:48064= | (609=60;<: |
| Rexmsrep□Vizmi{ Mrwxmxyxi | 5==<16464 | (504970444 | (860<59 | (604670=:8 | (7055=0;;= |
| ViepGpiev□Jsyrhexmsr | 645816464 | (6640444 | (5850444 | (90<;90444 | (:06770444 |
| Wxexi□Tspmg}□Rix{svo | 645516464 | (50=:50944 | (5780;6< | (870=<<06;; | (8:04<80949 |
| Wxyhirx□Jvii□Tviww Ewwsgmexmsr | 645616464 | (5840444 | (5<50<44 | (5076:0447 | (50:8;0<47 |
| Wxyhirxw□jsv□Pmfivx} | 6=44=16464 | (5404444 | (<:<0595 | (606:90:0<; | (7058;0<7< |
| Xyvrmrk□Tsmrx□YWE | 645816464 | (9<70;94 | | (605<=:0=0944 | (60;<40;44 |
| ]syrk□Eqivmge=w Jsyrhexmsr | 5==<16464 | (508480;94 | (7;0744 | (5084=094; | (60<95099; |
| ]syrk□Eqivmgerw□jsv Pmfivx} | 645616464 | | (70<5700<47 | (70<:;0;064 | (;0:<50967 |
| **Totals** | **1998-2020** | **$26,070,143** | **$125,638,722** | **$131,813,357** | **$283,522,222** |

=9

=:

# M\2  Ettirhm|□6>□Gsvviwtsrhirxw

Mr□svhiv□xs□hiqsrwxvexi□xli□qeryjegxyvih□rexyvi□sj□geqtyw□jvii□wtiigl□÷gvmwmw◇□erh□
sj□÷gergip□gypxyvi◇□{i□lezi□yrhivxeoir□xs□jmrh□ls{□qer}□sj□xli□geqtyw□gsvviwtsrhirx□
tyfpmwl□evxmgpiw□higv}mrk□wygl□mrgmhirxw□evi□egxyepp}□qiqfivw□sj□xli□kvsytw□egxm □
xli□mrgmhirxw2

Ywmrk□xli□Mrxivrix□Evglmzi0□{i□lezi□i|eqmrih□xli□{ifwmxiw□sj□Geqtyw□Vijsvq□erh□Gsp □
xs□vixvmrizi□pmwxw□sj□xlimv□gsvviwtsrhirxw□jsv□xli□tewx□xlvii□}ievw2□[i□lezi□hsri□xln □
gyvvirx□szivpet□fix{iir□xliwi□mrxikvexih□rix{svow□sj□egxmzmwmq□erh□qihme□xlex□mw□ts □
eqtmpj}□xli□zevmsyw□syxgsqiw□sj□LF□6770□jyvxlivmrk□xli□jepwi□revvexmziw□sj□pijx1{ □
geqtyw□erh□gviexmrk□jyvxliv□nywxmjmgexmsr□jsv□er}□÷gsvvigxmzi◇□qiewyviw□xlex□qmkl □
pe{qeoivw2

Ejxiv□gsppigxmrk□xli□reqiw□erh□fmsw□sj□xliwi□gsvviwtsrhirxw□erh□viqszmrk□hytpmgexiw□
i|eqmrih□xlimv□tvsjiwwmsrep□tvsjmpiw□sr□Pmroihmr□mj□mx□mw|xih□erh□ywih□xlimv□jsv □
hixivqmri□{lixliv□xli□gsvviwtsrhirx□wipj1mhirxmjmih□ew□e□qiqfiv□sj□xli□kvsytw□fegsih□f}□xli □
Hsrsv□Rix{svo0□iwtigmepp}□xli□wxyhirx□kvsytw2□Mr□xli□gsyvwi□sj□pssomrk□jsv□xlimv□
tvsjmpiw0□wsqi□mrjsvqexmsr□{ew□jsyrh□xlvsykl□sxliv□wsyvgiw0□erh□evi□mrgpyhih□fips{ □
mrgpyhih□ejjmpmexmsr□rsxih□sr□sxliv□tekiw□sv□wygl□ew□wsgmep□qihme□tswxw□mvo{□jvsq□X □
Figeywi□xlmw□hexe□mw□fewih□sr□wipj1vitsvxih□ejjmpmexmsr□mr□e□pmqmxih□ryqfiv□sj□
xli□jypp□fmsw□sj□gsvviwtsrhirx□{ivi□rsx□ep{e}w□ezempefpi□xlvsykl□xli□Mrxivrix□Evglm □
ryqfivw□evi□pmoip}□er□yrhivgsyrx2

Fips{0□{i□mrgpyhi□xli□reqiw□sj□xli□gsvviwtsrhirx0□{lmgl□wxyhirx□kvsytw□xli□wipj1mh □
fimrk□tevx□sj0□erh□xli□l}tivpmrow□xs□xli□evglmziw□wsyvgiw2

Xli□gspyqrw□wls{□xli□gsvviwtsrhirxŸw□reqi0□ejjmpmexmsr□{mxl□Geqtyw□Vijsvq0□erh□ejj □
{mxl□wxyhirx□kvsytw□fegsih□f}□xli□Osgl□Hsrsv□Rix{svo0□{lmgl□reqi}□Xyvvmrk□Tsmrx□YWE□□
]syrk□EqivmgeŸw□Jsyrhexmsr3]syrk□Eqivmgerw□jsv□Jviihsq□,□]EJ-0□]syrk□Eqivmgerw□jsv □
Pmfivx}□,□]EP-0□erh□Wxyhirxw□jsv□Pmfivx}□,□WJP-0□ew□{ipp□ew□gsrrigxmsrw□xs□Gsppik □
erh□psgep0□wxexi0□rexmsrep□Vityfpmger□Tevx}□,□Gspp2□Vit23KST-2□Xli□÷Sxliv◇□gspyqr□ □
wipj1mhirxmjmih□ejjmpmexmsrw□{mxl□sxlivem~exmsrw□fegsih□f}□xli□Osgl□Hsrsv□Rix{svo □
wxyhirx□kvsytw2□Xliwi□mrgpyhi□xli□Rix{svo□sj□Irpmklxirih□[sqir,□Ri[-0□Tvekiv□Yrmzivw □
,TvekivY3TvekivJSVGI-0□xli□Wglssp□sj□Gmzmg□erh□Igsrsqmg□Xlsyklx□erh□Piehivwlmt□,W□□
ex□Evm~sre□Wxexi□Yrmzivwmx}0□Livmxeki□Jsyrhexmsr0□Viewsr□Jsyrhexmsr□Piehivwlmt □
Wywer□□F2□Erxlsr}Ÿw□Pmwx0□Jihivepmwx□Wsgmix}□,□Jih2□Wsg-0□Ohsl□Jyrh□jsv□Eqivmger□□
Mrxivgsppikmexi□Wxyhmiw□Mrwxmxyxi□,MWM-0□Qihme□Viwievgl□Girxiv□,QVG-0□Gsrgivrih □
Eqivmge0□Hemp}□Geppiv0□EqivmgeŸw□Jyxyvi□Jsyrhexmsr0□Qegomreg□Girxiv0□Epi|erhiv□L □
Wsgmix}0□Neqiw□Qehmwsr□Tvskveq□,□NQT-□ex□Tvmrgixsr□Yrmzivwmx}0□Gsrgivrih□Zixiver □
Eqivmge0□Xi|ew□Tyfpmg□Tspmg}□Jsyrhexmsr□,XTTJ-0□Qmhhpi□Iewx□Jsvyq0□Jsyrhexmsr □
Ihygexmsr□,JII-0□Eqivmger□Irxivtvmwi□Mrwxmxyxi□,EIM-0□Rexmsrep□Vizmi{0□Gewgehi□Ts □
Mrwxmxyxi0□]syrk□Zsmgiw0□Eqivmger□Wtigxexsv0□Girxiv□sj□xli□Eqivmger□I|tivmqirx0□Hem □
[mwgsrwmr□Mrwxmxyxi□jsv□Pe{□erh□Pmfivx})0□erh□xli□Eqivmger□Gsrwivzexmzi□Yrmsr2

Xli□gspyqr□÷Epp□Wxyhirx□Kvsytw◇□hirsxiw□ejjmpmexmsr□{mxl□er}□sj□xli□wxyhirx□kvsytw□
xli□vitsvx□,XTYWE0□]EJ0□]EP0□erh□WJP-2□Xli□gspyqr□÷Epp□{3s□KST◇□hirsxiw□er}□tsvw□
kvsytw□fegoih□f}□xli□Osgl□Hsrsv□Rix□{svo0□rsx□mrgpyhmrk□xli□Vityfpmger□Tevx}2□Xli□gsp□
÷Epp◇□hirsxiw□{lixliv□xli□mrhmzmhyep□lew□er}□sj□xli□efszi□gsrrigxmsrw2□Xli□jmrep□gs□
Pmro◇□mrgpyhiw□pmrow□xs□er}□ehhmxmsrep□wsyvgiw□ywih2

## E2□Geqtyw□Vijsvq

Xli□6<=□Geqtyw□Vijsvq□gsvviwtsrhirxw□evi□xeoir□jvsq□wizivep□evglmzih□zivwmsrw□sj□□
Vijsvq□÷Gsvviwtsrhirxw◇□teki□jvsq□64640□64650□erh□64662□Kmzir□xli□jviuyirg}□sj□ri□□
ehhih□erh□sxliv□fimrk□viqszih0□xli□erryep□getxyviw□evi□er□yrhiv□ettvs|mqexmsr□sj□x□
sj□gsvviwtsrhirxw□erh□pmoip}□erh□yrhiv□ettvs|mqexmsr□sj□xli□gsrrigxmsrw□xs□sxliv□□
svkerm~exmsrw2[776]

## Geqtyw□Vijsvq□Gsvviwtsrhirxw□Xsxepw

| Syx□sj□6<= Gsvviwtsrhirxw> | XTYWE | ]EJ | ]EP | WJP | Gspp2□Vit3 KST | Sxliv | Epp□Wxyhirx Kvsytw | Epp□{3s KST | Epp |
|---|---|---|---|---|---|---|---|---|---|
| Xsxep□Ejjmpmexmsrw> 546 | 75 | 59 | 7 | 55: | 86 | 57: | 5:5 | 666 | |
| Tivgirx□sj□Xsxep | | 79) | 54) | 9) | 5) | 84) | 58) | 8;) | 99) | ;:) |

## Geqtyw□Vijsvq□Gsvviwtsrhirxw

| | Reqi | Ejjmpmexmsr | XTYWE | ]EJ | ]EP | WJP | Gspp2 Vit23 KST | Sxliv | Epp Wxyhirx Kvsytw | Epp□{3s KST | Epp | Ehhp2 Pmro |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

---

[776] Geqtyw□Vijsvq0□÷Gsvviwtsrhirxw0◇□Etvmp□4=0□64642□Evglmzih□ex>
lxxtw>33{if2evglmzi2svk3{if36464484=4:9;7;3lxxtw>33geqtywvijsvq2svk3Gsvviwtsrhirxw3□,pewx□
eggiwwih□Qe}□660□6466-2□Wii□Epws>□Geqtyw□Vijsvq0□÷Gsvviwtsrhirxw0◇□Etvmp□540□□
Evglmzih□ex>
lxxtw>33{if2evglmzi2svk3{if3646548545<74463lxxtw>33geqtywvijsvq2svk3gsvviwtsrhirxw□,pewx□
eggiwwih□Qe}□660□6466-2□Wii□epws>□Geqtyw□Vijsvq0□÷Gsvviwtsrhirxw0◇□Qevgl□5:0□□
Evglmzih□ex>
lxxtw>33{if2evglmzi2svk3{if36466475:5:67443lxxtw>33{{{2geqtywvijsvq2svk3gsvviwtsrhirxw□
,pewx□eggiwwih□Qe}□660□6466-2□Wii□epws>□Geqtyw□Vijsvq0□÷Gsvviwtsrhirxw0◇□Etvmp□□
Evglmzih□ex>
lxxtw>33{if2evglmzi2svk3{if364664846495=9931xxtw>33{{{2geqtywvijsvq2svk3gsvviwtsrhirxw□
,pewx□eggiwwih□Qe}□660□6466-2□Wii□epws>□Geqtyw□Vijsvq0□÷Gsvviwtsrhirxw0◇□Qevgl□□
Evglmzih□ex>
lxxtw>33{if2evglmzi2svk3{if36466474665455;31xxtw>33geqtywvijsvq2svk3gsvviwtsrhirxw□,pewx□
eggiwwih□Qe}□660□6466-2

=<

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | Eevsr☐Gyqqmrkw | Gepmjsvrme☐Geqtyw Gsvviwtsrhirx | | | | \| | | | \| | |
| 6 | Eevsr☐Qswiv | Qmwwsyvm☐Geqtyw☐Gsvviwtsrhirx | | | | \| | | | \| | |
| 7 | Efmkemp☐HiNevrexx | Evoerwew☐Geqtyw Gsvviwtsrhirx | \| | | | | \| | \| | \| | |
| 8 | Efmkemp☐Iglirmuyi | Jpsvmhe☐Geqtyw☐Gsvviwtsrhirx\| | | | | | \| | \| | \| | |
| 9 | Efmkemp☐Wxviixqer | Jpsvmhe☐Geqtyw☐Gsvviwtsrhirx\| | | \| | | \| | Ri[ | \| | \| | |
| : | Efmkemp☐[mpwsr | Zmvkmrme☐Geqtyw☐Gsvviwtsrhirx | | | | | | | | | pmro |
| ; | Efy☐Lyvemve | Ri{☐]svo☐Geqtyw Gsvviwtsrhirx | | | | | | | | | |
| < | Ehhmwsr☐Tyqqmpp | Evoerwew☐Geqtyw Gsvviwtsrhirx | | | | \| | | | \| | |
| = | Ehhmwsr☐Wqmxl | Zmvkmrme☐Geqtyw☐Gsvviwtsrhirx | | | | | \| | \| | \| | |
| 54 | Ehvmerre☐Wer☐Qevgs | Ri{☐]svo☐Geqtyw Gsvviwtsrhirx | | | \| | | \| | \| | pmro☐5 pmro☐6 |
| 55 | Emher☐Wlero | [mwgsrwmr☐Geqtyw Gsvviwtsrhirx | \| | | | \| | | \| | \| | |
| 56 | Epiere☐Wqmpi} | Slms☐Geqtyw☐Gsvviwtsrhirx | \| | | | | \| | | |
| 57 | Epig☐Wxsri | Mppmrsmw☐Geqtyw☐Gsvviwtsrhirx | | | | | \| | | |
| 58 | Epi\|☐Gsvi} | Qewweglywixxw☐Geqtyw Gsvviwtsrhirx | | \| | | \| | \| | \| | |
| 59 | Epi\|☐Qyrkyme | Jpsvmhe☐Geqtyw☐Gsvviwtsrhirx | | \| | | \| | \| | \| | |
| 5: | Epi\|☐Xsomi | Qmglmker☐Geqtyw Gsvviwtsrhirx | | | | | | | | | pmro |
| 5; | Epi\|e☐[imwfsrh | Gepmjsvrme☐Geqtyw Gsvviwtsrhirx | \| | | | \| | \| | | |
| 5< | Epi\|me☐Fmerglm | Jpsvmhe☐Geqtyw☐Gsvviwtsrhirx | | | | \| | Ri[ | \| | \| | |
| 5= | Epi\|mw☐Tyvtyve | Jpsvmhe☐Geqtyw☐Gsvviwtsrhirx\| | | | | | \| | \| | |
| 64 | Epm☐Firioiv | [mwgsrwmr☐Geqtyw Gsvviwtsrhirx | | \| | | \| | \| | | |
| 65 | Epmgi☐Wiipi} | Zmvkmrme☐Geqtyw☐Gsvviwtsrhirx | | | | \| | Ri[ | \| | \| | |
| 66 | Eppmi☐Wmqsr | Gepmjsvrme☐Geqtyw Gsvviwtsrhirx | | | | \| | | \| | |
| 67 | Eppmwsr☐Gepp | Zmvkmrme☐Geqtyw☐Gsvviwtsrhirx | | | | | | | |
| 68 | Eppmwsr☐Vsfmwsr | Xi\|ew☐Geqtyw☐Gsvviwtsrhirx | \| | \| | | \| | \| | \| | |
| 69 | Ep}wwe☐Nsriw | Zmvkmrme☐Geqtyw☐Gsvviwtsrhirx | | | | | Ri[ | \| | \| | pmro |
| 6: | Ep}wwe☐Vmrippm | Qmrriwsxe☐Geqtyw Gsvviwtsrhirx | | | | \| | | \| | |
| 6; | Eqerhe☐Fsyvri | Jpsvmhe☐Geqtyw☐Gsvviwtsrhirx\| | | | | | \| | \| | |
| 6< | Eqerhe☐Qe}iv | Psymwmere☐Geqtyw Gsvviwtsrhirx | | | | | | | |
| 6= | Eqipme☐Wgevtsrm | Qewweglywixxw☐Geqtyw☐V\|jsvq Gsvviwtsrhirx | | | | \| | | \| | |
| 74 | Eqmv☐Qilvefer | Gepmjsvrme☐Geqtyw Gsvviwtsrhirx | | | | \| | | \| | |
| 75 | Erhvi{☐Gszivx | Evm~sre☐Geqtyw☐Gsvviwtsrhirx | | | | \| | | \| | |

==

| 76 | Erkipe☐Negs | [ewlmrkxsr☐Geqtyw Gsvviwtsrhirx | | | | | | | | | | | | | |
|----|----|----|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 77 | Erxlsr}☐Tigsvevs | Gsrrigxmgyx☐Geqtyw Gsvviwtsrhirx | | | | | | | | | | | | | |
| 78 | Erxsmrixxi☐Els | Gepmjsvrme☐Geqtyw Gsvviwtsrhirx | | | | | | | | | | | | | |
| 79 | Evmere☐Fvsgoqer | Rizehe☐Geqtyw☐Gsvviwtsrhirx | | | | | | | | | | | | | |
| 7: | Evmere☐Kewwip | Kisvkme☐Geqtyw☐Gsvviwtsrhirx | | | | | | | | | | | | | pmro |
| 7; | Evmo☐Wglrimhiv | Gepmjsvrme☐Wirmsv☐Geqtyw Gsvviwtsrhirx | | | | | | | | | | | | | pmro |
| 7< | Ewe☐Jvergoi{mx~ | [iwx☐Zmvkmrme☐Geqtyw Gsvviwtsrhirx | | | | | | | | | | | | | |
| 7= | Ewlpi}☐Gevreler | Gepmjsvrme☐Wirmsv☐Geqtyw Gsvviwtsrhirx | | | | | | | | | | | | | pmro |
| 84 | Ewlpi}☐Gsti | Gepmjsvrme☐Geqtyw Gsvviwtsrhirx | | | | | | | | | | | | | |
| 85 | Ewlpi}☐Igsrsqsy | Gepmjsvrme☐Geqtyw Gsvviwtsrhirx | | | | | TvekivY | | | | | | | pmro |
| 86 | Ewlpi}☐Wxypx~ | Jpsvmhe☐Geqtyw☐Gsvviwtsrhirx | | | | | | | | | | | | | |
| 87 | Eyfvi}☐Xyipp | Rsvxl☐Gevspmre☐Gsvviwtsrhirx | | | | | Ri[ | | | | | | | |
| 88 | Eyhvi}☐[mpwsr | Qmwwmwwmttm☐Geqtyw Gsvviwtsrhirx | | | | | | | | | | | | | |
| 89 | Eywxmr☐Qmppiv | Qmglmker☐Geqtyw Gsvviwtsrhirx | | | | | | | | | | | | | pmro |
| 8: | Fir☐Ospf | Gspsvehs☐Geqtyw Gsvviwtsrhirx | | | | | | | | | | | | | |
| 8; | Fir☐Qghsreph | [ewlmrkxsr☐Wirmsv☐Geqtyw Gsvviwtsrhirx | | | | | | | | | | | | | |
| 8< | Fir☐^imwpsjx | Tirrw}pzerme☐Wirmsv☐Geqtyw Gsvviwtsrhirx | | | | | | | | | | | | | |
| 8= | Firneqmr☐[mpwsr | Qmglmker☐Geqtyw Gsvviwtsrhirx | | | | | | | | | | | | | |
| 94 | Fpemv☐Ripwsr | Mppmrsmw☐Wirmsv☐Geqtyw Gsvviwtsrhirx | | | | | | | | | | | | | |
| 95 | Fpeoi☐Vmrkiv | Wsyxl☐Gevspmre☐Geqtyw Gsvviwtsrhirx | | | | | | | | | | | | | |
| 96 | Fpeoipi}☐Jmihpiv | Evoerwew☐Geqtyw Gsvviwtsrhirx | | | | | | | | | | | | | |
| 97 | Fsff}☐Qmppiv | Ri{☐}svo☐Geqtyw Gsvviwtsrhirx | | | | | | | | | | | | | |
| 98 | Fvirher☐Glejmr | Rsvxl☐Gevspmre☐Geqtyw Gsvviwtsrhirx | | | | | | | | | | | | | |
| 99 | Fvmhkix☐S+Riep | Qmglmker☐Geqtyw Gsvviwtsrhirx | | | | | | | | | | | | | |
| 9: | Fvmxxer}☐Wpeyklxiv | Zmvkmrme☐Geqtyw☐Gsvviwtsrhirx | | | | | | | | | | | | | |
| 9; | Fvssop}rr☐Liww | Zmvkmrme☐Geqtyw☐Gsvviwtsrhirx | | | | | | | | | | | | | |
| 9< | Gemxpmr☐Qeppir | Le{emm☐Geqtyw☐Gsvviwtsrhirx | | | | | | | | | | | | | |
| 9= | Gemxp}r☐QgGs{ | Jpsvmhe☐Geqtyw☐Gsvviwtsrhirx | | | | | | | | | | | | | |
| :4 | Gemxp}r☐Wgsxx | Tirrw}pzerme☐Geqtyw Gsvviwtsrhirx | | | | | | | | | | | | | pmro |

544

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| :5 | Geqivsr□Fs{mi | Qemri□Geqtyw□Gsvviwtsrhirx | | | | | | | | | |
| :6 | Geqivsr□Higoiv | Evm~sre□Geqtyw□Gsvviwtsrhirx | | | WGIXP | | | | | | |
| :7 | Gevspmri□Gewsr | Rsvxl□Gevspmre□Gsvviwtsrhirx | | | | | | | | | |
| :8 | Gevspmri□Wleziv | Rsvxl□Gevspmre□Geqtyw Gsvviwtsrhirx | | | | | | | | | |
| :9 | Gevspmri□Wqmxl | Epefeqe□Geqtyw□Gsvviwtsrhirx | | | | | | | | | pmro |
| :: | Gevwsr□[spj | Xi]ew□Geqtyw□Gsvviwtsrhirx | | | | | | | | | pmro□5<br>pmro□6<br>pmro□7<br>pmro□8 |
| :; | Gevxiv□Levvmw | Epefeqe□Geqtyw□Gsvviwtsrhirx | | | | | | | | | |
| :< | Glemhe□Ferks□Ferks | Qev}perh□Geqtyw Gsvviwtsrhirx | | | | | | | | | |
| := | Glevpiw□Lmpy | Qmglmker□Geqtyw Gsvviwtsrhirx | | | | | | | | | |
| ;4 | Glevpsxxi□Le~evh | Zmvkmrme□Geqtyw□Gsvviwtsrhirx | | | | | | | | | pmro |
| ;5 | Glpsi□I~~s | Ri{□Leqtwlmvi□Geqtyw Gsvviwtsrhirx | | | | | | | | | pmro |
| ;6 | Glpsi□Wtev{exl | Zmvkmrme□Geqtyw□Gsvviwtsrhirx | | | | Ri[ | | | | | |
| ;7 | Glvmw□Wglpeo | Xi]ew□Geqtyw□Gsvviwtsrhirx | | | | | | | | | |
| ;8 | Glvmwxmer□Kyxmivvi | Jpsvmhe□Geqtyw□Gsvviwtsrhirx | | | | | | | | | |
| ;9 | Glvmwxmre□Kvexxev | Gepmjsvrme□Geqtyw Gsvviwtsrhirx | | | | Livmxeki | | | | | pmro |
| ;: | Glvmwxstliv□Xviqskpmi | Tirrw}pzerme□Geqtyw Gsvviwtsrhirx | | | | | | | | | |
| ;; | Gpemvi□Ksshqer | Ri{□Qi]mgs□Geqtyw Gsvviwtsrhirx | | | | | | | | | |
| ;< | Gpe}□Vsfmrwsr | Evm~sre□Wirmsv□Geqtyw Gsvviwtsrhirx | | | | | | | | | |
| ;= | Gspi□Opittriv | [iwx□Zmvkmrme□Geqtyw Gsvviwtsrhirx | | | | | | | | | |
| <4 | Gspi□Qywliker | Xi]ew□Geqtyw□Gsvviwtsrhirx | | | | | | | | | |
| <5 | Gspmr□Ekswxmwm | [ewlmrkxsr□H2G2□Geqtyw Gsvviwtsrhirx | | | | | | | | | |
| <6 | Gsrrsv□QgGpe} | Jpsvmhe□Geqtyw□Gsvviwtsrhirx | | | | | | | | | |
| <7 | Gsvfmr□Lyffipp | Rifvewoe□Geqtyw Gsvviwtsrhirx | | | | | | | | | |
| <8 | Gsvi}□□[epoiv | Qmglmker□Geqtyw Gsvviwtsrhirx | | | | Viewsr | | | | | pmro |
| <9 | Gsyvxri}□QgPemr | Jpsvmhe□Geqtyw□Gsvviwtsrhirx | | | | | | | | | pmro |
| <: | Gsyvxri}□Qyvhir | Zmvkmrme□Geqtyw□Gsvviwtsrhirx | | | | | | | | | |
| <; | Gvmwxir□Peqimve | Jpsvmhe□Geqtyw□Gsvviwtsrhirx | | | | | | | | | |
| << | Heqmir□Werhivw | Rsvxl□Gevspmre□Geqtyw Gsvviwtsrhirx | | | | | | | | | |
| <= | Hermip□Oyrwipqer | Tirrw}pzerme□Geqtyw Gsvviwtsrhirx | | | | | | | | | |
| =4 | Hermip□Qeg} | Gepmjsvrme□Geqtyw Gsvviwtsrhirx | | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| =5 | Hermip□Tepqiv | Jpsvmhe□Geqtyw□Gsvviwtsrhirx | | | \| | | \| | \| | \| |
| =6 | Hermip□Vir | Kisvkme□Geqtyw□Gsvviwtsrhirx | | | \| | | \| | |
| =7 | Hezmh□Lmkkmrfsxler | Epefeqe□Geqtyw□Gsvviwtsrhirx | \| | | | \| | \| | \| |
| =8 | Hizsr□QgZ} | Oirxygo□Gsvviwtsrhirx | | \| | | \| | \| | | pmro |
| =9 | Hmsr□Soioi | Xi\|ew□Geqtyw□Gsvviwtsrhirx | \| | | | \| | | |
| =: | Hsqmrmg□Kmeqfsre | Gepmjsvrme□Geqtyw Gsvviwtsrhirx | \| | | \| | \| | \| | |
| =; | Hsreph□Lepp | Xirriwwii□Geqtyw Gsvviwtsrhirx | | | \| | | \| | |
| =< | Ipmew□Gsst1Ksr~epi | Zmvkmrme□Geqtyw□Gsvviwtsrhirx | | \| | Piehivwlmt Mrwxmxyxi | \| | \| | pmro□5 pmro□6 |
| == | Ipmew□Jivirg~} | Qmwwsyvm□Geqtyw□Gsvviwtsrhirx | | | \| | | \| | |
| 544 | Ipmnnel□^il | Qewwoeglywixxw□Geqtyw Gsvviwtsrhirx | | | \| | | \| | |
| 545 | Ipm~efixl□Rennev | Zivqsrx□Geqtyw□Gsvviwtsrhirx | \| | | | \| | \| | |
| 546 | Iqmp}□Js{piv | Mppmrsmw□Geqtyw□Gsvviwtsrhirx | | | | | | |
| 547 | Iqmp}□Ososx | Qsrxere□Geqtyw□Gsvviwtsrhirx | \| | | | \| | \| | \| |
| 548 | Iqmp}□Wglrippiv | Qsrxere□Geqtyw□Gsvviwtsrhirx | \| | | | \| | \| | |
| 549 | Iqmp}□Wxyvki | Jpsvmhe□Geqtyw□Gsvviwtsrhirx\| | | | | \| | |
| 54: | Iqqe□Wgleqfegl | Rsvxl□Gevspmre□Geqtyw Gsvviwtsrhirx | \| | | \| | Ri[ | \| | |
| 54; | Ivmo□Ize | Rsvxl□Gevspmre□Geqtyw Gsvviwtsrhirx | \| | | | \| | |
| 54< | Ivmo□Wyevi~ | Tirrw}pzerme□Geqtyw Gsvviwtsrhirx | \| | | | \| | | pmro□5 pmro□6 |
| 54= | Ixler□Gem | Ri{□Leqtwlmvi□Geqtyw Gsvviwtsrhirx | | | | \| | |
| 554 | Ixler□Olephevsz | Ri{□]svo□Geqtyw Gsvviwtsrhirx | | | | \| | |
| 555 | I~ve□Qi}iv | [ewlmrkxsr□HG□Geqtyw Gsvviwtsrhirx | | | \| | Livmxeki | \| | \| | pmro |
| 556 | Jemxl□Eppir | Jpsvmhe□Geqtyw□Gsvviwtsrhirx\| | | | | \| | | pmro |
| 557 | Jmsre Qsvmevx}1QgPeyklpmr | Gepmjsvrme□Wirmsv□Geqtyw Gsvviwtsrhirx | \| | | | \| | | pmro□5 pmro□6 pmro□7 |
| 558 | Jvergiw□Jpsviwge | Yxel□Wirmsv□Geqtyw Gsvviwtsrhirx | | | | \| | |
| 559 | Jvergmw□Oettiv | Jpsvmhe□Geqtyw□Gsvviwtsrhirx\| | | | | \| | |
| 55: | Kefvmppi□Heroermgl | HG□Geqtyw□Gsvviwtsrhirx | \| | | | Ri[ | \| | |
| 55; | Kevvixx□Jv}i | [ewlmrkxsr□H2G2□Geqtyw Gsvviwtsrhirx | \| | | | \| | \| | \| |
| 55< | Kiriwmw□Wergli~ | Jpsvmhe□Geqtyw□Gsvviwtsrhirx\| | | \| | \| | TvekivY? Wywver□F2 Erxlsr} | \| | | pmro□5 pmro□6 |
| 55= | Kverx□Js\| | [mwgsrwmr□Geqtyw Gsvviwtsrhirx | | \| | | \| | |
| 564 | Lepi}□[svxl | Qmrriwsxe□Geqtyw Gsvviwtsrhirx | \| | | | \| | \| | \| |

| 565 | Lerrel□Oippiv | Xirriwwii□Geqtyw□Vijsvq Gsvviwtsrhirx | | | | | | | | | pmro |
| 566 | Lerrel□Pepkmi | Jpsvmhe□Geqtyw□Gsvviwtsrhirx | | | | | | | | | pmro |
| 567 | Lsti□Xmqspp | Qev}perh□Geqtyw Gsvviwtsrhirx | | | | | | | | | |
| 568 | Mwefippe□Kvytirlsjj | Qmglmker□Geqtyw Gsvviwtsrhirx | | | | | | | | | |
| 569 | Mwehsvi□Nslrwsr | Gsrrigxmgyx□Geqtyw Gsvviwtsrhirx | | | | | | | | | |
| 56: | Nego□Fv}wsr | Ms{e□Geqtyw□Gsvviwtsrhirx | | | | | | | | | |
| 56; | Nego□Getm~~m | Mppmrsmw□Geqtyw□Gsvviwtsrhirx | | | | Jihivepmwx | | | | pmro |
| 56< | Negowsr□[epoiv | [mwgsrwmr□Geqtyw Gsvviwtsrhirx | | | | | | | | | |
| 56= | Negsf□Riiv | Zmvkmrme□Geqtyw□Gsvviwtsrhirx | | | | | | | | | |
| 574 | Negsf□Rsfpiw | Evm~sre□Geqtyw□Gsvviwtsrhirx | | | | | | | | | pmro |
| 575 | Nehir□Lievh | Epefeqe□Geqtyw□Gsvviwtsrhirx | | | | | | | | | |
| 576 | Nemqi□Glvmwxpi} | Xirriwwii□Geqtyw Gsvviwtsrhirx | | | | | | | | | |
| 577 | Neqiw□Jivkywsr | Zmvkmrme□Geqtyw□Gsvviwtsrhirx | | | | | | | | | |
| 578 | Nevih□Tssvxmrke | Ms{e□Geqtyw□Gsvviwtsrhirx | | | | | | | | | |
| 579 | Nirre□HmGevps | Gepmjsvrme□Geqtyw Gsvviwtsrhirx | | | | | | | | | |
| 57: | Nirrmjiv□Ryippi | Qmwwmwwmttm□Geqtyw Gsvviwtsrhirx | | | | | | | | | pmro |
| 57; | Nirrmjiv□Xyxxsv | Xi|ew□Geqtyw□Gsvviwtsrhirx | | | | | | | | | pmro |
| 57< | Niwwi□Lykliw | Zmvkmrme□Geqtyw□Gsvviwtsrhirx | | | | | | | | | |
| 57= | Niwwi□Wxmppiv | Ri{□Nivwi}□Wirmsv□Geqtyw Gsvviwtsrhirx | | | | | | | | | pmro |
| 584 | Niwwmge□Figgeggm | Jpsvmhe□Geqtyw□Gsvviwtsrhirx | | | | XJEW | | | | pmro |
| 585 | Niwwmge□Gywxshms | Ri{□}svo□Wirmsv□Geqtyw Gsvviwtsrhirx | | | | | | | | | pmro |
| 586 | Ni{ipp□Fyvvwsr | Kisvkme□Geqtyw□Gsvviwtsrhirx | | | | | | | | | |
| 587 | Nslerm□Omrk | Jpsvmhe□Geqtyw□Gsvviwtsrhirx | | | | | | | | | |
| 588 | Nslr□Lerwsr | Sopelsqe□Geqtyw Gsvviwtsrhirx | | | | | | | | | |
| 589 | Nsrexler□Lewxmrkw | Rifvewoe□Geqtyw Gsvviwtsrhirx | | | | | | | | | |
| 58: | Nsrexler□QgGsvqmgo | Qmglmker□Wirmsv□Geqtyw Gsvviwtsrhirx | | | | | | | | | |
| 58; | Nswitl□Wmpzivwximr | Ri{□}svo□Geqtyw Gsvviwtsrhirx | | | | | | | | | pmro |
| 58< | Nswl□Glyvgl | Epewoe□Geqtyw□Gsvviwtsrhirx | | | | | | | | | |
| 58= | Nswlye□Eqmrsz | Ri{□Nivwi}□Geqtyw Gsvviwtsrhirx | | | | | | | | | |
| 594 | Nswlye□Shyxspe | Kisvkme□Geqtyw□Gsvviwtsrhirx | | | | | | | | | |
| 595 | Nswlye1Gepif□Fevxsr | Zmvkmrme□Geqtyw□Gsvviwtsrhirx | | | | | | | | | pmro |
| 596 | Nswmi□Lemv | Rsvxl□Gevspmre□Geqtyw Gsvviwtsrhirx | | | | TvekivJSV | | | | |

| | | | | | | GI | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 597 | Nyer□Tefps□Zmppewqrh | HG□Geqtyw□Gsvviwtsrhirx | | | | | | | | | |
| 598 | Nyhel□[e\|ipfeyq | Evm~sre□Geqtyw□Gsvviwtsrhirx | | \| | | | | | \| | | |
| 599 | Nypmi□Jijivqer | Mhels□Geqtyw□Gsvviwtsrhirx | \| | | | Ri[ | \| | \| | \| | | |
| 59: | Nywxmr□Fikpi} | Ri{□svo□Geqtyw Gsvviwtsrhirx | | \| | | | | \| | \| | | |
| 59; | Nywxmr□Fygoriv | Gepmjsvrme□Geqtyw Gsvviwtsrhirx | | | \| | | | | | | |
| 59< | Nywxmri□Qyvve} | Ri{□svo□Geqtyw Gsvviwtsrhirx | \| | | \| | | | \| | | | |
| 59= | Oewwmi□Zmgoivw | Gepmjsvrme□Geqtyw Gsvviwtsrhirx | | | | | | | | | pmro |
| 5:4 | Oexevmre□QgGerr | Zmvkmrme□Geqtyw□Gsvviwtsrhirx | \| | | \| | | \| | \| | \| | | |
| 5:5 | Oexi□Erhivwsr | Rifvewoe□Geqtyw Gsvviwtsrhirx | | \| | | | | \| | | | |
| 5:6 | Oexi□[mppmw | Tirrw}pzerme□Geqtyw Gsvviwtsrhirx | | \| | | \| | | \| | | | |
| 5:7 | Oexip}r□Vejjivx} | Evm~sre□Geqtyw□Gsvviwtsrhirx | | | | | | | | | pmro |
| 5:8 | Oexip}r□Wxsx~o} | Zmvkmrme□Geqtyw□Gsvviwtsrhirx | | | \| | | | | \| | | |
| 5:9 | Oexip}rr□Vmglevhwsr | Wirmsv□Rizehe□Geqtyw Gsvviwtsrhirx | | | | | | | | | pmro |
| 5:: | Oexlivmri□Wlevejmrworl | Xi[ew□Geqtyw□Gsvviwtsrhirx | | | \| | MWM0□QVG | | \| | \| | | |
| 5:; | Oexmi□Fperwgix | Sopelsqe□Geqtyw Gsvviwtsrhirx | | | | | | | | | pmro |
| 5:< | Oexmi□Gvejx | Evoerwew□Geqtyw Gsvviwtsrhirx | | \| | | | \| | \| | \| | | |
| 5:= | Oexmi□Izivixx | Xi[ew□Geqtyw□Gsvviwtsrhirx | | | \| | Gsrgivih [sqir□jsv Eqivmger0 Livmxeki | | \| | \| | | |
| 5;4 | Oexmi□Nijjivwsr | Oirxygo}□Geqtyw Gsvviwtsrhirx | | | | | | | | | |
| 5;5 | Oe}pe□Qepsri} | [ewlmrkxsr□H2G2□Geqtyw Gsvviwtsrhirx | | | | | | \| | | | |
| 5;6 | Oipwie□[lmxmrk | Xi[ew□Geqtyw□Gsvviwtsrhirx | | \| | | | | | \| | | |
| 5;7 | Oir□Qiiomrw | Zmvkmrme□Geqtyw□Gsvviwtsrhirx | | | | | | \| | \| | | |
| 5;8 | Oirpii□Jswoi} | Kisvkme□Geqtyw□Gsvviwtsrhirx | \| | | | Ri[ | | \| | \| | | |
| 5;9 | Oirrix□Livvsr | Kisvkme□Geqtyw□Gsvviwtsrhirx | \| | | | | | \| | \| | | |
| 5;: | Oizmr□Jeker | Mppmrsmw□Geqtyw□Gsvviwtsrhirx | | | | | | \| | \| | | |
| 5;; | O}pi□Lssxir | Qmrriwsxe□Wirmsv□Geqtyw Gsvviwtsrhirx | | | \| | | | | | | |
| 5;< | O}pi□Vi}rsphw | Mrhmere□Geqtyw□Gsvviwtsrhirx | | | \| | Hemp} Geppiv | \| | \| | \| | | pmro |
| 5;= | O}pi□Wglqmhfeyiv | Ri{□Nivwi}□Geqtyw Gsvviwtsrhirx | | | | | | | | | pmro |
| 5<4 | O}rhe□Ep~syfm | [ewlmrkxsr0□H2G2□Geqtyw Gsvviwtsrhirx | | | \| | | | | \| | | |
| 5<5 | Pegi□Oiwxigliv | Ri{□svo□Geqtyw Gsvviwtsrhirx | | \| | | \| | | \| | \| | \| | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5<6 | Pegm□Viih | Zmvkmrme□Geqtyw□Gsvviwtsrhirx | | | | Ri[?□TTI Qensv | | | | |
| 5<7 | Perhv}□Hvmziv | Jpsvmhe□Geqtyw□Gsvviwtsrhirx| | | | | | | | | |
| 5<8 | Piere□Hmttmi | Jpsvmhe□Geqtyw□Gsvviwtsrhirx| | | | | | | | |
| 5<9 | Pipe□Keppiv} | Qewweglywixxw□Geqtyw Gsvviwtsrhirx | | | | Gsrgivrih [sqir□jsv Eqivmge | | | |
| 5<: | Pire□Fvergl | Ms{e□Geqtyw□Gsvviwtsrhirx | | | | | | | | |
| 5<; | Pis□Xlyger | Slms□Geqtyw□Gsvviwtsrhirx | | | | | | | |
| 5<< | Pmp}□Vef} | Evoerwew□Geqtyw Gsvviwtsrhirx | | | | | | | |
| 5<= | Psker□Hyfmp | Tirrw}pzerme□Geqtyw Gsvviwtsrhirx | | | | | | | pmro□5 pmro□6 |
| 5=4 | Psker□Wego | Gspsvehs□Geqtyw Gsvviwtsrhirx | | | | | | | |
| 5=5 | Psker□[ewlfyvr | Qmglmker□Geqtyw Gsvviwtsrhirx | | | | | | | |
| 5=6 | Pyge□Qmvephm | Tirrw}pzerme□Geqtyw Gsvviwtsrhirx | | | | | | pmro□5 pmro□6 |
| 5=7 | Pygew□Wlitlivh | Qemri□Geqtyw□Gsvviwtsrhirx | | | | | | | |
| 5=8 | Pyoi□Iwgsxs | Qemri□Geqtyw□Gsvviwtsrhirx | | | | | | | |
| 5=9 | P}hme□Geqtfipp | Slms□Geqtyw□Gsvviwtsrhirx | | | | Eqivmge+ w Jyxyvi Jsyrhexmsr ?□QVG | | | pmro |
| 5=: | P}r~ii□Feppmj | Jpsvmhe□Geqtyw□Gsvviwtsrhirx | | | | | | | |
| 5=; | Qehipmri□Qevo{ssh | Slms□Geqtyw□Gsvviwtsrhirx | | | | | | | pmro□5 pmro□6 |
| 5=< | Qehipmri□Tipx~iv | Qmglmker□Geqtyw Gsvviwtsrhirx | | | | Gsrgivrih [sqir□jsv Eqivmge? Qegomreg Girxiv0 Hsyk Hygi} | | | |
| 5== | Qehmwsr□Eheqw | Jpsvmhe□Geqtyw□Gsvviwtsrhirx | | | | | | | |
| 644 | Qevgs□Ywigli | Mppmrsmw□Geqtyw□Gsvviwtsrhirx | | | | | | | |
| 645 | Qevkevix□Fiwxi | Qmglmker□Geqtyw Gsvviwtsrhirx | | | | | | | |
| 646 | Qevme□Gspsqfs | Jpsvmhe□Geqtyw□Gsvviwtsrhirx | | | | | | | |
| 647 | Qevmwwe□Fvmkko | Jpsvmhe□Geqtyw□Gsvviwtsrhirx | | | | Ri[ | | | |
| 648 | Qev}□Vswi□Gsvoiv} | Xi|ew□Geqtyw□Gsvviwtsrhirx | | | | Epi|erhiv Leqmpxsr Wsgmix}? Hemp} Geppiv | | | pmro |
| 649 | Qexis□Livvive | Mppmrsmw□Geqtyw□Gsvviwtsrhirx | | | | | | | |
| 64: | Qexxli{□Oi}iw | Slms□Geqtyw□Gsvviwtsrhirx | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 64; | Qexxli{□Pi{mw | Qewweglywixxw□Geqtyw Gsvviwtsrhirx | | | | | | | | |
| 64< | Qexxli{□Svv | Rsvxl□Gevspmre□Geqtyw Gsvviwtsrhirx | | | | | | | | |
| 64= | Qexxli{□[mpwsr | Ri{□Nivwi}□Geqtyw Gsvviwtsrhirx | | | | NQT | | | | |
| 654 | Qe|□Fvs{r | Slms□Geqtyw□Gsvviwtsrhirx | | | | | | | | |
| 655 | Qgoirre□Heppqi}iv | Xi|ew□Wirmsv□Geqtyw Gsvviwtsrhirx | | | | | | | | |
| 656 | Qgoirre□Heppqi}iv | Zmvkmrme□Wirmsv□Geqtyw Gsvviwtsrhirx | | | | | | | | |
| 657 | Qiker□Spwsr | Qmrriwsxe□Geqtyw Gsvviwtsrhirx | | | | | | | | |
| 658 | Qiker□}syrk | Qmrriwsxe□Geqtyw Gsvviwtsrhirx | | | | | | | | |
| 659 | Qipmwwe□He□Ke□eJpsvmhe□Geqtyw□Gsvviwtsrhirx | | | | | | TvekivY | | | | pmro |
| 65: | Qipzmr□Wsxs□Zã~u}i~ | Tyivxs□Vmgs□Geqtyw Gsvviwtsrhirx | | | | | | | | |
| 65; | Qivihmxl□Qmrxs | Zmvkmrme□Geqtyw□Gsvviwtsrhirxw | | | | | | | | |
| 65< | Qmgleip□Gyvv} | Gepmjsvrme□Geqtyw Gsvviwtsrhirx | | | | | | | | |
| 65= | Qmglippi□[iwxsr | Gepmjsvrme□Geqtyw Gsvviwtsrhirx | | | | | | | | pmro |
| 664 | Qmoipe□Wx2□Nsr | Qmglmker□Geqtyw Gsvviwtsrhirx | | | | | | | | |
| 665 | Qspp}□Fvs{rjmiph | Mhels□Geqtyw□Gsvviwtsrhirx | | | | | | | | |
| 666 | Q}piw□QgOrmklx | Ri{□Nivwi}□Geqtyw Gsvviwtsrhirx | | | | | NQT? Tvmrgixsr Stir Geqtyw Gsepmxmsr | | | | pmro |
| 667 | Rexepmi□Lihir | Qev}perh□Geqtyw Gsvviwtsrhirx | | | | | | | | |
| 668 | Rexlepmi□Wergli~ | Jpsvmhe□Geqtyw□Gsvviwtsrhirx | | | | | | | | |
| 669 | Rexler□Wqmxl | Zmvkmrme□Geqtyw□Gsvviwtsrhirx | | | | | | | | |
| 66: | Rmgo□Pelive | Jpsvmhe□Geqtyw□Gsvviwtsrhirx | | | | | | | | |
| 66; | Rsel□Vmrk | Kisvkme□Geqtyw□Gsvviwtsrhirx | | | | | | | | |
| 66< | Rsippi□Jmxglixx | Gepmjsvrme□Geqtyw Gsvviwtsrhirx | | | | | | | | |
| 66= | Spmzme□Eheqw | Xirriwwii□Geqtyw Gsvviwtsrhirx | | | | | | | | pmro |
| 674 | Spmzme□Keppiksw | Oerwew□Geqtyw□Gsvviwtsrhirx | | | | | | | | |
| 675 | Spmzme□Kvsirizmph | Xi|ew□Geqtyw□Gsvviwtsrhirx | | | | | | | | |
| 676 | Spmzme□Vsrhiey | Tirrw}pzerme□Geqtyw Gsvviwtsrhirx | | | | | Hemp} Geppiv | | | | pmro |
| 677 | Stlipmi□Negsfwsr | Jpsvmhe□Geqtyw□Gsvviwtsrhirx | | | | | | | | |
| 678 | Swqer□Epwlevmj | Jpsvmhe□Geqtyw□Gsvviwtsrhirx | | | | | | | | |
| 679 | Tixiv□[mpx | Xi|ew□Geqtyw□Gsvviwtsrhirx | | | | | | | | pmro |

| | | | | | | | TvekivY? Gsrgivrih [sqir□jsv Eqivmge | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 67: | Veglip□Levvmrkxsr | Xirriwwii□Geqtyw Gsvviwtsrhirx | | | | | | | | | | pmro |
| 67; | Veglip□Osker | Jpsvmhe□Geqtyw□Gsvviwtsrhirx| | | | | TvekivY | | | | | |
| 67< | Veglip□Pepkmi | Jpsvmhe□Geqtyw□Gsvviwtsrhirx | | | | | | | | | | |
| 67= | Vei+Pii□Opimr | Evm~sre□Geqtyw□Gsvviwtsrhirx| | | | | | | | | | pmro□5 pmro□6 |
| 684 | Vemriw□[lmxi | Jpsvmhe□Geqtyw□Gsvviwtsrhirx | | | | | | | | | | |
| 685 | Viehi□Fir | Ri{□Nivwi}□Geqtyw Gsvviwtsrhirx | | | | | | | | | | pmro |
| 686 | VN□Lewomr | Rifvewoe□Geqtyw Gsvviwtsrhirx | | | | | | | | | | |
| 687 | Vsfivx□Wglqeh | Wirmsv□Kisvkme□Geqtyw Gsvviwtsrhirx | | | | | | | | | | |
| 688 | Vyhlve□Veziirhver | Qewwegluwixxw□Geqtyw Gsvviwtsrhirx | | | | | | | | | | |
| 689 | V}er□Gsppmrw | Xi|ew□Geqtyw□Gsvviwtsrhirx | | | | | | | | | | |
| 68: | V}er□Perhm | Jpsvmhe□Geqtyw□Gsvviwtsrhirx | | | | | Gsrqivrih Zixiverw jsv Eqivmge | | | | pmro |
| 68; | V}pmi□Jivkywsr | Xi|ew□Geqtyw□Gsvviwtsrhirx | | | | | | | | | | |
| 68< | Weq□Pevwsr | Epefeqe□Geqtyw□Gsvviwtsrhirx | | | | | | | | | | |
| 68= | Weq□Riziw | Qewwegluwixxw□Geqtyw Gsvviwtsrhirx | | | | | | | | | | |
| 694 | Weqerxle□^mipmrwom | Qmglmker□Geqtyw Gsvviwtsrhirx | | | | | | | | | | |
| 695 | Weqyip□Wxvsyh | Epefeqe□Geqtyw□Gsvviwtsrhirx | | | | | | | | | | |
| 696 | Werxmrs□Qermwgepglm | Oirxygo}□Geqtyw Gsvviwtsrhirx | | | | | | | | | | |
| 697 | Wevel□Tvirxmgi | Ri{□]svo□Geqtyw Gsvviwtsrhirx | | | | | | | | | | |
| 698 | Wevel□Vywwipp | Mrhmere□Geqtyw□Gsvviwtsrhirx | | | | | | | | | | |
| 699 | Wier□Levvmker | Ri{□]svo□Geqtyw Gsvviwtsrhirx | | | | | | | | | | |
| 69: | Wier□Wirr | Gepmjsvrme□Geqtyw Gsvviwtsrhirx | | | | | | | | | | |
| 69; | Wivkim□Oippi} | Qmglmker□Wirmsv□Geqtyw Gsvviwtsrhirx | | | | | | | | | | |
| 69< | Wixl□Fyvkhspx | [iwx□Zmvkmrme□Geqtyw Gsvviwtsrhirx | | | | | | | | | | |
| 69= | Wixl□Wikep | Ri{□]svo□Geqtyw Gsvviwtsrhirx | | | | | | | | | | pmro |
| 6:4 | Wo}pe□Ni{ipp1Leqqmi | Qmglmker□Geqtyw Gsvviwtsrhirx | | | | | | | | | | |
| 6:5 | Wsjme□Hsykep | Epefeqe□Geqtyw□Gsvviwtsrhirx | | | | | | | | | | |
| 6:6 | Wsjmi□Wepqsr | [mwgsrwmr□Geqtyw Gsvviwtsrhirx | | | | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6:7 | Wstlmi□Womppivr | Qmwwmwwmttm□Geqtyw Gsvviwtsrhirx | | | | | | | | | | |
| 6:8 | Wtirgiv□Hepoi | Zmvkmrme□Geqtyw□Gsvviwtsrhirx | | | | | | | | | | pmro |
| 6:9 | Wtirgiv□Pmrhuymwx | Gepmjsvrme□Geqtyw□Vijsvq Gsvviwtsrhirx | | | | | | | | | | |
| 6:: | Wxitlermi□Weqxip | Qev}perh□Geqtyw Gsvviwtsrhirx | | | | | | | | | | |
| 6:; | Wxitlermi□Wlieow | Evm~sre□Geqtyw□Gsvviwtsrhirx | | | | | | | | | | |
| 6:< | Wxivpmrk□Qswpi} | Xi｜ew□Geqtyw□Gsvviwtsrhirx | | | | | Xi｜ew Tyfpmg Tspmg} Jsyrhexmsr | | | | | pmro |
| 6:= | Wxizmi□Kmffw | Evoerwew□Geqtyw Gsvviwtsrhirx | | | | | Ri[ | | | | | |
| 6;4 | Xelqmril□Hilfs~vkm | Gepmjsvrme□Geqtyw Gsvviwtsrhirx | | | | | | | | | | |
| 6;5 | Xerriv□Vmglevhw | Ms{e□Geqtyw□Gsvviwtsrhirx | | | | | | | | | | pmro |
| 6;6 | Xe}psv□Jp}rr | Wsyxl□Gevspmre□Geqtyw Gsvviwtsrhirx | | | | | | | | | | |
| 6;7 | Xe}psv□Lyrx | [ewlmrkxsr□Geqtyw Gsvviwtsrhirx | | | | | Gsrgivrih [sqir□jsv Eqivmge | | | | | pmro |
| 6;8 | Xe}psv□Qe}iv | Jpsvmhe□Geqtyw□Gsvviwtsrhirx | | | | | Gsrgivrih [sqir□jsv Eqivmge | | | | | pmro |
| 6;9 | Xivvergi□Omfpi | Tirrw}pzermie□Geqtyw Gsvviwtsrhirx | | | | | Jih□Wsg | | | | | |
| 6;: | Xlishsvi□Kivrlevx | Zmvkmrme□Geqtyw□Gsvviwtsrhirx | | | | | | | | | | |
| 6;; | Xlsqew□Gevyjip | Sviksr□Geqtyw□Gsvviwtsrhirx | | | | | | | | | | |
| 6;< | Xlsqew□Qevgyrq | Xirriwwii□Geqtyw Gsvviwtsrhirx | | | | | | | | | | |
| 6;= | Xlsqew□Vsww | Rsvxl□Gevspmre□Geqtyw Gsvviwtsrhirx | | | | | | | | | | |
| 6<4 | Xvezmw□Qsvker | Gepmjsvrme□Geqtyw Gsvviwtsrhirx | | | | | | | | | | |
| 6<5 | Zmrgi□Hes | Jpsvmhe□Geqtyw□Gsvviwtsrhirx | | | | | | | | | | pmro |
| 6<6 | [evvir□Tevxvmhki | Qewweglywixxw□Geqtyw Gsvviwtsrhirx | | | | | | | | | | |
| 6<7 | [mppmeq□Fmekmr | Jpsvmhe□Geqtyw□Gsvviwtsrhirx | | | | | | | | | | |
| 6<8 | [mppmeq□QgKlii | Zmvkmrme□Geqtyw□Gsvviwtsrhirx | | | | | Jih□Wsg | | | | | |
| 6<9 | [mppmeq□Skpiw | Xirriwwii□Geqtyw Gsvviwtsrhirx | | | | | | | | | | |
| 6<: | []exx□Imgllsp~ | Wirmsv□Epefeqe□Geqtyw Gsvviwtsrhirx | | | | | | | | | | |
| 6<; | ^eggleiyw□Gpe} | Qmwwmwwmttm□Geqtyw Gsvviwtsrhirx | | | | | | | | | | |
| 6<< | ^eglev}□Yrkiv | Xi｜ew□Geqtyw□Gsvviwtsrhirx | | | | | | | | | | |
| 6<= | ^ego□Qevxmrm | Oirxygo}□Geqtyw Gsvviwtsrhirx | | | | | | | | | | |

| | | | Xsxep> | 546 | 75 | 59 | 7 | 55: | 86 | 57: | 5:5 | 666 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Tivgirx□sj□Xsxep>79) | 54) | 9) | 5) | 84) | 58) | 8;) | 99) | ;:) |
| | | | XTYWE | JEJ | JEP | WJP | Gspp2 Vit23 KST | Sxliv | Epp Wxyhirx Kvsytw KST | Epp□{3s KST | Epp |

## F2□Gsppiki□Jm|

Xli□58:□Gsppiki□Jm|□gsvviwtsrhirxw□evi□xeoir□jvsq□wizivep□evglmzih□zivwmsrw□sj□xli□
÷Eyxlsvw◇□teki□jvsq□64640□64650□erh□64662□Kmzir□xli□jviuyirg}□sj□ri{□tistpi□ehhih□
fimrk□viqszih0□xli□erryep□getxyviw□evi□er□yrhiv□ettvs|mqexmsr□sj□xli□ryqfiv□sj□gsvviw□
erh□pmoip}□erh□yrhiv□ettvs|mqexmsr□sj□xli□gsrrigxmsrw□xs□¨sxliv□svkerm~exmsrs2

## Gsppiki□Jm|□Gsvviwtsrhirxw□Xsxepw

| Syx□sj□58: Gsvviwtsrhirxw> | XTYWE | JEJ | JEP | Gspp2 Vit23 KST | Sxliv | Epp□Wxyhirx Kvsytw | Epp□{3s KST | Epp |
|---|---|---|---|---|---|---|---|---|
| Xsxep> | = | 64 | 6 | 5= | 89 | 6= | :9 | ;; |
| Tivgirx□sj Xsxep> | :25:) | 572;4) | 527;) | 57245) | 742<6) | 5=2<:) | 88296) | 962;8) |

## Gsppiki□Jm|□Gsvviwtsrhirxw

| | Reqi | XTYWE | JEJ | JEP | Gspp2 Vit23 KST | Sxliv | Epp□Wxyhirx Kvsytw | Epp□{3s KST | Epp | Ehhp2 Pmro |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | Eevsr□Gyqqmrkw | | | | | | | | | | pmro |
| 6 | Eheq□Fyvrixx | | | | | XTTJ0□QVG | | | | | pmro |
| 7 | Ehhmwsr□Wqmxl | | | | | | | | | | |
| 8 | Elrej□Oepeq | | | | | Qmhhpi□Iewx Jsvyq | | | | | pmro |
| 9 | Epfivxs□Fyjepmrs | | | | | | | | | | |

---

[777] Gsppiki□Jm|0□÷Eyxlsvw◇□Qevgl□6<0□64642□Evglmzih□ex>
lxxtw>33{if2evglmzi2svk3{if36464476<46869=3lxxtw>33{{{2xligsppikijm|2gsq3efsyx3eyxlsvw3□,pe
eggiwwih□Qe}□660□6466-2□Wii□epws>□Gsppiki□Jm|0□÷Eyxlsvw◇□Qevgl□5=0□64652□E
lxxtw>33{if2evglmzi2svk3{if36465475=5<56763lxxtw>33{{{2xligsppikijm|2gsq3efsyx3eyxlsvw3
,pewx□eggiwwih□Qe}□660□6466-2□Wii□epws>□Gsppiki□Jm|0□÷Eyxlsvw◇□Qevgl□740□6
lxxtw>33{if2evglmzi2svk3{if3646647744996983lxxtw>33{{{2xligsppikijm|2gsq3efsyx3eyxlsvw3□,pew
eggiwwih□Qe}□660□6466-2

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| : | Epi\|□Jvero | | \| | | | \| | \| | \| | |
| ; | Epi\|□QgOirre | | | | | | | |
| < | Epi\|e□Wigviwx | | \| | | Livmxeki Jsyrhexmsr0 Hemp}□Geppiv | \| | \| | \| | |
| = | Epi\|erhiv□Tiewi | | | | Hemp}□Geppiv | \| | \| | \| | pmro |
| 54 | Eppikve□Xlexgliv | | | | | | | |
| 55 | Eppmi□Wmsqr | | | \| | | | \| | |
| 56 | Ep}□Fygoriv | | | \| | | | \| | |
| 57 | Eqipme□Yrhivlmpp | | | | | | | |
| 58 | Erhvi{□Xlsqtwsr | | | | | | | |
| 59 | Erkipmuyi□Gpevo | | | | | | | |
| 5: | Ewliv□Rsxlimw | | | | | | | |
| 5; | Ewlpi}□Gevreler | \| | | | | \| | \| | \| | pmro |
| 5< | Exmppe□Wypoiv | | | | JII0□EIM | | \| | | |
| 5= | Eyhvi}□Jelpfivk | | | | EIM | | \| | | |
| 64 | Eykywxyw□Hsvmgos | | | | | | | |
| 65 | Eyxyqr□Fivivh | | | | | | | |
| 66 | Eze□Qekepim | | | | | | | |
| 67 | Fir□[eppw | | \| | | | \| | \| | \| | pmro |
| 68 | Fvmerre□Oveiqiv | \| | | | | \| | | |
| 69 | Fvmxxer}□Wpeyklxiv | | | | Ri[ | | \| | | |
| 6: | Fvssow□Jmxxw | | | | | | | |
| 6; | Gehi□Qe}revh | | | | | | | |
| 6< | Gepif□Vmhiv | | | | | | | |
| 6= | Gexlivmri□Zm~ | | | | | | | |
| 74 | Glevpiw□Lmpy | | \| | | Rexmsrep Vizmi{ | \| | \| | | |
| 75 | Glevpmi□PiFperg | | | | | | | |
| 76 | Glevpsxxi□Le~evh | | | | Hemp}□Geppiv | \| | \| | | |
| 77 | Glevpsxxi□QgOmrpi} | | | | XJEW | | \| | \| | pmro |
| 78 | Glevpsxxi□[ephvsr | | | \| | | | \| | |
| 79 | Glewi□[exomrw | \| | | | | \| | \| | \| | |
| 7: | Glvmw□Gsjji} | | | | Epi\|erhiv Leqmpxsr Wsgmix}0 XJEW0□Jih Wsg | | \| | \| | pmro |
| 7; | Glvmwxmer□Pyfoi | | | | | | | pmro |
| 7< | Glvmwxstliv□Xviqskpmi | | | | | | | |
| 7= | Gpemvi□Erhivwsr | | | | | | | |
| 84 | Gspi□Pizmri | | | | | | | |

| # | Name | | | | Description | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 85 | Gsrrsv}☐Ippmrkxsr | | | | Jih☐Wsg | | \| | \| | |
| 86 | Gsstiv}☐Gsr{e} | | | | Livmxeki Jsyrhexmsr0 Gewgehi Tspmg} Mrwxmxyx0 EIM0 Eqivmge+w Jyxyvi Jsyrhexmsr0 }syrk Zsmgiw0☐Osgl Mrxivrwlmt Tvskveq | | \| | \| | pmro |
| 87 | Gsvi}☐Oirhmk | | \| | | | \| | \| | \| | |
| 88 | Gsvi}☐[epoiv | | | | }syrk Zsmgiw0☐Viep Gpiev0 Viewsr0 Eqivmge+w Jyxyvi | | | \| | |
| 89 | Gs}☐[iwxfvsso | | | | | | | | pmro |
| 8: | Hegi☐Tsxew | | \| | | | \| | \| | \| | |
| 8; | Hepxsr☐Ryreqeoiv | | | \| | | | | \| | |
| 8< | Hermip☐Ryggms | | | | | | | | |
| 8= | Higper☐Lyvpi} | | | | | | | | pmro |
| 94 | Hmere☐Wsvmers | | \| | | | | | | |
| 95 | Hsrszer☐Ri{omvo | | | | ViepGpiev0 QVG | | \| | \| | |
| 96 | Hvi{☐Zer☐Zssvlmw | | | \| | TvekivY | | \| | \| | |
| 97 | H}per☐Levvmrkxsr | | | | Eppmergi Hijirhmrk Jviihsq ,mrxivr- | | \| | \| | pmro |
| 98 | Ih}xe☐[spo | | | | | | | | |
| 99 | Ippmi☐Kevhi} | | | | Eqivmger Wtigxexsv0 Hemp}☐Geppiv | | \| | \| | pmro |
| 9: | Iqe☐Kezvmpszmg | \| | \| | \| | | \|?\| | | | |
| 9; | Iqqe☐Wgleqfegl | | \| | \| | Ri[ | | \| | \| | |
| 9< | Ivmg☐Wglqmhx | | | | | | | | |
| 9= | Ivmr☐QgPeyklpmr | | \| | | Glevpiw☐Osgl Mrwxmxyxi ,OMT-0 Eqivmger Wtigxexsv | | \| | \| | pmro |
| :4 | Ivmr☐Zer☐Rexxe | | | | | | | | |
| :5 | Iwxliv☐[ivqiv | | | | | | | | |
| :6 | Ixler☐Fivqer | | | | | | | | |
| :7 | Ixler☐Gsrrsv | \| | | | | \| | \| | \| | |
| :8 | Izer☐[ieziv | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| :9 | Jmsre□Qsvmevx}1QgPeyklpmr | | | | | | | | pmro |
| :: | Jvero□Oirrih} | | | | | | | | |
| :; | Kevvixx□Xsylmpp | | | | | | | | |
| :< | Kmkm□Hi□Pe□Xsvvi | | | | | | | | |
| := | Kvegi□Fyviey | | | | Girxiv□sj□xli Eqivmger I\|tivmqirx | | \| | \| | |
| ;4 | Lerrel□Hmpergl}er | | | | | | | | |
| ;5 | Lerrel□Pepkmi | | | | Geqtyw Vijsvq | | \| | \| | pmro |
| ;6 | Le}pi}□Xwglixxiv | | | | | | | | |
| ;7 | Lirv}□Osooipiv | | | | | | | | |
| ;8 | Lyrxiv□Kepps | | | | | | | | pmro |
| ;9 | Mer□Xe}psv | | \| | | Wywer□F2 Erxlsr}□Pmwx | | \| | \| | |
| ;: | Mweeg□Gvsww | | | | QVG0□MWM | | \| | \| | |
| ;; | Mweeg□[mppsyv | | \| | | EIM | | \| | \| | |
| ;< | Nego□Ettpi{lmxi | \| | | | | \| | \| | | |
| ;= | Nego□[Wlmiphw | | \| | | | \| | \| | | |
| <4 | Negowsr□Vsqs | | | | | | | | |
| <5 | Negowsr□[epoiv | | | | | | | | |
| <6 | Negsf□[Wlmiphw | | | | | | | | |
| <7 | Neosf□Kpskeyiv | | | | | | | | |
| <8 | Ne}piq□Hyvsywwwiey | | | | | | | | |
| <9 | Nivmqml□Tsjj | | | | | | | | |
| <: | Niviq}□Lmpp | | \| | | | \| | \| | \| | pmro |
| <; | Niwwmge□Gywxshms | | | | Geqtyw Vijsvq0 Jsyrk Eqivmgerw Ekemrwx Wsgmepmwq | | \| | \| | pmro |
| << | Niwwmge□Viwyxe | | | | | | | | |
| <= | Nslr□Lewwsr | | | | Geqtyw Vijsvq | | \| | \| | |
| =4 | Nslr□Vmkspm~~s | | | | Hemp}□[mvi | | \| | \| | pmro |
| =5 | Nslr□Xyxxpi | | | | JII0 ViepGpiev0 Eqivmge+w Jyxyvi | | \| | \| | pmro |
| =6 | Nsrexler□Hveikiv | | | | | | | | |
| =7 | Nsrexler□QgKii | | \| | | | \| | \| | | |
| =8 | Nsvher□Iwvmk | | | | | | | | |
| =9 | Nswitl□Wmpzivwximr | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| =: | Nypme□Nslrwsr | | | | | |?| | | | |
| =; | Nywxs□Erxsrms□Xvmere | | | | | | | | |
| =< | Oewwmi□Zmgoivw | | | | | | | | |
| == | Oex□Qsye{eh | | | | | | | | |
| 544 | Oexip}rr□Vmglevhwsr | | | | Geqtyw Vijsvq | | | | |
| 545 | O}pi□Lssxir | | | | Girxiv□sj□xli Eqivmger I¦tivmqirx | | | | |
| 546 | O}pi□Wglqmhfeyiv | | | | Hemp}□Geppiv0 Geqtyw Vijsvq | | | | pmro |
| 547 | Perhsr□Qmsr | | | | Geqtyw Vijsvq0 Hemp}□Geppiv0 Eqivmge+w Jyxyvi | | | | pmro |
| 548 | Peyve□[mppmeqwsr | | | | ]syrk□Zsmgiw | | | | |
| 549 | Peyvip□[ssh | | | | | | | | |
| 54: | Piere□Hmttmi | | | | | | | | |
| 54; | Pipe□Keppiv} | | | | Geqtyw Vijsvq | | | | |
| 54< | Pi¦m□Psrew | | | | TvekivY | | | | |
| 54= | Psker□Hyfmp | | | | Geqtyw Vijsvq | | | | |
| 554 | Qehhmwsr□Qiiow | | | | | | | | |
| 555 | Qekkmi□Qepigom | | | | | | | | |
| 556 | Qevkevix□Tittmexx | | | | | | | | |
| 557 | Qevme□Pirgom | | | | | | | | |
| 558 | Qev}1Kvegi□F}ivw | | | | | | | | |
| 559 | Qexxli{□Tmrre | | | | | | | | |
| 55: | Qexxli{□Wximr | | | | | | | | |
| 55; | Qexxli{□[mpwsr | | | | | | | | |
| 55< | Qmgleip□[jmriv | | | | | | | | |
| 55= | Qmwx}□Wizivm | | | | | | | | pmro |
| 564 | Qyomp□Tevm | | | | | | | | |
| 565 | Rexler□Fmppiv | | | | | | | | |
| 566 | Rmglspew□Oippi | | | | | | | | |
| 567 | Tlmppmt□Rmixs | | | | Hemp}□Geppiv | | | | |
| 568 | Vegleip□Wxizirwsr | | | | | | | | |
| 569 | Veglip□Pepkmi | | | | Gsppiki Vijsvq | | | | pmro |
| 56: | Veglippi□Livrerhi~ | | | | | | | | pmro |
| 56; | Vsq}□Vsrir | | | | | | | | pmro |

557

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 56< | Vsreph□Wlivqer | | | | | | | | |
| 56= | Vsv}□[epwl | | | | | | | | |
| 574 | Wevel□Igolevhx | | | | | JII | | | | |
| 575 | Wevel□Mqkvyrh | | | | | | | | | |
| 576 | Wevel□Wspxmw | | | | | | | | | |
| 577 | Wstlme□Gsvws | | | | | | | | | |
| 578 | Wxitlermi□Weqwip | | | | | | | | | |
| 579 | Wxitlir□Wmppw | | | | | | | | | |
| 57: | Wxsri□[ewlmrkxsr | | | | | Livmxeki Jsyrhexmsr0 Hemp□Geppiv | | | | pmro |
| 57; | Xlsqew□Gyvv} | | | | | | | | | |
| 57< | Xsq□Ns}gi | | | | | | | | | |
| 57= | Xvmtt□Kvifi | | | | | [mwgsrwmr Mrwxmxyxi□jsv Pe{□erh Pmfivx} | | | | |
| 584 | Xvmwxer□Wqmxl | | | | | | | | | |
| 585 | Xvs}□Wevkirx | | | | | | | | | |
| 586 | X}piv□Lyqqip | | | | | Hemp□[mvi | | | | |
| 587 | [mpp□Oiwwpiv | | | | | | | | | |
| 588 | [mppmeq□Hme~1Fivxlmeyqi | | | | | | | | | pmro |
| 589 | ^eglev}□Qmppiv | | | | | | | | | |
| 58: | ^eglev}□Tixvm~~s | | | | | Hemp□Geppiv0 Rexmsrep Vizmi{0 Eqivmger Gsrwivzexmzi Yrmsr0 [ewlmrkxsr I}eqmriv0 KQY Hitevxqirx sj□Igsrsqmgw | | | | |
| | Xsxep> | = | 64 | 6 | 5= | 88 | 6= | :8 | ;: | |
| | Tivgirx□sj□Xsxep> | :) | 572;) | 528) | 57) | 74) | 5=2<) | 87) | 96) | |
| | | XTYWE | JEJ | JEP | Gspp2 Vit23 KST | Sxliv | Epp□Wxyhirx Kvsytw | Epp□{3s KST | Epp | |

# \2  Ettirhm|□7>□Pmxmkexmsr

Mr□svhiv□xs□hiqsrwxvexi□xli□qeryjegxyvih□rexyvi□sj□geqtyw□jvii□wtiigl□÷gvmwmw◇□erh□
sj□÷gergip□gypxyvi0◇□{i□lezi□yrhivxeoir□xs□jmrh□ls{□jviuyirxp}□xli□pmxmkexmsr□kvsytw□
xli□Osgl□Hsrsv□Rix{svo□evi□{svomrk□sr□filepj□sj□xli□wxyhirx□kvsytw□hmwgywwih□mr□

Fewih□sr□xli□{ifwmxiw□sj□xli□Jsyrhexmsr□jsv□Mrhmzmhyep□Vmklxw□mr□Ihygexmsr□,JMVI-□
Hijirhmrk□Jviihsq□,EHJ-0□{i□lezi□gsqtmpih□pmwxw□sj□xlimv□tewx□pikep□egxmsrw□erh□
kvsytw□xlex□xli□lezi□vitviwirxih2□Xli□xefpi□gsrwmwxw□sj□gewiw□ew□hiwgvmfih□sr□xliwi□
gspyqrw□hirsxmrk□xli□yrmzivwmx}0□wxexi□iev0□erh□{lixliv□mx□{ew□e□pe{wymx□sv□e□
pixxiv2□Wyfwiuyirx□gspyqrw□hirsxi□{lmgl□wxyhirx□kvsytw□{ivi□vitviwirxih□mr□mr□e□gewi□
{mxl□iegl□gewi2□Ew□mr□xli□tvizmsyw□xefpiw0□xli□gspyqr□÷Epp□Wxyhirx□Kvsytw◇□hirsxiw□
{mxl□wxyhirx□kvsytw□fegoih□f}□xli□Osgl□Hsrsv□Rix{svo0□reqip}□XTYWE0□]EJ0□erh□]EP2□Xli□
gspyqr□÷Epp◇□hirsxiw□xli□weqi□ejjmpmexmsrw0□{mxl□xli□mrgpywmsr□sj□Gsppiki□Vityfpmgerw2

[i□lezi□hsri□xlmw□xs□lmklpmklx□xli□gyvvirx□szivpet□fix{iir□xliwi□mrxikvexih□rix{svo□sj□
erh□pmxmkexmsr□xlex□mw□tsmwih□xs□eqtmpj}□xli□zevmsyw□syxgsqiw□sj□LF76770□jyx□
revvexmziw□sj□pikj1{mrk□fmew□sr□geqtyw□erh□gvietmrk□jvvxliv□nywxmjmgexmsr□jsv□e□
qiewyviw□xlex□qmklx□fi□xeoir□f}□pe{qeoivw2

## E2□Eppmergi□Hijirhmrk□Jviihsq

Xli□Eppmergi□Hijirhmrk□Jviihsq□{ifwmxi□gsrxemrw□qer□fvsoir□pmrow0□erh□ws□{i□mhir□
mrzspzmrk□Osgl□Hsrsv□Rix{svo□wxyhirx□kvsytw□ymrkk□wievgl□irkmriw2□Wmrgi□644;0□EHJ□
ex□piewx□56□gewiw□mrzspzmrk□wxyhirx□kvsytw□fegoih□f}□xli□Osgl□Hsrsv□Rix{svo2

| | Yrmzivwmx} | Wxexi | Jiev | Egxmsr□X}ti | XTYWE | ]EJ | ]EP | Vit2 | Epp□Wxyhirx Kvsytw | Epp | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | Evoerwew□Wxexi□Yrmzivwmx} | EV | 645; | Pe{wymx | | | | | | | pmro |
| 6 | Gepmjsvrme□Wxexi□Yrmzivwmx}1Psw□Erkipiw | GE | 645: | Pe{wymx | | | | | | | pmro |
| 7 | Kverh□Zeppi}□Wxexi□Yrmzivwmx} | QM | 645; | Pe{wymx | | | | | | | pmro |
| 8 | Oippskk□Gsqqyrmx}□Gsppiki | QM | 645; | Pe{wymx | | | | | | | pmro |
| 9 | Oirriwe{□Wxexi□Yrmzivwmx} | KE | 645< | Pe{wymx | | | | | | | pmro |
| : | Qegsqf□Gsqqyrmx}□Gsppiki | QM | 645; | Pe{wymx | | | | | | | pmro |
| ; | Qsrxgepqv□Wxexi□Yrmzivwmx} | RN | 6464 | Pe{wymx | | | | | | | pmro |

559

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| < | Tepq Fiegl Wxexi Gsppiki | JP | 6454 | Pe{wymx | | | \| | | | \| | \| | pmro |
| = | Wer Jvergmwgs Wxexi YrmzivwmxGx} | 644; | Pe{wymx | | | | \| | | | \| | | pmro |
| 54 | Yrmzivwmx} sj Gepmjsvrme1Fivoip GE | 645; | Pe{wymx | | | \| | | | \| | | pmro |
| 55 | Yrmzivwmx} sj Jpsvmhe | JP | 645< | Pe{wymx | | \| | | | | \| | | pmro |
| 56 | Yrmzivwmx} sj Qewweglywixxw 1 GOEsllivww | 645< | Pe{wymx | | | \| | | | \| | | pmro |
| 57 | Yrmzivwmx} sj Qmrriwsxe | QR | 645< | Pe{wymx | | \| | | | \| | \| | | pmro |
| | | | Xsxepw> | 7 | 9 | 8 | 5 | 56 | 57 | | | |

# F2 Jsyrhexmsr jsv Mrhmzmhyep Vmklxw mr Ihygexmsr

JMVIŸw {ifwmxi gsrxemrw e teki xlex pmwxw e ÷Epp Gewiw0◊ {lmgl mrgpyhiw qer} egxmsrw xlex xli kvsyt lew xeoir ex wfi[cfreqmw]§ geq}lw[778] jsvqexmsr sr iegl teki0 {i gsyrxih 94 gewiw {livi JMVI mhirxmjmiw sri sj xli OsglHsrsv Rix{svo wxyhirx xli gexep wx0;9 gewiw {mxl xli mrgpywmsr sj xli Gspppiki Vityfpmgerw2

| | Yrmzivwmx} | Wxexi | Ìiev | Egxmsr X}ti | JEP | JEJ | XTYWE | WJP | Vit | Epp Wxyhirx Kvsytw | Epp | Pmro |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | Epfmsr Gspppiki | QM | 645; | Pixxiv | | | | | \| | | \| | pmro |
| 6 | Evoerwew Xigl Yrmzivwmx} | EV | 645: | Pixxiv | \| | | | | | \| | \| | pmro |
| 7 | Fsmwi Wxexi Yrmzivwmx} | MH | 6458 | Pixxiv | \| | | | | | \| | | pmro |
| 8 | Girxvep Qmglmker Yrmzivwmx} | QM | 644< | Pe{wymx | | \| | | | | \| | | pmro |
| 9 | Girxvep Qmglmker Yrmzivwmx} | QM | 644; | Pixxiv | | \| | | | | \| | | pmro |
| : | Girxvep [ewlmrkxsr Yrmzivwmx} | E | 644< | Pe{wymx | | | | \| | | \| | | pmro |
| ; | Gmxvyw Gspppiki | GE | 6457 | Pe{wymx | \| | | | | | \| | | pmro |
| < | Hevxqsyxl Gspppiki | RL | 6466 | Pixxiv | | | \| | | | \| | | pmro |
| = | HiTeyp Yrmzivwmx} | MP | 6449 | Pe{wymx | | | | | | \| | | pmro |
| 54 | HiTeyp Yrmzivwmx} | MP | 645; | Pixxiv | | | \| | | | | | pmro |
| 55 | HiTeyp Yrmzivwmx} | MP | 6457 | Pixxiv | \| | | | | | | | pmro |
| 56 | HiTeyp Yrmzivwmx} | MP | 645: | Pixxiv | | | | | | \| | | pmro |
| 57 | Hm|mi Wxexi Yrmzivwmx} | YX | 6459 | Pe{wymx | \| | | | | | \| | | pmro |
| 58 | Hm|mi Wxexi Yrmzivwmx} | YX | 6456 | Pixxiv | | | | \| | | \| | | pmro |
| 59 | Iewx Gevspmre Yrmzivwmx} | RG | 6455 | Pixxiv | \| | | | | | \| | | pmro |

---

[778] Jsyrhexmsr jsv Mrhmzmhyep Vmklxw mr Ihygexmsr0 ÷Epp Gewiw0◊ Ezempefpi ex> lxxtw>33{{{2xlijmvi2svk3gewiw3CpmqmxAepp□,pewx eggiwwih Qe} 660 6466-2

| 5: | Ipm~efixlxs{r□Gsppiki | TE | 6465 | Pixxiv | | | | | | | pmrc |
| 5; | Ipm~efixlxs{r□Gsppiki | TE | 6465 | Pixxiv | | | | | | | pmrc |
| 5< | Iqivwsr□Gsppiki | QE | 6465 | Pixxiv | | | | | | | pmrc |
| 5= | Jemvqsrx□Wxexi□Yrmzivwmx}Z | | 645: | Pixxiv | | | | | | | pmrc |
| 64 | Jpekpiv□Gsppiki | JP | 645; | Pixxiv | | | | | | | pmrc |
| 65 | Jviwrs□Wxexi | GE | 6465 | Pixxiv | | | | | | | pmrc |
| 66 | Ksr~eke□Yrmzivwmx} | [E | 6447 | Pixxiv | | | | | | | pmrc |
| 67 | Kverh□Zeppi}□Wxexi□YrmzivwmOQM | | 6449 | Pixxiv | | | | | | | pmrc |
| 68 | Lekivwxs{r□Gsqqyrmx}□Gsppiki | QH | 6459 | Pixxiv | | | | | | | pmrc |
| 69 | Mppmrsmw□Mrwxmxyxi□sj□XiglrspsMP□k} | 6464 | Pixxiv | | | | | | | pmrc |
| 6: | Ms{e□Wxexi□Yrmzivwmx} | ME | 6464 | Pixxiv | | | | | | | pmrc |
| 6; | Nsriw□Gsyrx}□Nyrmsv□GsppikQW□ | 645= | Pixxiv | | | | | | | pmrc |
| 6< | Pmrjmiph□Gsppiki | SV | 645: | Pixxiv | | | | | | | pmrc |
| 6= | Psw□Erkipiw□Tmivgi□Gsppixi | GE | 645; | Pe{wymx | | | | | | | pmrc |
| 74 | Ps}spe□Yrmzivwmx}□Glmgeks | MP | 6458 | Pe{wymx | | | | | | | pmrc |
| 75 | Qmglmker□Wxexi□Yrmzivwmx}QM | | 644; | Pixxiv | | | | | | | pmrc |
| 76 | Qshiwxs□Nyrmsv□Gsppiki | GE | 6457 | Pe{wymx | | | | | | | pmrc |
| 77 | Rsvxliewxivr□Mppmrsmw□YrmzivwMMx} | | 6449 | Pe{wymx | | | | | | | pmrc |
| 78 | Rsvxl□[iwxivr□Yrmzivwmx} | MP | 645: | Pe{wymx | | | | | | | pmrc |
| 79 | Sverki□Gsewx□Gsppiki | GE | 645= | Pixxiv | | | | | | | pmrc |
| 7: | Tirrw}pzerme□Wxexi□YrmzivwmxXG} | | 6445 | Pixxiv | | | | | | | pmrc |
| 7; | Tsvxperh□Wxexi□Yrmzivwmx}SV | | 645= | Pixxiv | | | | | | | pmrc |
| 7< | Vsgo}□Qsyrxemr□Gsppiki | QX | 645< | Pixxiv | | | | | | | pmrc |
| 7= | Wemrx□Psymw□Yrmzivwmx}QS | | 6457 | Pixxiv | | | | | | | pmrc |
| 84 | Weq□Lsywxsr□Wxexi□YrmzivwmXW}} | | 6455 | Pixxiv | | | | | | | pmrc |
| 85 | Wer□Jvergmwgs□Wxexi□YrmzivwmGEx} | | 644; | Pe{wymx | | | | | | | pmrc |
| 86 | Wer□Jvergmwgs□Wxexi□YrmzivwmGEx} | | 644; | Pixxiv | | | | | | | pmrc |
| 87 | Wervxe□Ere□Gsppiki | GE | 645< | Pe{wymx | | | | | | | pmrc |
| 88 | Werxe□Gpeve□Yrmzivwmx} | GE | 645; | Pixxiv | | | | | | | pmrc |
| 89 | Werxe□Gpeve□Yrmzivwmx} | GE | 645= | Pixxiv | | | | | | | pmrc |
| 8: | Werxe□Ji□Gsppiki | JP | 6457 | Pixxiv | | | | | | | pmrc |
| 8; | Wxerjsvh□Yrmzivwmx} | GE | 6465 | Pixxiv | | | | | | | pmrc |
| 8< | Wywuyilerre□Yrmzivwmx} | TE | 6464 | Pixxiv | | | | | | | pmrc |
| 8= | W}vegywi□Yrmzivwmx} | R] | 645= | Pixxiv | | | | | | | pmrc |
| 94 | Xverw}pzerme□Yrmzivwmx} | O] | 645= | Pixxiv | | | | | | | pmrc |
| 95 | Yrmzivwmx}□sj□Evm~sre | E^ | 644= | Pixxiv | | | | | | | pmrc |
| 96 | Yrmzivwmx}□sj□Evm~sre | E^ | 644= | Pixxiv | | | | | | | pmrc |
| 97 | Yrmzivwmx}□sj□Gepmjsvrme□exGIZvolp6446 | | Evxmgpi | | | | | | | pmrc |

55;

| 98 | Yrmzivwmx}☐sj☐GepmjsvrmeexGEMvzrm 6447 | GE | 6447 | Pixxiv | | | | | | | pmrc |
| 99 | Yrmzivwmx}☐sj☐Gepmjsvrme0☐Werxe Fevfeve | GE | 6455 | Pixxiv | | | | | | | pmrc |
| 9: | Yrmzivwmx}☐sj☐Gmrgmrrexm | SL | 6456 | Pe{wymx | | | | | | | pmrc |
| 9; | Yrmzivwmx}☐sj☐Gspsvehs☐exFGspphiv | 6448 | | Pixxiv | | | | | | | pmrc |
| 9< | Yrmzivwmx}☐sj☐Hipe{evi | HI | 645: | Pixxiv | | | | | | | pmrc |
| 9= | Yrmzivwmx}☐sj☐Jpsvmhe | JP | 644; | Pixxiv | | | | | | | pmrc |
| :4 | Yrmzivwmx}☐sj☐Le{emm☐ex☐LHmps | 6458 | | Pe{wymx | | | | | | | pmrc |
| :5 | Yrmzivwmx}☐sj☐Qewweglywixxw☐QEhiv wx | 644= | | Pixxiv | | | | | | | pmrc |
| :6 | Yrmzivwmx}☐sj☐Ri{☐Qi|mgs | RQ | 645; | Pixxiv | | | | | | | pmrc |
| :7 | Yrmzivwmx}☐sj☐Rsvxl{iwxivr | QR | 645= | Pixxiv | | | | | | | pmrc |
| :8 | Yrmzivwmx}☐sj☐Sviksr | SV | 6459 | Pixxiv | | | | | | | pmrc |
| :9 | Yrmzivwmx}☐sj☐Vlshi☐Mwperh | VM | 645< | Pixxiv | | | | | | | pmrc |
| :: | Yrmzivwmx}☐sj☐Vlshi☐Mwperh | VM | 644; | Pixxiv | | | | | | | pmrc |
| :; | Yrmzivwmx}☐sj☐Wgverxsr | TE | 645= | Pixxiv | | | | | | | pmrc |
| :< | Yrmzivwmx}☐sj☐Wsyxl☐Gevspmre WG | 6459 | | Pe{wymx | | | | | | | pmrc |
| := | Yrmzivwmx}☐sj☐Wsyxl☐Jpsvmhe IP | 6454 | | Pixxiv | | | | | | | pmrc |
| ;4 | [ewlmrkxsr☐erh☐Pii☐Yrmzivwmx} JE | 6465 | | Pixxiv | | | | | | | pmrc |
| ;5 | [iwxivr☐Mppmrsmw☐Yrmzivwmx} MP | 645= | | Pixxiv | | | | | | | pmrc |
| ;6 | [mglmxe☐Wxexi☐Yrmzivwmx} OW | 6465 | | Pixxiv | | | | | | | pmrc |
| ;7 | [mglmxe☐Wxexi☐Yrmzivwmx} OW | 645: | | Pixxiv | | | | | | | pmrc |
| ;8 | [mglmxe☐Wxexi☐Yrmzivwmx} OW | 645; | | Pixxiv | | | | | | | pmrc |
| ;9 | [svgiwxiv☐Wxexi☐Yrmzivwmx} QE | 6464 | | Pixxiv | | | | | | | pmrc |
| | | Xsxepw> | 67 | 57 | 56 | 6 | 74 | 94 | ;9 | | |
| | | | JEP | JEJ | XTYWE | WJP | Vit | Epp☐Wxyhirx Kvsytw | Epp | |

# \M2  Ettirhm|□8>□T}xlsr□Tvskveq

Mr□svhiv□xs□i|eqmri□e□pevki□ryqfiv□sj□evxmgpiw□erh□{if□tekiw□tyfpmwlih□f}□xli□svk
hmwgywwih□efszi0□{i□{vsxi□e□gsqtyxiv□tvskveq□xs□w}wximexmgepp}□typp□mrjsvqexmsr□
{iftekiw2

[i□fiker□f}□gsppigxmrk□xli□yvpw□jsv□xli□evxmgpiw□sj□mrxiviwx□mrxs□e□wtviewhliix0□□
÷{iftekiw52gwz◇□fips{2□Wtigmjmgepp}0□xli□yvpw□evi□mr□xli□xlmvh□gspyqr□sj□xli□wtvi
evxmgpi□xmxpi□erh□{ifwmxi□ettievmrk□mr□xli□jmvwx□erh□wigsrh□vs{w□viwtigxmzip}2□Xli
jvsq□xlmw□wtviewhliix□erh□xlir0□jsv□iegl□yvp0□i|xvegxw□er}□xi|x□xekkih□ew□mr□xli□
{ifteki2□Xs□hs□xlmw0□xli□gshi□yxmpm~iw□e□T}xlsr 779jpmrev}□xlit□gephih{□BlKsswi2
evxmgpi□mrw□mhirxmjmih0□mx□mw□fvsoir□mrxs□tevekvetlw0□erh□iegl□tevekvetl□mw□{
vs{□sj□xli□syxtyx□jmpi2

Xli□xi|x□sj□xli□gshi□jspps{w>

        tvmrx□&[if□Wgvetiv&-
        mqtsvx□gwz
        jvsq□ksswi7□mqtsvx□Ksswi
        mqtsvx□rpxo
        mqtsvx□rpxo2hexe
        jvsq□rpxo2xsoirm~i□mqtsvx□wirxcxsoirm~i0□{svhcxsoirm~i

        "cccccccc52□VIEH□MRTYX□JMPI

        QihmeA_a
        tvmrx□,+`r+0+Viehmrk□JMPIW%+0+`r+-
        {mxl□stir,+{iftekiw□i|eqtpi2gwz+0□&v&0□irgshmrkA+yxj1<+-□ew□j>
          viehivj□A□gwz2viehiv,j-
          jsv□vs{□mr□viehivj>
                Qihme2ettirh,vs{-

        irhApir,Qihme-

        tvmrx□,+PSSOMRK□EX□1□Qihme□_5a_4aA+0Qihme□_5a_4a-
        tvmrx□,+Qihme□gsrxemrw□+0□pir,Qihme-0+□vs{w0□erh□{ivi□gsrwmhivmrk+0irh0+□sj
        tvmrx□,+Mrtyx□jmpi□gsrxemrw□+0□pir,Qihme_4a-0+□gspyqrw+-

        k□A□Ksswi,-

        "cccccccc62GVIEXI□SYXTYX□JMPI

779 ÷Ksswi7□ETM0an□xli□Hsgw    0 lxxtw>33ksswi72viehxlihsgw2ms3ir3pexiwx3gshi2lxqp'evxmgpihsgw

sjmpi☐☐A☐stir,+{iftekiw☐i|eqtpicSYX2gwz+0☐+{+0☐irgshmrkA+yxj1<+-
{vmxiv☐A☐gwz2{vmxiv,sjmpi0☐hipmqmxivA+0+0☐uysxiglevA+&+0pmrixivqmrexsvA+`r+0
uysxmrkAgwz2UYSXIcQMRMQEP-
{vmxiv2{vmxivs{,_+evx3wirx☐r+0+Wirxirgi+0+Xi|x+0+yvp+a-
|A4


"ccccccc72I\XVEGXMRK☐GSRXIRXW☐SJ☐[IF☐TEKI

jsv☐q☐mr☐verki,50irh->
      yvpAQihme_qa_6a
      evxmgpi☐A☐k2i|xvegx,yvpAyvp-
      EvxmgpiAevxmgpi2gpierihcxi|x
      WirxAwirxcxsoirm~i,Evxmgpi-

      jsv☐o☐mr☐verki,50pir,Wirx-->
            Wirx_oaAWirx_oa2vitpegi,y+`yjjjh+0+C+-
            Wirx_oaAWirx_oa2vitpegi,+`r+0+2+-


"ccccccc82[VMXMRK☐TEVEKVETLW☐JVSQ☐[IF☐TEKI☐XS☐SYXTYX☐JMPI

      |A|/5
      rA5
      jsv☐wirxirgi☐mr☐Wirx>
            {vmxiv2{vmxivs{,__0ra0wirxirgi0Qihme_qa_4a0Qihme_qa_5a0Qihme_qa_6aa-
            rAr/5
      {vmxiv2{vmxivs{,_++a-

sjmpi2gpswi,-
tvmrx,&Hsri☐[vmxmrk&-


564