IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM A. LINK, et al.,

    Plaintiffs,

v.                                            Case No.: 4:21cv271-MW/MAF

MANNY DIAZ, JR., in his official
capacity as Florida Commissioner
of Education, et al.,

    Defendants,
_____/

## JUDGMENT

Plaintiffs' claims are DISMISSED without prejudice for lack of standing.

                                                      JESSICA J LYUBLANOVITS,
                                                      CLERK OF COURT

April 17, 2023                              s/ *Ronnie Barker*
DATE                                                       DEPUTY CLERK