UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| WILLIAM A. LINK, et al.,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>MANNY DIAZ, JR., in his official capacity as the Florida Commissioner of Education, et al.,<br><br>　　　Defendants. | Case No. 4:21-cv-00271-MW-MAF |

**JOINT NOTICE OF SETTLEMENT AND STIPULATED DISMISSAL**

　　The parties hereby give notice that they have settled Defendants' Bill of Costs amount in this case. Pursuant to that settlement, Defendants withdraw their Bill of Costs, ECF 289, and motion in support, ECF 290, and the parties stipulate to dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted this 19th day of May, 2023.

| | |
|---|---|
| /s/ Frederick S. Wermuth | /s/ George T. Levesque |
| Frederick S. Wermuth | George T. Levesque |
| Florida Bar No. 0184111 | Florida Bar No. 555541 |
| Thomas A. Zehnder | James Timothy Moore, Jr. |
| Florida Bar No. 0063274 | Florida Bar No. 70023 |
| King, Blackwell, Zehnder | Ashley H. Lukis |
| 　& Wermuth, P.A. | Florida Bar No. 106391 |
| P.O. Box 1631 | Stephen Varnell |
| Orlando, FL 32802-1631 | Florida Bar No. 1004236 |

| | |
|---|---|
| Telephone: (407) 422-2472 | GrayRobinson, P.A. |
| Facsimile: (407) 648-0161 | 301 S. Bronough Street |
| fwermuth@kbzwlaw.com | Suite 600 |
| tzehnder@kbzwlaw.com | Tallahassee, FL 32301 |
| | Telephone: (850) 577-9090 |
| Elisabeth C. Frost* | Facsimile: (850) 577-3311 |
| Alexi M. Velez* | george.levesque@gray-robinson.com |
| Noah Baron* | tim.moore@gray-robinson.com |
| Jyoti Jasrasaria* | ashley.lukis@gray-robinson.com |
| William K. Hancock* | stephen.varnell@gray-robinson.com |
| Elias Law Group LLP | |
| 250 Massachusetts Ave NW, Ste 400 | *Counsel for Defendants* |
| Washington, DC 20002 | |
| Telephone: (202) 968-4490 | |
| efrost@elias.law | |
| avelez@elias.law | |
| nbaron@elias.law | |
| jjasrasaria@elias.law | |
| whancock@elias.law | |

*\*Admitted Pro Hac Vice*
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 19, 2023 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel in the Service List below.

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No.: 0184111

*Counsel for Plaintiffs*

## **SERVICE LIST**

George T. Levesque
James Timothy Moore, Jr.
Ashley H. Lukis
Stephen Varnell
GrayRobinson, P.A.
301 S. Bronough Street, Suite 600
Tallahassee, FL 32301
george.levesque@gray-robinson.com
tim.moore@gray-robinson.com
ashley.lukis@gray-robinson.com
stephen.varnell@gray-robinson.com

*Counsel for Defendants*