IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM A. LINK, et al.,

    *Plaintiffs*,

v.        Case No.:  4:21cv271-MW/MAF

MANNY DIAZ, JR., et al.,

    *Defendants*,

_____/

## ORDER FOR DISMISSAL

The parties have filed a joint notice, ECF No. 293, indicating that this case has been settled and pursuant to that settlement, Defendants have withdrawn their bill of costs, ECF No. 289, and memorandum in support, ECF No. 290.

Accordingly,

**IT IS ORDERED**:

1. The parties must comply with their settlement agreement.

2. All claims other than for enforcement of the settlement agreement are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

3. Jurisdiction is retained to enforce the order to comply with the settlement agreement.

4. The Clerk must enter judgment stating, "The parties are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order

to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41."

5.  The Clerk must take no action with respect to Defendants' withdrawn bill of costs.

6. The Clerk must close the file.

7.  A party who objects to the terms of this order or the judgment to be entered based on this order must file a timely motion to alter or amend under Federal Rule of Civil Procedure 59(e).

**SO ORDERED on May 19, 2023.**

s/Mark E. Walker
**Chief United States District Judge**
