# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

WILLIAM A. LINK, et al.,

    *Plaintiffs,*

v.                                                          CASE NO. 4:21cv271-MW/MAF

MANNY DIAZ, JR., et al.,

    *Defendants.*

_____/

## JUDGMENT

The parties are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                                    JESSICA J LYUBLANOVITS,
                                                    CLERK OF COURT

<u>May 19, 2023</u>                                      s/ *Samantha Buckhalt*
DATE                                                     DEPUTY CLERK